**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, et al.

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States of America, et al.

*Defendants*.

Civil Action No. _____

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, am counsel of record for Global Health Council; Small Business Association for International Companies; HIAS; Management Sciences for Health; Chemonics International, Inc.; DAI Global, LLC; Democracy International, Inc.; and American Bar Association (together, "Plaintiffs"). I certify to the best of my knowledge and belief that none of the Plaintiffs have parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: February 11, 2025

Respectfully submitted,

*/s/ Stephen K. Wirth*
Stephen K. Wirth (1034038)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
Stephen.Wirth@arnoldporter.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on Defendants in accordance with Fed.

R. Civ. P. 4.

*/s/ Stephen K. Wirth*
Stephen K. Wirth (1034038)
ARNOLD & PORTER
    KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel:  (202) 942-5000
Stephen.Wirth@arnoldporter.com