IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 |

**DECLARATIONS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs hereby submit in support of their Motion for a Temporary Restraining Order and Preliminary Injunction the declarations of Elisha Dunn-Georgiou, President and CEO of the Global Health Council (GHC); Robert Nichols, General Counsel at the Small Business Association for International Companies (SBAIC); Mark Hetfield, President of HIAS; Marian Wentworth, President and Chief Executive Officer of Management Sciences for Health, Inc. (MSH); James Butcher, President and CEO of Chemonics International; Zan Northrip, Executive Vice President for Development Consulting at DAI Global, LLC (DAI); Eric Bjornlund, President and CEO of Democracy International, Inc.; Scott Carlson, Associate Executive Director in Charge of the Center for Global Programs at the American Bar Association (ABA).

Dated: February 11, 2025                     Respectfully submitted,

                                                   /s/ Stephen K. Wirth
                                                  William C. Perdue (D.C. Bar 995365)*
                                                  Sally L. Pei (D.C. Bar 1030194)
                                                  Samuel M. Witten (D.C. Bar 378008)
                                                  Stephen K. Wirth (D.C. Bar 1034038)
                                                  Dana Kagan McGinley (D.C. Bar 1781561)
                                                  Allison Gardner (D.C. Bar 888303942)
                                                  Daniel Yablon (D.C. Bar 90022490)
                                                  ARNOLD & PORTER KAYE SCHOLER LLP
                                                  601 Massachusetts Ave., NW
                                                  Washington, DC 20001-3743
                                                  Tel: (202) 942-5000
                                                  stephen.wirth@arnoldporter.com

                                                *application for admission pending

                                                *Counsel for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document will be served on Defendants in accordance with Fed. R. Civ. P. 4.

_/s/ Stephen K. Wirth_
