AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Global Health Council, et al. *Plaintiff* v. Donald J. Trump, et al. *Defendant* | ) ) ) Case No. 25-cv-00402 ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 02/11/2025

/s/ Allison Gardner
*Attorney's signature*

Allison Gardner (888303942)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001

*Address*

allison.gardner@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*