AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Global Health Council, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-00402 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                              .

Date:   02/11/2025

/s/ Dana Kagan McGinley
*Attorney's signature*

Dana Kagan McGinley (1781561)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001

*Address*

Dana.KaganMcGinley@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*