**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

     Plaintiffs,

v.

PRESIDENT DONALD TRUMP, *et al.*,

     Defendants.

Civil Action No. 1:25-cv-00402

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule ("LCvR") 40.5(b)(3), Defendants hereby notify the Court of the existence of a potentially related case. As explained below, this above-captioned subsequently filed case implicates questions of law and fact that have already been raised in the earlier-filed *American Foreign Service Association et al. v. Trump et al.*, 1:25-cv-352. Pursuant to the requirements of LCvR 40.5(b)(3), Defendants file this notice with the Clerk so that it may be transmitted to Judge Carl J. Nichols. A copy of this notice has also been automatically served on all other parties to this case through the Court's electronic filing system.

Although this case includes a single claim not at issue in the *American Foreign Service Association* case, and the cases involve different named plaintiffs, both involve a claim challenging the propriety of Executive Order No. 14,169, "Reevaluating and Realigning United States Foreign Aid," 90 Fed. Reg. 8619 (Jan. 20, 2025). Both actions allege that, in issuing this Executive Order, President Trump violated the Separation of Powers, *compare Global Health Council*, Compl. ¶¶ 123-28, *with American Foreign Service Association*, Compl ¶¶ 49-71, and challenge the agencies' actions under the Administrative Procedure Act, *compare Global Health Council*,

Compl. ¶¶ 111-22, *with American Foreign Service Association*, Compl ¶¶ 72-75.  Moreover, the single additional claim this case adds (that President' Trumps actions were ultra vires, *see Global Health Council*, Compl. ¶¶ 129-31) appears to be derivative of the other claims.

Because both the *American Foreign Service Association* case and this case "(i) relate to common property," "(ii) involve common issues of fact," and "(iii) grow out of the same event or transaction," LCvR 40.5(a)(3), Defendants respectfully submit that these cases may warrant consideration for relatedness.

Dated: February 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*