# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00402 |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), Plaintiffs move for admission and appearance of attorney William Perdue pro hac vice in the above-captioned action. The motion is supported by the Declaration of William Perdue. As set forth in that declaration, he is admitted and an active member in good standing in the following courts and bars: the District of Columbia, New York, the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the D.C. Circuit, and the United States Court of Appeals for the Federal Circuit. This motion is supported and signed by Stephen K. Wirth, an active and sponsoring member of the Bar of this Court.

Dated: February 11, 2025            By:  /s/ Stephen Wirth
                                         Stephen Wirth (DC Bar 1034038)
                                         ARNOLD & PORTER KAYE SCHOLER LLP
                                         601 Massachusetts Ave., NW
                                         Washington, DC 20001-3743
                                         Tel.: +1 202.942.6739
                                         Fax: +1 202.942.5999
                                         Stephen.Wirth@arnoldporter.com

                                         *Attorney for Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants*,

Case No. 1:25-cv-00402

## DECLARATION OF WILLIAM PERDUE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, William Perdue, hereby declare:

1. My name, office address, email address and telephone number are as follows:

   William Collins Perdue
   Arnold & Porter Kaye Scholer LLP
   601 Massachusetts Ave., NW
   Washington, DC 20001-3743
   202.942.5685
   William.Perdue@arnoldporter.com

2. I have been admitted to the following courts and bars: The District of Columbia, New York, the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the D.C. Circuit, and the United States Court of Appeals for the Federal Circuit.

3. I have not been disciplined by any bar. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have been admitted *pro hac vice* in this Court one time in the last two years.

5. I engage in the practice of law from an office located in the District of Columbia and I regularly practice in the District of Columbia. I am a member of the District of Columbia Bar. A certificate of good standing from the District of Columbia Bar is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2025  By: /s/ William Perdue
William Perdue (DC Bar 995365)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: +1 202.942.5685
Fax: +1 202.942.5999
William.Perdue@arnoldporter.com

*Attorney for Plaintiffs*

# EXHIBIT B



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *William C Perdue*

was duly qualified and admitted on October 4, 2013 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February 10, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*