IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF RELATED CASE**

Plaintiffs respectfully write to advise the Court that they do not dispute the characterization of this action in Defendants' Notice of Related Case, ECF 13. For the sake of completeness, Plaintiffs note that, in addition to *American Foreign Service Association et al. v. Trump et al.*, No. 25-cv-352, the claims in this case also involve common issues of fact and arise out of common transactions with another case recently filed in this District: *AIDS Vaccine Advocacy Coalition et al. v. United States Department of State et al.*, No. 25-cv-400. *See* ECF 2. Both this case and *AIDS Vaccine Advocacy Coalition* each involve challenges to Defendants' actions to dismantle the United States Agency for International Development and halt congressionally appropriated foreign-assistance funding. Plaintiffs take no position on whether this case should be designated as related or randomly assigned.

Whatever the Court determines with respect to assignment, Plaintiffs respectfully request that that decision be made as soon as possible. Plaintiffs' counsel have received information that Defendants are currently continuing to terminate contracts and suspending grants of USAID and State Department partners, exacerbating the irreparable harm, and may be doing so at an accelerated rate in light of the filing of this lawsuit. Plaintiffs therefore request that the Court issue

1

a temporary restraining order or set a hearing on the pending motion today, if possible, at the earliest possible opportunity. Plaintiffs' counsel are available, whether in person, telephonically, or by video conference, at any time.

Dated: February 11, 2025                                Respectfully submitted,

                                                    */s/ Stephen K. Wirth*
                                                    William C. Perdue (D.C. Bar 995365)*
                                                    Sally L. Pei (D.C. Bar 1030194)
                                                    Samuel M. Witten (D.C. Bar 378008)
                                                    Stephen K. Wirth (D.C. Bar 1034038)
                                                    Dana Kagan McGinley (D.C. Bar 1781561)
                                                    Allison Gardner (D.C. Bar 888303942)
                                                    Daniel Yablon (D.C. Bar 90022490)
                                                    ARNOLD & PORTER KAYE SCHOLER LLP
                                                    601 Massachusetts Ave., NW
                                                    Washington, DC 20001-3743
                                                    Tel: (202) 942-5000
                                                    stephen.wirth@arnoldporter.com

                                                    *application for admission pending

                                                    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on Defendants in accordance with Fed. R. Civ. P. 4.

                                                                             */s/ Stephen K. Wirth*