IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL *et al.*,

      *Plaintiffs*,

  v.

DONALD J. TRUMP *et al.*,

      *Defendants*.

Civil Action No. 25-cv-402

**PLAINTIFFS' EMERGENCY NOTICE IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER**

    Since the filing of Plaintiffs' motion for a temporary restraining order and preliminary injunction (ECF No. 4) yesterday morning, Plaintiffs' counsel have received information that Defendants are accelerating their terminations of contracts and suspensions of grants of USAID and State Department partners—exacerbating the irreparable harm Plaintiffs are currently suffering (*see* ECF Nos. 4, 7)—and may be doing so specifically in response to this lawsuit and the pending motion. Shortly after the filing of this lawsuit, multiple Plaintiffs (and members of Plaintiffs' organizations) received *new* purported termination notices, including yesterday and this morning.

    Plaintiffs therefore request that the Court either immediately enter their proposed temporary restraining order (ECF No. 4-1) or set a hearing on the pending motion today, at the earliest opportunity. Plaintiffs' counsel are available, whether in person, telephonically, or by video conference, at any time.

1

Dated: February 12, 2025

Respectfully submitted,

*/s/ Stephen K. Wirth*
William C. Perdue (D.C. Bar 995365)*
Sally L. Pei (D.C. Bar 1030194)
Samuel M. Witten (D.C. Bar 378008)
Stephen K. Wirth (D.C. Bar 1034038)
Dana Kagan McGinley (D.C. Bar 1781561)
Allison Gardner (D.C. Bar 888303942)
Daniel Yablon (D.C. Bar 90022490)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
stephen.wirth@arnoldporter.com

*application for admission pending

*Counsel for Plaintiffs*