UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

    Plaintiffs,

v.

PRESIDENT DONALD TRUMP, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-00402

**DEFENDANTS' NOTICE RELATED TO FEBRUARY 12, 2025 HEARING**

    On February 11, 2025, Plaintiffs filed a motion for a temporary restraining order ("TRO"), attaching multiple declarations. ECF No. 13. On February 12, 2025, the Court scheduled a telephonic hearing for approximately two hours thereafter. During that hearing, counsel for the Government referenced a declaration of Peter Marocco, Deputy Administrator of U.S. Agency for International Development ("USAID"), which it had already filed in opposition to a motion for preliminary relief already filed in the related case of *American Foreign Service Association et al. v. Trump et al.*, 1:25-cv-352. The Court ordered the Government to file that declaration in this case within an hour of the conclusion of the hearing, and it is attached to this notice as Exhibit A. The Court further ordered the Government to file a list of the authorities on which it most directly relied in *American Foreign Service Association* in support of its arguments there, which is attached as Exhibit B.

    Additionally, to further assist the Court's evaluation of the Plaintiffs' TRO motions to which Defendants have not yet had an opportunity to respond in writing, the Government also attaches to this notice as Exhibit C the full memorandum in opposition to the plaintiffs' motion for

1

a temporary restraining order that it filed in *American Foreign Service Association*. While there is not perfect overlap on all issues or parties, the Government respectfully requests that this Court consider the Government's arguments contained therein as they relate to the pending motion for a temporary restraining order in this case.

Finally, the Government submits a proposed order, as requested by the Court, attached as Exhibit D.

Dated: February 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*