# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>     Defendants. | Civil Action No. 1:25-cv-00402 |

**Defendants' Selected Authorities On Which Their Opposition To Temporary Restraining Order Relies Relating To Court's Conference Of February 12, 2025**

**CASES**

- *Am. Fed'n of Gov't Emps., AFL-CIO v. Trump, (AFGE)*, 929 F.3d 748 (D.C. Cir. 2019)

- *Am. Ins. Ass'n v. Garamendi*, 539 U.S. 396, 414 (2003) (the "historical gloss on the 'executive Power' vested in Article II of the Constitution has recognized the President's 'vast share of responsibility for the conduct of our foreign relations'" (citation omitted))

- *Ancient Coin Collectors Guild v. CBP*, 801 F. Supp. 2d 383, 402 (D. Md. 2011) (concluding that where the Department of State was acting on behalf of the President, their actions were not reviewable under the APA), *aff'd*, 698 F.3d 171 (4th Cir. 2012)

- *Chaplaincy of Full Gospel Churches v. England*, 454 F.3d 290, 297 (D.C. Cir. 2006) (D.C. Cir. 2006) (holding that to obtain a preliminary injunction, a plaintiff must demonstrate a "clear showing" that they are entitled to relief)

- *Dalton v. Specter*, 511 U.S. 462, 472-73 (1994) (holding that "claims simply alleging that the President has exceeded his statutory authority are not 'constitutional' claims, subject to judicial review . . . ." respecting the long tradition of "distinguish[ing] between claims of constitutional violations and claims that an official has acted in excess of his statutory authority")

- *Detroit Int'l Bridge Co v. Canada*, 189 F. Supp. 3d 85, 100 (D.D.C. 2016) ("several cases have concluded that an agency's action on behalf of the President, involving discretionary authority committed to the President, is 'presidential' and unreviewable under the APA" and concluding that the action by the Department of State on behalf of the President was unreviewable under the APA)

- *Franklin v. Massachusetts*, 505 U.S. 788, 801 (1992) (It is "well-settled" that Presidential action is not subject to review under the APA.)
- *Gulf Oil Corp. v. Brock*, 778 F.2d 834, 842 (D.C. Cir. 1985) (holding that "an injunction must be narrowly tailored to remedy the harm shown")
- *Thunder Basin Coal Co. v. Reich*, 510 U.S. 200 (1994)
- *United States v. Curtiss-Wright Exp. Corp.*, 299 U.S. 304, 320 (1936) (The President's power in the field of international relations "does not require as a basis for its exercise an act of Congress.")

**CONSTITUTIONAL PROVISION**

- Article II

**STATUTES**

- Foreign Assistance Act of 1961 (FAA) (allowing for the provision of assistance "on such terms and conditions as [the President] may determine," including at:
    - 22 U.S.C. § 2151b(c)(1) (health assistance)
    - 22 U.S.C. § 2291(a)(4) (counternarcotics and anti-crime assistance)
    - 22 U.S.C. § 2346 (assistance to promote economic or political stability)
    - 22 U.S.C. § 2347 (International Military Education and Training assistance)
    - 22 U.S.C. § 2348 (Peacekeeping Operations)
    - 22 U.S.C. § 2349aa (anti-terrorism assistance)
- Foreign Assistance Act of 1961 (FAA), 22 U.S.C. § 2382(c) (providing that the Secretary of State, under the direction of the President, "shall be responsible for the continuous supervision and general direction of economic assistance, military assistance, and military education and training programs . . . to the end that such programs are effectively integrated both at home and abroad and the foreign policy of the United States is best served thereby.")
- Migration and Refugee Assistance Act of 1962, (MRAA), Pub. L. No. 87-510, 76 Stat. 121 (22 U.S.C. § 2601(c)(1))
- SEED Act of 1989, Pub. L. No. 101-179, 103 Stat. 1298 (amending the FAA by inserting, inter alia, § 498b(i))

Dated: February 12, 2025        Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*

3