# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-00402 |

**[PROPOSED] ORDER**

The Court, having fully considered Plaintiffs' motion for a temporary restraining order (Dkt. 4), and the record herein, hereby **ORDERS** that Plaintiffs' motion is **DENIED**.

IT IS SO **ORDERED**, this __ day of February, 2025.

Amir H. Ali
UNITED STATES DISTRICT JUDGE

1