IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 |

### RESPONSE TO COURT ORDER

Plaintiffs hereby respond to the Court's order to provide evidence that Defendants have accelerated their efforts to terminate contracts, potentially in response to lawsuits challenging Executive Order 14,169. While Plaintiffs do not have direct evidence as to Defendants' motives, the timing of termination notices that Plaintiffs have received and leaked information from USAID support Plaintiffs' notice (ECF No. 16).

Before this lawsuit was filed, there had been significant public discussion about potential lawsuits challenging the Executive Order and foreign-assistance funding freeze. *See, e.g.*, Taylor Giorno, *Lawmakers, Legal Experts Warn Shuttering USAID Is Unconstitutional*, The Hill (Feb. 3, 2025), https://thehill.com/policy/international/foreign-aid/5123972-lawmakers-legal-experts-warn-shuttering-usaid-is-unconstitutional/. On February 5, a reporter reached out to undersigned counsel for comment about what eventually became this lawsuit. Thereafter, two other lawsuits were filed—*American Foreign Service Association v. Trump*, No. 25-cv-352, on Thursday, February 6, and *AIDS Vaccine Advocacy Coalition v. U.S. Dep't of State*, No. 25-cv-400, on Monday, February 10. This lawsuit was filed in the early morning of Tuesday, February 11.

On or about Sunday, February 9, USAID Chief Acquisition Officer and Senior

1

Procurement Executive Jami Rodgers sent an email to USAID staff, which included a link to a list of awards identified for termination. Ex. 1. Mr. Rodgers requested "your support in taking action on these activities by issuing notices to our partners." *Id.* The email stated: "For your convenience, M/OAA Policy has drafted several templates to assist with this process." *Id.* The email did not include a timeframe for completion of these terminations, nor did it state that the terminations should be processed with urgency.

On or about Tuesday, February 11, Mr. Rodgers sent a follow-up message telling Contracting and Agreement Officers executing the terminations that "Agency leadership has asked that we move quickly to terminate the awards." Ex. 2. The message included two tranches of awards slated for termination no later than February 11, and another tranche slated for termination no later than February 12. *See id.* The notice also answered questions the agency had received, apparently in response to internal apprehension about the terminations. One question was whether the general counsel could provide "a formal written opinion confirming the Contracting & Agreement Officers are acting within their warrant authority in executing these terminations" and clarification that "COs/AOs will not be held personally liable if the Agency is later found to have acted arbitrarily or violated federal statutes, such as the Impoundment Act." *Id.* Rodgers responded by stating that contracting and agreement officers would be acting within their authority and could not be held personally liable. *Id.* Other questions asked "[u]nder whose authority . . . the Office of Acquisition and Assistance [is] terminating these awards" and "[w]hat should be used as the basis" for the terminations. *Id.* Mr. Rodgers responded that the State Department had prepared a memorandum for each tranche that provided blanket authorization for every termination within that tranche. Rodgers further stated that, "given the timeline for complaint termination notifications . . . the termination notices do not need to contain termination process details." *Id.* As authority for the terminations, Mr. Rodgers stated that "Secretary Rubio . . . has instructed USAID

to terminate these awards as part of the President's Executive Order on Reevaluating and Realigning United States Foreign Aid." *Id.*

Consistent with this direction from Mr. Rodgers, Plaintiffs have received an accelerating number of termination notices beginning this week. For example, as of the time of this filing:

- Plaintiff DAI Global received no termination notices prior to February 10. DAI Global received one termination notice on February 10 (after *AIDS Vaccine Advocacy Coalition* was filed), five termination notices on February 11 (including four after this lawsuit was filed), and twelve termination notices on February 12 (including two since the TRO hearing concluded).

- Plaintiff Chemonics International received no terminations prior to February 11. Chemonics received three terminations on February 11 (all after this lawsuit was filed), and eight terminations on February 12 (including one since the TRO hearing concluded).

- Plaintiff Democracy International received no terminations prior to February 10. Democracy International received three terminations on February 10, six on February 11 (including four after this lawsuit was filed), and three on February 12.

- Plaintiff Management Sciences for Health (MSH) received no terminations prior to February 11. MSH received one termination on February 11.

Only Defendants have information that may provide direct evidence of the motives, timing, and volume of terminations, but the terminations appear to be continuing.

Dated: February 12, 2025                    Respectfully submitted,

                                            */s/ Stephen K. Wirth*
                                            William C. Perdue (D.C. Bar 995365)*
                                            Sally L. Pei (D.C. Bar 1030194)
                                            Samuel M. Witten (D.C. Bar 378008)
                                            Stephen K. Wirth (D.C. Bar 1034038)
                                            Dana Kagan McGinley (D.C. Bar 1781561)
                                            Allison Gardner (D.C. Bar 888303942)
                                            Daniel Yablon (D.C. Bar 90022490)
                                            ARNOLD & PORTER KAYE SCHOLER LLP
                                            601 Massachusetts Ave., NW
                                            Washington, DC 20001-3743
                                            Tel: (202) 942-5000
                                            stephen.wirth@arnoldporter.com

                                            *application for admission pending

                                            *Counsel for Plaintiffs*