UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00402 |

### NOTICE OF FILING LIST OF CONTRACT AND GRANT TERMINATIONS

In the less than four hours following this afternoon's hearing, and pursuant to this Court's order, Defendants have endeavored to compile a list of the USAID contracts and grants that have been terminated or in which stop work orders have been issued since Plaintiffs filed their lawsuit yesterday morning, February 11, 2025. The relevant list is attached. Given the few hours Defendants had to compile the list, it is possible that additional contracts and grants will be later identified. Defendants will supplement the list in the event that additional reportable items are later identified.

Defendants were uncertain whether the Court directed the same information to be provided for the State Department. Defendants have asked the State Department to begin compiling the same information, but the State Department has represented it is unable to do so by 7:00 p.m. today. If the Court's order to provide information also applies to the State Department, Defendants respectfully request additional time to provide the information for the State Department.

1

Dated: February 12, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR
Senior Counsel
CHRISTOPHER D. EDELMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*