| Notice of Termination | Award Number | Vendor Name |
|---|---|---|
| 2/11/2025 | 72011122C00001 | DELOITTE CONSULTING LLP |
| 2/11/2025 | 72011421F00002 | DELOITTE CONSULTING LLP |
| 2/11/2025 | 72012125C00001 | DELOITTE CONSULTING LLP |
| 2/11/2025 | 72016820C00001 | MILLENNIUM PARTNERS CONSULTING LLC |
| 2/11/2025 | 72016823C00001 | DEMOCRACY INTERNATIONAL, INC |
| 2/11/2025 | 72029424P00055 | WEPRO SOLUTIONS & CONSULTANCY |
| 2/11/2025 | 72036720F00001 | DELOITTE CONSULTING LLP |
| 2/11/2025 | 72036722N00001 | DELOITTE CONSULTING LLP |
| 2/11/2025 | 72038823F00001 | GREEN POWERED TECHNOLOGY LLC |
| 2/11/2025 | 72038624C00002 | CONVERGENT VIEW RESEARCH & CONSULTANCY PRIVATE LIMITED |
| 2/11/2025 | 72044021C00001 | DELOITTE CONSULTING LLP |
| 2/11/2025 | 72048622F00001 | DELOITTE CONSULTING LLP |
| 2/11/2025 | 72062423M00002 | JEFFERSON CONSULTING GROUP LLC |
| 2/11/2025 | 72065623P00023 | CONSULTORES HODI, LDA |
| 2/11/2025 | 72066323C00008 | HEADLIGHT CONSULTING SERVICES, LLC |
| 2/11/2025 | 72067418C00004 | JEFFERSON CONSULTING GROUP LLC |

| | A | B | C |
|---|---|---|---|
| 18 | 2/11/2025 | 7200AA21FA00037 | PANAGORA GROUP INC. |
| 19 | 2/11/2025 | 72067423C00001 | DAI GLOBAL LLC |
| 20 | 2/11/2025 | 72067424C00001 | CHEMONICS INTERNATIONAL, INC. |
| 21 | 2/11/2025 | 72067424F00006 | GREEN POWERED TECHNOLOGY LLC |
| 22 | 2/11/2025 | 72067424F00007 | ARD, INC |
| 23 | 2/11/2025 | 72068522F00001 | DELOITTE CONSULTING LLP |
| 24 | 2/11/2025 | 720BHA23S00034 | NATALIE FELTON |
| 25 | 2/11/2025 | 72HCTM24PC00047 | EBSCO INFORMATION SERVICES, LLC |
| 26 | 2/11/2025 | 72011118LA00002 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 27 | 2/11/2025 | 72011124LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 28 | 2/11/2025 | 72011419CA00003 | INTERNATIONAL SOCIETY FOR FAIR ELECTIONS AND DEMOCRACY |
| 29 | 2/11/2025 | 72011419LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 30 | 2/11/2025 | 72011522LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 31 | 2/11/2025 | 72011524CA00005 | DEMOCRACY INTERNATIONAL INC |
| 32 | 2/11/2025 | 72036723FA00003 | DEMOCRACY RESOURCE CENTER NEPAL |
| 33 | 2/11/2025 | 72038621CA00006 | NATIONAL DEMOCRATIC INSTITUTE FOR INTERNATIONAL AFFAIRS |
| 34 | 2/11/2025 | 72038822LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |

| | A | B | C |
|---|---|---|---|
| 35 | 2/11/2025 | 72038824CA00007 | DEMOCRACY INTERNATIONAL INC |
| 36 | 2/11/2025 | 72044221CA00001 | REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE |
| 37 | 2/11/2025 | 72044223LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 38 | 2/11/2025 | 72051921LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 39 | 2/11/2025 | 72052123LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 40 | 2/11/2025 | 72060525LA00002 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 41 | 2/11/2025 | 72060823LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 42 | 2/11/2025 | 72061523LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 43 | 2/11/2025 | 72062021LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 44 | 2/11/2025 | 72062423CA00005 | NATIONAL DEMOCRATIC INSTITUTE FOR INTERNATIONAL AFFAIRS |
| 45 | 2/11/2025 | 72062424LA00002 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 46 | 2/11/2025 | 72064123CA00006 | DEMOCRACY INTERNATIONAL INC |
| 47 | 2/11/2025 | 72064123LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 48 | 2/11/2025 | 72066018LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 49 | 2/11/2025 | 72066324LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 50 | 2/11/2025 | 72066420LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 51 | 2/11/2025 | 72066423CA00001 | DEMOCRACY INTERNATIONAL INC |

