IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


AIDS VACCINE                          )
ADVOCACY COALITION, ET AL.,           )
                                      )
         Plaintiffs,                  )
                                      )    CA No. 25-400
                                      )    Washington, D.C.
       vs.                            )    February 12, 2025
                                      )    1:30 p.m.
U.S. DoS, ET AL.,                     )
                                      )
         Defendants.                  )
_____)

GLOBAL HEALTH COUNCIL, ET AL.,        )
                                      )
         Plaintiffs,                  )
                                      )    CA No. 25-402
                                      )    Washington, D.C.
       vs.                            )    February 12, 2025
                                      )    1:30 p.m.
DONALD J. TRUMP, ET AL.,              )
                                      )
         Defendants.                  )
_____)


TRANSCRIPT OF
STATUS CONFERENCE – MOTIONS – TEMPORARY RESTRAINING ORDER
VIA ZOOM TELECONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIR H. ALI
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Plaintiff AIDS Vaccine
Advocacy Coalition:          Lauren Bateman
                             Nicolas Sansone
                             Allison M. Zieve
                             PUBLIC CITIZEN
                             LITIGATION GROUP
                             1600 20th St NW
                             Washington, D.C. 20009
                             (202) 588-7739
                             lbateman@citizen.org


For Plaintiff
Global Health Council:       Stephen K. Wirth
                             William Perdue
                             ARNOLD & PORTER
                             KAYE SCHOLER LLP
                             601 Massachusetts Ave. NW
                             Washington, D.C. 20001
                             (202) 942-6739
                             Email:
                             stephen.wirth@arnoldporter.com


For Defendant U.S. DoS:      Christopher D. Edelman
                             Eric Hamilton
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C. 20530
                             (202) 305-8659
                             Email:
                             christopher.edelman@usdoj.gov


Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249



Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1            P R O C E E D I N G S

2            COURTROOM DEPUTY:  Good afternoon, Your Honor.

3   We have all parties present for these matters.

4            THE COURT:  Great.  Thank you.  We can go ahead

5   and call the case when you're ready.

6            COURTROOM DEPUTY:  Civil Action 25-400,

7   AIDS Vaccine Advocacy Coalition versus the United States

8   Department of State, et al.; and also calling Civil Action

9   25-402, Global Health Council, et al., versus

10  Donald J. Trump, et al.

11            May I have the parties for the first matter,

12  25-400, identify yourselves for the record, beginning with

13  plaintiffs' counsel.

14            MS. BATEMAN:  This is Lauren Bateman, counsel for

15  plaintiffs.

16            MR. SANSONE:  We also have Nicolas Sansone,

17  also for plaintiffs.

18            MS. ZIEVE:  And Allison Zieve for plaintiffs.

19            COURTROOM DEPUTY:  Can I have counsel for the

20  defendant announce yourself for the record, please.

21            MR. EDELMAN:  Yes.

22            This is Christopher Edelman from the Department of

23  Justice on behalf of the government.

24            And I'm joined by my colleague Eric Hamilton.

25

1          COURTROOM DEPUTY:  And can I have the parties for

2     25-402 identify yourselves for the record,

3     plaintiffs' counsel, please.

4          MR. WIRTH:  This is Stephen Wirth with Arnold &

5     Porter for plaintiffs.

6          MR. PERDUE:  This is William Perdue, also from

7     Arnold & Porter, also for plaintiffs.

8          And as a preliminary housekeeping matter, I wanted

9     to mention that I have a motion for appearance post hoc --

10    pro hac vice that has been filed with the Court but has not

11    been ruled upon and wanted to make sure that it's not a

12    problem for me to address the Court today.

13         THE COURT:  That'll be fine.

14         MR. PERDUE:  Thank you, Your Honor.

15         THE COURT:  Any other counsel?

16         MR. WIRTH:  Not for plaintiffs.

17         THE COURT:  Counsel for defendant, is it the same

18    in both cases?

19         MR. EDELMAN:  Yes, Your Honor.

20         Again, this is Christopher Edelman joined by

21    Eric Hamilton for the Department of Justice.

22         THE COURT:  Okay.

23         All right.  Good afternoon, everyone.

24    I understand we have a motion for Temporary Restraining

25    Order that was filed yesterday in one of these two cases,

1    it's the case ending 402, brought by Global Health Council.

2            I understand that the other case, 400, brought by

3    the AIDS Vaccine Advocacy Coalition, had indicated there

4    would be a Temporary Restraining Order then filed a written

5    motion a short while ago today, which the Court has also

6    received.

7            I will just say at the outset, I understand these

8    cases are important to all parties here.  I know that the

9    plaintiffs in each case have alleged they're suffering harm

10   which may be irrevocable.

11           I also understand that the administration has

12   identified the subject matter here as a priority.

13           And I've set this hearing for the purpose of

14   hearing from the parties, particularly on the application of

15   the Temporary Restraining Order standard to the record that

16   I have before me in the case.

17           I'm going to give each counsel the opportunity to

18   make arguments -- each party, I should say, I assume it will

19   be one counsel from each party arguing.  You'll have to tell

20   me if I'm wrong about that at the beginning of your argument

21   so I know what to anticipate.

22           But before I do that, one important caution.

23           I understand that some of the declarations filed

24   by the plaintiffs were marked as sealed.  The hearing is

25   being held on a public line, so I just ask the parties to

```
 1   proceed accordingly.

 2            I do have the materials in front of me.  So if you

 3   want to refer me to particular pages in the sealed material,

 4   you may do that; but, otherwise, just be prudent given the

 5   context.

 6            With that, I'll hear from the plaintiffs in each

 7   case first.

 8            I'm going to ask counsel in Case Number 402,

 9   that's the Global Health Council case, to go first.

10            And, again, what I'm interested in here is the

11   application of the standard I'm called upon to apply the

12   Temporary Restraining Order standard to the record that I

13   have.  Thanks.

14            MR. EDELMAN:  Your Honor, this is

15   Christopher Edelman for the government.  I'm sorry for

16   interrupting.

17            Would it be possible to discuss the government's

18   notices of related cases filed in the two matters before

19   Your Honor?

20            The government's position is that both of them are

21   related to the previously filed case of American Foreign

22   Service Association pending before Judge Nichols in which a

23   TRO is already in place, and my understanding is that none

24   of the parties have objected to the relatedness of these

25   cases.
```

1          THE COURT:  So I have your notices filed; I saw

2     that you have refiled the notices.

3          I will just tell you that the Court has received

4     them and considered them.

5          And, you know, obviously, this case was randomly

6     assigned to me.

7          And obviously, you know, I'm here at the hearing

8     because the Court decided that I'll be presiding over the

9     Temporary Restraining Order motion or at least this hearing.

10         So I'm not going to have further argument.  I do

11    have the parties' argument there -- and the Court has the

12    arguments.

13         So like I said, the purpose of this meeting is

14    going to be to hear argument on the Temporary Restraining

15    Order.

16         MR. EDELMAN:  I understand.

17         THE COURT:  So can I hear from plaintiffs' counsel

18    in 402, please.

19         MR. WIRTH:  Yes.

20         Hello.  Your Honor, this is Stephen Wirth on

21    behalf of Arnold & Porter for plaintiffs.

22         I plan to focus on irreparable harm today.

23         My colleague, Mr. Perdue, is going to focus on the

24    likelihood of success, if that's all right for the Court.

25         THE COURT:  Got it.  Thanks.

1          MR. WIRTH:  We represent businesses, nonprofits,

2    and associations who operate under contracts, grants, and

3    other agreements and receive foreign assistance funding from

4    USAID and the State Department.  My colleagues and others in

5    this sector have been devastated by Executive Order 14169

6    and the actions defendants are currently taking to implement

7    it.

8          This case presents one of the most compelling

9    showings of irreparable harm that the Court will likely see.

10          Some of my clients have lost all or essentially

11    all of their access to capital, their businesses are

12    shuttering, they are terminating or furloughing their

13    employees, food is rotting, medical supplies are expiring,

14    and community relationships that took decades to build are

15    crumbling.  All of this is happening for arbitrary and

16    capricious reasons, for arbitrary and capricious ways, and

17    contrary to our fundamental constitutional structure and

18    laws.

19          Turning to irreparable injury, our briefs and the

20    declarations at ECF 7 set out in great detail the harms that

21    my clients are currently facing.

22          Executive Orders stop them from being paid for

23    work that is already completed, force them to stop work on

24    ongoing projects, projects that can't be easily re-started.

25    All of my clients are suffering.

1          But I'd especially like to highlight the plight of

2    some small businesses in this sector.

3          One of my clients, Democracy International,

4    has furloughed 100 percent of its 95 U.S.-based employees,

5    and 93 percent of its employees abroad.

6          That's true of many members of the Small Business

7    Association for International Companies, which is also a

8    plaintiff.

9          Businesses are already shuttering.

10          Employees have lost health insurance.

11          Some organizations have been placed in legal

12    jeopardy, as they unwillingly violate domestic and foreign

13    labor laws, and staff in conflicted areas abroad have been

14    placed in extreme risk.

15          Beyond that, defendants' actions have caused

16    perishable food and medicine to be left sitting on warehouse

17    shelves, unable to be delivered to those who need them, and

18    they're expiring as we speak.

19          Finally, there are harms to trust and good will

20    that are irreparable.

21          My clients work in some of the world's most

22    complex and dangerous environment, including Ukraine and

23    other conflict zones around the world.  Many of them have

24    worked decades to build relationships in communities that

25    are often skeptical of Americans and foreign aid, a trust

```
1    that takes decades to build can be undermined in an instant.
2    And by freezing funding, especially in such an arbitrary and
3    capricious way, defendants are doing that just now.
4              I'm happy the answer the Court's questions.
5              THE COURT:  Yes.
6              Could you -- and I'll let your colleague speak to
7    likelihood of success in a moment.
8              And if you want to kick this to your colleague,
9    that's fine.
10             What is the -- can you describe the particular
11   actions you're seeking to enjoin here.
12             MR. WIRTH:  Yes.
13             We're seeking to enjoin the Executive Order 14169.
14             We're seeking to enjoin all of the actions
15   identified in the proposed Temporary Restraining Order.
16   That's 4-1.
17             And we're also seeking to enjoin any conduct by
18   defendants to implement the Executive Order or any of the
19   other actions identified in the proposed
20   Temporary Restraining Order.
21             So we're asking for the Court to enjoin them from
22   freezing, pausing, or otherwise preventing the obligation or
23   disbursement of appropriated funds, including contracts,
24   grants, cooperative agreements, and loans, for both past and
25   ongoing expenses.
```

1          We're asking for the Court to enjoin them from

2     issuing, implementing, enforcing, or otherwise giving effect

3     to terminations, suspensions, or stop-work orders on

4     existing grants, cooperative agreements, and contracts for

5     foreign aid assistance.  We understand that that conduct is

6     all fruit of the poisonous tree; that it flows from the

7     Executive Order and defendants' actions to implement the

8     order.

9          And we're also asking the Court to enjoin the

10    government from dismantling USAID or taking any other

11    action, such as terminating, furloughing, or placing

12    personnel on administrative leave that would prevent

13    defendants from fulfilling their obligations to disburse

14    appropriated foreign assistance funds.

15          THE COURT:  Understood.

16          I'll come back to the question of scope, because

17    some of that seems a little broad to me, even accepting the

18    arguments you've made on the merits in your briefing and

19    irreparable harm as it's described in the briefing and

20    today.

21          Let me ask you a question, though, related to

22    irreparable harm.

23          How many of the plaintiffs, and you can kind of

24    decide the best way to represent that to me because you know

25    more about the way your clients work, but how many of them

1   have already had funding terminated?

2          And I'm asking kind of relative to how many

3   projects are still being funded.

4          MR. WIRTH:  So all of my plaintiffs who receive

5   money from USAID and the State Department have had that

6   money stopped; the funding has frozen.

7          I also represent two associations, and I believe

8   all of their members, or essentially all of their members,

9   I think all, have had funding stopped and had all funding

10  frozen.

11         There may be some exceptions --

12         THE COURT:  Go ahead.

13         MR. WIRTH:  Sorry, Your Honor.

14         There may be some exceptions where there have

15  been -- there's been talk of waivers, but all of them have

16  experienced great -- almost all of their funding stopped.

17         THE COURT:  And can you tell me -- and this

18  question is intended to be practical.

19         You know, mechanically, how has the funding

20  stopped?  Is there a specific way this happens in all

21  instances or is it different depending on the context?

22         MR. WIRTH:  I believe that there is some

23  differences depending on context.

24         But I do know that the payment portal that is used

25  for government contracts and grants to be paid has been

1    completely frozen as far as I'm aware.

2              THE COURT:  Okay.

3              Is the typical practice for there to be a

4    stop-work order or termination or is that a

5    context-dependent thing as well?

6              MR. WIRTH:  That is also a context-dependent

7    thing.

8              We do know that in many cases now, the government

9    is citing the Executive Order in issuing stop-work orders

10   and terminations.  So we know that that conduct is flowing

11   from the Executive Order and defendants' actions to

12   implement it.

13             THE COURT:  Is there freezing or funding that's

14   not being received that doesn't have a particular notice

15   attached to it; in other words, just a check that never

16   arrives or a transfer that never happens?

17             MR. WIRTH:  Yes, Your Honor.

18             For example, many of my clients have pending

19   invoices for work that has already been completed months

20   ago, and that money is simply not being paid.

21             THE COURT:  Okay.

22             And then I saw that, I believe it was this

23   morning, you filed a notice stating, "Defendants are

24   accelerating their terminations of contracts and suspensions

25   of grants of USAID and State Department partners."

1           Could you elaborate on that?

2           MR. WIRTH:  Yes.

3           My understanding, based upon conversations that

4    I've had with people who have seen information from within

5    the government, is that the government has tranches or lists

6    of contracts that are not being subject to any review

7    whatsoever but that are being terminated en masse right now

8    as we speak, and that the government has essentially --

9    essentially has quotas that they're attempting to terminate

10   as many contracts as possible and that these have been sort

11   of organized into large tranches; and that those

12   terminations have happened yesterday, they're happening

13   today, and more is slated for tomorrow.

14           Several of my clients have received such

15   terminations today that we assume are part of this ongoing

16   effort to terminate as many contracts as possible.

17           THE COURT:  Got it.

18           Okay.

19           That's all I have at the moment.

20           MR. WIRTH:  Thank you.

21           THE COURT:  Go ahead.

22           MR. PERDUE:  Yes, Your Honor.

23           This is William Perdue with Arnold & Porter also

24   on behalf of the plaintiffs in the Global Health Council

25   case.

1          I think, you know, when the Court is faced with a

2    request for a TRO, the Court evaluates the relevant factors

3    on a sliding scale.

4          In light of the overwhelming showing that we have

5    made on irreparable harm that my colleague has already

6    discussed, I do not think that this Court needs to dive very

7    far into the merits today.  But to the extent the Court does

8    address the merits, plaintiffs are extremely likely to

9    prevail on the merits of their claim.

10          In our complaint, we have four causes of action.

11          First, defendants' actions are arbitrary and

12    capricious under the APA;

13          Second, they're contrary to law under the APA;

14          Third, they violate the constitutional separation

15    of powers;

16          And, four, they are ultra vires.

17          We are likely to prevail on all of those claims.

18          But for today, I will plan to focus on the

19    arbitrary and capricious claim.

20          So legal principles governing arbitrary and

21    capricious claims, I assume, are very familiar to the Court,

22    and applying those principles to the facts here is very

23    clear-cut.

24          So defendants' actions here are arbitrary and

25    capricious in many ways that are detailed in our complaint

 1    and our motion and I will -- would like to focus today on

 2    just three.

 3            The first is that the defendants have failed to

 4    consider important aspects of the problems they claim to be

 5    setting out to address.

 6            The Executive Order and the implementing actions

 7    fail to consider anything other than the President's policy

 8    priorities.  But that is only one aspect of the problem

 9    here.  There are many other aspects.

10            Most importantly, defendants did not consider at

11    all the effects that freezing funding would have on the

12    entities that receive that funding.  That is perhaps the

13    most obvious aspect of the problem that the defendants set

14    out to address, but they did not consider it.

15            Second, defendants failed to consider reasonable

16    alternatives.

17            Even if the Court were to assume that aligning

18    foreign-assistance spending with the President's priorities

19    is a valid goal, freezing spending while that spending is

20    reviewed is not the only way to achieve that goal.

21            Most obviously, defendants could allow spending to

22    continue while they take 90 days to evaluate these programs.

23    Defendants, as far as we can tell, gave no consideration to

24    simply doing a review, rather than a review coupled with a

25    freeze.

1          Third, the defendants' actions are incoherent and

2   self-undermining in many ways.

3          The implementation of the Executive Order has been

4   incredibly opaque and chaotic.

5          At the most basic level, the funding freeze itself

6   actually undermines the review that defendants claim to be

7   undertaking.  The idea of a review inherently is that some

8   programs perhaps should be shut down but others should

9   continue.  But a funding that's frozen, then these programs

10  can't continue, because they have to be shut down and the

11  partners who implement them may even go out of business.

12         Beyond that, at various times, defendants have

13  said that they'll come up with standards for the review

14  process or for granting waivers.  But when our clients ask

15  their day-to-day contacts at the agency what the roles and

16  processes are, they tell us, if they respond at all, that

17  they can't provide us with guidance.  So the Court can see

18  examples of this in the exhibits to the HIAS Declaration.

19         There's also this waiver process that defendants

20  have said should be in place to allow some funding to

21  continue.

22         But even when waivers are granted, the money still

23  is not being released.  And, again, when we ask questions,

24  our contacts at the agency, when they respond at all,

25  sometimes acknowledge that this is happening; that even

```
 1    where there are waivers, the money still isn't flowing, but
 2    they can't tell us if and when that problem will be solved
 3    and the money will start flowing.
 4              THE COURT:  Counsel, can you elaborate on the
 5    waiver?
 6              Have your particular clients, have the plaintiffs
 7    here been granted waivers?  And, if so, what is the scope of
 8    the waivers when they're granted?
 9              MR. PERDUE:  I can give the Court, at best,
10    a general answer to that question.
11              I know that some clients have some of their
12    funding that may fall within some of the waivers,
13    the categorical waivers that have been granted.  But even in
14    those instances, as far as I am aware, there are instances
15    where there is funding that is within a waiver where money
16    still is not flowing.
17              And I don't know to the extent to which some or
18    all of my clients have applied for waivers.  Again, the
19    process even for doing that or for understanding what the
20    standards are for obtaining a waiver is extremely opaque.
21              THE COURT:  Why would -- what is -- I guess I'm
22    trying to understand the implication too of you saying that
23    funding is not released after the waiver.  Is the idea that
24    that's just kind of not been implemented smoothly in the
25    waiver process or that the waiver process, they're not
```

1    intending for the waiver process to allow funds to be

2    released or it's just kind of an administrative slip-up that

3    you're saying happened?

4                MR. PERDUE:  It's a little hard for me to answer

5    that question, because, again, the chaos and the opacity of

6    this process prevents us from really understanding what is

7    going on.

8                THE COURT:  Okay.

9                Well, let me ask you a more fundamental question

10   and then I'll probably move to hear from plaintiffs in 400.

11               So I asked your colleague about scope of relief

12   that you're seeking, particularly on the TRO, set-aside,

13   you know, the complaint and what you might seek later.  And

14   I believe you started by saying that you're seeking to

15   enjoin the Executive Order in full and then moved on to some

16   of the more specific aspects of it and the implementation of

17   it.

18               As I understand it, the final agency action that

19   you identify for your APA claim in your briefing and the

20   action you're discussing is actually the memoranda that

21   followed, like the Secretary of State's memorandum.

22   So could you clarify that.

23               And I guess kind of implicit in that question is,

24   you know, how does the relief sought connect to your

25   arguments.  And I'm interested specifically in your

```
1    likelihood of success arguments, how do they support the

2    relief you're seeking, and how do they not if there are

3    limits to the relief you can get based on the actual

4    arguments that you're advancing?

5                MR. PERDUE:  Absolutely, Your Honor.

6                So I think what your question is getting at is

7    that the Executive -- that the President himself is not an

8    agency under the APA and his actions therefore are not final

9    agency action under the APA.

10               So I think if you read our brief carefully --

11   and I apologize if there are any mistakes in this regard,

12   we were preparing our papers quite quickly -- that,

13   you know, with respect to the APA claims, we are

14   specifically challenging the actions of the non-presidential

15   defendants to implement the Executive Order.  And so to the

16   extent the Court is relying solely on the APA, you would be

17   enjoining implementing actions by other defendants.

18               The way that the TRO, our proposed TRO itself is

19   framed, it does include the Executive Order.  That is

20   because we, as I mentioned, we also have non-APA claims here

21   that could reach the EEO itself.

22               I think -- I am happy to talk about --

23               THE COURT:  That would be the separation-of-powers

24   argument?

25               I'm sorry.
```

1          You're saying that --

2          MR. PERDUE:  Yes.

3          THE COURT:  -- to reach the Executive Order,

4    it would be the separation-of-powers argument, the ultra

5    vires argument; is that right?

