IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00402 (AHA) |

**JOINT STATUS REPORT**

Under the Court's Order of February 13, 2025, the parties in the above-captioned actions respectfully submit this Joint Status Report:

1. **Defendants' Statement:** Defendants propose to file their response to Plaintiffs' motions for preliminary relief (*AIDS Vaccine*, Dkt. 13; *Glob. Health*, Dkt. 4), on or before February 21, 2025, and further propose that Plaintiffs file their replies on or before February 26, 2025.

1

2. **Plaintiffs' Statement:** Plaintiffs propose that the motion for temporary restraining order filed in *AIDS Vaccine*, Dkt. 13, be deemed a motion for temporary restraining order and preliminary injunction.

Plaintiffs propose further that Defendants file their response to Plaintiffs' motions for preliminary relief on or before February 21, 2025, and Plaintiffs file their replies on or before February 27, 2025. Plaintiffs further propose that the Temporary Restraining Order entered by the Court on February 13, 2025 (*AIDS Vaccine*, Dkt. 17; *Glob. Health*, Dkt. 21), be extended by fourteen days to allow the parties to complete briefing on the motions and the Court to rule on them. The Court may, for good cause, extend the Order by fourteen days pursuant to Federal Rule of Civil Procedure 65(b)(2). Good cause exists for such an extension in this case to ensure that the temporary relief does not expire before the Court decides the preliminary injunction motions.

| | |
|---|---|
| Dated: February 14, 2025 | Respectfully submitted, |
| */s/ Lauren Bateman* | BRETT A. SHUMATE |
| Lauren E. Bateman (D.C. Bar No. 1047285) | Acting Assistant Attorney General |
| Allison M. Zieve (D.C. Bar No. 424786) | Civil Division |
| Nicolas A. Sansone (D.C. Bar No.1686810) | |
| Public Citizen Litigation Group | ERIC J. HAMILTON |
| 1600 20th Street NW | Deputy Assistant Attorney General |
| Washington, DC 20009 | Civil Division |
| (202) 588-1000 | |
| lbateman@citizen.org | ALEXANDER K. HAAS |
| | Director |
| | Federal Programs Branch |
| */s/ Stephen K. Wirth* | |
| William C. Perdue (D.C. Bar 995365)* | LAUREN A. WETZLER |
| Sally L. Pei (D.C. Bar 1030194) | Deputy Director |
| Samuel M. Witten (D.C. Bar 378008) | Federal Programs Branch |
| Stephen K. Wirth (D.C. Bar 1034038) | |
| Dana Kagan McGinley (D.C. Bar 1781561) | CHRISTOPHER R. HALL |
| Allison Gardner (D.C. Bar 888303942) | Assistant Branch Director |
| Daniel Yablon (D.C. Bar 90022490) | |
| ARNOLD & PORTER KAYE SCHOLER LLP | */s/ Indraneel Sur* |
| 601 Massachusetts Ave., NW | INDRANEEL SUR |
| Washington, DC 20001-3743 | Senior Counsel |
| Tel: (202) 942-5000 | CHRISTOPHER D. EDELMAN |
| stephen.wirth@arnoldporter.com | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L St. NW |
| | Washington, DC 20005 |
| | Phone: (202) 616-8488 |
| | Email: indraneel.sur@usdoj.gov |
| | |
| | *Counsel for Defendants* |