IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-00402 (AHA) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please take notice that Indraneel Sur will be appearing on behalf of the Defendants in the above-enumerated action. He is admitted or otherwise authorized to practice in this Court.

DATED: February 18, 2025

Respectfully submitted,

/s/ *INDRANEEL SUR*
INDRANEEL SUR (D.C. Bar 978017)
*Senior Counsel*
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 616-8488
e-mail: Indraneel.Sur@usdoj.gov

*Attorneys for Defendants*