IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL,
   2300 N Street NW, Suite 501 A
   Washington, DC 20037,

SMALL BUSINESS ASSOCIATION FOR
INTERNATIONAL COMPANIES,
   655 15th Street NW, Suite 425
   Washington, DC 20005,

HIAS,
   300 Spring Street,
   Silver Spring, MD 20910,

MANAGEMENT SCIENCES FOR HEALTH,
   4201 Wilson Blvd., Suite 500
   Arlington, VA 22203,

CHEMONICS INTERNATIONAL, INC.,
   1275 New Jersey Ave. SE, Suite 200
   Washington, DC 20003,

DAI GLOBAL, LLC,
   7600 Wisconsin Ave., Suite 200
   Bethesda, MD 20814,

DEMOCRACY INTERNATIONAL, INC.,
   7200 Wisconsin Ave., Suite 1000
   Bethesda, MD 20814,

and

AMERICAN BAR ASSOCIATION,
   321 N. Clark Street
   Chicago, IL 60654,

         *Plaintiffs*,

   v.

Civil Action No. 25-cv-402

**NOTICE OF ERRATA RE: ADDRESS IN COMPLAINT**

1

DONALD J. TRUMP, in his official capacity as President of the United States of America,
    1600 Pennsylvania Ave. NW
    Washington, DC 20050,

MARCO RUBIO, in his official capacity as Secretary of State and Acting Administrator of the United States Agency for International Development,
    2201 C Street NW
    Washington, DC 20520,

PETER MAROCCO, in his official capacity as Acting Deputy Administrator for Policy and Planning, Acting Deputy Administrator for Management and Resources of the United States Agency for International Development, and Director of Foreign Assistance at the Department of State,
    1300 Pennsylvania Ave. NW
    Washington, DC 20004,

RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,
    725 17th Street NW
    Washington, DC 20503,

UNITED STATES DEPARTMENT OF STATE,
    2201 C Street NW
    Washington, DC 20520,

UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT,
    1300 Pennsylvania Ave. NW
    Washington, DC 20004,

and

OFFICE OF MANAGEMENT AND BUDGET,
    725 17th Street NW
    Washington, DC 20503,

                      *Defendants*.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs file this Notice of Errata to correct the error in the Complaint, ECF No. 1, which was filed on February 11, 2025. Plaintiffs inadvertently included the wrong address for Plaintiff Small Business Association for International Companies (SBAIC), rendering the Complaint noncompliant with LCvR 5.1(c)(1), which provides that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." Plaintiffs submit this corrected Complaint to include the full residence address of each party, including the correct address for Plaintiff SBAIC. Plaintiffs respectfully request that the Court substitute this corrected Complaint for the original Complaint on the docket.

Dated: February 21, 2025

Respectfully submitted,

 /s/ Stephen K. Wirth
William C. Perdue (D.C. Bar 995365)*
Sally L. Pei (D.C. Bar 1030194)
Samuel M. Witten (D.C. Bar 378008)
Stephen K. Wirth (D.C. Bar 1034038)
Dana Kagan McGinley (D.C. Bar 1781561)
Allison Gardner (D.C. Bar 888303942)
Daniel Yablon (D.C. Bar 90022490)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
stephen.wirth@arnoldporter.com

*application for admission pending

*Counsel for Plaintiffs*

3