# DECLARATION OF ELISABETH SIGLER

I, Elisabeth Sigler, declare as follows:

1. I am the Co-General Counsel for HIAS. I submit this declaration in support of a Motion to Enforce the Court's temporary restraining order (TRO). The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at HIAS.

2. Since the Court's TRO was issued on February 13, 2025, HIAS has not received payments on its approximately $6.4 million in outstanding requests for reimbursement from the United States Government (U.S. Agency for International Development, U.S. Department of State Bureau of Population, Refugees, and Migration, U.S. Department of State Bureau of Democracy, Human Rights, and Labor).

3. Since the stop work orders and directly due to the lack of funding by the U.S. government, HIAS has been forced to issue 344 notices of layoffs worldwide.

4. Also, directly due to the lack of funding by the U.S. Government, HIAS will be forced to lay off a substantial number of its workforce at headquarters and, as of today's date, plans to do so this week.

5. HIAS has incurred significant costs in order to comply with the agencies' stop work orders, including providing severance mandated by local law in various countries.

6. HIAS, due to the lack of funding by the U.S. Government, plans to shutter the doors on all but five to seven (out of 24) HIAS country offices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2025 in Washington, District of Columbia.

*Elisabeth Sigler*
DocuSigned by: 7A45ADE15AE24DC...

HIAS