IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-402 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' renewed motion to enforce, it is hereby

**ORDERED** that within 48 hours of the entry of this Order, the Restrained Defendants shall:

Pay all invoices and Letter of Credit drawdown requests on contracts for work completed prior to the entry of the Court's TRO;

Permit and promptly pay Letter of Credit drawdown requests and requests for reimbursements on grants and assistance agreements;

Take no actions to impede the prompt payment of appropriated foreign-assistance funds; and

Take all necessary actions to ensure the prompt payment of appropriated foreign-assistance funds going forward. It is further

**ORDERED** that the Restrained Defendants shall include in the joint status report due Wednesday, February 26, 2025, information apprising the Court of the status of their compliance with this Order.

1

2

**IT IS SO ORDERED.**

_____
THE HONORABLE AMIR H. ALI
UNITED STATES DISTRICT JUDGE