**DEFENDANTS' EXHIBIT C**

**FOR FEBRUARY 26, 2025**

# Exhibit 1



Lindsay Shurtz <lshurtz@usaid.gov>

## (SBU) Additional Guidance on Tranche 5 Award Terminations
1 message

**Jami Rodgers** <jrodgers@usaid.gov>                                    Mon, Feb 24, 2025 at 12:43 PM
To: "Sattgast, Anne" <asattgast@usaid.gov>, Ricardo Willis <rwillis@usaid.gov>, Lyudmila Bond <lbond@usaid.gov>, Christopher Nikola <cnikola@usaid.gov>, Gerald Smith <gesmith@usaid.gov>, Caroline Hillas <chillas@usaid.gov>, Stephanie Snyder <stsnyder@usaid.gov>, Alex Russell <alrussell@usaid.gov>, Imran Mahmud <imahmud@usaid.gov>, Abib Oussantidja <aoussantidja@usaid.gov>, Ayla-Rebeka Brooks <aybrooks@usaid.gov>, Michael Clark <mclark@usaid.gov>, Ousay Wahaj <owahaj@usaid.gov>, Maria Munoz <mamunoz@usaid.gov>, Christie Savage <chsavage@usaid.gov>, Robert Combs <rocombs@usaid.gov>, Hillary Marshall <hmarshall@usaid.gov>, Donata Kane <dkane@usaid.gov>, Shannon White <shwhite@usaid.gov>, Charles Jackson <chajackson@usaid.gov>, Nayo Tolbert <ntolbert@usaid.gov>, "Dunn, Alisa" <adunn@usaid.gov>, Alexander Mavroukakis <amavroukakis@usaid.gov>, Artaveya Carter <acarter@usaid.gov>, Gwendolyn Ruffin <gruffin@usaid.gov>, Erica Knight <ebigelow@usaid.gov>, Vann Rolfson <vrolfson@usaid.gov>, Bryan Moody <Bmoody@usaid.gov>, Raphael Metzger <rmetzger@usaid.gov>, Ayana Angulo <aangulo@usaid.gov>, "Gregory S. Wang" <gwang@usaid.gov>, Amy McQuade <amcquade@usaid.gov>, Sandra Jansen <SJansen@usaid.gov>, Taniece Baldwin Owusu <tbaldwinowusu@usaid.gov>, Benjamin Lawrence <blawrence@usaid.gov>, Jesse Gutierrez <jgutierrez@usaid.gov>, Aaron Ruble <aruble@usaid.gov>, Nya kwai Boayue <nboayue@usaid.gov>, Andrea Plucknett <aplucknett@usaid.gov>, Erik Singer <esinger@usaid.gov>, Chadwick Mills <cmills@usaid.gov>, Robert Claussen <Rclaussen@usaid.gov>, Alina Menicucci <atmenicucci@usaid.gov>, Anthony Raneses <ARaneses@usaid.gov>, Dion Glisan <dglisan@usaid.gov>, Sascha Kemper <skemper@usaid.gov>, Samuel Kraegel <skraegel@usaid.gov>, Paul Martin <pmartin@usaid.gov>, Ronald Pearson <rpearson@usaid.gov>, csaunders@usaid.gov, Bolanle Ekpe <bekpe@usaid.gov>, Brian Ellis <bellis@usaid.gov>, Camille Garcia <cgarcia@usaid.gov>, Matthew Courtad <mcourtad@usaid.gov>, David Arnett <darnett@usaid.gov>, Jaclyn Humphrey <jhumphrey@usaid.gov>, Zack Saunders <zsaunders@usaid.gov>, Margaret Benavente <Mabenavente@usaid.gov>, Martin Fischer <mfischer@usaid.gov>, Maria Televantos <mtelevantos@usaid.gov>, "usaidoaafsnnetwork@usaid.gov" <usaidoaafsnnetwork@usaid.gov>, Jonathan Chappell <jchappell@usaid.gov>, Brian Chang <bchang@usaid.gov>, Mohib Ahmed <mohahmed@usaid.gov>, Daniel Harter <dharter@usaid.gov>, Abdullah Akbar <abakbar@usaid.gov>, Renee Reed <rreed@usaid.gov>, Eileen Fanelli <efanelli@usaid.gov>, Lorena Marko <lmarko@usaid.gov>, LeAnna Marr <lmarr@usaid.gov>, Michael Metzler <mmetzler@usaid.gov>, Megan Strembitsky <mstrembitsky@usaid.gov>, Veronica Bates Shields <vbatesshields@usaid.gov>, Mir Ershadullah <mershadullah@usaid.gov>, Daenne Guevara <dguevara@usaid.gov>, Massoud Ahmad <mahmad@usaid.gov>, Michelle Britton <mbritton@usaid.gov>, Daniel Moore <danmoore@usaid.gov>, Rukmal Perera <rperera@usaid.gov>, Nancy Eslick <neslick@usaid.gov>, Olivia Ricks <oricks@usaid.gov>, Narine Sargsyan <nsarkisian@usaid.gov>, marahman@usaid.gov, Anthony Baker <abaker@usaid.gov>, Andrew Holland <aholland@usaid.gov>, Mahamadou Maaks Thiam <mthiam@usaid.gov>, Ethan Takahashi <etakahashi@usaid.gov>, Elizabeth Colarik <ecolarik@usaid.gov>, Thu Ya Soe <tysoe@usaid.gov>, Michele Maximilien <mmaximilien@usaid.gov>, Albert Carrera <acarrera@usaid.gov>, Nathan Cutler <ncutler@usaid.gov>, Deborah Rakowski <drakowski@usaid.gov>, Maya Chelidze <mchelidze@usaid.gov>, Fabiola Loy <floy@usaid.gov>, Adam Jung <ajung@usaid.gov>, Nathan Olah <nolah@usaid.gov>, Dukagjin Hasani <dhasani@usaid.gov>, Stephane Bright <sbright@usaid.gov>, Chandi Sithole <csithole@usaid.gov>, Alfred Kapambwe <akapambwe@usaid.gov>, Jessica Faber <jfaber@usaid.gov>, Meghan Waters <mwaters@usaid.gov>, Ashley Burgin <aburgin@usaid.gov>, "Ng'anga, Agnes" <ang'anga@usaid.gov>, Hiba Anwar <hanwar@usaid.gov>, Kinsy Hood <khood@usaid.gov>, Kerry West <kwest@usaid.gov>, Craig Smith <csmith@usaid.gov>, Tatiana Ronning <tronning@usaid.gov>, Howard Weston <hweston@usaid.gov>, Franco Joshua Calixto <fcalixto@usaid.gov>, Jose Antonio Zarzar <jzarzar@usaid.gov>, Muhammad Bilal <mbilal@usaid.gov>, Muhammad Yasser <myasser@usaid.gov>, Bruce Gelband <bgelband@usaid.gov>, Patrice Lopez <patlopez@usaid.gov>, Judite Caetano <jcaetano@usaid.gov>, Salya Yacoubi <syacoubi@usaid.gov>, Robert Parnell <rparnell@usaid.gov>, Gideon Suya <gsuya@usaid.gov>, Orion Yeandel <oyeandel@usaid.gov>, Ruth Caesar-Hne <rcaesar-hne@usaid.gov>
Cc: Adam Cox <acox@usaid.gov>, Nadeem Shah <nshah@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>, Rachel Chilton <rchilton@usaid.gov>, Gregory Marchand <gmarchand@usaid.gov>, Lynn Winston <lwinston@usaid.gov>

Dear Colleagues,

I am following up on the notes issued on 2/23/2025 regarding award terminations to provide additional clarification.

Awards in Tranche 5 are being terminated for the convenience of the U.S. Government, pursuant to a directive from U.S. Secretary of State Marco Rubio, in his capacity as the Acting Administrator for the U.S. Agency for International Development (USAID) and/or Peter W. Marocco, who is performing the duties and functions of both Deputy Administrators for USAID, for alignment with Agency priorities and national interest. The decision to terminate these individual awards is a policy determination vested in the Acting Administrator and the person performing the duties and functions of the Deputy

Administrator. To effectuate this decision, all USAID Contracting Officers are subject to the direction of the USAID Senior Procurement Executive, who is subject to the direction of the USAID Administrator or his designee.

We understand that there are questions related to how court orders may apply to any current terminations. We have received direction and confirmation that the Administration's legal posture is that these terminations do not currently conflict with any applicable court order. As such, we have been directed to move forward with Tranche 5 terminations. We will continue to monitor any new legal developments.

Please consider this email for your files as the direction and authority needed to terminate Tranche 5 awards today.  If there is any issue with issuing the notices, please let us know immediately. Please use the revised termination template which has been reviewed and approved by M/OAA and GC.

Thank you,
Jami

Sensitive But Unclassified (SBU)

--
You received this message because you are subscribed to the Google Groups "USAID OAA FSN Network Mail List" group.
To unsubscribe from this group and stop receiving emails from it, send an email to usaidoaafsnnetwork+unsubscribe@usaid.gov.
To view this discussion visit https://groups.google.com/a/usaid.gov/d/msgid/usaidoaafsnnetwork/CA%2BKpRZXZp5JvpktTM2h_k64GfiDO6MKZXU76Eb01vJcBP0VUsA%40mail.gmail.com.

