**DECLARATION OF JAMES BUTCHER**

I, James Butcher, declare the following under penalties of perjury:

1.      I am the President and CEO of Chemonics International, Inc. (Chemonics). The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at Chemonics.

2.      The abrupt suspension of USAID programming and lack of payments for work completed has severely impacted Chemonics' ability to meet financial obligations to landlords, vendors, and service providers, placing staff at increasing risk of harassment, intimidation, and potential physical harm. Unresolved debts are already leading to agitation among unpaid partners, as seen in Syria, where frustration has escalated to serious intimidation and in-person hostile visits to national staff members' residences. Not only did a vendor go to our staff member's home, but they also sent stakeholders and beneficiaries to pressure him directly. While the staff member was not injured, the incident has left him fearing for his safety. Without urgent financial relief, these payments cannot be made, and the situation will deteriorate rapidly, exposing personnel to escalating security threats and hostile actions from creditors.

3.      The lack of funding has severely impacted Chemonics' ability to provide adequate security protections while also inhibiting the repatriation of international staff, leaving personnel stranded in high-risk environments. In Ukraine, where daily drone attacks continue to escalate, some staff cannot safely depart due to insufficient repatriation funding, yet war risk insurance may still be cut due to nonpayment of invoices. On February 25, 2025, direct attacks near staff residences in Kyiv underscored the immediate danger.

4.      Legal and financial uncertainty further heightens security risks, as Chemonics' inability to fully retain local legal counsel prevents it from addressing emerging threats,

including litigation, asset seizure, and compliance challenges with local authorities. In Libya, where the rule of law remains fragile, this lack of legal support leaves employees vulnerable to extrajudicial actions, arbitrary detention, legal penalties, or other repercussions stemming from unresolved financial obligations tied to Chemonics' operations. Without the ability to defend against these threats, personnel face escalating risks with no viable recourse.

5. Online rhetoric has significantly increased security risks for personnel across multiple countries. In Georgia, for example, the pro-Russian Prime Minister has publicly accused USAID of funding local NGOs to incite political unrest, spreading unfounded allegations that have fueled hostility toward USAID programs. Additionally, sensitive details, including the names of Chiefs of Party and project information, have been shared online, further endangering staff by exposing them to potential harassment, surveillance, or targeted threats. This escalating situation not only jeopardizes the safety of personnel but also undermines the organization's ability to maintain a secure presence in the country.

6. The inability to maintain office space and security infrastructure has put both organizational and U.S. government-owned assets at significant risk, particularly in high-crime environments such as West Africa, where burglaries and theft are prevalent. Reduced funding has forced security cutbacks, increasing the likelihood of break-ins, vandalism, and the theft of sensitive equipment and program-related data. The loss or compromise of these assets not only has financial and compliance implications but also exposes critical information to unauthorized actors, jeopardizing operations and damaging the reputations of both Chemonics and the U.S. government.

7. Following inflammatory and false statements by U.S. Representative Scott Perry alleging that USAID funds terrorist organizations, including Boko Haram, distribution

operations in Borno State, Nigeria, have been suspended due to escalating security concerns. These remarks have provoked immediate backlash, with Borno State elders publicly calling for USAID and all NGOs to leave the region, creating an operational environment too dangerous to continue activities. The Nigerian Senate has launched an investigation into these claims, amplifying tensions and increasing the risk of further regulatory and security challenges. Additionally, misleading media coverage within Nigeria has fueled local suspicion, despite official U.S. government denials and reassurances from the U.S. Ambassador that no credible evidence supports these allegations. Given the heightened hostility, the inability to access timely security intelligence following the cessation of Partner Liaison Security Operations (PLSO) activities, and the organization's limited capacity to respond to potential threats due to funding issues, continuing operations in Borno State would pose an unacceptable risk to staff, partners, and humanitarian efforts. As a result, all planned distributions in the region have been halted effective immediately.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 27, 2025.

                                                               James Butcher
                                                               President and CEO, Chemonics International, Inc.