## DECLARATION OF JANE DOE

I, Jane Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a senior staff member of Plaintiff the American Bar Association (ABA). In my role, I engage with individuals who have oversight responsibility for ABA grants.

3. On February 26, 2025, at approximately 1:36 p.m. I received a message from a contact, "K," an employee at the United States Department of State ("State Department") who has oversight responsibility for certain ABA grants.

4. K informed me via a secured channel that Secretary Marco Rubio "decided to blanket terminate all ABA awards." I called K immediately. The following is a summary of my call with K.

5. K informed me that all ABA awards in K's bureau or office (the "Bureau") had been reviewed and approved by the Bureau's executive office at the Deputy Assistant Secretary or Assistant Secretary level. The Bureau determined the awards to be aligned with the administration's priorities and met all the criteria to be continued. The Bureau submitted the list of reviewed and approved awards to the Secretary of State's Office.

6. After receiving the list of awards with the Bureau's approval, the Secretary of State ordered that every ABA award be terminated. This determination was not based on any assessment of the awards or on any review or recommendation made by the Grant Officer Representative (GOR), Grant Officer (GO), or any other staff who conducted a review of the awards.

1

7. K told me that on or about the evening of February 25, 2025, GORs/GOs in the Bureau received automated notifications that there had been changes made to awards in MyGrants, the centralized platform that assists Bureaus in the issuance and monitoring of federal assistance to award recipients. K stated that, because they had not initiated the changes, on the morning of February 26, 2025, the GORs/GOs began looking into the changes. GORs/GOs learned that on the evening of February 25, 2025, someone accessed the MyGrants award management system and queued awards for termination. K stated this type of action would be taken by Office of Acquisitions Management (AQM) staff, but AQM staff denied that it was AQM that queued the terminations in the MyGrants system, indicating the system was very likely accessed by someone outside the State Department. AQM staff informed the GORs/GOs that they had been told that all ABA awards would be terminated. At approximately 1:20 p.m. on February 26, 2025, the GORs/GOs were informed that the directive to terminate the awards had come directly from the Secretary of State's Office.

8. K stressed that from her understanding the blanket terminations of ABA awards may apply to all State Department awards to the ABA, not just the awards from K's Bureau.

9. K confirmed that ABA had not violated any terms of our awards from K's Bureau and that ABA's awards were in compliance with executive orders. There was no basis for termination.

10. On or about February 13, 2025, the Office of Foreign Affairs held a listening session and indicated that they would be seeking comments from the public and implementers. However, K stated that the review of the agreements was conducted by the GOR/GO and other State Department staff and at no time thereafter was there an effort or instruction to seek input from the public or send questions to implementers.

3

11. K reiterated to me that all of ABA's awards from K's Bureau had been approved through the executive office of the Bureau and were cleared to restart. K stated that it is K's opinion that, due to the timing of the Secretary of State's instruction to terminate all ABA awards hours after a Court order was issued ordering payment, the terminations are retaliation against the ABA. It was after this order was issued on February 25 that the awards were queued for termination in MyGrants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2025.

                                                                     */s/ Jane Doe*
                                                                     Jane Doe