Exhibit 2



**EXECUTIVE OFFICE OF THE PRESIDENT**
**OFFICE OF MANAGEMENT AND BUDGET**
**WASHINGTON, D.C. 20503**

February 26, 2025

BUDGET DATA REQUEST NO. 25-08

| | |
|---|---|
| MEMORANDUM FOR: | PROGRAM ASSOCIATE DIRECTORS<br>PROGRAM DEPUTY ASSOCIATE DIRECTORS<br>ALL DEPARTMENTS AND AGENCIES |
| FROM: | Office of Management and Budget |
| SUBJECT: | Agency Foreign Assistance Review (FAR) Data Call |
| DISTRIBUTION: | All RMOs. **This BDR should be shared with agencies.** |
| PURPOSE: | To assess alignment of the US Government's (USG) foreign assistance with the President's America First foreign policy, which requires that each dollar of foreign assistance makes America safer, stronger, and more prosperous. |
| AFFECTED OFFICES: | All Agencies that fund "foreign assistance" as defined in this BDR. |
| DUE DATE: | COB Monday, March 17, 2025 |
| KEY LINK: | go.max.gov/FARBDR |
| CONTACTS: | MBX.OMB.FARDataCall@omb.eop.gov |

**Background**: The United States foreign aid industry and bureaucracy must be aligned with American interests and promote American values. It is the policy of this Administration that all foreign assistance must make the American people safer, stronger, and more prosperous.
- **Safer:** Foreign assistance must prioritize the security of the American people by preventing threats before they reach U.S. borders, ensuring aid supports national defense, and promoting deterrence by preventing funds from benefiting hostile entities or emboldening adversaries.
- **Stronger:** Foreign assistance should strengthen America's global leadership by enhancing the nation's influence and competitiveness; promoting American sovereignty, exceptionalism, freedom, and liberty; increasing negotiating power; advancing America's interests on the world stage; and directly supporting U.S. national security and foreign policy objectives. A stronger America means prioritizing our national defense and economic independence; advancing resilient technology; securing our critical supply chains and natural resources; and building a world that respects freedom under law, advances sovereignty over globalism, and celebrates American leadership.
- **Prosperous:** Foreign assistance must promote American prosperity by advancing capitalism, markets that favor Americans, competition for American partnership, and economic self-reliance — not a global welfare mentality. Aid should secure exclusive partnerships, empower trade relationships that benefit U.S. businesses, strengthen American industries, protect American international investments, and create and prioritize opportunities for American workers. Taxpayer dollars must not fund dependency, socialism, or corrupt regimes that oppose free enterprise, or intervene in internal matters of another sovereign nation. A truly prosperous America prioritizes domestic growth, innovation, and economic strength over foreign handouts.

1

Pursuant to Executive Order 14169 (*Reevaluating and Realigning United States Foreign Aid*), under guidelines provided by the Secretary of State, in consultation with the Director of the Office of Management and Budget, this BDR launches the next stage of the Administration's Foreign Assistance Review (FAR).  Through this BDR, agencies are directed to collect relevant information and program determinations across USG foreign assistance programs conducted by the responsible department and agency heads.

**Action Required**:  OMB Resource Management Offices (RMOs) should forward this BDR to the appropriate point(s) of contact within Federal agencies.  Agencies should then identify for their RMO who will respond on behalf of their agency.

Agencies should first determine whether they fund foreign assistance programs, pursuant to the definition below.  If an agency does not have programs that meet the scope of this definition, they should email their OMB RMO point of contact, and be prepared to share information about that determination.

**For agencies with foreign assistance programs, this BDR has the following components:**

1) **Department and Agency Reviews, Including Outreach to Implementing Partners.**  Each Department and Agency should review their foreign assistance programs consistent with E.O. 11469 to ensure the activities carried out under these programs make America safer, stronger, and more prosperous.  As part of this review, each Department and Agency should facilitate outreach and coordination, as appropriate, with implementing partners to support this data call.  Please see [Attachment B](#) the for analysis required from implementing partners. Agencies are required to share with the Department of State and OMB the summary scores of the data review they conduct with their implementing partners.  The data that supports this score should be provided to the Department of State and OMB via the following mailboxes:  [FAR@state.gov](mailto:FAR@state.gov) and [MBX.OMB.FARDataCall@omb.eop.gov](mailto:MBX.OMB.FARDataCall@omb.eop.gov).  The data should be provided in a searchable format.

