IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion and for good cause shown, the Court GRANTS Plaintiffs' motion for leave to supplement the record.

**SO ORDERED.**

Dated: _____

_____
THE HONORABLE AMIR H. ALI
UNITED STATES DISTRICT JUDGE