IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report pursuant to the Court's order issued on March 7, 2025. The parties were not able to formulate a joint statement within the time provided and hence provide their separate statements as follows:

**PLAINTIFFS' STATEMENTS**

*AVAC*

Plaintiffs in AVAC have been able to submit requests for drawdown on letters of credit, reimbursements, and advances. At the time of filing, they have not received any funds in response to those requests.

***GHC***

As to letters of credit, one GHC individual Plaintiff (Management Sciences for Health) has advised counsel that it currently has access to letter-of-credit facilities and has made draws. Four additional GHC individual plaintiffs (Chemonics International, Inc.; DAI Global, LLC; Democracy International, Inc.; and the American Bar Association) have advised counsel that, since March 5, they have not received any payments on letters of credit and that it appears that their access to letter-of-credit facilities has not been restored. The remaining GHC individual Plaintiff (HIAS) does not have any awards funded through letters of credit.

As to invoices, the six GHC individual Plaintiffs have advised counsel that, collectively, since March 5, they have received payments on a total of 44 invoices in an aggregate amount of approximately $21.6 million. Furthermore, one GHC individual Plaintiff (DAI Global, LLC) has advised counsel that, shortly before this filing, it was notified of approximately 60 additional payments that it expects to receive on Monday.

The GHC Plaintiffs respectfully submit that access to letter-of-credit facilities should be restored immediately.

## DEFENDANTS' STATEMENT

1. Defendants stated in their report of March 6, 2025, that they overnight had certified approximately $70.3 million in additional payments to the Plaintiffs. In response to the Court's inquiry of March 6, 2025, Defendants examined their records and state that the amount they described reflected approximately 100 invoices. .

2. Defendants further state that as of March 7, 2025, overnight, they certified approximately $31.9 million in additional payments to the Plaintiffs.

3. The Court's order of March 7, 2025 asks for the parties' positions concerning a feasible timetable for "enabling letter of credit drawdown and reimbursement requests for

Plaintiffs and their members." In that regard, although LOC drawdowns differ in some technical respects from direct payments on grants and other foreign assistance awards, the feasible timeline for paying Plaintiffs for work completed prior to February 13, 2025 is the same as the timeline Defendants previously described. Regardless of the instrument or mechanism, review and verification is required before Defendants can certify payments for the past work. Accordingly, Defendants require approximately 10 business days to disburse LOC payment requests to Plaintiffs.

4. Insofar as Plaintiffs request access to particular systems concerning funds, Defendants require additional time to assess the feasibility of Plaintiffs' requests.

5. Defendants reiterate their jurisdictional objection any order of the Court requiring payment of specific amounts. *See* AVAC Doc. 49, at 14 ¶ 13 (Defs.' Statement).

| | |
|---|---|
| Dated: March 7, 2025 | Respectfully submitted,<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director<br><br>LAUREN A. WETZLER<br>Deputy Director<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director<br><br>*/s/ Indraneel Sur*<br>INDRANEEL SUR (D.C. Bar 978017)<br>Senior Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Phone: (202) 616-8488<br>Email: indraneel.sur@usdoj.gov<br><br>*Counsel for Defendants*<br><br><br>*/s/ Lauren E. Bateman*<br>Lauren E. Bateman (D.C. Bar 1047285)<br>Allison M. Zieve (D.C. Bar 424786)<br>Nicolas A. Sansone (D.C. Bar 1686810)<br>PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street, NW Washington, DC 20009<br>Tel: (202) 588-1000<br><br>*Counsel for Plaintiffs in Case No. 25-400* |

<u>/s/ Stephen K. Wirth</u>

William C. Perdue (D.C. Bar 995365)*
Sally L. Pei (D.C. Bar 1030194)
Samuel M. Witten (D.C. Bar 378008)
Stephen K. Wirth (D.C. Bar 1034038)
Dana Kagan McGinley (D.C. Bar 1781561)
Allison Gardner (D.C. Bar 888303942)
Daniel Yablon (D.C. Bar 90022490)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
stephen.wirth@arnoldporter.com
*application for admission pending

*Counsel for Plaintiffs in Case No. 25-402*