# Exhibit 1



# U.S. Department of State
## FEDERAL ASSISTANCE AWARD

| 1. Recipient Name | 2. Assistance Type: |
|---|---|
| AMERICAN BAR ASSOCIATION DBA AMERICAN BAR ASSOCIATION FUND FOR JUSTICE AND EDUCATION | ☐ Cooperative Agreement |
| **3. Address** | ☐ Fixed Amount Award |
| 1050 CONNECTICUT AVE., N.W., SUITE 400 WASHINGTON, DC 20036 USA | ☒ Grant |
| **4. Recipient POC:** AMERICAN BAR ASSOCIATION FUND FOR JUSTICE AND EDUC | ☐ Property Grant |
| Phone Number: . | |
| Email: . | ☐ Voluntary Contribution |

| 5. Type of Entity | 6. Unique Entity Identifier | 7. EIN/ TIN |
|---|---|---|
| U.S. Non-Profit Organization | D2KUZ2RYLJJ6 | ********** |
| **8. Assistance Listing Number** | **9. Statutory Authority for Assistance** | **10. Award Number** |
| 19.345 | Foreign Assistance Act | SAQMIP22GR0096 |
| **11. Period of Performance** | | **12. Amendment Number** |
| Start Date 2022-09-30    End Date 2025-02-26 | | M002 |
| **13. Accounting and Appropriation Data** | | **14. Funds Certified By** |
| 1900-2021-2022-19__1211210000-1051-DRL--2762-SAQMIP22GR0096-4121-------2022FDSTRIE7811-SAQMIP22GR0096-BHR-DR.1       $0.00 | | |

### Funding Distribution

| 15. | Total Prior Costs | New Costs | Total Cost |
|---|---|---|---|
| U.S. Share of Costs | $987,654.00 | $0.00 | $987,654.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $987,654.00 | $0.00 | $987,654.00 |

**16. Purpose of the Federal Award Activity**

This award has been terminated in alignment with an Executive Order or ALDAC.

**17. Specific Award Conditions**
☐ Attached

### Agreement

**The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.**

| 18a. Recipient Name  Olaide A Ogunsanya | 19a. Grants Officer Name  Olaide A Ogunsanya |
|---|---|
| **18b. Recipient Signature** | **19b. Grants Officer Signature** |
| *Olaide A Ogunsanya signed with consent of Administive: Termination per EO (electronically signed)* | *Olaide A Ogunsanya (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy) 2025-03-04 | 19c. Bureau/Office/Post OFC OF PROCUREMENT EXECUTIVE (A/OPE) | 19d. Date (dd-mmm-yyyy) 2025-03-04 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:



U.S. DEPARTMENT OF STATE
AWARD PROVISIONS

During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
- The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SAQMIP22GR0096

2) FEDERAL SHARE OF AWARD:

   $(USD)987,654.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:
      AMERICAN BAR ASSOCIATION (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Ensure fundamental freedoms by expanding and improving access to alternatives to incarceration for affected individuals residing in Bahrain.

      The Recipient shall carry out this award in accordance with its proposal dated 2022-08-10 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.
   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

      Unchanged.

4) CONTACT INFORMATION:

a. <u>Grants Officer:</u>

- Name: Olaide A. Ogunsanya
- Bureau/Mission: OFFICE OF ACQUISITION MANAGEMENT (A/LM/AQM/IP)
- Section:
- Address: ., .
- Telephone: 202.655.0002
- Email: OgunsanyaOA@state.gov

b. <u>Grants Officer Representative:</u>

- Name: Jeffrey Zimmer
- Bureau/Mission: BUREAU OF DEMOCRACY, HUMAN RIGHTS AND LABOR (DRL)
- Section:
- Address: ., .
- Telephone: 202. 256.7803
- Email: ZimmerJ@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
| --- | --- | --- | --- |
| a) Personnel | $0.00 | $159,889.00 | $159,889.00 |
| b) Fringe Benefits | $0.00 | $32,846.00 | $32,846.00 |
| c) Travel | $0.00 | $49,811.00 | $49,811.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $4,196.00 | $4,196.00 |
| f) Contractual | $0.00 | $43,038.00 | $43,038.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $0.00 | $425,893.00 | $425,893.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $715,673.00 | $715,673.00 |
| j) Indirect Costs | $0.00 | $271,981.00 | $271,981.00 |

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| k) US Share of Costs (Lines i-j) | $0.00 | $987,654.00 | $987,654.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

6) INDIRECT COSTS:

| Type | Rate (%) | Applicable to |
|---|---|---|
| Predetermined | 28.55 | International Grant Overhead - All Programs |
| Predetermined | 8.50 | Domestic Grant Overhead - All Programs |
| Predetermined | 16.25 | General & Administrative - All Programs |
| Predetermined | 25.62 | International Fringe Benefits - All Programs |
| Predetermined | 29 | Domestic Fringe Benefits - All Programs |

The base of application for the rate(s) above is defined in the Recipient's Negotiated Indirect Cost Rate Agreement dated 2022-06-16.

