# Exhibit 2



## U.S. Department of State
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>AMERICAN BAR ASSOCIATION DBA AMERICAN BAR ASSOCIATION FUND FOR JUSTICE AND EDUCATION | 2. Assistance Type:<br>■ Cooperative Agreement<br>☐ Fixed Amount Award<br>☐ Grant<br>☐ Property Grant<br>☐ Voluntary Contribution |
|---|---|
| 3. Address<br>1050 CONNECTICUT AVE., N.W., SUITE 400<br>WASHINGTON, DC<br>20036<br>USA | |
| 4. Recipient POC: AMERICAN BAR ASSOCIATION FUND FOR JUSTICE AND EDUC<br>Phone Number: 202/662-1988<br>Email: Vladimir.Gurin@americanbar.org | |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>D2KUZ2RYLJJ6 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.801 | 9. Statutory Authority for Assistance<br>Foreign Assistance Act | 10. Award Number<br>SLMAQM21CA3035 |
| 11. Period of Performance<br>Start Date 2021-01-19     End Date 2025-02-26 | | 12. Amendment Number<br>M003 |
| 13. Accounting and Appropriation Data<br>1900-2020-2021-19720110370022-1001-S--2101-SLMAQM21CA3035-4122--010140-----2021FDSTRWI3725-SLMAQM21CA3035-TX9-DR.2      $0.00 | | 14. Funds Certified By |

### Funding Distribution

| 15. | Total Prior Costs | New Costs | Total Cost |
|---|---|---|---|
| U.S. Share of Costs | $4,937,500.00 | $0.00 | $4,937,500.00 |
| Recipient Share of Costs | $246,875.00 | $0.00 | $246,875.00 |
| Total Costs | $5,184,375.00 | $0.00 | $5,184,375.00 |

| 16. Purpose of the Federal Award Activity |
|---|
| This award has been terminated in alignment with an Executive Order or ALDAC. |

| 17. Specific Award Conditions<br>☐ Attached |
|---|

### Agreement

**The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.**

| 18a. Recipient Name  Olaide A Ogunsanya | 19a. Grants Officer Name  Olaide A Ogunsanya |
|---|---|
| 18b. Recipient Signature<br><br>*Olaide A Ogunsanya signed with consent of Grants Officer:*<br>*Terminated per EO (electronically signed)* | 19b. Grants Officer Signature<br><br>*Olaide A Ogunsanya (electronically signed)* |

| 18c. Title | 18d. Date (dd-mmm-yyyy)<br>2025-03-06 | 19c. Bureau/Office/Post<br>OFC OF PROCUREMENT EXECUTIVE (A/OPE) | 19d. Date (dd-mmm-yyyy)<br>2025-03-06 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here: