Exhibit 5



# U.S. Department of State
## FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>AMERICAN BAR ASSOCIATION DBA AMERICAN BAR ASSOCIATION FUND FOR JUSTICE AND EDUCATION | 2. Assistance Type: |
|---|---|
| 3. Address<br>1050 CONNECTICUT AVE., N.W., SUITE 400<br>WASHINGTON, DC<br>20036<br>USA | ☐ Cooperative Agreement<br>☐ Fixed Amount Award<br>☒ Grant<br>☐ Property Grant<br>☐ Voluntary Contribution |
| 4. Recipient POC: Irina Goldberg<br>Phone Number: 202 662 1964<br>Email: Irina.Goldberg@americanbar.org | |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>D2KUZ2RYLJJ6 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.345 | 9. Statutory Authority for Assistance<br>Foreign Assistance Act | 10. Award Number<br>SAQMIP24GR5123 |
| 11. Period of Performance<br>Start Date 2024-09-30    End Date 2025-03-01 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>1900-2023-2024-19723410370013-1051-DRL-2762--SAQMIP24GR5123-4121--018102-----2024FDSTRIE7813-SAQMIP24GR5123-MMR-DR.6     $0.00 | | 14. Funds Certified By |

### Funding Distribution

| 15. | Total Prior Costs | New Costs | Total Cost |
|---|---|---|---|
| U.S. Share of Costs | $1,500,000.00 | $0.00 | $1,500,000.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $1,500,000.00 | $0.00 | $1,500,000.00 |

| 16. Purpose of the Federal Award Activity |
|---|
| This award has been terminated in alignment with an Executive Order or ALDAC. |

| 17. Specific Award Conditions |
|---|
| ☐ Attached |

### Agreement

**The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.**

| 18a. Recipient Name Chenique C Lofton | 19a. Grants Officer Name Chenique C Lofton |
|---|---|
| 18b. Recipient Signature<br>*Chenique C Lofton signed with consent of Grants Officer (electronically signed)* | 19b. Grants Officer Signature<br>*Chenique C Lofton (electronically signed)* |
| 18c. Title | 18d. Date (dd-mmm-yyyy)<br>2025-03-05 | 19c. Bureau/Office/Post<br>OFC OF PROCUREMENT EXECUTIVE (A/OPE) | 19d. Date (dd-mmm-yyyy)<br>2025-03-05 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:



U.S. DEPARTMENT OF STATE
AWARD PROVISIONS

During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
- The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SAQMIP24GR5123

2) FEDERAL SHARE OF AWARD:

   $(USD)1,500,000.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   1. Purpose:

      AMERICAN BAR ASSOCIATION (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

      Support human rights defenders and pro-democracy activists to document human rights abuses, pursuing advocacy and accountability while providing psychosocial support to survivors.

      The Recipient shall carry out this award in accordance with its proposal dated 2024-05-03 and any revisions to which both parties agree to in writing.

      The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

   2. Objectives and Expected Outcomes: The Recipient agrees to perform the program and meet the specific objectives below:

      Objective 1- Local civil society members and individual documenters are able to conduct credible, professional, and trauma-informed investigation and documentation of human rights violations and abuses to promote justice for victims, hold perpetrators accountable, and serve as the basis for advocacy

to prevent future atrocities.

Outcome 1.1: Increased knowledge and skills of HRDs in human rights documentation.

Outcome 1.2: Enhanced collaboration and partnerships among HR documenters and local authorities.

Outcome 1.3: Human rights documenters and CSOs demonstrate improved capabilities in documenting, verifying, analyzing, and reporting on human rights abuses to enhance accountability and promote justice.

Objective 2: Civil society collaboration and engagement in support of the mandate of the Independent Investigative Mechanism for Myanmar (IIMM) and international and/or domestic accountability processes is enhanced.

Outcome 2.1: Increased awareness, understanding, and support for addressing human rights issues in Burma among international and regional stakeholders

Objective 3: Key stakeholders engaged in Burma's transitional justice process, including civil society, youth, victim and survivor groups, strengthen their understanding of and coordination on concepts related to international justice and accountability processes and mechanisms and effectively develop and deliver a domestically led justice agenda.

Outcome 3.1: Enhanced participants' understanding of international justice and accountability processes and principles.

Outcome 3.2: Enhanced resilience and healing among victims and survivors from conflict-affected communities.

Objective 4: Civil society preserves, catalogues, and analyzes different types of documentation of past and ongoing human rights violations and abuses in a systematic and secure manner while ensuring that it is useful to current and future transitional justice processes.

Outcome 4.1: Established Distributable platform for HR documentation.

Objective 5: Civil society, human rights defenders, and survivors and their families' resilience is strengthened while seeking to further truth, justice and accountability for past and present human rights violations and abuses.

Outcome 5.1: Enhanced individual coping mechanisms among beneficiaries.

Outcome 5.2: Increased capacity among HRDs in providing psychosocial support (PSS) to individuals affected by human rights violations.

