# Exhibit 6



# U.S. Department of State
## FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>AMERICAN BAR ASSOCIATION DBA AMERICAN BAR ASSOCIATION FUND FOR JUSTICE AND EDUCATION | 2. Assistance Type:<br>☐ Cooperative Agreement<br>☐ Fixed Amount Award<br>☒ Grant<br>☐ Property Grant<br>☐ Voluntary Contribution |
|---|---|
| 3. Address<br>1050 CONNECTICUT AVE., N.W., SUITE 400<br>WASHINGTON, DC<br>20036<br>USA | |
| 4. Recipient POC: AMERICAN BAR ASSOCIATION FUND FOR JUSTICE AND EDUC<br>Phone Number: 202/662-1988<br>Email: Ginna.anderson@americanbar.org | |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>D2KUZ2RYLJJ6 | 7. EIN/ TIN<br>********** |
| 8. Assistance Listing Number<br>19.345 | 9. Statutory Authority for Assistance<br>Foreign Assistance Act | 10. Award Number<br>SLMAQM21GR3095 |
| 11. Period of Performance<br>Start Date 2021-06-24   End Date 2025-03-04 | | 12. Amendment Number<br>M006 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

### Funding Distribution

| 15. | Total Prior Costs | New Costs | Total Cost |
|---|---|---|---|
| U.S. Share of Costs | $11,417,683.00 | $0.00 | $11,417,683.00 |
| Recipient Share of Costs | $1,012,833.00 | $0.00 | $1,012,833.00 |
| Total Costs | $12,430,516.00 | $0.00 | $12,430,516.00 |

**16. Purpose of the Federal Award Activity**
This award is amended to terminate as of 3/4/2025 in accordance with the termination notice sent on 3/1/2025.

**17. Specific Award Conditions**
☐ Attached

### Agreement

The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions.

| 18a. Recipient Name  Rachel Cook | 19a. Grants Officer Name  Rachel Cook |
|---|---|
| 18b. Recipient Signature<br>*Rachel Cook signed with consent of Per A/GA/FA Instruction (electronically signed)* | 19b. Grants Officer Signature<br>*Rachel Cook (electronically signed)* |
| 18c. Title<br>Grants Officer | 18d. Date (dd-mmm-yyyy)<br>2025-03-05 | 19c. Bureau/Office/Post<br>OFC OF PROCUREMENT EXECUTIVE (A/OPE) | 19d. Date (dd-mmm-yyyy)<br>2025-03-05 |

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2020-2021-19__0111210000-1051-DRL--2762-SLMAQM21GR3095-4121-------2021FDSTRIE7811-SLMAQM21GR3095-TX9-DR.1 | $0.00 |
| 1900-2021-2022-19721210370013-1051-DRL--2762-SLMAQM21GR3095-4121-------2022FDSTRIE7813-SLMAQM21GR3095-TX9-DR.1 | $0.00 |
| 1900-2022-2023-19722310370013-1051-DRL--2762-SLMAQM21GR3095-4121-------2023FDSTRIE7813-SLMAQM21GR3095-TX9-DR.1 | $0.00 |
| 1900-2022-2023-19__2311210000-1051-DRL--2762-SLMAQM21GR3095-4121-------2023FDSTRIE7811-SLMAQM21GR3095-TX9-DR.1 | $0.00 |
| 1900-2023-2024-19723410370013-1051-DRL-2762--SLMAQM21GR3095-4121--018102-----2024FDSTRIE7813-SLMAQM21GR3095-TX9-DR.1 | $0.00 |
| 1900-2023-2024-19__3411210000-1051-DRL-2762--SLMAQM21GR3095-4121--018102-----2024FDSTRIE7811-SLMAQM21GR3095-TX9-DR.1 | $0.00 |



U.S. DEPARTMENT OF STATE
AWARD PROVISIONS

During the period of performance, the Recipient must comply with:

- The Award Provisions below
- The Department of State Standard Terms and Conditions for Federal Awards, which are incorporated by reference and made part of this Federal Award. Electronic copies containing the complete text are available at:https://www.state.gov/about-us-office-of-the-procurement-executive/
- The applicable sections of 2 CFR §200 and 2 CFR §600 and
- All assurances and certifications made during the application process.

