Exhibit 8



**U.S. Department of State**
# FEDERAL ASSISTANCE AWARD

| 1. Recipient Name<br>AMERICAN BAR ASSOCIATION DBA AMERICAN BAR ASSOCIATION FUND FOR JUSTICE AND EDUCATION | 2. Assistance Type: |
|---|---|
| 3. Address<br>1050 CONNECTICUT AVE., N.W., SUITE 400<br>WASHINGTON, DC<br>20036<br>USA | ☐ Cooperative Agreement<br><br>☐ Fixed Amount Award<br><br>☑ Grant |
| 4. Recipient POC: VLADIMIR GURIN<br>Phone Number: 2026621988<br>Email: Vladimir.Gurin@americanbar.org | ☐ Property Grant<br><br>☐ Voluntary Contribution |

| 5. Type of Entity<br>U.S. Non-Profit Organization | 6. Unique Entity Identifier<br>D2KUZ2RYLJJ6 | 7. EIN/ TIN<br>********** |
|---|---|---|
| 8. Assistance Listing Number<br>19.701 | 9. Statutory Authority for Assistance<br>Foreign Assistance Act | 10. Award Number<br>SAQMIP24GR5178 |
| 11. Period of Performance<br>Start Date  2024-09-30    End Date  2025-02-26 | | 12. Amendment Number<br>M001 |
| 13. Accounting and Appropriation Data<br>See following page | | 14. Funds Certified By |

| Funding Distribution | | | |
|---|---|---|---|
| 15. | Total Prior Costs | New Costs | Total Cost |
| U.S. Share of Costs | $1,291,563.00 | $0.00 | $1,291,563.00 |
| Recipient Share of Costs | $0.00 | $0.00 | $0.00 |
| Total Costs | $1,291,563.00 | $0.00 | $1,291,563.00 |

**16. Purpose of the Federal Award Activity**

This award has been terminated in alignment with an Executive Order or ALDAC.

**17. Specific Award Conditions**
☐ Attached

| Agreement | |
|---|---|
| The recipient agrees to execute the work in accordance with the Notice of Award, the approved application incorporated herein by reference or as attached, and 2 CFR Parts 200 and 600 including any subsequent revisions. | |
| 18a. Recipient Name Mauna Dosso | 19a. Grants Officer Name  Mauna Dosso |
| 18b. Recipient Signature<br><br>*Mauna Dosso signed with consent of GO Termination Action*<br>*(electronically signed)* | 19b. Grants Officer Signature<br><br>*Mauna Dosso (electronically signed)* |

| 18c. Title<br>Grants Officer | 18d. Date (dd-mmm-yyyy)<br>2025-03-05 | 19c. Bureau/Office/Post<br>OFC OF PROCUREMENT EXECUTIVE (A/OPE) | 19d. Date (dd-mmm-yyyy)<br>2025-03-06 |
|---|---|---|---|

By signing this Federal award, the recipient acknowledges that it will comply with Federal regulations, the Terms and Conditions, and any Special Award Conditions associated with this award. Receipt of the recipient's signature and return of the Federal Award Coversheet is required within ten (10) business days of the Grants Officer's signature. Please return to the Grants Officer address indicated here:

# Continuation of Accounting and Appropriation Data

| Fiscal Details | Amount |
|---|---|
| 1900-2020-2025-19110510750020-1068-CT-2101--SAQMIP24GR5178-4121-CT000CTF-033110-----2025FDSTRCT2965-SAQMR24GR0061-PAK-PS.1 | $0.00 |
| 1900-2023-2024-19113410750004-1068-CT-2101--SAQMIP24GR5178-4121-CT000ATA-033110-----2024FDSTRCT3076-SAQMIP24GR5178-PAK-PS.1 | $0.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |