IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-00402 (AHA) |

**DEFENDANTS' CONSENT MOTION FOR LEAVE TO RESPOND TO
AVAC MARCH 7, 2025 AND GHC MARCH 8, 2025 MOTIONS
FOR LEAVE TO SUPPLEMENT RECORD**

Plaintiffs in *AIDS Vaccine Advocacy Coalition* (AVAC) on March 7, 2025 and in *Global Health Council* (GHC) on March 8, 2025 moved for leave to submit supplemental materials in support of their motions for preliminary injunctive relief. AVAC Doc. 55; GHC Doc. 55.

Defendants do not oppose those motion for leave provided that Plaintiffs do not oppose the instant motion by Defendants for leave to respond to Plaintiffs' proposed new material. Thus, insofar as Plaintiffs are granted leave to supplement the record in support of their motions for preliminary injunctive relief, the Court should exercise its discretion to also permit Defendants to

respond to the new materials. *See Baloch v. Norton*, 517 F. Supp. 2d 345, 348 n.2 (D.D.C. 2007) (when movant raises new arguments after non-movant has already responded, court will either ignore those arguments or provide non-movant opportunity to respond by granting leave) (citing *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003)); *Pub. Emps. for Env't Resp. v. Nat'l Park Serv.,* 605 F. Supp. 3d 28, 38 (D.D.C. 2022) (granting leave to file surreply to address new affidavit filed with reply brief); *Doe v. Roman Catholic Diocese of Greensburg,* No. 20-cv-1750, 2021 WL 12137383 (D.D.C. Feb. 12, 2021) (granting leave to file surreply where plaintiffs filed new affidavit and introduced new factual material in reply); *Lee v. Christian Coal. of Am., Inc.*, 160 F. Supp. 2d 14, 23 n.4 (D.D.C. 2001) (granting motion for leave to file surreply where plaintiffs included three new declarations in their reply brief); *Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998) (granting motion for leave to file surreply where reply included declaration not submitted with original motion).

Accordingly, Defendants request leave to file their proposed response to Plaintiffs' supplemental materials, attached herewith. Plaintiffs are unopposed to Defendants' instant motion.

2

Dated: March 9, 2025                                        Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*