# EXHIBIT B



January 24, 2025

**Notice on Implementation of Executive Order on *Reevaluating and Realigning United States Foreign Aid***

To:	**All USAID Contracting and Agreement Officers and Implementing Partners**

Subject:	Executive Order Reevaluating and Realigning United States Foreign Aid

Dear USAID Contracting and Agreement Officers and Implementing Partners,

In accordance with the President's Executive Order on [Reevaluating and Realigning United States Foreign Aid](#) and additional direction provided by the Department of State, USAID is pausing all new obligations of funding, and sub-obligations of funding under Development Objective Agreements (DOAGs), pending a review of foreign assistance programs funded by USAID. For the purposes of the E.O. and this guidance, foreign assistance includes all program accounts ("Title III") but excludes Operating Expenses and the Capital Investment Fund Account ("Title II"). The pause applies to applicable funding under all award instruments.

Effectively immediately, Contracting and Agreement Officers **must not modify, extend, or exercise options or renewals for existing awards beyond the actions authorized below.**

**Contracting and Agreement Officers shall <u>immediately</u> issue stop-work orders, amend, or suspend existing awards, consistent with the terms and conditions of the relevant award**. Following a review, Contracting and Agreement Officers will communicate decisions related to whether an award will be continued, modified, or terminated with impacted contractors and recipients.

In addition, Contracting and Agreement Officers must not issue new awards or release any **new requests for proposals (RFPs), requests for application (RFAs), notices of funding opportunities (NOFOs), or any other kind of solicitation or request for foreign assistance funding** until each activity has been reviewed and approved as consistent with the President's policy.

The Secretary of State has approved waivers of the pause under the Executive Order, subject to further review, with respect to:
1. emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance;
2. on a temporary basis, salaries and related administrative expenses, including travel, for all categories of personal services contractors;
3. legitimate expenses incurred prior to January 24, 2025, under existing awards or legitimate expenses associated with stop-work orders, suspensions, or pause-related amendments; and

4. exceptions to the pause approved by the Director of Foreign Assistance.

The process for waivers, as well as the review process for activities, is forthcoming. Within 30 days, the Director of the Department of State's Policy Planning Staff (S/P) or its designate shall develop appropriate review standards to ensure that all foreign assistance is aligned with President Trump's foreign policy agenda. The review is to be completed within eighty-five days of January 24, 2025.

A copy of this notice has been posted to USAID's [Implementing Partner Notices portals](). Any questions related to this notice should be directed to your respective CO/AO.

Sincerely,

*Jami J. Rodgers*
Jami J. Rodgers
USAID Senior Procurement Executive