# EXHIBIT D

Case 1:25-cv-00402-AHA     Document 57-4     Filed 03/09/25     Page 2 of 4



    

# AGENCY NOTICES

| | |
|---|---|
| **Office of Origin:** | AID/A |
| **Notice Category:** | Office of the Administrator |
| **Date of Announcement:** | January 27, 2025 |
| **Distribution:** | USAID/General Notice |

## Clarification on Implementing the President's Executive Order on Reevaluating and Realigning United States Foreign Aid

*The original message was distributed on January 26, 2025 by the Office of the Administrator. Any graphic-based content in the original message has been removed from this copy. Please visit* this link *(https://content.govdelivery.com/accounts/USAIDHQ/bulletins/3ceeeb0) to view the original message in GovDelivery.*

Dear Colleagues,

Thank you for your ongoing work to implement President Trump's Executive Orders. To ensure clarity, efficiency, and effectiveness, we have included Frequently Asked Questions (FAQs) below. The following guidance is consistent with President Trump's Executive Order on Reevaluating and Realigning United States Foreign Aid and Secretary Rubio's pause on all U.S. foreign assistance funded by or through the State Department and USAID.

With thanks,

Jason Gray

Acting Administrator

**FAQs**

*Consistent with President Trump's Executive Order on Reevaluating and Realigning United States Foreign Aid, Secretary Rubio has paused all U.S. foreign assistance funded by or through the State Department and USAID. He has also initiated a review of all foreign assistance programs to ensure they are efficient and consistent with U.S. foreign policy under the America First agenda.*

**Questions and Answers:**

**1. Question:** Where can I find the January 24, 2025, ALDAC on Foreign Assistance ("ALDAC")?

- **Answer:** The ALDAC can be found here (https://drive.google.com/file/d/1Vt-Se6eNsCoCCg1c-RIgJlDNVf0HrUaa/view?usp=sharing&utm_medium=email&utm_source=govdelivery), and further USAID guidance can be found in Ken Jackson's memo from January 25, 2025.

**2. Question:** How does this affect American businesses and NGOs working with USAID?

- **Answer:** We are reviewing **all** foreign assistance funds to ensure they are aligned with American interests. During this review period, all foreign assistance funding mechanisms, with the exception of the waivers, are stopped.

**3. Question:** Is all travel canceled?

- **Answer:** Please see the ALDAC for travel-related guidance and follow new travel guidelines outlined in "Travel Approval Requirements" email from Jason Gray on January 23, 2025.

**4. Question:** Will this jeopardize U.S. national security interests?

- **Answer:** National security is and will remain a top priority. The review period is a measure put in place for us to align our ongoing work with the America First agenda. Waivers may be sought if pausing assistance would pose significant risks to national security. The results of the in-depth review will be communicated transparently.

Case 1:25-cv-00402-AHA        Document 57-4        Filed 03/09/25        Page 3 of 4

## PAUSE WAIVER PROCESS

**5. Question:** What is the waiver request process during the 90-day pause?

- **Answer:** All waiver requests should be submitted by 3 p.m. daily using the spreadsheet that the Bureau for Planning, Learning, and Resource Management (PLR) shared with Bureaus and Independent Offices. Missions must submit waiver requests via their regional Bureaus.
    - Please include clear programmatic outcomes that explain why this action needs to be urgently disbursed/obligated within the 90-day review period. Ensure programmatic outcomes are directly linked with the Administration's priorities, lifesaving assistance, and/or national security. If the request is for institutional contractors, explain why this action cannot be accomplished through U.S. direct hires. Please fill in **ALL** information requested in the template. Incomplete submissions will not be considered.
- Nothing can be communicated to the Director of Foreign Assistance's office without the Office of the Administrator's approval. Missions or USAID/Washington should not request a waiver directly from the State/F. All Agency waiver requests **MUST** be approved and routed to the State Department by the Office of the Administrator. Any questions on the process, or any questions received by State/F, should be directed to your PLR/BRM POC, who will coordinate with their State/F counterparts.
- The Office of the Administrator will judiciously review all the waivers prior to submission to the State Department. The Secretary of State has the ultimate responsibility to ensure the protection of America's foreign investments.

**6. Question:** Can you confirm that programs/grants with funds already obligated must also stop work?

- **Answer:** In order to complete a thorough review, all programs using foreign assistance funding as indicated in the ALDAC must be suspended, in accordance with the terms and conditions of each award, unless the program has a waiver approved by the Secretary of State.

## APPROVAL FOR EXTERNAL COMMUNICATIONS

**7. Question:** Is there flexibility for Missions and Operating Units to continue communicating, via email or in the field, with the State Department and Embassy and other USG counterparts regarding the communications pause?

- **Answer:** Missions and USAID/Washington may communicate with their State Department counterparts internally and should always include their respective leadership. Routine lateral coordination and communication is acceptable.
    - All requests for formal interpretations of Executive Orders require General Counsel and Office of the Administrator approval to ensure consistent interpretations.
    - All National Security Council-related information must be sent to the Office of the Administrator for situational awareness.
    - As per other routine **internal** USG communications, USAID staff may communicate in furtherance of USAID's day-to-day work, including the implementation of the various Executive Orders.
    - As it relates to the request for waivers, nothing can be communicated with the Director of Foreign Assistance without Office of the Administrator approval.
    - This communications guidance does not override applicable legal requirements or other protected disclosures. Please contact the Office of the General Counsel with any questions.

**8. Question:** Can Contracting and Agreement Officers (COs/AOs) continue to communicate with implementing partners outside the Agency on matters related to the Executive Orders, such as stop-work orders/suspension notices, without Office of the Administrator approval?

- **Answer:** Yes, immediate notices to implementing partners to include stop-work/suspension notices, as well as award-related questions, are approved in furtherance of the Agency's compliance with Executive Orders: Ending Radical and Wasteful Government DEI Programs and Preferencing (https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-and-wasteful-government-dei-programs-and-preferencing/?utm_medium=email&utm_source=govdelivery) and Reevaluating and Realigning United States Foreign Aid. (https://www.whitehouse.gov/presidential-actions/2025/01/reevaluating-and-realigning-united-states-foreign-aid/?utm_medium=email&utm_source=govdelivery)

**9. Question:** How can or should staff communicate **externally** about the foreign assistance pause?

- **Answer:** Outside of communications necessary to implement the pause (e.g., CO/AO communications with implementing partners to administer the pause), staff should **not** be communicating **externally** about the foreign assistance pause, unless such communication is approved by the Office of the Administrator.

**10. Question:** What can Missions and USAID/Washington post on social media and issue through press releases?

- **Answer:** USAID/Washington and Missions worldwide have been asked to stop externally communicating on policies and programs affected by the Executive Order. Please work with Bureau Front Offices to ensure that all communications are cleared by LPA and approved by the Office of the Administrator. As always, direct press inquiries to press@usaid.gov (mailto:press@usaid.gov).

**11. Question:** We'd like to keep our Mission website as updated as possible, but also don't want to do anything that circumvents the review process. What should be taken down, and what should we keep?

- **Answer:** We are in the process of taking down content that conflicts with recent Executive Orders, specifically around diversity, equity, inclusion, and accessibility (DEIA). This content removal allows for a thorough and thoughtful review for compliance with new guidance. Content owners should continue to work with the web team and flag any content that should be removed. The web team can be reached at web@usaid.gov (mailto:web@usaid.gov).

Case 1:25-cv-00402-AHA    Document 57-4    Filed 03/09/25    Page 4 of 4

Any questions concerning this notice may be directed to:

-- USAID Front Office, AID/A, (202) 712-4040

Notice 01183