IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 17, 2025**

1.  Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, and provide updates regarding their processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025.

2.  As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since March 10, 2025 was 146, and the total number of such payments by Defendants to non-Plaintiffs processed since March 10, 2025 was 2,047. In sum, Defendants have therefore processed 2,193 payments between March 10 and March 18, which amounts to approximately 313 payments per business day, in line with this Court's metric.

1

3. The total number of such payments which remain to be processed for Plaintiffs is 540, and the total number of such payments which remain to be processed for non-Plaintiffs is 9,678. There are therefore over 10,000 payments remaining to be processed.

4. Defendants' proposed timeline for processing the remaining payments is as follows: Defendants expect to process the remaining payments to Plaintiffs by March 21, 2025, and the remaining payments by April 29, 2025. In the aggregate, those dates are in line with this Court's metric of 300 payments per day.

5. Consistent with that proposed timeline, Defendants will file a status report on March 27, 2025 regarding the status of payments to Plaintiffs.

6. Defendants note that the associational Plaintiffs have not provided Defendants with a complete list of all of their members, which makes it impossible to provide precise figures about the breakdown between Plaintiff and non-Plaintiff amounts due. Further, some pending requests for payment do not distinguish between work performed before February 13, 2025, and work that was performed thereafter (such as in connection with close-out). That also makes it impossible to provide precise figures aligned with the Court's inquiries. Finally, Defendants note that some funding recipients have not provided complete documentation concerning their work completed prior to February 13, 2025, which is among the reasons why faster processing is not feasible.

\* \* \*

Dated: March 19, 2025

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*