AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Global Health Council et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-00402 |
| Donald J. Trump et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                   .

Date:   04/05/2025

/s/Daniel F. Jacobson
*Attorney's signature*

Daniel F. Jacobson (DC Bar# 1016621)
*Printed name and bar number*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006

*Address*

dan@jacobsonlawyersgroup.com
*E-mail address*

(301) 823-1148
*Telephone number*

*FAX number*