AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Global Health Council et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-00402 |
| Donald J. Trump et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                .

Date:    04/17/2025

/s/ John Robinson
*Attorney's signature*

John Robinson (DC Bar# 1044072)
*Printed name and bar number*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006

*Address*

john@jacobsonlawyersgroup.com
*E-mail address*

(301) 823-1148
*Telephone number*

*FAX number*