**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

AIDS VACCINE ADVOCACY
COALITION, *et al.*,

    *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT OF
STATE, *et al.*,

    *Defendants*.

</td><td>

Civil Action No. 25-cv-400 (AHA)

</td></tr>
<tr><td>

GLOBAL HEALTH COUNCIL, *et al.*,

    *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

</td><td>

Civil Action No. 25-cv-402 (AHA)

</td></tr>
</table>

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1.    Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through the Minute Orders of March 24, 2025 and April 11, 2025.

2.    As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025:  As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since April 16, 2025 was 72.  (In light of the Court's administrative stay of such payments to non-Plaintiffs pending resolution of the motion for an indicative ruling based on *Department of Education v. California*, 145 S. Ct. 966 (2025), Defendants are not reporting as to payments made to non-Plaintiffs after April 11, 2025 or as to

1

the Court's metric.)

3.      The total number of such payments which remain to be processed for Plaintiffs is 66.

4.      Defendants' count of the remaining number of payments to be processed is reduced after adjustment for several duplicate requests USAID identified.  The remaining payments to be processed are more labor intensive than those previously processed because of particular transaction and documentation-specific details.  Moreover, Defendants received on April 15, 2025 additional payment request details from Plaintiffs in No. 25-cv-402. Defendants provided some information about those payments to Plaintiffs in No. 25-cv-402 on April 23, 2025, with additional information to be provided next week.  In light of that and the other practical limitations described in Defendants' previous status reports, Defendants expect to substantially complete the processing of the remaining payments to Plaintiffs by May 5, 2025.

5.      As to the provisions in this Court's Order of March 10, 2025 concerning "funds that Congress appropriated for foreign assistance programs in the Further Consolidated Appropriations Act of 2024":  In consultation with the Office of Management and Budget, and in light of the results of the programmatic review and the planned reorganization outlined in the notification to Congress, USAID and State continue to evaluate the appropriate next steps to address the provision in this Court's Order of March 10, 2025 regarding appropriated funds.

Dated: April 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*