# Exhibit C



To:         USAID/Kenya and East Africa Implementing Partners

From:       Jonathan Chappell, Supervisory Contracting/Agreement Officer (CO/AO), Office of Acquisition and Assistance

Date:       May 5, 2025

**Subject**:    **Transition Guidance for USAID/Kenya and East Africa Awards**

Dear USAID/KEA Implementing Partner,

The State Department intends to assume responsibility for the administration of all remaining USAID programs pursuant to a directive from U.S. Secretary of State Marco Rubio, in his capacity as the acting Administrator for USAID. The purpose of this letter is to provide guidance leading to this transition.

For ***all partners***, USAID's procurement and payment systems will transition to the U.S. Department of State on July 1, 2025.  Information about the processes for award administration and payments after July 1, 2025 will be forthcoming from the U.S. Department of State or USAID Washington. Please also note that **all** USAID/KEA COs/AOs will depart Kenya by **June 6, 2025**.  Information about the transitioning of awards to other COs/AOs, either within USAID or the U.S. Department of State, will also be forthcoming.

For ***partners with terminated awards***, USAID/KEA is working to address disposition and budgeting requests to the extent possible during **the next 30 days**.  If you have not done so already, we ask that partners under terminated awards focus on the following:

1. Property Disposition:  Please submit a property disposal plan in accordance with the terms of your award and/or the termination notice you received.
2. Closeout Costs:
    a. Cooperative Agreements - Please prepare and provide your final payment requests in accordance with the terms of your award and the guidance in your termination letter.
    b. Fixed Amount Awards - Please prepare and submit any final payment request and certification/proof of milestone completion(s) as soon as possible. Provide sufficient information and documentation to allow the Agreement Officer to review the actual costs incurred by the Recipient with regard to partially completed milestone(s).
    c. Acquisition - Please prepare your Settlement Proposal in accordance with the terms of your award and the guidance in your termination letter.

Address your requests to the cognizant Contracting/Agreement Officer and the Acquisition and Assistance Specialist for your award. Be sure to include the COR/AOR for your award on all messages.  Please also cc eastafricakenya.OAA@usaid.gov.

Regards,

Jonathan Chappell
Digitally signed by Jonathan Chappell
Date: 2025.05.05 07:46:06 +03'00'

Jonathan Chappell
Supervisory Contracting and Agreement Officer
USAID/KEA