AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Global Health Council, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-00402 |
| Donald J. Trump | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 05/07/2025

/s/ William C. Perdue
*Attorney's signature*

William C. Perdue (995365)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
*Address*

William.Perdue@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*