IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1. Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through subsequent Minute Orders.

2. As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025: As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since May 21, 2025 was 24, and the total number of such payments by Defendants to non-Plaintiffs processed since May 21, 2025 was 941. In sum, Defendants have therefore processed 965 payments during the five business days through and including May 28, 2025.

1

3.      The total number of such payments which remain to be processed for Plaintiffs is 65, and the total number of such payments which remain to be processed for non-Plaintiffs is 2,343.  There are therefore approximately 2,400 payments remaining to be processed.

4.      Although USAID has continued to process certain payments made through the payment management system operated by the Department of Health & Human Services (HHS), USAID has not been able to disaggregate HHS-operated payments for work completed prior to February 13, 2025 from HHS-operated payments for work completed later.  Hence, USAID has not reported HHS-operated payments in its count above.

5.      Additionally, after reviewing its records to confirm receipt of GHC Plaintiffs' resubmitted invoices and requests, USAID has provided alternative contact information to assist Plaintiffs in resubmitting a small number of invoices and requests that the agency's personnel, including those at overseas posts, have not been able to locate.

6.      As to the provisions in this Court's Order of March 10, 2025 concerning "funds that Congress appropriated for foreign assistance programs in the Further Consolidated Appropriations Act of 2024":  In consultation with the Office of Management and Budget, and in light of the results of the programmatic review and the planned reorganization outlined in the notification to Congress, USAID and State continue to evaluate the appropriate next steps to address the provision in this Court's March 10, 2025, order regarding obligation of funds.

| | |
|---|---|
| Dated: May 29, 2025 | Respectfully submitted,<br><br>YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director<br><br>*/s/ Indraneel Sur*<br>INDRANEEL SUR (D.C. Bar 978017)<br>Senior Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Phone: (202) 616-8488<br>Email: indraneel.sur@usdoj.gov<br><br>*Counsel for Defendants* |