UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motions to Dismiss the Amended Complaints in No. 25-cv-400 (Doc. 86) and No. 25-cv-402 (Doc. 73), which seek relief under Federal Rule of Civil Procedure 12(b)(1) or, in the alternative, Rule 12(b)(6), and the entire record herein, where the application of Local Civil Rule 7(n) has been held in abeyance during the pendency of the Motions to Dismiss the Amended Complaints, it is hereby

**ORDERED** that Defendants' Motions to Dismiss the Amended Complaints are **GRANTED**; it is further

**ORDERED** that the Amended Complaints in No. 25-cv-400 (Doc. 86) and No. 25-cv-402 (Doc. 73) are **DISMISSED** without prejudice under Federal Rule of Civil Procedure 12(b)(1).

**SO ORDERED** this \_\_\_\_ day of \_\_\_\_, 2025.

                                              _____
                                              AMIR H. ALI
                                              United States District Judge