IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1. Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through subsequent Minute Orders.

2. As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025: As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since June 4, 2025 was 33, and the total number of such payments by Defendants to non-Plaintiffs processed since June 4, 2025 was 1,532. In sum, Defendants have therefore processed 1,565 payments during the five business days through and including June 11, 2025.

1

3. The total number of such payments which remain to be processed for Plaintiffs is 29, and the total number of such payments which remain to be processed for non-Plaintiffs is 2,365. There are therefore approximately 2,400 payments remaining to be processed.

4. Although USAID has continued to process certain payments made through the payment management system operated by the Department of Health & Human Services (HHS), USAID has not been able to disaggregate HHS-operated payments for work completed prior to February 13, 2025 from HHS-operated payments for work completed later. Hence, USAID has not reported HHS-operated payments in its count above.

5. Additionally, after reviewing its records to confirm receipt of GHC Plaintiffs' resubmitted invoices and requests, USAID has provided alternative contact information to assist Plaintiffs in resubmitting a small number of invoices and requests that the agency's personnel, including those at overseas posts, have not been able to locate.

6. As Defendants have previously explained, they continue to receive or identify additional requests for payment for work completed prior to February 13, 2025.

7. As to the provisions in this Court's Order of March 10, 2025 concerning "funds that Congress appropriated for foreign assistance programs in the Further Consolidated Appropriations Act of 2024": In consultation with the Office of Management and Budget, and in light of the results of the programmatic review and the planned reorganization outlined in the notification to Congress, USAID and State continue to evaluate the appropriate next steps to address the provision in this Court's March 10, 2025, order regarding obligation of funds.

8. Additionally, Defendants note that the President on June 3, 2025 transmitted to

Congress a special message under 2 U.S.C. § 683(a)[1] attaching rescission proposals, including proposals for accounts from which USAID previously obligated funds for the agreements at issue in these suits, such as the Development Assistance account and the Economic Support Fund account. The special message was made available at https://www.whitehouse.gov/wp-content/uploads/2025/03/Proposed-Rescissions-of-Budgetary-Resources.pdf.

---

[1] The Impoundment Control Act of 1974, Pub. L. No. 93-344, tit. X, 88 Stat. 297, 332 (ICA), provides that the President is required to "transmit to both Houses of Congress a special message" whenever he "determines that all or part of any budget authority will not be required to carry out the full objectives or scope of programs for which it is provided or that such budget authority should be rescinded for fiscal policy or other reasons" or "whenever all or part of budget authority provided for only one fiscal year is to be reserved from obligation for such fiscal year." 2 U.S.C. § 683(a). That special message is required to contain various information about the proposed rescission, such as "the amount of budget authority" involved and "the reasons why the budget authority should be rescinded." *Id.*

Dated: June 12, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director

/s/ Indraneel Sur
INDRANEEL SUR (D.C. Bar No. 978017)
Senior Counsel
JOSHUA N. SCHOPF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 616-8488
Email: Indraneel.Sur@usdoj.gov

*Counsel for Defendants*