IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs respectfully move for a 21-day extension of time, to July 17, 2025, to respond to Defendants' motion to dismiss the amended complaint. ECF No. 92. Plaintiffs further seek leave to file a combined, 60-page memorandum opposing the motion to dismiss and moving for a preliminary injunction and/or summary judgment on their amended complaint. Plaintiffs have conferred with Defendants, who consent to both requests. Defendants and the plaintiffs in the related case *Aids Vaccine Advocacy Coalition (AVAC) v. U.S. Department of State*, No. 25-cv-400, also do not oppose aligning the *AVAC* plaintiffs' deadline to respond to Defendants' motion to dismiss with the July 17 deadline requested herein.

In support of this motion, Plaintiffs state as follows:

1.     On April 22, 2025, Plaintiffs filed their amended complaint in this matter. ECF No. 73. Defendants sought, and received, a 21-day extension of time, to June 3, 2025, to respond to the amended complaint. ECF No. 78.

2. On June 3, Defendants filed a motion to dismiss. ECF No. 89. The plaintiffs in *AVAC* moved to strike the motion for failure to comply with the 45-page limit set forth in this Court's local rules. The Court granted the motion to strike in part, directing Defendants by June 12 to either (1) file individual motions of no more than 45 pages in each of the two cases or (2) file a consolidated motion of no more than 65 pages. 6/5/25 Minute Order.

3. Defendants elected the latter option and filed a 65-page amended consolidated motion to dismiss on June 12. Plaintiffs' response is currently due June 26.

4. There is good cause for an extension. Defendants' 65-page motion seeks dismissal of each of Plaintiffs' six claims for relief on a number of different grounds, including grounds that have not yet been addressed by the parties and the Court in prior proceedings in this matter. Additionally, the parties have other upcoming deadlines in this and other matters, including oral argument in the D.C. Circuit on Defendants' appeal of this Court's preliminary injunction, scheduled for July 7.

5. In addition, Plaintiffs intend to move for a preliminary injunction and/or summary judgment on all of their claims in the amended complaint by July 17. Aligning the dates for that motion and Plaintiffs' opposition to the motion to dismiss, and permitting Plaintiffs to file a combined 60-page brief, will promote efficiency for the parties and the Court.

6. Accordingly, Plaintiffs respectfully request (1) a 21-day extension of time, to July 17, 2025, to respond to Defendants' motion to dismiss; and (2) leave to file a combined 60-page memorandum in opposition to the motion to dismiss and in support of their forthcoming motion for a preliminary injunction and/or summary judgment.

7. Defendants consent to this motion.

8. Plaintiffs have also conferred with the *AVAC* plaintiffs and Defendants, and both

do not oppose extending the *AVAC* plaintiffs' deadline to respond to the motion to dismiss to align with the July 17 deadline requested herein.

9. A proposed order is attached.

Dated: June 23, 2025                               Respectfully submitted,

                                                   */s/ Daniel F. Jacobson*
                                                   Daniel F. Jacobson (D.C. Bar 1016621)
                                                   John Robinson (D.C. Bar 1044072)
                                                   JACOBSON LAWYERS GROUP PLLC
                                                   1629 K Street NW, Suite 300
                                                   Washington, DC 20006
                                                   Tel: (301) 823-1148
                                                   dan@jacobsonlawyersgroup.com

                                                   William C. Perdue (D.C. Bar 995365)
                                                   Sally L. Pei (D.C. Bar 1030194)
                                                   Samuel M. Witten (D.C. Bar 378008)
                                                   Stephen K. Wirth (D.C. Bar 1034038)
                                                   Dana Kagan McGinley (D.C. Bar 1781561)
                                                   Allison Gardner (D.C. Bar 888303942)
                                                   Daniel Yablon (D.C. Bar 90022490)
                                                   ARNOLD & PORTER KAYE SCHOLER LLP
                                                   601 Massachusetts Ave., NW
                                                   Washington, DC 20001-3743
                                                   Tel: (202) 942-5000
                                                   stephen.wirth@arnoldporter.com

                                                   *Counsel for Plaintiffs*