# Exhibit A



FOR OFFICIAL USE ONLY

<u>SENSITIVE BUT UNCLASSIFIED</u>                                                April 30, 2025

**ACTION MEMO FOR JEREMY LEWIN, PERFORMING THE DUTIES OF USAID DEPUTY ADMINISTRATOR & CHIEF OPERATING OFFICER**

FROM:       USAID Management Bureau – Deputy Assistant Administrator
                  Rebecca Krzywda and Senior Procurement Executive – Jami J.
                  Rodgers

SUBJECT:   (SBU) USAID Awards Terminated On or Before February 13, 2025

**(SBU) Recommendation:** That you approve this memo to confirm that terminations issued between January 20 and February 13, 2025 have been subject to individualized review for alignment with Agency priorities and national interest, such that USAID Contracting/Agreement Officers (CO/AOs) can cite official direction to resume enforcing the terms and conditions of those awards to effectuate terminations pursuant to your ratification.

(Approve/Disapprove by 05/02/2025)        *Jeremy Present Lewin*

**Decision:** ☑ **Approve**  ☐ **Disapprove**  ☐ **Discuss**

**Authority:** As the individual performing the duties of USAID Deputy Administrator for Policy and Programming and Chief Operating Officer, as enumerated in ADS 103.3.4.2 and 103.3.4.3, you are authorized to confirm that previously issued terminations specified herein have been issued after individualized review of subject awards, consistent with relevant legal requirements.

**Background**
(SBU) USAID CO/AOs issued terminations for approximately 462 contracts, grants, and cooperative agreements between January 20 and February 13, 2025, at the direction of various authorities including U.S. Secretary of State Marco Rubio, in his capacity as the Acting Administrator for USAID, and Peter W. Marocco, who was performing the duties and functions of both Deputy

Administrators for USAID. To initiate the termination actions, CO/AOs issued expedited termination notices and requested partners to confirm receipt. Many of these notices may have stated that they were in accordance with Executive Order 14169, "Reevaluating and Realigning United States Foreign Aid" (January 20, 2025), and subsequent State and USAID guidance.

On February 13, 2025, the U.S. District Court for the District of Columbia, in cases titled *AIDS Vaccine Coalition v. U.S. Department of State* and *Global Health Council v. Trump*, entered a temporary restraining order (TRO) against the Department of State and USAID, among others, that prevented implementing certain aspects of Executive Order Number 14169, including by "issuing, implementing, enforcing, or otherwise giving effect to terminations, suspensions, or stop-work orders in connection with any contracts, grants, cooperative agreements, loans, or other federal foreign assistance award that was in existence as of January 19, 2025." The Court's order did not "prohibit [USAID] from enforcing the terms of contracts or grants."

Subsequently, on March 10, 2025, the same Court granted in part a preliminary injunction against State, USAID, and others that enjoined "*giving effect to any terminations, suspensions, or stop-work orders issued between January 20, 2025, and February 13, 2025, for any grants, cooperative agreements, or contracts for foreign assistance.*" Per the terms of that Order, USAID provided notice of the preliminary injunction to all of its Implementing Partners, and stated that it would "provide further guidance… as soon as we are able to do so."

As a result of these Orders, the Agency has not moved forward to effectuate the terminations of awards issued prior to February 13, 2025, which includes awards informally referred to as "Tranches 1-4." These awards have neither resumed performance (unless separately approved to do so) nor proceeded towards settlement and closeout.

FOR OFFICIAL USE ONLY

**Discussion**

In the ordinary course of award administration for contracts, grants, and cooperative agreements, USAID CO/AOs work with Implementing Partners to provide timely guidance and decisions for many required actions pursuant to award performance, suspensions, stop-work orders, terminations, and close-out. Some of these decisions are pursuant to specific deadlines in regulations or award terms. Other timely decisions are essential to prevent waste of government funds, or irresponsible disposition of property. For example, per FAR 45.602-1 "Plant clearance officers should review and accept, or return for correction, inventory disposal schedules within 10 days following receipt from a contractor."

Since February 13, State and USAID leadership have issued many additional terminations pursuant to review of individual awards for alignment with Agency priorities and national interest, consistent with the terms and conditions of individual awards. Those awards are proceeding towards closeout and settlement. In order to resume award administration of earlier terminations, CO/AOs urgently require confirmation that terminations initially issued between January 20 and February 13, 2025, have been subject to the same individualized review for alignment with Agency priorities and national interest, independent of Executive Order 14169 and other prohibited policy guidance, such that those prior terminations can be considered "ratified." This confirmation would permit CO/AOs to resume enforcing the provisions and clauses of awards by effectuating terminations in a manner consistent with the previously-cited court orders. Alternatively, CO/AOs may be required to begin lifting terminations issued before February 13 and resume award performance.

**Resource Implications**

Approval of this Memo would allow AOs/COs to take immediate action to minimize further incurrence of costs due to inability to either responsibly effectuate terminations, or resume award performance. Disapproval or inaction will require continued incurrence of costs and liability to the Agency, or resumption of performance of relevant awards.

FOR OFFICIAL USE ONLY