# Exhibit B

Dear Colleagues,

Thank you all for your continued work. We have received the approved Action Memo from Jeremy Lewin performing the duties of USAID Deputy Administrator for Policy and Programming and Chief Operating Officer confirming that the previously issued 462 contracts, grants, and cooperative agreement terminations between January 20 and February 13, 2025 have been issued after individualized review of subject awards, consistent with relevant legal requirements.

With the above approval, we are asking that you effectuate the terminations of awards issued prior to February 13, 2025, which includes awards informally referred to as "Tranches 1-4." (**Note:** This does <u>not</u> include awards that subsequently had terminations rescinded, or for which a final determination has been made to continue the award.) Please see the signed corresponding Action Memo below.

[(SBU) Action Memo USAID Awards Terminated Prior to February 13, 2025.pdf](#)

**Jami J. Rodgers, CPCM**

U.S. Agency for International Development (USAID)

Chief Acquisition Officer and Senior Procurement