IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

### [Proposed] Order

Upon consideration of Plaintiffs' motion to enforce the preliminary injunction, it is hereby ordered that the motion is granted. It is hereby ordered that:

1. Defendants shall obligate all of the expiring foreign assistance appropriations in accordance with Congress' specific directives for how the funds must be spent;

2. No later than _____, Defendants shall submit a detailed plan for compliance with the preliminary injunction;

3. Defendants shall immediately start all steps necessary to obligate expiring funds;

4. Defendants are enjoined from impounding the funds at issue through a "pocket rescission" or other similar strategy;

5. The Court will, if necessary as a last resort, extend the period of availability for expiring funds to prevent them from being impounded; and

6. Defendants are enjoined from effectuating terminations issued prior to February 13 without the consent of the awardee.

_____
Amir H. Ali, U.S. District Judge