UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION
TO ENFORCE PRELIMINARY INJUNCTION**

Upon review of Plaintiffs' motion of June 24, 2025 (Doc. 97) to enforce the preliminary injunction, and the entire record herein, it is hereby ORDERED that

Plaintiffs' motion to enforce is DENIED.

So ORDERED this \_\_\_\_ day of _____, 2025.

_____
AMIR H. ALI
United States District Judge