IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Consistent with Local Rule of Civil Procedure 83.6(b), Allison Gardner hereby withdraws as attorney of record for Plaintiffs in the above-captioned matter. Other Arnold & Porter Kaye Scholer LLP attorneys remain as counsel of record for Plaintiffs.

Dated: July 17, 2025                                  Respectfully submitted,

                                                                  */s/ Allison Gardner*

                                                                  Allison Gardner (D.C. Bar 888303942)
                                                                  ARNOLD & PORTER KAYE SCHOLER LLP
                                                                  601 Massachusetts Ave., NW
                                                                  Washington, DC 20001-3743
                                                                  Tel: (202) 942-5000
                                                                  allison.gardner@arnoldporter.com

                                                                  *Counsel for Plaintiffs*

1