**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

    *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Civil Action No. 25-cv-402 (AHA)

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully notify the Court that earlier today, the *en banc* D.C. Circuit entered an order denying Plaintiffs' request for an administrative stay. *See* Ex. A. The order states that "[b]ecause [the D.C. Circuit's] mandate has not yet issued, the preliminary injunction that requires the government to obligate the appropriated funds remains in effect." *Id.*

Plaintiffs' petition for rehearing *en banc* remains pending and will be fully briefed later today. Plaintiffs' separate request for a full stay of the panel opinion and judgment pending rehearing *en banc* also remains pending.

Dated: August 20, 2025

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
John Robinson (D.C. Bar 1044072)
Nina Cahill (D.C. Bar No. 1735989)
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

William C. Perdue (D.C. Bar 995365)
Sally L. Pei (D.C. Bar 1030194)
Samuel M. Witten (D.C. Bar 378008)
Stephen K. Wirth (D.C. Bar 1034038)
Dana Kagan McGinley (D.C. Bar 1781561)
Daniel Yablon (D.C. Bar 90022490)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
stephen.wirth@arnoldporter.com

*Counsel for Plaintiffs*