# Exhibit A

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5097**                                    **September Term, 2024**

1:25-cv-00400-AHA
1:25-cv-00402-AHA

**Filed On:** August 20, 2025

Global Health Council, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

      Appellants

------------------------------

Consolidated with 25-5098

      **BEFORE:**   Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs*, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending rehearing en banc, which includes a request for an administrative stay, it is

**ORDERED** that the request for an administrative stay be denied. Because this court's mandate has not yet issued, the preliminary injunction that requires the government to obligate the appropriated funds remains in effect.

### Per Curiam

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                          BY:    /s/
                                     Emily Campbell
                                     Deputy Clerk

\* Circuit Judge Childs did not participate in this matter.