# EXHIBIT 2

# THE WHITE HOUSE

### WASHINGTON

August 28, 2025

Dear Mr. President:

In accordance with section 1012(a) of the Congressional Budget
and Impoundment Control Act of 1974 (2 U.S.C. 683(a)),
I herewith report 15 rescissions of budget authority, totaling
$4.9 billion.

The proposed rescissions affect programs of the Department of
State as well as the United States Agency for International
Development and International Assistance Programs.

The details of these rescissions are set forth in the attached
enclosure.

Sincerely,

The Honorable JD Vance
President of the Senate
Washington, D.C.  20510