AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Global Health Council, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00402 |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date:  08/29/2025

/s/Nina C. Cahill
*Attorney's signature*

Nina C. Cahill (D.C. Bar # 1735989)
*Printed name and bar number*

JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
*Address*

nina@jacobsonlawyersgroup.com
*E-mail address*

(301) 823-1148
*Telephone number*

*FAX number*