1                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3   AIDS VACCINE ADVOCACY              )
    COALITION, et al.,                 )
4                                      )
              Plaintiffs,              )
5                                      )
        vs.                            )  CASE NO. 1:25-cv-00400-AHA
6                                      )
    UNITED STATES DEPARTMENT OF        )
7   STATE, et al.,                     )
                                       )
8             Defendants.              )
    _____   )
9   GLOBAL HEALTH COUNCIL, et          )
    al.,                               )
10                                     )
              Plaintiffs,              )
11                                     )
        vs.                            )  CASE NO. 1:25-cv-00402-AHA
12                                     )
    DONALD J. TRUMP, et al.,           )
13                                     )
              Defendants.              )
14  _____   )

15

16        TRANSCRIPT OF REMOTE HEARING VIA TELECONFERENCE
                       STATUS CONFERENCE
17      **BEFORE THE HONORABLE AMIR H. ALI, DISTRICT JUDGE**
                   Friday - August 29, 2025
18                 2:37 p.m. - 3:24 p.m.
                      Washington, DC
19

20

21

22                      **SONJA L. REEVES**
                 **Registered Diplomate Reporter**
23                **Certified Realtime Reporter**
                 **Federal Official Court Reporter**
24                333 Constitution Avenue, NW
                    Washington, DC 20001
25        Transcript Produced from the Stenographic Record

```
 1   FOR THE PLAINTIFFS
     Case No. 25-0400:
 2        Public Citizen Litigation Group
          BY:  LAUREN BATEMAN, ALLISON ZIEVE and NICOLAS SANSONE
 3        1600 20th Street, NW
          Washington, DC 20009
 4
     FOR THE PLAINTIFFS
 5   Case No. 25-0402:
          Arnold & Porter Kaye Scholer LLP
 6        BY:  STEPHEN WIRTH
          601 Massachusetts Avenue, NW
 7        Washington, DC 20001

 8        Jacobson Lawyers Group, LLC
          BY:  DANIEL F. JACOBSON
 9        1629 K Street, NW, Suite 300
          Washington, DC 20006
10
11   FOR DEFENDANTS:
          U.S. Department of Justice
12        BY:  INDRANEEL SUR and JOSHUA NATHANIEL SCHOPF
          1100 L Street, NW
13        Washington, DC 20530
14
15
16
17
18
19
20
21
22
23
24
25
```

1          (Call to Order of the Court at 2:37 p.m.)

2          DEPUTY CLERK:  Your Honor, this is Civil Action

3    25-400, AIDS Vaccine Advocacy Coalition, et al. versus United

4    States Department of State, et al., and Civil Action 25-402,

5    Global Health Council, et al. versus Donald J. Trump, et al.

6          Will parties on the audio conference line identify

7    yourselves for the record.  We'll start with plaintiffs'

8    counsel first in Civil Action 25-400.

9          MS. ZIEVE:  This is Allison Zieve from Public Citizen

10   for the AVAC plaintiffs.  Also on the line are my colleagues

11   Nicolas Sansone and Lauren Bateman.

12         DEPUTY CLERK:  And will parties for the plaintiffs for

13   Civil Action 25-402 identify yourselves for us this afternoon.

14         MR. JACOBSON:  Good afternoon, Your Honor.  This is

15   Daniel Jacobson for the Global Health Council plaintiffs.  Also

16   on the line is Stephen Wirth.

17         DEPUTY CLERK:  Will government counsel identify

18   yourselves for the record this afternoon.

19         MR. SUR:  Good afternoon.  In both of the suits, this

20   is Indraneel Sur at the Department of Justice, Civil Division,

21   Federal Programs Branch, for the defendants.  And I believe my

22   colleague, Joshua Schopf, will also be on the call.

23         MR. SCHOPF:  Yes, I'm on the call.  Thank you.

24         THE COURT:  Good afternoon, everyone.  This is Judge

25   Ali speaking.  It's good to be with you.

1        A couple of preliminary matters at the outset.  First,

2  a note to counsel that I have asked the clerk to open a public

3  line.  I generally try to do this, particularly when we're not

4  in an open courtroom.  I believe it's a good thing for the

5  public to be able to listen and hear what transpires in court.

6  This is a forum in which the issues can be of great importance

7  to each party, and for that matter to people and institutions

8  who are not before the Court, yet despite that importance here,

9  we treat each other with dignity in this courtroom.

10        Separately --

11        MR. JACOBSON:  Your Honor, this is Daniel Jacobson.

12  I'm told that the public line can't hear either you or the

13  parties, they can only hear the clerk.

14        THE COURT:  Ironic, in light of what I was just

15  saying.  Maybe we can pause for a moment and see if we can get

16  it resolved.

17        (Pause.)

18        THE COURT:  I think as they are working on getting the

19  public line back up, as long as counsel can hear me, the show

20  will go on, as they say.

21        One downside of speaking by telephone is that we don't

22  have social cues, so I'll ask counsel to try to speak at a

23  reasonable pace for the sake of the court reporter.  If you're

24  going too quickly, I do give the court reporter license to let

25  you know, and I may interrupt you as well to let you know.  If

1    so, no big deal, just slow down and we'll keep going.

2         So with that, we're here for a status conference.  The

3    purpose of this hearing is to hear the parties' positions on

4    the next steps at issue in this case in light of the panel's

5    amended opinion and issuance of the mandate from the circuit.

6         You know, I'll just say at the outset, I know the case

7    involves and has involved big questions.  I imagine this is

8    obvious to the parties and to counsel, but just in the interest

9    of being clear, I'm not expecting this hearing to get into

10   substance such as the arguments on the merits of remaining

11   claims or the legality of pocket rescissions.  Everyone is

12   going to have the opportunity, as needed and appropriate, to be

13   heard on those in an orderly fashion.

14        Today, I want to focus on what the parties understand

15   to be the outstanding issues on remand, as well as the form and

16   the timing of how those issues are going to be presented.  So

17   in other words, I just want to get a sense of what is coming

18   down the pike, and that will give each of the parties a sense

19   of what is coming down the pike as well.

20        As a general structure, we'll do two things.  First,

21   it will be helpful for me to hear each of your positions on

22   what the next steps are.  I'll give you each an opportunity to

23   tell me.  I will give counsel for plaintiffs in each of the

24   cases the opportunity to go first and then hear from the

25   government on that.

1    And then second, to the extent that that hasn't

2  already addressed this, I'm going to want to know the parties'

3  positions on their pending motions in order to understand which

4  motions the parties believe to still be live and current after

5  the court of appeals' decision and mandate, and which motions

6  are either now moot or that I should be expect to be amended or

7  renew.  I will do that part second because I imagine it might

8  be helpful in some circumstances to hear the other side's

9  position as to next steps in determining which of those

10  categories each motion falls in.

11    I can hear someone speaking on the phone, so just make

12  sure if you're whispering to one another, it's probably in your

13  interest that you mute.

14    Okay.  Let me hear first from the plaintiff.  We can

15  go with the plaintiffs in the 400 case first.  Is that you,

16  Ms. Zieve?

17    MS. ZIEVE:  Thank you, Your Honor.  This is Allison

18  Zieve.  We have in mind to style a new preliminary injunction

19  motion no later than Tuesday with respect to the claim that

20  defendants are -- our APA claim, cause of action with respect

21  to the appropriations, violation of the Appropriations Act.

22    We understand that the GHC plaintiffs maybe be filing

23  -- I'm hearing other voices.  I don't know if you all are

24  hearing that.

25    GHC may be filing a motion sooner that we may just

1    file a brief sort of joinder so as not to duplicate.

2           THE COURT:  Ms. Zieve, I'm hearing an echo as well.

3    It may be the public just joined.  To the extent anyone is not

4    muted other than counsel who is speaking, it would be helpful

5    if everyone could make sure they are on mute so you're not the

6    one creating the echo.  Go ahead.

7           MS. ZIEVE:  So that was -- I'm still hearing myself

8    talking -- a PI motion on or before Tuesday, perhaps a brief

9    joinder in a motion that GHC may file sooner.

10          We are interested in hearing what Mr. Sur says about

11   the motion to dismiss, whether they want to file a new one or

12   stand on the one they have, in which case we would ask for

13   probably five days or a week to respond to the motion to

14   dismiss -- to the pending motion to dismiss.

15          And then finally, as soon as defendants produce the

16   administrative record, then we have in mind to file a motion

17   for summary judgment on our arbitrary and capricious claim

18   shortly after that.

19          And with respect to pending motions in 25-400, I think

20   the only pending motion is the government's motion to dismiss

21   and our motion to compel production of the administrative

22   record, which is fully briefed, so that's the only one we're

23   actively waiting on.  Thank you.

24          THE COURT:  Thank you.  Just one moment.

25          (Pause.)

1          THE COURT:  All right.  Can I hear from plaintiffs'

2    counsel in the Global Health case?

3          MR. JACOBSON:  Yes, Your Honor.  This is Daniel

4    Jacobson.  We intend, the Global Health Council plaintiffs,

5    intend to file a motion today, this afternoon, two motions

6    actually.  The first motion will seek a temporary restraining

7    order, a preliminary injunction and partial summary judgment.

8          The requested -- and we'll seek that relief on our APA

9    claims with respect to violations of the Appropriations Act, as

10   well as with respect to a mandamus claim.

11         The motion for a temporary restraining order will

12   request limited relief.  It will request only that the

13   government be ordered not to take any steps that would prevent

14   the obligation of expiring funds by September 30, 2025, and

15   that the government take all preparatory steps that are

16   necessary to be able to obligate funds by September 30, 2025

17   for those funds that will expire on that date.

18         The second motion -- and as I mentioned, Your Honor,

19   we intend to file that motion today, hopefully, before

20   5:00 p.m., and are available for a hearing on any of the

21   requests at Your Honor's convenience.

22         The second motion we intend to file today is a motion

23   for leave to file a second amended complaint.  The principal

24   addition to that complaint will just be adding a new count

25   under 5 U.S.C. 7061 for agency action unreasonably withheld --

1  I'm sorry, unlawfully withheld or unreasonably delayed, that

2  there won't be major substantive additions beyond that, we

3  don't imagine.  And so we intend to file that also roughly at

4  the same time as the other motion.

5        THE COURT:  Okay.  And I'll ask Mr. Sur for the same

6  thing.  And actually, I'll ask Ms. Zieve if she wants to

7  supplement, because I didn't ask her this question, but while I

8  have you, Mr. Jacobson, so you received the notice the

9  government filed concerning the special message to Congress.

