# Exhibit B

| Program | Budget Authority | GHC | Chemonics | ABA | MSH | DAI | DI | SBAIC | HIAS |
|---|---|---|---|---|---|---|---|---|---|
| **CATEGORIES OF APPROPRIATIONS** | | | | | | | | | |
| **TITLE III CATEGORIES** | | | | | | | | | |
| Global Health Programs | 3,985,450 | x | x | | x | x | x | x | |
| HIV/AIDS (State -- PEPFAR) | 6,045,000 | x | | | | | | x | |
| Development Assistance | 3,931,000 | x | x | x | | x | x | x | x |
| International Disaster Assistance | 4,779,000 | x | x | | | x | | | |
| Transition Initiatives | 75,000 | x | x | | | x | x | x | |
| Complex Crises Fund | 55,000 | | | | | x | x | x | |
| Economic Support Fund | 3,890,400 | x | x | x | x | x | x | x | x |
| Democracy Fund (State) | 205,200 | | | x | | x | | | x |
| Democracy Fund (USAID) | 140,000 | | | | | | x | x | |
| Assistance for Europe, Eurasia, and Central Asia | 770,334 | | | x | | x | x | x | |
| Migration and Refugee Assistance | 3,928,000 | | x | | | | | | x |
| U.S. Emergency Refugee and Migrant Assistance Fund | 100 | | | | | | | | x |
| **TITLE IV CATEGORIES** | | | | | | | | | |
| International Narcotics Control and Law Enforcement | 1,400,000 | x | x | x | | x | x | | |
| Non-Proliferation, Anti-Terrorism, | 870,000 | | | | | | | | |
| Peacekeeping Operations | 410,458 | | x | | | | | | |
| **SUBCATEGORIES OF** | | | | | | | | | |
| **TITLE III TABLES (section 7019(a))** | | | | | | | | | |
| **GLOBAL HEALTH PROGRAMS** | | | | | | | | | |
| *Maternal and Child Health* | 915,000 | x | x | | x | x | | x | |
| *Polio* | 85,000 | x | | | | | | x | |
| *The GAVI Alliance* | 300,000 | x | | | | | | x | |
| *Maternal and Neonatal Tetanus* | 2,000 | x | | | | | | x | |
| *Nutrition (USAID)* | 165,000 | x | x | | x | x | | x | |
| *Iodine Deficiency Disorder* | 3,000 | | x | | | | | x | |
| *Micronutrients* | 33,000 | | x | | | | | x | |
| *Vitamin A* | [22,500] | | x | | | | | x | |
| *Vulnerable Children (USAID)* | 31,500 | x | x | | | | | x | |
| *Blind Children* | 4,500 | | x | | | | | x | |
| *HIV/AIDS (USAID)* | 330,000 | x | x | | x | x | | x | |
| *Microbicides* | 45,000 | x | x | | | x | | x | |
| *HIV/ AIDS (Department of State)* | 6,045,000 | x | | | | | | x | |
| *The Global Fund to Fight AIDS, Tuberculosis, and Malaria* | 1,650,000 | | | | | | | x | |
| *UNAIDS* | 50,000 | | | | | | | x | |
| *Family Planning/Reproductive Health (USAID)* | 523,950 | x | x | | x | x | | x | |
| *Global Health Security* | 700,000 | x | x | | x | x | | x | |
| *Malaria* | 795,000 | x | x | | x | x | | x | |
| *Tuberculosis* | 394,500 | x | x | | x | x | | x | |
| *Global TB Drug Facility* | 15,000 | x | | | | | | x | |
| *Other Public Health Threats* | 130,500 | x | x | | x | x | | x | |
| *Neglected Tropical Diseases* | 114,500 | x | x | | | x | | x | |

| Program | Budget Authority | GHC | Chemonics | ABA | MSH | DAI | DI | SBAIC | HIAS |
|---|---|---|---|---|---|---|---|---|---|
| **DEVELOPMENT ASSISTANCE** | | | | | | | | | |
| *Africa* | | | | | | | | | |
| Counter-Lord's Resistance Army/Illicit Armed Groups Program | 10,000 | | | | | | | | |
| Democratic Republic of the Congo | 95,000 | x | x | | | x | | x | |
| Ghana | 64,100 | x | | | | x | x | x | |
| Liberia | 71,500 | x | x | | | x | x | x | |
