## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

GLOBAL HEALTH COUNCIL, *et al.*,

       *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

       *Defendants*.

</td><td>

Civil Action No. 25-cv-402 (AHA)

</td></tr>
</table>

### DECLARATION OF SCOTT CARLSON, AMERICAN BAR ASSOCIATION

I, Scott Carlson, declare as follows:

1.　　I am an Associate Executive Director, in charge of the Center for Global Programs ("CGP") at the American Bar Association, a not-for-profit corporation organized under the laws of the State of Illinois (the "ABA"). I submit this declaration in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at the ABA.

2.　　The ABA is a non-partisan organization, founded in 1878 with a mission to defend liberty and pursue justice in the United States. Its Fund for Justice and Education ("ABA FJE"), the 501(c)(3) charitable fund of the Association, features many pro bono, public service, and education programs that improve access to justice in the United States and globally.  The ABA Center for Global Programs is an ABA FJE-entity whose mission serves the ABA's Goal IV: Advance the Rule of Law. For 35 years, and in more than 100 countries, ABA CGP has, at the behest of, and in partnership with, the U.S. Agency for International Development (USAID), U.S. Department of State, and other U.S. government agencies, implemented international rule of

law and human rights programming that supports U.S. national interests. ABA believes that a

strong rule of law and participatory democracies around the world result in a safer, more

prosperous, and stable planet. Moreover, functioning and fair justice systems create more

favorable environments for U.S. business interests and enhance the viability of global markets.

      3.      Prior to this year, approximately 38% of the ABA CGP's revenues came from

USAID. Another 60% of ABA CGP's revenues came from foreign assistance funding from the

State Department.  To the best of our knowledge, the ABA has previously held awards funded

from the following Appropriations Act Title III categories: Development Assistance; Economic

Support Fund Democracy Fund (State); and Assistance for Europe, Eurasia, and Central Asia

and Title IV International Narcotics Control and Law Enforcement as further described below.

      4.      To the best of our knowledge, the ABA has previously held awards and/or would

compete for awards in the following categories set forth in tables designated by Section 7019(a)

of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act in the

following categories set forth below:

| DEVELOPMENT ASSISTANCE | Previously Held | Would compete for future award |
|---|---|---|
| *Africa* | | |
| *Counter-Lord's Resistance Army/Illicit Armed Groups Program* | | |
| *Democratic Republic of the Congo* | X | X |
| *Ghana* | X | X |
| *Liberia* | X | X |
| *Malawi* | | X |
| *Higher education programs* | | X |
| *Somalia* | X | X |

| | | |
|---|---|---|
| *The Gambia democracy programs* | X | X |
| *Power Africa* | | |
| *Young African Leaders Initiative (Y ALI)* | | X |
| ***East Asia and the Pacific*** | | |
| *Cambodia countering PRC programs* | X | X |
| *Greater Mekong rule of law and environment* | | X |
| *Mongolia* | X | X |
| *Philippines* | X | X |
| *Thailand* | X | X |
| *Timor-Leste* | X | X |
| ***Middle East and North Africa*** | | |
| *USAID Middle East Regional* | X | X |
| *Refugee scholarships program in Lebanon* | | |
| *Morocco* | X | X |
| ***South and Central Asia*** | | |
| *Bangladesh labor programs* | | X |
| *Maldives* | X | X |
| ***Western Hemisphere*** | | |
| *Caribbean Energy Initiative* | | |
| *Caribbean Economic Growth* | | |
| *Colombia* | X | X |
| *Biodiversity* | | |
| *Dominican Republic* | X | X |

| | | |
|---|---|---|
| *Haiti reforestation* | | |
| *Resilient Critical Infrastructure* | | |
| **Global Programs** | | |
| *Assistive technology* | | |
| *Combating child marriage* | | X |
| *Development Innovation Ventures* | | X |
| *Disability programs* | | X |
| *Food security research and development* | | |
| *Feed the Future Innovation Labs* | | |
| *Global Crop Diversity Trust* | | |
| *Leahy War Victims Fund* | | X |
| *Mobility program* | | |
| *Ocean Freight Reimbursement Program* | | |
| *Trade capacity building* | | |
| *USAID Advisor for Indigenous Peoples' Issues* | | |
| *Victims of torture* | | X |
| **ECONOMIC SUPPORT FUND** | | |
| *Country /Program* | | |
| **Africa** | | |
| *Equatorial Guinea democracy programs* | | X |
| *West Africa anti-slavery programs* | | X |
| **East Asia and the Pacific** | | |
| *Burma* | | X |

