**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

        *Plaintiffs*,

  v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Civil Action No. 25-cv-402 (AHA)

<u>**DECLARATION OF CHEMONICS INTERNATIONAL**</u>

I, James Butcher, declare as follows:

1.     I am the Chair and CEO of Chemonics International. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at Chemonics.

2.     Chemonics is a U.S. employee-owned company headquartered at 1275 New Jersey Avenue SE, Washington, DC 20003. Founded in 1975, Chemonics has worked in more than 100 countries.  As an employee-owned, American company, Chemonics works to safeguard American security, promote economic prosperity, and address global challenges before they reach American shores.  Working on behalf of the U.S. Department of State and the U.S. Agency for International Development ("USAID") and with other partners, we have delivered results across the spectrum of country contexts, from stable societies and high-growth economies to challenging environments embroiled in political or military conflict.

3.     Prior to this year, approximately 88% of Chemonics and its subsidiaries' revenues came from USAID, while less than 1% of revenues come from foreign assistance funding from the State Department.

4.      Chemonics has previously held awards funded from the following Appropriations Act Title III categories: Global Health Programs, Development Assistance, International Disaster Assistance; Transition Initiatives; Economic Support Fund, and Migration and Refugee Assistance.

5.      If given the opportunity, Chemonics would compete for awards in the following categories specified in the Appropriations Act's Title III funding categories: Global Health Programs; HIV/AIDS (State – PEPFAR); Development Assistance; International Disaster Assistance; Transition Initiatives; Economic Support Fund; Democracy Fund (State); Democracy Fund (USAID); Assistance for Europe, Eurasia, and Central Asia; Migration and Refugee Assistance; and U.S. Emergency Refugee and Migrant Assistance Fund.

6.      Chemonics has previously held awards and/or would compete for awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act:

|  | Previously Held | Would compete for future |
|---|---|---|
| **GLOBAL HEALTH PROGRAMS** | | |
| *Maternal and Child Health* | x | x |
| *Polio* | | x |
| *The GAVI Alliance* | | x |
| *Maternal and Neonatal Tetanus* | | x |
| *Nutrition (USAID)* | x | x |
| *Iodine Deficiency Disorder* | x | x |
| *Micronutrients* | x | x |
| *Vitamin A* | x | x |

| | | |
|---|---|---|
| *Vulnerable Children (USAID)* | x | x |
| *Blind Children* | x | x |
| *HIV/AIDS (USAID)* | x | x |
| *Microbicides* | x | x |
| *HIV/ AIDS (Department of State)* | | x |
| *The Global Fund to Fight AIDS, Tuberculosis, and Malaria* | | x |
| *UNAIDS* | | |
| *Family Planning/Reproductive Health (USAID)* | x | x |
| *Global Health Security* | x | x |
| *Malaria* | x | x |
| *Tuberculosis* | x | x |
| *Global TB Drug Facility* | | x |
| *Other Public Health Threats* | x | x |
| *Neglected Tropical Diseases* | x | x |
| **DEVELOPMENT ASSISTANCE** | | |
| ***Africa*** | | |
| *Counter-Lord's Resistance Army/Illicit Armed Groups Program* | | |
| *Democratic Republic of the Congo* | x | x |
| *Ghana* | x | x |
| *Liberia* | x | x |
| *Malawi* | x | x |
| *Higher education programs* | x | x |
| *Somalia* | x | x |

| | | |
|---|---|---|
| *The Gambia democracy programs* | | x |
| *Power Africa* | x | x |
| *Young African Leaders Initiative (Y ALI)* | | x |
| ***East Asia and the Pacific*** | | |
| *Cambodia countering PRC programs* | | x |
| *Greater Mekong rule of law and environment* | | x |
| *Mongolia* | x | x |
| *Philippines* | x | x |
| *Thailand* | x | x |
| *Timor-Leste* | x | x |
| ***Middle East and North Africa*** | | |
| *USAID Middle East Regional* | | x |
| *Refugee scholarships program in Lebanon* | | |
| *Morocco* | x | x |
| ***South and Central Asia*** | | |
| *Bangladesh labor programs* | | x |
| *Maldives* | | x |
| ***Western Hemisphere*** | | |
| *Caribbean Energy Initiative* | | x |
| *Caribbean Economic Growth* | | x |
| *Colombia* | x | x |
| *Biodiversity* | x | x |
| *Dominican Republic* | x | x |

