# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## DECLARATION OF MARIAN W. WENTWORTH
## (MANAGEMENT SCIENCES FOR HEALTH, INC.)

I, Marian W. Wentworth, declare as follows:

1. I am the President and Chief Executive Officer of Management Sciences for Health, Inc. ("MSH"). The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at MSH.

2. MSH is a global nonprofit organization that is headquartered at 4201 Wilson Boulevard, Suite 500, Arlington, VA 22203. Founded in 1971, MSH has improved health systems and health outcomes in more than 150 countries worldwide by providing governments, health organizations and the private sector with strategies, tools and management support to effectively and efficiently deliver high-functioning health systems. Working on behalf of the American people with the U.S. Agency for International Development ("USAID"), the Centers for Disease Control ("CDC") and other government and international agencies, we partner with countries to develop solutions for local health systems challenges to sustain the delivery of people-centered primary health care.

3. Prior to the Stop Work Orders and Terminations, USAID funding represented almost 90% of MSH's total annual revenue. As of July 1, 2025, we project that 55% of MSH's annual revenue for FY26 will come from US Government grants and contracts.

4. MSH has previously held awards in the following Appropriations Act Title III categories: Global Health Programs and Economic Support Fund.

5. If given the opportunity, MSH would compete for awards in the following Title III categories: Global Health Programs, HIV/AIDS (State – PEPFAR); Development Assistance; and Economic Support Fund.

6. MSH has previously held awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act: Maternal and Child Health, Nutrition (USAID), HIV/AIDS (USAID), Family Planning/Reproductive Health (USAID), Global Health Security, Malaria, Tuberculosis, and Other Public Health Threats.

7. If given the opportunity, MSH would compete for awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act: Maternal and Child Health, Polio, Maternal and Neonatal Tetanus, Nutrition (USAID), Micronutrients, Vulnerable Children (USAID), HIV/AIDS (USAID), Microbicides, HIV/AIDS (Department of State), Family Planning/Reproductive Health (USAID), Global Health Security, Malaria, Tuberculosis, Other Public Health Threats, and Neglected Tropical Diseases. In addition, MSH would compete for awards in the category of Development Assistance in Democratic Republic of Congo, Ghana, Liberia, Malawi, Somalia, Philippines, Thailand, USAID Middle East Regional, Morocco, Colombia, Dominican Republic, Humanitarian Assistance for Vulnerable and Persecuted Minorities, Economic Resilience

Initiative, Strategic Infrastructure Investments, Economic Resilience Programs administered by USAID, Programs and activities to assist governments to improve budget transparency and to support civil society organizations in countries that promote budget transparency, Vietnam--health and disability programs, Vietnam--higher education programs, Afghan Women-led organizations, Youth Empowerment Programs, Haiti, Gender Equality and Women's Empowerment, Gender-based Violence, Basic Education, Basic Education Multilateral Partnerships, Higher Education, Higher Ed programs pursuant to Section 7060(a)(3) of the Department of State, Foreign Operations, and Related Programs Appropriations Act 2021, Food Security and Agricultural Development, Micro, Small, and Medium-Sized Enterprises, and Water and Sanitation.

8. Following the Court's February 13, 2025 Temporary Restraining Order Grant, MSH had the following awards terminated by USAID or the State Department:

