**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DECLARATION OF BRADFORD JOHNSON (SMALL BUSINESS ASSOCIATION FOR
INTERNATIONAL COMPANIES)**

I, Bradford P. Johnson, declare as follows:

1.       I am the General Legal Counsel for the Small Business Association for International Companies (SBAIC). (I also am Principal for LawDCVT PLLC.) The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at SBAIC, including information reported to me by representatives of our member companies.

2.       SBAIC is a membership organization established to promote the meaningful utilization of U.S. small businesses at U.S government agencies providing foreign assistance, such as the U.S. Agency for International Development (USAID), Millennium Challenge Corporation (MCC), Development Finance Corporation (DFC), and the U.S. Departments of State, Defense, Defense, Health and Human Services and Agriculture.

3.       SBAIC has almost 170 members, including small businesses certified under every Small Business Administration category, such as Veteran-Owned (including Service-Disabled), Women-Owned, HUBZone, Disadvantaged, and 8(a) Businesses.

4.      Democracy International, Inc. is a member of SBAIC.

5.      SBAIC's members work in all sectors and geographies, including conflict zones. This includes economic growth, agriculture and food security, democracy and governance, water and sanitation, as well as global health and education. Our members also work in humanitarian relief and crisis stabilization. Many also support monitoring and evaluation to ensure that U.S. Government taxpayer funds are evidence-based and achieve the highest return for every dollar expended. SBAIC members work in Africa, Asia, Latin America (including the Caribbean and Central America), Middle East, and Eastern Europe. Typical of American small businesses, SBAIC members provide innovative solutions to development challenges, leveraging the tradition of American small business values, ingenuity, and flexibility. Our members' size make us especially well suited – or "right-sized"—to quickly and cost effectively work with and strengthen local partners. Like American small businesses generally, which represent the engine of the U.S. economy, SBAIC members are nimble and able to quickly pivot to ensure efficacy and continuing responsiveness to changing circumstances and U.S. Government interests. As an example of our cost effectiveness, most of our project staff and subcontractors are comprised of citizens and organizations of the countries we work in.

6.      Substantially all of SBAIC's small business members have had USAID and State contracts, grants, and/or cooperative agreements terminated since January 20, both before and after February 13 (mostly in several waves after February 13). SBAIC members reported a total value of contract terminations of $2.0 billion ($1.7 billion in prime contracts and $300 million in subcontracts), in 256 total contract terminations (117 prime contracts and 139 subcontracts), with estimated lost revenues for this and the next few years amounting to $1.15 billion ($984 million in prime contracts and $167 million in subcontracts). The median SBAIC member firm has lost a

devastating 85% of annual revenues due to the terminations, with many having lost almost 100% of annual revenues. (These numbers are based on reports from 31 SBAIC member firms.)

7.    SBAIC's members previously held awards funded from the following Appropriations Act Title III categories: Global Health Programs; HIV/AIDS (State – PEPFAR); Development Assistance; Transition Initiatives; Complex Crises Fund; Economic Support Fund; Democracy Fund (USAID); and Assistance for Europe, Eurasia, and Central Asia.

8.    SBAIC's members previously held awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act: Maternal and Child Health; Polio; The GAVI Alliance; Maternal and Neonatal Tetanus; Nutrition (USAID); Iodine Deficiency Disorder;  Micronutrients; of which, Vitamin A; Vulnerable Children (USAID); Blind Children; HIV/AIDS (USAID); Microbicides; HIV/ AIDS (Department of State); The Global Fund to Fight AIDS, Tuberculosis, and Malaria; UNAIDS; Family Planning/Reproductive Health (USAID); Global Health Security; Malaria; Tuberculosis; Global TB Drug Facility; Other Public Health Threats; Neglected Tropical Diseases; Democratic Republic of the Congo; Ghana; Liberia; Malawi; Higher education programs; Somalia; Power Africa; Young African Leaders Initiative (Y ALI); Cambodia countering PRC programs; Greater Mekong rule of law and environment; Philippines; Thailand; Timor-Leste; USAID Middle East Regional; Refugee scholarships program in Lebanon; Morocco; Bangladesh labor programs; Maldives; Caribbean Energy Initiative; Caribbean Economic Growth; Colombia; Biodiversity; Dominican Republic; Haiti reforestation; Resilient Critical Infrastructure; Combating child marriage; Development Innovation Ventures; Food security research and development; Feed the Future Innovation Labs; Global Crop Diversity Trust; Leahy War Victims Fund; Trade capacity building; USAID Advisor for Indigenous

Peoples' Issues; Victims of torture; Burma; East Asia and the Pacific programs; Democracy;

Justice sector assistance; Lebanon; Scholarship program; Middle East Regional Cooperation;

Near East Regional Democracy; Maldives; Caribbean Basin Security Initiative; Colombia;

Afro-Colombian and Indigenous communities; Human rights; Arctic Council; Atrocities

prevention; Conflict and Stabilization Operations; Family Planning/Reproductive Health

