IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Civil Action No. 25-cv-402 (AHA)

## PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS

1. In the Further Consolidated Appropriations Act of 2024 (the "2024 Appropriations Act"), Congress appropriated more than $30 billion in non-military foreign assistance funding to USAID and the State Department. Pub. L. No. 118-47, div. F, tits. II–III, 138 Stat. 460, 740–49 (2024).

2. Congress appropriated these funds in Titles III and IV of the 2024 Appropriations Act across fifteen broad categories of purposes. Of these fifteen categories, the following categories of funds will expire on September 30, 2025:

- Global Health Programs (USAID): $3.99 billion;
- Development Assistance: $3.93 billion
- Economic Support Fund: $3.89 billion
- Democracy Fund (State): $205 million
- Democracy Fund (USAID): $140 million
- Assistance for Europe, Eurasia, and Central Asia: $770 million
- International Narcotics Control and Law Enforcement: $1.40 billion
- Non-Proliferation, Anti-Terrorism, Demining: $870 million

- Peacekeeping Operations: $291 million

3. Congress did not employ any language in the 2024 Appropriations Act that gives Defendants discretion to spend less than the full amounts appropriated in any of the fifteen categories. *See id.*

4. Within the fifteen categories, the 2024 Appropriations Act further specified subcategories of purposes for which USAID and State must obligate specific amounts of funds. *Id.* § 7019(a), 138 Stat. at 771.

5. In Section 7019(a) of the 2024 Appropriations Act, Congress provided that "funds appropriated by this Act under title III through V *shall be made available in the amounts specifically designated* in the respective tables included in the explanation statement." *Id.* (emphasis added).

6. The tables in Section 7019(a) include line items with specific amounts that must be obligated for narrowly defined purposes. *See* Further Consolidated Appropriations Act, 2024, Comm. Print of the H. Comm. on Appropriations, Legislative Text and Explanatory Statement (excerpts), ECF 125-11.

7. Congress provided that, for most line items in the tables, Defendants "may only deviate up to 10 percent from the amounts specifically designated in the respective tables," and for the roughly $10 billion in line items for Global Health Programs, the agencies may not deviate from the table amounts at all. 2024 Appropriations Act §§ 7019(b), (d)(2), 138 Stat. at 771.

8. Sections 7030 to 7061 of the 2024 Appropriations Act prescribe subcategories for which USAID and State must spend *minimum* amounts of funds. *Id.* §§ 7030–61, 138 Stat. at 780–842.

9. Sections 7030 to 7061 of the 2024 Appropriations Act contain directives that "not less than" specific amounts of money "shall be made available" by USAID or State for particular purposes. *Id.*

10. For instance, the 2024 Appropriations Act provides that "not less than $400,000,000 shall be made available for a Countering PRC Influence Fund to counter the influence of the Government of the People's Republic of China and the Chinese Communist Party." *Id.* §§ 7043(c)(2), 138 Stat. at 812.

11. Across Section 7030 to 7061 and the tables made binding by Section 7019(a), the 2024 Appropriations Act contains roughly 240 subcategories of purposes for which Congress required specific amounts of funds—or "not less than" specific amounts of funds—that "shall be made available" by Defendants, which collectively add up to nearly $25 billion in appropriations. *Id.* §§ 7019, 7030–61, 138 Stat. at 771–842.

12. Every annual appropriations act from 2019 through 2023 used the same structure as the 2024 Appropriations Act. They all appropriated funds across the same fifteen broad categories, and then required the specific or minimum amounts "shall be made available" for identified subcategories set forth in the tables appended to the act and the separate directives provided later in the bill text. *See, e.g.*, *id.* §§ 7043(c)(2), 138 Stat. at 812. Some funds from these prior appropriations acts will expire on September 30, 2025.

13. On his first day in office, President Trump issued an executive order purporting to immediately freeze all foreign assistance funding. Exec. Order No. 14,169 at § 2, 90 Fed. Reg. 8619 (Jan. 20, 2025).

14. The Executive Order further directed that "no further United States foreign assistance shall be disbursed in a manner that is not fully aligned with the foreign policy of the President." *Id.*

15. To implement the Executive Order, the Secretary of State and officials at USAID issued a series of agency memoranda immediately halting virtually all foreign assistance funding and ordering implementing partners to stop work. *See Memorandum from the Secretary of State*, 25 STATE 6828 (Jan. 24, 2025); USAID, *Notice on Implementation of Executive Order on Reevaluating and Realigning United States Foreign Aid* (Jan. 24, 2025); USAID, *Initial Instructions for Implementing Executive Order Reevaluating and Realigning United States Foreign Aid* (Jan. 22, 2025); USAID, *Follow-Up Instructions for Implementing Executive Order Reevaluating and Realigning United States Foreign Aid* (Jan. 24, 2025); USAID, *Clarification on Implementing the President's Executive Order on Reevaluating and Realigning United States Foreign Aid* (Jan. 26, 2025).

