IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

### [PROPOSED] ORDER GRANTING GLOBAL HEALTH COUNCIL PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order, it is hereby

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that Defendants are restrained from taking any actions that would prevent them from being able to obligate by September 30, 2025 the appropriations in the 2024 Appropriations Act and prior appropriations acts that expire on that date. It is further

**ORDERED** that Defendants shall take all preparatory steps necessary to be able to obligate the expiring appropriations by September 30, 2025, in the event that this Court issues a further order requiring Defendants to obligate the funds by that date. It is further

**ORDERED** that nothing in this temporary restraining order shall require Defendants to actually obligate any appropriations. It is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2); and it is further

**ORDERED** that Defendants shall file a status report within 72 hours of counsel's receipt of this Order, apprising the Court of the status of their compliance with this Order.

_____
AMIR H. ALI
UNITED STATES DISTRICT JUDGE