UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Civil Action No. 25-cv-402 (AHA)

**PROPOSED ORDER ON PLAINTIFFS' MOTIONS OF AUGUST 29 FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PARTIAL SUMMARY JUDGMENT**

Upon review of Plaintiffs' motion of August 29, 2025 (Doc. 133) for a temporary restraining order, a preliminary injunction, and for partial summary judgment, and the entire record herein, it is hereby ORDERED that

Plaintiffs' motion is DENIED.

So ORDERED this \_\_\_\_ day of _____, 2025.

_____
AMIR H. ALI
United States District Judge