# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

       *Plaintiffs*,

  v.

DONALD J. TRUMP, *et al.*,

       *Defendants*.

Civil Action No. 25-cv-402 (AHA)

## MOTION FOR *PRO HAC VICE* ADMISSION OF BRIAN C. ROSEN-SHAUD AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(c), I hereby move for admission *pro hac vice* of Brian C. Rosen-Shaud as additional counsel for all Plaintiffs. A declaration from Brian C. Rosen-Shaud, a certificate of good standing from the Maine Bar, and a proposed order are filed herewith.

Dated: September 10, 2025

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*