## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

### [Proposed] ORDER

Upon consideration of Plaintiffs' motion for *pro hac vice* admission of Brian C. Rosen-Shaud, it is hereby **ORDERED** that the motion is **GRANTED** and Brian C. Rosen-Shaud is admitted *pro hac vice* to appear and participate fully in the above-captioned case.

_____
Amir H. Ali
U.S. District Judge