**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 25-cv-400 (AHA) |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| *Defendants*. | |
| GLOBAL HEALTH COUNCIL, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 25-cv-402 (AHA) |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1.      Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through subsequent Minute Orders.

2.      As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025:  As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since September 10, 2025 was 6, and the total number of such payments by Defendants to non-Plaintiffs processed since September 10, 2025 was 1,721.  In sum, Defendants have therefore processed 1,727 payments during the five business days through and including September 17, 2025.

1

3.      The total number of such payments which remain to be processed for Plaintiffs is 3, and the total number of such payments which remain to be processed for non-Plaintiffs is 1,819. There are therefore approximately 1,800 payments remaining to be processed.

4.      Although USAID has continued to process certain payments made through the payment management system operated by the Department of Health & Human Services (HHS), USAID has not been able to disaggregate HHS-operated payments for work completed prior to February 13, 2025 from HHS-operated payments for work completed later.  Hence, USAID has not reported HHS-operated payments in its count above.

5.      As Defendants have previously explained, they continue to receive or identify additional requests for payment for work completed prior to February 13, 2025.

6.      Defendants have appealed the Court's September 3, 2025 preliminary injunction but are proceeding to obligate approximately $6.5 billion as previously described in their opposition to the preliminary injunction motion.

Dated: September 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
JOSHUA N. SCHOPF (D.C. Bar 465553)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*