IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>       *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## GLOBAL HEALTH COUNCIL PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE

For the reasons provided in the attached memorandum of law, Plaintiffs hereby move for the Court to issue an order requiring Defendants to show cause on their compliance with the Court's preliminary injunction, ECF No. 139.

Dated: September 20, 2025

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
John Robinson (D.C. Bar 1044072)
Nina Cahill (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*