| | A | B | C |
|---|---|---|---|
| 52 | 2/11/2025 | 72066720LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 53 | 2/11/2025 | 72067024CA00001 | DEMOCRACY INTERNATIONAL INC |
| 54 | 2/11/2025 | 72067422CA00003 | ABT GLOBAL LLC |
| 55 | 2/11/2025 | 72067424CA00003 | DEMOCRACY WORKS FOUNDATION |
| 56 | 2/11/2025 | 72067524CA00001 | ADVANCING DEMOCRATIC ELECTIONS & POLITICAL TRANSITIONS LLC |
| 57 | 2/11/2025 | 72068021LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 58 | 2/11/2025 | 72068522LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 59 | 2/11/2025 | 72068523LA00002 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 60 | 2/11/2025 | 72068818CA00001 | MALI ELECTORAL TRANSFORMATION PROGRAM (MET) |
| 61 | 2/11/2025 | 72068821LA00002 | MALI ELECTORAL TRANSFORMATION PROGRAM (MET) |
| 62 | 2/11/2025 | AID-117-LA-16-00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 63 | 2/11/2025 | AID-388-A-17-00003 | DEMOCRACY INTERNATIONAL INC |
| 64 | 2/11/2025 | AID-520-LA-17-00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 65 | 2/12/2025 | 72016722C00001 | DEMOCRACY INTERNATIONAL, INC |
| 66 | 2/12/2025 | 72016725F00001 | INTERNATIONAL BUSINESS & TECHNICAL CONSULTANTS, INC. |
| 67 | 2/12/2025 | 72016922C00002 | DELOITTE CONSULTING LLP |
| 68 | 2/12/2025 | 72026821C00001 | DAI GLOBAL LLC |

| | A | B | C |
|---|---|---|---|
| 69 | 2/12/2025 | 72038319F00001 | DELOITTE CONSULTING LLP |
| 70 | 2/12/2025 | 72016722FA00001 | DEMOCRACY PLUS |
| 71 | 2/12/2025 | 72016919LA00002 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 72 | 2/12/2025 | 72038320LA00002 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 73 | 2/12/2025 | 72038324LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 74 | 2/12/2025 | 72048223LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 75 | 2/12/2025 | 72062118LA00001 | CONSORTIUM FOR ELECTIONS & POLITICAL PROCESS STRENGTHENING |
| 76 | 2/11/2025 | 7200AA20C00063 | ODRG CSI/JV, LLC |
| 77 | 2/11/2025 | 7200AA20C00069 | Katmai Management Services, LLC) |
| 78 | 2/11/2025 | 7200AA21P00037 | Remote Command Center, USA, LLC. |
| 79 | 2/11/2025 | 72064121CA00001 | COOPERATIVE HOUSING FOUNDATION |
| 80 | 2/11/2025 | 7200AA22P00030 | Colonial Parking |
| 81 | 2/11/2025 | 72052725PC00005 | SURVEYMONKEY Inc. |
| 82 | 2/11/2025 | 72MC1022P00007 | ECONOMIST INTELLIGENCE UNIT, NA, INCORPORATED, THE |
| 83 | 2/11/2025 | 72REFS24PC00023 | BLOOMBERG INDUSTRY GROUP, INC. |
| 84 | 2/11/2025 | 72038821GR00002 | BBC MEDIA ACTION |
| 85 | 2/11/2025 | AID391A1400001<br>AID-391-A-14-00001 | INDUS BASIN SME INVESTMENTS LTD |