6          MR. PERDUE:  Correct, Your Honor.

7          And I'm happy to speak to those.

8          That said, you know, this is a TRO posture, and

9    I want to be practical and not have -- you know, burden the

10   Court's time with matters that are perhaps not of the utmost

11   importance.

12         I think if we were to get a TRO that did not reach

13   the Executive Order itself but reached all of the

14   implementation actions that other defendants are taking,

15   I think that would be, you know -- that would be of enormous

16   value to our clients.

17         And if perhaps I can confer with my clients and --

18   confer with my colleagues here for a moment and give

19   Your Honor an answer to the question as to whether that's --

20   you know, we would be fine with you simply limiting the

21   relief in that way.

22         But I think -- I can say as a -- as I'm answering

23   your question right now, that it would certainly be -- give

24   us most of what we are -- that majority of what we are

25   practically seeking here.

1          THE COURT:  And those are the implementing

2    memoranda from the Secretary of State and USAID notices that

3    followed?

4          MR. PERDUE:  Yes, Your Honor.

5          I want to try to be clear about that.

6          We included in our briefing and in the proposed

7    TRO all of the implementing actions we were aware of at the

8    time and tried to be comprehensive about that.

9          But, you know, as far as we are aware, there are

10   other kinds of internal agency directives that have been

11   issued since that time or that we were not aware of.

12         And so we will ask that the Court's relief be

13   broadly framed to cover the actions that we have identified

14   but also cover any other actions that the defendants take to

15   implement the Executive Order.

16         THE COURT:  Understood.  Okay.

17         All right.  With that, I'm going to hear from the

18   plaintiffs' counsel in Case Number 400, that's Council for

19   the AIDS Vaccine Advocacy Coalition.

20         I will just say at the outset that I

21   obviously don't need to hear repetition of what I've already

22   heard, except to the extent you think that you'll bring new

23   light to it.

24         But it is helpful to hear, given that you

25   represent different clients, you know, the irreparable harm

1   that -- insofar as it differs or reinforces, and then I'll

2   allow you to also address likelihood of success on the

3   merits so far as it adds to the presentation that's already

4   happened today.

5            MR. SANSONE:  Thank you very much, Your Honor.

6   This is Nick Sansone on behalf of the plaintiffs in 25-400.

7            I think as Your Honor recognizes, our claims very

8   much are on all fours with the claims in 25-402, so I will

9   attempt to be brief.

10           Your Honor identified the irreparable harm to our

11  clients as something that is sort of -- that we can

12  specifically speak to in our case, and I do think that the

13  irreparable harm in our case really reinforces everything

14  Your Honor has heard thus far.

15           Like the plaintiffs in 25-402, our clients have

16  also had all their foreign assistance funding taken away

17  overnight with pretty disastrous effects.

18           Both of them have had their budgets cut already by

19  around 40 percent.  They've had to wind down their

20  operations significantly, with each firing a large

21  proportion of their staff.  There are more terminations that

22  will be on the way in the coming days if funding is not

23  restored.

24           And in light of these realities, I mean, I think

25  one thing that we haven't touched on is the fact that,

1    you know, ostensibly, this pause is -- on funding is for

2    90 days.  We are not even a third of the way into that,

3    you know, supposedly time-limited pause, and it's not clear

4    that our clients will -- that their projects will be able to

5    survive that long without any kind of interim relief without

6    the restoration of funding.

7            And I think the similarity of the harms that have

8    been really experienced across the board does go to the

9    question of likelihood of success on the merits and does

10   also go to the question of what the scope of this Court's

11   relief should be.

12           You know, this was a blanket action.  You know,

13   the Executive Order and the implementation memo from the

14   State Department were designed to operate across the board

15   without really any sort of case-specific determinations.

16           And there are statements that we cite in our brief

17   from representatives of the Executive Branch sort of laying

18   bear that their intention is really to shut down foreign

19   assistance all together.

20           And given the fact that many organizations,

21   like our plaintiffs, will not be able to survive or may well

22   not be able to survive the 90 days, you know, it just goes

23   to demonstrate that, in fact, the defendants really are

24   achieving what they have set out to do.  And that purpose,

25   to sort of stymie foreign assistance, is not a permissible

1    action from the Executive Branch.

2            My colleagues in 25-402 sort of focused on the

3    APA.  But I would underscore as well the

4    separation-of-powers argument, which is that the Executive

5    Branch is there to implement and effectuate legislative

6    policy.  Certainly, the Executive has discretion in terms of

7    how to fill in the details of the broad policy directives

8    that the Legislative Branch puts out through its statutes.

9            But Congress has made the determination that

10   foreign-assistance projects like the ones our plaintiffs

11   operate to prevent HIV infection, to fight corruption

12   overseas, Congress has made the choice that those sorts of

13   programs do merit funding and should be prioritized as a

14   matter of national policy.

15           So I think what we have here is an --

16           THE COURT:  Can I ask you that --

17           So it sounds like your argument right now,

18   and some of the argument I heard about the APA earlier,

19   is focused on the threats, the lack of case by case --

20   although there's, of course, the waiver provision, which

21   I'm sure the government will be prepared to talk about.

22           But let me ask it this way.

23           You just referred to separation of powers and

24   Congress setting some constraints, setting guidance,

25   allocating the funds.

1        What can the President do?  You just said they

2   have some flexibility?  What is that flexibility?  Do you

3   agree that would be permissible to do?

4        MR. SANSONE:  So I think, you know, in terms of --

5   you know, for example, if there is not already a contract in

6   place, you know, I think the Executive Branch has

7   historically been able to assess proposals, look at projects

8   that have been submitted and determine, you know, the

9   Executive does have, you know, a set budget for allocating

10  among various programs.

11        And, if -- you know, barring some statement to the

12  contrary from Congress, I think if the Executive Branch sort

13  of looks at Project A and looks at Project B and knows it's

14  drawing from a limited pool of resources available and sort

15  of says, well, you know, we want to prioritize Project A, we

16  think it better serves our foreign policy, et cetera, you

17  know, that, I think, is an example of how the Executive can

18  sort of operate within the range of discretion to implement

19  programs.

20        What the Executive cannot do is, Congress has

21  said, here's $4 million that we want to allocate among the

22  projects that go toward HIV and AIDS research.

23  The President can't then say, I will not fund any of these

24  programs.  You know, there's sort of a -- you know, a range

25  of discretion that's available.  And I think what we're

1   seeing here is a desire to shut down the funding entirely.

2          In addition, the Impoundment Control Act creates

3   an avenue for the President to request that Congress rescind

4   appropriated funding.  So in the event that there were a

5   sort of wholesale policy conflict between the Executive

6   Branch and the Legislative Branch, Congress can sort of set

7   out the parameters for bringing that conflict to the floor

8   and a procedural way of addressing it.

9          THE COURT:  Got it.

10         You started your answer to my question by saying,

11  "If there's not already a contract in place, the Executive

12  can look at projects."

13         What can the Executive do if there's a contract in

14  place, or is your argument that they can't do anything?

15         MR. SANSONE:  I think -- you know, I think the

16  question of -- you know, if there is a contract in place

17  already, as, you know -- and, for example, one of our

18  clients, AIDS Vaccine Advocacy Coalition, has an existing

19  cooperation agreement with USAID.

20         You know, if the terms of the contract create a

21  mechanism for recision or hold open certain conditions on

22  which funding can be pulled, certainly, the Executive can

23  act under the terms of the contract.

24         What the Executive cannot do is terminate for

25  arbitrary and capricious reasons, reasons that are contrary

1    to law.  And, you know, we think that's exactly what

2    occurred -- what occurred and is occurring on massive scales

3    here.

4              THE COURT:  Got it.  Okay.

5              And I had actually intended to ask this question

6    of plaintiffs' counsel in the 402 case.

7              Mr. Perdue, you should feel free to not let me put

8    you on the spot here, but I'll give you the opportunity to

9    answer the same question I'm interested in on the

10   supervision of powers, in particular, what is it that the

11   President can do here?

12             MR. PERDUE:  I think I would join the statements

13   that my co-plaintiff made in that regard.

14             I think the most important thing here in the way

15   we framed our claims in this case is that the Executive

16   Branch has some discretion in how money is spent, but it

17   does not have discretion over whether money is spent.

18             In the appropriations statutes, Congress has

19   dedicated specified sums of money to be spent through USAID

20   and through the State Department for particular foreign

21   assistance purposes.

22             The Impoundment Control Act and the

23   Anti-Deficiency Act have specific mechanisms that limit the

24   President's and the Executive Branch's ability to obligate

25   or disburse appropriated funds.

1          So the key point for us, I think, is that the

2    Executive Branch has to spend the money on the -- for the

3    purposes that Congress has appropriated it.

4          And then in -- you know, with respect to deciding

5    whether to terminate existing funding arrangements or enter

6    into new ones, the Executive Branch can't make those

7    decisions for arbitrary or capricious reasons.

8          And, you know, what has happened here is that the

9    Executive Branch has cut off funding both for existing

10   arrangements and for future arrangements en masse for

11   arbitrary and capricious reasons that fail to account for

12   relevant aspects of the problem.

13         And if all of these terminations and freezes are

14   effectuated and remain in effect, the effect will be that

15   the Executive Branch is not spending the full amount that

16   Congress specified shall be spent on -- for those particular

17   purposes.

18         THE COURT:  Understood.

19         Okay.  Thank you.

20         Mr. Sansone, anything else before I give the

21   government the opportunity as well to present argument?

22         MR. SANSONE:  Thank you, Your Honor.

23         Just one small thing I would add on the question

24   of the waivers because they've been addressed in your

25   discussion with our co-plaintiff.

1          It's our understanding that given the sort of shut

2     down in USAID operations that have occurred, that there is

3     not actively a mechanism for requesting these waivers, that

4     many of the staff who would be responsible for reviewing any

5     sort of waiver request have been, you know, placed on

6     administrative leave.

7          So, you know, we recognize that the sort of

8     evidentiary record at this stage is extremely limited, but

9     our understanding, from what we're getting, is that that is

10    not a realistic mechanism.  There have not been procedures

11    put in place that actually are viable.

12         THE COURT:  Understood.  Okay.

13         All right.  I'll hear from the government.

14         MR. HAMILTON:  Thank you, Your Honor.

15         This is Eric Hamilton from the Department of

16    Justice for the defendants.

17         Your Honor, I'd start by noting the filing that we

18    made in the *ASSA* case.  And I do think there is some overlap

19    between the issues we're talking about today and the filing

20    we made two days ago in docket entry 20.

21         And in particular, I would call Your Honor's

22    attention to the declaration of Pete Marocco, who has been

23    appointed the Deputy Administrator for USAID.  And his

24    submission talks about some of the issues that we've been

25    talking about today.

1          Your Honor, I'll start with irreparable harm;

2   that's where plaintiffs also started.

3          And I note that it appears that plaintiffs are

4   trying to use this case as a one-size-fits-all vehicle to

5   litigate highly fact-dependent issues.

6          Plaintiffs make an important concession in

7   acknowledging that at least some of them have sought

8   waivers, and, as they acknowledge, there have been a waiver

9   process put into place.

10          Secretary Rubio issued initial waivers and then

11   that was later followed up by a process for considering

12   additional waivers.

13          On January 28th, for example, Secretary Rubio

14   issued an emergency humanitarian waiver for life-saving

15   assistance programs.

16          And separately, the State Department has been

17   issuing case-by-case waivers.

18          The Marocco Declaration that I cited in paragraph

19   29, for example, notes that a waiver was granted for AIDS

20   relief under PEPFAR.

21          And to be sure, there might be some hiccups in

22   implementing those waivers and getting them switched on,

23   but the goal and process is for there to be a procedure to

24   consider waivers while this 90-day pause is in place.

25          An additional fact-dependent issue is, of course,

1    the terms of the individual contracts that plaintiffs are

2    resting upon.

3          It is my understanding that there are at least

4    some contracts that USAID enters into that have clauses that

5    permit changes to the services and requirements if it's

6    determined that the contract is not consistent with the

7    national interest.  So in the end, we do not think

8    plaintiffs have carried their burden at this stage to

9    establish an irreparable harm.

10          The likelihood of success on the merits is,

11    of course, another element that plaintiffs --

12          THE COURT:  Can I just ask you, before we move to

13    likelihood of success -- first of all, let me say,

14    you mentioned a declaration filed in another case from the

15    Deputy Administrator.  I'd ask that you go ahead, if you'd

16    like the Court to consider that, to file it in the docket

17    after this hearing as soon as possible.  I'll ask you to

18    file it within an hour of -- after the hearing completes.

19          On the irreparable harm, the plaintiffs, in their

20    briefing and here today, argue that there's going to be a

21    significant shuttering of small businesses and talk about

22    the terminations and furloughing of, sounds like, numerous

23    people domestically and internationally.

24          I'm curious to get the government's position on

25    the shuttering of small businesses in the U.S. in particular

 1    and its relation to the irreparable harm inquiry.

 2            MR. HAMILTON:  Well, it's a difficult question to

 3    answer without knowing specifics and how that waiver

 4    question is going to play out.

 5            You know, I think we can acknowledge that the

 6    suspension of contracts could affect some businesses.  But

 7    I think there are also going to be instances of contracts

 8    where there was just a brief interruption in the performance

 9    of the contract or what the government is doing with that

10    contract, which is why it's really more appropriate for the

11    plaintiff to litigate these cases case by case, contract by

12    contract, instead of to get USAID-wide relief.

13            THE COURT:  Understood.

14            Yeah, if it is credible that -- and I think part

15    of the argument I heard from the plaintiff is that the small

16    businesses wouldn't survive the period of review that

17    applies.

18            If it's true and there's credible evidence that

19    the businesses wouldn't survive, do you agree that that's

20    relevant to the irreparable harm inquiry?

21            MR. HAMILTON:  It strikes me as relevant, and --

22    yes.

23            And, of course, on the expedited nature of this

24    proceeding, you know, we haven't had an opportunity to test

25    those facts ourselves.

1          THE COURT:  Yeah, I understand and appreciate that

2   very much.

3          Okay.

4          MR. HAMILTON:  Your Honor, I'll turn to likelihood

5   of success on the merits.

6          THE COURT:  Yeah.

7          Let me just ask you the same question just so

8   I understand -- and I understand that you all haven't had

9   the opportunity to contest everything written, and that's

10  the reason for at least having this hearing, having needed

11  to work on this on an expedited basis, but let me get your

12  position also.

13         Counsel mentioned that there's food and medicine

14  that wouldn't be delivered.  Is your answer there similar in

15  that it would be relevant but could depend on the scope of

16  the waiver?  I don't want to put words in your mouth; you

17  should tell me what your answer is to that.

18         MR. HAMILTON:  Yes.

19         Yes, I think that generally sounds right.

20         And, again, I would just note that,

21  on January 28th, Secretary Rubio did issue an emergency

22  humanitarian waiver.  So I think it's also important that we

23  figure out whether we're talking about a very brief

24  interruption in a contract that is about to be turned back

25  on, or whether it is something that may not change during

1    the existence of this 90-day pause.

2         THE COURT:  Got it.  Thank you.

3         And on the contract, as you were speaking,

4    you said that at least some of the contracts USAID enters

5    into have clauses that permit changes, including, I think

6    the example you gave is, one dependent on the national

7    interest.

8         Could you help me understand how that plays in

9    here, the existence of contractual provisions?

10        MR. HAMILTON:  Yes.  Yes.

11        So that is my understanding.

12        And I don't know that that's true of -- I don't

13   know the extent to which that clause appears in USAID

14   contracts.

15        But, you know, the point is that these claims

16   really do turn on the terms of the contracts.

17        And for those that do have this national-interest

18   clause, that's important, because all of this is happening

19   against the backdrop of a change in administrations in

20   Washington and a new President coming in with a different

21   foreign policy from his predecessor.

22        And this 90-day pause is part of the new

23   administration understanding the foreign aid landscape in

24   the country and recalibrating the aid to match the foreign

25   policy of the United States and the national interest.

1          THE COURT:  I take this argument, at least kind of

2     at its principal level, to be consistent with what the

3     plaintiffs are saying, the idea that, you know, where a

4     contract specifically has a provision that allows the terms

5     to be changed -- again, I'll use your example of, you know,

6     depending on the national interest -- that that's where the

7     President has -- and I'm not trying to imply that he doesn't

8     in other circumstances, but that's where it's clearest that

9     the President could, at least on a case-by-case basis,

10    modify the contract.  Is that the idea?

11          MR. HAMILTON:  Yeah.

12          I don't know that I want to rank -- you know,

13    kind of say what's clearest and what isn't.

14          But, yes, I think the national interest, in the

15    context of foreign policy, has to refer to the foreign

16    policy that is set through the President's Article II

17    authority.

18          THE COURT:  Yeah.

19          I mean, I guess, look, I'm not asking for you to

20    rank it.  I'm just trying -- you raised the terms of the

21    contract and an exception that allows the contract to be

22    changed.  I'm trying to understand why.

23          And I'm taking it it's that you think that's an

24    example of where the plaintiffs' position would be

25    overbroad.

1          MR. HAMILTON:  Yes.  Yes.

2          So in the end, the foreign aid that we're talking

3    about is part of the United States foreign policy, and

4    that's a foreign policy that is set by the President of the

5    United States under his Article II authority.

6          So if the President or his subordinates in the

7    State Department or USAID are determining that something

8    that might have been part of a previous foreign policy of

9    the United States is no longer so, that would no longer be

10   in the national interest if that is the term that appears in

11   that specific contract.

12         THE COURT:  And to understand the facts on the

13   ground and what's actually happening here, are the contracts

14   that are being terminated or suspended limited to those

15   which have provisions that allow modification?

16         MR. HAMILTON:  I do not believe so, but I am

17   not -- you know, I'm not familiar with kind of the full

18   landscape of all those various provisions that appear in

19   USAID contracts.

20         And it may be the case that there are other terms

21   that are relevant, which, again, goes back to why it's our

22   position that litigation over alleged violations of

23   contracts should proceed as a normal contract case would.

24         And, there are, of course, sovereign immunity

25   issues with litigating contract disputes against the

```
 1   U.S. Government; the Court of Federal Claims is frequently
 2   considering contract disputes.  This lawsuit, these
 3   lawsuits, are not the right vehicle for the contract
 4   disputes that plaintiffs are complaining about.
 5              THE COURT:  Yep, understood.
 6              And this may be -- you are already transitioning
 7   to that, but I am interested in hearing the government's
 8   arguments on likelihood of success on the merits.
 9              MR. HAMILTON:  Yes.  Thank you, Your Honor.
10              Plaintiffs have not carried their burden in
11   showing a likelihood of success on the merits.
12              I'll, again, start with that point that I think it
13   may well be the case that these claims are preempted and --
14   in Federal District Court and that the Court of Federal
15   Claims is the correct vehicle for contract disputes.
16              Plaintiffs are also asking the Court to provide
17   equitable relief that would hold in place employment
18   actions; I think they call that the administrative leave
19   that some employees were placed on.  Your Honor, those are
20   employment disputes.  And under the *Thunder Basin* line of
21   cases, such requests would be preempted in a Federal
22   District Court.
23              The Civil Service Reform Act and the Federal
24   Service Labor-Management Relations Statute, as well as the
25   Foreign Service Act, all provide mechanisms that Congress
```

1    designed to litigate employment disputes, and those are the

2    vehicles through which these issues should be litigated.

3            And I'll note also, this is discussed in the

4    Marocco Declaration.

5            THE COURT:  Counsel, let me interrupt for one

6    moment.

7            MR. HAMILTON:  Yes.

8            THE COURT:  And I do want to hear about the

9    declaration.  I know you'll file it, but I also --

10   it would be helpful to have you emphasize the most important

11   part of it.

12           But before you go there, could you clarify for

13   me -- I have your point on contractual disputes in the Court

14   of Federal Claims.  Could you explain to me which parts of

15   plaintiffs' harms here that are alleged are supposed to be

16   channeled through employment disputes?

17           MR. HAMILTON:  Yes.

18           I take them to be asking Your Honor to not change

19   the employment status of USAID employees.  And I took them

20   also to challenge the decision to place some USAID employees

21   on administrative leave.

22           We believe those are employment issues at bottom

23   and of the type that the MSPB, FLRA, and -- there's another

24   board that handles foreign service officers' claims.

25           But there are specific statutes that permit

1    litigation of employment disputes within the Federal

2    Government.  The existence of those statutes preempts the

3    claims that plaintiffs are making in this Court today.

4              And I'd add, Your Honor, that's important,

5    because, as the Marocco Declaration explains, at least some

6    of the employees placed on administrative leave, there were

7    fact-specific issues connected to the choice to place those

8    employees on administrative leave.  That's exactly the sort

9    of thing that these civil service boards exist to work out

10   when there are disputes.

11             THE COURT:  Yeah, understood.

12             I appreciate that.  That point is helpful.

13             Can I ask you to respond to the APA and

14   separation-of-powers arguments?

15             I have your arguments that there are other avenues

16   for the types of harms alleged and that's helpful, but I do

17   want to give you the chance to also address the APA and the

18   separation-of-powers arguments.  You can take them in

19   whichever order you prefer.