# Exhibit 2



Lindsay Shurtz <lshurtz@usaid.gov>

## (SBU) Tranche 6 & New Process for Award Terminations

**Jami Rodgers** <jrodgers@usaid.gov>                                                    Tue, Feb 25, 2025 at 12:27 PM
To: Nadeem Shah <nshah@usaid.gov>, Adam Cox <acox@usaid.gov>
Cc: Lynn Winston <lwinston@usaid.gov>, Lyudmila Bond <lbond@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>,
Rachel Chilton <rchilton@usaid.gov>, Gregory Marchand <gmarchand@usaid.gov>
Bcc: usaidoaafsnnetwork@usaid.gov

Dear Colleagues,

Secretary Rubio has reviewed and approved a new tranche of awards to be terminated. The list of Tranche 6 awards is
available here: USAID Grant Terminations (Tranche 6)_v2

To streamline award terminations and given our new staffing footprint, we have adopted a new process moving forward,
which we used for Tranche 5 yesterday:

1. I will be assigning Warranted CO/AOs batches of awards to terminate. I am delegating this authority to terminate
   contracts and assistance awards worldwide.

2. The CO/AO responsible for issuing the termination notice will be identified in our tracker (Column B). I will work
   with Nadeem Shah, M/OAA Deputy Director of Washington Operations and Adam Cox, Acting Deputy Director of
   Foreign Operations, to identify the CO/AOs to execute these actions.

3. The CO/AO assigned to take action will sign and issue the termination letter directly to the organization on behalf of
   the Agency and copy the cognizant CO/AO and COR/AOR via email on the termination notice which is noted in the
   Tranche tracker.

We will provide automatically generated/standard termination letters for each of the awards and pulling partner contact
information. These termination letters will be in a shared Google drive for use by the CO/AO sending the letter. For your
awareness, the standard letter we will be using is available here.

To ensure efficient execution of this task, we are not requiring signed acknowledgements from partners at this time. A
simple reply of the email is sufficient for the award file. Please track responses in Column D of the Tranche Sheet. It is the
responsibility of the cognizant CO/AO at the relevant Mission or Bureau to ensure all pertinent documentation is filed in
ASIST including the termination letter and any email acknowledgements.

Should additional individuals (internally or externally) need to be notified of the termination, the cognizant CO/AO at the
relevant Mission or Bureau is responsible for following up with the organization and adding any documentation necessary
to the ASIST file.

We will need to execute all terminations the day they are received. We expect our team to act swiftly to terminate these
actions. We will be checking hourly on progress, so if you run into any issues, please email Nadeem or Adam with a copy
to Matt Johnson.

Thank you for your understanding as we adopt a new process to execute the termination actions to meet the expected
timelines of the Agency. We are working with Agency leadership to outline the additional administrative actions needed to
fully terminate each of these awards. As we develop this guidance, we will share it with the workforce.

M/OAA leadership is maintaining a central repository of documentation of approval memos for all terminations. Please
retain a copy of this email for supporting documentation in your award files.

Sensitive But Unclassified (SBU)

--
You received this message because you are subscribed to the Google Groups "USAID OAA FSN Network Mail List" group.
To unsubscribe from this group and stop receiving emails from it, send an email to usaidoaafsnnetwork+unsubscribe@usaid.gov.
To view this discussion visit https://groups.google.com/a/usaid.gov/d/msgid/usaidoaafsnnetwork/CA%2BKpRZXtf4cU56kQxwOtUATcw7D9XK%3De1bKFi5YjRquBGk0fmQ%40mail.gmail.com.

# Exhibit 3



Lindsay Shurtz <lshurtz@usaid.gov>

---

## For Official Use Only - A&A Award Review Tranche 5

**Jami Rodgers** <jrodgers@usaid.gov>                                                    Sun, Feb 23, 2025 at 5:44 PM
To: USAID OAA FSN Network Mail List <usaidoaafsnnetwork@usaid.gov>, Mission & FS CO/AOs - ALL <mission-fs-coaos-all@usaid.gov>, "M.OAA Mail List (USAID)" <m.oaamaillistusaid@usaid.gov>, allexosmissionmaillist@usaid.gov
Cc: Nadeem Shah <nshah@usaid.gov>, Chitahka Floore <cfloore@usaid.gov>, Adam Cox <acox@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>, OAAForeignOps <OAAForeignOps@usaid.gov>, Gregory Marchand <gmarchand@usaid.gov>, Lyudmila Bond <lbond@usaid.gov>, Brian Frantz <bfrantz@usaid.gov>, Matthew Rees <mrees@usaid.gov>, "Young, Peter" <pyoung@usaid.gov>, Mark Lloyd <mlloyd@usaid.gov>, Sheryl Stumbras <sstumbras@usaid.gov>, James Hope <jhope@usaid.gov>, Nicholas Enrich <nenrich@usaid.gov>, Timothy Meisburger <tmeisburger@usaid.gov>, Linda Leary <lleary@usaid.gov>, Martin McLaughlin <mmclaughlin@usaid.gov>, Gregory Howell <ghowell@usaid.gov>, "Sadler-Gray, Sharon" <ssadler-gray@usaid.gov>, Lynn Winston <lwinston@usaid.gov>, Karen Nartey <knartey@usaid.gov>, Andrew Plitt <aplitt@usaid.gov>, Christophe Tocco <ctocco@usaid.gov>, Gregory Swarin <gswarin@usaid.gov>, Paul Pleva <ppleva@usaid.gov>, David Bogran <dbogran@usaid.gov>, "Reginald Mitchell (CFO)" <remitchell@usaid.gov>, Steven Hernandez <sthernandez@usaid.gov>, Christopher Burns <chburns@usaid.gov>, Erica Carr <ecarr@usaid.gov>, Rebecca Hammel <rhammel@usaid.gov>, William Malyszka <wmalyszka@usaid.gov>, Meghan Hanson <mhanson@usaid.gov>, Rochelle Sales <rsales@usaid.gov>, Richard Nelson <rnelson@usaid.gov>, Daniel Swift <dswift@usaid.gov>, Rebecca Krzywda <rkrzywda@usaid.gov>, Nancy Mausolf <NMausolf@usaid.gov>

Dear Colleagues,

Additional tranches of awards are being reviewed by Secretary Rubio for alignment with Presidential priorities and national interest. As such, we have received direction from the Department of State Office of Foreign Assistance Director, performing the duties of USAID Deputy Administrator, that COs/AOs should take the necessary actions to terminate awards in **Tranche 5**.

Additionally, to make it easier for everyone to track, we have consolidated outstanding items from Tranches 1-4 into this document. **Please note in the tracker once you have taken action.**

You can find more information in our FAQ document. We will add additional FAQs as we receive them.

Sensitive But Unclassified (SBU)

Exhibit 4

2/25/25, 5:29 PM
Case 1:25-cv-00402-AHA — Document 44 — Filed 02/26/25 — Page 11 of 53
USAID Mail - Notice to USAID A&A Staff to Suspend Blanket Pause on Foreign Assistance



Lindsay Shurtz <lshurtz@usaid.gov>

## Notice to USAID A&A Staff to Suspend Blanket Pause on Foreign Assistance

**Jami Rodgers** <jrodgers@usaid.gov>                    Mon, Feb 17, 2025 at 8:43 PM
To: "m.oaamaillistusaid@usaid.gov" <m.oaamaillistusaid@usaid.gov>, "mission-fs-coaos-all@usaid.gov" <mission-fs-coaos-all@usaid.gov>, "allexosmissionmaillist@usaid.gov" <allexosmissionmaillist@usaid.gov>, "usaidoaafsnnetwork@usaid.gov" <usaidoaafsnnetwork@usaid.gov>
Cc: Kenneth Jackson <kensjackson@usaid.gov>, Joel Borkert <jborkert@usaid.gov>, Jason Gray <jasgray@usaid.gov>, "Aiyong (Paul) Seong" <aseong@usaid.gov>, Lynn Winston <lwinston@usaid.gov>, Rebecca Krzywda <rkrzywda@usaid.gov>, Jeremy Lewin <jlewin@usaid.gov>, Nadeem Shah <nshah@usaid.gov>, Chitahka Floore <cfloore@usaid.gov>, Gregory Marchand <gmarchand@usaid.gov>, "m.oaa.comms@usaid.gov" <m.oaa.comms@usaid.gov>

Dear Colleagues,

On February 13, 2025, the U.S. District Court for the District of Columbia, in cases titled *AIDS Vaccine Coalition v. U.S. Department of State* and *Global Health Council v. Trump,* entered a temporary restraining order (TRO) against the Department of State, USAID, and OMB that prevents "enforcing or giving effect to Sections 1, 5, 7, 8, and 9 of Dep't of State, Memorandum, 25 STATE 6828 (January 24, 2025) and any other directives that implement Sections 3(a) and 3(c) of Executive Order Number 14169, 'Reevaluating and Realigning United States Foreign Aid' (January 20, 2025)," including by "suspending, pausing, or otherwise preventing the obligation or disbursement of appropriated foreign-assistance funds in connection with any contracts, grants, cooperative agreements, loans, or other federal foreign assistance award that was in existence as of January 19, 2025," or "issuing, implementing, enforcing, or otherwise giving effect to terminations, suspensions, or stop-work orders in connection with any contracts, grants, cooperative agreements, loans, or other federal foreign assistance award that was that was in existence as of January 19, 2025." The Court's order does not "prohibit [USAID] from enforcing the terms of contracts or grants."