2) **Program Determinations.**  Each responsible Department and Agency head shall make a recommendation on whether to continue, modify, or cease each foreign assistance program.  This determination shall be based upon the review of each program that outlines how the program directly benefits American taxpayers, and how the program makes America stronger, safer and more prosperous.  As noted above, agencies shall conduct outreach to implementing partners, and record this information by program no later than March 17, 2025. Departments and Agencies should submit their information into OMB Collect ([go.max.gov/FARBDR](http://go.max.gov/FARBDR)) which will be available on Monday March 3, 2025.  See [Attachment A](#) for more information.

3) **Agency or Department Summary.**  In addition to the program determinations entered into OMB Collect, Departments and Agencies should also send a summary of their overarching foreign assistance activities to the [FAR@state.gov](mailto:FAR@state.gov) and [MBX.OMB.FARDataCall@omb.eop.gov](mailto:MBX.OMB.FARDataCall@omb.eop.gov) mailboxes.  To the maximum extent possible, these reports should be written in a manner that could be made available to the public.  OMB and State will provide guidance on when and how to make this information public.  See [Attachment C](#).

The foreign assistance review, as directed by E.O. 14169, is distinct and separate from the waiver review process managed by the Department of State, as well as any other Agency or Department led contract or grants review process.  Previously exempted categories and projects are part of this foreign assistance review, and Departments and Agencies will need to report on exempted as well as non-exempted categories and/or projects.  All Departments and Agencies should exercise full transparency with respect to providing information on original project descriptions and titles, as initially awarded and/or approved.

2

Based on the information collected through this BDR, the responsible Department and Agency heads, in consultation with the Director of OMB, will make recommendations **no later than April 20**, with concurrence of the Secretary of State. These recommendations will be presented to the President for final determinations.

For the purposes of this BDR, **Foreign Assistance is defined as follows:** *Foreign assistance means (i) any activity funded under Title 22 of the United States Code or any other Act of or Appropriation to a foreign country, international organization, nongovernmental organization, foreign national or other non-U.S. person or entity, including but not limited to any training, service, or technical advice, any item of real, personal, or mixed property, any agricultural commodity, United States dollars, loan guarantees or forgiveness, and any currencies of any foreign country which are owned by the United States government (ii) any assistance or support provided to, or received by, non-U.S. citizen, non U.S. person or entity; foreign non-governmental organization; or U.S. person or entity related to national security, foreign policy, defense, trade, development, and multilateral and humanitarian operations (iii) any federally funded, humanitarian assistance, security assistance, development assistance, intelligence assistance, political or economic assistance, grants, loans, or technical assistance of any kind, government-subsidized political risk insurance, or any other program that facilitates the transfer of resources from the United States government to another country, or to a foreign, international or multilateral organization (iv) the services or activities of any program or entity that enables, oversees, executes, administers, or authorizes allocation, disbursement, transfer, distribution, or provision of funds, services, or resources to a foreign government, foreign entity, international organization, multinational organization, nongovernmental organization, or any other entity or individual located outside the territorial boundaries of the United States. The term "United States Government" includes any agency, department, board, wholly or partly owned corporation, instrumentality, commission, or establishment of the United States government. The term "foreign country" includes any department, agency, independent establishment, or private entity of a foreign country.*

The Intelligence Community (IC) is exempt from providing information via OMB Collect (go.max.gov/FARBDR). However, if an IC Department and Agency head determines that this BDR applies, they should contact their RMO point of contact to respond to this BDR through appropriate classification channels to ensure proper security and compliance protocols.

If you have further questions about the instructions in this BDR, how to handle material non-public information, or questions contained in Attachment B, please contact FAR.inquiry@state.gov or MBX.OMB.FARDataCall@omb.eop.gov.

**Attachments**:
Attachment A—FAR Program Determinations: Data Elements Reported in OMB Collect (PDF)
Attachment B—Outreach to Implementing Partners (PDF)
Attachment C—Department and Agency Overview (PDF)

# Attachment A
## FAR Program Determinations: Data Elements Reported in OMB Collect

*OMB Collect Data Fields:* Agencies should provide, for each foreign assistance program they administer, this information below through OMB Collect go.max.gov/FARBDR which will be available on Monday March 3, 2025. For technical questions related to OMB Collect, please contact MAXSupport@max.gov.