7) PRE-AWARD COSTS:

N/A

8) PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9) COST SHARING:

N/A

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of [2 CFR §200.332—Requirements for pass-through entities](#).

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a

reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2022-09-30 | 2022-09-30 | 2022-10-31 |
| 2022-10-01 | 2022-12-31 | 2023-01-30 |
| 2023-01-01 | 2023-03-31 | 2023-05-01 |
| 2023-04-01 | 2023-06-30 | 2023-07-31 |
| 2023-07-01 | 2023-09-30 | 2023-10-30 |
| 2023-10-01 | 2023-12-31 | 2024-01-30 |

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2024-01-01 | 2024-03-31 | 2024-04-30 |
| 2024-04-01 | 2024-06-30 | 2024-07-30 |
| 2024-07-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2025-01-01 | 2025-03-31 | 2025-04-30 |
| 2025-04-01 | 2025-04-30 | 2025-05-30 |
| 2022-09-30 | 2025-04-30 | 2025-08-28 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2022-09-30 | 2022-09-30 | 2022-10-31 |
| 2022-10-01 | 2022-12-31 | 2023-01-30 |
| 2023-01-01 | 2023-03-31 | 2023-05-01 |
| 2023-04-01 | 2023-06-30 | 2023-07-31 |
| 2023-07-01 | 2023-09-30 | 2023-10-30 |
| 2023-10-01 | 2023-12-31 | 2024-01-30 |
| 2024-01-01 | 2024-03-31 | 2024-04-30 |
| 2024-04-01 | 2024-06-30 | 2024-07-30 |
| 2024-07-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2025-01-01 | 2025-03-31 | 2025-04-30 |
| 2025-04-01 | 2025-04-30 | 2025-05-30 |
| 2022-09-30 | 2025-04-30 | 2025-08-28 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

<u>Performance Reports</u>:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

  N/A

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

The Department of State Standard Terms and Conditions for Federal Awards requires that materials produced under a federal award be marked appropriately to acknowledge the support of the Department of State. However, the Department of State has determined that for the purposes of this award, the Recipient is not required to publicly display Department of State and/or U.S. government branding and marking for materials produced under this award, nor insert the disclaimers required in the Standard Terms and Conditions.

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

  Unchanged.

16) SPECIFIC CONDITIONS:

  N/A

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

  N/A

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

Funds provided under this award are subject to Section 620M of the Foreign Assistance Act of 1961, as amended, a provision titled "Limitation on Assistance to Security Forces" (the "Leahy Amendment"). Subsection (a) of that provision states: "(a) In General.—No assistance shall be furnished under this Act [the Foreign Assistance Act] or the Arms Export Control Act to any unit of the security forces of a foreign country if the Secretary of State has credible information that such unit has committed a gross violations of human rights." Accordingly, none of the funds under this award may be used to provide training or other assistance to any unit or member of the security forces of a foreign country if the Department of State has credible information that such unit or individual has committed a gross violation of human rights.

In signing this award, the Recipient agrees to exercise due diligence to ensure compliance with the Leahy Amendment provision and Department of State policy, and to cooperate with the Department of State in implementation of the requirement.

The Department of State implements the Leahy Amendment requirement by vetting units or individuals proposed for training or other assistance to check for credible information of a gross violation of human rights by such units or individuals.

To facilitate Department of State vetting, the Recipient must provide the following information for proposed participants at least sixty (60) calendar days prior to commencing award activities. This information should be submitted to the U.S. embassy in the country where the award will be implemented in order to initiate Leahy vetting procedures:

Information needed: Full name, date of birth, country of birth, country of citizenship, gender, rank, title, and organizational affiliation. Please also include the activity and date that the activity will take place—if the person will participate throughout an extended program, please note the timeframe. Participant information should be submitted in the format attached.

Information required for "security forces" personnel: The above information is needed for each member of a foreign police or military unit (security forces, broadly defined) who will participate in any activity under this award. This includes both civilian and military employees of security forces participating in any activities funded under this award, including training, workshops or meetings, conferences, or other activities.

The Recipient must collaborate with the relevant U.S. embassy on a case-by-case basis to determine if the Leahy requirement applies to specific activities or proposed participants. Individuals who are not members of the security forces but who participate in activities under the award (e.g., politicians, academics, etc.) generally do not need to be vetted.

Submission Deadline: Each candidate must be cleared under Leahy vetting in advance of participation in activities funded under this award. The vetting process typically takes approximately one month, but may take longer if there are a large number of candidates or if issues arise. Thus, all information on proposed candidates must be received

by the embassy at least sixty (60) days in advance of the training event or other activity.

The Recipient agrees that it will not include any security forces candidate in training or other activities funded under this award until the Department of State advises that the candidate has cleared Leahy vetting and is approved for participation.

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20) PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

   N/A

21) PROCUREMENT OF "COVERED MATERIALS":

   N/A