4) CONTACT INFORMATION:

   a. <u>Grants Officer:</u>

      - Name: Christine Arroyo
      - Bureau/Mission: A/OPE/AQM/IP
      - Section:

- Address: 1200 Wilson Blvd, 22209
- Telephone: (202) 990 0934
- Email: arroyoce@state.gov

    b.   <u>Grants Officer Representative:</u>

- Name: Sonia Desai
- Bureau/Mission: Department of State - Democracy, Human Rights, and Labor
- Section:
- Address: SA-1, *
- Telephone: (202) 341 5558
- Email: DesaiS@state.gov

## 5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $334,980.00 | $334,980.00 |
| b) Fringe Benefits | $0.00 | $44,889.00 | $44,889.00 |
| c) Travel | $0.00 | $64,269.00 | $64,269.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $5,290.00 | $5,290.00 |
| f) Contractual | $0.00 | $781,537.00 | $781,537.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $0.00 | $27,998.00 | $27,998.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $1,258,963.00 | $1,258,963.00 |
| j) Indirect Costs | $0.00 | $241,037.00 | $241,037.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $1,500,000.00 | $1,500,000.00 |
| l) Recipient Share of Costs | $0.00 | $0.00 | $0.00 |

## 6) INDIRECT COSTS:

| Type | Rate (%) | Applicable to |
|---|---|---|
| Predetermined | 29 | Direct Labor Overhead-Effective 9/1/2024-8/31/2025 |
| Predetermined | 13.34 | General and Administrative-Effective 9/1/2024-8/31/2025 |

The base of application for the rate(s) above is defined in the Recipient's Negotiated Indirect Cost Rate Agreement dated 2024-06-13.

7)  PRE-AWARD COSTS:

N/A

8)  PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9)  COST SHARING:

N/A

10)  SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of [2 CFR §200.332—Requirements for pass-through entities](#).

11)  PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: [https://pms.psc.gov/](https://pms.psc.gov/)

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12)  REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be

signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Program reports must communicate, when applicable, progress toward achieving program objectives as included in section 3 of this award in a measurable way, referencing specific objectives, indicators, and activities. Reports should share lessons learned, information on improving program outcomes, and how to foster the adoption of promising practices.

Performance Reports Additional Requirements:

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
| --- | --- | --- |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2025-01-01 | 2025-03-31 | 2025-04-30 |
| 2025-04-01 | 2025-06-30 | 2025-07-30 |
| 2025-07-01 | 2025-09-30 | 2025-10-30 |
| 2025-10-01 | 2025-12-31 | 2026-01-30 |
| 2026-01-01 | 2026-03-31 | 2026-04-30 |
| 2026-04-01 | 2026-06-30 | 2026-07-30 |
| 2026-07-01 | 2026-09-30 | 2026-10-30 |
| 2024-09-30 | 2026-09-30 | 2027-01-28 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
| --- | --- | --- |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2025-01-01 | 2025-03-31 | 2025-04-30 |

| Report Range Start | Report Range End | Due Date |
| --- | --- | --- |
| 2025-04-01 | 2025-06-30 | 2025-07-30 |
| 2025-07-01 | 2025-09-30 | 2025-10-30 |
| 2025-10-01 | 2025-12-31 | 2026-01-30 |
| 2026-01-01 | 2026-03-31 | 2026-04-30 |
| 2026-04-01 | 2026-06-30 | 2026-07-30 |
| 2026-07-01 | 2026-09-30 | 2026-10-30 |
| 2024-09-30 | 2026-09-30 | 2027-01-28 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information relating financial data and accomplishments to performance goals and objectives;
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13)  SUBSTANTIAL INVOLVEMENT:

    N/A

14)  WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

The Department of State Standard Terms and Conditions for Federal Awards requires that materials produced under a federal award be marked appropriately to acknowledge the support of the Department of State. However, the Department of State has determined that for the purposes of this award, the Recipient is not required to publicly display Department of State and/or U.S. government branding and marking for materials produced under this award, nor insert the disclaimers required in the Standard Terms and Conditions.

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

  a. This award has been deemed Sensitive and is not subject to prime or sub-recipient reporting under the Federal Funding Accountability and Transparency Act (FFATA).

b. None of the funds awarded under this agreement may be made available for sub-awards, direct financial support, or otherwise used to provide any payment or transfer to United Nations Relief and Works Agency (UNRWA).

c. Within 10 days of discovery, the Recipient must submit in writing to the GO significant events or challenges that not otherwise outlined in 2 CFR 200.308, but may negatively impact award implementation or perception. Notification should include proposed corrective action plan, when appropriate. Examples of events or challenges may include but are not limited to things such as data security breaches, natural disasters in activity sites, or claims or filing of discrimination or harassment by staff or participants.

d. The GOR/PO reserve the right to request any additional programmatic and/or financial program information during the award period.

e. Subject to authorization, the Recipient is authorized to incur costs exclusively related to final reporting and financial reconciliation during the close-out period. This includes Recipient and sub-recipient staff time in writing, editing, collecting final reporting information; issuing final payments to vendors for services rendered during the period of performance; final payments to subrecipients for expenses incurred during the period of performance or in connection with close-out efforts consistent with the above.

16) SPECIFIC CONDITIONS:

   N/A

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19) REPORTING TAXES ON FOREIGN ASSISTANCE FUNDS:

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 — 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.

20)  PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT

　　N/A

21)  PROCUREMENT OF "COVERED MATERIALS":

　　N/A