1) FEDERAL AWARD IDENTIFICATION NUMBER (FAIN):

   SLMAQM21GR3095

2) FEDERAL SHARE OF AWARD:

   $(USD)11,417,683.00

3) PURPOSE AND OBJECTIVES OF AWARD:

   a. Purpose:

   AMERICAN BAR ASSOCIATION (hereinafter referred to as the Recipient), is hereby provided a federal award, the purpose of which is to:

   Mobilize the global legal profession to protect and enable at-risk human rights defenders. The Program defends activists, journalists, and advocates against frivolous criminal charges and other barriers to human rights work, including onerous registration requirements and foreign-funding restrictions. It also supports efforts to secure accountability for violence and other threats against defenders by both public and private sector actors.

   The cost extension will allow ABA to continue to provide expertise, strategic litigation and pro bono services to at-risk human rights defenders, enabling them to continue their vital work. $2,713,368 will be the overall operating budget, including $246,669 to expand JD's media specific related work. An additional, $750,000 will be for JD's labor specific work, totaling $3,463,368. JD has also included a $300,333 cost share.

   The Recipient shall carry out this award in accordance with its proposal dated 2024-06-25 and any revisions to which both parties agree to in writing.

The Recipient's proposal and any subsequent negotiated revisions are hereby incorporated by reference.

b. <u>Objectives and Expected Outcomes:</u> The Recipient agrees to perform the program and meet the specific objectives below:

See attached revised Statement of Work (SOW).

4) CONTACT INFORMATION:

   a. <u>Grants Officer:</u>

   - Name: Rachel Cook
   - Bureau/Mission/Section: OFFICE OF ACQUISITION MANAGEMENT (A/LM/AQM)
   - Address: 1701 N. FT MYER DR
   RM 1802, 22209
   - Telephone: 202-255-4531
   - Email: COOKR1@state.gov

   b. <u>Grants Officer Representative:</u>

   - Name: Katherine Georgett
   - Bureau/Mission/Section: BUREAU OF DEMOCRACY, HUMAN RIGHTS AND LABOR (DRL)
   - Address: *, *
   - Telephone: 202-417-4143
   - Email: GeorgettKA@state.gov

5) AUTHORIZED BUDGET SUMMARY:

Unless otherwise stipulated, funds provided under this award may only be expended on authorized activities which take place during the period of performance.

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| a) Personnel | $0.00 | $4,483,894.00 | $4,483,894.00 |
| b) Fringe Benefits | $0.00 | $1,329,093.00 | $1,329,093.00 |
| c) Travel | $0.00 | $410,838.00 | $410,838.00 |
| d) Equipment | $0.00 | $0.00 | $0.00 |
| e) Supplies | $0.00 | $6,145.00 | $6,145.00 |

| Budget Category | New Costs | Prior Costs | Total Costs |
|---|---|---|---|
| f) Contractual | $0.00 | $1,096,556.00 | $1,096,556.00 |
| g) Construction | $0.00 | $0.00 | $0.00 |
| h) Other Direct Costs | $0.00 | $1,660,000.00 | $1,660,000.00 |
| i) Total Direct Costs (Lines a-h) | $0.00 | $8,986,526.00 | $8,986,526.00 |
| j) Indirect Costs | $0.00 | $2,431,157.00 | $2,431,157.00 |
| k) US Share of Costs (Lines i-j) | $0.00 | $11,417,683.00 | $11,417,683.00 |
| l) Recipient Share of Costs | $0.00 | $1,012,833.00 | $1,012,833.00 |

6) INDIRECT COSTS:

| Type | Rate (%) | Applicable to |
|---|---|---|
| Predetermined | 25.62 | International Fringe Benefits |
| Predetermined | 8.5 | Domestic Overhead |
| Predetermined | 28.55 | International Overhead |
| Predetermined | 29 | Domestic Fringe Benefits |
| Predetermined | 16.25 | G&A |

The base of application for the rate(s) above is defined in the Recipient's Negotiated Indirect Cost Rate Agreement dated 2022-06-16.