10       Again, I'm not intending to get into the substance of

11  things, but just how does that impact the plaintiffs' position

12  as to the outstanding issues, and kind of in what form is that

13  going to be addressed?

14       MR. JACOBSON:  Yes, Your Honor.  Our position is that

15  legally that has no impact on our claims.  It's certainly

16  something that will have to be addressed as part of the motion.

17  Our position is that the 2024 Appropriations Act requires the

18  money to be obligated before it expires on September 30th, and

19  nothing about that pocket rescission request obviates

20  defendants of their legal obligation.

21       That will be addressed in our motion, but it's, in our

22  view, a defense that they will raise.  It's not part of our

23  affirmative claims.

24       THE COURT:  Is it the plaintiffs' understanding that

25  there are -- there is some substantive funds that's included

1    within that notice and special message that's been appropriated

2    in some subset that in any event is not part of the special

3    message?  I take your position it really doesn't make a

4    difference, but is that correct?

5            MR. JACOBSON:  Yes, Your Honor.  My understanding,

6    and, obviously, this is all moving very quickly, but my

7    understanding is that that special message includes a little

8    bit over $4 billion of the expiring funds that are at issue in

9    our case.  It includes some other funds, specifically funds

10   intended for international organizations that we're not suing

11   over.

12           And that $4 billion, my understanding, represents just

13   a few of the categories of appropriations that are at issue,

14   specifically, development assistance funds and democracy

15   promotion funds.  Our understanding from what Mr. Sur

16   represented at the last hearing is that there is about

17   $12 billion in expiring funds, but certainly the 4 billion

18   proposed is a minority portion of those funds.

19           THE COURT:  Again, I'm asking this from -- no one is

20   waiving anything by answering these questions.  I'm asking this

21   with an eye towards understanding the timing and relevant

22   considerations.

23           What portion of funds that is appropriated under the

24   act isn't subject to the September 30th deadline?  Do you

25   understand that?

1           MR. JACOBSON:  The 2024 Act, Your Honor?

2           THE COURT:  Yes.

3           MR. JACOBSON:  My understanding is that, I believe a

4    little over half of the funds do expire on September 30, 2025,

5    and I think maybe like 14 or 13 billion of the 30 billion don't

6    expire on that date.

7           Although I will add, Your Honor, and this will be

8    addressed in our motion, there are other funds from prior

9    Appropriations Acts that are set to expire on September 30,

10   2025, including funds from prior acts that were included in

11   today's rescission package.

12          THE COURT:  Okay.  All right.  You know, probably

13   clear from my questions, but I do think it's really incumbent

14   to be clear about exactly what we're talking about in the

15   Appropriations Act and the relevant timelines and dates at this

16   point so that I have all of that information.

17          MR. JACOBSON:  Yes, Your Honor.  If it's helpful --

18   I'm sorry, Your Honor.

19          THE COURT:  Go ahead.

20          MR. JACOBSON:  If it's helpful to clarify, the motion

21   that we intend to file today will focus and seek relief only

22   with respect to the funds that are expiring on September 30,

23   2025.  It would be at a later time that we would seek relief

24   with respect to other funds that don't expire until later.

25          THE COURT:  Okay.  Ms. Zieve, I promised I'd give you

1    the chance to supplement because I didn't ask you those

2    questions.  To the extent you have any differences with what

3    was just said, do you want to add anything?

4        MS. ZIEVE:  Just that the bulk of the funds addressed

5    in the special message that was sent over to Congress this

6    morning don't implicate at all two of our clients, we think

7    just possibly one.

8        And then as Mr. Jacobson said, and we agree, that it

9    wouldn't obviate our claims anyway in that the funds have to be

10   appropriated, unless and until Congress rescinds them.  So

11   definitely take your point about being specific about which

12   buckets of money are at issue in our case when we file the

13   motion.

14       THE COURT:  Understood.  Thank you.

15       Okay.  Let me hear from Mr. Sur then.  And Mr. Sur,

16   you can start just as the other parties have with your position

17   on what the next steps are here.

18       MR. SUR:  Thank you, Your Honor.  The motions for

19   emergency relief that the plaintiffs have described, the

20   defendants would oppose those on a variety of grounds.

21       One thing that I think I will start with on that is --

22   so the $4 billion roughly that is described in the special

23   message and the other materials that were transmitted with the

24   special message, the proposal, that amount is not available for

25   obligation because it's included in that package.

1       And as to the remainder, there is some portion that I

2  think there is no dispute would not be covered by the

3  plaintiffs' claims.  And so, for example, there are funds in

4  State Department diplomatic programs which are actually not

5  foreign assistance, and so they are not covered by the claim.

6       But as to the rest, and that estimate right now is

7  about 6.5 billion expiring by September 30th, the State

8  Department is making its best effort to obligate that amount

9  under its various legal authorities and expects to be able to

10  do that working on the various process steps that defendants

11  described to the Court at the session this Monday, so that

12  includes the congressional notifications, the preparations of

13  the various documents.

14       And just as a historical matter, every year there is

15  some small number of funds that aren't obligated just

16  consistent with history, so the expectation is that the results

17  here will be similar.  There may be again a similar small

18  amount that remains unobligated, but the vast majority is what

19  the State Department has been and is working on.

20       And it's also relevant there that there are a lot of

21  accounts here that the plaintiffs can't really compete for,

22  like foreign, military financing, international narcotics and

23  law enforcement, that are just really not suitable for the

24  plaintiffs.  But as to some of the other ones that are covered,

25  for example, global health programs, the State Department has

1    already notified Congress about the plans for obligating much

2    of those global health programs' USAID funds, and other

3    notifications are forthcoming.  So all that work is going

4    forward.

5          And again, appreciating that the Court is not going to

6    the merits today, I think one thing I just will point out as a

7    practical matter that the plaintiffs appear to be seeking an

8    order that would try to superintend that process using the

9    court's mechanisms, and for the reasons that the government

10    already gave, including to the Supreme Court and the court of

11    appeals, that would not be sort of substantively authorized or

12    appropriate or in this case practical in terms of the deadline

13    coming up.

14          And then I think turning to these other motions -- so

15    I will note that we still do have from the government a motion

16    that seeks clarification of the July order concerning the

17    pre-TRO termination, and the government will very soon file its

18    reply brief, and we think that is still a live request because

19    it concerns sort of the termination aspect of the case.

20          And then turning to the motion to dismiss, I think it

21    might be helpful to have further conversations, because -- that

22    is, I mean, further conversations between the parties about

23    their positions, because, as a conceptual matter, I'm not

24    certain I understand how it would be appropriate to go to

25    summary judgment on a complaint when an amended complaint is

1    being contemplated.

2          Similarly, on a pending motion to dismiss, if there is

3    an amended complaint filed, that might require a fresh

4    analysis.  So I think it might be premature at this point to

5    set the expectations for the motion to dismiss briefing until

6    the parties can confer, because I think some of the pieces that

7    have been described this afternoon by the plaintiffs would

8    suggest that sort of the existing motion to dismiss briefing

9    that is already on file may need modification, so it's

10   difficult really to give a definitive position, with the

11   Court's indulgence on that.

12         THE COURT:  Okay.  Thank you.

13         Coming back for a moment to the different buckets you

14   gave, just to make sure I understand.  I think you said roughly

15   4 billion described in the special message, and your position

16   is going to be that it's not available for obligation.  And

17   then some portions that aren't in dispute would not be covered.

18   And then you said an estimated 6.5 billion expiring by

19   September 30th, which is not covered.

20         Is it those three categories?  I know you earlier

21   mentioned the 12 billion-ish figure.  Is that those three

22   categories that make up the 12 billion?  Obviously, the 4

23   billion, plus 6.5 billion, gets you to 10.5.

24         Is the idea that the remainder there, in the

25   government's position, is the piece that wouldn't be covered?

1        MR. SUR:  Your Honor, this is Mr. Sur for the

2   government.  Yes, that's my understanding.  I think, roughly

3   speaking, I said on Monday 12.  Today I'm saying it's 11.5.

4   And that's the 10.5, which is the 4 in the special message,

5   plus roughly the 6.5 that State Department is working on.

6        And then that remainder amount is something like 940

7   million, is those state diplomatic programs, which aren't

8   foreign assistance.

9        THE COURT:  Okay.  Again, with the focus of really

10  trying to understand the outstanding issues and timing, can you

11  address the government's position as it relates to funds that

12  are not expiring on September 30th that have been appropriated

13  in the relevant act?  And by "address," I mean, the amount,

14  plus outstanding issues, and how they present in this case.

15       MR. SUR:  So I do not have a computation of those

16  amounts.  I know that there are a quantity that are not

17  expiring on September 30th, and so that would be subject to

18  whatever other proceedings the parties brief and the Court

19  decides.  So I think those are sort of still out there,

20  recognizing that as to certainly the flagship theory that the

21  plaintiffs presented on obligation of funds, that the court of

22  appeals rejected their theory.

23       THE COURT:  Okay.  Got it.

24       All right.  I can come to kind of some preliminary

25  proposed next steps, but let me just pause for a moment and see

1    if there is any other issue we haven't already talked about

2    that needs to be on my radar as it relates to next steps.

3            MR. JACOBSON:  Your Honor, this is Daniel Jacobson.

4    Just in terms of other motions that are floating out there,

5    there is our motion for an indicative ruling.  That is

6    obviously now moot.  We will be however submitting that same

7    information and more in declarations in support of our new

8    motion that we intend to file today.

9            The other ask I have, Your Honor, in light of what we

10   just heard, is I think it would benefit everybody, including

11   the Court, if the government could file just some sort of very

12   high level accounting of what funds that are expiring are

13   either in the package, the rescission package, or that they

14   intend to obligate, and just broadly through what vehicle.

15           For instance, Mr. Sur mentioned on Monday that they

16   intend to obligate a sizeable amount of money through an

17   interagency agreement, probably with the State Department, I

18   would guess, so just sort of knowing, again, just at the very

19   high level, like based on the category of appropriations from

20   the act, what that breakdown is I think would be extremely

21   beneficial to the parties and to the Court to provide clarity

22   as to what funds are at issue, because we certainly don't have

23   access to that information.

24           Thank you, Your Honor.

25           THE COURT:  Got it.  Okay.  Any other issues that need

1  to be on my radar before I turn to what I see as the next steps

2  based on this?