| Malawi | 65,000 | x | | | | x | x | x | |
| Higher education programs | 10,000 | x | | | | x | | x | |
| Somalia | 55,000 | x | | | | x | | x | |
| The Gambia democracy programs | 2,000 | | x | | | | x | | |
| Power Africa | 100,000 | x | | | | | | x | |
| Young African Leaders Initiative (Y ALI) | 20,000 | | | | | | | x | |
| *East Asia and the Pacific* | | | | | | | | | |
| Cambodia countering PRC programs | 10,000 | | | | | | | | |
| Greater Mekong rule of law and environment | 7,000 | | | | | x | | x | |
| Mongolia | 7,000 | | | | | | | x | |
| Philippines | 68,100 | x | x | | | x | x | x | |
| Thailand | 7,750 | | | | | x | | x | |
| Timor-Leste | 16,000 | x | x | | | | | x | |
| *Middle East and North Africa* | | | | | | | | | |
| USAID Middle East Regional | | | | x | | | | x | |
| Refugee scholarships program in | 10,000 | | | | | | | x | |
| Morocco | 10,000 | | | | | | | x | |
| *South and Central Asia* | | | | | | | | | |
| Bangladesh labor programs | 3,000 | | | | | | | | |
| Maldives | 6,000 | | | x | | x | | x | |
| *Western Hemisphere* | | | | | | | | | |
| Caribbean Energy Initiative | 8,000 | | | | | | | x | |
| Caribbean Economic Growth | 12,000 | | | | | x | | | |
| Colombia | 77,000 | x | x | | | x | | x | x |
| Biodiversity | 15,000 | x | | | | x | | | |
| Dominican Republic | 19,000 | x | | | | x | | x | x |
| Haiti reforestation | 8,500 | x | | | | x | | | |
| Resilient Critical Infrastructure | 5,000 | x | | | | | | x | |
| *Global Programs* | | | | | | | | | |
| Assistive technology | 10,000 | | | | | | | | |
| Development Innovation Ventures | 40,000 | | | | | | | x | |
| Disability programs | 20,000 | | | | | | | x | |
| Food security research and | 175,000 | x | | | | x | | x | |
| Feed the Future Innovation Labs | 72,000 | x | | | | | | x | |
| Global Crop Diversity Trust | 5,500 | | | | | | | x | |
| Leahy War Victims Fund | 15,000 | | | | | | | x | |
| Mobility program | 3,000 | | | | | | | | |
| Ocean Freight Reimbursement | 2,500 | | | | | | | | |
| Trade capacity building | 20,000 | x | | | | x | | x | |
| USAID Advisor for Indigenous Peoples' Issues | 6,200 | | | | | | | x | |
| Victims of torture | 12,000 | | | | | | | x | |
| | | | | | | | | | |
| **ECONOMIC SUPPORT FUND** | | | | | | | | | |
| *Africa* | | | | | | | | | |
| Equatorial Guinea democracy | 2,000 | | | | | | | | |
| West Africa anti-slavery programs | 2,000 | | | | | | | | |
| *East Asia and the Pacific* | | | | | | | | | |

| Program | Budget Authority | GHC | Chemonics | ABA | MSH | DAI | DI | SBAIC | HIAS |
|---|---|---|---|---|---|---|---|---|---|
| Burma | | | x | | | x | | x | |
| Accountability and justice for Rohingya | 1,000 | | | | | | | | |
| Atrocity prevention and accountability, including the documentation and preservation of evidence, and transitional justice programs | 7,000 | | x | x | | | | | |
| Support for deserters | 1,500 | | | | | | | | |
| Technical support and non-lethal assistance | 25,000 | | x | | | | | | |
| Thailand | 3,000 | | | | | x | | | |
| **Middle East and North Africa** | | | | | | | | | |
| Assistance subject to section 7041 | 175,000 | | | | | | | | |
| Iraq | 150,000 | x | | | | | | | |