| | | |
|---|---|---|
| *Accountability and justice for Rohingya* | | |
| *Atrocity prevention and accountability, including the documentation and preservation of evidence, and transitional justice programs* | | X |
| *programs* | | |
| *Support for deserters* | | |
| *Technical support and non-lethal assistance* | | |
| *Thailand* | | X |
| **Middle East and North Africa** | | |
| *Assistance subject to section 7041 (k)(l)* | | |
| **Iraq** | | |
| *Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b))* | X | X |
| *Justice sector assistance* | X | X |
| *Scholarships* | | |
| *Lebanon* | X | X |
| *Lebanon scholarships* | | |
| *Middle East Partnership Initiative* | | X |
| *Scholarship program* | X | |
| *Middle East Regional Cooperation* | | |
| *Near East Regional Democracy* | | X |
| *Nita M. Lowey Middle East Partnership for Peace Act* | | X |
| **South and Central Asia** | | |
| *Maldives* | X | X |
| **Western Hemisphere** | | |

| | | |
|---|---|---|
| *Caribbean Basin Security Initiative* | X | X |
| *Colombia* | X | X |
| *Afro-Colombian and Indigenous Communities* | | X |
| *Human rights* | X | X |
| *Cuba democracy programs* | | X |
| *Organization of American States human rights* | | X |
| ***Global Programs*** | | |
| *Arctic Council* | | |
| *Atrocities prevention* | X | X |
| *Conflict and Stabilization Operations* | X | X |
| *Peace accord/peace process monitoring* | | X |
| *Family Planning/Reproductive Health (USAID)* | | |
| *Global Surface Water Inventory* | | |
| *House Democracy Partnership* | | |
| *Implementation of Public Law 99-415* | | |
| *Information communications technology training* | | |
| *International religious freedom (section 7033)* | X | X |
| *Marla Ruzicka Fund for Innocent Victims of Conflict* | | X |
| *Small Island Developing States* | | X |
| **Separate Directives** | | |
| Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State (Title III) | X | X |

| | | |
|---|---|---|
| Bureau for Democracy, Human Rights, and Governance, United States Agency for International Development | X | X |
| assistance and related programs for countries identified in section 3 of the FREEDOM Support Act (22 U.S.C. 5801) and section 3(c) of the SEED Act of 1989 (22 U.S.C. 5402) | X | X |
| Economic Resilience Initiative (§ 7030) | | |
| Strategic infrastructure investments (§ 7030(a)(1)) | | |
| Critical mineral supply chain security (§ 7030(a)(2)) | | |
| Economic resilience programs administered by USAID ((§ 7030(a)(3)) | | |
| Cyberspace, Digital Connectivity, and Related Technologies Fund (§ 7030(a)(4)) | | |
| CHIPS for America International Technology Security and Innovation Fund (§ 7030(c)(1)) | | |
| Diplomatic Programs (§ 7030(c)(1)) | | |
| Office of Inspector General (§ 7030(c)(1)) | | |
| Economic Support Fund (§ 7030(c)(1)) | | |
| Nonproliferation, Anti-terrorism, Demining and Related Programs (§ 7030(c)(1)) | | X |
| Programs and activities to assist governments to improve budget transparency and to support civil society organizations in countries that promote budget transparency (§ 7031(b)(3)) | | X |
| Promote and support transparency and accountability of expenditures and revenues related to the extraction of natural resources (§ 7031(d)) | | X |
| Democracy programs (§ 7032(a)(1)) | X | X |
| Bureau of Democracy, Human Rights, and Labor (§ 7032(a)(2)) | X | X |