| | | |
|---|---|---|
| *Haiti reforestation* | x | x |
| *Resilient Critical Infrastructure* | x | x |
| ***Global Programs*** | | |
| *Assistive technology* | | x |
| *Development Innovation Ventures* | | x |
| *Disability programs* | | x |
| *Food security research and development* | x | x |
| *Feed the Future Innovation Labs* | x | x |
| *Global Crop Diversity Trust* | | x |
| *Leahy War Victims Fund* | | x |
| *Mobility program* | | x |
| *Ocean Freight Reimbursement Program* | | x |
| *Trade capacity building* | x | x |
| *USAID Advisor for Indigenous Peoples' Issues* | | x |
| *Victims of torture* | | x |
| **ECONOMIC SUPPORT FUND** | | |
| *Country /Program* | | |
| ***Africa*** | | |
| *Equatorial Guinea democracy programs* | | x |
| *West Africa anti-slavery programs* | | x |
| ***East Asia and the Pacific*** | | |
| *Burma* | x | x |
| *Accountability and justice for Rohingya* | | x |

| | | |
|---|---|---|
| *Atrocity prevention and accountability, including the documentation and preservation of evidence, and transitional justice programs* | x | x |
| *Support for deserters* | | x |
| *Technical support and non-lethal assistance* | x | x |
| *Thailand* | x | x |
| ***Middle East and North Africa*** | | |
| *Assistance subject to section 7041 (k)(l)* | | x |
| *Iraq* | x | x |
| *Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b))* | | x |
| *Justice sector assistance* | | x |
| *Scholarships* | | x |
| *Lebanon* | x | x |
| *Lebanon scholarships* | | x |
| *Middle East Partnership Initiative* | | x |
| *Scholarship program* | | x |
| *Middle East Regional Cooperation* | | x |
| *Near East Regional Democracy* | | x |
| *Nita M. Lowey Middle East Partnership for Peace Act* | | x |
| ***South and Central Asia*** | | |
| *Maldives* | | x |
| ***Western Hemisphere*** | | |
| *Caribbean Basin Security Initiative* | x | x |
| *Colombia* | x | x |

| | | |
|---|---|---|
| *Afro-Colombian and Indigenous communities* | x | x |
| *Human rights* | x | x |
| *Cuba democracy programs* | | x |
| *Organization of American States human rights* | | x |
| **Global Programs** | | |
| *Arctic Council* | | x |
| *Atrocities prevention* | | x |
| *Conflict and Stabilization Operations* | x | x |
| *Peace accord/peace process monitoring* | | x |
| *Family Planning/Reproductive Health (USAID)* | x | x |
| *Global Surface Water Inventory* | | |
| *House Democracy Partnership* | | |
| *Implementation of Public Law 99-415* | | |
| *Information communications technology training* | | x |
| *International religious freedom (section 7033)* | | x |
| *Marla Ruzicka Fund for Innocent Victims of Conflict* | | |
| *Small Island Developing States* | | |
| **Separate Directives** | | |
| Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State (Title III) | | x |
| Bureau for Democracy, Human Rights, and Governance, United States Agency for International Development | | x |

| | | |
|---|---|---|
| assistance and related programs for countries identified in section 3 of the FREEDOM Support Act (22 U.S.C. 5801) and section 3(c) of the SEED Act of 1989 (22 U.S.C. 5402) | | x |
| Economic Resilience Initiative (§ 7030) | | x |
| Strategic infrastructure investments (§ 7030(a)(1)) | | x |
| Critical mineral supply chain security (§ 7030(a)(2)) | | x |
| Economic resilience programs administered by USAID ((§ 7030(a)(3)) | | x |
| Cyberspace, Digital Connectivity, and Related Technologies Fund (§ 7030(a)(4)) | | x |
| CHIPS for America International Technology Security and Innovation Fund (§ 7030(c)(1)) | | |
| Diplomatic Programs (§ 7030(c)(1)) | | |
| Office of Inspector General (§ 7030(c)(1)) | | |
| Economic Support Fund (§ 7030(c)(1)) | | |
| Nonproliferation, Anti-terrorism, Demining and Related Programs (§ 7030(c)(1)) | | x |
| Programs and activities to assist governments to improve budget transparency and to support civil society organizations in countries that promote budget transparency (§ 7031(b)(3)) | | x |
| Promote and support transparency and accountability of expenditures and revenues related to the extraction of natural resources (§ 7031(d)) | | x |
| Democracy programs (§ 7032(a)(1)) | | x |