| Agency | Awards Type | End Date of Original Award | Date of Termina-tion | FY money unspent on termination date (Unspent funds from ceiling budget as of the end of May 31, 2025) | Award description |
|---|---|---|---|---|---|
| USAID | Cooperative Agreement | 7/9/25 | 3/11/25 | $34,744,807 | **Assistance for Families and Indigent Afghans to Thrive (AFIAT)** - This program provided lifesaving medical services across vast rural and hard-to-reach populations in Afghanistan, to prevent, diagnose, and treat TB, polio, and other infectious diseases; and to provide basic health |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | care to infants, children, and expectant mothers. |
| USAID | Contract | 6/30/25 | 2/26/25 | $47,068,400 | **Health Systems for Tuberculosis Project (HS4TB)** - The program equipped governments to outsource life-saving health services to the private sector, to prevent, diagnose, and treat tuberculosis, the world's most deadly infectious disease, and enabling a rapid response to public health emergencies. |
| USAID | Cooperative Agreement | 3/24/29 | 2/26/25 | $15,827,029 | **USAID Benin Health Systems Strengthening Activity (HSSA)** - This program supported critical medical services, ensuring that doctors and medical personnel are properly trained, laboratories have the capacity to diagnose infectious diseases and new pathogens, and health information systems provide critical data to effectively manage diseases. |
| USAID | Contract | 7/31/29 | 2/26/25 | $18,069,595 | **USAID Cameroon NextGen Efficient Supply Chains Advance Patient Engagement (ESCAPE) Activity** - The program strengthened pharmaceutical and supply chain management to provide essential lifesaving medicines needed to fight infectious diseases, including millions of cases of tuberculosis and malaria each year. The program also ensured urgent lifesaving treatment for HIV and AIDS in support of the U.S. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | President's Emergency Plan for AIDS Relief (PEFPAR). |
| USAID | Cooperative Agreement | 3/27/28 | 3/31/25 | $8,031,298 | **USAID Ethiopia Health Resilience Activity (HRA)** - The program supported critical lifesaving medical services and disease surveillance during public health emergencies, to reduce deaths and contain infectious diseases. |
| USAID | Cooperative Agreement | 7/10/28 | 2/26/25 | $54,436,048 | **Bersama Menuju Eliminasi dan Bebas dari TB (USAID BEBAS-TB) Activity** - The program provided lifesaving medical services to prevent, diagnose, and treat tuberculosis, the world's most deadly infectious disease, across 4 provinces with a population of 145 million. |
| USAID | Cooperative Agreement | 7/7/27 | 2/25/25 | $14,167,498 | **USAID Liberia Local Health Solutions (LHS) Activity** - This program supported critical medical services, ensuring that doctors and medical personnel are properly trained, laboratories have the capacity to diagnose infectious diseases and new pathogens, and health information systems provide critical data to effectively manage diseases. |
| USAID | Contract | 6/28/25 | 2/26/25 | $7,955,329 | **U.S. President Malaria Initiative for States (US PMI-S) Nigeria [Task Order 04]** - This program provided lifesaving medical services for malaria prevention, diagnosis, and treatment for millions of children in Nigeria, to reduce |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | malaria mortality and morbidity, especially among children under five years of age and pregnant women. |
| USAID | Cooperative Agreement | 5/24/28 | 2/25/25 | $15,787,982 | **USAID IREME Health Systems Strengthening Activity** - This program supported critical medical services, ensuring that doctors and medical personnel are properly trained, laboratories have the capacity to diagnose infectious diseases and new pathogens, and health information systems provide critical data to effectively manage diseases, such as the deadly Marburg virus outbreak. |
| USAID | Cooperative Agreement | 5/4/25 | 2/26/25 | $418,203 | **USAID Uganda Strengthening Supply Chain Systems (SSCS) Activity** - The program strengthened pharmaceutical and supply chain management to provide essential lifesaving medicines needed to save lives and fight infectious diseases to over 3,000 public and private health facilities in Uganda, including regions impacted by outbreaks of Ebola virus. In addition to essential medicines to treat tuberculosis and malaria, the program also ensured urgent lifesaving treatment for HIV and AIDS in support of the U.S. President's Emergency Plan for AIDS Relief (PEFPAR). |
| USAID | Cooperative Agreement | 11/23/29 | 2/26/25 | $39,048,412 | **USAID Uganda Strengthening Local Health Systems (SLHS) Activity** - |

|  |  |  |  |  | The program ensured urgent lifesaving treatment for HIV and AIDS through critical medical services at health facilities, in support of the U.S. President's Emergency Plan for AIDS Relief (PEFPAR). This program supported critical medical services, ensuring that doctors and medical personnel are properly trained, laboratories have the capacity to diagnose infectious diseases and new pathogens, and health information systems provide critical data to effectively manage diseases. |
|---|---|---|---|---|---|
| USAID | Contract | 9/19/25 | 2/26/25 | $10,623,520 | **Medicines, Technologies, and Pharmaceutical Services (MTaPS)** - The global program bolstered pharmaceutical and supply chain management to ensure that the essential medicines and medical supplies that are needed to save lives, equitably reached the people who need them, that they are used rationally and do not cause harm. This included medications that are critical to prevent deaths from diseases like malaria, TB, and HIV; and antibiotics that treat life-threatening infections. |
| USAID | Subaward to Jhpiego under Cooperative Agreement | 7/15/25 | 2/26/25 | $3,803,753 | **Urban Health Initiative (UHI)** – This program improved health outcomes for people living in urban areas, particularly focusing on women, and children and other vulnerable populations. |

9. MSH will be irreparably harmed if the government does not spend the foreign assistance funds that are expiring on September 30, 2025. MSH has competed for and been awarded funding under categories such as those described above for over 50 years. As explained above, MSH is dependent on these funds, with 90% of its annual revenues in prior years coming from USAID. If the expiring appropriations are not spent, based on the cancelled solicitations that MSH had submitted proposals for and their estimated start dates relative to MSH's overall revenue projections for FY25 and FY26, MSH expects to miss out on 17% of the revenues projected for 2025 and 67% of the revenue projected for 2026. Such a significant loss in revenue poses a catastrophic and existential threat to MSH as a global health organization. The harms include, but are not limited to:

- Loss of critical staff: MSH employs highly skilled technical experts that are critical to the work that we do. As uncertainty regarding appropriations continues, these staff are resigning to pursue meaningful as well as gainful employment elsewhere. Resignations have already occurred, and more are anticipated. Once lost, these specialized skillsets cannot be easily replaced.