(USAID); Information communications technology training; Human Rights and Democracy

Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State (Title III);

Critical mineral supply chain security (§ 7030(a)(2)); Economic resilience programs

administered by USAID ((§ 7030(a)(3)); Cyberspace, Digital Connectivity, and Related

Technologies Fund (§ 7030(a)(4)); Economic Support Fund (§ 7030(c)(1)); Nonproliferation,

Anti-terrorism, Demining and Related Programs (§ 7030(c)(1)); Promote and support

transparency and accountability of expenditures and revenues related to the extraction of natural

resources (§ 7031(d)); Democracy programs (§ 7032(a)(1)); Bureau of Democracy, Human

Rights, and Labor (§ 7032(a)(2)); Protection of Civil Society Activists and Journalists (§

7032(g)); Protect international freedom of expression and independent media (§ 7032(h));

Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)); Beneficiary

feedback (§ 7034(l)(1)); Impact evaluations of effectiveness and sustainability of assistance

programs (§ 7034(l)(2)); Local Works (§ 7034(n)); Programs to counter the flow of fentanyl (§

7036); Egypt (§ 7041); Egypy -- Economic support fund (§ 7041(a)(1)(A)); Egypy -- Higher

education programs (§ 7041(a)(1)(A)); Jordan (§ 7041(e)); Tunisia (§ 7041(j)); Ethiopia (§

7042(e)); Countering PRC Influence Fund (§ 7043(c)(2)); North Korea (§ 7043(e)(3)); Vietnam

(§ 7043(k)); Central America (§ 7045(b)(1)); Central America--combatting corruption (§

7045(b)(1)(A)); Central America--reducing violence against women and girls (§ 7045(b)(1)(B));

El Salvador, Guatemala, Honduras (§ 7045(b)(1)(C)); Youth empowerment program (§ 7045(b)(1)(D)); Colombia (§ 7045(c)); Haiti (§ 7045(g)); Nicaragua (§ 7045(i)); Caribbean Basin Security Initiative (§ 7045(k)); Family Planning / Reproductive Health (§ 7058(a)); Gender Equality and Women's Empowerment (§ 7059(a)-(b)); Madeleine K. Albright Women's Leadership Program (§ 7059(d)); Gender-based violence (§ 7059(e)); Women, Peace, and Security (§ 7059(f)); Basic Education (§ 7060(a)(1)(A)); Higher Education (§ 7060(a)(2)); Food Security and Agricultural Development (§ 7060(d)(1)); Micro, Small, and Medium-Sized Enterprises (§ 7060(e)); Public-private partnerships (§ 7060(g)); Water and Sanitation (§ 7060(i)); Biodiversity (§ 7061(b)(1)); Wildlife Trafficking (§ 7061(b)(2)); Sustainable Landscapes (§ 7061(d)); Adaptation (§ 7061(e)); Clean Energy (§ 7061(f)); Ocean Plastic Pollution (§ 7061)(h); Indigenous and other civil society organizations in developing countries (§ 7061)(i)).

9.      If given the opportunity, SBAIC member companies would compete for awards in the following categories specified in the Appropriation Act's Title III funding categories: Global Health Programs; HIV/AIDS (State – PEPFAR); Development Assistance; International Disaster Assistance; Transition Initiatives; Complex Crises Fund; Economic Support Fund; Democracy Fund (USAID); and Assistance for Europe, Eurasia, and Central Asia.

10.     If given the opportunity, SBAIC member companies would compete for awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act:  Maternal and Child Health; Polio; The GAVI Alliance; Maternal and Neonatal Tetanus; Nutrition (USAID); Iodine Deficiency Disorder;  Micronutrients; of which, Vitamin A; Vulnerable Children (USAID); Blind Children; HIV/AIDS (USAID); Microbicides; HIV/ AIDS (Department of State); The Global

Fund to Fight AIDS, Tuberculosis, and Malaria; UNAIDS; Family Planning/Reproductive

Health (USAID); Global Health Security; Malaria; Tuberculosis; Global TB Drug Facility; Other

Public Health Threats; Neglected Tropical Diseases; Counter-Lord's Resistance Army/Illicit

Armed Groups Program; Democratic Republic of the Congo; Ghana; Liberia; Malawi; Higher

education programs; Somalia; The Gambia democracy programs; Power Africa; Young African

Leaders Initiative (Y ALI); Cambodia countering PRC programs; Greater Mekong rule of law

and environment; Mongolia;  Philippines; Thailand; Timor-Leste; USAID Middle East Regional;

Refugee scholarships program in Lebanon; Morocco; Bangladesh labor programs; Maldives;

Caribbean Energy Initiative; Caribbean Economic Growth; Colombia; Biodiversity; Dominican

Republic; Haiti reforestation; Resilient Critical Infrastructure; Assistive technology; Combating

child marriage; Development Innovation Ventures; Disability programs; Food security research

and development; Feed the Future Innovation Labs; Global Crop Diversity Trust; Leahy War