16. The government also began terminating foreign assistance awards *en masse*. *See, e.g.*, ECF No. 7-4 at 2, 5, 7, 13; ECF Nos. 20, 20-1.

17. President Trump called for USAID to be "CLOSE[D] … DOWN." @realDonaldTrump, TruthSocial (Feb. 7, 2025, 9:31AM), https://tinyurl.com/3wmdpvex

18. Former senior Presidential advisory Elon Musk, while in his official position, stated that "USAID is a criminal organization" and that it is "[t]ime for [USAID] to die." @elonmusk, X (Feb. 2, 2025, 12:20PM), https://tinyurl.com/4bnu7b7z (statement from then–presidential advisor Elon Musk").

19. Secretary Rubio announced on March 20, 2025 that Defendants were "officially cancelling 83% of the programs at USAID." @Marco Rubio, X (Mar. 20, 4:55AM), https://tinyurl.com/yu9mytdk.

20. On March 28, the State Department sent a Congressional Notification to Congress stating that numerous USAID functions "would be eliminated" or "abolished." Congressional Notification Transmittal Letter, March 28, 2025, at 4, http://bit.ly/42t0Yvn.

21. The offices and functions that the letter indicated would be eliminated included the Bureau for Democracy, Human Rights and Governance; the Bureau for Conflict Prevention and Stabilization; the Bureau for Inclusive Growth, Partnership, and Innovation; the Bureau for Resilience, Environment, and Food Security; and more. *Id.* at 3–4, 11.

22. The March 28 Notification included a chart showing that USAID had nearly $24 billion in appropriations that remain unobligated. *Id.* at 8–9.

23. The March 28 Notification gave no indication as to how the government intended to obligate these funds in light of its proposed plan to eliminate USAID programs.

24. Consistent with the March 28 Notification, on July 1, USAID officially shut down and ceased its operations. *See* Declaration of Jeremy Lewin, ECF No. 99-1.

25. There are roughly $12 billion in funds from the 2024 Appropriations Act that remain unobligated and will expire on September 30, 2025. 8/25/25 Hr'g Tr., ECF No. 127 at 11.

26. There are additional funds from prior appropriations acts that are unobligated and will expire on September 30, 2025.

27. Defendants asserted at the August 25 hearing that they have approved plans to obligate only $3.5 billion of the remaining expiring funds. 8/25/25 Hr'g Tr., ECF No. 127 at 11.

28. Defendants are attempting a "pocket rescission" of some of the roughly $12 billion in funds from the 2024 Appropriations Act that remain unobligated. *See* ECF No. 129. On August 28, President Trump submitted a rescissions packet to Congress to effectuate Defendants' pocket rescission strategy. ECF No. 129.

29. The August 28 rescissions package includes more than $4 billion in expiring foreign aid funds that were appropriated in the 2020, 2021, and 2024 Appropriations Acts. ECF Nos. 129, 129–3.

30. The appropriations included in the August 28 rescissions package include $3.2 billion in development assistance from the 2024 Appropriations Act. The rescissions proposal states that "[t]he rescission would align with the Administration's efforts to return funding from wasteful U.S. Agency for International Development programs to the American taxpayers." ECF No. 129–3 at 15.

31. The August 28 rescissions package also includes more than $600 million from the Democracy Fund appropriated in various years. *Id.* at 3–6. The rescissions proposal states that "[t]he rescission would return funding from wasteful foreign assistance programs to taxpayers in alignment with America First foreign policy." *Id.*

Dated: August 29, 2025                    Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)
John Robinson (D.C. Bar # 1044072)
Nina Cahill (D.C. Bar # 1735989)
Brian Rosen-Shaud (ME # 006018)[+] [^]
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

William C. Perdue (D.C. Bar 995365)
Sally L. Pei (D.C. Bar 1030194)
Samuel M. Witten (D.C. Bar 378008)
Stephen K. Wirth (D.C. Bar 1034038)
Dana Kagan McGinley (D.C. Bar 1781561)
Daniel Yablon (D.C. Bar 90022490)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
stephen.wirth@arnoldporter.com

[+] *Pro hac vice* application forthcoming
[^]Not admitted in the District of Columbia. Practice supervised by members of the D.C. bar.

*Counsel for Plaintiffs*