| | A | B | C |
|---|---|---|---|
| 86 | 2/11/2025 | 7200AA18CA00009 | PURDUE APPLIED RESEARCH INSTITUTE, LLC |
| 87 | 2/11/2025 | 7200AA21CA00003 | PARTNERS OF THE AMERICAS, INC. |
| 88 | 2/11/2025 | 72064121CA00001 | COOPERATIVE HOUSING FOUNDATION |
| 89 | 2/11/2025 | 72011422CA00001 | EAST-WEST MANAGEMENT INSTITUTE INC |
| 90 | 2/11/2025 | 72029421CA00001 | DAI GLOBAL LLC |
| 91 | 2/11/2025 | 72029422CA00008 | INTERNATIONAL RESEARCH AND EXCHANGES BOARD INC. |
| 92 | 2/11/2025 | 72030623CA00002 | INTERNATIONAL RESCUE COMMITTEE, INC. |
| 93 | 2/11/2025 | 72030624CA00002 | CARE |
| 94 | 2/11/2025 | 72061720CA00005 | THE JOHNS HOPKINS UNIVERSITY |
| 95 | 2/11/2025 | 72066020CA00002 | FAMILY HEALTH INTERNATIONAL |
| 96 | 2/11/2025 | 72066722LA00002 | PACT, INC. |
| 97 | 2/11/2025 | 72066822CA00002 | EDUCATION DEVELOPMENT CENTER, INC. |
| 98 | 2/11/2025 | 72068522CA00001 | RESEARCH TRIANGLE INSTITUTE |
| 99 | 2/11/2025 | 72068718CA00003 | MANAGEMENT SCIENCES FOR HEALTH, INC. |
| 100 | 2/11/2025 | AID-263-A-15-00018 | AMIDEAST |
| 101 | 2/11/2025 | 72065622CA00008 | WORLD EDUCATION, INC. |
| 102 | 2/11/2025 | 72030622IO00003 | UN WOMAN |

|     | A | B | C |
|-----|---|---|---|
| 103 | 2/11/2025 | 72051421IO00002 | INTERNATIONAL ORGANIZATION FOR MIGRATION |
| 104 | 2/11/2025 | 72068724IO00004 | WORLD HEALTH ORGANIZATION |
| 105 | 2/12/2025 | 72026819CA00001 | WORLD LEARNING INC. |
| 106 | 2/12/2025 | 72026823CA00001 | RESEARCH TRIANGLE INSTITUTE |
| 107 | 2/12/2025 | 72049219CA00005 | RESEARCH TRIANGLE INSTITUTE |
| 108 | 2/12/2025 | 72049220CA00003 | EDUCATION DEVELOPMENT CENTER, INC. |
| 109 | 2/12/2025 | 72066321CA00001 | AMREF HEALTH AFRICA |
| 110 | 2/12/2025 | AID-596-A-16-00001 | PAN AMERICAN DEVELOPMENT FOUNDATION, INC. |
| 111 | 2/12/0205 | 72066418CA00001 | FAMILY HEALTH INTERNATIONAL |
| 112 | 2/12/2025 | 720DDG18IO00001 | WORLD HEALTH ORGANIZATION |
| 113 | 2/11/2025 | 7200AA21F00009 | CHEMONICS INTERNATIONAL, INC. |
| 114 | 2/11/2025 | 7200AA19C00080 | PALLADIUM INTERNATIONAL LLC |
| 115 | 2/11/2025 | 7200AA20F00004 | DEXIS CONSULTING GROUP |
| 116 | 2/11/2025 | 7200AA21F00008 | DT GLOBAL INC |
| 117 | 2/11/2025 | 7200AA21F00010 | THE KAIZEN COMPANY, LLC |
| 118 | 2/11/2025 | 7200AA21N00007 | JEFFERSON CONSULTING GROUP LLC |
| 119 | 2/11/2025 | 7200AA22C00032 | VISANT |