20             MR. HAMILTON:  Yes.  Thank you, Your Honor.

21             I'll start with the APA.

22             So to start, it should be clear that the Executive

23   Order is not something plaintiffs can challenge through the

24   APA.

25             Under *Franklin v. Massachusetts*, the President is

```
 1   not an agency under the APA, and the implementation of the

 2   Executive Order can also not be subject to the APA.

 3           That sort of outcome would gut *Franklin* and permit

 4   a workaround of that doctrine.  And in the end, that is what

 5   the Rubio memo does.  The President's Executive Order set a

 6   90-day-pause policy for foreign development assistance.  And

 7   Secretary Rubio's January 24th order is then setting review

 8   standards and directing the comprehensive review of foreign

 9   assistance within that 90 days so that the agency can

10   fulfill the mandate that the President set on it.

11           In addition, there is another adequate remedy at

12   law for at least some of the claims that plaintiffs are

13   raising.  I noted the CFRA, FFL, MRF, FFA, and then the

14   Court knows of Federal Claims.  All of those are mechanisms

15   for the litigation of contract and employment.

16           THE COURT:  Can I come back to your argument a

17   moment ago about *Franklin*.

18           So I understand the argument that an Executive

19   Order can't be challenged, and the President's not an

20   agency, the kind of subversion argument, or gutting

21   *Franklin*, as you put it.

22           I guess what would be helpful for me -- you know,

23   at the end of the day, the APA does allow review of final

24   agency action, right.  And so I take that to be the relevant

25   question, or at least one of the relevant questions,
```

1    I should say, in whether something can be reviewed.  And so

2    I take your point that what the President does doesn't count

3    because he's not an agency, and, therefore, it's not a final

4    agency action.

5              But often implementation of Presidential

6    priorities does take place in the context of final agency

7    action.  So could you help me sort through your position but

8    actually use the language of the statute?

9              MR. HAMILTON:  Yes.

10             So I think the issue is that we don't have agency

11   action because the -- you know, the agency is implementing a

12   presidential Executive Order.  And because we know that the

13   President is not an agency, that choice by Congress to not

14   subject the President to the APA would -- you know, that

15   choice would not be honored if this conduct of the State

16   Department and USAID was subjected to the APA.

17             But an additional APA prong --

18             THE COURT:  Is there an authority that you can

19   point to for that?

20             It sounds like *Franklin* is one that you want me to

21   look at.

22             Is there an authority for the notion that

23   something that would otherwise be a final agency action

24   isn't if it's implementing an Executive Order?

25

1          MR. HAMILTON:  Yes.

2          I mean, you know -- and we are talking about a

3    fact pattern that is a bit different from *Franklin*.

4          But -- I don't have the case at the ready, but I

5    do believe the brief we filed in *ASFA* has some cases that

6    support the argument that agency action implementing an

7    Executive Order should not likewise be treated as subject to

8    the APA.

9          But an entirely separate problem is that there's

10   no final agency action.  The policy we're talking about is

11   just a 90-day pause in funding.  And its purpose is to study

12   foreign assistance in the United States, recalibrate that

13   foreign assistance to President Trump's foreign policy, and

14   then make final decisions about funding.  So we don't even

15   have final agency action even if Your Honor disagrees with

16   the argument we've made under *Franklin*.

17         THE COURT:  Thanks.  I appreciate that.

18         And I do appreciate that you haven't filed a brief

19   in this, so it would be helpful, when you file the Marocco

20   Declaration, if there is a list of cases you want me to take

21   a look at, that you want to just pull from your brief in the

22   *ASFA* case, you're welcome to file that too.  I'll ask that

23   you file it within an hour of the end of the hearing.  Need

24   not provide analysis if you don't have time to do that, but

25   just having the case that you mentioned that you don't have

1    on hand at a minimum would be helpful.  I do want to give

2    you the opportunity to provide that.

3              MR. HAMILTON:  Thank you, Your Honor.

4    I appreciate that.

5              THE COURT:  So why don't we turn -- unless there's

6    any other critical point, I do have your point on other

7    adequate avenues, which has been helpful.

8              Unless you have another critical point on the APA,

9    if you could address the separation-of-powers argument.

10             MR. HAMILTON:  Yes.

11             So the plaintiffs are not able to litigate under

12   this idea that the President has exceeded a statute and,

13   therefore, is violating the Constitution.  We think *Dalton*

14   *v. Specter* is inconsistent with that argument.

15             And I'd also add, because I think at least one of

16   the plaintiffs bring a claim, at least to bring a claim

17   under the Take Care Clause, we are not aware of authority

18   that has held that the Take Care Clause provides affirmative

19   relief.  And in any event, that clause only applies to the

20   President, and so no claim brought under that clause could

21   affect the other officials that the plaintiffs have named as

22   defendants.

23             And, Your Honor, I'd add, too, that -- and it's a

24   point I started with -- this policy is happening against the

25   backdrop of the President's exercise of his Article II

```
 1    authority to set the foreign policies for the United States.
 2            And it is an enormously disruptive suggestion that
 3    plaintiffs are making to have a -- you know, this intrusion
 4    into USAID which would basically place USAID into a
 5    receivership with a federal court.  It is the President,
 6    of course, who is responsible for setting policies --
 7            THE COURT:  Yeah, so I guess that's what I was
 8    trying to ask you to address, because, you know, look,
 9    I understand that the President has important powers under
10    Article II that need to be respected, including over foreign
11    policy.
12            You know, what I heard the plaintiffs to be
13    arguing, and I'm just going to paraphrase, but it was
14    something along the lines of, the Article II authority of
15    the President, or the Executive Branch, provides discretion
16    over the question of how money is spent that Congress
17    allocates but not whether money is spent.
18            And so, you know, I have your argument on the
19    Take Care Clause, but then you could address the separation
20    of powers and include the role of Congress in this and how
21    you see that play out.
22            MR. HAMILTON:  Yes.
23            So I think this is a how-money-is-spent case,
24    because, in the end, we're talking about a 90-day pause to
25    some federal assistance, and, you know, it remains to be
```

```
 1   seen how the review that is taking place right now will
 2   conclude.
 3              THE COURT:  Understood.  Got it.
 4              And, Counsel, did you want to address -- there's
 5   also an argument on the merits about ultra vires.  I don't
 6   believe the plaintiffs brought it up in their arguments
 7   today, but I still want to give you the chance to respond at
 8   all to it, given that you haven't filed anything in writing
 9   in this case.
10              MR. HAMILTON:  Yes.
11              And, Your Honor, I'm sorry, with how quickly this
12   is moving, I'm not recalling their specific ultra vires
13   argument.
14              THE COURT:  It's in the briefing.  I believe it's
15   in 402 at page -- let's see here -- page 41.
16              MR. HAMILTON:  I'm just flipping through their
17   brief now.
18              Let's see.
19              MR. PERDUE:  Your Honor, this is William Perdue
20   for the plaintiffs.
21              I'm sorry to interrupt, but I just wanted to offer
22   whether it would be helpful for me to take 60 seconds to
23   articulate this argument to allow the government to respond.
24              THE COURT:  Yeah, why don't you go ahead and do
25   that.
```

1          MR. PERDUE:  Thank you, Your Honor.

2          I think, in a nutshell, the ultra vires argument

3     is simply that the defendants' actions to both the Executive

4     Order and the actions implementing it simply lack

5     constitutional or statutory authorization.

6          You know, government agencies have only that

7     power, not the President but the agencies, they only have

8     that power that Congress gives them, they have no power to

9     act beyond what they're authorized to do, and there is no

10    authorization here, constitutional or statutory.

11         And with respect to statutory authorization in

12    particular, I think this -- the actions here certainly

13    triggered the Major Questions Doctrine.  I think shutting

14    down billions of dollars in government spending, sending

15    numerous foreign aid partners, large and small, into

16    oblivion, you know, and shutting them down so that they are

17    out of business is clearly of sufficient political and

18    social and economic significance that it would require clear

19    congressional authorization.  Here, there is no

20    authorization, let alone clear authorization.

21         THE COURT:  Thanks.

22         And, counsel for the government, do you want to

23    offer your reaction to that?

24         MR. HAMILTON:  Yes.  Thank you, Your Honor.

25         So one reaction is that some of the statutes that

1  provide foreign assistance have terms that expressly call

2  out the President's decision-making in this space.  An

3  example is 22 U.S.C. Section 2151b(c)(1).  That statute

4  provides assistance on such terms and conditions as the

5  President may determine.  So, you know, we certainly think

6  Congress recognizes the President's authority in this space.

7          And, again, in the end, we are only talking about

8  a 90-day-pause policy.  And the purpose of that pause policy

9  is to permit the new administration to study the issue of

10  foreign aid in the United States and recalibrate it with the

11  country's new foreign policy.

12          THE COURT:  Counsel, can you give me that

13  statutory cite again.

14          MR. HAMILTON:  Yes.

15          And, Your Honor, it's one of those strange

16  statutes where like the letter is part of the number.

17          So it's 22 U.S.C. Section 2151b(c)(1).

18          THE COURT:  Understood.  Appreciate it.

19          So you've identified that statute.

20          On this point of there's got to be authorization

21  to act, I just want to give you the chance because

22  plaintiffs' counsel said "constitutional or statutory

23  authorization."

24          Just give me any other statute you think I should

25  look at for authorization and/or constitutional bases.

1          MR. HAMILTON:  I don't have another right now, but

2     we will -- we'll endeavor to include something like that in

3     what we file within the hour.

4          THE COURT:  Okay.

5          Yeah, if you want to list any other authorities,

6     you can.

7          I assume one you would give me is just Article II

8     authority over foreign policy.

9          MR. HAMILTON:  Of course, Your Honor.  Of course.

10         THE COURT:  Yeah.  Okay.  Understood.

11         Any other topics that the government wants to

12    address?

13         MR. HAMILTON:  Those are our top-level points,

14    Your Honor.

15         THE COURT:  Okay.

16         Plaintiffs' counsel, why don't I start with

17    Mr. Sansone.  Anything you'd like to offer that we haven't

18    already covered?

19         You don't need to do a formal rebuttal here or

20    anything like that.  It's just to the extent there is an

21    authority that you'd like to point me to that I might not

22    already be aware of or an argument.

23         MR. SANSONE:  Thank you, Your Honor.  Just a

24    couple of quick things.

25         You know, some sort of broad comments about the

1   government's presentation.

2          They focused quite a lot on USAID.  And I want to

3   be clear that the Executive Orders and the actions in this

4   case don't just apply to USAID grants.  Our client, JDN, has

5   a number of State Department grants, and so, you know,

6   the Marocco Declaration, that speaks to USAID.

7          The government also had a lot to say about avenues

8   for claims brought by employees.  Our clients are not

9   employees of USAID, they're grantees, and so those avenues

10  of seeking relief from USAID or State Department would not

11  be available.

12         And just on the final-agency-action point, I just

13  want to draw the Court's attention to the *Sackett* case out

14  of the Supreme Court, I believe.  I can get a case cite for

15  that as well.

16         But, you know, just because government policy

17  might change just because there could at some point be a

18  waiver program instituted doesn't mean that there isn't

19  final agency action today as to the withdrawal of the funds.

20         This pause is a final agency action put forward in

21  an Executive Order implemented through an agency directive

22  that affects the legal rights and duties of the parties

23  right now and is causing ongoing harm to our clients and to

24  many, many, many, many other similarly situated

25  organizations.

1          And we take the point that the government wants to

2    bring spending in line with its -- you know, the priorities

3    of this administration.

4          What it hasn't offered is any reason why that sort

5    of assessment can't go on without the pause, without the

6    sort of disruptive, you know, across the board stripping

7    away of, you know, available funding to organizations,

8    communities that rely on it and they're in danger right now,

9    many of whom, at the end of the day, may be perfectly

10   consistent with this administration's views on foreign

11   policy and this administration's priorities.  So to sort of

12   cut off the nose to spite the face approach hasn't been

13   justified, and, you know, we think that the Court should --

14         THE COURT:  Could you address for me, Mr. Sansone,

15   where does that factor into the actual legal analysis here,

16   the argument you were just making about why this assessment

17   can't go on without a pause.

18         Maybe one way to put it is, why isn't that a

19   decision the blunt or not so blunt approach.  Why isn't that

20   just a decision for the President?  And ground it for me in

21   doctrine.

22         MR. SANSONE:  What I would say, it goes to two

23   questions.

24         On the separation-of-powers point, on the

25   constitutional argument, Congress has made the decision that

1  this funding should be available to programs and should be

2  spent to support programs.  And so, you know, the sort of

3  decision to remove that funding entirely, even for 90 days,

4  is sort of inconsistent with, you know, what Congress has

5  sort of laid out as national policy.

6          And on the APA claim, you know, government action

7  has to -- or executive action from agencies has to be

8  supported by a reasoned analysis, particularly where,

9  as here, enormous reliance interests have been built up

10 around, you know, the existing status quo.

11         And so, you know, in order to justify taking this

12 sort of broad-brush approach, the government needs to show

13 why that is an appropriate and necessary response in order

14 to effectuate its priorities, and needs to sort of show why

15 it justifies the massive disruption and irreparable harm

16 that is going to occur and is already occurring to the

17 parties that have come to rely on it.

18         THE COURT:  Thanks.  That's helpful.

19         Okay.

20         MS. ZIEVE:  Your Honor, this is Allison Zieve for

21 the plaintiffs.

22         Can I just interrupt to give you a couple of cites

23 on the questions that you've asked?

24         THE COURT:  Sure.

25         MS. ZIEVE:  Mr. Sansone mentioned the *Sackett*

53

1    case, that's *Sackett versus EPA*, 556 U.S. 120, where the

2    Court held that mere --

3                  THE COURT:  Yeah, I have that.

4                  MS. ZIEVE:  Okay.

5                  And the D.C. Circuit said a similar thing in

6    *Nat'l Envtl. Dev. Ass'n's Clean Air Project v. EPA*, 752 F.3d

7    999 at 1006.

8                  THE COURT:  Okay.

9                  MS. ZIEVE:  And then with respect to counsel for

10   the government's assertions about executive power, I just

11   wanted to refer the Court both to *Youngstown* and to

12   *Zivotofsky*, which make clear that when the President takes

13   measures incompatible with the express will of Congress,

14   his power is at his lowest ebb.

15                  After *Zivotofsky*, I'd also refer you to 135 S. Ct.

16   at 2084.

17                  THE COURT:  All right.  Thank you.

18                  MS. ZIEVE:  Thank you.

19                  THE COURT:  And I'll just, in the interest of

20   giving opportunities, but, again, only if there's something

21   to add at this point, give plaintiffs' counsel in the 402

22   case the chance to speak.  I'm not sure which one of you is

23   going.

24                  MR. WIRTH:  Thank you.  This is Stephen Wirth.

25                  So first we just want to address the government's

1   argument with respect to the scope here.

2          I want to make clear, we're challenging these

3   actions en masse because the government is acting en masse.

4          The government has said they're going to shut down

5   all USAID funding and programs wholesale, they're

6   implementing orders to shut down the funding wholesale, and

7   the effect of those actions to shut down those programs

8   wholesale, and it's affecting our clients en masse, which is

9   why we are challenging it en masse.

10          The government mentioned the terms of these

11   contracts and yet the government can't tie their actions to

12   any of these terms, because they're acting en masse.

13          This is affecting not just small businesses but

14   also large businesses, including some of my clients.

15          While we have been on this -- in this hearing,

16   one of my clients received yet another contract termination.

17          The point about 90-day pause makes no sense when

18   the government is failing to pay its bills that have been

19   pending for -- since before the President took office.

20          And we have no confidence that they're going to

21   continue paying their bills after the 90-day pause.

22          The government has no guidance on the waiver

23   program, none whatsoever, and so for them to rely on it

24   makes no sense and it's no consolation to our clients.

25          This isn't a hiccup.  The government said that

1    there could be some hiccups.  This isn't a hiccup.  This is

2    a part of a policy.  We know it's a part of a policy because

3    all the decision-makers are saying it over and over.

4         The government mentioned the Court of Federal

5    Claims.  My colleague, Mr. Perdue, is going to address some

6    of the merits.

7         MR. PERDUE:  Thank you, Your Honor.  I'll try to

8    be brief.

9         With respect to the Court of Federal Claims, that

10   court can only award money damages for breach of contract

11   claims.  We are in this court asking for equitable

12   declaratory and injunctive relief to prevent irreparable

13   harm.  That is relief that only this Court can grant.

14        To the extent our claims mentioned personnel,

15   I want to be clear that we are not asking this Court to take

16   any particular personnel action or to superintend the

17   agency's HR decisions.  The only thing we want is for there

18   to be enough people in the building on active work status to

19   do the work of obligating and disbursing the full amount of

20   funds that Congress has appropriated and to do it on a

21   nonarbitrary basis.

22        With respect to the scope of our APA claims, we

23   acknowledge that the APA does not reach the EO itself.

24   But the Executive Order is not self-executing and its

25   inclination is not ministerial.

1          Our position would not gut *Franklin*.  It's their

2     position that would gut the EPA.  And the agency could avoid

3     APA review by simply having the President issue it as an

4     Executive Order first before the agency issues it at its own

5     action.

6          I think there's not a practical difference at this

7     stage as to whether a TRO here enjoins the Executive Order

8     itself or not.  And so if the Court is at all concerned

9     about that or it would slow the Court down at all in

10    granting relief, we would much prefer for the Court to enter

11    a TRO that reaches everything else and leave the EO for

12    another day.

13         To be clear, I don't want to give the Court the

14    impression that we have any doubt about the merits of our

15    non-APA claims.  It's just that they don't make a practical

16    difference at this point and I'm trying to be practical for

17    the Court.

18         With respect to final agency action, I think my

19    co-plaintiffs adequately addressed that, and there are

20    relevant cases cited in our brief, including the ones that

21    other counsel mentioned.

22         With respect to the separation-of-powers claims,

23    to the extent the Court dives into them at all, this case is

24    not just about the Take Care Clause, it's about the

25    Spending and Appropriations Clause which give the relevant

1    powers here to Congress and not to the Executive.

2            The President's foreign affairs power does not

3    displace Congress's spending and appropriations power.

4    I think the implication of the defendants' position on that

5    is that all foreign affairs and national security programs

6    are subject to complete nullification by the President

7    simply because they have -- they touch on foreign affairs.

8    I don't think that could possibly be the way that our

9    Constitution is designed.

10            And finally, I think this is -- this case is about

11   whether money is spent, not how money is spent.  You know,

12   there's been several references to the idea that this is

13   just a 90-day pause.  But the Court should be aware that

14   appropriations expire in March before the end of that 90-day

15   pause.  So if money is not spent between now and the end --

16   and the end of the appropriations period, the Executive will

17   not have spent money that Congress directed the Executive

18   Branch to spend.

19            THE COURT:  Got it.  Appreciate it.

20            MR. PERDUE:  Your Honor, with that, I think I

21   addressed at least the most important points from -- on the

22   merits from the government, and we're happy to answer any

23   other questions the Court may have.

24            THE COURT:  No.

25            But I will -- you know, I know often plaintiffs

1    get the last word or the moving party gets the last word.

2    I'm not going to that here.  I'm actually going to give the

3    government one more chance to address, particularly that

4    last point, if they have argument on the expiration of

5    appropriations within the 90-day period.  Could you address

6    that.

7            MR. HAMILTON:  Your Honor, I don't have a specific

8    response on that, but, if I may, just a couple other brief

9    points.

10           THE COURT:  Sure.

11           MR. HAMILTON:  One is, you know, I heard

12    plaintiffs complain that we haven't been more specific on

13    any particular contracts, but this is, of course, their

14    motion and their burden to establish the four *Winter*

15    factors.  Plaintiffs made a very important concession that

16    at least some of them are seeking waivers and there is a

17    waiver process in place.

18           And I also heard my friend on the other side note

19    the Court of Federal Claims limitations to money damages.

20    Your Honor, that does not mean that they can then seek

21    relief that Congress decided would not be available in the

22    Court of Federal Claims in a Federal District Court.

23           And, finally, Your Honor, I don't believe I made

24    argument on the balance of the equities and public interest.

25    I would just very briefly note again the President's

1   foreign-affairs powers in this space and that his choice to

2   take this time to study foreign aid and recalibrate it to

3   his foreign policy both tip those factors in defendants'

4   favor.

5           Thank you, Your Honor.

6           THE COURT:  Thank you.

7           Okay.  With that, I'll take the parties' arguments

8   under advisement.  I'm not going to rule right now from the

9   proverbial bench behind the phone.  I'll issue a ruling in

10  writing.

11          I will give some candid take on what might be

12  helpful to have and my thinking on this.

13          It's probably even surprising, and I mentioned --

14  it's important to me that the analysis of the parties and

15  anything the Court does be appropriately tailored between

16  the legal arguments and any type of relief that's asked for.

17          I noticed that, you know -- I know we're moving

18  fast here, but the proposed order in Case 400, for instance,

19  asks for defendants to be enjoined from implementing the

20  Executive Order in full and then broadly enjoined from

21  implementing the Secretary of State's memorandum.

22          It would be helpful to have a more tailored sense

23  of the relief that's being sought here.  You know, I know

24  there's been back and forth; specifically, I don't want to

25  belabor it on the power over the President when it comes to

 1    Executive Orders, but I just kind of give this as an

 2    illustrative.