**Accordingly, until further notice, all Contracting and Agreement Officers should not enforce any Agency directive issued under Executive Order 14169 and the Secretary's implementing memorandum that requires the generalized stop work, suspension, or pause of Agency contracts, grants, or other federal assistance awards.**

The Front Office is in the process of adopting a comprehensive review process for assuring payment integrity and determining that payments under existing contracts and grants are not subject to fraud or other bases for termination. These new case-by-case review processes will be consistent with the TRO. Further guidance on the new payments integrity and grants and contracts review process is forthcoming.

Sincerely,

**Jami J. Rodgers, CPCM**

U.S. Agency for International Development (USAID)

Chief Acquisition Officer and Senior Procurement Executive

Director, Bureau for Management Office of Acquisition and Assistance (M/OAA)

--
You received this message because you are subscribed to the Google Groups "M.OAA.Comms" group.
To unsubscribe from this group and stop receiving emails from it, send an email to m.oaa.comms+unsubscribe@usaid.gov.
To view this discussion visit https://groups.google.com/a/usaid.gov/d/msgid/m.oaa.comms/CA%2BKpRZWJf5iLq6c%2BO3fU2TK6eTbTi7HMJDhRfg0pv%3D5ZaoUFKQ%40mail.gmail.com.

# Exhibit 5



Lindsay Shurtz <lshurtz@usaid.gov>

---

**For Official Use Only - A&A Award Review Tranche 5**

---

**Matthew Johnson** <matjohnson@usaid.gov>                    Sun, Feb 23, 2025 at 9:58 PM
To: Jami Rodgers <jrodgers@usaid.gov>
Cc: USAID OAA FSN Network Mail List <usaidoaafsnnetwork@usaid.gov>, Mission & FS CO/AOs - ALL <mission-fs-coaos-all@usaid.gov>, "M.OAA Mail List (USAID)" <m.oaamaillistusaid@usaid.gov>, ALL EXOS Mission Mail List <allexosmissionmaillist@usaid.gov>, Nadeem Shah <nshah@usaid.gov>, Chitahka Floore <cfloore@usaid.gov>, Adam Cox <acox@usaid.gov>, OAAForeignOps <OAAForeignOps@usaid.gov>, Gregory Marchand <gmarchand@usaid.gov>, Lyudmila Bond <lbond@usaid.gov>, Brian Frantz <bfrantz@usaid.gov>, Matthew Rees <mrees@usaid.gov>, "Young, Peter" <pyoung@usaid.gov>, Mark Lloyd <mlloyd@usaid.gov>, Sheryl Stumbras <sstumbras@usaid.gov>, James Hope <jhope@usaid.gov>, Nicholas Enrich <nenrich@usaid.gov>, Timothy Meisburger <tmeisburger@usaid.gov>, Linda Leary <lleary@usaid.gov>, Martin McLaughlin <mmclaughlin@usaid.gov>, Gregory Howell <ghowell@usaid.gov>, "Sadler-Gray, Sharon" <ssadler-gray@usaid.gov>, Lynn Winston <lwinston@usaid.gov>, Karen Nartey <knartey@usaid.gov>, Andrew Plitt <aplitt@usaid.gov>, Christophe Tocco <ctocco@usaid.gov>, Gregory Swarin <gswarin@usaid.gov>, Paul Pleva <ppleva@usaid.gov>, David Bogran <dbogran@usaid.gov>, "Reginald Mitchell (CFO)" <remitchell@usaid.gov>, Steven Hernandez <sthernandez@usaid.gov>, Christopher Burns <chburns@usaid.gov>, Erica Carr <ecarr@usaid.gov>, Rebecca Hammel <rhammel@usaid.gov>, William Malyszka <wmalyszka@usaid.gov>, Meghan Hanson <mhanson@usaid.gov>, Rochelle Sales <rsales@usaid.gov>, Richard Nelson <rnelson@usaid.gov>, Daniel Swift <dswift@usaid.gov>, Rebecca Krzywda <rkrzywda@usaid.gov>, Nancy Mausolf <NMausolf@usaid.gov>

Colleagues,

The Q&A document sent around earlier has been withdrawn and will be updated. That document reflected an outdated and now inaccurate version with several citations that indicated that President Trump's Executive Orders were the basis for termination actions.

For the avoidance of doubt, Tranche 5 termination authority has no relationship to any Executive Order. These awards were individually reviewed by Secretary Rubio and the USAID Front Office and were determined to be inconsistent with the national interest and Agency priorities.

Accordingly, USAID has elected to enforce termination authorities in the relevant instruments. Similarly, Secretary Rubio has individually reviewed Tranches 1–4 and made similar determinations in his capacity as Acting Administrator of USAID.

Thank you,
Matt

Matt Johnson
571-216-5328

[Quoted text hidden]

Sensitive But Unclassified (SBU)

# Exhibit 6



Matthew Johnson <matjohnson@usaid.gov>

---

## For Official Use Only – Termination of Personal Services Contracts

**Matthew Johnson** <matjohnson@usaid.gov>    Wed, Feb 19, 2025 at 4:24 PM
To: Sean Hofmann <shofmann@usaid.gov>, Christopher Daly <cdaly@usaid.gov>, Matthew Corbin <mcorbin@usaid.gov>, Ken Seifert <kseifert@usaid.gov>, sbaltz@usaid.gov, Natalya Komarova <nkomarova@usaid.gov>, Clint Branam <cbranam@usaid.gov>, Andrew Reese <areese@usaid.gov>, Michelle Fekade <mfekade@usaid.gov>, Guadalupe Ramirez <gramirez@usaid.gov>, Sean Mendoza <smendoza@usaid.gov>, Kevin Sarsok <KSarsok@usaid.gov>, James Berscheit <jberscheit@usaid.gov>, Brian Carney <BCarney@usaid.gov>, Jason Bennett <jbennett@usaid.gov>, Mariam Chaudhry <mchaudhry@usaid.gov>, Karen Towers <ktowers@usaid.gov>, Lorraine Sherman <lsherman@usaid.gov>, Avani Baluci <abaluci@usaid.gov>, James Cerwinski <jcerwinski@usaid.gov>, Marc Griego <mgriego@usaid.gov>, Sanoussi Traore <satraore@usaid.gov>, Donald Brady <dbrady@usaid.gov>, Annmarie McGillicuddy <amcgillicuddy@usaid.gov>, Gezim Hysenagolli <ghysenagolli@usaid.gov>, Ayana Angulo <aangulo@usaid.gov>, Aaron Ruble <aruble@usaid.gov>, Amy Larsen <alarsen@usaid.gov>, Juana Morales <jmorales@usaid.gov>, Nya kwai Boayue <nboayue@usaid.gov>, Ronald Pearson <rpearson@usaid.gov>, Daniel Harter <dharter@usaid.gov>, Jennifer L Crow <jecrow@usaid.gov>, James Mayer <jamayer@usaid.gov>, Dion Glisan <dglisan@usaid.gov>, Joseph Terrazas <jterrazas@usaid.gov>, Andrea Capellan <acapellan@usaid.gov>, Ethan Takahashi <etakahashi@usaid.gov>, Nathan Cutler <NCutler@usaid.gov>, Anthony Baker <abaker@usaid.gov>, Karla Camp <Kcamp@usaid.gov>, David Arnett <darnett@usaid.gov>, Eric Strong <estrong@usaid.gov>, Robert Parnell <rparnell@usaid.gov>, Paul Martin <pmartin@usaid.gov>, Amy McQuade <amcquade@usaid.gov>, Samuel Kraegel <skraegel@usaid.gov>, Anthony Raneses <araneses@usaid.gov>, Mohib Ahmed <mohahmed@usaid.gov>, Robert Claussen <rclaussen@usaid.gov>, Albert Carrera <acarrera@usaid.gov>, Eyole Luma <eluma@usaid.gov>, Sascha Kemper <skemper@usaid.gov>, Leona Sasinkova <lsasinkova@usaid.gov>, Raphael Metzger <rmetzger@usaid.gov>, "Dominguez, Jaime" <jdominguez@usaid.gov>, "Gregory S. Wang" <gwang@usaid.gov>
Cc: Jami Rodgers <jrodgers@usaid.gov>, Chitahka Floore <cfloore@usaid.gov>, Nadeem Shah <nshah@usaid.gov>, Adam Cox <acox@usaid.gov>, Rachel Chilton <rchilton@usaid.gov>, Lindsay Shurtz <lshurtz@usaid.gov>

Hi Colleagues,

For those of you overseas, we want to provide additional guidance.

**At this time we are not asking you to terminate any PSCs**, but please verify that these individuals are located within your Mission and their location/Place of Performance in the tracking spreadsheet is up to date.

We will follow-up with additional guidance shortly.