Required Data Elements:

1. Department or Agency.
2. Bureau/component name.
3. Operating Unit or Agency Subcomponent or office.
4. Program Title.
5. Program Description. Very short (1-2 sentence) plain language summary of program.
6. Account name. This should tie to the Account for which funds are apportioned.
7. TAFS Number.
8. Region. Select from the dropdown list:
   1. Africa
   2. Asia
   3. Europe and Eurasia
   4. Middle East
   5. Latin America & Caribbean
   6. Global/Multi-Country Programs
9. United Nations. Please specify if funds go to a UN Agency. If Yes, please write-in UN Agency.
10. Country. If you selected Global in the preceding question, you may leave blank.
11. FY 2023 Actual obligation in support of the project or activity. Agencies should include funding levels for all programs as defined in the above definition.
12. FY 2024 Appropriated resources.
13. FY 2024 Unobligated balances.
14. Funding Type. Select from the dropdown list the type of funding.
    i. Grant-based assistance
    ii. Contract
    iii. Cooperative Agreement
    iv. Government to Government
    v. Interagency Agreement
    vi. Financing (e.g., loans, loan guarantees, equity, insurance, investment funds, etc.)
    vii. Non-financial interventions resulting in public or private finance mobilized (e.g. policy intervention, technical assistance)
    viii. Other

1

15. Sector. Select from the dropdown list the relevant sector:
    i. Energy
    ii. Global Health
    iii. Transport
    iv. Industry/Entrepreneurship
    v. Agriculture/Food Security
    vi. Education
    vii. Democracy, Human Rights, Rule of Law, and Religious Freedom
    viii. Humanitarian, water and sanitation
    ix. Security and Defense
    x. Other
16. Implementer (If interagency transfer, please note which agency is implementing)
17. Congressional Earmark or Directive.  Yes or No.
    1. If yes, please include citation.
18. SCORE from Implementing Partner Analysis Range is 0-180.
19. Determination on currently funded Programs (Drop Down)
    1. Continue
    2. Modify
    3. Phase out within 30 days
    4. Terminate
20. Funding Impacted by Determination. Include amount that would be continued, modified, or terminated.
21. Justification for Program Determination. Very short (3-5 sentence) plain language justification of recommended determination.

2

OMB CONTROL NO. 1405-0264
EXPIRATION DATE: 08-31-2025
ESTIMATED BURDEN: 30 MINUTES

**Attachment B**
**Outreach to Implementing Partners**

Each Department and Agency should consult with their implementing partners, as appropriate, to answer the following questions and develop a score that should be inputted into the data request and is used to support Department and Agency program determinations. If questions are sent directly to the implementing partners, please include the OMB Control Number and other information in the header of this attachment, and the Paperwork Reduction Act Statement at the bottom of this attachment.

Department and Agencies should submit summary data reflecting their outreach to implementing partners to FAR@state.gov and MBX.OMB.FARDataCall@omb.eop.gov in a data searchable file, no later than March 17, 2025.

For questions 1-24, If the partner answers Yes, the question should receive 5 points and 0 for no.
For Questions 25-36, please record 1-5 points based on the answer, with one being the lowest and five the highest. The highest possible score is 180. If N/A this will be listed as no points. The score or average of all implementing partners should be entered into the data base for each program account.

[Insert Name of Implementing Partner/Program].

1. Does your organization have a current risk management framework or policy? [yes/no]
   - If yes, please describe the framework or policy.

2. Can you confirm that your agency has not collaborated with, had any accusations or investigations of working with an entity on the terrorism watch list, cartels, narco/human traffickers, organized or groups that promote mass migration in the last ten years? [yes/no]
   - If no, what was the incident and the remediation?

3. Does your organization conduct regular counterterrorism vetting of its employees, sub-awardees, etc.? [yes/no]
   - If yes, please describe how.
   - If not, please explain why not.
   - Designating Cartels And Other Organizations As Foreign Terrorist Organizations And Specially Designated Global Terrorists

4. Does the project encourage partners to adopt policies and take action to respect their national sovereignty and culture, strengthen patriotic values, and reduce dependence on external institutions? [yes/no]

   - Explain.

5. Does your organization encourage free speech and encourage open debate and free sharing of information? [yes/no]
   1. If yes, please describe.

1

OMB CONTROL NO. 1405-0264
EXPIRATION DATE: 08-31-2025
ESTIMATED BURDEN: 30 MINUTES

6. Does your organization have a clear policy prohibiting any collaboration, funding, or support for entities that advocate or implement policies contrary to U.S. government interests, national security, and sovereignty? [yes/no]
   - If yes, please describe.
   - Reevaluating and Realigning United States Foreign Aid

7. Is your organization compliant with the latest Mexico City Policy? [yes/no]
   - Memorandum for the Secretary of State, the Secretary of Defense, the Secretary of Health and Human Services, the Administrator of the United States for International Development

8. Does your organization have an approach to transitioning projects off foreign assistance [yes/no]
   - If yes, what is that approach?
   - What percentage of programs have transitioned in the last 10 years?