7)  PRE-AWARD COSTS:

N/A

8)  PROGRAM INCOME:

Deduction: Any program income earned by the Recipient as a result of this award and during the period of performance must be deducted from the total allowable costs in order to determine the net allowable costs for the award.

9)  COST SHARING:

It is understood and agreed that the Recipient must provide the minimum amount of cost sharing as stipulated in the Recipient's approved budget.  Cost sharing may be in the form of allowable direct or indirect costs.  The Recipient

must maintain written records to support all allowable costs which are claimed as being its contribution. Such records are subject to audit. In the event the Recipient does not provide the minimum amount of cost sharing as stipulated in the Recipient's approved budget, the Department of State's contribution may be reduced in kind.

10) SUBRECIPIENTS:

Subawards not included in the Recipient's approved budget must be submitted to the Grants Officer prior to execution in order to determine cost allowability.

All subawards must comply with the requirements of 2 CFR §200.331—Requirements for pass-through entities. Upon issuing a subaward, the Recipient is required to submit an executed copy to the Grants Officer.

11) PAYMENTS:

Payments under this award will be made through the U.S. Department of Health and Human Services (HHS) Payment Management System (PMS). Unless otherwise stipulated, the Recipient may request payments on a reimbursement or advance basis. Instructions for requesting payments are available at: https://pms.psc.gov/

Advance payments must be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the Recipient in carrying out the purpose of this award. The timing and amount of advance payments must be as close as is administratively feasible to the actual disbursements by the Recipient for direct program or project costs and the proportionate share of any allowable indirect costs.

Failure to comply with the terms and conditions of this award may result in payment delays.

12) REPORTING AND MONITORING:

The Recipient is required to submit Quarterly performance and Quarterly financial reports. All reports must be signed and certified by an authorized representative of the Recipient organization. All performance progress reports must indicate the Federal Award Identifying Number (FAIN), period of performance, reporting period end date, reporting frequency (quarterly, interim, semi-annual, annual, final) and include a detailed description of program progress.

Reports are due 30 days after the end of a reporting period and in accordance with the schedule below. A final program and financial report is due 120 calendar days after the period of performance end date. Failure to comply with these reporting requirements may jeopardize the Recipient's eligibility for future awards and/or delays in payments.

Performance Progress Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
| --- | --- | --- |
| 2021-06-24 | 2021-06-30 | 2021-07-30 |
| 2021-06-24 | 2025-03-04 | 2025-07-04 |

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2021-07-01 | 2021-09-30 | 2021-11-01 |
| 2021-10-01 | 2021-12-31 | 2022-01-31 |
| 2022-01-01 | 2022-03-31 | 2022-05-02 |
| 2022-04-01 | 2022-06-30 | 2022-08-01 |
| 2022-07-01 | 2022-09-30 | 2022-10-31 |
| 2022-10-01 | 2022-12-31 | 2023-01-30 |
| 2023-01-01 | 2023-03-31 | 2023-05-01 |
| 2023-04-01 | 2023-06-30 | 2023-07-31 |
| 2023-07-01 | 2023-09-30 | 2023-10-30 |
| 2023-10-01 | 2023-12-31 | 2024-01-30 |
| 2024-01-01 | 2024-03-31 | 2024-04-30 |
| 2024-04-01 | 2024-06-30 | 2024-07-30 |
| 2024-07-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2025-01-01 | 2025-03-04 | 2025-04-04 |