3        MS. ZIEVE:  I just wanted to add a clarification for

4  the AVAC plaintiffs.  We did not currently have in mind to file

5  an amended complaint, so just for clarity for Mr. Sur and for

6  the Court.

7        I understand that the government prefers to keep the

8  motion to dismiss on the same track, but just wanted to make

9  sure it was clear that the motion to amend the complaint was

10 not coming from us, and we're obviously not in a hurry.  If the

11 motion to dismiss sits in abeyance forever, that doesn't harm

12 us except for the issue about the administrative record.

13       THE COURT:  Understood.

14       Mr. Sur, anything else you want to put on my radar?

15       MR. SUR:  Your Honor, just briefly responding on this

16 last point.  The numbers -- the estimate of the different,

17 quote, buckets that I gave on the call, I think those we can

18 readily put into a report to the Court.  But as to

19 Mr. Jacobson's further suggestion about identifying vehicles,

20 as I discussed with the Court on Monday at the hearing, the

21 choice of vehicle to build in for the agency's various

22 contingencies that are involved, and I think disclosure of the

23 particular vehicles now when the process is still underway

24 would intrude on the deliberative process.

25       And as a practical matter, if it, for example,

1   complicates negotiations, would actually be a real-world

2   obstacle to the accomplishment of the goal that the plaintiffs

3   are representing that they want to meet, which is the

4   obligation of funds on September 30th.

5        So I just wanted to try to clarify the government's

6   position on that last request about the vehicle identification.

7        THE COURT:  Okay.  All right.  Are you using "vehicle"

8   right now to mean the same thing as I think you used the word

9   "instrument" in the hearing last time, or are we talking about

10  two different things?

11       MR. SUR:  I am using those metaphors, they are

12  probably mixed metaphors, but I am using them to mean the same

13  thing.

14       THE COURT:  Thanks.  I'm just making sure.  Okay.

15       So I'm going to go through what I understand to be the

16  next steps.  Much of this is, I think -- well, some of it at

17  least is just summarizing what I heard.  Some of it is adding a

18  task, but I think it's consistent with what at least everyone

19  thinks is feasible, so you'll have to tell me if I'm off on

20  that.

21       As to the pending motions, I'm understanding that the

22  motion for an indicative ruling in light of *Trump v. CASA* is

23  going to be moot at this point.  Obviously, that can be

24  addressed in the context of any future motions requesting

25  relief.

1        The motion to compel production of the administrative
2   record remains pending, and I haven't heard a request to amend
3   it or any argument that it's been mooted.
4        The motions to dismiss are a little bit more
5   complicated in light of the potential amendment and mention of
6   further motions, so I'm going to come back to that.
7        We have the government's motion to clarify the Court's
8   order as it relates to the terminations prior to February 13th,
9   and that remains pending and isn't affected by developments in
10  the circuit, as I understand it.  Again, you will tell me if I
11  misstated that, but that's what I've heard and that's my
12  expectation.
13       So I understand that there is an intent on the part of
14  plaintiffs in both cases to seek a form of preliminary or
15  emergency relief.  I'm not going to limit the plaintiffs'
16  ability to do so, and you can get those on file on the schedule
17  as you said you would get them on file and give them due
18  consideration, and the government will need to respond to them,
19  and I'll set response deadlines when I get those.
20       What I think would be helpful to have, and I think
21  this is a joint project from the parties in a status report,
22  because it seems to be what makes sense in light of what the
23  parties are telling the Court, is a filing that puts this in
24  one place as to what exactly is at issue in terms of the
25  appropriations by category, and ideally with the statutory

1     cite, unless for some reason that complicates the discussion

2     between the parties, and the date of expiration for that

3     appropriation and category in one place.

4          And then this is the part that I think I heard the

5     government offer that they can do at the right level of

6     generality, not getting into specific instruments, but making

7     clear which of these the parties understand to be in the

8     rescission notice or not, and then I think the government,

9     again, it's the categories the government has already been

10    talking about, which of these are in the categories that are in

11    the plan to be obligated versus not currently in that plan.

12         So it's just the high level bucket, Mr. Sur, that I

13    think you said that you could provide further guidance both at

14    the last hearing and now without getting into the specific

15    instruments, but I think for the time being having that all in

16    one place, and I do think it's best if it could be something

17    the parties put together together and get on file with me in a

18    joint report, ideally as a joint statement, but I'll wait to

19    see what you can get me in the joint report with that

20    information.

21         But I do think at this point, given how far we are

22    along in this case, it's important to be really clear about

23    what's exactly at issue here and exactly what each of the

24    plaintiffs are talking about and exactly what the defendants

25    are talking about, at least at that level of generality.

1    And then the second thing I'll ask you to confer

2    about, I do think as it relates to the motions to dismiss and

3    motions for summary judgment, it does seem like it's worth a

4    quick conference between the parties to just propose a schedule

5    for those.  I think probably helpful for each of you to hear

6    what you heard today on those topics so that you now know

7    what's coming and it should be helpful for the Court to have a

8    plan that takes into account all of those things and the

9    changes.

10    And so to the extent possible, that the cases can be

11    aligned, that would be great, although it's not absolutely

12    necessary as it relates to the motion to dismiss.  I know the

13    parties have taken slightly different positions on that.

14    I think that's what would be most helpful to have.

15    And my understanding is that the collection of the

16    appropriations at this point, I mean, all parties I think have

17    that I assume at the ready given the amount of litigation back

18    and forth and planning that the government has done.  So I

19    imagine it's at the ready.  And similarly, the parties would

20    have an understanding of what the expiration dates are.  And so

21    my guess is that this is something the plaintiffs can provide

22    very quickly, with the exception of the information that the

23    government has to provide, which is just, again, an indication

24    of which of these are covered by the rescission notice, which

25    of these are otherwise in the plan to be obligated by the

1    expiration date and already planned for, and then which are

2    not, I suppose, is the final category that I'll ask be

3    provided.

4          And so let me find a reasonable date, looking at the

5    calendar, to provide that.

6       (Pause)

7          THE COURT:  Okay.  Why don't we do this.  Why don't we

8    have that be on September 4th, which is the date that the

9    status report comes in.

10         Let me pause there and see if there are any concerns

11   with the plan I have just articulated.

12         MR. JACOBSON:  Your Honor, this is Daniel Jacobson for

13   the Global Health Council plaintiffs.  The only thing I wanted

14   to clarify with respect to the conferral aspect that Your Honor

15   mentioned on the motion to dismiss and the motion for summary

16   judgment, we have been planning on including in our motion

17   today a request for expedited summary judgment on just a few of

18   our claims for which an administrative record is not needed in

19   our view and facts are just clear in terms of not intending to

20   spend all the appropriations by the deadline, including, Your

21   Honor, because the relief we could receive upon summary

22   judgment for an APA claim is meaningfully different than the

23   the relief in the preliminary injunction, and so we do feel we

24   would be prejudiced to some extent if we couldn't include that

25   today.  I didn't know if that was Your Honor's intent, but I

1   wanted to clarify that.

2         THE COURT:  I'm not going to -- look, my intent here

3   is not to limit any party's right to file a motion.  It's

4   obviously to find an orderly way to go about this.  And so if

5   you believe that you have an argument to be made and it would

6   be appropriate to move for summary judgment now, then you can

7   move for summary judgment.

8         I understand Mr. Sur may have arguments why that

9   wouldn't be appropriate, and he has shared even some of his

10  substantive arguments as to the rescission letter and the

11  impact it has just as you all had.  And so none of this is

12  saying you can't file something, and none of it is saying that

13  Mr. Sur wouldn't be perfectly within his right for the

14  defendants to respond in substance to why it's not appropriate.

15        And the conferral will be as to any motions that are

16  going to follow that then.  I did intend it primarily with

17  respect to the pending motion to dismiss, but I do think one

18  thing that inevitably gets caught up in there is any motions to

19  amend and the impact that that's going to have on the pending

20  motions to dismiss, and so I do think that's something you all

21  should discuss.

22        MR. JACOBSON:  Great.  Thank you, Your Honor.  I

23  appreciate that.

24        The other only point I would make for the Global

25  Health Council plaintiffs or clarification is, the

1    September 4th date Your Honor just mentioned for the status

2    report, that seems perfectly fine to us, as long as -- and I

3    don't think Your Honor intended this -- it doesn't prejudice

4    our ability to obtain the preliminary injunction that we're

5    seeking before then, which we consider quite time sensitive.

6    I'm sorry, not the preliminary injunction, the temporary

7    restraining order.  Apologies to Your Honor.

8            THE COURT:  No, I'm not intending it to be a limit on

9    the ability to rule on it.  I'll obviously have to see the

10   motion and consider the motion and proceed from there.

11           MR. JACOBSON:  Thank you, Your Honor.

12           THE COURT:  I'm not hearing any other issues to be

13   raised, so I appreciate everyone's time and perspective on next

14   steps, and we have a plan for moving forward from here.

15           One moment while I take a look and see if there is

16   anything else I need to address.

17       (Pause)

18           THE COURT:  Okay.  One other thing does occur to me,

19   and it's not something I need your positions on right now, but

20   it is something that probably means you may have to confer a

21   little bit today, even if it's not the full -- maybe you will

22   want to confer today anyway to come up with a plan for what you

23   will file on September 4th, but there is an initial thing I'm

24   going to ask you to confer on, which is, I understand that the

25   plaintiffs in one of the matters intends to file a TRO motion

1    promptly, I think they said today, and another pretty promptly

2    in a couple of days.

3          And it occurs to me that it might be helpful for you

4    to confer, at least briefly before then, to make sure that the

5    relief you're seeking isn't possible without the TRO, or at

6    least partially.  And let me be a little bit more explicit by

7    what I mean.

8          I believe that, Mr. Jacobson, you said that part of

9    the TRO is to ensure that essentially preparatory steps are

10   taken as to everything, and it may be that if you confer, you

11   understand from the government that, at least in some immediate

12   term, there is -- they are still in the position to obligate

13   all of the funds, and, for example, then instead of it being a

14   TRO, it can actually be a PI based on a representation to the

15   Court about what status quo is and avoid TRO briefing.

16         That will be up to you all to discuss and see whether

17   some piece of that can be agreed upon by the parties for a

18   status quo in the meantime, but I do think in the interest of

19   not assuming there is a dispute as to what steps are being

20   taken right now and what is possible in the meantime, that it

21   is worth a very prompt discussion between the parties to see if

22   that can be agreed upon, and, therefore, the parties might be

23   able to proceed on a pace that everybody agrees on and is more

24   comfortable with.