| Humanitarian assistance fo vulnerable and persecuted minorities (§ 7033(b)) | 25,000 | | | x | | x | | x | |
| Justice sector assistance | 2,500 | | | x | | | | x | |
| Scholarships | 12,000 | | | | | | | | |
| Lebanon | 112,500 | x | | | | x | | | |
| Lebanon scholarships | 14,000 | | | | | | | | |
| Middle East Partnership Initiative | 27,200 | | | | | | | | |
| Scholarship program | 20,000 | | | | | | | | |
| Middle East Regional Cooperation | 8,500 | | | | | | | | |
| Near East Regional Democracy | 55,000 | | | | | | | x | |
| Nita M. Lowey Middle East Partnership for Peace Act | 50,000 | | | | | x | | | |
| **South and Central Asia** | | | | | | | | | |
| Maldives | 3,000 | | | x | | x | | x | |
| **Western Hemisphere** | | | | | | | | | |
| Caribbean Basin Security Initiative | 37,000 | x | x | | | | x | x | |
| Colombia | 129,000 | x | x | | | x | | | x |
| Afro-Colombian and Indigenous communities | 25,000 | x | | | | | | | |
| Human rights | 15,000 | x | x | | | | | x | x |
| Cuba democracy programs | 25,000 | | | | | | | | |
| Organization of American States human rights | 6,500 | | | | | | | | |
| **Global Programs** | | | | | | | | | |
| Arctic Council | 1,000 | | | | | | | | |
| Atrocities prevention | 3,000 | | | x | | | | x | |
| Conflict and Stabilization Operations | 5,000 | x | | x | | | | x | |
| Peace accord/peace process | 3,500 | | | | | | | | |
| Family Planning/Reproductive Health (USAID) | 51,050 | x | | | x | x | | x | |
| Global Surface Water Inventory | 5,000 | | | | | | | | |
| House Democracy Partnership | 2,300 | | | | | | | | |
| Implementation of Public Law 99-415 | 4,000 | | | | | | | | |
| Information communications technology training | 1,000 | | | | | x | | | |
| International religious freedom (section 7033) | 15,000 | | | x | | | | | |
| Marla Ruzicka Fund for Innocent Victims of Conflict | 10,000 | | | | | | | | |
| Small Island Developing States | 50,000 | | | | | | | | |
| | | | | | | | | | |
| **TITLE IV TABLES (section 7019(a))** | | | | | | | | | |
| | | | | | | | | | |

| Program | Budget Authority | GHC | Chemonics | ABA | MSH | DAI | DI | SBAIC | HIAS |
|---|---|---|---|---|---|---|---|---|---|
| **International Narcotics Control and Law Enforcement** | | | | | | | | | |
| Atrocities prevention | 3,000 | | | x | | | | | |
| Central America Regional Security Initiative - Costa Rica | 37,500 | | | x | | | | | |
| Colombia | 134,500 | | | x | | | | | |
| Combating wildlife trafficking | 47,500 | x | | x | | | | | |
| Cybercrime and intellectual property | 20,000 | | | x | | | | | |
| Demand reduction | 20,000 | | | | | | | | |
| Democratic Republic of the Congo - Virunga National Park security | 2,000 | | | | | | | | |
| Ecuador | 17,500 | | | x | | | | | |
| Fighting corruption | 25,000 | x | | x | | | | | |
| International Law Enforcement | 40,000 | | | | | | | | |
| Inter-Regional Aviation Support | 58,325 | | | | | | | | |
| Mongolia | 3,000 | | | | | | | | |
| Pakistan | 11,000 | x | | x | | | | | |
| State Western Hemisphere Regional - Caribbean Basin Security Initiative | 40,000 | | | | | | | | |
| Thailand | 3,500 | x | | x | | | | | |
| Trafficking in persons | 89,500 | x | | x | | | | | |
| Office to Monitor and Combat Trafficking in Persons | 76,000 | | | x | | | | | |