| | | |
|---|---|---|
| Protection of Civil Society Activists and Journalists (§ 7032(g)) | X | X |
| Protect international freedom of expression and independent media (§ 7032(h)) | X | X |
| Office of International Religious Freedom (§ 7033(a)) | X | X |
| International religious freedom programs (§ 7033(b)) | X | X |
| Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)) | | X |
| Forensic anthropology assistance related to the exhumation and identification of victims of war crimes, crimes against humanity, and genocide (§ 7034(b)(1)) | | X |
| DNA forensic technology programs to combat human trafficking in Central America and Mexico (§ 7034(b)(2)) | | X |
| Program for Research and Training on Eastern Europe and the Independent States of the Former Soviet Union (§ 7034(d)) | | X |
| Beneficiary feedback (§ 7034(l)(1)) | | |
| Impact evaluations of effectiveness and sustainability of assistance programs (§ 7034(l)(2)) | | |
| Local Works (§ 7034(n)) | | |
| War Crimes Accountability (§ 7034(r)) | X | X |
| Medical and casualty rehabilitation services (§ 7035(a)(3)) | | |
| Training related to the requirements of international humanitarian law (§ 7035(a)(4)) | | X |
| Eliminate inhumane conditions in foreign prisons (§ 7035(a)(5)) | | |
| Programs to counter the flow of fentanyl (§ 7036) | | |
| Egypt (§ 7041) | X | X |
| Egypt -- Economic support fund (§ 7041(a)(1)(A)) | | X |

| | | |
|---|---|---|
| Egypt -- Higher education programs (§ 7041(a)(1)(A)) | | |
| Egypt -- Scholarships (§ 7041(a)(1)(A)) | | |
| Egypt -- Foreign military financing program (§ 7041(a)(1)(B)) | | |
| | | |
| Prevent Iran from obtaining nuclear weapon (§ 7041(b)) | | |
| Israel (§ 7041(d)) | | |
| Jordan (§ 7041(e)) | X | X |
| Al-Hol Action Plan (§ 7041(i)(3)) | | |
| Tunisia (§ 7041(j)) | X | X |
| Special Criminal Court in Central African Republic (§ 7042(b)) | X | X |
| Ethiopia (§ 7042(e)) | X | X |
| Indo-Pacific Strategy (§ 7043(c)(1)) | | X |
| Countering PRC Influence Fund (§ 7043(c)(2)) | X | X |
| Laos (§ 7043(d)) | | X |
| North Korea (§ 7043(e)(3)) | | |
| Pacific Island Countries (§ 7043(f)(2)) | X | X |
| Hong Kong (§ 7043(g)(2)) | | X |
| Philippines--foreign military financing (§ 7043(h)(1)) | | |
| Taiwan Global Cooperation and Training Framework (§ 7043(i)) | | |
| Tibet (§ 7043(j)) | | |
| Vietnam (§ 7043(k)) | X | X |
| Vietnam--health and disability programs (§ 7043(k)(1)) | | |

| | | |
|---|---|---|
| Vietnam--remediation of dioxin contaminated sites (§ 7043(k)(2)) | | |
| Vietnam--Reconciliation/Vietnamese Wartime Accounting Initiative (§ 7043(k)(3)) | | |
| Vietnam--higher education programs (§ 7043(k)(4)) | | |
| Afghanistan--support higher education of students studying outside the country, provide modified learning opportunities for women and girls (§ 7044(a)) | | |
| Investigate and document human rights abuses against women in Afghanistan (§ 7044(a)(3)(A)) | | |
| Afghan women-lead organizations (§ 7044(a)(3)(B)) | | |
| Sri Lanka (§ 7044(c)) | X | X |
| Central America (§ 7045(b)(1)) | X | X |
| Central America--combatting corruption (§ 7045(b)(1)(A)) | X | X |
| Central America--reducing violence against women and girls (§ 7045(b)(1)(B)) | | X |
| El Salvador, Guatemala, Honduras (§ 7045(b)(1)(C)) | X | X |
| Youth empowerment program (§ 7045(b)(1)(D)) | | |
| Colombia (§ 7045(c)) | X | X |
| Rural security in coca producing municipalities (§ 7045(c)(2)(B)) | | |
| Haiti (§ 7045(g)) | X | X |
| Nicaragua (§ 7045(i)) | X | X |
| Caribbean Basin Security Initiative (§ 7045(k)) | | X |
| Venezuela democracy programs (§ 7045(l)) | | X |
| Ukraine staffing (§ 7046(d)(3)) | | |