| | | |
|---|---|---|
| Bureau of Democracy, Human Rights, and Labor (§ 7032(a)(2)) | | x |
| Protection of Civil Society Activists and Journalists (§ 7032(g)) | | x |
| Protect international freedom of expression and independent media (§ 7032(h)) | | x |
| Office of International Religious Freedom (§ 7033(a)) | | x |
| International religious freedom programs (§ 7033(b)) | | x |
| Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)) | | x |
| Forensic anthropology assistance related to the exhumation and identification of victims of war crimes, crimes against humanity, and genocide (§ 7034(b)(1)) | | x |
| DNA forensic technology programs to combat human trafficking in Central America and Mexico (§ 7034(b)(2)) | | x |
| Program for Research and Training on Eastern Europe and the Independent States of the Former Soviet Union (§ 7034(d)) | | x |
| Beneficiary feedback (§ 7034(l)(1)) | | x |
| Impact evaluations of effectiveness and sustainability of assistance programs (§ 7034(l)(2)) | | x |
| Local Works (§ 7034(n)) | | |
| War Crimes Accountability (§ 7034(r)) | | |
| Medical and casualty rehabilitation services (§ 7035(a)(3)) | | |

| | | |
|---|---|---|
| Training related to the requirements of international humanitarian law (§ 7035(a)(4)) | | |
| Eliminate inhumane conditions in foreign prisons (§ 7035(a)(5)) | | |
| Programs to counter the flow of fentanyl (§ 7036) | | |
| Egypt (§ 7041) | | |
| Egypt -- Economic support fund (§ 7041(a)(1)(A)) | | |
| Egypt -- Higher education programs (§ 7041(a)(1)(A)) | | |
| Egypt -- Scholarships (§ 7041(a)(1)(A)) | | |
| Egypt -- Foreign military financing program (§ 7041(a)(1)(B)) | | x |
| Prevent Iran from obtaining nuclear weapons (§ 7041(b)) | | |
| Israel (§ 7041(d)) | | |
| Jordan (§ 7041(e)) | | |
| Al-Hol Action Plan (§ 7041(i)(3)) | | |
| Tunisia (§ 7041(j)) | | |
| Special Criminal Court in Central African Republic (§ 7042(b)) | | |
| Ethiopia (§ 7042(e)) | | x |
| Indo-Pacific Strategy (§ 7043(c)(1)) | | x |
| Countering PRC Influence Fund (§ 7043(c)(2)) | x | x |
| Laos (§ 7043(d)) | | |
| North Korea (§ 7043(e)(3)) | | |
| Pacific Island Countries (§ 7043(f)(2)) | | |

| | | |
|---|---|---|
| Hong Kong (§ 7043(g)(2)) | | |
| Philippines--foreign military financing (§ 7043(h)(1)) | | x |
| Taiwan Global Cooperation and Training Framework (§ 7043(i)) | | |
| Tibet (§ 7043(j)) | | |
| Vietnam (§ 7043(k)) | | |
| Vietnam--health and disability programs (§ 7043(k)(1)) | | x |
| Vietnam--remediation of dioxin contaminated sites (§ 7043(k)(2)) | | |
| Vietnam--Reconciliation/Vietnamese Wartime Accounting Initiative (§ 7043(k)(3)) | | |
| Vietnam--higher education programs (§ 7043(k)(4)) | | x |
| Afghanistan--support higher education of students studying outside the country, provide modified learning opportunities for women and girls (§ 7044(a)) | | |
| Investigate and document human rights abuses against women in Afghanistan (§ 7044(a)(3)(A)) | | |
| Afghan women-lead organizations (§ 7044(a)(3)(B)) | | x |
| Sri Lanka (§ 7044(c)) | | |
| Central America (§ 7045(b)(1)) | | |
| Central America--combatting corruption (§ 7045(b)(1)(A)) | | x |
| Central America--reducing violence against women and girls (§ 7045(b)(1)(B)) | | x |
| El Salvador, Guatemala, Honduras (§ 7045(b)(1)(C)) | | x |

| | | |
|---|---|---|
| Youth empowerment program (§ 7045(b)(1)(D)) | | x |
| Colombia (§ 7045(c)) | | |
| Rural security in coca producing municipalities (§ 7045(c)(2)(B)) | | |
| Haiti (§ 7045(g)) | | |
| Nicaragua (§ 7045(i)) | | |
| Caribbean Basin Security Initiative (§ 7045(k)) | | x |
| Venezuela democracy programs (§ 7045(l)) | | x |
| Ukraine staffing (§ 7046(d)(3)) | | x |
| Countering Russian Influence Fund (§ 7047(d)) | | x |
| Junior Professional Officer Programme (§ 7048(i)(1)) | | |
| UN leadership positions (§ 7048(i)(1)) | | |
| Internet Freedom (§ 7050(a)) | | |
| United Nations Population Fund (§ 7057(a)) | | |
| Family Planning / Reproductive Health (§ 7058(a)) | x | x |
| Gender Equality and Women's Empowerment (§ 7059(a)-(b)) | | x |
| Madeleine K. Albright Women's Leadership Program (§ 7059(d)) | | |
| Gender-based violence (§ 7059(e)) | | x |
| Women, Peace, and Security (§ 7059(f)) | | x |