- Loss of critical geographic presence: MSH has been able to maintain its presence in some key countries that need our services. Without appropriated funds, MSH cannot continue to subsidize these activities for much longer. The failure to appropriate funds will result in further withdrawal from priority countries, closure of project offices, and loss of on-the-ground infrastructure that takes years to build. This will decrease MSH's ability to compete for future funding, damage our reputation with host governments, partners, and staff, and result in the loss of momentum on ongoing life-saving health interventions.

- Loss of organizational critical mass: as both technical scope and geographic reach decrease, MSH is now at a point where we will need to significantly pivot our operational model. This will change the range of funding options available to MSH for the long-term.

- Cost of doing business: loss of critical mass directly increases costs for essential business functions. For example, health insurance costs increase with decreasing employment size; audit fees increase as fixed costs are spread across fewer projects; and licensing, compliance, and technology infrastructure costs create unexpected additional and disproportionate burdens.

- Reputational harm: MSH has built a 50-year reputation as a trusted and compliant partner to the U.S., host-country governments, and local organizations. We are known for

running high-quality large USAID programs and have deeply rooted relationships with partners and communities around the world. Failure to appropriate funds will further damage those relationships and erode MSH's reputation for work that was heretofore central to MSH's reputation. Once lost, trust and credibility cannot be quickly restored, representing a significant harm to organizational standing.

- Irrecoverable loss of revenues: The expiration of appropriated funds represents a permanent and unrecoverable loss. Once the funds lapse, they will never again be available to MSH or any other organization. This is not a delay in revenue, but a complete and irreversible forfeiture of resources critical to sustaining MSH's operations and our ability to carry out the life-saving work we agreed to provide to our partners and communities around the world.

- Additional financial and operational harms: The inability to access appropriated funds will result in additional programmatic and staffing losses and substantial diminution in overall company value, further weakening our financial standing and leading to an impaired ability to obtain credit or financing to maintain operations.

10. The cumulative effect of these harms places MSH at substantial and escalating existential risk of being able to carry out our mission and facing irreparable harm to our business relationships. Loss of revenues that would be unrecoverable because the money will be forever expired and never available to obtain

11. MSH would experience these harms imminently if the government fails to spend foreign assistance funds before they expire on September 30. Had the government obligated and awarded these funds in the ordinary course, MSH would very likely have already received a number of awards and would soon begin receiving payments under the awards. Although MSH has been able to continue as a going concern for the past few months as a result of receiving payments for work already performed and other modest sources of funding, if the expiring appropriations are not made available, MSH's operations would be permanently devastated, in a way that Company may not be able to ever repair or that would take enormous costs to ever repair.

12. MSH's inability to compete for this funding will also harm the people around the world who rely on this funding. Much of the work that MSH performs is in the area of enabling

governments to build capabilities to run critical healthcare functions on their own. The current halt to work interrupts that progress, a long-term interruption will irreparably destroy that progress. A few examples include:

- In Madagascar, MSH has worked for many years to enable local healthcare volunteers to provide basic health services in areas otherwise without a formal healthcare system. In recent years, MSH has been working with the national government to integrate that work into the national system. That work is not complete with all the elements of sustainability that were planned. MSH has also been working locally to build community trust and interest in seeking credible healthcare services. No other work of this scale is available in this country. Failure to fund programming soon will result in healthcare volunteers and government employees pursuing other work and millions of Malagasy citizens will not participate in a formal healthcare system at all.

- In Indonesia, MSH worked to provide critical services related to tuberculosis, one of the world's worst infectious diseases, responsible for the deaths and disabilities of millions annually. For people with tuberculosis, this means they will not be able to receive treatment. Their family members will also be exposed, given the lack of MSH's prevention programs. For people who had already started tuberculosis therapy, the lack of on-going future funding to support their treatment will mean that they do not complete the needed treatment regimens. This will result in higher rates of death and disability for them as individual patients. Even worse, at the community and global levels – including Americans and the United States – these incomplete treatments will mean higher rates of antimicrobial resistance and more potent, dangerous strains of tuberculosis in the future. This causes both immediate irreparable harm to these individuals now, and globally to the whole world in the future.

- In Afghanistan, MSH was responsible for conducting national epidemiological surveys to update the population-level health data. The most recent national survey was planned to be completed this year (2025) by our organization, but will not be able to be done due to lack of future funding. These surveys are critical in countries like Afghanistan and many others to help health workers and planners provide the needed services for the community. Without these critical data for the future, the communities who depend upon health services informed by these surveys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2025.

/s/_____
Marian W. Wentworth
President and CEO
Management Sciences for Health, Inc.