Victims Fund; Mobility program; Ocean Freight Reimbursement Program; Trade capacity

building; USAID Advisor for Indigenous Peoples' Issues; Victims of torture; Equatorial Guinea

democracy programs; West Africa anti-slavery programs; Burma; Accountability and justice for

Rohingya; Atrocity prevention and accountability, including the documentation and preservation

of evidence, and transitional justice; East Asia and the Pacific programs; Support for deserters;

Technical support and non-lethal assistance; Thailand; Assistance subject to section 7041 (k)(l);

Iraq; Democracy; Justice sector assistance; Scholarships; Lebanon; Lebanon scholarships;

Middle East Partnership Initiative; Scholarship program; Middle East Regional Cooperation;

Near East Regional Democracy; Nita M. Lowey Middle East Partnership for Peace Act;

Maldives; Caribbean Basin Security Initiative; Colombia; Afro-Colombian and Indigenous

communities; Human rights; Cuba democracy programs; Organization of American States

human rights; Arctic Council; Atrocities prevention; Conflict and Stabilization Operations; Peace accord/peace process monitoring; Family Planning/Reproductive Health (USAID); Global Surface Water Inventory; House Democracy Partnership; Implementation of Public Law 99-415; Information communications technology training; International religious freedom (section 7033); Marla Ruzicka Fund for Innocent Victims of Conflict; Small Island Developing States; Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State (Title III); Bureau for Democracy, Human Rights, and Governance, United States Agency for International Development; assistance and related programs for countries identified in section 3 of the FREEDOM Support Act (22 U.S.C. 5801) and section 3(c) of the SEED Act of 1989 (22 U.S.C. 5402); Economic Resilience Initiative (§ 7030); Strategic infrastructure investments (§ 7030(a)(1)); Critical mineral supply chain security (§ 7030(a)(2)); Economic resilience programs administered by USAID ((§ 7030(a)(3)); Cyberspace, Digital Connectivity, and Related Technologies Fund (§ 7030(a)(4)); CHIPS for America International Technology Security and Innovation Fund (§ 7030(c)(1)); Diplomatic Programs (§ 7030(c)(1)); Office of Inspector General (§ 7030(c)(1)); Economic Support Fund (§ 7030(c)(1)); Nonproliferation, Anti-terrorism, Demining and Related Programs (§ 7030(c)(1)); Programs and activities to assist governments to improve budget transparency and to support civil society organizations in countries that promote budget transparency (§ 7031(b)(3)); Promote and support transparency and accountability of expenditures and revenues related to the extraction of natural resources (§ 7031(d)); Democracy programs (§ 7032(a)(1)); Bureau of Democracy, Human Rights, and Labor (§ 7032(a)(2)); Protection of Civil Society Activists and Journalists (§ 7032(g)); Protect international freedom of expression and independent media (§ 7032(h)); Office of International Religious Freedom (§ 7033(a)); International religious freedom programs (§

7033(b)); Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)); Program

for Research and Training on Eastern Europe and the Independent States of the Former Soviet

Union (§ 7034(d)); Beneficiary feedback (§ 7034(l)(1)); Impact evaluations of effectiveness and

sustainability of assistance programs (§ 7034(l)(2)); Local Works (§ 7034(n)); War Crimes

Accountability (§ 7034(r)); Training related to the requirements of international humanitarian

law (§ 7035(a)(4)); Eliminate inhumane conditions in foreign prisons (§ 7035(a)(5)); Programs

to counter the flow of fentanyl (§ 7036); Egypt (§ 7041); Egypt -- Economic support fund (§

7041(a)(1)(A)); Egypt -- Higher education programs (§ 7041(a)(1)(A)); Prevent Iran from

obtaining nuclear weapon (§ 7041(b)); Israel (§ 7041(d)); Jordan (§ 7041(e)); Tunisia (§

7041(j)); Special Criminal Court in Central African Republic (§ 7042(b)); Ethiopia (§ 7042(e));

Indo-Pacific Strategy (§ 7043(c)(1)); Countering PRC Influence Fund (§ 7043(c)(2)); Laos (§

7043(d)); North Korea (§ 7043(e)(3)); Pacific Island Countries (§ 7043(f)(2)); Hong Kong (§

7043(g)(2)); Philippines--foreign military financing (§ 7043(h)(1)); Taiwan Global Cooperation

and Training Framework (§ 7043(i)); Tibet (§ 7043(j)); Vietnam (§ 7043(k)); Vietnam--health

and disability programs (§ 7043(k)(1)); Vietnam--higher education programs (§ 7043(k)(4));

Afghanistan--support higher education of students studying outside the country, provide

modified learning opportunities for women and girls (§ 7044(a)); Investigate and document

human rights abuses against women in Afghanistan (§ 7044(a)(3)(A)); Afghan women-lead

organizations (§ 7044(a)(3)(B)); Sri Lanka (§ 7044(c)); Central America (§ 7045(b)(1)); Central