| | A | B | C |
|---|---|---|---|
| 120 | 2/11/2025 | 7200AA22C00044 | CHEMONICS INTERNATIONAL, INC. |
| 121 | 2/11/2025 | 7200AA22F00001 | THE KAIZEN COMPANY, LLC |
| 122 | 2/11/2025 | 7200AA22F00017 | TETRA TECH DRG JV, INC. |
| 123 | 2/11/2025 | 7200AA22F50017 | ENCOMPASS LLC |
| 124 | 2/11/2025 | 7200AA22M00002 | DEXIS PROFESSIONAL SERVICES, LLC |
| 125 | 2/11/2025 | 7200AA22M00006 | JEFFERSON CONSULTING GROUP LLC |
| 126 | 2/11/2025 | 7200AA22N00006 | INTERNATIONAL DEVELOPMENT GROUP ADVISORY SERVICES, LLC |
| 127 | 2/11/2025 | 7200AA22N00008 | RESEARCH TRIANGLE INSTITUTE (RTI) |
| 128 | 2/11/2025 | 7200AA23C00082 | KWAAN TECH, LLC |
| 129 | 2/11/2025 | 7200AA23C00109 | WOLF LAKE SERVICES, LLC |
| 130 | 2/11/2025 | 7200AA23C00112 | USMAX CORPORATION |
| 131 | 2/11/2025 | 7200AA23M00009 | ENVIRONMENTAL INCENTIVES, INC. |
| 132 | 2/11/2025 | 7200AA23M00011 | CLOUDBURST CONSULTING GROUP, INC. |
| 133 | 2/11/2025 | 7200AA23M00020 | NATIONAL OPINION RESEARCH CENTER |
| 134 | 2/11/2025 | 7200AA23N00003 | ECODIT LLC |
| 135 | 2/11/2025 | 7200AA19M00003 | JEFFERSON CONSULTING GROUP LLC |
| 136 | 2/11/2025 | 7200AA24C00057 | Glacier Support Services, LLC (GSS) |

|     | A | B | C |
|---|---|---|---|
| 137 | 2/11/2025 | 7200AA24C00062 | DAI GLOBAL LLC |
| 138 | 2/11/2025 | 7200AA24F00004 | AECOM TECHNICAL SERVICES, INC. |
| 139 | 2/11/2025 | 7200AA24F50020 | ENCOMPASS LLC |
| 140 | 2/11/2025 | 7200AA24M00001 | ZEMITEK LLC |
| 141 | 2/11/2025 | 7200AA24M00011 | ZEMITEK LLC |
| 142 | 2/11/2025 | 7200AA24M00015 | Environmental Incentives, Inc |
| 143 | 2/11/2025 | 7200AA24N00009 | THE CADMUS GROUP LLC |
| 144 | 2/11/2025 | 72011424C00001 | DELOITTE CONSULTING LLP |
| 145 | 2/11/2025 | 72011424C00004 | DAI GLOBAL LLC |
| 146 | 2/11/2025 | 72026321C00003 | MTC INTERNATIONAL DEVELOPMENT HOLDING COMPANY, LLC |
| 147 | 2/11/2025 | 72039124N00001 | TETRA TECH, INC. |
| 148 | 2/11/2025 | 72052024C00001 | CHEMONICS INTERNATIONAL, INC. |
| 149 | 2/11/2025 | 72052222C00006 | DAI GLOBAL LLC |
| 150 | 2/11/2025 | 72052224F00001 | WSP USA SOLUTIONS INC |
| 151 | 2/11/2025 | 72061124N00001 | ENCOMPASS LLC |
| 152 | 2/11/2025 | 72051924F00008 | CREATIVE ASSOCIATES INTERNATIONAL, INC |
| 153 | 2/11/2025 | 720CPS21M00002 | CELEEN LLC |