 3              There are aspects of the Executive Order, like

 4    Section 3(b), that's Bravo, which is about review, not about

 5    termination or pause.  You know, similarly, even based on

 6    harm that's been alleged, Sections 3(d) or (e), those are

 7    David and Echo, I suppose, don't seem to be directly

 8    connected.

 9              And so, you know, I'm going to take under

10    advisement the arguments, particularly with respect to the

11    implementation of Sections 3(a) and 3(c) of the Executive

12    Order.

13              And, again, my ruling will come in writing, but I

14    do think it would be helpful to have the plaintiffs,

15    and actually all parties, I realize the government's may be

16    fairly simple here, but to just have all parties submit a

17    proposed order that's tailored to their merits on the merits

18    and the alleged harm, being as specific as possible to the

19    actions that would be enjoined in the parts of the

20    implementation -- of the orders or implementations that

21    would be enjoined.

22              You know, the plaintiffs in 402 may look at the

23    order and be satisfied with theirs.  Still feel free to

24    submit another based on the conversation we've had today.

25    Plaintiffs in 400 might want to take a look and be more

61

1    tailored in what they propose.

2             And I do think I'd ask the government to

3    propose -- to file a proposed order as well just because

4    they haven't had the opportunity to yet.

5             And let's see.

6             It would be helpful to have those by 4:30 p.m.

7    today, just a proposed order is all I'm asking for from each

8    of you.

9             Second, the plaintiffs have made arguments,

10   including in the notice that was filed this morning in Case

11   Number 402, that they've received terminations that may have

12   been in response to filing this litigation and raised at

13   least the possibility that the terminations are as a result

14   of the lawsuit.

15            So I'm going to ask plaintiffs, this can be for

16   both cases but at least in the 402 case, to submit any

17   evidence they have to support that, that action -- basically

18   showing actions that have been taken since the litigation

19   has been filed.

20            And just for the Court to understand and be able

21   to evaluate that argument, I'm going to order the government

22   to file with the Court a list of terminations, suspensions

23   or stop-work orders that have been issued since the filing

24   of those lawsuits.  So hopefully it shouldn't be a lot of

25   work.  That's just going back, I think, two days,

1    to February 10th, submitting a list of those.  And I'll ask

2    for both of those by 7:00 p.m. this evening.

3          Other than that, I'm going to take the parties'

4    arguments under advisement and issue a written ruling.  I do

5    appreciate everyone being so prepared today to address the

6    issues, especially on the tight turnaround required by the

7    motion that's been filed.

8          Thank you, all.

9          (Proceedings concluded at 2:59 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__February 13, 2025____    _____

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [4]** 3/2 3/6 3/19 3/25
**MR. EDELMAN: [4]** 3/21 4/19 6/14 7/16
**MR. HAMILTON: [27]** 30/14 33/2 33/21 34/4 34/18 35/10 36/11 37/1 37/16 38/9 39/7 39/17 40/20 42/9 42/25 44/3 44/10 45/22 46/10 46/16 47/24 48/14 49/1 49/9 49/13 58/7 58/11
**MR. PERDUE: [14]** 4/6 4/14 14/22 18/9 19/4 20/5 21/2 21/6 22/4 28/12 46/19 47/1 55/7 57/20
**MR. SANSONE: [7]** 3/16 23/5 26/4 27/15 29/22 49/23 51/22
**MR. WIRTH: [13]** 4/4 4/16 7/19 8/1 10/12 12/4 12/13 12/22 13/6 13/17 14/2 14/20 53/24
**MS. BATEMAN: [1]** 3/14
**MS. ZIEVE: [6]** 3/18 52/20 52/25 53/4 53/9 53/18
**THE COURT: [66]**

**$**
**$4 [1]** 26/21

**1**
**100 percent [1]** 9/4
**1006 [1]** 53/7
**10th [1]** 62/1
**1100 [1]** 2/14
**12 [2]** 1/6 1/12
**120 [1]** 53/1
**13 [1]** 63/7
**135 [1]** 53/15
**14169 [2]** 8/5 10/13
**1600 [1]** 2/5
**1:30 [1]** 1/6 1/12

**2**
**20 [1]** 30/20
**20001 [2]** 2/10 2/20
**20009 [1]** 2/5
**202 [4]** 2/6 2/11 2/15 2/21
**2025 [3]** 1/6 1/12 63/7
**20530 [1]** 2/15
**2084 [1]** 53/16
**20th [1]** 2/5
**2151b [2]** 48/3 48/17
**22 [2]** 48/3 48/17
**24th [1]** 41/7
**25-400 [4]** 1/5 3/6 3/12 23/6
**25-402 [6]** 1/11 3/9 4/2 23/8 23/15 25/2
**28th [2]** 31/13 34/21
**29 [1]** 31/19

**3**
**305-8659 [1]** 2/15
**3249 [1]** 2/21
**333 [1]** 2/20
**354-3249 [1]** 2/21

**4**
**4-1 [1]** 10/16
**40 [1]** 23/19
**400 [9]** 1/5 3/6 3/12 5/2 19/10 22/18 23/6 59/18 60/25
**402 [15]** 1/11 3/9 4/2 5/1 6/8 7/18 23/8 23/15 25/2 28/6 46/15 53/21 60/22 61/11 61/16
**41 [1]** 46/15
**4:30 [1]** 61/6

**5**
**556 [1]** 53/1
**588-7739 [1]** 2/6

**6**
**60 [1]** 46/22
**601 [1]** 2/10
**6739 [1]** 2/11

**7**
**752 [1]** 53/6
**7739 [1]** 2/6
**7:00 [1]** 62/2

**8**
**8659 [1]** 2/15

**9**
**90 [4]** 16/22 24/22 41/9 52/3
**90 days [1]** 24/2
**90-day [10]** 31/24 35/1 35/22 43/11 45/24 54/17 54/21 57/13 57/14 58/5
**90-day-pause [2]** 41/6 48/8
**93 [1]** 9/5
**942-6739 [1]** 2/11
**95 [1]** 9/4
**999 [1]** 53/7

**A**
**ability [1]** 28/24
**able [6]** 24/4 24/21 24/22 26/7 44/11 61/20
**about [36]** 5/20 11/25 19/11 20/22 22/5 22/8 25/18 25/21 30/19 30/24 30/25 32/21 34/23 34/24 37/3 38/4 39/8 41/17 43/2 43/10 43/14 45/24 46/5 48/7 49/25 50/7 51/16 53/10 54/17 56/19 56/24 56/24 57/10 60/4 60/4
**above [1]** 63/4
**above-titled [1]** 63/4

**Absolutely [1]** 20/5
**accelerating [1]** 13/24
**accepting [1]** 11/17
**access [1]** 8/11
**accordingly [1]** 6/1
**account [1]** 29/11
**achieve [1]** 16/20
**achieving [1]** 24/24
**acknowledge [4]** 17/25 31/8 33/5 55/23
**acknowledging [1]** 31/7
**across [3]** 24/8 24/14 51/6
**act [8]** 27/2 27/23 28/22 28/23 38/23 38/25 47/9 48/21
**acting [2]** 54/3 54/12
**action [26]** 3/6 3/8 11/11 15/10 19/18 19/20 20/9 24/12 25/1 41/24 42/4 42/7 42/11 42/23 43/6 43/10 43/15 50/12 50/19 50/20 52/6 52/7 55/16 56/5 56/18 61/17
**actions [28]** 8/6 9/15 10/11 10/14 10/19 11/7 13/11 15/11 15/24 16/6 17/1 20/8 20/14 20/17 21/14 22/7 22/13 22/14 38/18 47/3 47/4 47/12 50/3 54/3 54/7 54/11 60/19 61/18
**active [1]** 55/18
**actively [1]** 30/3
**actual [2]** 20/3 51/15
**actually [8]** 17/6 19/20 28/5 30/11 37/13 42/8 58/2 60/15
**add [5]** 29/23 40/4 44/15 44/23 53/21
**addition [2]** 27/2 41/11
**additional [3]** 31/12 31/25 42/17
**address [17]** 4/12 15/8 16/5 16/14 23/2 40/17 44/9 45/8 45/19 46/4 49/12 51/14 53/25 55/5 58/3 58/5 62/5
**addressed [3]** 29/24 56/19 57/21
**addressing [1]** 27/8
**adds [1]** 23/3
**adequate [2]** 41/11 44/7
**adequately [1]** 56/19
**administration [4]** 5/11 35/23 48/9 51/3
**administration's [2]** 51/10 51/11
**administrations [1]** 35/19
**administrative [7]** 11/12 19/2 30/6 38/18 39/21 40/6 40/8
**Administrator [2]**

**advancing [1]** 20/4
**advisement [3]** 59/8 60/10 62/4
**ADVOCACY [6]** 1/3 2/2 3/7 5/3 22/19 27/18 52/20
**affairs [4]** 57/2 57/5 57/7 59/1
**affect [2]** 33/6 44/21
**affecting [2]** 54/8 54/13
**affects [1]** 50/22
**affirmative [1]** 44/18
**after [5]** 18/23 32/17 32/18 53/15 54/21
**afternoon [2]** 3/2 4/23
**again [14]** 4/20 6/10 17/23 18/18 19/5 34/20 36/5 37/21 38/12 48/7 48/13 53/20 58/25 60/13
**against [3]** 35/19 37/25 44/24
**agencies [3]** 47/6 47/7 52/7
**agency [27]** 17/15 17/24 19/18 20/8 20/9 22/10 41/1 41/9 41/20 41/24 42/3 42/4 42/6 42/10 42/11 42/13 42/23 43/6 43/10 43/15 50/12 50/19 50/20 50/21 56/2 56/4 56/18
**agency's [1]** 55/17
**ago [4]** 5/5 13/20 30/20 41/17
**agree [2]** 26/3 33/19
**agreement [1]** 27/19
**agreements [3]** 8/3 10/24 11/4
**ahead [5]** 3/4 12/12 14/21 32/15 46/24
**aid [8]** 9/25 11/5 35/23 35/24 37/2 47/15 48/10 59/2
**aided [1]** 2/23
**AIDS [8]** 1/3 2/2 3/7 5/3 22/19 26/22 27/18 31/19
**AIDS Vaccine [1]** 3/7
**Air [1]** 53/2
**al [7]** 1/3 1/7 1/9 1/13 3/8 3/9 3/10
**ALI [1]** 1/17
**aligning [1]** 16/17
**all [51]** 3/3 4/23 5/8 7/24 8/10 8/11 8/15 8/25 10/14 11/6 12/4 12/8 12/8 12/9 12/9 12/15 12/16 12/20 14/19 15/17 16/11 17/16 17/24 18/18 21/13 22/7 22/17 23/8 23/16 24/19 29/19 30/13 31/4 32/13 34/8 35/18 37/18 38/25 41/14 46/8 53/17 54/5 55/3 56/8 56/9 56/23
**alleged [6]** 5/9 37/22 39/15 40/16 60/6 60/18
**Allison [3]** 2/3 3/18 52/20
**allocate [1]** 26/21
**allocates [1]** 45/17
**allocating [2]** 25/25 26/9
**allow [7]** 16/21 17/20 19/1 23/2 37/15 41/23 46/23
**allows [2]** 36/4 36/21
**almost [1]** 12/16
**alone [1]** 47/20
**along [1]** 45/14
**already [16]** 6/23 8/23 9/9 12/1 13/19 15/5 22/21 23/3 23/18 26/5 27/11 27/17 38/6 49/18 49/22 52/16
**also [35]** 3/8 3/16 3/17 4/6 4/7 5/5 5/11 9/7 10/17 11/9 12/7 13/6 14/23 17/19 20/20 22/14 23/2 23/16 24/10 31/2 33/7 34/12 34/22 38/16 39/3 39/9 39/20 40/17 41/2 44/15 46/5 50/7 53/15 54/14 58/18
**also for [1]** 3/17
**alternatives [1]** 16/16
**although [1]** 35/20
**am [4]** 18/14 20/22 37/16 38/7
**American [1]** 6/21
**Americans [1]** 9/25
**AMIR [1]** 1/17
**among [2]** 26/10 26/21
**amount [2]** 29/15 55/19
**analysis [4]** 43/24 51/15 52/8 59/14
**announce [1]** 3/20
**another [9]** 32/11 32/14 39/23 41/11 44/8 49/1 54/16 56/12 60/24
**answer [10]** 10/4 18/10 19/4 21/19 27/10 28/9 33/3 34/14 34/17 57/22
**answering [1]** 21/22
**Anti [1]** 28/23
**Anti-Deficiency [1]** 28/23
**anticipate [1]** 5/21
**any [24]** 4/15 10/17 10/18 11/10 14/6 20/11 22/14 24/5 24/15 26/23 30/4 44/6 44/19 48/24 49/5 49/11 51/4 54/12 55/16 56/14 57/22 58/13 59/16 61/16
**anything [7]** 16/7 27/14 29/20 46/8 49/17 49/20 59/15
**APA [27]** 15/12 15/13 19/19 20/8 20/9 20/13

**A**

APA... [21] 20/16 20/20 25/3 25/18 40/13 40/17 40/21 40/24 41/1 41/2 41/23 42/14 42/16 42/17 43/8 44/8 52/6 55/22 55/23 56/3 56/15
apologize [1] 20/11
appear [1] 37/18
appearance [1] 4/9
APPEARANCES [1] 1/19
appears [3] 31/3 35/13 37/10
application [2] 5/14 6/11
applied [1] 18/18
applies [2] 33/17 44/19
apply [2] 6/11 50/4
applying [1] 15/22
appointed [1] 30/23
appreciate [8] 34/1 40/12 43/17 43/18 44/4 48/18 57/19 62/5
approach [3] 51/12 51/19 52/12
appropriate [2] 33/10 52/13
appropriated [6] 10/23 11/14 27/4 28/25 29/3 55/20
appropriately [1] 59/15
appropriations [6] 28/18 56/25 57/3 57/14 57/16 58/5
arbitrary [10] 8/15 8/16 10/2 15/11 15/19 15/20 15/24 27/25 29/7 29/11
are [97]
areas [1] 9/13
argue [1] 32/20
arguing [2] 5/19 45/13
argument [33] 5/20 7/10 7/11 7/14 20/24 21/4 21/5 25/4 25/17 25/18 27/14 29/21 33/15 36/1 41/16 41/18 41/20 43/6 43/16 44/9 44/14 45/18 46/5 46/13 46/23 47/2 49/22 51/16 51/25 54/1 58/4 58/24 61/21
arguments [16] 5/18 7/12 11/18 19/25 20/1 20/4 38/8 40/14 40/15 40/18 46/6 59/7 59/16 60/10 61/9 62/4
ARNOLD [5] 2/9 4/4 4/7 7/21 14/23
arnoldporter.com [1] 2/12
around [3] 9/23 23/19 52/10
arrangements [3] 29/5 29/10 29/10
arrives [1] 13/16
Article [6] 36/16 37/5 44/25 45/10 45/14 49/7

as [59] 4/8 5/12 5/24 9/12 9/18 11/11 11/19 13/1 13/1 13/5 14/8 14/10 14/10 14/16 14/16 16/23 16/23 18/14 18/14 19/18 20/20 21/19 21/22 21/22 22/9 22/9 23/1 23/3 23/7 23/11 25/3 25/13 27/17 29/21 31/4 31/8 32/17 32/17 33/21 35/3 37/23 38/24 38/24 40/5 41/21 43/7 44/21 48/4 50/15 50/19 52/5 52/9 56/3 56/7 60/1 60/18 60/18 61/3 61/13
as here [1] 52/9
ASFA [2] 43/5 43/22
aside [1] 19/12
ask [20] 5/25 6/8 11/21 17/14 17/23 19/9 22/12 25/16 25/22 28/5 32/12 32/15 32/17 34/7 40/13 43/22 45/8 61/2 61/15 62/1
asked [3] 19/11 52/23 59/16
asking [10] 10/21 11/1 11/9 12/2 36/19 38/16 39/18 55/11 55/15 61/7
asks [1] 59/19
aspect [2] 16/8 16/13
aspects [5] 16/4 16/9 19/16 29/12 60/3
Ass'n's [1] 53/6
ASSA [1] 30/18
assertions [1] 53/10
assess [1] 26/7
assessment [2] 51/5 51/16
assigned [1] 7/6
assistance [17] 8/3 11/5 11/14 16/18 23/16 24/19 24/25 25/10 28/21 31/15 41/6 41/9 43/12 43/13 45/25 48/1 48/4
Association [6] 22/9 9/7
associations [2] 8/2 12/7
assume [5] 5/18 14/15 15/21 16/17 49/7
attached [1] 13/15
attempt [1] 23/9
attempting [1] 14/9
attention [2] 30/22 50/13
authorities [1] 49/5
authority [10] 36/17 37/5 42/18 42/22 44/17 45/1 45/14 48/6 49/8 49/21
authorization [9] 47/5 47/10 47/11 47/19 47/20 47/20 48/20 48/23 48/25

authorized [1] 46/23
available [1] 26/14 26/25 50/11 51/7 52/1 58/21
Ave [1] 2/10
avenue [2] 2/20 27/3
avenues [4] 40/15 44/7 50/7 50/9
avoid [1] 56/2
award [1] 55/10
aware [8] 13/1 18/14 22/7 22/9 22/11 44/17 49/22 57/13
away [2] 23/16 51/7

**B**

back [6] 11/16 34/24 37/21 41/16 59/24 61/25
backdrop [2] 35/19 44/25
balance [1] 58/24
Barrett [1] 2/19
barring [1] 26/11
based [5] 9/4 14/3 20/3 60/5 60/24
bases [1] 48/25
basic [1] 17/5
basically [2] 45/4 61/17
Basin [1] 38/20
basis [3] 34/11 36/9 55/21
Bateman [2] 2/2 3/14
be [118]
bear [1] 24/18
because [23] 7/8 11/16 11/24 17/10 19/5 20/20 29/24 35/18 40/5 42/3 42/11 42/12 44/15 45/8 45/24 48/21 50/16 50/17 54/3 54/12 55/2 57/7 61/3
been [40] 4/10 4/11 8/5 9/11 9/13 12/15 12/15 12/25 13/19 14/10 17/3 18/7 18/13 18/24 22/10 24/8 26/7 26/8 29/24 30/5 30/10 30/22 30/24 31/8 31/16 37/8 44/7 51/12 52/9 54/15 54/18 57/12 58/12 59/24 60/6 61/12 61/18 61/19 61/23 62/7
before [11] 1/17 5/16 5/22 6/18 6/22 29/20 32/12 39/12 54/19 56/4 57/14
beginning [2] 3/12 5/20
behalf [4] 3/23 7/21 14/24 23/6
behind [1] 59/9
being [12] 5/25 8/22 12/3 13/14 13/20 14/6 14/7 17/23 37/14 59/23 60/18 62/5
belabor [1] 59/25

**C**

CA [2] 1/5 1/11
call [4] 3/5 30/21 38/18

believe [10] 10/6 13/22 19/14 37/16 39/22 43/5 46/6 46/14 50/14 58/23
bench [1] 59/9
best [2] 11/24 18/9
better [1] 26/16
between [4] 27/5 30/19 57/15 59/15
beyond [3] 9/15 17/12 47/9
billions [1] 47/14
bills [2] 54/18 54/21
bit [1] 43/3
blanket [1] 24/12
blunt [2] 51/19 51/19
board [4] 24/8 24/14 39/24 51/6
boards [1] 40/9
both [10] 4/18 6/20 10/24 23/18 29/9 47/3 53/11 59/3 61/16 62/2
bottom [1] 39/22
Branch [15] 24/17 25/1 25/5 25/8 26/6 26/12 27/6 27/6 28/16 29/2 29/6 29/9 29/15 45/15 57/18
Branch's [1] 28/24
Bravo [1] 60/4
breach [1] 55/10
brief [12] 20/10 23/9 24/16 33/8 34/23 43/5 43/18 43/21 46/17 55/8 56/20 58/8
briefing [6] 11/18 11/19 19/9 22/6 32/20 46/14
briefly [1] 58/25
briefs [1] 8/19
bring [4] 22/22 44/16 44/16 51/2
bringing [1] 27/7
broad [4] 11/17 25/7 49/25 52/12
broad-brush [1] 52/12
broadly [2] 22/13 59/20
brought [5] 5/1 5/2 44/20 46/6 50/8
brush [1] 52/12
budget [1] 26/9
budgets [1] 23/18
build [3] 8/14 9/24 10/1
building [1] 55/18
built [1] 52/9
burden [4] 21/9 32/8 38/10 58/14
business [3] 9/6 17/11 47/17
businesses [11] 8/1 8/11 9/2 9/9 32/21 32/25 33/6 33/16 33/19 54/13 54/19

called [1] 6/11
calling [1] 3/8
can [43] 3/4 3/19 4/1 7/17 10/1 10/10 11/23 12/17 16/23 17/17 18/4 18/9 20/3 21/17 21/22 23/11 25/16 26/1 26/17 27/6 27/12 27/13 27/22 27/22 28/11 32/12 33/5 40/13 40/18 40/23 41/2 41/9 41/16 42/1 42/18 48/12 49/6 50/14 52/22 55/10 55/13 58/20 61/15
can't [11] 8/24 17/10 17/17 18/2 26/23 27/14 29/6 41/19 51/5 51/17 54/11
candid [1] 59/11
cannot [2] 26/20 27/24
capital [1] 8/11
capricious [10] 8/16 8/16 10/3 15/12 15/19 15/21 15/25 27/25 29/7 29/11
Care [4] 44/17 44/18 45/19 56/24
carefully [1] 20/10
carried [2] 32/8 38/10
case [47] 3/5 5/1 5/2 5/9 5/16 6/7 6/8 6/9 6/21 7/5 8/8 14/25 22/18 23/12 23/13 24/15 25/19 25/19 28/6 28/15 30/18 31/4 31/17 31/17 32/14 33/11 33/11 36/9 36/9 37/20 37/23 38/13 43/4 43/22 43/25 45/23 46/9 50/4 50/13 50/14 53/1 53/22 56/23 57/10 59/18 61/10 61/16
case-specific [1] 24/15
cases [12] 4/18 4/25 5/8 6/18 6/25 13/8 33/11 38/21 43/5 43/20 56/20 61/16
categorical [1] 18/13
caused [1] 9/15
causes [1] 15/10
causing [1] 50/23
caution [1] 5/22
certain [1] 27/21
certainly [5] 21/23 25/6 27/22 47/12 48/5
Certified [1] 2/18
certify [1] 63/2
cetera [1] 2/18
CFRA [1] 41/13
CH [1] 2/19
challenge [2] 39/20 40/23
challenged [1] 41/19
challenging [3] 20/14 54/2 54/9
chance [5] 40/17 46/7 48/21 53/22 58/3