Matt Johnson
571-216-5328

---------- Forwarded message ---------
From: **Jami Rodgers** <jrodgers@usaid.gov>
Date: Wed, Feb 19, 2025 at 3:27 PM
Subject: For Official Use Only – Termination of Personal Services Contracts

[Quoted text hidden]

# Exhibit 7



## For Official Use Only – Termination of Personal Services Contracts

**Jami Rodgers** <jrodgers@usaid.gov>                                        Wed, Feb 19, 2025 at 3:27 PM
To: Sean Hofmann <shofmann@usaid.gov>, Christopher Daly <cdaly@usaid.gov>, Matthew Corbin <mcorbin@usaid.gov>, Ken Seifert <kseifert@usaid.gov>, sbaltz@usaid.gov, Natalya Komarova <nkomarova@usaid.gov>, Clint Branam <cbranam@usaid.gov>, Andrew Reese <areese@usaid.gov>, Michelle Fekade <mfekade@usaid.gov>, Guadalupe Ramirez <gramirez@usaid.gov>, Sean Mendoza <smendoza@usaid.gov>, Kevin Sarsok <KSarsok@usaid.gov>, James Berscheit <jberscheit@usaid.gov>, Brian Carney <BCarney@usaid.gov>, Jason Bennett <jbennett@usaid.gov>, Mariam Chaudhry <mchaudhry@usaid.gov>, Karen Towers <ktowers@usaid.gov>, Lorraine Sherman <lsherman@usaid.gov>, Avani Baluci <abaluci@usaid.gov>, James Cerwinski <jcerwinski@usaid.gov>, Marc Griego <mgriego@usaid.gov>, Sanoussi Traore <satraore@usaid.gov>, Donald Brady <dbrady@usaid.gov>, Annmarie McGillicuddy <amcgillicuddy@usaid.gov>, Gezim Hysenagolli <ghysenagolli@usaid.gov>, Ayana Angulo <aangulo@usaid.gov>, Aaron Ruble <aruble@usaid.gov>, Amy Larsen <alarsen@usaid.gov>, Juana Morales <jmorales@usaid.gov>, Nya kwai Boayue <nboayue@usaid.gov>, Ronald Pearson <rpearson@usaid.gov>, Daniel Harter <dharter@usaid.gov>, Jennifer L Crow <jecrow@usaid.gov>, James Mayer <jamayer@usaid.gov>, Dion Glisan <dglisan@usaid.gov>, Joseph Terrazas <jterrazas@usaid.gov>, Andrea Capellan <acapellan@usaid.gov>, Ethan Takahashi <etakahashi@usaid.gov>, Nathan Cutler <NCutler@usaid.gov>, Anthony Baker <abaker@usaid.gov>, Karla Camp <Kcamp@usaid.gov>, David Arnett <darnett@usaid.gov>, Eric Strong <estrong@usaid.gov>, Robert Parnell <rparnell@usaid.gov>, Paul Martin <pmartin@usaid.gov>, Amy McQuade <amcquade@usaid.gov>, Samuel Kraegel <skraegel@usaid.gov>, Anthony Raneses <araneses@usaid.gov>, Mohib Ahmed <mohahmed@usaid.gov>, Robert Claussen <rclaussen@usaid.gov>, Albert Carrera <acarrera@usaid.gov>, Eyole Luma <eluma@usaid.gov>, Sascha Kemper <skemper@usaid.gov>, Leona Sasinkova <lsasinkova@usaid.gov>, Raphael Metzger <rmetzger@usaid.gov>, "Dominguez, Jaime" <jdominguez@usaid.gov>, "Gregory S. Wang" <gwang@usaid.gov>, Alexander Mavroukakis <amavroukakis@usaid.gov>, Abib Oussantidja <aoussantidja@usaid.gov>, "Dunn, Alisa" <adunn@usaid.gov>, Artaveya Carter <acarter@usaid.gov>, Ayla-Rebeka Brooks <aybrooks@usaid.gov>, Bruce Baltas <bbaltas@usaid.gov>, Charles Jackson <chajackson@usaid.gov>, Christie Savage <chsavage@usaid.gov>, Christopher Nikola <cnikola@usaid.gov>, Eduardo Elia <eelia@usaid.gov>, Erica Knight <ebigelow@usaid.gov>, Gerald Smith <gesmith@usaid.gov>, Gwendolyn Ruffin <gruffin@usaid.gov>, Hillary Marshall <hmarshall@usaid.gov>, Imran Mahmud <imahmud@usaid.gov>, Linda Boateng <liboateng@usaid.gov>, Michael Clark <mclark@usaid.gov>, Mir Ershadullah <mershadullah@usaid.gov>, Nayo Tolbert <ntolbert@usaid.gov>, Ousay Wahaj <owahaj@usaid.gov>, Patricia Bradley <pbradley@usaid.gov>, Rachel Baltes <rbaltes@usaid.gov>, Robert Combs <rocombs@usaid.gov>, Shannon White <shwhite@usaid.gov>, Stella Alexander-Sergeeff <salexandersergeeff@usaid.gov>, Patricia Steckler <psteckler@usaid.gov>
Cc: Nadeem Shah <nshah@usaid.gov>, Chitahka Floore <cfloore@usaid.gov>, Adam Cox <acox@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>, Rachel Chilton <rchilton@usaid.gov>, Kent Benson <kbenson@usaid.gov>

Dear Colleagues,

We have received a list of Personal Services Contracts (PSCs) that have been reviewed and identified for termination by Secretary Rubio. The cited basis for these terminations is that they are inconsistent with the mission of USAID, and divert resources from helping people progress beyond the need for aid.

Pursuant to ADS 309.3.1.20 and the termination clause in each contract, USAID has the authority to terminate a personal services contract with an individual providing services to USAID for convenience on the basis of changing agency priorities. The PSCs are given a 15-day notice that their contract with USAID will be terminated per the terms and conditions of their contract.

Based on this rationale and the stated authorities, we request your support in terminating the PSCs listed on the PSC tracker. We will be sharing individual sheets with each Mission/Bureau with the specific names. Once you have taken the termination action, please note this on **column A of the PSC tracker**.

For your convenience, a PSC termination template is available here.

Please let us know if you have any questions or require further guidance. We request that you complete this action within the next day. Thank you all for your continued support.

Jami

Sensitive But Unclassified (SBU)

Exhibit 8



Matthew Johnson <matjohnson@usaid.gov>

# Update on Personal Services Contractors
3 messages

**Jami Rodgers** <jrodgers@usaid.gov>                                      Fri, Feb 21, 2025 at 12:07 PM
To: Kenneth Jackson <kensjackson@usaid.gov>, Joel Borkert <jborkert@usaid.gov>
Cc: Lynn Winston <lwinston@usaid.gov>, Nadeem Shah <nshah@usaid.gov>, Kent Benson <kbenson@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>

Joel and Ken,

Thank you for taking the time to discuss PSCs this morning. Based on our discussion, we are terminating an additional 173 PSCs as soon as possible by the end of the day.

There are now 172 PSCs on our list to be reviewed again in 90 days.

For the remaining overseas PSCs, we have added additional information for your review (income classification, start/end dates of the contracts, and a description of duties). This information is located on the "Overseas PSCs" tab. Once you've had a chance to review these, we will move forward with the required actions.

Copy for Front Office Procurement Sensitive - 2.21.25 PSC Data

As noted in our call, we request a memo from you with GC concurrence that we can move forward with these terminations based on the recent TROs.

Please let us know if you have any questions.

Thanks again,
Jami

Sensitive But Unclassified (SBU)

**Kenneth Jackson** <kensjackson@usaid.gov>                               Fri, Feb 21, 2025 at 3:44 PM
To: Jami Rodgers <jrodgers@usaid.gov>
Cc: Joel Borkert <jborkert@usaid.gov>, Lynn Winston <lwinston@usaid.gov>, Nadeem Shah <nshah@usaid.gov>, Kent Benson <kbenson@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>, Bruce McPherson <bmcpherson@usaid.gov>, Frederick Guy <frguy@usaid.gov>

Jami,

I am adding GC Rick Fox and Bruce McPherson to this.

Please move forward with terminating the <u>PSCs tonight</u>. We spoke to DOJ and we understand the potential risks and also understand that there is no legal impediment to terminating these PSC contacts.

The additional 173 PSC terminations discussed today need to be completed **tonight**.

The 172 PSC terminations "on review" will be reviewed on a daily basis, there is no guarantee that they will be held for 90 days for the next review.

Regards,
Ken

[Quoted text hidden]

**Sensitive But Unclassified (SBU)**

---

**Jami Rodgers** <jrodgers@usaid.gov>                                   Fri, Feb 21, 2025 at 3:48 PM
To: Kenneth Jackson <kensjackson@usaid.gov>
Cc: Joel Borkert <jborkert@usaid.gov>, Lynn Winston <lwinston@usaid.gov>, Nadeem Shah <nshah@usaid.gov>, Kent Benson <kbenson@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>, Bruce McPherson <bmcpherson@usaid.gov>, Frederick Guy <frguy@usaid.gov>

Noted. Thanks for the clarity and for confirming with GC.

**Jami J. Rodgers, CPCM**

U.S. Agency for International Development (USAID)

Chief Acquisition Officer and Senior Procurement Executive
Director, Bureau for Management Office of Acquisition and Assistance (M/OAA)

[Quoted text hidden]

**Sensitive But Unclassified (SBU)**

Exhibit 9



Matthew Johnson <matjohnson@usaid.gov>

## Update on PSCs as of 2/21/25 Evening
3 messages

**Nadeem Shah** <nshah@usaid.gov>                                    Fri, Feb 21, 2025 at 7:34 PM
To: Kenneth Jackson <kensjackson@usaid.gov>, Joel Borkert <jborkert@usaid.gov>
Cc: Jami Rodgers <jrodgers@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>

Hi Ken,

We are writing to provide an update on PSC Actions.

We have taken action on 149 of the 173 identified earlier today. The 24 PSCs not terminated are overseas, serving on a current DART/RMT, or serving as the COR/AOR for an exempted activity.

As of this evening, 490 PSC have been terminated. In addition, 35 PSC identified in the original list have resigned or left their position. This means that 525 positions are no longer active.