9. Does this project demonstrate clear cost-effectiveness and take active measures to mitigate waste, fraud, and abuse? [yes/no]

   - Explain.
   - What is the project's overhead costs (indirect costs associated with managing and operating the project) in an approximate percentage?

10. Does your organization have an anti-trafficking policy? [yes/no]
    -  A National Emergency At The Southern Border Of The United States

11. Can you confirm that your organization does not work with entities associated with communist, socialist, or totalitarian parties, or any party that espouses anti-American beliefs?  [yes/no]

12. Does this project reinforce U.S. sovereignty by limiting reliance on international organizations or global governance structures (e.g., UN, WHO)? [yes/no]

13. Can you confirm that your organization has not received ANY funding from the PRC (including Confucius Institutes and/or partnered with Chinese state or non-state actors), Russia, Cuba, or Iran? [yes /no]
    - If your organization has received funding from these entities, please describe.
    - How does the organization track the parent company of potential funding sources to ensure no funding come from these entities?

14. Does this project directly contribute to limiting illegal immigration or strengthening U.S. border security?   [yes /no]
    1. If yes, please describe.

15. Can you confirm that this is no DEI project or DEI elements of the project? [yes /no]
    - Ending Radical and Wasteful Government DEI Programs And Preferencing 

16.  Can you confirm this is not a climate or "environmental justice" project or include such elements? [yes/no]

2

OMB CONTROL NO. 1405-0264  
EXPIRATION DATE: 08-31-2025  
ESTIMATED BURDEN: 30 MINUTES

- [Putting America First In International Environmental Agreements – The White House](#)

17. Does this project support U.S. energy independence or reduce global reliance on hostile countries for energy resources? [yes/no]

18. Does this project support lifesaving assistance? [yes/no]

19. Does this project take appropriate measures to protect women and to defend against gender ideology as defined in the below Executive Order? [yes/no]

    - [Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government](#)

20. Does this project take appropriate measures to protect children? [yes/no]

    - [Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government](#)

21. Does this project have burden sharing, cost sharing, or private investments? [yes/no]

22. Does this project create measurable benefits for U.S. domestic industries, workforce, or economic sectors? [yes/no]. If yes, please provide a short summary.

23. Does this project have a sustainability plan to ultimately transition away from foreign assistance within the next five years? [yes/no]. If yes, please provide a short summary.

24. Does this project fulfill a national security need that cannot be fulfilled without this entity? [yes/no] If yes, please provide a short summary of this national security need. Responses can be provided to the RMO point of contact at a higher classification, if required.

For questions below, if not applicable, list N/A. Use the following criteria to formulate your response:

1 – No Impact: The project does not contribute to the objective in any way.

2 – Minor Impact: The project has limited or indirect effect with minimal influence on achieving the objective.

3 – Neutral: The project's impact is conditional or relies on external factors or contingencies to have an effect.

4 – Moderate Impact: The project has a noticeable and positive influence on the objective, though not immediately significant or widespread.

5 – Major Impact: This has a direct, meaningful, and immediate effect, significantly advancing the objective.

   0    – Not applicable, and would receive a score of zero.

3

OMB CONTROL NO. 1405-0264
EXPIRATION DATE: 08-31-2025
ESTIMATED BURDEN: 30 MINUTES

25. How much does this project directly impact efforts to counter malign influence, including China? (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 - Not applicable)

- America First Trade Policy

26. What impact does this project have on preventing illegal immigration to the U.S.? (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 – Not applicable)

- Securing Our Borders

27. What impact does this project have on limiting the flow of fentanyl, synthetic drugs, and pre-cursor chemicals into the U.S.? (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 – Not applicable)

- Imposing Duties to Address the Flow of Illicit Drugs Across our Northern Borders

28. To what degree does this project directly impact U.S. health security, such as biological threats, pandemics, and foreign dependence on medical supplies? (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 – Not applicable)

29. To what extent does this project strengthen partner and ally security assistance by contributing to securing U.S. borders, protecting American sovereignty, and upholding national security? (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 – Not applicable)

30. Does this project directly impact transnational, organized and/or cybercrime, and drug and human trafficking to protect American lives and national security? (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 – Not applicable)

- Protecting The United States From Foreign Terrorists And Other National Security And Public Safety Threats