Financial Report Schedule Quarterly

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2021-06-24 | 2021-06-30 | 2021-07-30 |
| 2021-06-24 | 2025-03-04 | 2026-07-04 |
| 2021-07-01 | 2021-09-30 | 2021-11-01 |
| 2021-10-01 | 2021-12-31 | 2022-01-31 |
| 2022-01-01 | 2022-03-31 | 2022-05-02 |
| 2022-04-01 | 2022-06-30 | 2022-08-01 |

| Report Range Start | Report Range End | Due Date |
|---|---|---|
| 2022-07-01 | 2022-09-30 | 2022-10-31 |
| 2022-10-01 | 2022-12-31 | 2023-01-30 |
| 2023-01-01 | 2023-03-31 | 2023-05-01 |
| 2023-04-01 | 2023-06-30 | 2023-07-31 |
| 2023-07-01 | 2023-09-30 | 2023-10-30 |
| 2023-10-01 | 2023-12-31 | 2024-01-30 |
| 2024-01-01 | 2024-03-31 | 2024-04-30 |
| 2024-04-01 | 2024-06-30 | 2024-07-30 |
| 2024-07-01 | 2024-09-30 | 2024-10-30 |
| 2024-10-01 | 2024-12-31 | 2025-01-30 |
| 2025-01-01 | 2025-03-04 | 2025-04-04 |

Financial Reports:

All financial reports must be submitted using form SF-425—Federal Financial Report. Financial reports shall be completed in the Payment Management system. Instructions for completing the SF-425 in PMS are available at: https://pms.psc.gov/.

Financial Reports completed in PMS must also be downloaded and submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

Performance Reports:

As appropriate, performance reports must contain:

- A comparison of actual accomplishments to the objectives of the federal award established for the period. This should include information on how costs are tied to accomplishments.
- The reasons why established goals were not met; and
- Additional pertinent information including an analysis and explanation of cost overruns or high unit costs.

Performance Reports must be submitted to the Grants Officers and Grants Officer Representative via SAMS Portal.

The Recipient acknowledges that the Department of State may make site visits as determined by the Grants Officer.

13) SUBSTANTIAL INVOLVEMENT:

   N/A

14) WAIVER OF ACKNOWLEDGMENT OF DEPARTMENT OF STATE SUPPORT AND BRANDING AND MARKING REQUIREMENTS:

The Department of State Standard Terms and Conditions for Federal Awards requires that materials produced under a federal award be marked appropriately to acknowledge the support of the Department of State. However, the Department of State has determined that for the purposes of this award, the Recipient is not required to publicly display Department of State and/or U.S. government branding and marking for materials produced under this award, nor insert the disclaimers required in the Standard Terms and Conditions.

15) ADDITIONAL BUREAU/POST SPECIFIC REQUIREMENTS:

  Additional Bureau Specific Requirements are unchanged.

16) SPECIFIC CONDITIONS:

   N/A

17) SPECIAL PROVISION FOR PERFORMANCE IN A DESIGNATED COMBAT AREA:

   N/A

18) STATE DEPARTMENT LEAHY AMENDMENT VETTING REQUIREMENTS:

   N/A

19) PROTECTING LIFE IN GLOBAL HEALTH ASSISTANCE:

   N/A

20) REPORTING TAXES ON FOREIGN FUNDS

The Recipient is required to submit a report detailing foreign taxes assessed under this award during the prior U.S. Government fiscal year (10/01 - 09/30). The report must be submitted to the Grants Officer on an annual basis by February 15. The Recipient should submit an updated report if the foreign government reimburses the Recipient for any of the taxes reported in a previous report. The report must include the Recipient's name, contact information, award number, and the amount of foreign taxes assessed by a foreign government.

Taxes to be reported include value-added taxes and customs duties assessed by each foreign government receiving foreign assistance under this award (listed separately) on any purchase of goods or services of $500 or more or any other tax that is assessed in an amount of $100 or more on United States foreign assistance funds under this award. The Recipient is not required to report on individual income taxes assessed to local staff or any taxes assessed by a

third-party foreign government, which is not a beneficiary of the foreign assistance funds used to finance this award.