25         So I'm going to ask you all to do that.  I think it

 1    will mean that you will have to do it today, and you might want

 2    to do it right when we get off this hearing.

 3              MR. JACOBSON:  Your Honor, that sounds like a great

 4    idea to us.  I'll say for the record that the purpose of the

 5    TRO is simply to ensure that if we do prevail on a preliminary

 6    injunction, the government does not say, well, you know, there

 7    was things we needed to do between today and the date the PI is

 8    granted that we didn't do, and, therefore, it's too late and it

 9    doesn't matter that you got a preliminary injunction.

10              If the government is able to give that assurance that

11    they won't say that, we can certainly confer about this

12    offline, that is really our intent with the temporary

13    restraining order, Your Honor.

14              THE COURT:  Mr. Sur, do you want to speak to that?

15              MR. SUR:  I think it would be helpful to have that

16    discussion.

17              THE COURT:  Okay.  All right.  Then have that

18    discussion, and it should inform obviously what is sought.  If

19    you have that discussion and the parties are comfortable with a

20    different schedule in light of the assurances given, then you

21    can let me know that.  You don't have to wait until

22    September 4th to let me know that.  You can let me know that

23    today and propose what would I imagine is still a quite

24    expedited briefing, but maybe not a TRO, if that's the case.

25              I will ask you to have that discussion, and I'll

1  expect either I will either see the TRO or an agreement to

2  proceed on a different basis.

3        With that, I think we can go ahead and adjourn.  I

4  appreciate all of you doing this thinking and helping plan so

5  we can move forward.

6        Take good care and have a good weekend.

7    (Proceedings concluded at 3:24 p.m.)

8

9                        CERTIFICATE

10    I, Sonja L. Reeves, Federal Official Court Reporter in and
   for the United States District Court of the District of
11  Columbia, do hereby certify that the foregoing transcript is a
   true and accurate transcript from the original stenographic
12  record in the above-entitled matter and that the transcript
   page format is in conformance with the regulations of the
13  Judicial Conference of the United States.

14    Dated this 29th day of August, 2025.

15

16                    /s/ Sonja L. Reeves
                   SONJA L. REEVES, RDR-CRR
17                 FEDERAL OFFICIAL COURT REPORTER

18

19

20

21

22

23

24

25

**$**

**$12** [1] - 10:17

**/**

**/s** [1] - 28:16

**1**

**10.5** [2] - 15:23, 16:4
**11.5** [1] - 16:3
**1100** [1] - 2:12
**12** [3] - 15:21, 15:22, 16:3
**13** [1] - 11:5
**13th** [1] - 20:8
**14** [1] - 11:5
**1600** [1] - 2:3
**1629** [1] - 2:9
**1:25-cv-00400-AHA** [1] - 1:5
**1:25-cv-00402-AHA** [1] - 1:11

**2**

**20001** [2] - 1:24, 2:7
**20006** [1] - 2:9
**20009** [1] - 2:3
**2024** [2] - 9:17, 11:1
**2025** [7] - 1:17, 8:14, 8:16, 11:4, 11:10, 11:23, 28:14
**20530** [1] - 2:13
**20th** [1] - 2:3
**25-0400** [2] - 2:1
**25-0402** [1] - 2:9
**25-400** [3] - 3:3, 3:8, 7:19
**25-402** [2] - 3:4, 3:13
**29** [1] - 1:17
**29th** [1] - 28:14
**2:37** [2] - 1:18, 3:1

**3**

**30** [6] - 8:14, 8:16, 11:4, 11:5, 11:9, 11:22
**300** [1] - 2:9
**30th** [7] - 9:18, 10:24, 13:7, 15:19, 16:12, 16:17, 19:4
**333** [1] - 1:24
**3:24** [2] - 1:18, 28:7

**4**

**4** [7] - 10:8, 10:12,

**5**

**5** [1] - 8:25
**5:00** [1] - 8:20

**6**

**6.5** [4] - 13:7, 15:18, 15:23, 16:5
**601** [1] - 2:6

**7**

**7061** [1] - 8:25

**9**

**940** [1] - 16:6

**A**

**abeyance** [1] - 18:11
**ability** [3] - 20:16, 25:4, 25:9
**able** [5] - 4:5, 8:16, 13:9, 26:23, 27:10
**above-entitled** [1] - 28:12
**absolutely** [1] - 22:11
**access** [1] - 17:23
**accomplishment** [1] - 19:2
**account** [1] - 22:8
**accounting** [1] - 17:12
**accounts** [1] - 13:21
**accurate** [1] - 28:11
**act** [3] - 10:24, 16:13, 17:20
**Act** [5] - 6:21, 8:9, 9:17, 11:1, 11:15
**Action** [4] - 3:2, 3:4, 3:8, 3:13
**action** [2] - 6:20, 8:25
**actively** [1] - 7:23
**Acts** [1] - 11:9
**acts** [1] - 11:10
**add** [3] - 11:7, 12:3, 18:3
**adding** [2] - 8:24, 19:17
**addition** [1] - 8:24

**additions** [1] - 9:2
**address** [3] - 16:11, 16:13, 25:16
**addressed** [7] - 6:2, 9:13, 9:16, 9:21, 11:8, 12:4, 19:24
**adjourn** [1] - 28:3
**administrative** [5] - 7:16, 7:21, 18:12, 20:1, 23:18
**ADVOCACY** [1] - 1:3
**Advocacy** [1] - 3:3
**affected** [1] - 20:9
**afternoon** [7] - 3:13, 3:14, 3:18, 3:19, 3:24, 8:5, 15:7
**agency** [1] - 8:25
**agency's** [1] - 18:21
**agree** [1] - 12:8
**agreed** [2] - 26:17, 26:22
**agreement** [2] - 17:17, 28:1
**agrees** [1] - 26:23
**ahead** [3] - 7:6, 11:19, 28:3
**AIDS** [2] - 1:3, 3:3
**al** [8] - 1:3, 1:7, 1:9, 1:12, 3:3, 3:4, 3:5
**Ali** [1] - 3:25
**ALI** [1] - 1:17
**aligned** [1] - 22:11
**ALLISON** [1] - 2:2
**Allison** [2] - 3:9, 6:17
**amend** [3] - 18:9, 20:2, 24:19
**amended** [6] - 5:5, 6:6, 8:23, 14:25, 15:3, 18:5
**amendment** [1] - 20:5
**AMIR** [1] - 1:17
**amount** [7] - 12:24, 13:8, 13:18, 16:6, 16:13, 17:16, 22:17
**amounts** [1] - 16:16
**analysis** [1] - 15:4
**answering** [1] - 10:20
**anyway** [2] - 12:9, 25:22
**APA** [3] - 6:20, 8:8, 23:22
**apologies** [1] - 25:7
**appeals** [2] - 14:11, 16:22
**appeals'** [1] - 6:5
**appear** [1] - 14:7
**appreciate** [3] - 24:23, 25:13, 28:4

**appreciating** [1] - 14:5
**appropriate** [6] - 5:12, 14:12, 14:24, 24:6, 24:9, 24:14
**appropriated** [4] - 10:1, 10:23, 12:10, 16:12
**appropriation** [1] - 21:3
**appropriations** [6] - 6:21, 10:13, 17:19, 20:25, 22:16, 23:20
**Appropriations** [5] - 6:21, 8:9, 9:17, 11:9, 11:15
**arbitrary** [1] - 7:17
**argument** [2] - 20:3, 24:5
**arguments** [3] - 5:10, 24:8, 24:10
**Arnold** [1] - 2:5
**articulated** [1] - 23:11
**aspect** [2] - 14:19, 23:14
**assistance** [3] - 10:14, 13:5, 16:8
**assume** [1] - 22:17
**assuming** [1] - 26:19
**assurance** [1] - 27:10
**assurances** [1] - 17:20
**audio** [1] - 3:6
**August** [2] - 1:17, 28:14
**authorities** [1] - 13:9
**authorized** [1] - 14:11
**AVAC** [2] - 3:10, 18:4
**available** [3] - 8:20, 12:24, 15:16
**Avenue** [1] - 1:24, 2:6
**avoid** [1] - 26:15

**B**

**based** [3] - 17:19, 18:2, 26:14
**basis** [1] - 28:2
**BATEMAN** [1] - 2:2
**Bateman** [1] - 3:11
**BEFORE** [1] - 1:17
**beneficial** [1] - 17:21
**benefit** [1] - 17:10
**best** [2] - 13:8, 21:16
**between** [5] - 14:22, 21:2, 22:4, 26:21,

27:7
**beyond** [1] - 9:2
**big** [2] - 5:1, 5:7
**billion** [14] - 10:8, 10:12, 10:17, 11:5, 12:22, 13:7, 15:15, 15:18, 15:21, 15:22, 15:23
**billion-ish** [1] - 15:21
**bit** [4] - 10:8, 20:4, 25:21, 26:6
**Branch** [1] - 3:21
**breakdown** [1] - 17:20
**brief** [4] - 7:1, 7:8, 14:18, 16:18
**briefed** [1] - 7:22
**briefing** [4] - 15:5, 15:8, 26:15, 27:24
**briefly** [2] - 18:15, 26:4
**broadly** [1] - 17:14
**bucket** [1] - 21:12
**buckets** [3] - 12:12, 15:13, 18:17
**build** [1] - 18:21
**bulk** [1] - 12:4
**BY** [4] - 2:2, 2:6, 2:8, 2:12

**C**

**calendar** [1] - 23:5
**capricious** [1] - 7:17
**care** [1] - 28:6
**CASA** [1] - 19:22
**case** [13] - 2:1, 5:4, 5:6, 6:15, 7:12, 8:2, 10:9, 12:12, 14:12, 14:19, 16:14, 21:22, 27:24
**CASE** [2] - 1:5, 1:11
**Case** [1] - 2:5
**cases** [3] - 5:24, 20:14, 22:10
**categories** [6] - 6:10, 10:13, 15:20, 15:22, 21:9, 21:10
**category** [4] - 17:19, 20:25, 21:3, 23:2
**caught** [1] - 24:18
**certain** [1] - 14:24
**certainly** [5] - 9:15, 10:17, 16:20, 17:22, 27:11
**CERTIFICATE** [1] - 28:9
**Certified** [1] - 1:23
**certify** [1] - 28:11
**chance** [1] - 12:1