| of which, child protection compacts | [12,500] | | | | | | | | |
| of which, modern slavery | [25,000] | | | | | | | | |
| Vietnam | 6,500 | | | x | | | | | |
| | | | | | | | | | |
| **Nonproliferation, Anti-Terrorism, Demining and Related Programs** | | | | | | | | | |
| Nonproliferation and Disarmament | 20,000 | | | | | | | | |
| International Atomic Energy Agency | 95,000 | | | | | | | | |
| Conventional Weapons Destruction | 258,000 | | | | | | | | |
| Humanitarian demining | 218,000 | | | | | | | | |
| of which, Southeast Asia | [73,000] | | | | | | | | |
| | | | | | | | | | |
| **Peacekeeping Operations** | | | | | | | | | |
| Africa (Somalia) | 208,100 | | | | | | | | |
| Political-Military Affairs (Global Peace Operations Initiative) | 71,000 | | | | | | | | |
| Trans-Sahara Counterterrorism | 33,000 | | | | | x | | | |
| | | | | | | | | | |
| **SEPARATE DIRECTIVES** | | | | | | | | | |
| | | | | | | | | | |
| Economic Resilience Initiative (§ 7030) | 365,000 | | | | | x | | | |
| Strategic infrastructure investments (§ 7030(a)(1)) | 55,000 | | | | | | | | |
| Critical mineral supply chain secuirty (§ 7030(a)(2)) | 50,000 | | | | | x | | x | |
| Economic resilience programs administered by the Administrator of the United States Agency for International Development ((§ 7030(a)(3)) | 60,000 | | | | | x | | x | |
| Cyberspace, Digital Connectivity, and Related Technologies Fund (§ | 50,000 | | | | | x | | x | |

| Program | Budget Authority | GHC | Chemonics | ABA | MSH | DAI | DI | SBAIC | HIAS |
|---|---|---|---|---|---|---|---|---|---|
| CHIPS for America International Technology Security and Innovation | 100,000 | | | | | | | | |
| Diplomatic Programs (§ 7030(c)(1)) | 15,800 | | | | | | | | |
| Office of Inspector General (§ | 500 | | | | | | | | |
| Economic Support Fund (§ 7030(c)(1)) | 66,700 | x | | | | x | | x | |
| Nonproliferation, Anti-terrorism, Demining and Related Programs (§ | 17,000 | | | | | | | x | |
| Programs and activities to assist governments to improve budget transparency and to support civil society organizations in countries that promote budget transparency (§ 7031(b)(3)) | 7,000 | | | | | x | x | x | |
| Promote and support transparency and accountability of expenditures and revenues related to the extraction of natural resources (§ 7031(d)) | -- | | | | | x | | x | |
| Democracy programs (§ 7032(a)(1)) | 2,900,000 | | | x | | x | x | x | |
| Bureau of Democracy, Human Rights, and Labor (§ 7032(a)(2)) | 117,040 | | | | | x | | x | x |
| Protection of Civil Society Activists and Journalists (§ 7032(g)) | Not less than prior year | | | x | | x | x | x | |
| Protect international freedom of expression and independent media (§ | Not less than prior year | | | x | | x | x | x | |
| Office of International Religious Freedom (§ 7033(a)) | 10,070 | | | x | | | | | |
| International religious freedom programs (§ 7033(b)) | 15,000 | | | x | | | x | | |
| Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)) | 0 | | | | | x | x | | x |
| Forensic anthropology assistance related to the exhumation and identification of victims of war crimes, crimes against humanity, and genocide | 20,000 | | | | | | | | |