| | | |
|---|---|---|
| Countering Russian Influence Fund (§ 7047(d)) | X | X |
| Junior Professional Officer Program (§ 7048(i)(1)) | | |
| UN leadership positions (§ 7048(i)(1)) | | |
| Internet Freedom (§ 7050(a)) | X | X |
| United Nations Population Fund (§ 7057(a)) | | |
| Family Planning / Reproductive Health (§ 7058(a)) | | |
| Gender Equality and Women's Empowerment (§ 7059(a)-(b)) | X | X |
| Madeleine K. Albright Women's Leadership Program (§ 7059(d)) | | |
| Gender-based violence (§ 7059(e)) | X | X |
| Women, Peace, and Security (§ 7059(f)) | X | X |
| Basic Education (§ 7060(a)(1)(A)) | | |
| Basic education multilateral partnerships (§ 7060(a)(1)(B)) | | |
| Higher Education (§ 7060(a)(2)) | | X |
| Partnerships between higher ed in USA and developing countries (§ 7060(a)(2)) | | |
| Higher ed programs pursuant to section 7060(a)(3) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021 (§ 7060(a)(2)) | | X |
| Scholar Rescue Programs (§ 7060(a)(3)) | | |
| USAID cooperative development programs (§ 7060(b)) | | |
| American Schools and Hospitals Abroad program (§ 7060(b)) | | |
| Food Security and Agricultural Development (§ 7060(d)(1)) | | |
| Micro, Small, and Medium-Sized Enterprises (§ 7060(e)) | | X |

| | | |
|---|---|---|
| Programs to Combat Trafficking in Persons (§ 7060(f)) | X | X |
| Program to end modern slavery (§ 7060(f)) | X | X |
| Public-private partnerships (§ 7060(g)) | | |
| Reconciliation programs (§ 7060(h)) | | |
| Water and Sanitation (§ 7060(i)) | | |
| Biodiversity (§ 7061(b)(1)) | | |
| Wildlife Trafficking (§ 7061(b)(2)) | X | X |
| Sustainable Landscapes (§ 7061(d)) | | |
| Adaptation (§ 7061(e)) | | |
| Clean Energy (§ 7061(f)) | | |
| Ocean Plastic Pollution (§ 7061)(h) | | |
| Indigenous and other civil society organizations in developing countries (§ 7061)(i)) | X | X |

5.      The ABA has also previously held awards, and would in the future compete for,

funds from the Human Rights and Democracy Fund.

6.      Additionally, with respect to Title IV funding categories, the ABA has previously

held numerous International Narcotics Control and Law Enforcement awards, including in the

following subcategories: Atrocities prevention

- Atrocities prevention
- Central America Regional Security Initiative - Costa Rica
- Colombia
- Combating wildlife trafficking
- Cybercrime and intellectual property rights
- Ecuador
- Fighting corruption
- Pakistan

- Thailand
- Trafficking in persons
- Office to Monitor and Combat Trafficking in Persons
- Vietnam

7.      If given the opportunity, with respect to Title IV funding categories, the ABA

would compete for awards in the following categories:

- Atrocities prevention
- Central America Regional Security Initiative - Costa Rica
- Colombia
- Combating wildlife trafficking
- Cybercrime and intellectual property rights
- Ecuador
- Fighting corruption
- International Law Enforcement Academy
- Mongolia
- Pakistan
- State Western Hemisphere Regional - Caribbean Basin Security Initiative
- Thailand
- Trafficking in persons
- Office to Monitor and Combat Trafficking in Persons
- Vietnam

8.      Following the Court's February 13 Temporary Restraining Order Grant, the ABA

had the following awards terminated by USAID or the State Department: (see table below)

| Agency | Award Type | Date of Original Award | Money unspent from the obligation on termination date | Award description |
|---|---|---|---|---|
| STATE | Grant | 10/1/22 | $110,718 | SUDAN STRENGTHENING RELIGIOUS FREEDOM THROUGH THE RULE OF LAW |
| STATE | Cooperative Agreement | 8/20/20 | $1,020,997 | SUDAN SUPPORTING A NEW SUDANESE CONSTITUTION |
| STATE | Grant | 9/2/22 | $998,316 | DRC PREVENTING ATROCITIES AGAINST CIVILIANS |
| STATE | Grant | 9/26/23 | $368,895 | TANZANIA ADVANCING FREEDOM OF EXPRESSION |
| STATE | Grant | 10/1/24 | $294,221 | ANGOLA EMPOWERING ANGOLAN PUBLIC DEFENDERS TO EXPAND ACCESS TO JUSTICE |
| STATE | Cooperative Agreement | 10/1/24 | $911,830 | CAR INCREASING ACCESS TO JUSTICE FOR VULNERABLE POPULATIONS |
| STATE | Cooperative Agreement | 5/1/24 | $783,727 | GAMBIA COUNTER TRAFFICKING IN PERSONS |
| STATE | Cooperative Agreement | 9/22/23 | $2,186,836 | ANGOLA PROMOTING THE RULE OF LAW |