| | | |
|---|---|---|
| Basic Education (§ 7060(a)(1)(A)) | x | x |
| Basic education multilateral partnerships (§ 7060(a)(1)(B)) | | |
| Higher Education (§ 7060(a)(2)) | x | x |
| Partnerships between higher ed in USA and developing countries (§ 7060(a)(2)) | | |
| Higher ed programs pursuant to section 7060(a)(3) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021 (§ 7060(a)(2)) | | |
| Scholar Rescue Programs (§ 7060(a)(3)) | | |
| USAID cooperative development programs (§ 7060(b)) | | |
| American Schools and Hospitals Abroad program (§ 7060(b)) | | |
| Food Security and Agricultural Development (§ 7060(d)(1)) | x | x |
| Micro, Small, and Medium-Sized Enterprises (§ 7060(e)) | x | x |
| Programs to Combat Trafficking in Persons (§ 7060(f)) | x | x |
| Program to end modern slavery (§ 7060(f)) | | |
| Public-private partnerships (§ 7060(g)) | | |
| Reconciliation programs (§ 7060(h)) | | |
| Water and Sanitation (§ 7060(i)) | x | x |
| Biodiversity (§ 7061(b)(1)) | x | x |
| Wildlife Trafficking (§ 7061(b)(2)) | x | x |
| Sustainable Landscapes (§ 7061(d)) | | x |

| | | |
|---|---|---|
| Adaptation (§ 7061(e)) | x | x |
| Clean Energy (§ 7061(f)) | x | x |
| Ocean Plastic Pollution (§ 7061)(h) | | x |
| Indigenous and other civil society organizations in developing countries (§ 7061)(i) | | |

7.      Additionally, with respect to Title IV funding categories, Chemonics has previously held International Narcotics Control and Law Enforcement and Peacekeeping Operations awards and would complete for future awards including in the following subcategories:

| | Previously Held | Would compete for future |
|---|---|---|
| **International Narcotics Control and Law Enforcement** | | x |
| Atrocities prevention | | x |
| Central America Regional Security Initiative - Costa Rica | | x |
| Colombia | | x |
| Combating wildlife trafficking | x | x |
| Cybercrime and intellectual property rights | | x |
| Demand reduction | | x |
| Democratic Republic of the Congo - Virunga National Park security | | x |
| Ecuador | | x |
| Fighting corruption | x | x |
| International Law Enforcement Academy | | x |
| Inter-Regional Aviation Support | | |

| | | |
|---|---|---|
| El Salvador | | x |
| Dominican Republic | | x |
| Mexico | | x |
| Mongolia | | x |
| Pakistan | x | x |
| State Western Hemisphere Regional - Caribbean Basin Security Initiative | | x |
| Thailand | | x |
| Trafficking in persons | x | x |
| Office to Monitor and Combat Trafficking in Persons | | x |
| of which, child protection compacts | | x |
| of which, modern slavery | | x |
| Vietnam | | x |
| **Peacekeeping Operations** | | |
| Africa (Somalia) | | x |
| Political-Military Affairs (Global Peace Operations Initiative) | | x |
| Trans-Sahara Counterterrorism Partnership | | x |

8.     If given the opportunity, with respect to Title IV funding categories, Chemonics would compete for awards in the following categories: Nonproliferation, Anti-Terrorism, Demining and Related Programs, including in the following subcategories:

| | Previously Held | Would compete for future |
|---|---|---|
| **Nonproliferation, Anti-Terrorism, Demining and Related Programs** | | x |

| | | |
|---|---|---|
| Nonproliferation and Disarmament Fund | | |
| International Atomic Energy Agency | | |
| Conventional Weapons Destruction | | |
| Humanitarian demining | | x |
| of which, Southeast Asia | | x |