America--combatting corruption (§ 7045(b)(1)(A)); Central America--reducing violence against

women and girls (§ 7045(b)(1)(B)); El Salvador, Guatemala, Honduras (§ 7045(b)(1)(C)); Youth

empowerment program (§ 7045(b)(1)(D)); Colombia (§ 7045(c)); Haiti (§ 7045(g)); Nicaragua

(§ 7045(i)); Caribbean Basin Security Initiative (§ 7045(k)); Venezuela democracy programs (§

7045(l)); Ukraine staffing (§ 7046(d)(3)); Countering Russian Influence Fund (§ 7047(d));

Internet Freedom (§ 7050(a)); United Nations Population Fund (§ 7057(a)); Family Planning /

Reproductive Health (§ 7058(a)); Gender Equality and Women's Empowerment (§ 7059(a)-(b));

Madeleine K. Albright Women's Leadership Program (§ 7059(d)); Gender-based violence (§

7059(e)); Women, Peace, and Security (§ 7059(f)); Basic Education (§ 7060(a)(1)(A)); Higher

Education (§ 7060(a)(2)); Basic education multilateral partnerships (§ 7060(a)(1)(B));

Partnerships between higher ed in USA and developing countries (§ 7060(a)(2)); Higher ed

programs pursuant to section 7060(a)(3) of the Department of State, Foreign Operations, and

Related Programs Appropriations Act, 2021  (§ 7060(a)(2)); Scholar Rescue Programs (§

7060(a)(3)); USAID cooperative development programs (§ 7060(b)); Food Security and

Agricultural Development (§ 7060(d)(1)); Micro, Small, and Medium-Sized Enterprises (§

7060(e)); Programs to Combat Trafficking in Persons (§ 7060(f)); Program to end modern

slavery (§ 7060(f)); Public-private partnerships (§ 7060(g)); Reconciliation programs (§

7060(h)); Water and Sanitation (§ 7060(i)); Biodiversity (§ 7061(b)(1)); Wildlife Trafficking (§

7061(b)(2)); Sustainable Landscapes (§ 7061(d)); Adaptation (§ 7061(e)); Clean Energy (§

7061(f)); Ocean Plastic Pollution (§ 7061)(h); Indigenous and other civil society organizations in

developing countries (§ 7061)(i)).

11.    With respect to Title IV funding categories, at least one SBAIC member company

has also previously held awards from the Title IV category of Non-Proliferation, Anti-Terrorism,

Demining (and specifically the subcategory of humanitarian demining).

12.    Following the Court's February 13 Temporary Restraining Order Grant, SBAIC

member companies had the following awards terminated by USAID or the State Department:

| Agency | Awards Type | Date of Original Award | Date of Termination | FY money unspent on termination date | Award description |
|---|---|---|---|---|---|
| USAID | Contract | 8/1/2022 | 2/11/2025 | Millions | Technical assistance |
| USAID | Contract | 11/15/2019 | 2/26/2025 | Millions | Technical assistance |
| USAID | Contract | 4/19/2021 | 2/12/2025 | Millions | Technical assistance |
| USAID | Contract | 7/15/2022 | 2/26/2025 | Millions | Business enabling environment |
| USAID | Contract | 9/22/2023 | 2/10/2025 | Millions | Monitoring, evaluation, and learning |
| USAID | Contract | 8/5/2024 | 2/26/2025 | $2,000,000 | Technical assistance |
| USAID | Contract | 7/1/2024 | 2/26/2025 | $800,000 | Technical assistance |
| USAID | Contract | 3/20/23 | 3/25/2025 | Millions | Monitoring, evaluation, and learning |
| USAID | Contract | 10/1/2024 | 2/26/2025 | $2,292,635 | Monitoring, evaluation, and learning |
| USAID | Contract | 8/1/20 | 2/26/2025 | Millions | Monitoring, evaluation, and learning |
| USAID | Contract | 11/2/2023 | 2/26/2025 | 0 | Monitoring, evaluation, and learning |
| USAID | Contract | 11/20/2023 | 2/26/2025 | 0 | Technical assistance |
| USAID | Contract | 11/16/2023 | 2/26/2025 | 0 | Technical assistance |
| USAID | Contract | 11/10/22 | 2/26/2025 | 0 | Monitoring, evaluation, and learning |
| USAID | Contract | 9/15/23 | 2/26/2025 | $2,584,435 | Global Health Technical Assistance |
| USAID | Contract | 5/3/19 | 2/11/2025 | $5,343,518 | Global Health Technical Assistance |
| USAID | Contract | 8/18/20 | 2/26/2025 | $2,213,156 | Monitoring, evaluation, and learning |
| USAID | Contract | 10/1/24 | 2/26/2025 | $3,165,190 | Technical assistance |
| USAID | Cost Plus | 9/25/2024 | 2/26/2025 | $1,490,204 | Nigeria BHA Third Party Monitoring, independent |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | verification and validation. |
| USAID | Cost Plus | 7/7/2021 | 2/26/2025 | $1,705,728 | Monitoring, Evaluation, Learning Support Activity, independent verification and validation. |
| USAID | Contract | 3/21/2024 | 3/25/2025 | $1,923,993 | Strengthening the capacity of the Jordan Tourism Board and larger tourism sector |
| USAID | Contract | 8/4/2022 | 3/24/2025 | approximately $2M of current obligation (through August 2025) unspent | RLA sought to improve the effectiveness and accountability of USAID's investments in food security, public health, and humanitarian assistance by providing the Agency and its partners with timely, independent data; validating performance against objectives; and identifying gaps, duplication, and underperformance. |
| USAID | Contract | 6/1/22 | 2/26/2025 | approximately $2M of current obligation (through June 2025) unspent | The Ghana MEL Platform sought to improve effectiveness and accountability of USAID's programming in Ghana, a geopolitically strategic ally in an unstable region, by measuring impact, evaluating performance against objectives, analyzing the context for effective programming, and providing concrete recommendations for improvement. |
| USAID | Contract | 9/2/22 | 2/26/2025 | approximately $700k of | The MESA contract sought to improve effectiveness |