| | A | B | C |
|---|---|---|---|
| 154 | 2/11/2025 | 7200AA22N00003 | TETRA TECH, INC. |
| 155 | 2/11/2025 | 7200AA23M00002 | DALBERG CONSULTING US LLC |
| 156 | 2/11/2025 | 7200AA24M00009 | TRG |
| 157 | 2/11/2025 | 7200AA24N00011 | FEDWRITERS, INC. |
| 158 | 2/11/2025 | 7200AA24N00010 | CELEEN LLC |
| 159 | 2/11/2025 | 7200AA23C00025 | KAIVA TECH, LLC |
| 160 | 2/12/2025 | 7200AA18M00014 | TETRA TECH, INC. |
| 161 | 2/12/2025 | 72066023C00001 | DAI GLOBAL LLC |
| 162 | 2/12/2025 | 72038824C00003 | PALLADIUM INTERNATIONAL LLC |
| 163 | 2/12/2025 | 72011721C00001 | CHEMONICS INTERNATIONAL, INC. |
| 164 | 2/12/2025 | 72011722F00002 | TETRA TECH ES, INC. |
| 165 | 2/12/2025 | 72012122C00002 | DAI GLOBAL LLC |
| 166 | 2/12/2025 | 72012125C00003 | DAI GLOBAL LLC |
| 167 | 2/12/2025 | 72026724N00001 | CHEMONICS INTERNATIONAL, INC. |
| 168 | 2/12/2025 | 72026820C00003 | DAI GLOBAL LLC |
| 169 | 2/12/2025 | 72029424C00001 | CHEMONICS INTERNATIONAL, INC. |
| 170 | 2/12/2025 | 72029424F00004 | DAI GLOBAL LLC |

| | A | B | C |
|---|---|---|---|
| 171 | 2/12/2025 | 72029424F00007 | AECOM TECHNICAL SERVICES, INC. |
| 172 | 2/12/2025 | 72029424F00008 | AECOM TECHNICAL SERVICES, INC. |
| 173 | 2/12/2025 | 72036723C00001 | DAI GLOBAL LLC |
| 174 | 2/12/2025 | 72036723C00002 | CHEMONICS INTERNATIONAL, INC. |
| 175 | 2/12/2025 | 72049224C00002 | DT GLOBAL INC |
| 176 | 2/12/2025 | 72051924F00005 | PALLADIUM INTERNATIONAL LLC |
| 177 | 2/12/2025 | 72061222N00001 | CHEMONICS INTERNATIONAL, INC. |
| 178 | 2/12/2025 | 72061522M00004 | SOCHA, LLC |
| 179 | 2/12/2025 | 72061524F00003 | EDUCATION DEVELOPMENT CENTER, INC. |
| 180 | 2/12/2025 | 72061724F00001 | BIXAL SOLUTIONS INCORPORATED |
| 181 | 2/12/2025 | 7200AA22M00001 | GLOBAL SOLUTIONS VENTURES, LLC |
| 182 | 2/12/2025 | 72067423C00003 | RESEARCH TRIANGLE INSTITUTE (RTI) |
| 183 | 2/12/2025 | 72067424C00002 | TETRA TECH ES, INC. |
| 184 | 2/12/2025 | 72067425C00001 | TETRA TECH ES, INC. |
| 185 | 2/6/2025 | 7200AA20M00010 | ZEMITEK LLC |
| 186 | 2/11/2025 | 7200AA22C00059 | Articus Solutions |