**C**

change [4] 34/25 35/19 39/18 50/17
changed [2] 36/5 36/22
changes [2] 32/5 35/5
channeled [1] 39/16
chaos [1] 19/5
chaotic [1] 17/4
check [1] 13/15
choice [5] 25/12 40/7 42/13 42/15 59/1
Christopher [4] 2/13 3/22 4/20 6/15
Christopher Edelman [1] 6/15
christopher.edelman [1] 2/16
Circuit [1] 53/5
circumstances [1] 36/8
cite [3] 24/16 48/13 50/14
cited [2] 31/18 56/20
cites [1] 52/22
citing [1] 13/9
CITIZEN [1] 2/4
citizen.org [1] 2/6
civil [4] 3/6 3/8 38/23 40/9
claim [9] 15/9 15/19 16/4 17/6 19/19 44/16 44/16 44/20 52/6
claims [26] 15/17 15/21 20/13 20/20 23/7 23/8 28/15 35/15 38/1 38/13 38/15 39/14 39/24 40/3 41/12 41/14 50/8 55/5 55/9 55/11 55/14 55/22 56/15 56/22 58/19 58/22
clarify [2] 19/22 39/12
clause [9] 35/13 35/18 44/17 44/18 44/19 44/20 45/19 56/24 56/25
clauses [2] 32/4 35/5
Clean [1] 53/6
clear [11] 15/23 22/5 24/3 40/22 47/18 47/20 50/3 53/12 54/2 55/15 56/13
clear-cut [1] 15/23
clearest [2] 36/8 36/13
clearly [1] 47/17
client [1] 50/4
clients [25] 8/10 8/21 8/25 9/3 9/21 11/25 13/18 14/14 17/14 18/6 18/11 18/18 21/16 21/17 22/25 23/11 23/15 24/4 27/18 50/8 50/23 54/8 54/14 54/16 54/24
co [3] 28/13 29/25 56/19
co-plaintiff [2] 28/13 29/25
co-plaintiffs [1] 56/19

3/7 5/3 22/19 27/19 38/2
colleague [7] 3/24 7/23 10/6 10/8 15/5 19/11 55/5
colleagues [3] 8/4 21/18 25/2
COLUMBIA [1] 1/1
come [5] 11/16 17/13 41/16 52/17 60/13
comes [1] 59/25
coming [2] 23/22 35/20
comments [1] 49/25
communities [2] 9/24 51/8
community [1] 8/14
Companies [1] 9/7
compelling [1] 8/8
complain [1] 58/12
complaining [1] 38/4
complaint [3] 15/10 15/25 19/13
complete [1] 57/6
completed [2] 8/23 13/19
completely [1] 13/1
completes [1] 32/18
complex [1] 9/22
comprehensive [2] 22/8 41/8
computer [1] 2/23
computer-aided [1] 2/23
concerned [1] 56/8
concession [2] 31/6 58/15
conclude [1] 46/2
concluded [1] 62/9
conditions [2] 27/21 48/4
conduct [4] 10/17 11/5 13/10 42/15
confer [2] 21/17 21/18
CONFERENCE [1] 1/16
confidence [1] 54/20
conflict [3] 9/23 27/5 27/7
conflicted [1] 9/13
Congress [23] 25/9 25/12 25/24 26/12 26/20 27/3 27/6 28/18 29/3 29/16 38/25 42/13 45/16 45/20 47/8 48/6 51/25 52/4 53/13 55/20 57/1 57/17 58/21
Congress's [1] 57/3
congressional [1] 47/19
connect [1] 19/24
connected [2] 40/7 60/8
consider [7] 16/4 16/7 16/10 16/14 16/15 31/24 32/16
consideration [1] 16/23
considered [1] 7/4

38/2
consistent [3] 32/6 36/2 51/10
consolation [1] 54/24
Constitution [3] 2/20 44/13 57/9
constitutional [7] 8/17 15/14 47/5 47/10 48/22 48/25 51/25
constraints [1] 25/24
contacts [2] 17/15 17/24
contest [1] 34/9
context [7] 6/5 12/21 12/23 13/5 13/6 36/15 42/6
context-dependent [2] 13/5 13/6
continue [5] 16/22 17/9 17/10 17/21 54/21
contract [26] 26/5 27/11 27/13 27/16 27/20 27/23 32/6 33/9 33/10 33/11 33/12 34/24 35/3 36/4 36/10 36/21 36/21 37/11 37/23 37/25 38/2 38/3 38/15 41/15 54/16 55/10
contracts [20] 8/2 10/23 11/4 12/25 13/24 14/6 14/10 14/16 32/1 32/4 33/6 33/7 35/4 35/14 35/16 37/13 37/19 37/23 54/11 58/13
contractual [2] 35/9 39/13
contrary [4] 8/17 15/13 26/12 27/25
Control [2] 27/2 28/22
conversation [1] 60/24
conversations [1] 14/3
cooperation [1] 27/19
cooperative [2] 10/24 11/4
correct [3] 21/6 38/15 63/3
corruption [1] 25/11
could [21] 10/6 14/1 16/21 19/22 20/21 33/6 34/15 35/8 36/9 39/12 39/14 42/7 44/9 44/20 45/19 50/17 51/14 55/1 56/2 57/8 58/5
COUNCIL [7] 1/9 2/8 3/9 5/1 6/9 14/24 22/18
counsel [23] 3/13 3/14 3/19 4/3 4/15 4/17 5/17 5/19 6/8 7/17 18/4 22/18 28/6 34/13 39/5 46/4 47/22 48/12 48/22 49/16 53/9 53/21 56/21 56/2 57/8 58/5
count [1] 42/2
country [1] 35/24
country's [1] 48/11
couple [3] 49/24 52/22

coupled [1] 16/24
course [9] 25/20 31/25 32/11 33/23 37/24 45/6 49/9 49/9 58/13
court [57] 1/1 2/17 2/19 4/10 4/12 5/5 7/3 7/8 7/11 7/24 8/9 10/21 11/1 11/9 15/1 15/2 15/6 15/7 15/21 16/17 17/17 18/9 20/16 32/16 38/1 38/14 38/14 38/16 38/22 39/13 40/3 41/14 45/5 50/14 51/13 53/2 53/11 55/4 55/9 55/10 55/11 55/13 55/15 56/8 56/9 56/10 56/13 56/17 56/23 57/13 57/23 58/19 58/22 58/22 59/15 61/20 61/22
Court's [5] 10/4 21/10 22/12 24/10 50/13
cover [2] 22/13 22/14
covered [1] 49/18
create [1] 27/20
creates [1] 27/2
credible [2] 33/14 33/18
critical [2] 44/6 44/8
CRR [2] 63/2 63/8
Ct [1] 53/15
curious [1] 32/24
currently [2] 8/6 8/21
cut [4] 15/23 23/18 29/9 51/12

**D**

D.C [6] 1/5 1/11 2/5 2/10 2/15 2/20
D.C. [1] 53/5
D.C. Circuit [1] 53/5
Dalton [1] 44/13
damages [2] 55/10 58/19
danger [1] 51/8
dangerous [1] 9/22
Date [1] 63/7
David [1] 60/7
day [17] 17/15 17/15 31/24 35/1 35/22 41/6 41/23 43/11 45/24 48/8 51/9 54/17 54/21 56/12 57/13 57/14 58/5
days [8] 16/22 23/22 24/2 24/22 30/20 41/9 52/3 61/25
decades [3] 8/14 9/24 10/1
decide [1] 11/24
decided [2] 7/8 58/21
deciding [1] 29/4
decision [7] 39/20 48/2 51/19 51/20 51/25 52/3 55/3
decision-makers [1] 55/3
decision-making [1]

decisions [3] 29/7 43/14 55/17
declaration [9] 17/18 30/22 31/18 32/14 39/4 39/9 40/5 43/20 50/6
declarations [2] 5/23 8/20
declaratory [1] 55/12
dedicated [1] 28/19
defendant [3] 2/13 3/20 4/17
defendants [24] 1/8 1/14 8/6 10/3 10/18 11/13 13/23 16/3 16/10 16/13 16/15 16/21 16/23 17/6 17/12 17/19 20/15 20/17 21/14 22/14 24/23 30/16 44/22 59/19
defendants' [9] 9/15 17/7 13/11 15/11 15/24 17/1 47/3 57/4 59/3
Deficiency [1] 28/23
delivered [2] 9/17 34/14
Democracy [1] 9/3
demonstrate [1] 24/23
DEPARTMENT [15] 2/14 3/8 3/22 4/21 8/4 12/5 13/25 24/14 28/20 30/15 31/16 37/7 42/16 50/5 50/10
depend [1] 34/15
dependent [5] 13/5 13/6 31/5 31/25 35/6
depending [3] 12/21 12/23 33/6
Deputy [2] 30/23 32/15
describe [1] 10/10
described [1] 11/19
designed [3] 24/14 39/1 57/9
desire [1] 27/1
detail [1] 8/20
detailed [1] 15/25
details [1] 25/7
determination [1] 25/9
determinations [1] 24/15
determine [2] 26/8 48/5
determined [1] 32/6
determining [1] 37/7
Dev [1] 53/6
devastated [1] 8/5
development [1] 41/6
did [5] 16/10 16/14 21/12 34/21 46/4
difference [2] 56/6 56/16
differences [1] 12/23
different [4] 12/21 22/25 35/20 43/3
differs [1] 23/1
difficult [1] 33/2
directed [1] 57/17
directing [1] 41/8

**D**

directive [1] 50/21
directives [2] 22/10 25/7
directly [1] 60/7
disagrees [1] 43/15
disastrous [1] 23/17
disburse [2] 11/13 28/25
disbursement [1] 10/23
disbursing [1] 55/19
discretion [6] 25/6 26/18 26/25 28/16 28/17 45/15
discuss [1] 6/17
discussed [2] 15/6 39/3
discussing [1] 19/20
discussion [1] 29/25
dismantling [1] 11/10
displace [1] 57/3
disputes [10] 37/25 38/2 38/4 38/15 38/20 39/1 39/13 39/16 40/1 40/10
disruption [1] 52/15
disruptive [2] 45/2 51/6
DISTRICT [6] 1/1 1/1 1/18 38/14 38/22 58/22
dive [1] 15/6
dives [1] 56/23
do [42] 5/22 6/2 6/4 7/10 12/24 13/8 15/6 20/1 20/2 23/12 24/24 25/13 26/1 26/2 26/3 26/20 27/13 27/14 27/24 28/11 30/18 32/7 33/19 35/16 35/17 37/16 39/8 40/16 43/5 43/18 43/24 44/1 44/6 46/24 47/9 47/22 49/19 55/19 55/20 60/14 61/2 62/4
do you [1] 33/19
docket [2] 30/20 32/16
doctrine [3] 41/4 47/13 51/21
does [16] 15/7 19/24 20/19 24/8 24/9 26/9 28/17 41/5 41/23 42/2 42/6 51/15 55/23 57/2 58/20 59/15
doesn't [4] 13/14 36/7 42/2 50/18
doing [4] 10/3 16/24 18/19 33/9
dollars [1] 47/14
domestic [1] 9/12
domestically [1] 32/23
don't [25] 18/17 22/21 34/16 35/12 35/12 36/12 42/10 43/4 43/14 43/24 43/25 44/5 46/5 46/24 49/1 49/16 49/19 50/4 56/13 56/15 57/8 58/7 58/23 59/24 60/7

**Donald J. Trump [1]** 3/10
DoS [2] 1/7 2/13
doubt [1] 56/14
down [12] 17/8 17/10 23/19 24/18 27/1 30/2 47/14 47/16 54/4 54/6 54/7 56/9
draw [1] 50/13
drawing [1] 26/14
during [1] 34/25
duties [1] 50/22

**E**

each [7] 5/9 5/17 5/18 5/19 6/6 23/20 61/7
earlier [1] 25/18
easily [1] 8/24
ebb [1] 53/14
ECF [1] 8/20
Echo [1] 60/7
economic [1] 47/18
Edelman [4] 2/13 3/22 4/20 6/15
EEO [1] 20/21
effect [4] 11/2 29/14 29/14 54/7
effects [2] 16/11 23/17
effectuate [2] 25/5 52/14
effectuated [1] 29/14
effort [1] 14/16
elaborate [2] 14/1 18/4
element [1] 32/11
else [2] 29/20 56/11
Email [2] 2/11 2/16
emergency [2] 31/14 34/21
emphasize [1] 39/10
employees [11] 8/13 9/4 9/5 9/10 38/19 39/19 39/20 40/6 40/8 50/8 50/9
employment [8] 38/17 38/20 39/1 39/16 39/19 39/22 40/1 41/15
en [7] 14/7 29/10 54/3 54/3 54/8 54/9 54/12
end [11] 32/7 37/2 41/4 41/23 43/23 45/24 48/7 51/9 57/14 57/15 57/16
endeavor [1] 49/2
ending [1] 5/1
enforcing [1] 11/2
enjoin [8] 10/11 10/13 10/14 10/17 10/21 11/1 11/9 19/15
enjoined [4] 59/19 59/20 60/19 60/21
enjoining [1] 20/17
enjoins [1] 56/7
enormous [2] 21/15 52/9
enormously [1] 45/2
enough [1] 55/18
enter [2] 29/5 56/10
enters [1] 32/4 35/4

entities [1] 16/12
entry [1] 30/20
environment [1] 9/22
Entvl [1] 53/6
EO [2] 55/23 56/11
EPA [3] 53/1 53/6 56/2
equitable [2] 38/17 55/11
equities [1] 58/24
Eric [4] 2/13 3/24 4/21 30/15
Eric Hamilton [1] 4/21
especially [3] 9/1 10/2 62/6
essentially [4] 8/10 12/8 14/8 14/9
establish [2] 32/9 58/14
et [8] 1/3 1/7 1/9 1/13 3/8 3/9 3/10 26/16
et al [1] 3/9
evaluate [2] 16/22 61/21
evaluates [1] 15/2
even [13] 11/17 16/17 17/11 17/22 17/25 18/13 18/19 24/2 43/14 43/15 52/3 59/13 60/5
evening [1] 46/12
event [2] 27/4 44/19
everyone [2] 4/23 62/5
everything [3] 23/13 34/9 56/11
evidence [2] 33/18 61/17
evidentiary [1] 30/8
exactly [2] 28/1 40/8
example [10] 13/18 26/5 26/17 27/17 31/13 31/19 35/6 36/5 36/24 48/3
examples [1] 17/18
exceeded [1] 44/12
except [1] 22/22
exception [1] 36/21
exceptions [2] 12/11 12/14
executing [1] 55/24
executive [60] 8/5 8/22 10/13 10/18 11/7 13/9 13/11 16/6 17/3 19/15 20/7 20/15 20/19 21/3 21/13 22/15 24/13 24/17 25/1 25/4 25/6 26/6 26/9 26/12 26/17 26/20 27/5 27/11 27/13 27/22 27/24 28/15 28/24 29/2 29/6 29/9 29/15 40/22 41/2 41/5 41/18 42/12 42/24 43/7 45/15 47/3 50/3 50/21 52/7 53/10 55/24 56/4 56/7 57/1 57/16 57/17 59/20 60/1 60/3 60/11
exercise [1] 44/25
exhibits [1] 17/18

existence [3] 35/1 35/9 40/2
existing [5] 11/4 27/18 29/5 29/9 52/10
expedited [2] 33/23 34/11
expenses [1] 10/25
experienced [2] 12/16 24/8
expiration [1] 58/4
expire [1] 57/14
expiring [2] 8/13 9/18
explain [1] 39/14
explains [1] 40/5
express [1] 53/13
expressly [1] 48/1
extent [8] 15/7 18/17 20/16 22/22 35/13 49/20 55/14 56/23
extreme [1] 9/14
extremely [1] 15/8 18/20 30/8

**F**

F.3d [1] 53/6
face [1] 51/12
faced [1] 15/1
facing [1] 8/21
fact [7] 23/25 24/20 24/23 31/5 31/25 40/7 43/3
fact-dependent [2] 31/5 31/25
fact-specific [1] 40/7
factor [1] 51/15
factors [3] 15/2 58/15 59/3
facts [3] 15/22 33/25 37/12
fail [2] 16/7 29/11
failed [2] 16/3 16/15
failing [1] 54/18
fairly [1] 60/16
fall [1] 18/12
familiar [2] 15/21 37/17
far [7] 13/1 15/7 16/23 18/14 22/9 23/3 23/14
fast [1] 59/18
favor [1] 59/4
February [4] 1/6 1/12 62/1 63/7
federal [15] 38/1 38/14 38/14 38/21 38/23 39/14 40/1 41/14 45/5 45/25 55/4 55/9 58/19 58/22 58/22
feel [2] 28/7 60/23
FFA [1] 41/13
FFL [1] 41/13
fight [1] 25/11
figure [1] 34/23
file [9] 32/16 32/18 39/9 43/19 43/22 43/23 49/3 61/3 61/22
filed [15] 4/10 4/25 5/4 5/23 6/18 6/21 7/1 13/23 32/14 43/5 43/18

existence [3] 35/1 35/9 40/2
filing [4] 30/17 30/19 61/12 61/23
fill [1] 25/7
final [13] 19/18 20/8 41/23 42/3 42/6 42/23 43/10 43/14 43/15 50/12 50/19 50/20 56/18
final-agency-action [1] 50/12
finally [3] 9/19 57/10 58/23
fine [3] 4/13 10/9 21/20
firing [1] 23/20
first [8] 3/11 6/7 6/9 15/11 16/3 32/13 53/25 56/4
fits [1] 31/4
flexibility [2] 26/2 26/2
flipping [1] 46/16
floor [1] 27/7
flowing [4] 13/10 18/1 18/3 18/16
flows [1] 11/6
FLRA [1] 39/23
focus [4] 7/22 7/23 15/18 16/1
focused [3] 25/2 25/19 50/2
followed [3] 19/21 22/3 31/11
food [3] 8/13 9/16 34/13
force [1] 8/23
foregoing [1] 63/3
foreign [43] 6/21 8/3 9/12 9/25 11/5 11/14 16/18 23/16 24/18 24/25 25/10 26/16 28/20 35/21 35/23 35/24 36/15 36/15 37/2 37/3 37/4 37/8 38/25 39/24 41/6 41/8 43/12 42/13 43/13 45/1 45/10 47/15 48/1 48/10 48/11 49/8 51/10 57/2 57/5 57/7 59/1 59/2 59/3
foreign-affairs [1] 59/1
foreign-assistance [2] 16/18 25/10
formal [1] 49/19
forth [1] 59/24
forward [1] 50/9
four [3] 15/10 15/16 58/14
fours [1] 23/8
framed [3] 20/19 22/13 28/15
Franklin [8] 40/25 41/3 41/17 41/21 42/20 43/3 43/16 56/1
free [2] 28/7 60/23
freeze [2] 16/25 17/5
freezes [1] 29/13
freezing [5] 10/2 10/22 13/13 16/11 16/19
frequently [1] 38/1

**F**

**friend** [1] 58/18
**front** [1] 6/2
**frozen** [4] 12/6 12/10
13/1 17/9
**fruit** [1] 11/6
**fulfill** [1] 41/10
**fulfilling** [1] 11/13
**full** [5] 19/15 29/15
37/17 55/19 59/20
**fund** [1] 26/23
**fundamental** [2] 8/17
19/9
**funded** [1] 12/3
**funding** [34] 8/3 10/2
12/1 12/6 12/9 12/9
12/16 12/19 13/13
16/11 16/12 17/5 17/9
17/20 18/12 18/15
18/23 23/16 23/22 24/1
24/6 25/13 27/1 27/4
27/22 29/5 29/9 43/11
43/14 51/7 52/1 52/3
54/5 54/6
**funds** [7] 10/23 11/14
19/1 25/25 28/25 50/19
55/20
**furloughed** [1] 9/4
**furloughing** [3] 8/12
11/11 32/22
**further** [1] 7/10
**future** [1] 29/10