The total obligated amount of these terminated awards is $194,411,311.99. The total estimated cost for these PSC was $431,750,217.93. The cost savings is $237,338,905.94.

You have the list of the 98 staff located overseas for your review. The document is linked here for your reference.

Please let me know if you have any questions.

Thank you,


--

**Nadeem Shah**
**Deputy Director - Washington Operations**
**M/OAA/OD**


Sensitive But Unclassified (SBU)

**Kenneth Jackson** <kensjackson@usaid.gov>                          Sat, Feb 22, 2025 at 6:05 AM

To: Nadeem Shah <nshah@usaid.gov>
Cc: Joel Borkert <jborkert@usaid.gov>, Jami Rodgers <jrodgers@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>

Nadeem,

Thank you and please thank the team. Have a great weekend.

Ken
[Quoted text hidden]
**Sensitive But Unclassified (SBU)**

---

**Nadeem Shah** <nshah@usaid.gov>                                    Sat, Feb 22, 2025 at 6:47 AM
To: Kenneth Jackson <kensjackson@usaid.gov>
Cc: Joel Borkert <jborkert@usaid.gov>, Jami Rodgers <jrodgers@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>

Thank youKen. You too!
[Quoted text hidden]
[Quoted text hidden]
**Sensitive But Unclassified (SBU)**

Exhibit 10

| | |
|---|---|
| **From:** | CGFS Overseas Customer Support Desk |
| **Subject:** | Informational Broadcast 1049137: RFMS/M Relationship Edits to Control Spending of Foreign Assistance (UPDATE) |
| **Date:** | Friday, February 21, 2025 5:49:45 PM |
| **Attachments:** | Obligation or Disbursement under Waiver of Foreign Assistance Pause.pdf<br>GFMS RFMS System Relationship Edits 020725 1.docx<br>25-STATE-14458.eml.pdf |
| **Importance:** | High |

This message is being sent on behalf of the Bureau of the Comptroller and Global Financial Services (CGFS) to all posts.

This broadcast is being issued as an update to the previously released Broadcasts 1038497 and 1042239 that notified posts of relationship edits established in GFMS and RFMS to control foreign assistance spending.

ALDAC 25 STATE 14458 provides instructions for processing 12(c) Administrative Expense payments consistent with Executive Order 14169 on Reevaluating and Realigning United States Foreign Aid and the Secretary's direction in 25 STATE 6828, which paused all new obligations and disbursements of Department of State and USAID foreign assistance. The guidance follows the waiver authority outlined in 25 STATE 6828 (para 12 section c), "The Secretary of State has approved waivers of the pause under the Executive Order and this ALDAC… on a temporary basis, salaries and related administrative expenses, including travel, for U.S. direct hire employees, personal services contractors, and locally employed staff."

Effective immediately, posts may proceed processing payments through the Post Support Unit (PSU) and obligating these expenses at post without obtaining Senior Bureau Officer (SBO) approvals for waived 12(c) related expenses. For requests for emergency payments needing exceptional urgent attention, post may complete the PSU Emergency Request to alert PSU to prioritize that voucher. Please pay close attention to the form information before submitting, ensure the voucher is fully ready for PSU to process in both ILMS and RFMS, before submitting your request.

**Guidance for Cashier Payments**
For 12(c) waived expenses that require cash disbursement through the post cashier, please work with the Business and Systems Support (BSS) Division to process these expenses. For cashier payments citing Foreign Assistance or USAID funding, post should contact BSS by email at gfsc-accountingbss-dl@state.gov.

Post should include in the email:
- The transaction type(s) (PC, PV, etc.)
- The transaction number(s)
- The relationship edit number(s) rejecting the payment in RFMS/C
- Any applicable SBO memos as required (for non-12(c) waived expenses).
- For 12(c) waived expenses, the FMO should provide confirmation that the expense meets the requirements as outlined in ALDAC 25 STATE 14458.

BSS will update the system daily at 4:00 PM Charleston time (4:00 AM Bangkok time) to allow the provided transaction numbers to process. Post will have 24 hours to process the transaction for integration to RFMS/M. Note: collections are not impacted by the relationship edits.

**Guidance for Prime Pay Account Payments**
A Prime Pay account is a direct debit bank account established to pay utility and telephone bills. As part of the account reconciliation guidelines, post processes a certified voucher using Payment Media "F" – "DO NOT PROCESS" to record the direct debit transactions. For these vouchers, post should email the Business and Systems Support Division (BSS) at gfsc-accountingbss-dl@state.gov. BSS will work with post to process the voucher, and the post will certify the voucher per normal process.

The original broadcasts are shown below for your information and the original GFMS RFMS System Relationship Edits document is attached.

---

This message is being sent on behalf of the Bureau of the Comptroller and Global Financial Services (CGFS) to all posts.

This broadcast is being issued as an update to the previously released Broadcast 1038497 that first notified posts of relationship edits established in GFMS and RFMS to control foreign assistance spending. Relationship edits preventing the establishment of new obligations will be lifted in both RFMS and GFMS. Users will receive an overridable warning message in the systems in an example below:



Applicable new obligations must comply with the guidelines outlined in ALDAC 25 State 6828, issued on Friday, January 24, 2025, and 25 State 10948, issued on Wednesday, February 5, 2025.

**Key Points:**
- Lifting of Relationship Edits: The restrictions on establishing new obligations will be removed
- Compliance Requirement: Each new obligation established must have an attached approved "Obligation or Disbursement under Waiver of Foreign Assistance Pause" form

Please ensure that all obligations are processed in accordance with these requirements to maintain compliance and proper documentation. It is imperative that Funds Availability approvers review the list of foreign assistance accounts provided in the broadcast message below and ensure that an Obligation or Disbursement under Waiver of Foreign Assistance Pause form is completed by Assistant Secretaries (A/S) (or Acting A/S) and Senior Bureau Officials (SBO) prior to entering the obligation document in the systems. The approval form should be retained with the obligation support package and can be uploaded to E2, ILMS, RFMS/M, and GFMS, etc.

The original broadcast is shown below for your information and the original GFMS RFMS System Relationship Edits document is attached.

---

This message is being sent on behalf of the Bureau of the Comptroller and Global Financial Services (CGFS) to all posts.

To facilitate compliance with the executive order to pause financial assistance, CGFS introduced a number of relationship edits to control the spending of foreign assistance funding in both GFMS and RFMS. Please refer to the attached Relationship Edits document for an explanation of the controls and exceptions.

Please contact the CGFS Customer Support Desk or your CGFS Accountant with any questions.

Thank you,

*CGFS Overseas Customer Support*
Charleston – ph. 843-308-5610, IVG 35610
Bangkok – ph. 662-205-5932, IVG 675-5932
Sofia – ph. 359-2-939-5555, IVG 368-5555
Email: DeskPS@state.gov / GAL: CGFS Overseas Customer Support Desk

Find answers to your questions any time: Search CGFS Knowledge Base.

# Obligation or Disbursement under Waiver of Foreign Assistance Pause

The attached obligating document and/or payment is consistent with Executive Order 14169 on Reevaluating and Realigning United States Foreign Aid and the Secretary's direction in ALDAC 25 State 6828 Executive Order on Review of Foreign Assistance Programs, including waivers approved by the Director of Foreign Assistance, the Secretary's Emergency Humanitarian Waiver to Foreign Assistance Pause, or other waivers approved by the Secretary.

For purposes of the Secretary's direction in 25 STATE 6828, foreign assistance means assistance funded from accounts in titles III and IV and from International Organizations and Programs in the Department of State, Foreign Operations, and Related Programs Appropriations Acts. For purposes of the Emergency Humanitarian Waiver, life-saving humanitarian assistance applies to core life-saving medicine, medical services, food, shelter, and subsistence assistance, as well as supplies and reasonable administrative costs as necessary to deliver such assistance.

As outlined in the Emergency Humanitarian Waiver, the waiver does not cover abortions, family planning, conferences, administrative costs other than those specified above, gender or DEI ideology programs, transgender surgeries, or other non-life saving assistance. Migration and Refugee Assistance (MRA) may only be used to support life-saving humanitarian assistance activities and for repatriation of third country nationals to their country of origin or safe-third-country.

The waiver, on a temporary basis, for salaries and related administrative expenses, including travel, for U.S. direct hire (USDH) employees, personal services contractors (PSCs), and locally employed (LE) staff in paragraph 12(c) of the ALDAC allows for operations related to salaries and administrative expenses to continue while the review of foreign assistance is taking place. These administrative expenses may include the following expenses where funded from foreign assistance: salaries and payroll benefits for USDH, PSCs, and LE Staff; insurance payments for USDH, PSCs, and LE Staff; USDH, PSC, and LE Staff cell phone costs; LE Staff Health Insurance; PSC contracts; ICASS costs; USDH and PSC housing leases; residential trash collection for USDH and PSC residences at post; utility expenses for USDH and PSCs; security costs (including security guard services, surveillance systems, and related security measures); and communication costs for USDH and PSCs (including phone lines, internet access, and other communication infrastructure).