- Designating Cartels And Other Organizations As Foreign Terrorist Organizations And Specially Designated Global Terrorists – The White House

31. What impact does this project have on protecting religious minorities, promoting religious freedom, and combatting Christian prosecution?    (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 – Not applicable)

    1. Establishment of The White House Faith Office

    2. Eradicating Anti-Christian Bias

4

OMB CONTROL NO. 1405-0264
EXPIRATION DATE: 08-31-2025
ESTIMATED BURDEN: 30 MINUTES

32. What impact does this project have in increasing American influence, trust and reputation within foreign governments? (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 – Not applicable)

33. What impact does this project have in increasing American influence, trust and reputation among foreign publics? (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 – Not applicable)

34. What is the specific financial return of this project, including measurable dividends, cost benefit analysis, and economic impact?   (1 – 0, 2 – under 500,000, 3 – 500,000-999,999, 4 – 1M-1.5M, 5 – over 1.5M)

    - [America First Trade Policy](#)

35.  How much does this project bring in through cost-sharing / burden sharing? (1 – less than 500,000, 2 – 500,000-750,000, 3 – 750,001-999,999, 4 – 1M-1.5M, 5 – over 1.5M)

36. Does this project directly impact efforts to strengthen U.S. supply chains or secure rare earth minerals? (1 – No Impact, 2 – Minor Impact, 3 – Neutral, 4 – Moderate Impact, 5 – Major Impact, 0 – Not Applicable)

    - [National Energy Emergency](#)

PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number.

# Attachment C
# Department and Agency Overview

**Each Agency should answer the following questions and email responses to FAR@state.gov and MBX.OMB.FARDataCall@omb.eop.gov by no later than, March 17, 2025.**

1. Please provide Agency/Department Name.

2. Please provide, in summary narrative form, the scope of your department/agency's foreign assistance work, per above definition of foreign assistance.
    a. If funding this organization/entity directly supports a U.S. national security need, please include a summary detailing the support and national security implications. Responses can be provided to the RMO point of contact at a higher classification, if required.

3. What tools/mechanisms/approaches does your agency deploy in implementing foreign assistance (per above definition of foreign assistance)?

4. Please describe from what part of the appropriation and authorization does your organization/agency derive funding and from what accounts. Please include the appropriations and authorizing language.

5. What is the FY 2023 and the FY 2024 total dollar value of the foreign assistance portfolio of work, or first year in which your entity has full reporting (based on above definitions)? Please ensure that the program determinations included in the BDR tool match this number.

6. What is your key Administration strategic objectives to which foreign assistance is aligned?

    - One Voice for America's Foreign Relations – The White House

7. What metrics and measures, are key to assessing the performance and effectiveness of your programming?

8. Please provide a summary of recent GAO, OIG, or other audit findings related to financial and program management and how your agency has addressed or plans to.

9. What information technology infrastructure do you use to receive, collect, and analyze foreign assistance?

10. How does your organization/entity work towards cost savings; are there any specific cost savings examples or information you can provide?

11. Identify, with specificity, what programming/funding you would recommend be refined, reallocated, or discontinued to achieve better return on investment for the American people?

1

12. Has your organization/entity or its staff/principals been accused of fraud, waste, abuse, theft or mismanagement in the last 10 years?

13. Has your organization/entity or its contracted parties advocated for any censorship or fact-checking policy that might limit free speech, or a narrative supporting/criticizing a particular U.S. political party or taken a partisan viewpoint related to domestic U.S. politics?

14. Does your organization/entity seek to change the leadership of any country?

15. Does your organization/entity focus on shifting public opinion? If so, on what topic and in what direction?

16. Would cutting your organization/entity's funding directly endanger the lives of Americans? How?

17. Would cutting this entity's funding materially impact the economic well-being of Americans? How many and how much?

18. For those deemed "life-saving," is it demonstrable that the program would not be funded by some other means were the US to cease funding? Are relevant governments pulling their own weight to contribute to costs?

19. Does funding this entity strengthen the capabilities, finances, or position of any country, organization, or entity (even if reconstituted or renamed) known to be hostile to the United States or responsible for the deaths of any Americans anywhere in the world over the past decade?

20. Does funding this organization/entity directly support U.S. national security?  If yes, please provide a short summary of this national security need?  Responses can be provided to the RMO point of contact at a higher classification, if required.

21. Explain and quantify how funding this project directly benefits taxpayers more than if the U.S. government just left the taxpayers' money with the taxpayers.