**changes** [1] - 22:9
**choice** [1] - 18:21
**circuit** [2] - 5:5, 20:10
**circumstances** [1] - 6:8
**cite** [1] - 21:1
**Citizen** [2] - 2:2, 3:9
**Civil** [5] - 3:2, 3:4, 3:8, 3:13, 3:20
**claim** [6] - 6:19, 6:20, 7:17, 8:10, 13:5, 23:22
**claims** [7] - 5:11, 8:9, 9:15, 9:23, 12:9, 13:3, 23:18
**clarification** [3] - 14:16, 18:3, 24:25
**clarify** [5] - 11:20, 19:5, 20:7, 23:14, 24:1
**clarity** [2] - 17:21, 18:5
**clear** [7] - 5:9, 11:13, 11:14, 18:9, 21:7, 21:22, 23:19
**CLERK** [3] - 3:2, 3:12, 3:17
**clerk** [2] - 4:2, 4:13
**clients** [1] - 12:6
**COALITION** [1] - 1:3
**Coalition** [1] - 3:3
**colleague** [1] - 3:22
**colleagues** [1] - 3:10
**collection** [1] - 22:15
**COLUMBIA** [1] - 1:1
**Columbia** [1] - 28:11
**comfortable** [2] - 26:24, 27:19
**coming** [6] - 5:17, 5:19, 14:13, 15:13, 18:10, 22:7
**compel** [2] - 7:21, 20:1
**compete** [1] - 13:21
**complaint** [7] - 8:23, 8:24, 14:25, 15:3, 18:5, 18:9
**complicated** [1] - 20:5
**complicates** [2] - 19:1, 21:1
**computation** [1] - 16:15
**conceptual** [1] - 14:23
**concerning** [2] - 9:9, 14:16
**concerns** [2] - 14:19, 23:10

**concluded** [1] - 28:7
**confer** [8] - 15:6, 22:1, 25:20, 25:22, 25:24, 26:4, 26:10, 27:11
**Conference** [1] - 28:13
**conference** [3] - 3:6, 5:2, 22:4
**CONFERENCE** [1] - 1:16
**conferral** [2] - 23:14, 24:15
**conformance** [1] - 28:12
**Congress** [4] - 9:9, 12:5, 12:10, 14:1
**congressional** [1] - 13:12
**consider** [2] - 25:5, 25:10
**consideration** [1] - 20:18
**considerations** [1] - 10:22
**consistent** [2] - 13:16, 19:18
**Constitution** [1] - 1:24
**contemplated** [1] - 15:1
**context** [1] - 19:24
**contingencies** [1] - 18:22
**convenience** [1] - 8:21
**conversations** [2] - 14:21, 14:22
**correct** [1] - 10:4
**Council** [5] - 3:5, 3:15, 8:4, 23:13, 24:25
**COUNCIL** [1] - 1:9
**counsel** [9] - 3:8, 3:17, 4:2, 4:19, 4:22, 5:8, 5:23, 7:4, 8:2
**count** [1] - 8:24
**couple** [2] - 4:1, 26:2
**court** [6] - 4:5, 4:23, 4:24, 6:5, 14:10, 16:21
**COURT** [30] - 1:1, 3:24, 4:14, 4:18, 7:2, 7:24, 8:1, 9:5, 9:24, 10:19, 11:2, 11:12, 11:19, 11:25, 12:14, 15:12, 16:9, 16:23, 17:25, 18:13, 19:7, 19:14, 23:7, 24:2, 25:8, 25:12, 25:18,

27:14, 27:17, 28:17
**Court** [17] - 1:23, 3:1, 4:8, 13:11, 14:5, 14:10, 16:18, 17:11, 17:21, 18:6, 18:18, 18:20, 20:23, 22:7, 26:15, 28:10, 28:10
**court's** [1] - 14:9
**Court's** [2] - 15:11, 20:7
**courtroom** [2] - 4:4, 4:9
**covered** [1] - 13:2, 13:5, 13:24, 15:17, 15:19, 15:25, 22:24
**creating** [1] - 7:6
**CRR** [1] - 28:16
**cues** [1] - 4:22
**current** [1] - 6:4

**D**

**Daniel** [5] - 3:15, 4:11, 8:3, 17:3, 23:12
**DANIEL** [1] - 2:8
**date** [8] - 8:17, 11:6, 21:2, 23:1, 23:4, 23:8, 25:1, 27:7
**Dated** [1] - 28:14
**dates** [2] - 11:15, 22:20
**days** [2] - 7:13, 26:2
**DC** [6] - 1:18, 1:24, 2:3, 2:7, 2:9, 2:13
**deadline** [3] - 10:24, 14:12, 23:20
**deadlines** [1] - 20:19
**deal** [1] - 5:1
**decides** [1] - 16:19
**decision** [1] - 6:5
**declarations** [1] - 17:7
**DEFENDANTS** [1] - 2:11
**Defendants** [1] - 1:8
**defendants** [9] - 1:13, 3:21, 6:20, 7:15, 9:20, 12:20, 13:10, 21:24, 24:14
**defense** [1] - 9:22
**definitely** [1] - 12:11
**definitive** [1] - 15:10
**delayed** [1] - 9:1
**deliberative** [1] - 18:24
**democracy** [1] - 10:14
**Department** [9] - 2:11, 3:4, 3:20, 13:4, 13:8, 13:19, 13:25,

16:5, 17:17
**DEPARTMENT** [1] - 1:6
**DEPUTY** [3] - 3:2, 3:12, 3:17
**described** [5] - 12:19, 12:22, 13:11, 15:7, 15:15
**despite** [1] - 4:8
**determining** [1] - 6:9
**development** [1] - 10:14
**developments** [1] - 20:9
**difference** [1] - 10:4
**differences** [1] - 12:2
**different** [7] - 15:13, 18:16, 19:10, 22:13, 23:22, 27:20, 28:2
**difficult** [1] - 15:10
**dignity** [1] - 4:9
**Diplomate** [1] - 1:22
**diplomatic** [2] - 13:4, 16:7
**disclosure** [1] - 18:22
**discuss** [2] - 24:21, 26:16
**discussed** [1] - 18:20
**discussion** [6] - 21:1, 26:21, 27:16, 27:18, 27:19, 27:25
**dismiss** [16] - 7:11, 7:14, 7:20, 14:20, 15:2, 15:5, 15:8, 18:8, 18:11, 20:4, 22:2, 22:12, 23:15, 24:17, 24:20
**dispute** [3] - 13:2, 15:17, 26:19
**DISTRICT** [3] - 1:1, 1:1, 1:17
**District** [2] - 28:10
**Division** [1] - 3:20
**documents** [1] - 13:13
**Donald** [1] - 3:5
**DONALD** [1] - 1:12
**done** [2] - 22:18
**down** [3] - 5:1, 5:18, 5:19
**downside** [1] - 4:21
**due** [1] - 20:17
**duplicate** [1] - 7:1

**E**

**echo** [2] - 7:2, 7:6
**effort** [1] - 13:8

**either** [5] - 4:12, 6:6, 17:13, 28:1
**emergency** [2] - 12:19, 20:15
**enforcement** [1] - 13:23
**ensure** [2] - 26:9, 27:5
**entitled** [1] - 28:12
**essentially** [1] - 26:9
**estimate** [2] - 13:6, 18:16
**estimated** [1] - 15:18
**et** [8] - 1:3, 1:7, 1:9, 1:12, 3:3, 3:4, 3:5
**event** [1] - 10:2
**exactly** [5] - 11:14, 20:24, 21:23, 21:24
**example** [4] - 13:3, 13:25, 18:25, 26:13
**except** [1] - 18:12
**exception** [1] - 22:22
**existing** [1] - 15:8
**expect** [2] - 6:6, 28:1
**expectation** [2] - 13:16, 20:12
**expectations** [1] - 15:5
**expecting** [1] - 5:9
**expects** [1] - 13:9
**expedited** [2] - 23:17, 27:24
**expiration** [3] - 21:2, 22:20, 23:1
**expire** [5] - 8:17, 11:4, 11:6, 11:9, 11:24
**expires** [1] - 9:18
**expiring** [9] - 8:14, 10:8, 10:17, 11:22, 13:7, 15:18, 16:12, 16:17, 17:12
**explicit** [1] - 26:6
**extent** [5] - 6:1, 7:3, 12:2, 22:10, 23:24
**extremely** [1] - 17:20
**eye** [1] - 10:21

**F**

**facts** [1] - 23:19
**falls** [1] - 6:10
**far** [1] - 21:21
**fashion** [1] - 5:13
**feasible** [1] - 19:19
**February** [1] - 20:8
**federal** [1] - 1:23
**FEDERAL** [1] - 28:17
**Federal** [2] - 3:21, 28:10

**few** [2] - 10:13, 23:17
**figure** [1] - 15:21
**file** [23] - 7:1, 7:9, 7:11, 7:16, 8:5, 8:19, 8:22, 8:23, 9:3, 11:21, 12:12, 14:17, 15:9, 17:8, 17:11, 18:4, 20:16, 20:17, 21:17, 24:3, 24:12, 25:23, 25:25
**filed** [2] - 9:9, 15:3
**filing** [3] - 6:22, 6:25, 20:23
**final** [1] - 23:2
**finally** [1] - 7:15
**financing** [1] - 13:22
**fine** [1] - 25:2
**first** [7] - 3:8, 4:1, 5:20, 5:24, 6:14, 6:15, 8:6
**five** [1] - 7:13
**flagship** [1] - 16:20
**floating** [1] - 17:4
**focus** [3] - 5:14, 11:21, 16:9
**follow** [1] - 24:16
**FOR** [4] - 1:1, 2:1, 2:4, 2:11
**foregoing** [1] - 28:11
**foreign** [3] - 13:5, 13:22, 16:8
**forever** [1] - 18:11
**form** [3] - 5:15, 9:12, 20:14
**format** [1] - 28:12
**forth** [1] - 22:18
**forthcoming** [1] - 14:3
**forum** [1] - 4:6
**forward** [3] - 14:4, 25:14, 28:5
**fresh** [1] - 15:3
**Friday** [1] - 1:17
**full** [1] - 25:21
**fully** [1] - 7:22
**funds** [28] - 8:14, 8:16, 8:17, 9:25, 10:8, 10:9, 10:14, 10:15, 10:17, 10:18, 10:23, 11:4, 11:8, 11:10, 11:22, 11:24, 12:4, 12:9, 13:3, 13:15, 14:2, 16:11, 16:21, 17:12, 17:22, 19:4, 26:13
**future** [1] - 19:24