| DNA forensic technology programs to combat human trafficking in Central America and Mexico (§ 7034(b)(2)) | 10,000 | | | | | | | | |
| Program for Research and Training on Eastern Europe and the Independent States of the Former Soviet Union (§ | -- | | | | | | | x | |
| Beneficiary feedback (§ 7034(l)(1)) | -- | | | | | | | x | |
| Impact evaluations of effectiveness and sustainability of assistance programs (§ 7034(l)(2)) | 15,000 | | | | | x | | x | |
| Local Works (§ 7034(n)) | 100,000 | | | | | | | x | |
| War Crimes Accountability (§ 7034(r)) | 5,000 | | | | | | | | |
| Medical and casualty rehabilitation services (§ 7035(a)(3)) | 2,000 | | | | | | | | |
| Training related to the requirements of international humanitarian law (§ | -- | | | | | | | | |
| Eliminate inhumane conditions in foreign prisons (§ 7035(a)(5)) | -- | | | | | | | | |
| Programs to counter the flow of fentanyl (§ 7036) | 125,000 | | | | | | | x | |
| Egypt -- Economic support fund (§ 7041(a)(1)(A)) | 125,000 | | | | | | | x | |

| Program | Budget Authority | GHC | Chemonics | ABA | MSH | DAI | DI | SBAIC | HIAS |
|---|---|---|---|---|---|---|---|---|---|
| Egypt -- Higher education programs (§ 7041(a)(1)(A)) | 40,000 | | | | | | | | |
| Egypt -- Scholarships (§ 7041(a)(1)(A)) | 15,000 | | | | | | | | |
| Prevent Iran from obtaining nuclear weapon (§ 7041(b)) | -- | | | | | | | | |
| Jordan (§ 7041(e)) | 1,650,000 | | | | | x | | x | |
| Al-Hol Action Plan (§ 7041(i)(3)) | 25,000 | | | | | | | | |
| Tunisia (§ 7041(j)) | -- | | | | | x | x | x | |
| Special Criminal Court in Central African Republic (§ 7042(b)) | 3,000 | | | x | | | | | |
| Ethiopia (§ 7042(e)) | -- | | | | | x | | x | |
| Indo-Pacific Strategy (§ 7043(c)(1)) | 1,800,000 | | | | | x | | | |
| Countering PRC Influence Fund (§ 7043(c)(2)) | 400,000 | x | x | | | | | x | |
| Laos (§ 7043(d)) | 93,000 | | | | | | | | |
| North Korea (§ 7043(e)(3)) | 5,000 | | | | | | | x | |
| Pacific Island Countries (§ 7043(f)(2)) | 160,000 | | | | | x | | | |
| Hong Kong (§ 7043(g)(2)) | 5,000 | | | | | | | | |
| Taiwan Global Cooperation and Training Framework (§ 7043(i)(1)) | 4,000 | | | | | | | | |
| Tibet (§ 7043(j)) | 10,000 | | | | | | | | |
| Vietnam (§ 7043(k)) | 197,000 | | | | | x | | x | |
| Vietnam--health and disability programs (§ 7043(k)(1)) | 30,000 | | | | | x | | | |
| Vietnam--remediation of dioxin contaminated sites (§ 7043(k)(2)) | 20,000 | | | | | | | | |
| Vietnam--Reconciliation/Vietnamese Wartime Acccounting Initiative (§ | 3,000 | | | | | | | | |
| Vietnam--higher education programs (§ 7043(k)(4)) | 15,000 | | | | | | | | |
| Afghanistan--support higher education of students studying outside the country, provide modified learning opportunities for women and girls (§ | -- | | | | | | | | |
| Investigate and document human rights abuses against women in Afghanistan (§ 7044(a)(3)(A)) | 5,000 | | | | | | | | |
| Afghan women-lead organizations (§ 7044(a)(3)(B)) | -- | x | | | | x | | | |
| Sri Lanka (§ 7044(c)) | 2,000 | | | | | | | | |
| Central America (§ 7045(b)(1)) | -- | | | | | x | x | x | |
| Central America--combatting corruption (§ 7045(b)(1)(A)) | 61,500 | | | | | x | | x | |
| Central America--reducing violence against women and girls (§ | 70,000 | | | | | x | | x | |