| | | | | |
|---|---|---|---|---|
| STATE | Grant | 9/30/24 | $902,558 | EAST AND SOUTHERN AFRICA SAFEGUARDING DIGITAL PRIVACY RIGHTS |
| STATE | Grant | 10/1/24 | $932,310 | ANGOLA PROMOTING RESPONSIBLE OVERSIGHT AND ENFORCEMENT TO COMBAT TIMBER TRAFFICKING |
| USAID | Cooperative Agreement | 3/4/24 | $3,297,173 | DRC ACTION TO REDUCE AND RESPOND TO EXPLOITATION AND TRAFFICKING |
| STATE | Grant | 9/30/23 | $172,487 | MALAYSIA ADVANCING THE PROTECTION OF CONSTITUTIONAL RIGHTS |
| STATE | Grant | 9/20/22 | $295,931 | MALAYSIA SUPPORTING UNIVERSAL RIGHTS AND ACCESS TO JUSTICE |
| STATE | Grant | 9/8/21 | $304,485 | PAKISTAN PROTECTING WOMEN'S MARRIAGE RIGHTS |
| STATE | Cooperative Agreement | 9/23/21 | $368,101 | REGIONAL RIGHT TO RESILIENCE |
| STATE | Grant | 9/30/22 | $204,553 | PROGRAM TO STRENGTHEN LEGAL PROTECTIONS (PSLP) WITH 6248396-397 |
| STATE | Grant | 9/30/23 | $633,063 | EAST ASIA SUPPORTING HUMAN RIGHTS DEFENDERS TO PROMOTE ACCOUNTABILITY |
| STATE | Grant | 9/24/23 | $427,660 | EAST ASIA PROMOTING THE FREE AND OPEN INTERNET |
| STATE | Grant | 9/25/23 | $966,755 | PROMOTING JUDICIAL INDEPENDENCE AND RULE OF LAW |
| STATE | Cooperative Agreement | 5/15/24 | $628,807 | PAKISTAN IMPROVE CHILD LABOR PROTECTION MECHANISMS AND REDUCE CHILD TRAFFICKING |
| STATE | Grant | 8/21/24 | $582,630 | SRI LANKA CIVIC VOICES FOR FREEDOM OF EXPRESSION |
| STATE | Grant | 9/30/24 | $1,314,002 | BURMA HUMAN RIGHTS DOCUMENTATION PROJECT |
| STATE | Grant | 9/30/24 | $575,578 | SRI LANKA SACRED SITES |
| STATE | Grant | 9/30/24 | $1,133,466 | PAKISTAN TERRORISM AND CTF PROSECUTION ASSISTANCE |
| STATE | Grant | 9/25/20 | $20,474 | UKRAINE SUPPORTING SOCIAL COHESION PRO-SOCO |
| USAID | Cooperative Agreement | 9/29/22 | $1,389,792 | LEGAL SUPPORT PROJECT (LSP) WITH 6248450 |
| STATE | Grant | 2/1/21 | $3,317,193 | MOLDOVA SUPPORTING CRIMINAL JUSTICE REFORM AND STRENGTHENING ANTICORRUPTION EFFORTS |
| STATE | Cooperative Agreement | 9/1/22 | $306,532 | TAJIKISTAN SUPPORTING TAJIKISTAN RULE OF LAW LANDSCAPE |
| USAID | Cooperative Agreement | 5/15/24 | $7,959,732 | UKRAINE HEALING AND ACCOUNTABILITY THROUGH HUMAN RIGHTRS |
| STATE | Cooperative Agreement | 9/1/23 | $95,306 | EL SALVADOR PILOT ANTI-CORRUPTION COMPLAINT MECHANISM PROGRAM |
| STATE | Grant | 6/1/22 | $18,253 | COLOMBIA CARTAGENA FREE OF HUMAN TRAFFICKING |
| STATE | Cooperative Agreement | 9/30/22 | $138,889 | RAISING PUBLIC AWARENESS ON COUNTERING THE FINANCING OF TERRORISM IN THE TRI-BORDER AREA |
| STATE | Cooperative Agreement | 2/1/22 | $585,043 | PERU JUSTICE SECTOR SUPPORT PROJECT |
| STATE | Grant | 9/27/21 | $225,455 | NICARAGUA BUILDING CAPACITY ON RULE OF LAW CENTRAL AMERICA REGIONAL SECURITY INITIATIVE |
| STATE | Grant | 1/5/23 | $785,600 | MEXICO LAW STUDENT LITIGATION AND MEDIATION INITIATIVE |
| STATE | Cooperative Agreement | 4/3/23 | $2,546,072 | COLOMBIA STRENGTHENING JUDICIAL PRACTICE |
| STATE | Cooperative Agreement | 9/26/24 | $706,131 | COMBAT HUMAN SMUGGLING AND GENDER-BASED VIOLENCE TIP AND BEST PRACTICES IN THE GOVERNMENT OF GUATEMALA FOR SVET |
| STATE | Cooperative Agreement | 10/1/22 | $1,111,251 | COLOMBIA ENHANCE THE CAPACITY OF THE COLOMBIAN CRIMINAL JUSTICE SYSTEM |
| USAID | Cooperative Agreement | 2/14/24 | $6,093,929 | GUATEMALA HUMAN RIGHTS FOR ALL GUATEMALA |
| STATE | Grant | 9/1/22 | $235,451 | BAHRAIN STRENGTHENING FUNDAMENTAL FREEDOMS AND THE RULE OF LAW |