9.      Following the Court's February 13 Temporary Restraining Order Grant,

Chemonics had the following 88 prime awards and 4 sub-awards terminated by USAID for the

estimated total unspent obligated amount of $906,985,475:

| Agency | Awards Type | Date of Original Award | Date of Termination | FY money unspent on termination date | Award description |
|---|---|---|---|---|---|
| USAID | Contract | 7/15/2020 | 2/26/2025 | $1,267,286 | Feed the Future Bangladesh Horticulture, Fruits and Non-Food |
| USAID | Cooperative Agreement | 7/12/ 2021 | 2/26/2025 | $2,647,590 | Bangladesh Ecosystems/Protibesh Activity aimed to improve ecosystem conservation |
| USAID | Cooperative Agreement | 8/20/2023 | 2/26/2025 | $4,633,087 | Bangladesh Higher Secondary Education Activity |
| USAID | Contract | 10/1/2023 | 2/13/2025 | $2,774,568 | Advancing Youth Leadership (AYL) Activity in Cambodia |
| USAID | Contract | 2/26/2021 | 2/14/2025 | $6,589,681 | Indonesia Sustainable Environmental Governance Across Regions |
| USAID | Contract | 6/26/2018 | 2/26/2025 | $0 | Promoting Rule of |

| | | | | | Law in Myanmar |
|---|---|---|---|---|---|
| USAID | Contract | 9/22/2023 | 2/12/2025 | $3,456,070 | USAID Early Grade Learning in Nepal |
| USAID | Contract | 12/1/2021 | 2/26/2025 | $,225,041 | Pakistan Investment Promotion Activity |
| USAID | Contract | 7/26/2022 | 2/13/2025 | $4,221,788 | Strengthening Private Enterprise for the Digital Economy Activity in the Philippines |
| USAID | Contract | 5/28/2021 | 2/26/2025 | $6,517,911 | Sri Lanka Energy Program |
| USAID | Contract | 9/3/2021 | 2/26/2025 | $1,017,995 | Sri Lanka Efficient and Effective Justice Activity |
| USAID | Cooperative Agreement | 8/31/2022 | 2/26/2025 | $1,468,533 | Vietnam Action Against Plastic Pollution |
| USAID | Contract | 9/25/2023 | 2/13/2025 | $7,199,728 | Vietnam Higher Education Development Support |
| USAID | Subcontract | 11/15/2019 | 2/26/2025 | $119,722 | Bangladesh Improving Trade and Business Enabling Environment |
| USAID | Contract | 4/3/2024 | 2/13/2025 | $1,896,307 | Strategic Communications Support Activity in Armenia |
| USAID | Contract | 1/20/2025 | 2/26/2025 | $6.946,405 | Armenia Food Security |
| USAID | Contract | 8/10/2020 | 2/26/2025 | $1,542,166 | Developing Sustainable Tourism in Bosnia and Herzegovina Activity |
| USAID | Cooperative Agreement | 5/31/2023 | 2/25/2025 | $1,598,107 | Educating the Future Activity in Georgia |

| USAID | Contract | 8/12/2020 | 2/26/2025 | $1,991,652 | Justice Activity in Kosovo |
|-------|----------|-----------|-----------|------------|-----------------------------|
| USAID | Contract | 8/23/2023 | 2/26/2025 | $2,631,460 | Kosovo e-Governance Activity |
| USAID | Contract | 7/1/2020 | 2/26/2025 | $1,857,210 | Kyrgyz Republic Agro Trade Activity |
| USAID | Contract | 9/27/2024 | 2/26/2025 | $3,072,918 | Kyrgyz Republic Green Solutions Activity |
| USAID | Contract | 2/16/2022 | 3/12/2025 | $3,748,022 | OTI Belarus Program |
| USAID | Contract | 6/23/2021 | 2/12/2025 | $14,414,116 | Moldova Future Technologies Activity |
| USAID | Contract | 9/20/2022 | 2/13/2025 | $10,271,236 | Moldova Rural Competitiveness and Resilience Activity |
| USAID | Contract | 11/3/2021 | 2/26/2025 | $4,145,326 | Serbia Energy Sector Activity |
| USAID | Contract | 8/8/2020 | 2/26/2025 | $1,605,353 | Tajikistan Learn Together Activity |
| USAID | Contract | 7/1/2020 | 2/26/2025 | $967,967 | Tajikistan Rural Water Supply Activity |
| USAID | Contract | 9/24/2018 | 2/26/2025 | $45,072,446 | Ukraine Democratic Governance East Activity |
| USAID | Contract | 6/25/2018 | 2/26/2025 | $58,275,125 | Ukraine Competitive Economy Program |
| USAID | Contract | 7/1/2020 | 2/26/2025 | $6,191,624 | Ukraine Transformation Communications Activity |
| USAID | Contract | 6/4/2021 | 2/26/2025 | $21,620,423 | Ukraine Justice For All Activity |
| USAID | Contract | 1/30/2023 | 2/26/2025 | $29,737,123 | Ukraine Confidence Building Initiative 4 |