| | | | | current obligation (through August 2025 / base period) unspent | and accountability of USAID's programming in Mexico, including topics such as migration, security, drug trafficking, economic opportunities, human rights, and protection of journalists. MESA did this by measuring impact, evaluating performance against objectives, analyzing the context for effective programming, and providing concrete recommendations for improvement. |
|---|---|---|---|---|---|
| USAID | Contract | 10/1/23 | 2/26/2025 | approximately $800k of current obligation (through August 2025) unspent | LEES empowered local companies and organizations to lead evaluations and other studies important for local development, thus seeking to reduce dependance on foreign aid. |
| USAID | Contract | 1/20/25 | 2/26/2025 | $6.6M of current obligation (2025 and maybe 2026) unspent | CCLA sought to help the USAID/Georgia Mission to design strategies and programs that promote U.S. national security and economic interests by strengthening Georgia's stability, self-reliance, and prosperity. |
| USAID | Contract | 6/15/23 | 2/26/2025 | approximately $300k of current obligation unspent | This evaluation of the IGAPP program sought to assess its effectiveness and to help design future programs, thus ensuring the efficient use of US taxpayer |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | funds used toward improving Kenyan government responsiveness to citizens and creating more stable and peaceful conditions in the country. |
| USAID | Subcontract | 2/22/23 | 3/13/2025 | approximately $70k of current obligation unspent | LINC provides unique systems strengthening and analysis to SURGES to support its efforts targeting geographic zones of high irregular migration with a sophisticated approach to economic development that accounts for the needs of input suppliers, exporters, and aggregators. |
| USAID | Subcontract | 11/15/24 | 2/13/2025 | approximately $450k of current obligation unspent | PAISM provided rigorous evaluation and data driven analysis to help American power and related infrastructure businesses confidently invest in projects in Africa, effectively creating jobs and generating income for US companies and African counterparts, and countering the influence of China's infrastructure investments. |
| USAID | Sub agreement (Coag) | 1/13/22 | 2/28/2025 | approximately $250k unspent on agreement budget | LINC supported the research, analysis, and identification of improvements for the GLP-IF project which worked in collaboration with private sector partners such as Coca Cola Beverages Africa to |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | increase access to entrepreneurs with disabilities to join the CCBA distribution channels. |
| USAID | Sub agreement (FAA) | 2/1/23 | 3/5/2025 | approximately $50k of current obligation unspent | COPE promoted local organizations to address global issues through systems thinking approaches, improving sustainability and impact while reducing the need for foreign aid in the future. |
| USAID | Contract | 6/19/19 | 2/11/2025 | $7,274,160 | Provides acquisition and assistance support for Global Health actions. |
| USAID | Contract | 10/1/24 | 1/22/2025 | $1,060,777 | Institutional support contract for USAID's Office of DEIA. |
| USAID | Contract | 5/4/20 | 2/10/2025 | $499,105 | Provided acquisition and assistance support for DRC efforts. |
| USAID | Contract | 9/23/22 | 2/11/2025 | $8,694,963 | Provided institutional support for gender development and women's empowerment. |
| USAID | Contract | 10/1/23 | 2/11/2025 | $544,432 | Provided acquisition and assistance support for Ghana and the West Africa Regional Mission. |
| USAID | Contract | 10/1/21 | 2/10/2025 | $4,144,639 | Provided institutional support for the LPA Bureau |
| USAID | Contract | 9/13/23 | 2/26/2025 | $3,599,426 | Provided institutional support for the REFS Bureau and overseas Missions. |
| USAID | Contract | 1/24/22 | 2/11/2025 | $857,826 | Provided institutional |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | support to the Africa Bureau and overseas Missions. |
| USAID | Contract | 8/15/19 | 2/11/2025 | $2,749,611 | Provided institutional support to Missions in the Southern Africa region along with Presidential-initiatives. |
| USAID | Contract | 11/20/23 | 2/26/2025 | N/A | Multiple-award IDIQ to small businesses to support compliance and capacity building for local partners. |
| USAID | Contract | 11/16/23 | 2/26/2025 | N/A | Multiple-award IDIQ to large and small businesses to support programming in Central America. |
| USAID | Contract | 9/17/19 | 2/26/2025 | $154,153 | E3/GenDev had a requirement to assist Missions and Operating Units in the implementation of the Women's Entrepreneurship and Economic Empowerment (WEEE) Act of 2018 as well as implementing the Gender Equality and Female Empowerment policy as operationalized through ADS 205, and corresponds to Gen/Dev's priority in providing technical assistance on gender integration to USAID operating units. To that end, the GITA II Task Order provided on-demand, rapid-response, short-term technical assistance to USAID Missions and Bureaus across multiple |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | sectors and in crisis and non-crisis settings. |
| USAID | Contract | 7/29/22 | 2/13/2025 | $1,840,586 | L2P provided routine monitoring, evaluation, collaborating, learning, and adapting (MECLA) support across Mission offices and DOs for ongoing activities, including overall MECLA capacity building for the Mission and provided a central platform for MECLA services, enabling discrete activities identified by USAID/Malawi for implementation. |
| USAID | Contract | 9/18/20 | 2/26/2025 | $1,146,036 | The overarching purpose of the activity is to support the establishment of a cost-effective, well-trained and motivated health workforce, particularly in targeted rural and remote areas. This approach will help address the shortage of skilled healthcare workers within Nigeria's primary healthcare system. |
| USAID | Contract | 10/25/22 | 2/26/2025 | $4,050,185 | PADU is a five-year activity to enhance private sector investment in vocational training programs through partnerships among private sector firms and government-owned vocational training centers (i.e., Balai Latihan Kerja/BLK). The activity facilitated/catalyzed the |