| A | B | C |
|---|---|---|
| 2/12/2025 | 7200AA19F00015 | DEVTECH SYSTEMS INC |
| 2/12/2025 | 7200AA19F00024 | INTERNATIONAL DEVELOPMENT GROUP ADVISORY SERVICES, LLC |
| 2/12/2025 | 7200AA19F50037 | ZEMITEK LLC |
| 2/12/2025 | 7200AA19M00017 | MANAGEMENT SYSTEMS INTERNATIONAL, INC. |
| 2/12/2025 | 7200AA20F00013 | TETRA TECH ES, INC. |
| 2/12/2025 | 7200AA21C00050 | CHENEGA ENTERPRISE SYSTEMS & SOLUTIONS, LLC |
| 2/12/2025 | 7200AA21N00001 | ENCOMPASS LLC |
| 2/12/2025 | 7200AA22C00050 | EAGLE HEALTH, LLC |
| 2/12/2025 | 7200AA22C00051 | CHUGACH TECHNICAL SOLUTIONS LLC |
| 2/12/2025 | 7200AA22F00014 | INTEGRITY GLOBAL INC. |
| 2/12/2025 | 7200AA22F00016 | MAKING CENTS |
| 2/12/2025 | 7200AA22F50030 | ENCOMPASS LLC |
| 2/12/2025 | 7200AA22M00015 | BIXAL SOLUTIONS INCORPORATED |
| 2/12/2025 | 7200AA22N00002 | DAI GLOBAL LLC |
| 2/12/2025 | 7200AA23C00024 | CHUGACH DYNAMIC SOLUTIONS LLC |
| 2/12/2025 | 7200AA23C00042 | CHICKASAW STRATEGIC POINTE, LLC |

|     | A | B | C |
| --- | --- | --- | --- |
| 203 | 2/12/2025 | 7200AA23M00006 | THE DESIGNPOND |
| 204 | 2/12/2025 | 7200AA23M00013 | DEVTECH SYSTEMS INC |
| 205 | 2/12/2025 | 7200AA23M00014 | SOCIAL IMPACT INC |
| 206 | 2/12/2025 | 7200AA24M00017 | CONSENSUS SOLUTIONS, LLC |
| 207 | 2/12/2025 | 7200AA24P00065 | AGENCE FRANCE PRESSE |
| 208 | 2/12/2025 | 72051922F00003 | ENCOMPASS LLC |
| 209 | 2/12/2025 | 72066322C00001 | LINC LLC |
| 210 | 2/12/2025 | 72066922F00004 | INTERNATIONAL BUSINESS INITIATIVES LLC |
| 211 | 2/12/2025 | 72066923C00002 | FAMILY HEALTH INTERNATIONAL |
| 212 | 2/12/2025 | 72066923F00001 | DAI GLOBAL LLC |
| 213 | 2/12/2025 | 72068822C00001 | ARD, INC. |
| 214 | 2/12/2025 | 72068823C00002 | SOCIAL IMPACT INC |
| 215 | 2/12/2025 | 72068824C00001 | CHEMONICS INTERNATIONAL, INC. |
| 216 | 2/12/2025 | 72068824F00001 | DEXIS INTERACTIVE LLC |
| 217 | 2/12/2025 | 72062422F00001 | KHULISA MANAGEMENT SERVICES, INC. |
| 218 | 2/12/2025 | 72052222F00006 | INTERNATIONAL BUSINESS INITIATIVES LLC |
| 219 | 2/12/2025 | 72052122F00001 | INTERNATIONAL BUSINESS INITIATIVES LLC |

|     | A | B | C |
|-----|---|---|---|
| 220 | 2/12/2025 | 72051924F00006 | DAI GLOBAL LLC |
| 221 | 2/12/2025 | 72051924F50018 | MUKUNDA P SITAULA |
| 222 | 2/12/2025 | 72051925F00001 | DAI GLOBAL LLC |
| 223 | 2/12/2025 | 72051422F00005 | CHEMONICS INTERNATIONAL, INC. |
| 224 | 2/12/2025 | 72051423C00001 | CHEMONICS INTERNATIONAL, INC. |
| 225 | 2/12/2025 | 72051423C00002 | ARD, INC. |
| 226 | 2/12/2025 | 720BHA23S00110 | SAMANTHA ELFMONT |
| 227 | 2/12/2025 | 720BHA21S00155 | ALEXANDRA KLASS |
| 228 | 2/12/2025 | 720BHA23S00186 | KATHRYN MAGEE MCMAHON |
| 229 | 2/12/2025 | 720BHA23S00252 | SCHALA MARYSE BATTLE |
| 230 | 2/12/2025 | 7200AA23M00015 | INTERNATIONAL CENTER FOR LANGUAGE STUDIES, INC. |
| 231 | 2/12/2025 | 7200AA22F00007 | ENCOMPASS LLC |