**G**

**gave** [2] 16/23 35/6
**general** [1] 18/10
**generally** [1] 34/19
**get** [7] 20/3 21/12
32/24 33/12 34/11
50/14 58/1
**gets** [1] 58/1
**getting** [3] 20/6 30/9
31/22
**give** [20] 5/17 18/9
21/18 21/23 28/8 29/20
40/17 44/1 46/7 48/12
48/21 48/24 49/7 52/22
53/21 56/13 56/25 58/2
59/11 60/1
**given** [5] 6/4 22/24
24/20 30/1 46/8
**gives** [1] 47/8
**giving** [1] 11/2 53/20
**GLOBAL** [1] 1/9 2/8
3/9 5/1 6/9 14/24
**go** [13] 3/4 6/9 12/12
14/21 17/11 24/8 24/10
26/22 32/15 39/12
46/24 51/5 51/17
**goal** [3] 16/19 16/20
31/23
**goes** [3] 24/22 37/21
51/22
**going** [24] 5/17 6/8
7/10 7/14 7/23 19/7
22/17 32/20 33/4 33/7
45/13 52/16 53/23 54/4
54/20 55/5 58/2 58/2

**got** [8] 7/25 14/17 27/9
28/4 35/2 46/3 48/20
57/19
**governing** [1] 15/20
**government** [36] 3/23
6/15 11/10 12/10 13/18
14/5 14/5 14/8 25/21
29/21 30/13 33/9 38/1
40/2 46/23 47/6 47/14
47/22 49/11 50/7 50/16
51/1 52/6 52/12 54/3
54/4 54/10 54/11 54/18
54/22 54/25 55/4 57/22
58/3 61/2 61/21
**government's** [8] 6/17
6/20 32/24 38/7 50/1
53/10 53/25 60/15
**grant** [1] 55/13
**granted** [5] 17/22 18/7
18/8 18/13 31/19
**grantees** [1] 50/9
**granting** [2] 17/14
56/10
**grants** [7] 8/2 10/24
11/4 12/25 13/25 50/4
50/5
**great** [3] 3/4 8/20 12/16
**ground** [2] 37/13 51/20
**GROUP** [1] 2/4
**guess** [5] 18/21 19/23
36/19 41/22 45/7
**guidance** [1] 17/17
25/24 54/22
**gut** [3] 41/3 56/1 56/2
**gutting** [1] 41/20

**H**

**hac** [1] 4/10
**had** [15] 5/3 12/1 12/5
12/9 12/9 14/4 23/16
23/18 23/19 28/5 33/24
34/8 50/7 60/24 61/4
**Hamilton** [4] 2/13 3/24
4/21 30/15
**hand** [1] 44/1
**handles** [1] 39/24
**happened** [4] 14/12
19/3 23/4 29/8
**happening** [6] 8/15
14/12 17/25 35/18
37/13 44/24
**happens** [2] 12/20
13/16
**happy** [4] 10/4 20/22
21/7 57/22
**hard** [1] 19/4
**harm** [19] 5/9 7/22 8/9
11/19 11/22 15/5 22/25
23/10 23/13 31/1 32/9
32/19 33/1 33/20 50/23
52/15 55/13 60/6 60/18
**harms** [5] 8/20 9/19
24/7 39/15 40/16
**has** [48] 4/10 4/10 5/5
5/11 7/3 7/11 9/14 12/6

14/8 14/9 15/5 17/3
23/14 25/6 25/9 25/12
26/6 26/20 27/18 28/16
28/18 29/2 29/3 29/8
29/9 30/22 31/16 36/4
36/7 36/15 43/5 44/7
44/12 44/18 45/9 50/4
51/25 52/4 52/7 52/7
54/4 54/22 55/20 61/19
**has furloughed** [1] 9/4
**hasn't** [2] 51/4 51/12
**have** [114]
**haven't** [8] 23/25 33/24
34/8 43/18 46/8 49/17
58/12 61/4
**having** [4] 34/10 34/10
43/25 56/3
**he** [1] 36/7
**he's** [1] 42/3
**health** [1] 1/9 2/8 3/9
5/1 6/9 9/10 14/24
**hear** [9] 6/6 7/14 7/17
19/10 22/17 22/21
22/24 30/13 39/8
**heard** [7] 22/22 23/14
25/18 33/15 45/12
58/11 58/18
**hearing** [11] 5/13 5/14
5/24 7/7 7/9 32/17
32/18 34/10 38/7 43/23
54/15
**held** [3] 5/25 44/18
53/2
**Hello** [1] 7/20
**help** [2] 35/8 42/7
**helpful** [14] 22/24
39/10 40/12 40/16
41/22 43/19 44/1 44/7
46/22 52/18 59/12
59/22 60/14 61/6
**here** [37] 5/8 5/12 6/10
7/7 10/11 15/22 15/24
16/9 18/7 20/20 21/18
21/25 25/15 27/1 28/3
28/8 28/11 28/14 29/8
32/20 35/9 37/13 39/15
46/15 47/10 47/12
47/19 49/19 51/15 52/9
54/1 56/7 57/1 58/2
59/18 59/23 60/16
**here's** [1] 26/21
**HIAS** [1] 17/18
**HIAS Declaration** [1]
17/18
**hiccup** [2] 54/25 55/1
**hiccups** [2] 31/21 55/1
**highlight** [1] 9/1
**highly** [1] 31/5
**himself** [1] 20/7
**his** [10] 20/8 30/23
35/21 37/5 37/6 44/25
53/14 53/14 59/1 59/3
**his power** [1] 53/14
**historically** [1] 26/7
**HIV** [2] 25/11 26/22
**hoc** [1] 4/9
**hold** [2] 27/21 38/17

Homeland [45] 2/16 4/15
4/19 6/14 6/19 7/20
12/13 13/17 14/22 20/5
21/6 21/19 22/4 23/5
23/7 23/10 23/14 29/22
30/14 30/17 31/1 34/4
38/9 38/19 39/18 40/4
40/20 43/15 44/3 44/23
46/11 46/19 47/1 47/24
48/15 49/9 49/14 49/23
52/20 55/7 57/20 58/7
58/20 58/23 59/5
**Honor's** [1] 30/21
**HONORABLE** [1] 1/17
**honored** [1] 42/15
**hopefully** [1] 61/24
**hour** [3] 32/18 43/23
49/3
**housekeeping** [1] 4/8
**how** [18] 11/23 11/25
12/2 12/19 19/24 20/1
20/2 25/7 26/17 28/16
33/3 35/8 45/16 45/20
45/23 46/1 46/11 57/11
**how-money-is-spent**
[1] 45/23
**HR** [1] 55/17
**humanitarian** [2] 31/14
34/22

**I**

**I also** [4] 5/11 12/7
39/9 58/18
**I am** [4] 18/14 20/22
37/16 38/7
**I appreciate** [1] 44/4
**I assume** [2] 5/18
15/21
**I believe** [5] 12/7 12/22
19/14 46/14 50/14
**I can** [4] 18/9 21/17
21/22 50/14
**I don't** [7] 18/17 35/12
35/12 36/12 46/5 57/8
58/23
**I don't have** [2] 43/4
58/7
**I guess** [3] 18/21 36/19
41/22
**I have** [3] 3/11 4/9 5/16
7/1 14/19 40/15 54/18
**I just** [1] 5/25 53/10
**I know** [4] 5/21 39/9
59/17 59/23
**I mean** [2] 23/24 43/2
**I should** [3] 5/18 42/1
48/24
**I think** [34] 12/9 15/1
20/22 21/12 21/15
21/22 23/7 23/24 24/7
26/6 26/12 26/17 26/25
27/15 27/15 28/14 29/1
33/5 33/7 33/14 34/19
35/5 36/14 38/12 38/18
44/15 47/12 47/13 56/6
56/18 57/4 57/10 57/20
61/25
**I understand** [7] 4/24

45/23 18/18 34/8
41/18 45/9
**I want** [6] 21/9 22/5
36/12 50/2 54/2 55/15
**I wanted** [1] 4/8
**I will** [8] 5/7 7/3 15/18
16/1 22/20 23/8 26/23
59/11
**I would** [5] 28/12 29/23
30/21 34/20 58/25
**I'd** [8] 9/1 30/17 32/15
44/14 44/15 44/23 53/15
61/2
**I'll** [21] 6/6 7/8 10/6
11/16 19/10 23/1 28/8
30/13 31/1 32/17 34/4
36/5 38/12 39/3 40/21
43/22 53/19 55/7 59/7
59/9 62/1
**I'm** [42] 3/24 5/17 5/20
6/8 6/10 6/11 6/15 7/7
7/10 10/4 12/2 13/1
18/21 19/25 20/25 21/7
21/22 22/17 25/21 28/9
32/24 36/7 36/19 36/20
36/22 36/23 37/17
45/13 46/11 46/12
46/16 46/21 53/22
56/16 58/2 58/2 59/8
60/9 61/7 61/15 61/21
62/3
**I'm going** [4] 5/17 6/8
60/9 61/21
**I'm just** [1] 45/13
**I'm not** [5] 7/10 37/17
46/12 58/2 59/8
**I'm sorry** [2] 20/25
46/11
**I'm sure** [1] 25/21
**I've** [3] 5/13 14/4 22/21
**idea** [6] 17/7 18/23
36/3 36/10 44/12 57/12
**identified** [6] 5/12
10/15 10/19 22/13
23/10 48/19
**identify** [3] 3/12 4/2
19/19
**II** [6] 36/16 37/5 44/25
45/10 45/14 49/7
**illustrative** [1] 60/2
**immunity** [1] 37/24
**implement** [9] 8/6
10/18 11/7 13/12 17/11
20/15 22/15 25/5 26/18
**implementation** [8]
17/3 19/16 21/14 24/13
41/1 42/5 60/11 60/20
**implementations** [1]
60/20
**implemented** [2] 18/24
50/21
**implementing** [13]
11/2 16/6 20/17 22/1
22/7 31/22 42/11 42/24
43/6 47/4 54/6 59/19
59/21
**implication** [2] 18/22
57/4

I

implicit [1] 19/23
imply [1] 36/7
importance [1] 21/11
important [13] 5/8 5/22
16/4 28/14 31/6 34/22
35/18 39/10 40/4 45/9
57/21 58/15 59/14
importantly [1] 16/10
Impoundment [2] 27/2
28/22
impression [1] 56/14
inclination [1] 55/25
include [3] 20/19 45/20
49/2
included [1] 22/6
including [7] 9/22
10/23 35/5 45/10 54/14
56/20 61/10
incoherent [1] 17/1
incompatible [1] 53/13
inconsistent [2] 44/14
52/4
incredibly [1] 17/4
indicated [1] 5/3
individual [1] 32/1
infection [1] 25/11
information [1] 14/4
inherently [1] 17/7
initial [1] 31/10
injunctive [1] 55/12
injury [1] 8/19
inquiry [2] 33/1 33/20
insofar [1] 23/1
instance [1] 59/18
instances [4] 12/21
18/14 18/14 33/7
instant [1] 10/1
instead [1] 33/12
instituted [1] 50/18
insurance [1] 9/10
intended [2] 12/18
28/5
intending [1] 19/1
intention [1] 24/18
interest [9] 32/7 35/7
35/17 35/25 36/6 36/14
37/10 53/19 58/24
interested [4] 6/10
19/25 28/9 38/7
interests [1] 52/9
interim [1] 24/5
internal [1] 22/10
International [2] 9/3
9/7
internationally [1]
32/23
interrupt [3] 39/5 46/21
52/22
interrupting [1] 6/16
interruption [2] 33/8
34/24
intrusion [1] 45/3
invoices [1] 13/19
irreparable [17] 7/22
8/9 8/19 9/20 11/19
11/22 15/5 22/25 23/10
23/13 31/1 32/9 32/19

irrevocable [1] 5/10
is [208]
is focused [1] 25/19
is that right [1] 21/5
Is there [4] 12/20 13/13
42/18 42/22
isn't [8] 18/1 36/13
42/24 50/18 51/18
51/19 54/25 55/1
issue [7] 31/25 34/21
42/10 48/9 56/3 59/9
62/4
issued [4] 22/11 31/10
31/14 61/23
issues [9] 30/19 30/24
31/5 37/25 39/2 39/22
40/7 56/4 62/6
issuing [3] 11/2 13/9
31/17
it [89]
it would be [8] 21/4
34/15 39/10 43/19
46/22 59/22 60/14 61/6
it's [32] 4/11 5/1 11/19
19/2 19/4 24/3 26/13
30/1 32/5 33/2 33/10
33/18 34/22 36/8 36/23
37/21 42/3 42/24 44/23
46/14 46/14 48/15
48/17 49/20 54/8 54/24
55/2 56/1 56/15 56/24
59/13 59/14
its [11] 9/4 9/5 25/8
33/1 36/2 43/11 51/2
52/14 54/18 55/24 56/4
itself [6] 17/5 20/18
20/21 21/13 55/23 56/8

J

J. [1] 3/10
January [3] 31/13
34/21 41/7
JDN [1] 50/4
jeopardy [1] 9/12
join [1] 28/12
joined [2] 3/24 4/20
JUDGE [2] 1/18 6/22
Judge Nichols [1] 6/22
just [54] 5/7 5/25 6/4
7/3 10/3 13/15 16/2
18/24 19/2 22/20 24/22
25/23 26/1 29/23 32/12
33/8 34/7 34/7 34/20
36/20 43/11 43/21
43/25 45/13 46/16
46/21 48/21 48/24 49/7
49/20 49/23 50/4 50/12
50/12 50/16 50/17
51/16 51/20 52/22
53/10 53/19 53/25
54/13 56/15 56/24
57/13 58/8 58/25 60/1
60/16 61/3 61/7 61/20
61/25
JUSTICE [4] 2/14 3/23
4/21 30/16
justified [1] 51/13

justify [1] 52/11

K

KAYE [1] 2/9
key [1] 29/1
kick [1] 10/8
kind [11] 11/23 12/2
18/24 19/2 19/23 24/5
36/1 36/13 37/17 41/20
60/1
kind of [1] 36/13
kinds [1] 22/10
know [93]
knowing [1] 33/3
knows [2] 26/13 41/14

L

labor [2] 9/13 38/24
Labor-Management [1]
38/24
lack [2] 25/19 47/4
laid [1] 52/5
landscape [2] 35/23
37/18
language [1] 42/8
large [4] 14/11 23/20
47/15 54/14
last [3] 58/1 58/1 58/4
later [2] 19/13 31/11
Lauren [2] 2/2 3/14
law [3] 15/13 28/11
41/12
laws [2] 8/18 9/13
lawsuit [2] 38/2 61/14
lawsuits [2] 38/3 61/24
laying [1] 24/17
lbateman [1] 1/12
least [16] 7/9 31/7 32/3
34/10 35/4 36/1 36/9
40/5 41/12 41/25 44/15
44/16 57/21 58/16
61/13 61/16
leave [1] 11/12 30/6
38/18 39/21 40/6 40/8
56/11
left [1] 9/16
legal [5] 9/11 15/20
50/22 51/15 59/16
legislative [1] 25/5
25/8 27/6
let [10] 10/6 11/21 19/9
25/22 28/7 32/13 34/7
34/11 39/5 47/20
let's [3] 46/15 46/18
61/5
let's see [2] 46/15 61/5
letter [1] 48/16
level [3] 17/5 36/2
49/13
life [1] 31/14
life-saving [1] 31/14
light [3] 15/4 22/23
23/24
like [17] 7/13 9/1 16/1
19/21 23/15 24/21
25/10 25/17 32/16
32/22 42/20 48/16 49/2

like our [1] 24/21
likelihood [10] 7/24
10/7 20/1 23/2 24/9
32/10 32/13 34/4 38/8
38/11
likely [3] 8/9 15/8
15/17
likewise [1] 43/7
limit [1] 28/23
limitations [1] 58/19
limited [4] 24/3 26/14
30/8 37/14
limiting [1] 21/20
limits [1] 20/3
line [3] 5/25 38/20 51/2
lines [1] 45/14
list [4] 43/20 49/5
61/22 62/1
lists [1] 14/5
litigate [4] 31/5 33/11
39/1 44/11
litigated [1] 39/2
litigating [1] 37/25
litigation [6] 2/4 37/22
40/1 41/15 61/12 61/18
little [1] 11/17 19/4
LLP [1] 2/9
loans [1] 10/24
long [1] 24/5
longer [2] 37/9 37/9
look [9] 26/7 27/12
36/19 42/21 43/21 45/8
48/25 60/22 60/25
looks [2] 26/13 26/13
lost [2] 8/10 9/10
lot [3] 50/2 50/7 61/24
lowest [1] 53/14

M

made [12] 11/18 15/5
25/9 25/12 28/13 30/18
30/20 43/16 51/25
58/15 58/23 61/9
Major [1] 47/13
majority [1] 21/24
make [8] 4/11 5/18
29/6 31/6 43/14 53/12
54/2 56/15
makers [1] 55/3
makes [2] 54/17 54/24
making [4] 40/3 45/3
48/2 51/16
Management [1] 38/24
mandate [1] 41/10
many [19] 9/6 9/23
11/23 11/25 12/2 13/8
13/18 14/10 14/16
15/25 16/9 17/2 24/20
30/4 50/24 50/24 50/24
50/24 51/9
March [1] 57/14
marked [1] 5/24
Marocco [6] 30/22
31/18 39/4 40/5 43/19
50/6
Massachusetts [2]
2/10 40/25

masse [7] 14/7 29/10
54/3 54/3 54/8 54/9
54/12
massive [2] 28/2 52/15
match [1] 35/24
material [1] 6/3
materials [1] 6/2
matter [5] 3/11 4/8
5/12 25/14 63/4
matters [3] 3/3 6/11
21/10
may [19] 3/11 5/10 6/4
12/11 12/14 17/11
18/12 24/21 34/25
37/20 38/6 38/13 48/5
51/9 57/23 58/8 60/15
60/22 61/11
Maybe [1] 51/18
me [35] 4/12 5/16 5/20
6/2 6/3 7/6 11/17 11/21
11/24 12/17 19/4 19/9
25/22 28/7 32/13 33/21
34/7 34/11 34/17 35/8
39/5 39/13 39/14 41/22
42/7 42/20 43/20 46/22
48/12 48/24 49/7 49/21
51/14 51/20 59/14
mean [5] 23/24 36/19
43/2 50/18 58/20
measures [1] 53/13
mechanical [1] 2/23
mechanically [1] 12/19
mechanism [3] 27/21
30/3 30/10
mechanisms [3] 28/23
38/25 41/14
medical [1] 8/13
medicine [2] 9/16
34/13
meeting [1] 7/13
members [3] 9/6 12/8
12/8
memo [2] 24/13 41/5
memoranda [1] 19/20
22/2
memorandum [2]
19/21 59/21
mention [1] 4/9
mentioned [10] 20/20
32/14 34/13 43/25
52/25 54/10 55/4 55/14
56/21 59/13
mere [1] 53/2
merit [2] 2/18 25/13
merits [16] 11/18 15/7
15/8 15/9 23/3 24/9
32/10 34/5 38/8 38/11
46/5 55/6 56/14 57/22
60/17 60/17
might [7] 19/13 31/21
37/8 49/21 50/17 59/11
60/25
million [1] 26/21
minimum [1] 44/1
ministerial [1] 55/25
mistakes [1] 20/11
modification [1] 37/15
modify [1] 36/10

**M**

**moment [5]** 10/7 14/19 21/18 39/6 41/17
**money [20]** 12/5 12/6 13/20 17/22 18/1 18/3 18/15 28/16 28/17 28/19 29/2 45/16 45/17 45/23 55/10 57/11 57/11 57/15 57/17 58/19
**months [1]** 13/19
**more [10]** 11/25 14/13 19/9 19/16 23/21 33/10 58/3 58/12 59/22 60/25
**morning [2]** 13/23 61/10
**most [10]** 8/8 9/21 16/10 16/13 16/21 17/5 21/24 28/14 39/10 57/21
**motion [7]** 4/9 4/24 5/5 7/9 16/1 58/14 62/7
**MOTIONS [1]** 1/16
**mouth [1]** 34/16
**move [2]** 19/10 32/12
**moved [1]** 19/15
**moving [3]** 46/12 58/1 59/17
**Mr. [7]** 7/23 28/7 29/20 49/17 51/14 52/25 55/5 55/7 55/5
**Mr. Perdue [3]** 7/23 28/7 55/5
**Mr. Sansone [4]** 29/20 49/17 51/14 52/25
**MRF [1]** 41/13
**MSPB [1]** 39/23
**much [4]** 23/5 23/8 34/2 56/10
**my [29]** 3/24 6/23 7/23 8/4 8/10 8/21 8/25 9/3 9/21 12/4 13/18 14/3 14/14 15/5 18/18 21/17 21/18 25/2 27/10 28/13 32/3 35/11 54/14 54/16 55/5 56/18 58/18 59/12 60/13