Requesting Bureau/Post

## Applied Waiver Categories (select all that apply)

- [ ] 12(a) foreign military financing for Israel and Egypt and administrative expenses, including salaries, necessary to administer foreign military financing

- [ ] 12(b) emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance

- [ ] 12(c) on a temporary basis, salaries and related administrative expenses, including travel, for U.S. direct hire employees, personal services contractors, and locally employed staff

- [ ] 12(d) legitimate expenses incurred prior to the date of this ALDAC under existing awards or legitimate expenses associated with stop-work orders

- [ ] 12(e) exceptions to the pause approved by the Director of Foreign Assistance (please submit approved AM with this document)

- [ ] Emergency life saving humanitarian assistance covering core life-saving medicine, medical services, shelter, subsistence assistance, supplies and reasonable administrative costs as necessary to deliver such assistance

- [ ] Other waivers approved by the Secretary (please submit approved waiver with this document)

### Additional Details (if needed)

○ I have reviewed the attached obligating document and/or payment and confirm that it falls within the approved waivers of the pause as outlined in paragraph 12 of 25 STATE 6828, including waivers approved by the Director of Foreign Assistance, the Secretary's Emergency Humanitarian Waiver to Foreign Assistance Pause, or other waivers approved by the Secretary.

SBO Name and Title

Signature/e-signature

Date

SBU - DELIBERATIVE PROCESS



| MRN: | 25 STATE 14458 |
|---|---|
| Date/DTG: | Feb 19, 2025 / 192246Z FEB 25 |
| From: | SECSTATE WASHDC |
| E.O: | 13526 |
| TAGS: | ABUD, AFIN, AMGT |
| Pass Line: | MCO REPEAT TO ALDAC POSTS INCLUDING MINIMIZED FOR MANAGEMENT OFFICERS GSOS AND FMOS FOR CGFS/DCFO/FPRA CGFS/GFS/WO NEA/EX A/GO/SP/PP AF/EX WHA/EX EAP/EX EUR-IO/EX |
| Subject: | (SBU) Processing Mission Essential 12c Expenses Under 25 State 6828 |

1. (SBU) Summary: This ALDAC provides updated technical guidance to post financial and management offices on processing expenses consistent with Executive Order 14169 on *Reevaluating and Realigning United States Foreign Aid* and the Secretary's direction in *25 STATE 6828*, which paused all new obligations and disbursements of Department of State and USAID foreign assistance. This guidance follows the waiver authority outlined in *25 STATE 6828* (para 12 section c), "The Secretary of State has approved waivers of the pause under the Executive Order and this ALDAC… on a temporary basis, salaries and related administrative expenses, including travel, for U.S. direct hire employees, personal services contractors, and locally employed staff." End Summary.

**(SBU) INSTRUCTIONS FOR PROCESSING 12(c) ADMINISTRATIVE EXPENSE PAYMENTS**

2. (SBU) Effective immediately, to facilitate timely and essential critical payments supporting mission operations related to 12(c) waived expenses, posts may proceed processing through the Post Support Unit (PSU) and obligating these expenses at post without obtaining Senior Bureau Officer (SBO) approvals for waived 12(c) related

expenses.  The PSU will verify these 12(c) expenses as expenditures related to the 1000-2000 budget object classes (BOC), which by definition are administrative costs and related 4160 BOC for Value Added Tax on those expenses.

3. (SBU) This waiver includes administrative expenses, and travel, for U.S. direct hire (USDH) employees, personal services contractors (PSCs), and locally employed (LE) staff funded from foreign assistance, and includes salaries and payroll benefits for USDH, PSCs, and LE Staff; insurance payments for USDH, PSCs, and LE Staff; USDH, PSC, and LE Staff cell phone costs; LE Staff Health Insurance; PSC contracts; ICASS costs; USDH and PSC housing leases; residential trash collection for USDH and PSC residences at post; utility expenses for USDH and PSCs; fuel and security costs for residential and non-residential facilities- (including security guard services, surveillance systems, and related security measures); and communication costs for USDH and PSCs (including phone lines, internet access, and other communication infrastructure).

4. (SBU) Travel will continue in accordance with established regional bureau approval procedures for E2 authorizations. Post should resume established payment procedures for MED MEDEVAC and Subsistence Expense Allowances for evacuation travel under this waiver, if they have not already done so.

5. (SBU) This waiver does not extend to new obligations related to new PSC contracts nor for other waived items outside of the 12c scope of *25 STATE 6828*. For these activities, please refer to *25 STATE 10948* and *Obligation or Disbursement under Waiver of Foreign Assistance Pause form.*

6. (SBU) Procedural Note: to facilitate compliance with the executive order to pause financial assistance, CGFS introduced a number of relationship edits to control the spending of foreign assistance funding in both GFMS and RFMS announced in Informational Broadcast

1038497.  These relationship edits on foreign assistance related account payments will remain in place for all transaction types, including 12(c) waived expenditures. To override system edits Posts should submit E2 and non-salary payment vouchers citing foreign assistance funding to the Post Support Unit for processing.

7. (U) If you have any questions about these instructions, please contact the Post Support Unit mailbox at GFSPSU@state.gov.

8. Minimize considered.

**MINIMIZE CONSIDERED**

| Signature: | RUBIO |
|---|---|

| Info: | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
|---|---|
| XMT: | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**

**Relationship Edits enacted in RFMS/M & GFMS in Response to Presidential Executive Orders and ALDACs**

**Reevaluating And Realigning United States Foreign Aid – The White House**

| Relationship Edit number | GFMS | | |
|---|---|---|---|
| | **Edit description** | | **Added** |
| 1368 | Foreign Assistance spending not permitted - Header Accounting Lines for all applicable domains other than cash receipts, payments, internal vouchers, and internal direct agreements | | 01/24/2025 |
| 1369 | Foreign Assistance spending not permitted - Itemized Accounting Lines for all applicable domains other than cash receipts, payments, internal vouchers, and internal direct agreements | | 01/24/2025 |
| 1370 | Foreign Assistance spending not permitted - Internal Vouchers only | | 01/24/2025 |
| 1371 | Foreign Assistance spending not permitted - Internal Direct Agreements only | | 01/24/2025 |
| 1374 | Foreign Assistance spending not permitted - Header Accounting Lines payments only | | 01/30/2025 |
| 1375 | Foreign Assistance spending not permitted - Itemized Lines payments only | | 01/30/2025 |
| 1376 | Foreign Assistance spending not permitted - Cash Receipts only (allowing everything except federal vendors that have a line type of either debit voucher - advance or debit voucher - normal) | | 01/30/2025 |
| 1387 | Foreign Assistance Obligations and Commitments - Please ensure you have an approval memo from a Senior Bureau Official prior to processing commitments and obligations (Header Accounting Lines) | | 02/07/2025 |
| 1388 | Foreign Assistance Obligations and Commitments - Please ensure you have an approval memo from a Senior Bureau Official prior to processing commitments and obligations (Itemized Accounting Lines) | | 02/07/2025 |

**Exceptions to edits in GFMS:**

- SR document types – RFMS/M interface documents – to allow LE Payroll to process in GFMS
- PD document types – payroll document
- EP document types – payroll obligation
- O* document types – Overseas RFMS/D 477 documents – for already paid transactions to ensure GFMS and Treasury stay in sync
- BOCs that begin with 21** (Travel)
- PM document types

**Relationship Edits enacted in RFMS/M & GFMS in Response to Presidential Executive Orders and ALDACs**

| Relationship Edit number | RFMS/M | |
|---|---|---|
| | Edit description | Added |
| 550 | Foreign Assistance spending not permitted - Itemized Lines - All applicable domains except internal vouchers, payment authorizations, cash receipts. No new transactions except payroll/477s/obligations. Note: New transactions by post require ALDAC compliance and memo approved by Senior Bureau Official | 01/24/2025 |
| 551 | Foreign Assistance spending not permitted - Header Accounting Lines - All applicable domains except internal vouchers, payment authorizations, cash receipts. no new transactions except payroll/477s/obligations, and BOC class 21. Note: New transactions by post require ALDAC compliance and memo approved by Senior Bureau Official | 01/24/2025 |
| 552 | Foreign Assistance spending not permitted - Internal Vchrs only (NV, DW, DN docs) | 01/24/2025 |
| 556 | Foreign Assistance spending not permitted - Itemized Lines - payments only, Imprest funds blocked (DR) | 01/24/2025 |
| 557 | Foreign Assistance spending not permitted - Header Accounting Lines - payments only, Imprest funds blocked (DR) | 01/24/2025 |
| 562 | Foreign Assistance Obligations and Commitments - Please ensure you have an approval memo from a Senior Bureau Official prior to processing commitments and obligations (Header Accounting Lines) | 02/07/2025 |
| 563 | Foreign Assistance Obligations and Commitments - Please ensure you have an approval memo from a Senior Bureau Official prior to processing commitments and obligations (Itemized Accounting Lines) | 02/07/2025 |

**Exceptions to edits in RFMS/M:**

- 477s – payroll transactions and disbursed documents from GFMS and RFMS/D
- Travel – Travel-related vouchers and advances (BOCs that begin with 21** [Travel])

**Relationship Edits enacted in RFMS/M & GFMS in Response to Presidential Executive Orders and ALDACs**

Appropriations list attached (GFMS and RFMS) - active, non-cancelled appropriation records citing the below main funds. To minimize the number of duplicate codes pulled, we limited X-Year results to BBFY 2025, and only pulled back the 7200 AGBU record for the 72 appropriations.