## G

**general** [1] - 5:20

**generality** [2] - 21:6, 21:25
**generally** [1] - 4:3
**GHC** [3] - 6:22, 6:25, 7:9
**given** [3] - 21:21, 22:17, 27:20
**GLOBAL** [1] - 1:9
**Global** [6] - 3:5, 3:15, 8:2, 8:4, 23:13, 24:24
**global** [2] - 13:25, 14:2
**goal** [1] - 19:2
**government** [20] - 3:17, 5:25, 8:13, 8:15, 9:9, 14:9, 14:15, 14:17, 16:2, 17:11, 18:7, 20:18, 21:5, 21:8, 21:9, 22:18, 22:23, 26:11, 27:6, 27:10
**government's** [5] - 7:20, 15:25, 16:11, 19:5, 20:7
**granted** [1] - 27:8
**great** [4] - 4:6, 22:11, 24:22, 27:3
**grounds** [1] - 12:20
**Group** [2] - 2:2, 2:8
**guess** [2] - 17:18, 22:21
**guidance** [1] - 21:13

## H

**half** [1] - 11:4
**harm** [1] - 18:11
**Health** [6] - 3:5, 3:15, 8:2, 8:4, 23:13, 24:25
**HEALTH** [1] - 1:9
**health** [2] - 13:25, 14:2
**hear** [13] - 4:5, 4:12, 4:13, 4:19, 5:3, 5:21, 5:24, 6:8, 6:11, 6:14, 8:1, 12:15, 22:5
**heard** [7] - 5:13, 17:10, 19:17, 20:2, 20:11, 21:4, 22:6
**HEARING** [1] - 1:16
**hearing** [14] - 5:3, 5:9, 6:23, 6:24, 7:2, 7:7, 7:10, 8:20, 10:16, 18:20, 19:9, 21:14, 25:12, 27:2
**helpful** [12] - 5:21, 6:8, 7:4, 11:17, 11:20, 14:21, 20:20, 22:5, 22:7, 22:14, 26:3,

27:15
**helping** [1] - 28:4
**hereby** [1] - 28:11
**high** [3] - 17:12, 17:19, 21:12
**historical** [1] - 13:14
**history** [1] - 13:16
**Honor** [28] - 3:2, 3:14, 4:11, 6:17, 8:3, 8:18, 9:14, 10:5, 11:1, 11:7, 11:17, 11:18, 12:18, 16:1, 17:3, 17:9, 17:24, 18:15, 23:12, 23:14, 23:21, 24:22, 25:1, 25:3, 25:7, 25:11, 27:3, 27:13
**Honor's** [2] - 8:21, 23:25
**HONORABLE** [1] - 1:17
**hopefully** [1] - 8:19
**hurry** [1] - 18:10

## I

**idea** [2] - 15:24, 27:4
**ideally** [2] - 20:25, 21:18
**identification** [1] - 19:6
**identify** [3] - 3:6, 3:13, 3:17
**identifying** [1] - 18:19
**imagine** [5] - 5:7, 6:7, 9:3, 22:19, 27:23
**immediate** [1] - 26:11
**impact** [4] - 9:11, 9:15, 24:11, 24:19
**implicate** [1] - 12:6
**importance** [2] - 4:6, 4:8
**important** [1] - 21:22
**include** [1] - 23:24
**included** [3] - 9:25, 11:10, 12:25
**includes** [3] - 10:7, 10:9, 13:12
**including** [5] - 11:10, 14:10, 17:10, 23:16, 23:20
**incumbent** [1] - 11:13
**indication** [1] - 22:23
**indicative** [2] - 17:5, 19:22
**INDRANEEL** [1] - 2:12

**Indraneel** [1] - 3:20
**indulgence** [1] - 15:11
**inevitably** [1] - 24:18
**inform** [1] - 27:18
**information** [5] - 11:16, 17:7, 17:23, 21:20, 22:22
**initial** [1] - 25:23
**injunction** [7] - 6:18, 8:7, 23:23, 25:4, 25:6, 27:6, 27:9
**instance** [1] - 17:15
**instead** [1] - 26:13
**institutions** [1] - 4:7
**instrument** [1] - 19:9
**instruments** [2] - 21:6, 21:15
**intend** [10] - 8:4, 8:5, 8:19, 8:22, 9:3, 11:21, 17:8, 17:14, 17:16, 24:16
**intended** [2] - 10:10, 25:3
**intending** [3] - 9:10, 23:19, 25:8
**intends** [1] - 25:25
**intent** [4] - 20:13, 23:25, 24:2, 27:12
**interagency** [1] - 17:17
**interest** [3] - 5:8, 6:13, 26:18
**interested** [1] - 7:10
**international** [2] - 10:10, 13:22
**interrupt** [1] - 4:25
**intrude** [1] - 18:24
**involved** [2] - 5:7, 18:22
**involves** [1] - 5:7
**ironic** [1] - 4:14
**ish** [1] - 15:21
**issuance** [1] - 5:5
**issue** [9] - 5:4, 10:8, 10:13, 12:12, 17:1, 17:22, 18:12, 20:24, 21:23
**issues** [8] - 4:6, 5:15, 5:16, 9:12, 16:10, 16:14, 17:25, 25:12

## J

**Jacobson** [9] - 2:8, 3:15, 4:11, 8:4, 9:8, 12:8, 17:3, 23:12, 26:8
**JACOBSON** [15] - 2:8, 3:14, 4:11, 8:3,

9:14, 10:5, 11:1, 11:3, 11:17, 11:20, 17:3, 13:22, 24:22, 25:11, 27:3
**Jacobson's** [1] - 18:19
**joinder** [2] - 7:1, 7:9
**joined** [1] - 7:3
**joint** [4] - 20:21, 21:18, 21:19
**Joshua** [1] - 3:22
**JOSHUA** [1] - 2:12
**JUDGE** [1] - 1:17
**Judge** [1] - 3:24
**judgment** [9] - 7:17, 8:7, 14:25, 22:3, 23:16, 23:17, 23:22, 24:6, 24:7
**Judicial** [1] - 28:13
**July** [1] - 14:16
**Justice** [2] - 2:11, 3:20

## K

**Kaye** [1] - 2:5
**keep** [2] - 5:1, 18:7
**kind** [2] - 9:12, 16:24
**knowing** [1] - 17:18

## L

**last** [5] - 10:16, 18:16, 19:6, 19:9, 21:14
**late** [1] - 27:8
**Lauren** [1] - 3:11
**LAUREN** [1] - 2:2
**law** [1] - 13:23
**Lawyers** [1] - 2:8
**least** [6] - 19:17, 19:18, 21:25, 26:4, 26:6, 26:11
**leave** [1] - 8:23
**legal** [2] - 9:20, 13:9
**legality** [1] - 5:11
**legally** [1] - 9:15
**letter** [1] - 24:10
**level** [5] - 17:12, 17:19, 21:5, 21:12, 21:25
**license** [1] - 4:24
**light** [7] - 4:14, 5:4, 17:9, 19:22, 20:5, 20:22, 27:20
**limit** [3] - 20:15, 24:3, 25:8
**limited** [1] - 8:12
**line** [6] - 3:6, 3:10, 3:16, 4:3, 4:12, 4:19

**listen** [1] - 4:5
**litigation** [1] - 22:17
**Litigation** [1] - 2:2
**live** [2] - 6:4, 14:18
**LLC** [1] - 2:8
**LLP** [1] - 2:5
**look** [2] - 24:2, 25:15
**looking** [1] - 23:4

## M

**major** [1] - 9:2
**majority** [1] - 13:18
**mandamus** [1] - 8:10
**mandate** [2] - 5:5, 6:5
**Massachusetts** [1] - 2:6
**materials** [1] - 12:23
**matter** [7] - 4:7, 13:14, 14:7, 14:23, 18:25, 27:9, 28:12
**matters** [2] - 4:1, 25:25
**mean** [7] - 14:22, 16:13, 19:8, 19:12, 22:16, 26:7, 27:1
**meaningfully** [1] - 23:22
**means** [1] - 25:20
**meantime** [2] - 26:18, 26:20
**mechanisms** [1] - 14:9
**meet** [1] - 19:3
**mention** [1] - 20:5
**mentioned** [5] - 8:18, 15:21, 17:15, 23:15, 25:1
**merits** [2] - 5:10, 14:6
**message** [9] - 9:9, 10:1, 10:3, 10:7, 12:5, 12:23, 12:24, 15:15, 16:4
**metaphors** [2] - 19:11, 19:12
**might** [7] - 6:7, 14:21, 15:3, 15:4, 26:3, 26:22, 27:1
**military** [1] - 13:22
**million** [1] - 16:7
**mind** [5] - 6:18, 7:16, 18:4
**minority** [1] - 10:18
**misstated** [1] - 20:11
**mixed** [1] - 19:12
**modification** [1] - 15:9
**moment** [5] - 4:15,

7:24, 15:13, 16:25, 25:15
**Monday** [4] - 13:11, 16:3, 17:15, 18:20
**money** [3] - 9:18, 12:12, 17:16
**moot** [3] - 6:6, 17:6, 19:23
**mooted** [1] - 20:3
**morning** [1] - 12:6
**most** [1] - 22:14
**motion** [47] - 6:10, 6:19, 6:25, 7:8, 7:9, 7:11, 7:13, 7:14, 7:16, 7:20, 7:21, 8:5, 8:6, 8:11, 8:18, 8:19, 8:22, 9:4, 9:16, 9:21, 11:8, 11:20, 12:13, 14:15, 14:20, 15:2, 15:5, 15:8, 17:5, 17:8, 18:8, 18:9, 18:11, 19:22, 20:1, 20:7, 22:12, 23:15, 23:16, 24:3, 24:17, 25:10, 25:25
**motions** [17] - 6:3, 6:4, 6:5, 7:19, 8:5, 12:18, 14:14, 17:4, 19:21, 19:24, 20:4, 20:6, 22:2, 22:3, 24:15, 24:18, 24:20
**move** [3] - 24:6, 24:7, 28:5
**moving** [2] - 10:6, 25:14
**MR** [22] - 3:14, 3:19, 3:23, 4:11, 8:3, 9:14, 10:5, 11:1, 11:3, 11:17, 11:20, 12:18, 16:1, 16:15, 17:3, 18:15, 19:11, 23:12, 24:22, 25:11, 27:3, 27:15
**MS** [5] - 3:9, 6:17, 7:7, 12:4, 18:3
**mute** [2] - 6:13, 7:5
**muted** [1] - 7:4