| El Salvador, Guatemala, Honduras (§ 7045(b)(1)(C)) | -- | | | x | | x | | x | |
| Youth empowerment program (§ 7045(b)(1)(D)) | -- | | | | | x | | x | |
| Colombia (§ 7045(c)) | -- | | | x | | x | | x | x |
| Rural security in coca producing municipalities (§ 7045(c)(2)(B)) | 40,000 | | | | | | | | |
| Haiti (§ 7045(g)) | -- | | | | | x | | x | |
| Nicaragua (§ 7045(i)) | 15,000 | | | x | | | x | x | |
| Caribbean Basin Security Initiative (§ 7045(k)) | 88,000 | | | | | x | x | x | |

| Program | Budget Authority | GHC | Chemonics | ABA | MSH | DAI | DI | SBAIC | HIAS |
|---|---|---|---|---|---|---|---|---|---|
| Venezuela democracy programs (§ | 50,000 | | | | | x | | | |
| Ukraine staffing (§ 7046(d)(3)) | 0 | | | | | | | | |
| Countering Russian Influence Fund (§ 7047(d)) | 300,000 | | | x | | x | x | | |
| Junior Professional Officer Programme (§ 7048(i)(1)) | 5,000 | | | | | | | | |
| UN leadership positions (§ 7048(i)(1)) | 750 | | | | | | | | |
| Internet Freedom (§ 7050(a)) | 94,000 | | | x | | x | | | |
| United Nations Population Fund (§ | 32,500 | | | | | | | | |
| Family Planning / Reproductive Health (§ 7058(a)) | 575,000 | x | x | | x | x | | x | x |
| Gender Equality and Women's Empowerment (§ 7059(a)-(b)) | -- | x | | | | x | x | x | |
| Madeleine K. Albright Women's Leadership Program (§ 7059(d)) | 50,000 | | | | | | | | |
| Gender-based violence (§ 7059(e)) | 250,000 | x | | x | | x | | x | |
| Women, Peace, and Security (§ | 150,000 | x | | x | | x | x | x | |
| Basic Education (§ 7060(a)(1)(A)) | 922,000 | | x | | | x | | x | |
| Basic education multilateral partnerships (§ 7060(a)(1)(B)) | 152,000 | | | | | | | | |
| Higher Education (§ 7060(a)(2)) | 271,000 | | x | | | x | | x | |
| Partnerships between higher ed in USA and developing countries (§ 7060(a)(2)) | 33,000 | | | | | | | x | |
| Higher ed programs pursuant to section 7060(a)(3) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021 (§ | 35,000 | | | | | | | | |
| Scholar Rescue Programs (§ | 7,000 | | | | | | | | |
| USAID cooperative development programs (§ 7060(b)) | 18,500 | | | | | | | | |
| American Schools and Hospitals Abroad program (§ 7060(b)) | 31,500 | | | | | | | | |
| Food Security and Agricultural Development (§ 7060(d)(1)) | 960,000 | | x | | | x | | x | |
| Micro, Small, and Medium-Sized Enterprises (§ 7060(e)) | 252,000 | | x | | | x | | x | x |
| Programs to Combat Trafficking in Persons (§ 7060(f)) | 111,000 | | x | x | | | x | | |
| Program to end modern slavery (§ | 89,500 | | | x | | | | | |
| Public-private partnerships (§ 7060(g)) | 100,000 | | | | | | | x | |
| Reconciliation programs (§ 7060(h)) | 25,000 | | | | | | | | |
| Water and Sanitation (§ 7060(i)) | 451,000 | x | x | | | x | | x | |
| Biodiversity (§ 7061(b)(1)) | 365,750 | | x | | | x | | x | |
| Wildlife Trafficking (§ 7061(b)(2)) | 118,750 | | x | x | | x | | x | |
| Sustainable Landscapes (§ 7061(d)) | 175,750 | | | | | x | | x | |
| Adaptation (§ 7061(e)) | 256,500 | | x | | | x | | x | |
| Clean Energy (§ 7061(f)) | 247,000 | | x | | | x | | x | |
| Ocean Plastic Pollution (§ 7061)(h) | 47,500 | | | | | x | | x | |
| Indigenous and other civil society organizations in developing countries (§ 7061)(i)) | 19,000 | | | x | | | x | x | |