| | | | | |
|---|---|---|---|---|
| STATE | Cooperative Agreement | 10/1/22 | $532,876 | REGIONAL CONFIDENTIAL GENERATION TO GENERATION: BUILDING EFFECTIVE LAWYERING SKILLS IN CLOSED ENVIRONMENTS |
| USAID | Cooperative Agreement | 9/1/23 | $2,212,189 | LIBYA RECONCILIATION AND JUSTICE |
| STATE | Cooperative Agreement | 4/22/24 | $1,391,130 | JORDAN PREVENTION AND PROTECTION OF MWS |
| STATE | Cooperative Agreement | 1/19/21 | $176,541 | GLOBAL W-GDP LEGAL REFORM FUND PROJECT |
| STATE | Cooperative Agreement | 10/1/24 | $1,494,460 | GLOBAL INL TRAVEL LOGISTICS AND LANGUAGE SUPPORT FOR KM |
| USAID | Cooperative Agreement | 9/30/24 | $3,520,618 | WESTERN BALKANS EQUALITY SHIELD |
| STATE | Grant | 6/24/21 | $2,275,906 | GLOBAL PROGRAM TO PROTECT AT-RISK HUMAN RIGHTS DEFENDERS |
| STATE | Grant | 9/29/22 | $2,479,405 | NORTHERN CENTRAL AMERICA ANTI-CORRUPTION PROGRAM |
| STATE | Cooperative Agreement | 10/1/23 | $128,749 | PERU MONITORING JUSTICE PROCESSES AND ENVIRONMENTAL DEFENDER CASES |
| STATE | Cooperative Agreement | 9/30/24 | $937,398 | ADVANCING THE ROLE OF WOMEN IN THE LABOR MOVERMENT |
| **TOTAL** | | | **$60,099,473** | |

9.      ABA CGP will be irreparably harmed if the government does not spend the foreign assistance funds that are expiring on September 30, 2025. ABA CGP has competed for and been awarded funding under the categories described above for decades. As explained above, ABA CGP is dependent on these funds, with 98% of its annual revenues in prior years coming from USAID or from foreign assistance funding from the State Department (collectively, USG). If the expiring appropriations are not spent, ABA CGP expects to lose 40% of the revenues ABA had previously projected for 2025 (having completed and billed for 60% of the work completed thus far) and 90% of the revenue previously projected for 2026. Such a significant loss in revenue poses a dire threat to the ongoing viability of ABA CGP.