| | | | | | |
|---|---|---|---|---|---|
| USAID | Contract | 4/1/2024 | 2/26/2025 | $79,985,827 | Ukraine Harvest Activity |
| USAID | Contract | 6/16/2020 | 2/26/2025 | $1,876,163 | Agribusiness Development Activity in Uzbekistan |
| USAID | Contract | 7/18/2023 | 2/13/2025 | $2,865,390 | Uzbekistan Local Governance Activity |
| USAID | Contract | 9/27/2022 | 2/26/2025 | $281,494 | Global Innovative Finance 2 |
| USAID | Contract | 3/29/2023 | 3/24/2025 | $2,892,515 | Ethiopia Urban Water, Sanitation and Hygiene |
| USAID | Contract | 11/1/2021 | 2/26/2025 | $6,128,690 | Kenya Cross-Border Community Resilience Activity |
| USAID | Contract | 4/1/2022 | 2/12/2025 | $14,436,903 | Malawi Next Generation Early Grade Reading Activity |
| USAID | Contract | 11/16/2022 | 2/26/2025 | $3,703,193 | Famine Early Warning System Network (FEWS NET) 7 Pillar 3 Analysis of the Dynamics of Food, Nutrition and Livelihood Security Task Order |
| USAID | Contract | 9/20/2024 | 2/26/2025 | $6,206,383 | Southern Africa Countering Wildlife Crime Activity |
| USAID | Contract | 8/1/2023 | 2/26/2025 | $13,928,024 | Tanzania Lishe (Nutrition) |
| USAID | Contract | 8/16/2022 | 3/26/2025 | $3,734,196 | Tanzania Heshimu Bahari (Respect the Ocean) |
| USAID | Contract | 9/2/2021 | 2/26/2025 | $3,630,955 | Feed the Future Uganda Strategic |

| | | | | | Investments Activity |
|---|---|---|---|---|---|
| USAID | Contract | 7/1/2020 | 2/26/2025 | $1,020,415 | Feed the Future Zimbabwe Fostering Agribusiness for Resilient Markets Activity |
| USAID | Contract | 10/14/2019 | 2/26/2025 | $84,634 | Famine Early Warning Systems Network (FEWS NET) 7 IDIQ, Pillar 1 – Emergency Food Security Analysis, Task Order 1 |
| USAID | Cooperative Agreement | 10/28/2021 | 2/26/2025 | $1,766,635 | Central- Level Health Systems Strengthening, Building Resilient Health System in Senegal |
| USAID | Cooperative Agreement | 9/27/2021 | 2/26/2025 | $10,234,239 | Global Frontier Health Markets |
| USAID | Contract | 2/9/2017 | 3/14/2025 | $87,737 | Global Health Supply Chain Technical Assistance Francophone Task Order |
| USAID | Subaward under a Cooperative Agreement | 2/8/2023 | 2/26/2025 | $590,986 | Pakistan Building Health Families |
| USAID | Contract | 6/25/2021 | 2/26/2025 | $8,641,900 | Colombia Amazon Alive |
| USAID | Contract | 8/26/2021 | 2/26/2025 | $5,624,793 | Colombia Venezuela Response & Integration Migration Management Activity |
| USAID | Contract | 1/2/2022 | 2/26/2025 | $9,392,331 | Colombia Inclusive Justice Activity |

| USAID | Contract | 3/16/2022 | 2/12/2025 | $6,454,616 | Colombia Economic Integration in Migrant Communities Activity |
|---|---|---|---|---|---|
| USAID | Contract | 12/23/2022 | 2/12/2025 | $5,371,043 | Colombia Tierra Dorada/Golden Land Activity |
| USAID | Contract | 4/10/2023 | 2/26/2025 | $7,752,054 | Colombia Productive Nature Activity |
| USAID | Contract | 4/5/2024 | 2/26/2025 | $8,093,241 | Colombia Invest for Climate Activity |
| USAID | Cooperative Agreement | 11/1/2022 | 2/26/2025 | $9,471,156 | El Salvador Communities Working Together Project |
| USAID | Contract | 2/21/2024 | 3/12/2025 | $5,542,923 | El Salvador OTI Connecting Communities Program |
| USAID | Contract | 1/9/2024 | 2/11/2025 | $6,436,858 | Guatemala Gender Based Violence Prevention and Response Project |
| USAID | Contract | 8/7/2020 | 2/26/2025 | $1,728,825 | Mexico Human Rights Accountability Activity |
| USAID | Contract | 8/5/2022 | 2/26/2025 | $1,938,233 | Mexico Alliance for Root Causes and Opportunities Activity |
| USAID | Contract | 9/13/2022 | 3/25/2025 | $4,833,219 | Dominican Republic Justice and Security Activity |
| USAID | Subcontract | 10/21/2022 | 2/26/2025 | $136,637 | Global SERVIR Support Services |
| USAID | Contract | 6/25/2020 | 2/26/2025 | $521,357 | Iraq Durable Communities and Economic Opportunities Business Competitiveness (TO |