| | | | | | establishment of partnerships to improve the quality of vocational training programs to address skill gaps in the labor market, develop capacity of government institutions and the private sector to improve labor market information systems and services, and promote utilization of tax deduction incentives for the private sector. |
|---|---|---|---|---|---|
| USAID | Contract | 10/1/24 | 2/26/2025 | $3,210,419 | Learns II support the achievement of program development results through the use of evidence, performance management techniques, and learning and strengthened USAID/Vietnam staff and partners' capacity to achieve expected development results. |
| USAID | Contract | 10/1/22 | 2/12/2025 | Millions | Technical assistance |
| USAID | Contract | 11/16/23 | 2/26/2025 | 0 | Technical assistance |
| USAID | Contract | 12/4/19 | 2/26/2025 | 0 | Technical assistance |
| USAID | Contract | 11/2/23 | 2/26/2025 | 0 | Monitoring, evaluation, and learning |
| USAID | Contract | 10/1/23 | 2/26/2025 | 0 | Technical assistance |
| USAID | Contract | 9/21/20 | 2/26/2025 | 0 | Monitoring, evaluation, and learning |
| USAID | Contract | 7/15/20 | 2/26/2025 | Millions | Technical assistance |
| USAID | Contract | 03/25/2019 | 02/26/2025 | 20000000 | Technical assistance |
| USAID | Contract | 9/30/24 | 1/28/2025 | 2024 | The USAID Accountability Mechanism supports USAID's Congressionally |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | mandated grievance mechanism designed to address potential harms caused by U.S. foreign assistance. Through this mechanism, USAID fosters transparency, strengthens trust with local communities, mitigates risks of backlash or instability resulting from unresolved grievances, and prevents fraud, waste, and abuse. CollaborateUp supported the operational launch of AM, including case management systems and implementation readiness. Its termination jeopardizes USAID's compliance with Sections 7064 and 7066 of the FY21 and FY22 Appropriations Acts and increases reputational and operational risk (including from fraud, waste, and abuse) during the foreign assistance pause. |
| USAID | Contract | 10/1/22 | 2/26/2025 | $ 47,963.99 | Technical assistance |
| USAID | Contract | 5/1/24 | 2/10/2025 | $ 71,580.96 | Technical assistance |
| USAID | Sub Contract/Cooperative Agreement(Prime) | 1/23/23 | 2/26/2025 | $ - | To improve the quality and effectiveness of climate adaptation efforts implemented by BHA's partners by supporting generation, analysis and dissemination of evidence, learning, adaptation and capacity strengthening |

| | | | | | around climate adaptation programming |
|---|---|---|---|---|---|
| USAID | Cooperative Agreement | 1/31/22 | 2/26/2025 | $ 340,488.09 | To scale evidence-based agroforestry practices that utilize farm-level technologies to advance climate-resilient practices, increase smallholder farmer income, and ensure high-quality cocoa supply. |
| USAID | Contract | 9/30/21 | 2/26/2025 | $ 46,010.75 | Monitoring and Evaluation and Training Services |
| USAID | Contract | 12/3/25 | 2/25/25 | $50,000 | Technical assistance |

13.     SBAIC member companies will be irreparably harmed if the government does not spend the foreign assistance funds that are expiring on September 30, 2025. SBAIC member companies have competed for and been awarded funding under the categories described above for a number of years. As explained above, SBAIC member companies are dependent on these funds and constructed business models around this funding; numerous member companies would lose nearly 100% of their revenue if these funds are cut off. This would pose existential harm for such companies.