**N**

**named [1]** 44/21
**Nat'l [1]** 53/6
**Nat'l Envtl [1]** 53/6
**national [10]** 25/14 32/7 35/6 35/17 35/25 36/6 36/14 37/10 52/5 57/5
**national-interest [1]** 35/17
**nature [1]** 33/23
**necessary [1]** 52/13
**need [5]** 9/17 22/21 43/23 45/10 49/19
**needed [1]** 34/10
**needs [3]** 15/6 52/12 52/14
**never [2]** 13/15 13/16
**new [6]** 22/22 29/6 35/20 35/22 48/9 48/11
**Nichols [1]** 6/22

**Nicolas [2]** 2/3 3/16
**no [16]** 1/5 1/11 16/23 37/9 37/9 43/10 44/20 47/8 47/9 47/19 54/17 54/20 54/22 54/24 54/24 57/24
**non [3]** 20/14 20/20 56/15
**non-APA [2]** 20/20 56/15
**non-presidential [1]** 20/14
**nonarbitrary [1]** 55/21
**none [2]** 6/23 54/23
**nonprofits [1]** 8/1
**normal [1]** 37/23
**nose [1]** 51/12
**not [89]**
**note [5]** 31/3 34/20 39/3 58/18 58/25
**noted [1]** 41/13
**notes [1]** 31/19
**notice [3]** 13/14 13/23 61/10
**noticed [1]** 59/17
**notices [4]** 6/18 7/1 7/2 22/2
**noting [1]** 30/17
**notion [1]** 42/22
**now [12]** 10/3 13/8 14/7 21/23 25/17 46/1 46/17 49/1 50/23 51/8 57/15 59/8
**nullification [1]** 57/6
**number [5]** 6/8 22/18 48/16 50/5 61/11
**numerous [2]** 32/22 47/15
**nutshell [1]** 47/2
**NW [4]** 2/5 2/10 2/14 2/20

**O**

**objected [1]** 6/24
**obligate [1]** 28/24
**obligating [1]** 55/19
**obligation [1]** 10/22
**obligations [1]** 11/13
**oblivion [1]** 47/16
**obtaining [1]** 18/20
**obvious [1]** 16/13
**obviously [4]** 7/5 7/7 16/21 22/21
**obviously don't [1]** 22/21
**occur [1]** 52/16
**occurred [3]** 28/2 28/2 30/2
**occurring [2]** 28/2 52/16
**off [2]** 29/9 51/12
**offer [3]** 46/21 47/23 49/17
**offered [1]** 51/4
**office [1]** 54/19
**officers' [1]** 39/24
**Official [1]** 2/19

**often [3]** 9/25 42/5 57/25
**Okay [17]** 4/22 13/2 13/21 14/18 19/8 22/16 28/4 29/19 30/12 34/3 49/4 49/10 45/15 52/19 53/4 53/8 59/7
**one [23]** 4/25 5/19 5/22 8/8 9/3 16/8 23/25 27/17 29/23 31/4 35/6 39/5 41/25 42/20 44/15 47/25 48/15 49/7 51/18 53/22 54/16 58/3 58/11
**one of [1]** 54/16
**one-size-fits-all [1]** 31/4
**ones [3]** 25/10 29/6 56/20
**ongoing [4]** 8/24 10/25 14/15 50/23
**only [10]** 16/8 16/20 44/19 47/6 47/7 48/7 53/20 55/10 55/13 55/17
**opacity [1]** 19/5
**opaque [2]** 17/4 18/20
**open [1]** 27/21
**operate [4]** 8/2 24/14 25/11 26/18
**operations [2]** 23/20 30/2
**opportunities [1]** 53/20
**opportunity [7]** 5/17 28/8 29/21 33/24 34/9 44/2 61/4
**order [51]** 1/16 4/25 5/5 5/16 6/12 7/9 7/15 8/5 10/13 10/15 10/18 10/20 11/7 11/8 13/4 13/9 13/11 16/6 17/3 19/15 20/15 20/19 21/3 21/13 22/15 24/13 40/19 40/23 41/2 41/5 41/7 41/19 42/12 42/24 43/7 47/4 50/21 52/11 52/13 55/24 56/4 56/7 59/18 59/20 60/3 60/12 60/17 60/23 60/3 61/23 61/3 61/7 61/21
**orders [8]** 8/22 11/3 13/9 50/3 54/6 60/1 60/20 61/23
**organizations [4]** 9/11 24/20 50/25 51/7
**organized [1]** 14/11
**ostensibly [1]** 24/1
**other [28]** 4/15 5/2 8/3 9/23 10/19 11/10 13/15 16/7 16/9 20/17 21/14 22/10 22/14 36/8 37/20 40/15 44/6 44/6 44/21 48/24 49/5 49/11 50/24 56/21 57/23 58/8 58/18 62/3
**others [2]** 8/4 17/8
**otherwise [1]** 6/4

**our [40]** 8/17 8/19 15/10 15/25 16/1 17/14 17/24 20/10 20/12 20/18 21/16 22/6 23/7 23/10 23/12 23/13 23/15 24/4 24/16 24/21 25/10 26/16 27/17 28/15 29/25 30/1 30/9 37/21 49/13 50/4 50/8 50/23 54/8 54/24 55/14 55/22 56/1 56/14 56/20 57/8
**ourselves [1]** 33/25
**out [15]** 8/20 16/5 16/14 17/11 24/24 25/8 27/7 33/4 34/23 40/9 45/21 47/17 48/2 50/13 52/5
**outcome [1]** 41/3
**outset [2]** 5/7 22/20
**over [9]** 7/8 28/17 37/22 45/10 45/16 49/8 55/3 55/3 59/25
**overboard [1]** 36/25
**overlap [1]** 30/18
**overnight [1]** 23/17
**overseas [1]** 25/12
**overwhelming [1]** 15/4
**own [1]** 56/4

**P**

**p.m [5]** 1/6 1/12 61/6 62/2 62/9
**page [2]** 46/15 46/15
**pages [1]** 6/3
**paid [3]** 8/22 12/25 13/20
**papers [1]** 20/12
**paragraph [1]** 31/18
**parameters [1]** 27/7
**paraphrase [1]** 45/13
**part [9]** 14/15 33/14 35/22 37/3 37/8 39/11 48/16 55/2 55/2
**particular [12]** 6/3 10/10 13/14 18/6 28/10 28/20 29/16 30/21 32/25 47/12 55/16 58/13
**particularly [5]** 5/14 19/12 52/8 58/3 60/10
**parties [12]** 3/3 3/11 4/1 5/8 5/14 5/25 6/24 50/22 52/17 59/14 60/15 60/16
**parties' [3]** 7/11 59/7 62/3
**partners [3]** 13/25 17/11 47/15
**parts [2]** 39/14 60/19
**party [5]** 5/18 5/19 58/1
**past [1]** 10/24
**pattern [1]** 43/3
**pause [18]** 24/1 24/3 31/24 35/1 35/22 41/6 43/11 45/24 48/8 48/8 50/20 51/5 51/17 54/17

**pausing [1]** 10/22
**pay [1]** 54/18
**paying [1]** 54/21
**payment [1]** 12/24
**pending [3]** 6/22 13/18 54/19
**people [1]** 14/4 32/23 55/18
**PEPFAR [1]** 31/20
**percent [3]** 9/4 9/5 23/19
**Perdue [2]** 2/8 4/6 7/23 14/23 28/7 46/19 55/5
**perfectly [1]** 51/9
**performance [1]** 33/8
**perhaps [4]** 16/12 17/8 21/10 21/17
**period [3]** 33/16 57/16 58/5
**perishable [1]** 9/16
**permissible [2]** 24/25 26/3
**permit [5]** 32/5 35/5 39/25 41/3 48/9
**personnel [1]** 11/12 55/14 55/16
**Pete [1]** 30/22
**phone [1]** 59/9
**place [16]** 6/23 17/20 26/6 27/11 27/14 27/16 30/11 31/9 31/24 38/17 39/20 40/7 42/6 45/4 46/1 58/17
**placed [5]** 9/11 9/14 30/5 38/19 40/6
**placing [1]** 11/11
**plaintiff [7]** 2/2 2/7 9/8 22/13 29/25 33/11 33/15
**plaintiffs [53]** 1/4 1/10 3/15 3/17 3/18 4/5 4/7 4/16 5/9 5/24 6/6 7/21 11/23 12/4 14/24 15/8 18/6 19/10 23/6 23/15 24/21 25/10 31/2 31/3 31/6 32/1 32/8 32/11 32/19 36/3 38/4 38/10 38/16 40/3 40/23 41/12 44/11 44/16 44/21 45/3 45/12 46/6 46/20 52/21 56/19 57/25 58/12 58/15 60/14 60/22 60/25 61/9 61/15
**plaintiffs' [10]** 3/13 4/3 7/17 22/18 28/6 36/24 39/15 48/22 49/16 53/21
**plaintiffs' counsel [1]** 4/3
**plan [2]** 7/22 15/18
**play [2]** 33/4 45/21
**plays [1]** 35/8
**please [3]** 3/20 4/3 7/18
**plight [1]** 9/1
**point [21]** 29/1 35/15 38/12 39/13 40/12 42/2

21 57/13 57/15 60/5

**P**

point... [15] 42/19 44/6 44/6 44/8 44/24 48/20 49/21 50/12 50/17 51/1 51/24 53/21 54/17 56/16 58/4
points [3] 49/13 57/21 58/9
poisonous [1] 11/6
policies [2] 45/1 45/6
policy [28] 16/7 25/6 25/7 25/14 26/16 27/5 35/21 35/25 36/15 36/16 37/3 37/4 37/8 41/6 43/10 43/13 44/24 45/11 48/8 48/8 48/11 49/8 50/16 51/11 52/5 55/2 55/2 59/3
political [1] 47/17
pool [1] 26/14
portal [1] 12/24
PORTER [5] 2/9 4/5 4/7 7/21 14/23
position [9] 6/20 32/24 34/12 36/24 37/22 42/7 56/1 56/2 57/4
possibility [1] 61/13
possible [5] 6/17 14/10 14/16 32/17 60/18
possibly [1] 57/8
post [1] 4/9
posture [1] 21/8
power [8] 47/7 47/8 47/8 53/10 53/14 57/2 57/3 59/25
powers [15] 15/15 20/23 21/4 25/4 25/23 28/10 40/14 40/18 44/9 45/9 45/20 51/24 56/22 57/1 59/1
practical [5] 12/18 21/9 56/6 56/15 56/16
practically [1] 21/25
practice [1] 13/3
predecessor [1] 35/21
preempted [2] 38/13 38/21
preempts [1] 40/2
prefer [2] 40/19 56/10
preliminary [1] 4/8
prepared [2] 25/21 62/5
preparing [1] 20/12
present [2] 3/3 29/21
presentation [2] 23/3 50/1
presents [1] 8/8
President [29] 20/7 26/1 26/23 27/3 28/11 35/20 36/7 36/9 37/4 37/6 40/25 41/10 42/2 42/13 42/14 43/13 44/12 44/20 45/5 45/9 53/12 54/19 56/3 57/6 59/25
President Trump's [1] 43/13

Presidents [1] 16/18 28/24 36/16 41/5 41/19 44/25 48/2 48/6 57/2 58/25
presidential [3] 20/14 42/5 42/12
presiding [1] 7/8
pretty [1] 23/17
Prettyman [2] 2/19
prevail [2] 15/9 15/17
prevent [3] 11/12 25/11 55/12
preventing [1] 10/22
prevents [1] 19/6
previous [1] 37/8
previously [1] 6/21
principal [1] 36/2
principles [2] 15/20 15/22
principles governing [1] 15/20
priorities [6] 16/8 16/18 42/6 51/2 51/11 52/14
prioritize [1] 26/15
prioritized [1] 25/13
priority [1] 5/12
pro [1] 4/10
probably [2] 19/10 59/13
problem [6] 4/12 16/8 16/13 18/2 29/12 43/9
problems [1] 16/4
procedural [1] 27/8
procedure [1] 31/23
procedures [1] 30/10
proceed [2] 6/1 37/23
proceeding [1] 33/24
proceedings [4] 1/17 2/23 62/9 63/4
process [11] 17/14 17/19 18/19 18/25 18/25 19/1 19/6 31/9 31/11 31/23 58/17
processes [1] 17/16
produced [1] 2/23
program [2] 50/18 54/23
programs [13] 16/22 17/8 17/9 25/13 26/10 26/19 26/24 31/15 52/1 52/2 54/5 54/7 57/5
Project [4] 26/13 26/13 26/15 53/6
projects [8] 8/24 8/24 12/3 24/4 25/10 26/7 26/22 27/12
prong [1] 42/17
proportion [1] 23/21
proposals [1] 26/7
propose [2] 61/1 61/3
proposed [8] 10/15 10/19 20/18 22/6 59/18 60/17 61/3 61/7
proverbial [1] 59/9
provide [6] 17/17 38/16 38/25 43/24 44/2 48/1

provide [1] 45/15 48/4
provision [2] 25/20 36/4
provisions [3] 35/9 37/15 37/18
prudent [1] 6/4
public [3] 2/4 5/25 58/24
pull [1] 43/21
pulled [1] 27/22
purpose [5] 5/13 7/13 24/24 43/11 48/8
purposes [3] 28/21 29/3 29/17
put [7] 28/7 30/11 31/9 34/16 41/21 50/20 51/18
puts [1] 25/8

**Q**

question [22] 11/16 11/21 12/18 18/10 19/5 19/9 19/23 20/6 21/19 21/23 24/9 24/10 27/10 27/16 28/5 28/9 29/23 33/2 33/4 34/7 41/25 45/16
questions [7] 10/4 17/23 41/25 47/13 51/23 52/23 57/23
quick [1] 49/24
quickly [2] 20/12 46/11
quite [2] 12/10 50/2
quo [1] 52/10
quotas [1] 14/9

**R**

raised [2] 36/20 61/12
raising [1] 41/13
randomly [1] 7/5
range [2] 26/18 26/24
rank [2] 36/12 36/20
rather [1] 16/24
re [1] 8/24
re-started [1] 8/24
reach [4] 20/21 21/3 21/12 55/23
reached [1] 21/13
reaches [1] 56/11
reaction [2] 47/23 47/25
read [1] 20/10
ready [2] 3/5 43/4
realistic [1] 30/10
realities [1] 23/24
realize [1] 60/15
really [8] 19/6 23/13 24/8 24/15 24/18 24/23 33/10 35/16
Realtime [1] 2/3
reason [2] 34/10 51/4
reasonable [1] 16/15
reasoned [1] 52/8
reasons [8] 8/16 27/25 27/25 29/7 29/11
rebuttal [1] 49/19
recalibrate [3] 43/12

recalibrating [1] 35/24
recalling [1] 46/12
receive [3] 8/3 12/4 16/12
received [6] 5/6 7/3 13/14 14/14 54/16 61/11
receivership [1] 45/5
recision [1] 27/21
recognize [1] 30/7
recognizes [2] 23/7 48/6
record [7] 3/12 3/20 4/2 5/15 6/12 30/8 63/3
recorded [1] 2/23
refer [4] 6/3 36/15 53/11 53/15
references [1] 57/12
referred [1] 25/23
refiled [1] 7/2
Reform [1] 38/23
regard [2] 20/11 28/13
Registered [1] 2/18
reinforces [2] 23/1 23/13
related [3] 6/18 6/21 11/21
relatedness [1] 6/24
relation [1] 33/1
Relations [1] 38/24
relationships [2] 8/14 9/24
relative [1] 12/2
released [3] 17/23 18/23 19/2
relevant [10] 15/2 29/12 33/20 33/21 34/15 37/21 41/24 41/25 56/20 56/25
reliance [1] 52/9
relief [19] 19/11 19/24 20/2 20/3 21/21 22/12 24/5 24/11 31/20 33/12 38/17 44/19 50/10 55/12 55/13 56/10 58/21 59/16 59/23
rely [3] 51/8 52/17 54/23
relying [1] 20/16
remain [1] 29/14
remains [1] 45/25
remedy [1] 41/11
remove [1] 52/3
repetition [1] 22/21
Reporter [4] 2/17 2/18 2/18 2/19
represent [4] 8/1 11/24 12/7 22/25
representatives [1] 24/17
request [3] 15/2 27/3 30/5
requesting [1] 30/3
requests [1] 38/21
require [1] 47/18
required [1] 62/6
requirements [1] 32/5

rescind [1] 27/3
research [1] 26/22
resources [1] 26/14
respect [10] 20/13 29/4 47/11 53/9 54/1 55/9 55/22 56/18 56/22 60/10
respected [1] 45/10
respond [5] 17/16 17/24 40/13 46/7 46/23
response [3] 52/13 58/8 61/12
responsible [2] 30/4 45/6
resting [1] 32/2
restoration [1] 24/6
restored [3] 23/23
RESTRAINING [9] 1/16 4/24 5/4 5/15 6/12 7/9 7/14 10/15 10/20
result [1] 61/13
review [13] 14/6 16/24 16/24 17/6 17/7 17/13 33/16 41/7 41/8 41/23 46/1 56/3 60/4
reviewed [2] 16/20 42/1
reviewing [1] 30/4
right [17] 4/23 7/24 14/7 21/5 21/23 22/17 25/17 30/13 34/19 38/3 41/24 46/1 49/1 50/23 51/8 53/17 59/8
rights [1] 50/22
risk [1] 9/14
RMR [2] 63/2 63/8
role [1] 45/20
roles [1] 17/15
rotting [1] 8/10
Rubio [4] 31/10 31/13 34/21 41/5
Rubio's [1] 41/7
rule [1] 59/8
ruled [1] 4/11
ruling [3] 59/9 60/13 62/4

**S**

S. [1] 53/15
S. Ct [1] 53/15
Sackett [3] 50/13 52/25 53/1
said [11] 7/13 17/13 17/20 21/8 26/1 26/21 35/4 48/22 53/5 54/4 54/25
same [3] 4/17 28/9 34/7
Sansone [7] 2/3 3/16 23/6 29/20 49/17 51/14 52/25
satisfied [1] 60/23
saving [1] 31/14
saw [2] 7/1 13/22
say [10] 5/7 5/18 21/22 22/20 26/23 32/13 36/13 42/1 50/7 51/22
saying [7] 18/22 19/3