CS0082666_Query_RCS0082666_Query_R
esults_GFMS.xlsx    esults_RFMS.xlsx

If the main account of the appropriation ID fund is in this table/list below (reviewed and confirmed with BP) – all activity is restricted at this time, regardless of established obligation timing. Note: New transactions by post require ALDAC compliance and memo approved by Senior Bureau Official

**Relationship Edits enacted in RFMS/M & GFMS in Response to Presidential Executive Orders and ALDACs**

| Account Code | Account Acronym | Account Name | Account Type |
|---|---|---|---|
| 0040 | ERMA | Emergency Refugee and Migration Assistance Fund | FA |
| 0203 | NSC | North–South Center | FA |
| 0306 | AEECA | Assistance to Europe, Eurasia, and Central Asia | FA |
| 0507 | CITMP | Centralized Information Technology Modernization Program | FA |
| 1005 | IO | International Organizations and Programs | FA |
| 1010 | SAI | Special Assistance Initiatives | FA |
| 1010 | SEED | Support for East European Democracy | FA |
| 1014 | DFA | Development Fund for Africa | FA |
| 1015 | CCF | Complex Crisis fund | FA |
| 1021 | DA | Development Assistance | FA |
| 1022 | INCLE | International Narcotics Control and Law Enforcement | FA |
| 1030 | GHAI | Global HIV/AIDS Initiative | FA |
| 1031 | GHCS | Global Health and Child Survival | FA |
| 1032 | PKO | Peacekeeping Operations | FA |
| 1035 | | INTERNATIONAL DISASTER ASSISTANCE | FA |
| 1037 | ESF | Economic Support Fund | FA |
| 1041 | GSCF | Global Security Contingency Fund | FA |
| 1071 | NDF | Nonproliferation and Disarmament Fund | FA |
| 1075 | NADR | Nonproliferation, Anti–Terrorism, Demining and Related Programs | FA |
| 1082.1 | FMFP | Foreign Military Financing Program | FA |
| 1083 | PCCF | Pakistan Counterinsurgency Capability | FA |
| 1093 | | USAID transferred in funds – not apportioned – no spending (per BP) | |
| 1121 | DF | Democracy Fund | FA |
| 1124 | | Diplomatic Engagement Account – used for payments to IO | |
| 1126 | | Diplomatic Engagement Account – used for payments to IO | |
| 1125 | OIC | International Organizations and Conferences | FA |
| 1130 | ARREAR | Arrearage Payments | FA |
| 1143 | MRA | Migration and Refugee Assistance | FA |
| 1154 | ACI | Andean Counterdrug Initiative | FA |
| 1155 | MEWD | Int'l Center for Middle Eastern–Western Dialogue TF | FA |
| 1158 | SCF | Sudan Claims Fund | FA |

**Relationship Edits enacted in RFMS/M & GFMS in Response to Presidential Executive Orders and ALDACs**

**Grant Restriction Relationship Edits**

| GFMS | | |
|---|---|---|
| Relationship Edit number | Edit description | Added |
| 1372 | Grants activity not permitted - No activity is allowed for the following document types: G1, G2, G3, G4, G5, G6, G7, GF, GO, and GW - 2/3/25: Edit will allow de-obligations on existing lines. No NEW obligations and no increases | 01/24/2025 |
| 1377 | Grants activity not permitted - Payments only - No activity is allowed for the following document types: GA and GP | 01/24/2025 |

| RFMS/M | | |
|---|---|---|
| Relationship Edit number | Edit description | Added |
| 553 | Grant Activity - Obligation document types: GG, GQ, MG, SG, SQ - 2/7/25: New and Existing obligation adjustments allowed with ALDAC process followed. Overrideable warning message against all obligations. | 01/24/2024 |
| 554 | No Grant Payment Activity - Payments referencing (GG, GQ, MG, SG, SQ) Document Types – DI, DT, EI, LI, LV, PC, PT, PV, RP, UP, EX, TV, TX | 01/24/2024 |

**DEIA Project Codes**

If a project code has "DEIA," "Diversity", "Equity" "Inclusion" or "Accessibility" in the name field, it has been inactivated to prevent further use.

Examples:

| 1900 | | Accessibility (A/D) Fund |
|---|---|---|
| | MC240030 | DEIA Leadership Summit |
| | | Encourage Diversity & Inclusion |
| PDAT210D | | |

**Relationship Edits enacted in RFMS/M & GFMS in Response to Presidential Executive Orders and ALDACs**

**USAID Restriction Relationship Edits**

| | GFMS | | |
|---|---|---|---|
| **Relationship Edit number** | **Edit description** | | **Added** |
| 1378 | USAID spending not permitted - Header Accounting Lines for all applicable domains other than internal vouchers and internal direct agreements | | 02/03/2025 |
| 1379 | USAID spending not permitted - Itemized Accounting Lines for all applicable domains other than internal vouchers and internal direct agreements | | 02/03/2025 |
| 1380 | USAID spending not permitted - Internal Vchrs only | | 02/03/2025 |
| 1381 | USAID spending not permitted - Internal Direct Agreements only | | 02/03/2025 |
| 1382 | USAID spending not permitted - Header Accounting Lines payments only | | 02/04/2025 |
| 1383 | USAID spending not permitted - Itemized Lines payments only | | 02/04/2025 |
| 1384 | USAID spending not permitted - Cash Receipts only (allowing everything except federal vendors that have a line type of either debit voucher - advance or debit voucher - normal) | | 02/06/2025 |

**Relationship Edits enacted in RFMS/M & GFMS in Response to Presidential Executive Orders and ALDACs**

| RFMS/M | | |
|---|---|---|
| Relationship Edit number | Edit description | Added |
| 558 | Only allow USAID Payroll and collections – Header Accounting Lines | 02/03/2025 |
| 559 | Only allow USAID Payroll – Itemized Lines. | 02/04/2025 |
| 560 | USAID spending not permitted | 02/05/2025 |

**\*USAID spending is not permitted currently for all Agency 072 funds.**

Exhibit 11

**UNCLASSIFIED**



| | |
|---|---|
| **MRN:** | <u>25 STATE 14458</u> |
| **Date/DTG:** | Feb 19, 2025 / 192246Z FEB 25 |
| **From:** | SECSTATE WASHDC |
| **E.O:** | 13526 |
| **TAGS:** | ABUD, AFIN, AMGT |
| **Pass Line:** | MCO REPEAT TO ALDAC POSTS INCLUDING MINIMIZED FOR MANAGEMENT OFFICERS GSOS AND FMOS FOR CGFS/DCFO/FPRA CGFS/GFS/WO NEA/EX A/GO/SP/PP AF/EX WHA/EX EAP/EX EUR-IO/EX |
| **Subject:** | (SBU) Processing Mission Essential 12c Expenses Under 25 State 6828 |

1. (SBU) Summary: This ALDAC provides updated technical guidance to post financial and management offices on processing expenses consistent with <u>Executive Order 14169</u> on *Reevaluating and Realigning United States Foreign Aid* and the Secretary's direction in <u>*25 STATE 6828*</u>, which paused all new obligations and disbursements of Department of State and USAID foreign assistance. This guidance follows the waiver authority outlined in <u>*25 STATE 6828*</u> (para 12 section c), "The Secretary of State has approved waivers of the pause under the Executive Order and this ALDAC… on a temporary basis, salaries and related administrative expenses, including travel, for U.S. direct hire employees, personal services contractors, and locally employed staff." End Summary.

**(SBU) INSTRUCTIONS FOR PROCESSING 12(c) ADMINISTRATIVE EXPENSE PAYMENTS**

2. (SBU) Effective immediately, to facilitate timely and essential critical payments supporting mission operations related to 12(c) waived expenses, posts may proceed processing through the Post Support Unit (PSU) and obligating these expenses at post without obtaining Senior Bureau Officer (SBO) approvals for waived 12(c) related

expenses.  The PSU will verify these 12(c) expenses as expenditures related to the 1000-2000 budget object classes (BOC), which by definition are administrative costs and related 4160 BOC for Value Added Tax on those expenses.

3. (SBU) This waiver includes administrative expenses, and travel, for U.S. direct hire (USDH) employees, personal services contractors (PSCs), and locally employed (LE) staff funded from foreign assistance, and includes salaries and payroll benefits for USDH, PSCs, and LE Staff; insurance payments for USDH, PSCs, and LE Staff; USDH, PSC, and LE Staff cell phone costs; LE Staff Health Insurance; PSC contracts; ICASS costs; USDH and PSC housing leases; residential trash collection for USDH and PSC residences at post; utility expenses for USDH and PSCs; fuel and security costs for residential and non-residential facilities-(including security guard services, surveillance systems, and related security measures); and communication costs for USDH and PSCs (including phone lines, internet access, and other communication infrastructure).

4. (SBU) Travel will continue in accordance with established regional bureau approval procedures for E2 authorizations. Post should resume established payment procedures for MED MEDEVAC and Subsistence Expense Allowances for evacuation travel under this waiver, if they have not already done so.

5. (SBU) This waiver does not extend to new obligations related to new PSC contracts nor for other waived items outside of the 12c scope of *25 STATE 6828*. For these activities, please refer to *25 STATE 10948* and *Obligation or Disbursement under Waiver of Foreign Assistance Pause form.*

6. (SBU) Procedural Note: to facilitate compliance with the executive order to pause financial assistance, CGFS introduced a number of relationship edits to control the spending of foreign assistance funding in both GFMS and RFMS announced in Informational Broadcast

1038497.  These relationship edits on foreign assistance related account payments will remain in place for all transaction types, including 12(c) waived expenditures. To override system edits Posts should submit E2 and non-salary payment vouchers citing foreign assistance funding to the Post Support Unit for processing.

7. (U) If you have any questions about these instructions, please contact the Post Support Unit mailbox at GFSPSU@state.gov.