## N

**narcotics** [1] - 13:22
**NATHANIEL** [1] - 2:12
**necessary** [2] - 8:16, 22:12
**need** [5] - 15:9, 17:25, 20:18, 25:16, 25:19
**needed** [3] - 5:12, 23:18, 27:7
**needs** [1] - 17:2

**negotiations** [1] - 19:1
**new** [4] - 6:18, 7:11, 8:24, 17:7
**next** [9] - 5:4, 5:22, 6:9, 12:17, 16:25, 17:2, 18:1, 19:16, 25:13
**NICOLAS** [1] - 2:2
**Nicolas** [1] - 3:11
**NO** [2] - 1:5, 1:11
**none** [2] - 24:11, 24:12
**note** [2] - 4:2, 14:15
**nothing** [1] - 9:19
**notice** [4] - 9:8, 10:1, 21:8, 22:24
**notifications** [1] - 13:12, 14:3
**notified** [1] - 14:1
**number** [1] - 13:15
**numbers** [1] - 18:16
**NW** [5] - 1:24, 2:3, 2:6, 2:9, 2:12

## O

**obligate** [5] - 8:16, 13:8, 17:14, 17:16, 26:12
**obligated** [4] - 9:18, 13:15, 21:11, 22:25
**obligating** [1] - 14:1
**obligation** [6] - 8:14, 9:20, 12:25, 15:16, 16:21, 19:4
**obstacle** [1] - 19:2
**obtain** [1] - 25:4
**obviate** [1] - 12:9
**obviates** [1] - 9:19
**obvious** [1] - 5:8
**obviously** [7] - 10:6, 17:6, 18:10, 19:23, 24:4, 25:9, 27:18
**Obviously** [1] - 15:22
**occur** [1] - 25:18
**occurs** [1] - 26:3
**OF** [3] - 1:1, 1:6, 1:16
**offer** [1] - 21:5
**OFFICIAL** [1] - 28:17
**Official** [2] - 1:23, 28:10
**offline** [1] - 27:12
**one** [16] - 6:12, 7:6, 7:11, 7:12, 7:22, 7:24, 10:19, 12:7, 14:6, 20:24, 21:3, 21:16, 24:17, 25:15, 25:18, 25:25

**One** [2] - 4:21, 12:21
**ones** [1] - 13:24
**open** [2] - 4:2, 4:4
**opinion** [1] - 5:5
**opportunity** [3] - 5:12, 5:22, 5:24
**oppose** [1] - 12:20
**order** [8] - 6:3, 8:7, 8:11, 14:8, 14:16, 20:8, 25:7, 27:13
**Order** [1] - 3:1
**ordered** [1] - 8:13
**orderly** [2] - 5:13, 24:4
**organizations** [1] - 10:10
**original** [1] - 28:11
**otherwise** [1] - 22:25
**outset** [2] - 4:1, 5:6
**outstanding** [4] - 5:15, 9:12, 16:10, 16:14

## P

**p.m** [5] - 1:18, 3:1, 8:20, 28:7
**pace** [2] - 4:23, 26:23
**package** [4] - 11:11, 12:25, 17:13
**page** [1] - 28:12
**panel's** [1] - 5:4
**part** [7] - 6:7, 9:16, 9:22, 10:2, 20:13, 21:4, 26:8
**partial** [1] - 8:7
**partially** [1] - 26:6
**particular** [1] - 18:23
**particularly** [1] - 4:3
**parties** [25] - 3:6, 3:12, 4:13, 5:8, 5:14, 5:18, 6:4, 12:16, 14:22, 15:6, 16:18, 17:21, 20:21, 20:23, 21:2, 21:7, 21:17, 22:4, 22:13, 22:16, 22:19, 26:17, 26:21, 26:22, 27:19
**parties'** [2] - 5:3, 6:2
**party** [1] - 4:7
**party's** [1] - 24:3
**pause** [4] - 4:15, 16:25, 23:10
**Pause** [4] - 4:17, 7:25, 23:6, 25:17
**pending** [10] - 6:3, 7:14, 7:19, 7:20, 15:2, 19:21, 20:2, 20:9, 24:17, 24:19
**people** [1] - 4:7

**perfectly** [2] - 24:13, 25:2
**perhaps** [1] - 7:8
**perspective** [1] - 25:13
**phone** [1] - 6:11
**PI** [3] - 7:8, 26:14, 27:7
**piece** [2] - 15:25, 26:17
**pieces** [1] - 15:6
**pike** [2] - 5:18, 5:19
**place** [3] - 20:24, 21:3, 21:16
**plaintiff** [1] - 6:14
**plaintiffs** [21] - 3:10, 3:12, 3:15, 5:23, 6:15, 6:22, 8:4, 12:19, 13:21, 13:24, 14:7, 15:7, 16:21, 18:4, 19:2, 20:14, 21:24, 22:21, 23:13, 24:25, 25:25
**Plaintiffs** [2] - 1:4, 1:10
**PLAINTIFFS** [2] - 2:1, 2:4
**plaintiffs'** [6] - 3:7, 8:1, 9:11, 9:24, 13:3, 20:15
**plan** [8] - 21:11, 22:8, 22:25, 23:11, 25:14, 25:22, 28:4
**planned** [1] - 23:1
**planning** [2] - 22:18, 23:16
**plans** [1] - 14:1
**plus** [3] - 15:23, 16:5, 16:14
**pocket** [2] - 5:11, 9:19
**point** [9] - 11:16, 12:11, 14:6, 15:4, 18:16, 19:23, 21:21, 22:16, 24:24
**Porter** [1] - 2:5
**portion** [3] - 10:18, 10:23, 13:1
**portions** [1] - 15:17
**position** [12] - 6:9, 9:11, 9:14, 9:17, 10:3, 12:16, 15:10, 15:15, 15:25, 16:11, 19:6, 26:12
**positions** [6] - 5:3, 5:21, 6:3, 14:23, 22:13, 25:19
**possible** [3] - 22:10, 26:5, 26:20
**possibly** [1] - 12:7

**potential** [1] - 20:5
**practical** [3] - 14:7, 14:12, 18:25
**pre** [1] - 14:17
**pre-TRO** [1] - 14:17
**prefers** [1] - 18:7
**prejudice** [1] - 25:3
**prejudiced** [1] - 23:24
**preliminary** [10] - 4:1, 6:18, 8:7, 16:24, 20:14, 23:23, 25:4, 25:6, 27:5, 27:9
**premature** [1] - 15:4
**preparations** [1] - 13:12
**preparatory** [2] - 8:15, 26:9
**present** [1] - 16:14
**presented** [2] - 5:16, 16:21
**pretty** [1] - 26:1
**prevail** [1] - 27:5
**prevent** [1] - 8:13
**primarily** [1] - 24:16
**principal** [1] - 8:23
**proceed** [3] - 25:10, 26:23, 28:2
**proceedings** [1] - 16:18
**Proceedings** [1] - 28:7
**process** [4] - 13:10, 14:8, 18:23, 18:24
**produce** [1] - 7:15
**Produced** [1] - 15:8
**production** [2] - 7:21, 20:1
**Programs** [1] - 3:21
**programs** [3] - 13:4, 13:25, 14:2
**programs'** [1] - 14:2
**project** [1] - 20:21
**promised** [1] - 11:25
**promotion** [1] - 10:15
**prompt** [1] - 26:21
**promptly** [1] - 26:1
**proposal** [1] - 12:24
**propose** [2] - 22:4, 27:23
**proposed** [2] - 10:18, 16:25
**provide** [5] - 17:21, 21:13, 22:21, 22:23, 23:5
**provided** [1] - 23:3
**Public** [2] - 2:2, 3:9
**public** [5] - 4:2, 4:5, 4:12, 4:19, 7:3

**purpose** [2] - 5:3, 27:4
**put** [3] - 18:14, 18:18, 21:17
**puts** [1] - 20:23

**Q**

**quantity** [1] - 16:16
**questions** [4] - 5:7, 10:20, 11:13, 12:2
**quick** [1] - 22:4
**quickly** [3] - 4:24, 10:6, 22:22
**quite** [2] - 25:5, 27:23
**quo** [2] - 26:15, 26:18
**quote** [1] - 18:17

**R**

**radar** [3] - 17:2, 18:1, 18:14
**raise** [1] - 9:22
**raised** [1] - 25:13
**RDR** [1] - 28:16
**RDR-CRR** [1] - 28:16
**readily** [1] - 18:18
**ready** [2] - 22:17, 22:19
**real** [1] - 19:1
**real-world** [1] - 19:1
**really** [8] - 10:3, 11:13, 13:21, 13:23, 15:10, 16:9, 21:22, 27:12
**Realtime** [1] - 1:23
**reason** [1] - 21:1
**reasonable** [2] - 4:23, 23:4
**reasons** [1] - 14:9
**receive** [1] - 23:21
**received** [1] - 9:8
**recognizing** [1] - 16:20
**record** [9] - 3:7, 3:18, 7:16, 7:22, 18:12, 20:2, 23:18, 27:4, 28:12
**Record** [1] - 1:25
**REEVES** [2] - 1:22, 28:16
**Reeves** [2] - 28:10, 28:16
**Registered** [1] - 1:22
**regulations** [1] - 28:12
**rejected** [1] - 16:22
**relates** [5] - 16:11,