10.      As noted previously, the abrupt termination of ABA's USG awards has damaged the ABA financially and operationally in a broad, unprecedented manner.  Of the ABA CGP's 72 USG awards, 70 (96%) were terminated.  The terminated awards, including subawards, represented over 120 million USD in anticipated funding—nearly the entirety of ABA CGP's international foreign assistance award portfolio.

11.      If the appropriations are not made available, the ABA will not be able to mobilize its international network of expertise of over 300+ personnel and 25+ field offices around the world, upon which the ABA CGP relies upon to generate revenue.  As noted previously, under normal circumstances, the ABA CGP has been able to develop and redeploy professional expertise in an orderly fashion, allowing the ABA to grow and expand its talent pool across a range of technical subjects and countries and generate additional revenue commensurate with the associated professional services.  For the ABA fiscal year ending this month (one month in advance of the U.S. fiscal year), ABA CGP originally projected revenue totaling 64 million USD, and in keeping with prior experience, ABA CGP would project to secure at least the same amount for the next ABA fiscal year, if funds were made available for competition.  Though ABA continues to maintain its legal registrations in a wide array of countries—at its own expense—and has enlisted a small number of terminated staff to  master services agreements, the ABA is financially unable to afford full access to their expertise for pursuing alternative revenue streams and remains at increasing risk of losing access to each of these experts altogether in the future.

12.      The ABA depends upon a line of credit to finance its day-to-day operations, which can reach as much 30 million USD depending upon the facts and circumstances.  The ABA's access to this line of credit is based in significant part on its portfolio of awards with the USG, which are reasonably acknowledged to represent income producing assets.  Blocking access to new awards changes the lender's calculation dramatically, and in the normal course of business is likely to result in renegotiation of all the underlying terms and conditions, causing further foreseeable harm to the ABA.

13.     At this late date in the U.S. fiscal year, the lost opportunity to compete for, and potentially be awarded, expiring foreign assistance funds is causing, and will cause, ABA CGP to suffer significant additional harms above and beyond harms that it has already experienced. ABA CGP, like other organizations dedicated to international development, has built its business model around heretofore predictable U.S. procurement cycles. ABA CGP's professional team routinely submits proposals to the U.S. Government for new programming throughout the U.S. fiscal year, and ABA CGP tracks these results systematically. In recent years, the ABA CGP "win rate" on new proposals has been between 25-35%. Historically, ABA CGP models its future budgets and operational planning based on estimates, derived from an analysis of U.S. funding available in the categories listed above, established win rates, and anticipated revenues associated with new awards. Absent an opportunity to compete for these funds, ABA CGP must draw upon its ABA financial reserves to continue in operation—approximately 3 million USD estimated for the next ABA fiscal year, representing additional harm to ABA financial reserves.

14.     ABA CGP would experience these harms imminently if the government fails to spend foreign assistance funds before they expire on September 30. Had the government obligated and awarded these funds in the ordinary course, ABA CGP would very likely have already received a number of awards and would already be receiving payments under the awards. ABA CGP has been able to continue as a going concern for the past few months as a result of receiving payments for work already performed (however, 4.6 million USD remains billed, but unpaid), other modest sources of funding, and financial reserves. If the expiring appropriations are not made available, ABA CGP operations will be permanently devastated.

14.     As previously emphasized, the terminations of ABA's contracts, grants, and cooperative agreements, and its ability to compete for future awards will ultimately cause direct

harm to some of the most vulnerable people around the world and directly compromise U.S. national interests. Whether it is trafficked women and children who can no longer seek redress or terrorists who will not be subject to anti-money laundering measures that block their malicious operations, the human toll and damage to U.S. foreign policy interests is demonstrable. Congress has consistently debated, refined, and authorized international foreign assistance precisely because it serves U.S. national interests and demonstrates leadership in addressing some of the world's most pernicious problems. Quintessential American values are on display in the ABA's cancelled foreign assistance programming, such as the protection of religious freedom, which enjoys broad support from all segments of American society. Moreover, this legacy of assistance programming has earned the U.S. respect, influence, and allies that inure to the benefit of every American citizen

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2025.

_____
Scott Carlson
Associate Executive Director
Center for Global Programs
American Bar Association