| | | | | | 2) |
|---|---|---|---|---|---|
| USAID | Contract | 6/25/2020 | 2/26/2025 | $1,242,869 | Iraq Durable Communities and Economic Opportunities 100 Solutions for Stability (TO 3) |
| USAID | Contract | 9/24/2024 | 2/26/2025 | $12,721,129 | Iraq Durable Communities and Economic Opportunities Operations (TO 5) |
| USAID | Contract | 8/10/2021 | 2/26/2025 | $10,463,182 | Iraq OTI Regional Program |
| USAID | Contract | 11/14/2023 | 2/12/2025 | $3,837,287 | Iraq Together/Ma'an to Improve Government Service Delivery |
| USAID | Contract | 8/7/2020 | 2/26/2025 | $2,375,594 | Recycling in Jordan Activity |
| USAID | Contract | 7/19/2019 | 2/26/2025 | $1,235,076 | Lebanon Community Support Program – Task Order 3 |
| USAID | Contract | 7/31/2019 | 2/26/2025 | $5,787,610 | Lebanon Community Support Program – Task Order 5 |
| USAID | Contract | 6/29/2020 | 2/26/2025 | $12,180,877 | Lebanon Agriculture and Rural Empowerment |
| USAID | Cooperative Agreement | 10/1/2022 | 2/24/2025 | $2,707,015 | Libya Economic Acceleration Project |
| USAID | Contract | 8/8/2024 | 3/3/2025 | $4,493,712 | Libya Enhanced Partnerships for Institutional Capacity |
| USAID | Contract | 5/19/2021 | 2/26/2025 | $1,784,424 | Visit Tunisia Activity |
| USAID | Contract | 9/29/2022 | 2/26/2025 | $12,664,804 | West Bank and Gaza Building Regional Economic Bridges |

| USAID | Contract | 9/29/2024 | 2/12/2025 | $14,634,316 | West Bank and Gaza Trade, Investment, and Finance Activity |
|-------|----------|-----------|-----------|-------------|---------------------------|
| USAID | Subcontract | 10/29/2024 | 3/27/2025 | $1,213,181 | Jordan Tourism Board Activity |
| USAID | Contract | 4/20/2015 | 3/14/2025 | $127,487,815 | Global Health Supply Chain Management Population and Reproductive Health (TO3) |
| USAID | Contract | 9/16/2016 | 3/14/2025 | $20,589,809 | Global Health Supply Chain Management Maternal and Child Health (MCH) and Zika Commodities (TO 4) |
| USAID | Contract | 11/4/2022 | 2/26/2025 | $2,305,629 | Zambia Program for Advancing Supply Chain Outcomes Activity |
| USAID | Contract | 3/1/2021 | 2/26/2025 | $6,657,537 | DRC Invest |
| USAID | Contract | 11/20/2024 | 2/26/2025 | $3,695,467 | Haiti Justice Renewal and Advancement Program |
| USAID | Cooperative Agreement | 4/1/2024 | 2/26/2025 | $6,761,877 | Liberia Foundational Skills Activity |
| USAID | Contract | 12/11/2023 | 2/12/2025 | $2,627,145 | Mali Salam Improving Social Cohesion in Conflict Affected Areas |
| USAID | Contract | 12/29/2022 | 2/26/2025 | $6,269,923 | Nigeria Lagos Urban Water, Sanitation, and Hygiene |
| USAID | Contract | 9/21/2022 | 2/11/2025 | $124,035,096 | Global Sustainable Investment Accelerator |
| USAID | Contract | 11/6/2023 | 2/11/2025 | $12,151,730 | Empower Southern |

| | | | | | Africa Program |
|---|---|---|---|---|---|
| USAID | Contract | 5/25/2023 | 2/26/2025 | $1,579,588 | Senegal Water Resources Management Activity |
| USAID | Cooperative Agreement | 1/15/2025 | 2/26/2025 | $9,584,857 | Senegal Sahel Regional Resilience Activity |
| Estimated Total | | | | $906,985,475 | |

10.    Chemonics will be irreparably harmed if the government does not spend the foreign assistance funds that are expiring on September 30, 2025. Chemonics has competed for and been awarded funding under the categories described above for a number of years. As explained above, Chemonics is dependent on these funds, with 89% of its annual revenues in prior years coming from USAID or from foreign assistance funding from the State Department. If the expiring appropriations are not spent, Chemonics expects to miss out on $711 million in revenues that represents 73% of its total projected revenue for 2025, and $618 million in revenues that represent 73.7% of its total projected revenue for 2026 for the terminated programs and $750 in new programs awarded from 2024 funds. Such a significant loss in revenue poses an existential threat to the company.