14.     For example, the lost opportunity to compete for and potentially be awarded expiring foreign assistance funds, and/or the lost opportunity to have expiring funds obligated into remaining existing contracts, is causing, and will cause, member companies to suffer significant additional harms above and beyond harms that they have already experienced. These would include:

- Loss of revenues that would be unrecoverable because the money will be forever expired and never available to obtain
- Terminating additional staff
- Cutting additional programming

- Substantial loss of company value
- Harm to ability to obtain credit, or dramatic increase in the cost of credit
- Risk of failing external audits
- Reputational harm
- Harm to business relationships
- Inability to recover/offset investment costs for winning contracts and subcontracts, thus further reducing ability to pursue new business with the USG and other clients
- Inadequate resources to be able to invest in pursuing new business with the USG and other clients, threatening the ability to continue as a going concern.
- Likelihood of going out of business
- Harm to relationships with subcontractors, vendors, and beneficiaries

15.    SBAIC member companies would experience these harms imminently if the government fails to spend foreign assistance funds before they expire on September 30. Had the government obligated and awarded these funds in the ordinary course, member companies would very likely have already received a number of awards and would soon begin receiving payments under the awards. Although a number of member companies have been able to continue as a going concern for the past few months as a result of receiving payments for work already performed and other modest sources of funding, if the expiring appropriations are not made available, their operations would be permanently devastated, in a way that they may not be able to ever repair or that would take enormous costs to ever repair.

16.    Many SBAIC member companies implement contracts that last for several years and then end. To grow and even to survive, companies need constantly to be replacing contracts that are ending with new awards. For instance, one SBAIC member had $67 million in contracts expected to reach the end of their contract terms in 2025 (even without the terminations for convenience). This firm had around $115 million in bids submitted to USAID (or in preparation) for new awards to replace the revenue lost from ending contracts, at least some of which would have been obligated with 2024 expiring funds. Without new awards with new obligations from

the expiring funds, this company will see a devastating loss of revenues, with an expected $11 million in revenues in 2025 and only $2 million in 2026 without new awards and new obligations.

17.    Companies that had significant revenues from USAID and State contracts this year but that will not have such revenues next year due to expiration of funds face irreparable harm. Many of them will need to make significant reductions in staffing, terminating highly skilled workers who have been invested in and trained by the companies over many years. Many companies will not be able to meet their obligations to landlords and other vendors, and will suffer irreparable reputational harm.

18.    The value of these companies that will be unable to compete for expiring funds will be substantially impacted. One SBAIC member company that previously had been valued at around $11 million now would be worth around $2 million or less because of a lack of expected future revenues, from 2024 expiring funds and beyond.

19.    In many cases for member firms, the loss in expected revenues is so great that these firms will not have the resources to allocate to pursuing alternative work with other clients, making them no longer viable as going concerns. Several firms have determined that they will not have sufficient revenues going forward to remain viable and are entering into negotiations to be acquired by large firms, often at firesale prices or prices greatly reduced from what their values previously had been.

20.    According to one owner of a member company: "The failure to spend the FY24 obligation has inflicted catastrophic and irreversible harm. We have been forced to terminate 100% of our employees, losing a team of dedicated and talented professionals. This has not only erased our company's value but has effectively rendered the company unable to continue as an

ongoing concern, demonstrating the devastating impact of the government's failure to spend its committed funds."

21.     Without expectation of future revenues from 2024 expiring funds and beyond, SBAIC members are experiencing significant hardship in their lending relationships. One member firm is having its commercial bank line of credit that lent funds at a 7.5% interest rate canceled due to a lack of a reliable expected future revenue stream, and this firm is in discussions for a new line of credit from a non-bank lender that would lend at an 18-20% interest rate. Even this new lender is asking for 2026 revenue projections to show viability as a going concern, which this member firm will not be able to show. Another SBAIC member is undergoing a usual annual financial audit and is unable to show a sufficient expected revenue stream in 2026 to demonstrate viability as an ongoing concern. The lack of access to 2024 expiring funds is raising the borrowing cost of working capital for member firms or making access to such financing entirely impossible, and making it far more difficult to pass basic financial audits.