**S**

saying... [5] 19/14 21/1 27/10 36/3 55/3
says [1] 26/15
scale [1] 15/3
scales [1] 28/2
SCHOLER [1] 2/9
scope [7] 11/16 18/7 19/11 24/10 34/15 54/1 55/22
sealed [2] 5/24 6/3
Second [3] 15/13 16/15 61/9
seconds [1] 46/22
Secretary [7] 19/21 22/2 31/10 31/13 34/21 41/7 59/21
Section [3] 48/3 48/17 60/4
Section 3 [1] 60/4
Sections [2] 60/6 60/11
sector [2] 8/5 9/2
security [1] 57/5
see [6] 8/9 17/17 45/21 46/15 46/18 61/5
seeing [1] 27/1
seek [2] 19/13 58/20
seeking [10] 10/11 10/13 10/14 10/17 19/12 19/14 20/2 21/25 50/10 58/16
seem [1] 60/7
seems [1] 11/17
seen [2] 14/4 46/1
self [2] 17/2 55/24
self-executing [1] 55/24
self-undermining [1] 17/2
sending [1] 47/14
sense [3] 54/17 54/24 59/22
separate [1] 43/9
separately [1] 31/16
separation [11] 15/14 20/23 21/4 25/4 25/23 40/14 40/18 44/9 45/19 51/24 56/22
serves [1] 26/16
service [6] 6/22 38/23 38/24 38/25 39/24 40/9
services [1] 32/5
set [12] 5/13 8/20 16/13 19/12 24/24 26/9 27/6 36/16 37/4 41/5 41/10 45/1
set-aside [1] 19/12
setting [5] 16/5 25/24 25/24 41/7 45/6
several [2] 14/14 57/12
shall [1] 29/16
shelves [1] 9/17
short [1] 5/5
should [18] 5/18 17/8 17/8 17/20 24/11 25/13 28/7 34/17 37/23 39/2 40/22 42/1 43/7 48/24

shouldn't [1] 61/24
show [2] 52/12 52/14
showing [3] 15/4 38/11 61/18
showings [1] 8/9
shut [8] 17/8 17/10 24/18 27/1 30/1 54/4 54/6 54/7
shuttering [4] 8/12 9/9 32/21 32/25
shutting [2] 47/13 47/16
side [1] 58/18
significance [1] 47/18
significant [1] 32/21
significantly [1] 23/20
similar [2] 34/14 53/5
similarity [1] 24/7
similarly [2] 50/24 60/5
simple [1] 60/16
simply [7] 13/20 16/24 21/20 47/3 47/4 56/3 57/7
since [4] 22/11 54/19 61/18 61/23
sitting [1] 9/16
situated [1] 50/24
size [1] 31/4
skeptical [1] 9/25
slated [1] 14/13
sliding [1] 15/3
slip [1] 19/2
slip-up [1] 19/2
slow [1] 56/9
small [8] 9/2 9/6 29/23 32/21 32/25 33/15 47/15 54/13
smoothly [1] 18/24
so [70]
So could [1] 19/22
So I think [7] 20/6 20/10 25/15 26/4 34/22 42/10 45/23
social [1] 47/18
solely [1] 20/16
solved [1] 18/2
some [42] 5/23 8/10 9/2 9/11 9/21 11/17 12/11 12/14 12/22 17/7 17/20 18/11 18/11 18/12 18/17 19/15 25/18 25/24 26/2 26/11 28/16 30/18 30/24 31/7 31/21 32/4 33/6 35/4 38/19 39/20 40/5 41/12 43/5 45/25 47/25 49/25 50/17 54/14 55/1 55/5 58/16 59/11
something [9] 23/11 34/25 37/7 40/23 42/1 42/23 45/14 49/2 53/20
sometimes [1] 17/25
soon [1] 32/17
sorry [5] 6/15 12/13 20/25 46/11 46/21
sort [27] 14/10 23/11 24/15 24/17 24/25 25/2

statute [6] 38/24 42/8 44/12 48/3 48/19 48/24
statutes [6] 25/8 28/18 39/25 40/2 47/25 48/16
statutory [5] 47/5 47/10 47/11 48/13 48/22
stenography [1] 2/23
Stephen [2] 2/8 4/4 7/20 53/24
Stephen Wirth [2] 7/20 53/24
stephen.wirth [1] 2/12
still [6] 12/3 17/22 18/1 18/16 46/7 60/23
stop [6] 8/22 8/23 11/3 13/4 13/9 61/23
stop-work [4] 11/3 13/4 13/9 61/23
stopped [4] 12/6 12/9 12/16 12/20
strange [1] 48/15
Street [1] 2/14
strikes [1] 33/21
stripping [1] 51/6
structure [1] 8/17
study [3] 43/11 48/9 59/2
stymie [1] 24/25
subject [6] 5/12 14/6 41/2 42/14 43/7 57/6
subjected [1] 42/16
submission [1] 30/24
submit [3] 60/16 60/24 61/16
submitted [1] 26/8
submitting [1] 62/1
subordinates [1] 37/6
subversion [1] 41/20
success [10] 7/24 10/7 20/1 23/2 24/9 32/10 32/13 34/5 38/8 38/11
such [5] 10/2 11/11 14/14 38/21 48/4
suffering [2] 5/9 8/25
sufficient [1] 47/17
suggestion [1] 45/2
sums [1] 28/19
superintend [1] 55/16
supervision [1] 28/10
supplies [1] 8/13
support [4] 20/1 43/6 52/2 61/17
supported [1] 52/8
suppose [1] 60/7
supposed [1] 39/15
supposedly [1] 24/3
Supreme [1] 50/14
Supreme Court [1] 50/14
sure [6] 4/11 25/21 31/21 52/24 53/22 58/10
surprising [1] 59/13
survive [5] 24/5 24/21 24/22 33/16 33/19
suspended [1] 37/14

suspension [1] 33/6
suspensions [3] 11/3 13/24 61/22
switched [1] 31/22

**T**

tailored [4] 59/15 59/22 60/17 61/1
take [22] 16/22 22/14 36/1 39/18 40/18 41/24 42/2 42/6 43/20 44/17 44/18 45/19 46/22 51/1 55/15 56/24 59/2 59/7 59/11 60/9 60/25 62/3
Take Care [1] 45/19
taken [2] 23/16 61/18
takes [2] 10/1 53/12
taking [6] 8/6 11/10 21/14 36/23 46/1 52/11
talk [4] 12/15 20/22 25/21 32/21
talking [8] 30/19 30/25 34/23 37/2 43/2 43/10 45/24 48/7
talks [1] 30/24
TELECONFERENCE [1] 1/17
tell [7] 5/19 7/3 12/17 16/23 17/16 18/2 34/17
TEMPORARY [9] 1/16 4/24 5/4 5/15 6/12 7/9 7/14 10/15 10/20
Temporary Restraining Order [6] 5/4 5/15 6/12 7/9 10/15 10/20
term [1] 37/10
terminate [4] 14/9 14/16 27/24 29/5
terminated [3] 12/1 14/7 37/14
terminating [2] 8/12 11/11
termination [3] 13/4 54/16 60/5
terminations [11] 11/3 13/10 13/24 14/12 14/15 23/21 29/13 32/22 61/11 61/13 61/22
terms [13] 25/6 26/4 27/20 27/23 32/1 35/16 36/4 36/20 37/20 48/1 48/4 54/10 54/12
test [1] 33/24
than [3] 16/7 16/24 62/3
Thank [21] 3/4 4/14 14/20 23/5 29/19 29/22 30/14 35/2 38/9 40/20 43/11 47/1 47/24 49/23 53/17 53/18 53/24 55/7 59/5 59/6 62/8
Thank you [13] 3/4 14/20 29/19 29/22 35/2 40/20 44/3 47/1 49/23 53/17 53/18 59/6 62/8
Thank you very much [1] 23/5

**T**

**Thanks [5]** 6/13 7/25
43/17 47/21 52/18
**that [415]**
**That'll [1]** 4/13
**that's [36]** 6/9 7/24 9/6
10/9 10/16 13/13 14/19
17/9 18/24 21/19 22/18
23/3 26/25 28/1 31/2
33/19 34/9 35/12 35/18
36/6 36/8 36/23 37/4
40/4 40/8 40/16 45/7
52/18 53/1 59/16 59/23
60/4 60/6 60/17 61/25
62/7
**their [29]** 8/11 8/11
8/12 11/13 12/8 12/8
12/16 13/24 15/9 17/15
18/11 23/16 23/18
23/19 23/21 24/4 24/18
32/8 32/19 38/10 46/6
46/12 46/16 54/11
54/21 56/1 58/13 58/14
60/17
**theirs [1]** 60/23
**them [23]** 6/20 7/4 7/4
8/22 8/23 9/17 9/23
10/21 11/1 11/25 12/15
17/11 23/18 31/7 31/22
39/18 39/19 40/18 47/8
47/16 54/23 56/23
58/16
**then [16]** 5/4 13/22
17/9 19/10 19/15 23/1
26/23 29/4 31/10 41/7
41/13 43/14 45/19 53/9
58/20 59/20
**there [54]** 5/3 7/11 9/19
12/11 12/14 12/14
12/20 12/22 13/3 13/13
16/9 18/1 18/14 18/15
20/2 20/11 22/9 23/21
24/16 25/5 26/5 27/4
27/16 30/2 30/10 30/18
31/8 31/21 31/23 32/3
33/7 33/8 34/14 37/20
37/24 39/12 39/25 40/6
40/10 40/15 41/11
42/18 42/22 43/20 47/9
47/19 49/20 50/17
50/18 55/1 55/17 56/19
58/16 60/3
**there's [18]** 12/15
17/19 25/20 26/24
27/11 27/13 32/20
33/18 34/13 39/23 43/9
44/5 46/4 48/20 53/20
56/6 57/12 59/24
**therefore [3]** 20/8 42/3
44/13
**these [20]** 3/3 4/25 5/7
6/24 14/10 16/22 17/9
23/24 26/23 29/13 30/3
33/11 35/15 38/2 38/13
39/2 40/9 54/2 54/10
54/12
**they [32]** 8/12 9/12
15/14 15/16 16/4 16/14

17/16 17/17 17/24 18/2
20/1 20/2 24/24 26/1
27/14 31/8 38/18 47/7
47/8 47/16 50/2 56/15
57/7 57/7 58/4 58/20
61/1 61/4 61/17
**they'll [1]** 17/13
**they're [14]** 5/9 9/18
14/9 14/12 15/13 18/8
18/25 47/9 50/9 51/8
54/4 54/5 54/12 54/20
**they've [3]** 23/19 29/24
61/11
**thing [8]** 13/5 13/7
23/25 28/14 29/23 40/9
53/5 55/17
**things [1]** 49/24
**think [58]** 12/9 15/1
15/6 20/6 20/10 20/22
21/12 21/15 21/22
22/22 23/7 23/12 23/24
24/7 25/15 26/4 26/6
26/12 26/16 26/17
26/25 27/15 27/15 28/1
28/12 28/14 29/1 30/18
32/7 33/5 33/7 33/14
34/19 34/22 35/5 36/14
36/23 38/12 38/18
42/10 44/13 44/15
45/23 47/2 47/12 47/13
48/5 48/24 51/13 56/6
56/18 57/4 57/8 57/10
57/20 60/14 61/2 61/25
**thinking [1]** 59/12
**third [3]** 15/14 17/1
24/2
**this [103]**
**those [32]** 9/17 14/11
15/17 15/22 18/14 21/7
22/1 25/12 29/6 29/16
31/22 33/25 35/17
37/14 37/18 38/19 39/1
39/22 40/2 40/7 41/14
48/15 49/13 50/9 54/7
54/7 59/3 60/6 61/6
61/24 62/1 62/2
**though [1]** 11/21
**threats [1]** 25/19
**three [1]** 16/2
**through [10]** 25/8
28/19 28/20 36/16 39/2
39/16 40/23 42/7 46/16
50/21
**Thunder [1]** 38/20
**thus [1]** 23/14
**tie [1]** 54/11
**tight [1]** 62/6
**time [6]** 21/10 22/8
22/11 24/3 43/24 59/2
**time-limited [1]** 24/3
**times [1]** 17/12
**tip [1]** 59/3
**titled [1]** 63/4
**today [19]** 4/12 5/5
7/22 11/20 14/13 14/15
15/7 15/18 16/1 23/4
30/19 30/25 32/20 40/3

62/5
**together [1]** 24/19
**tomorrow [1]** 14/13
**too [3]** 18/22 43/22
44/23
**took [3]** 8/14 39/19
54/19
**top [1]** 49/13
**top-level [1]** 49/13
**topics [1]** 49/11
**touch [1]** 57/7
**touched [1]** 23/25
**toward [1]** 26/22
**tranches [2]** 14/5
14/11
**transcript [3]** 1/16 2/23
63/3
**transcription [1]** 2/23
**transfer [1]** 13/16
**transitioning [1]** 38/6
**treated [1]** 43/7
**tree [1]** 11/6
**tried [1]** 22/8
**triggered [1]** 47/13
**TRO [10]** 6/23 15/2
19/12 20/18 20/18 21/8
21/12 22/7 56/7 56/11
**true [5]** 9/6 33/18 35/12
**TRUMP [2]** 1/13 3/10
**Trump's [1]** 43/13
**trust [2]** 9/19 9/25
**try [2]** 22/5 55/7
**trying [7]** 18/22 31/4
36/7 36/20 36/22 45/8
56/16
**turn [3]** 34/4 35/16
44/5
**turnaround [1]** 62/6
**turned [1]** 34/24
**Turning [1]** 8/19
**two [6]** 4/25 6/18 12/7
30/20 51/22 61/25
**type [2]** 39/23 59/16
**types [1]** 40/16
**typical [1]** 13/3

**U**

**U.S [5]** 1/7 2/13 2/14
32/25 53/1
**U.S. [2]** 9/4 38/1
**U.S. Government [1]**
38/1
**U.S.-based [1]** 9/4
**U.S.C [2]** 48/3 48/17
**Ukraine [1]** 9/22
**ultra [5]** 15/16 21/4
46/5 46/12 47/2
**unable [1]** 9/17
**under [19]** 8/2 15/12
15/13 20/8 20/9 27/23
31/20 37/5 38/20 40/25
41/1 43/16 44/11 44/17
44/20 45/9 59/8 60/9
62/4
**undermined [1]** 10/1
**undermines [1]** 17/6
**undermining [1]** 17/2

**understand [18]** 4/24
5/2 5/7 5/11 5/23 7/16
11/5 18/22 19/18 34/1
34/8 34/8 35/8 36/22
37/12 41/18 45/9 61/20
**understanding [9]**
6/23 14/3 18/19 19/6
30/1 30/9 32/3 35/11
35/23
**understood [10]** 11/15
22/16 29/18 30/12
33/13 38/5 40/11 46/3
48/18 49/10
**undertaking [1]** 17/7
**UNITED [10]** 1/1 1/18
3/7 35/25 37/3 37/5
37/9 43/12 45/1 48/10
**United States [7]** 3/7
35/25 37/3 37/5 37/9
45/1 48/10
**unless [2]** 44/5 44/8
**unwillingly [1]** 9/12
**up [5]** 17/13 19/2 31/11
46/6 52/9
**upon [4]** 4/11 6/11
14/3 32/2
**us [6]** 17/16 17/17 18/2
19/6 21/24 29/1
**USAID [26]** 8/4 11/10
12/5 13/25 22/2 27/19
28/19 30/2 30/23 32/4
33/12 35/4 35/13 37/7
37/19 39/19 39/20
42/16 45/4 45/4 50/2
50/4 50/6 50/9 50/10
54/5
**USAID-wide [1]** 33/12
**usdoj.gov [1]** 2/16
**use [3]** 31/4 36/5 42/8
**used [1]** 12/24
**utmost [1]** 21/10

**V**

**VACCINE [6]** 1/3 2/2
3/7 5/3 22/19 27/18
**valid [1]** 16/19
**value [1]** 21/16
**various [3]** 17/12 26/10
37/18
**vehicle [3]** 31/4 38/3
38/15
**vehicles [1]** 39/2
**versus [3]** 3/7 3/9 53/1
**very [9]** 15/6 15/21
15/22 23/5 23/7 34/2
34/23 58/15 58/25
**VIA [1]** 1/17
**viable [1]** 30/11
**vice [1]** 4/10
**views [1]** 51/10
**violate [2]** 9/12 15/14
**violating [1]** 44/13
**violations [1]** 37/22
**vires [5]** 15/16 21/5
46/5 46/12 47/2
**vs [2]** 1/6 1/12

**W**

**waiver [19]** 17/19 18/5
18/15 18/20 18/23
18/25 18/25 19/1 25/20
30/5 31/8 31/14 31/19
33/3 34/16 34/22 50/18
54/22 58/17
**waivers [18]** 12/15
17/14 17/22 18/1 18/7
18/8 18/12 18/13 18/18
29/24 30/3 31/8 31/10
31/12 31/17 31/22
31/24 58/16
**want [28]** 6/3 10/8 21/9
22/5 26/15 26/21 34/16
36/12 39/8 40/17 42/20
43/20 43/21 44/1 46/4
46/7 47/22 48/21 49/6
50/2 50/13 53/25 54/2
55/15 55/17 56/13
59/24 60/25
**wanted [4]** 4/8 4/11
46/21 53/11
**wants [2]** 49/11 51/1
**warehouse [1]** 9/16
**was [11]** 4/25 7/5
13/22 24/12 31/11
31/19 33/8 42/16 45/7
45/13 61/10
**Washington [7]** 1/5
1/11 2/5 2/10 2/15 2/20
35/20
**way [14]** 10/3 11/24
11/25 12/20 16/20
20/18 21/21 23/22 24/2
25/22 27/8 28/14 51/18
57/8
**ways [3]** 8/16 15/25
17/2
**we [76]**
**We have [1]** 3/3
**we were [1]** 20/12
**we will [2]** 22/12 49/2
**we would [1]** 56/10
**we'll [1]** 49/2
**we're [16]** 10/13 10/14
10/17 10/21 11/1 11/9
26/25 30/9 30/19 34/23
37/2 43/10 45/24 54/2
57/22 59/17
**we've [3]** 30/24 43/16
60/24
**welcome [1]** 43/22
**well [11]** 13/5 19/9
24/21 25/3 26/15 29/21
33/2 38/13 38/24 50/15
61/3
**were [12]** 5/24 16/17
20/12 21/12 22/7 22/11
24/10 24/17 35/3 38/19
40/6 51/16
**what [43]** 5/21 6/10
10/10 17/15 18/7 18/19
18/21 19/6 19/13 20/6
21/24 21/24 22/21
24/10 24/24 25/15 26/1
26/2 26/20 26/25 27/13
27/24 28/1 28/2 28/10

74

**W**

what... **[18]** 29/8 30/9 33/9 34/17 36/2 36/13 41/4 41/22 42/2 45/7 45/12 47/9 49/3 51/4 51/22 52/4 59/11 61/1
what's **[2]** 36/13 37/13
whatsoever **[2]** 14/7 54/23
when **[13]** 3/5 15/1 17/14 17/22 17/23 17/24 18/2 18/8 40/10 43/19 53/12 54/17 59/25
where **[14]** 12/14 18/1 18/15 18/15 31/2 33/8 36/3 36/6 36/8 36/24 48/16 51/15 52/8 53/1
whether **[10]** 21/19 28/17 29/5 34/23 34/25 42/1 45/17 46/22 56/7 57/11
which **[21]** 5/5 5/10 6/22 9/7 18/17 25/4 25/20 27/22 33/10 35/13 37/15 37/21 39/2 39/14 44/7 45/4 53/12 53/22 54/8 56/25 60/4
whichever **[1]** 40/19
while **[5]** 5/5 16/19 16/22 31/24 54/15
who **[8]** 8/2 9/17 12/4 14/4 17/11 30/4 30/22 45/6
wholesale **[4]** 27/5 54/5 54/6 54/8
whom **[1]** 51/9
why **[14]** 18/21 33/10 36/22 37/21 44/5 46/24 49/16 51/4 51/16 51/18 51/19 52/13 52/14 54/9
wide **[1]** 33/12
will **[26]** 5/7 5/18 7/3 8/9 9/19 15/18 16/1 18/2 18/3 22/12 22/20 23/8 23/22 24/4 24/4 24/21 25/21 26/23 29/14 46/1 49/2 53/13 57/16 57/25 59/11 60/13
William **[7]** 2/8 2/17 4/6 14/23 46/19 63/2 63/8
William Perdue **[3]** 2/8 4/6 14/23
wind **[1]** 23/19
Winter **[1]** 58/14
Wirth **[4]** 2/8 4/4 7/20 53/24
withdrawal **[1]** 50/19
within **[10]** 14/4 18/12 18/15 26/18 32/18 40/1 41/9 43/23 49/3 58/5
without **[7]** 24/5 24/5 24/15 33/3 51/5 51/5 51/17
word **[2]** 58/1 58/1
words **[2]** 13/15 34/16
work **[14]** 8/23 8/23

13/9 13/19 34/11 40/9 55/18 55/19 61/23 61/25
workaround **[1]** 41/4
worked **[1]** 9/24
world **[1]** 9/23
world's **[1]** 9/21
would **[51]** 5/4 6/17 11/12 16/1 16/11 18/21 20/16 20/23 21/4 21/15 21/15 21/20 21/23 25/3 26/3 28/12 29/23 30/4 30/21 34/15 34/20 36/24 37/9 37/23 38/17 38/21 39/10 41/3 41/22 42/14 42/15 42/23 43/19 44/1 45/4 46/22 47/18 49/7 50/10 51/22 56/1 56/2 56/9 56/10 58/21 58/25 59/22 60/14 60/19 60/21 61/6
wouldn't **[3]** 33/16 33/19 34/14
writing **[3]** 46/8 59/10 60/13
written **[3]** 5/4 34/9 62/4
wrong **[1]** 5/20

**Y**

Yeah **[11]** 33/14 34/1 34/6 36/11 36/18 40/11 45/7 46/24 49/5 49/10 53/3
Yep **[1]** 38/5
yes **[29]** 3/21 4/19 7/19 10/5 10/12 13/17 14/2 14/22 21/2 22/4 33/22 34/18 34/19 35/10 35/10 36/14 37/1 37/1 38/9 39/7 39/17 40/20 42/9 42/25 44/10 45/22 46/10 47/24 48/14
yesterday **[2]** 4/25 14/12
yet **[3]** 54/11 54/16 61/4
you **[193]**
you know **[55]** 7/5 7/7 12/19 19/13 20/13 21/8 21/9 21/15 22/9 22/25 24/1 24/3 24/12 24/22 26/5 26/6 26/8 26/15 26/24 26/24 27/15 27/16 30/5 30/7 33/5 35/15 36/3 36/12 42/11 42/14 45/3 45/8 45/12 45/18 45/25 47/6 47/16 48/5 49/25 50/5 51/2 51/6 51/7 51/13 52/2 52/4 52/6 52/10 57/11 57/25 58/11 59/17 60/5 60/9 60/22
you mentioned **[1]** 32/14
you said **[1]** 35/4
you'd **[3]** 32/15 49/17

you'll **[3]** 5/19 22/22 39/9
you're **[10]** 3/5 10/11 19/3 19/12 19/14 19/20 20/2 20/4 21/1 43/22
you've **[3]** 11/18 48/19 52/23
Youngstown **[1]** 53/11
your **[78]**
Your Honor **[43]** 3/2 4/14 4/19 6/14 6/19 7/20 12/13 13/17 14/22 20/5 21/6 21/19 22/4 23/5 23/7 23/10 23/14 29/22 30/14 30/17 31/1 34/4 38/9 38/19 39/18 40/4 40/20 43/15 44/3 44/23 46/11 47/1 47/24 48/15 49/9 49/14 49/23 52/20 55/7 57/20 58/7 58/20 58/23
Your Honor's **[1]** 30/21
yourself **[1]** 3/20
yourselves **[2]** 3/12 4/2

**Z**

Zaremba **[3]** 2/17 63/2 63/8
Zieve **[3]** 2/3 3/18 52/20
Zivotofsky **[2]** 53/12 53/15
zones **[1]** 9/23
ZOOM **[1]** 1/17