8. Minimize considered.

**MINIMIZE CONSIDERED**

| | |
|---|---|
| **Signature:** | RUBIO |

| | |
|---|---|
| **Info:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**

# Exhibit 12



FEDERAL ASSISTANCE MANAGEMENT ADVISORY NUMBER 2025-08

SUBJECT:    Specific Guidance on Foreign Assistance-Funded
            Federal Assistance Actions Reviewed and Identified for Termination


1. **Scope:**
This policy applies to all foreign assistance-funded federal assistance awards. The purpose of this Federal Assistance Management Alert (FAMA) is to issue instructions to all Grants Officers to commence termination of certain Foreign Assistance-Funded Actions when notified to do so. This notice is separate to any previous guidance issued relating to Foreign Assistance-Funded Federal assistance actions.


2. **Background and Purpose:**
In alignment with Executive Order 14169 (January 20, 2025), titled Reevaluating and Realigning United States Foreign Aid, the Department has completed its review of several existing Foreign Assistance-Funded actions and has made the decision to terminate certain actions that are considered inconsistent with United States foreign policy.


3. **For Immediate Action:**
This guidance does not rescind FAMA 2025-05 A but notifies Grant Making Offices/Activities that additional termination instructions are forthcoming and, if they receive such new instructions, they should immediately proceed with implementation.


4. **Authority:**
Global Acquisition (A/GA) prescribes policies, regulations, and procedures for the award and administration of Federal financial assistance agreements.

The document(s) shared herein is proprietary to the Department of State for Internal Use only and if shared with U.S. Government agency partners in the conduct of business must be handled accordingly.  Release to the public is hereby prohibited

5. **Policy:**
This Federal Assistance Management Advisory is effective immediately upon issuance.

6. **Questions:**
Please send questions regarding this policy via e-mail to aopefagrantspolicy@state.gov, or refer to the A/GA/APD/FA/FAPD SharePoint at https://usdos.sharepoint.com/sites/A-OPE/FA/SitePages/Home.aspx for additional policy resources, training materials, useful forms, and points of contact.

If payment\disbursement questions come about as a result of this FAMA, please reach out to CGFS\FAFM at FAFM@state.gov.

Attachments:  Draft Termination Notice Guidance

SHARON D JAMES
Digitally signed by
SHARON D JAMES
Date: 2025.02.25
20:09:23 -05'00'

Sharon D. James
Managing Director, Acquisitions Policy Directorate
U.S. Department of State

Issuance Date: 02/25/2025

_____

The document(s) shared herein is proprietary to the Department of State for Internal Use only and if shared with U.S. Government agency partners in the conduct of business must be handled accordingly.  Release to the public is hereby prohibited

Exhibit 13

# BUREAU OF ADMINISTRATION
# Global Acquisition

**Acquisition Alert 25-09**

**TO:**       All Contracting Activities

**FROM:**    Sharon James   SHARON D JAMES   Digitally signed by SHARON D JAMES Date: 2025.02.25 19:48:01 -05'00'
Managing Director
Acquisition Policy Directorate, U.S. Department of State

**SUBJECT:**   **Specific Guidance on Foreign Assistance-Funded Acquisitions Reviewed and Identified for Termination**

**1. Introduction:**  The purpose of the Acquisition Alert (AA) is to issue instructions to all Contracting Activities to commence termination of certain Foreign Assistance-Funded Actions when notified to do so. This notice is separate to any previous guidance issued relating to Foreign Assistance-Funded Acquisitions.

**2. Background:** In alignment with Executive Order 14169 (January 20, 2025), titled Reevaluating and Realigning United States Foreign Aid, the Department has completed its review of several existing Foreign Assistance-Funded actions and has made the decision to terminate certain actions that are considered inconsistent with United States foreign policy.

**3. Acquisition Impact:** This guidance does not rescind AA 25-05 and AA-25-05-01 but notifies Contracting Activities that additional *termination* instructions are forthcoming. If Contracting Activities receive such *new official* instructions, they should immediately proceed with implementation of termination.

**4. Action Required:** Upon receipt of actions identified for termination, Contracting Officers (COs) must take immediate action to effectuate a full termination for convenience of the government.

The document(s) shared herein is proprietary to the Department of State for Internal Use only and if shared with U.S. Government agency partners in the conduct of business must be handled accordingly. Release to the public is hereby prohibited.

Acquisition Alert 25-05-02

- 2 -

**a.** The following table shows the termination authority for each type of contract under FAR**:**

| Contract type | Clause/Title/Authority |
|---|---|
| Commercial | Termination for Convenience of the Government - FAR 52.212-4(l) |
| Non-Commercial under SAT | Termination for Convenience of the Government - FAR 52.213-4(f) |
| Non- Commercial over SAT | Applicable Termination Clause from 49.502 based on contract terms and conditions |

**b.** The CO must annotate compliance with the above guidance in the Implementation Tracker.

5. **Effective Date:** This Acquisition Alert is effective upon issuance.

6. **Expiration Date:** This Acquisition Alert does not expire unless subsequent information requires a change.

7. **Additional Information:** Questions regarding this Acquisition Alert may be directed to AcquisitionPolicy@state.gov.

8. **Attachments:** None.

9. **Referenced Documents, Checklists, Guides and Templates:**
   Implementation Tracker

The document(s) shared herein is proprietary to the Department of State for Internal Use only and if shared with U.S. Government agency partners in the conduct of business must be handled accordingly. Release to the public is hereby prohibited.

Exhibit 14

# BUREAU OF ADMINISTRATION
# Global Acquisition

**Acquisition Alert 25-05-01**

**TO:**       All Contracting Activities

**FROM:**    Sharon James    SHARON D JAMES   Digitally signed by SHARON D JAMES Date: 2025.02.17 23:06:52 -05'00'
Managing Director
Acquisition Policy Directorate, U.S. Department of State

**SUBJECT:**   **Guidance to Suspend the Pause of Foreign Assistance-Funded Acquisitions**

**1. Introduction:** The purpose of the amended Acquisition Alert (AA) is to instruct all Contracting Activities to cease all actions to further comply with the guidance provided under the initial AA 25-05, Guidance on Pause of Foreign Assistance-Funded Acquisitions, or with any other guidance directing the termination or suspension of foreign assistance funded contracts.

**2. Background:** On February 13, 2025, the Court hearing the case of *AIDS Vaccine Coalition v. U.S. Department of State* and *Global Health Council v. Trump* entered a temporary restraining order (TRO) against the Department of State, USAID, and OMB. Notification of the TRO was provided to the contractor community via a SAM.Gov notice posted on February 14, 2025.

**3. Acquisition Impact:** In connection with the litigation, Contracting Officers (COs) must not take further action to effectuate terminations or suspensions (including those pursuant to previously issued guidance) at this time.

**4. Action Required:** COs must cease further action to pause any new obligations or disbursements of foreign assistance funds to contractors (including those pursuant to previously issued guidance) at this time.  However, COs may continue any actions under any exceptions or waivers granted by the Secretary of State, including to lift a previously issued suspension, or to certify the disbursement of a payment.

**5. Effective Date:** This Acquisition Alert is effective upon issuance.

**6. Expiration Date:** This Acquisition Alert expires when future guidance is issued.

7. **Additional Information:** Questions regarding this Acquisition Alert may be directed to AcquisitionPolicy@state.gov.

8. **Attachments:** None.

9. **Referenced Documents:  N/A**

Exhibit 15



**FEDERAL ASSISTANCE MANAGEMENT ADVISORY NUMBER 2025-05 (A)**

SUBJECT: Amended Guidance on Pause of Foreign Assistance-funded Federal Assistance Awards

1. **Scope:**

This policy applies to all foreign assistance-funded federal assistance awards.

2. **Background and Purpose:**

On February 13, 2025, the Court hearing the case of *AIDS Vaccine Coalition v. U.S. Department of State and Global Health Council v. Trump* entered a temporary restraining order (TRO) against the Department of State, USAID, and OMB.  In connection with the litigation, Grants Officers (GOs) must not take further action to effectuate terminations or suspensions (including those pursuant to previously issued guidance) at this time. Notification of the TRO was provided via a SAM.Gov notice posted on February 14, 2025. notice posted on February 14, 2025.

3. **Policy:**

GOs must cease further action to pause any new obligations or disbursements of foreign assistance funds (including those pursuant to previously issued guidance) at this time. However, GOs may continue any actions under any exceptions or waivers granted by the Secretary of State, including to lift a previously issued suspension, or to certify the disbursement of a payment.

4. **Authority:**

Global Acquisition (A/GA) prescribes policies, regulations, and procedures for the award and administration of Federal financial assistance agreements.

5. **Effective Date**

This Federal Assistance Management Advisory is effective as of February 17, 2025.

**6. Questions:**

Please send questions regarding this policy via e-mail to aopefagrantspolicy@state.gov, or refer to the A/GA/APD/FA/FAPD SharePoint at https://usdos.sharepoint.com/sites/A-OPE/FA/SitePages/Home.aspx for additional policy resources, training materials, useful forms, and points of contact.

If payment\disbursement questions come about as a result of this pause, please reach out to CGFS\FAFM at FAFM@state.gov.

SHARON D JAMES
Digitally signed by SHARON D JAMES
Date: 2025.02.17 23:13:14 -05'00'

Sharon D. James

Managing Director, Acquisitions Policy Directorate

U.S. Department of State

Issuance Date: February 17, 2025