17:2, 20:8, 22:2, 22:12
**relevant** [4] - 10:21, 11:15, 13:20, 16:13
**relief** [10] - 8:8, 8:12, 11:21, 11:23, 12:19, 19:25, 20:15, 23:21, 23:23, 26:5
**remainder** [3] - 13:1, 15:24, 16:6
**remaining** [1] - 5:10
**remains** [3] - 13:18, 20:2, 20:9
**remand** [1] - 5:15
**REMOTE** [1] - 1:16
**renew** [1] - 6:7
**reply** [1] - 14:18
**report** [6] - 18:18, 20:21, 21:18, 21:19, 23:9, 25:2
**reporter** [2] - 4:23, 4:24
**Reporter** [4] - 1:22, 1:23, 1:23, 28:10
**REPORTER** [1] - 28:17
**representation** [1] - 26:14
**represented** [1] - 10:16
**representing** [1] - 19:3
**represents** [1] - 10:12
**request** [7] - 8:12, 9:19, 14:18, 19:6, 20:2, 23:17
**requested** [1] - 8:8
**requesting** [1] - 19:24
**requests** [1] - 8:21
**require** [1] - 15:3
**requires** [1] - 9:17
**rescinds** [1] - 12:10
**rescission** [6] - 9:19, 11:11, 17:13, 21:8, 22:24, 24:10
**rescissions** [1] - 5:11
**resolved** [1] - 4:16
**respect** [9] - 6:19, 6:20, 7:19, 8:9, 8:10, 11:22, 11:24, 23:14, 24:17
**respond** [3] - 7:13, 20:18, 24:14
**responding** [1] - 18:15
**response** [1] - 20:19
**rest** [1] - 13:6

**restraining** [4] - 8:6, 8:11, 25:7, 27:13
**results** [1] - 13:16
**roughly** [5] - 9:3, 12:22, 15:14, 16:2, 16:5
**rule** [1] - 25:9
**ruling** [2] - 17:5, 19:22

**S**

**sake** [1] - 4:23
**Sansone** [1] - 3:11
**SANSONE** [1] - 2:2
**schedule** [3] - 20:16, 22:4, 27:20
**Scholer** [1] - 2:5
**Schopf** [1] - 3:22
**SCHOPF** [2] - 2:12, 3:23
**second** [6] - 6:1, 6:7, 8:18, 8:22, 8:23, 22:1
**see** [10] - 4:15, 16:25, 18:1, 21:19, 23:10, 25:9, 25:15, 26:16, 26:21, 28:1
**seek** [5] - 8:6, 8:8, 11:21, 11:23, 20:14
**seeking** [3] - 14:7, 25:5, 26:5
**seeks** [1] - 14:16
**seem** [1] - 22:3
**sense** [3] - 5:17, 5:18, 20:22
**sensitive** [1] - 25:5
**sent** [1] - 12:5
**separately** [1] - 4:10
**September** [16] - 8:14, 8:16, 9:18, 10:24, 11:4, 11:9, 11:22, 13:7, 15:19, 16:12, 16:17, 19:4, 23:8, 25:1, 25:23, 27:22
**session** [1] - 3:11
**set** [3] - 11:9, 15:5, 20:19
**shared** [1] - 24:9
**shortly** [1] - 7:18
**show** [1] - 4:19
**side's** [1] - 6:8
**similar** [2] - 13:17
**similarly** [2] - 15:2, 22:19
**simply** [1] - 27:5
**sits** [1] - 18:11
**sizeable** [1] - 17:16
**slightly** [1] - 22:13
**slow** [1] - 5:1

**small** [2] - 13:15, 13:17
**social** [1] - 4:22
**someone** [1] - 6:11
**Sonja** [2] - 28:10, 28:16
**SONJA** [2] - 1:22, 28:16
**soon** [2] - 7:15, 14:17
**sooner** [2] - 6:25, 7:9
**sorry** [3] - 9:1, 11:18, 25:6
**sort** [7] - 7:1, 14:11, 14:19, 15:8, 16:19, 17:11, 17:18
**sought** [1] - 27:18
**sounds** [1] - 27:3
**speaking** [5] - 3:25, 4:21, 6:11, 7:4, 16:3
**special** [9] - 9:9, 10:1, 10:2, 10:7, 12:5, 12:22, 12:24, 15:15, 16:4
**specific** [3] - 12:11, 21:6, 21:14
**specifically** [2] - 10:9, 10:14
**spend** [1] - 23:20
**stand** [1] - 7:12
**start** [3] - 3:7, 12:16, 12:21
**STATE** [1] - 1:7
**State** [7] - 3:4, 13:4, 13:7, 13:19, 13:25, 16:5, 17:17
**state** [1] - 16:7
**statement** [1] - 21:18
**STATES** [2] - 1:1, 1:6
**States** [3] - 3:4, 28:10, 28:13
**status** [6] - 5:2, 20:21, 23:9, 25:1, 26:15, 26:18
**STATUS** [1] - 1:16
**statutory** [1] - 20:25
**Stenographic** [1] - 1:25
**stenographic** [1] - 28:11
**Stephen** [1] - 3:16
**STEPHEN** [1] - 2:6
**steps** [14] - 5:4, 5:22, 6:9, 8:13, 8:15, 12:17, 13:10, 16:25, 17:2, 18:1, 19:16, 25:14, 26:9, 26:19
**still** [8] - 6:4, 7:7, 14:15, 14:18, 16:19, 18:23, 26:12, 27:23

**Street** [3] - 2:3, 2:9, 2:12

**structure** [1] - 5:20
**style** [1] - 6:18
**subject** [2] - 10:24, 16:17
**submitting** [1] - 17:6
**subset** [1] - 10:2
**substance** [3] - 5:10, 9:10, 24:14
**substantive** [3] - 9:2, 9:25, 24:10
**substantively** [1] - 14:11
**suggest** [1] - 15:8
**suggestion** [1] - 18:19
**suing** [1] - 10:10
**suitable** [1] - 13:23
**Suite** [1] - 2:9
**suits** [1] - 3:19
**summarizing** [1] - 19:17
**summary** [9] - 7:17, 8:7, 14:25, 22:3, 23:15, 23:17, 23:21, 24:6, 24:7
**superintend** [1] - 14:8
**supplement** [2] - 9:7, 12:1
**support** [1] - 17:7
**suppose** [1] - 23:2
**Supreme** [1] - 14:10
**SUR** [8] - 2:12, 3:19, 12:18, 16:1, 16:15, 18:15, 19:11, 27:15
**Sur** [14] - 3:20, 7:10, 9:5, 10:15, 12:15, 16:1, 17:15, 18:5, 18:14, 21:12, 24:8, 24:13, 27:14

## T

**task** [1] - 19:18
**TELECONFERENC E** [1] - 1:16
**telephone** [1] - 4:21
**temporary** [4] - 8:6, 8:11, 25:6, 27:12
**term** [1] - 26:12
**termination** [2] - 14:17, 14:19
**terminations** [1] - 20:8
**terms** [4] - 14:12, 17:4, 20:24, 23:19
**THE** [32] - 1:1, 1:17, 2:1, 2:4, 3:24, 4:14,

4:18, 7:2, 7:24, 8:1, 9:5, 9:24, 10:19, 11:2, 11:12, 11:19, 11:25, 12:14, 15:12, 16:9, 16:23, 17:25, 18:13, 19:7, 19:14, 23:7, 24:2, 25:8, 25:12, 25:18, 27:14, 27:17
**theory** [2] - 16:20, 16:22
**therefore** [2] - 26:22, 27:8
**thinking** [1] - 28:4
**thinks** [1] - 19:19
**three** [2] - 15:20, 15:21
**timelines** [1] - 11:15
**timing** [3] - 5:16, 10:21, 16:10
**today** [17] - 5:14, 8:5, 8:19, 8:22, 11:21, 14:6, 16:3, 17:8, 22:6, 23:17, 23:25, 25:21, 25:22, 26:1, 27:1, 27:7, 27:23
**today's** [1] - 11:11
**together** [2] - 21:17
**topics** [1] - 22:6
**towards** [1] - 10:21
**track** [1] - 18:8
**transcript** [3] - 28:11, 28:11, 28:12
**TRANSCRIPT** [1] - 1:16
**Transcript** [1] - 1:25
**transmitted** [1] - 12:23
**transpires** [1] - 4:5
**treat** [1] - 4:9
**TRO** [9] - 14:17, 25:25, 26:5, 26:9, 26:14, 26:15, 27:5, 27:24, 28:1
**true** [1] - 28:11
**Trump** [2] - 3:5, 19:22
**TRUMP** [1] - 1:12
**try** [4] - 4:3, 4:22, 14:8, 19:5
**trying** [1] - 16:10
**Tuesday** [2] - 6:19, 7:8
**turn** [1] - 18:1
**turning** [2] - 14:14, 14:20
**two** [4] - 5:20, 8:5, 12:6, 19:10

## U

**U.S** [1] - 2:11
**U.S.C** [1] - 8:25
**under** [3] - 8:25, 10:23, 13:9
**understood** [2] - 12:14, 18:13
**underway** [1] - 18:23
**United** [3] - 3:3, 28:10, 28:13
**UNITED** [2] - 1:1, 1:6
**unlawfully** [1] - 9:1
**unless** [2] - 12:10, 21:1
**unobligated** [1] - 13:18
**unreasonably** [2] - 8:25, 9:1
**up** [6] - 4:19, 14:13, 15:22, 24:18, 25:22, 26:16
**USAID** [1] - 14:2

## V

**VACCINE** [1] - 1:3
**Vaccine** [1] - 3:3
**variety** [1] - 12:20
**various** [4] - 13:9, 13:10, 13:13, 18:21
**vast** [1] - 13:18
**vehicle** [4] - 17:14, 18:21, 19:6, 19:7
**vehicles** [2] - 18:19, 18:23
**versus** [3] - 3:3, 3:5, 21:11
**VIA** [1] - 1:16
**view** [2] - 9:22, 23:19
**violation** [1] - 6:21
**violations** [1] - 8:9
**voices** [1] - 6:23
**vs** [2] - 1:5, 1:11

## W

**wait** [2] - 21:18, 27:21
**waiting** [1] - 7:23
**waiving** [1] - 10:20
**wants** [1] - 9:6
**Washington** [6] - 1:18, 1:24, 2:3, 2:7, 2:9, 2:13
**week** [1] - 7:13
**weekend** [1] - 28:6
**whispering** [1] - 6:12
**WIRTH** [1] - 2:6
**Wirth** [1] - 3:16

**withheld** [2] - 8:25, 9:1
**word** [1] - 19:8
**words** [1] - 5:17
**world** [1] - 19:1
**worth** [2] - 22:3, 26:21

## Y

**year** [1] - 13:14
**yourselves** [3] - 3:7, 3:13, 3:18

## Z

**ZIEVE** [6] - 2:2, 3:9, 6:17, 7:7, 12:4, 18:3
**Zieve** [6] - 3:9, 6:16, 6:18, 7:2, 9:6, 11:25