11.    For example, the lost opportunity to compete for and potentially be awarded expiring foreign assistance funds is causing, and will cause, Chemonics to suffer significant additional harms above and beyond harms that it has already experienced. These would include:

- *Total loss of revenues*. The total loss of $2 billion in estimated revenues would be unobtainable because the money will be forever expired and never available for obligation. Chemonics has invested $10.2 million in time and materials over the past 4 years to prepare to be able to compete for awards that would have been funded

through 2024 funds, that now have been cancelled, resulting in loss of opportunity to compete and substantial loss in revenues.

- *Substantial loss of company value*. As of the most recent valuation dated July 22, 2025, the company has lost over 50 percent of its enterprise value which directly impacts our employee owners who own 100 percent of the company.

- *Termination of additional U.S.-based staff.* In addition to the 3,678 individuals - representing 72.5% of Chemonics' total workforce - who have already lost their jobs, including 680 U.S.-based staff (a 60% reduction) and 2,998 overseas staff (a 76% reduction), Chemonics' inability to compete for 2024 funding is projected to result in 59 additional terminations among its U.S.-based staff by the end of 2025. Furthermore, the company will miss the opportunity to hire 50 new U.S.-based employees to support upcoming programs. In total, this would amount to approximately 789 lost U.S. jobs, representing a 66.4% reduction in Chemonics' U.S.-based workforce - undermining the company's goodwill and its ability to recruit and rehire U.S. talent.

- *Inability to obtain credit*. Chemonics depends heavily on a line of credit that is established with a syndicate of banks since 2022. Since post-February-13 terminations, Chemonics drew on its line of credit once in order to fund its ongoing operations, including payments to staff, partners, subcontractors, and vendors. Subsequently, the syndicate has expressed that Chemonics' current financial situation, driven by external factors related to USAID's dissolution rather than with the company management's decisions, gives rise to a material adverse effect resulting in the syndicate's right to decline future drawdowns under their contractual

arrangements with Chemonics. Chemonics' inability to meet its revenue targets exacerbates its current position and would likely result in syndicate's refusal of future drawdowns.

- *Risk of continuing as a going concern.* Chemonics faces a significant risk of continuing as a going concern as a result of its inability to make its building lease payments that would have been recovered through indirect rates on the cancelled contracts.

- *Reputational harm and harm to business relationships.* Chemonics' inability to compete for 2024 funds will lead to a significant reduction in Chemonics' portfolio, its worldwide presence, and its talent base, on which Chemonics' business relationships and reputation rely. Chemonics' service delivery for non-US governmental clients also relies on many of the employees who have and will be impacted should Chemonics not be able to compete for 2024 funding. In addition, a number of clients of Chemonics' subsidiaries, including foreign governmental clients, have expressed concerns about the potential impact of a drastic reduction in Chemonics' staff numbers and worldwide presence through its U.S. government contracts. Finally, if 2024 appropriations are not made available, Chemonics will be forced to significantly adjust business strategies and corporate priorities, such as its inorganic growth strategy, including mergers and acquisitions and venture capital investments, resulting in irreparable harm to Chemonics' business opportunities and future growth.

12.    Chemonics would experience these harms imminently if the government fails to spend foreign assistance funds before they expire on September 30, 2025. Had the government

obligated and awarded these funds in the ordinary course, Chemonics would very likely have already received a number of awards and would soon begin receiving payments under the awards. Although Chemonics has been able to continue as a going concern for the past few months as a result of receiving payments for work already performed and other modest sources of funding, if the expiring appropriations are not made available, it would have a dire impact on Chemonics' operations and ability to operate business due to loss of programs worldwide, inability to implement its strategic planned initiatives, and loss of talent base, on which Chemonics' business relies. Coupled with mass terminations of its current portfolio, the inability to compete for and receive 2024 funds will likely result in existential harm to Chemonics.

13.    The inability to compete for foreign assistance funds going forward threatens Chemonics' ability to implement vital programs that advance national security, food security, economic growth, and humanitarian assistance worldwide. For 50 years in more than 100 countries Chemonics has worked tirelessly to build relationships, goodwill, and reputations by being a good business partner and cultivating a culture of trust. All - Chemonics' reputation, business relationships, and Chemonics' ability to deliver on its mission - has been compromised and in many cases irreparably damaged as a direct result of mass project terminations and Chemonics' inability to compete for awards in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2025.

James Butcher
Chair and CEO
Chemonics International, Inc.