22.     One of our member companies, a 39 year old small business that relied on, and built its business model around, U.S. foreign assistance, is suffering irreparable harm to its company value, credit worthiness, vendor relationships, and ability to obtain staff as a result of the continued lack of funding for foreign assistance, including FY24 funding. During the past four months, the company had discussions with potential buyers and investors, and on three occasions has been told that the lack of anticipated new contracts in the coming months makes the company worth little or nothing beyond its book value. The company's banking relationship is also in jeopardy, as projections for income over the next two years are very low without access to funding from FY24 and FY25 budgets, i.e., the lack of ability to win and implement new U.S. Government international development projects. As of January 2025, this firm had submitted

over $30 million in bids and was preparing bids for over $50 million in USAID funding, with a large portion expected to be funded by FY24 appropriations, but all procurements have been cancelled and none have been resumed in any form. The firm furloughed and laid off over 60 employees when its current projects were terminated, but has kept several U.S. staff working part time with the hope to move back to full time when FY24 obligations and other U.S. Government funding resumes. Those staff will abandon the firm if FY24 obligations are not spent, causing the firm to lose all staff – its only remaining valuable asset. Vendors and subcontractors throughout the 42 countries the company was operating will be lost to the company without FY24 funding: these vendors and subcontractors are trying to hang on in hopes of a resumption of U.S. Government funding, but are beginning to move to other clients or commence dissolution due to a lack of U.S. Government funding.

23.    One member, a woman-owned small business (WOSB) founded in 2011, exists to serve the US Government's foreign aid program, primarily USAID, and has been devastated by the lack of US Government funding, including funding from the FY24 obligation.  In January 2025, the company finalized its 2025 plan projecting $33M in revenue, with graduation as a small business on the horizon. By February, after the EO to freeze foreign aid was issued, followed by mass SWOs and T4Cs, the company had lost a stunning 99.3% of its revenue base of prime and sub contracts and over 99% of its backlog (funds remaining in signed contracts) of over $100M, erased by award terminations. Three IDIQs were also terminated. The company depended on the 2024 obligations and beyond to recoup the very high proposal investments that it had made to win these. The company had also invested heavily in other opportunities, with awards pending, in two cases imminently, where it was the incumbent and likely to win. The company will not recoup these investments either unless 2024 obligations are released.

24.     The harm that this WOSB is suffering with 2024 obligations pending is not hypothetical or conjectural. The government's delay in spending these appropriated funds has created an existential crisis for this business:

- It had to terminate most of its 214 full-time and 300 short-term employees, and now is trying to rebuild with a skeletal staff of less than 10 people total. Rebuilding without 2024 obligations will be impossible.

- The lack of 2024 obligations undermined its credibility with its auditor, banker, and valuator: 1) there is a very damaging paragraph in the auditor's financial review questioning whether the company will continue to be a going concern; 2) its bank providing its only independent line of credit, is asking for forward projections for the first time, and is concerned whether the company is now credit-worthy; 3) As an ESOP, it will be difficult to provide detailed forward projections for the required annual valuation without FY24 obligations.

- Not having 2024 obligations has caused the value of the company to plummet as measured by its annual valuations. This will directly and negatively impact the retirement accounts of the company's American employees who participate in its ESOP.

- The company also risks reputational and financial hardship with many vendors and other business relationships, where it is struggling to negotiate new terms on long-term engagements which it can't cover without 2024 obligations, even causing legal costs to address such issues.

25.     According to the owner of one member firm: "If FY24 funds are not obligated, procurements will continue to stall and there will be no awards for new projects. As a small business that had all its USAID contracts terminated, we have been and remain eager to bid on

paused and new procurements and attempt to rebuild a new project portfolio, in any size. Prior to January 24, 2025, our firm was about to submit a proposal for a $15M project and was in the capture/pre-proposal phase for several projects valued at more than $50M, along with many forecasted IDIQ contracts. All these procurements have been cancelled, and the Department of State (DoS) has yet to communicate with industry on any planned procurements that it wishes to undertake. If we are unable to compete for programs funded by FY24 appropriated funds, the harm to our company value will be significant and permanent; we will remain unable to re-hire employees or consultants that we've had to terminate; and we will have to seriously consider shutting down the company, after more than 25 years of a successful partnership with USAID on international development culminating in nearly $20M in revenues last year and a USAID contract backlog of nearly $100M as well as a track record in delivering impactful legacy projects around the world."

26.    Another owner of an SBAIC member company reports that, without receiving any FY 2024 expiring funds, their company would experience an 86% loss in revenue for 2026 compared to what was expected at the beginning of this year. This calls into question the viability of the business, and at a minimum will require terminating additional staff from what already has been terminated.

27.    SBAIC member companies' inability to compete for future awards will have a devastating effect on people around the world who would have benefited from American foreign assistance, and on America's political and economic objectives globally. SBAIC member companies are mission-driven small businesses. Many were created by their founders to support America's international assistance mission globally, to make America safer, stronger and more prosperous. Many of our members have built businesses up from scratch over many years, have

borrowed along the way from family and friends, and cashed out retirement savings to finance our businesses. The loss of the opportunity to compete for these expiring funds would be catastrophic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2025.

/s/
Bradford P. Johnson
General Legal Counsel, SBAIC
Principal, LawDCVT PLLC