## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## [Proposed] Order

Upon consideration of Plaintiffs' motion for an order to show cause, it is hereby ordered that the motion is granted. It is hereby ordered that, by Monday, September 22, Defendants shall show cause on whether they are complying with the Court's preliminary injunction of September 3, 2025. In addition to any other information Defendants wish to provide in response to Plaintiffs' motion, Defendants shall:

a. Disclose, with respect to the funds expiring on September 30, 2025, for each of the categories and subcategories of appropriations set forth in Defendants' table, ECF No. 145-1, how much money has already been obligated.

b. Confirm that they have not deviated and will not deviate by more than 5% from the amounts specifically designated in the tables in the explanatory statement, with respect to line items in the table for "Global Programs" from the Economic Support Fund.

c. Address whether they will not carry out any directives in Sections 7030 to 7061, even when the amount of available funds from appropriations that are not included in the special message exceeds the minimum amount that the directive requires to be obligated for the designated purpose.

d. Produce their attributions of Title III and Title IV appropriations to each directive in Sections 7030-7061, and the corresponding attributions that were used for funds that expired on September 30, 2024.

e. Demonstrate why it is mathematically impossible to meet all the directives using appropriations not included in the special message, to the extent Defendants make that assertion, and provide the maximum number of directives that could be mathematically met using appropriations not included in the special message.

f. Disclose, with respect to appropriations acts prior to 2024, for each of the categories and subcategories of appropriations set forth in Defendants' table, ECF No. 145-1, how much in appropriations that will expire on September 30, 2025 were unobligated as of September 3, 2025, and how much remain obligated today.

g. Address whether Defendants have obligated, or made a final decision or plan to obligate, any expiring funds using "Instruments" that "may not specifically address or identify funds for individual earmarks and allocations."

h. If Defendants have obligated any of the expiring funds using such Instruments, list how much have Defendants obligated using such instruments, and for what amounts do the instruments not specifically address or identify funds for individual earmarks or allocation.

i. Describe, for each Instrument that Defendants have used or will use to obligate the expiring funds, whether the Instrument will specify the particular line items from the Section 7019(a) tables, ECF No. 125-11, or directives from Sections 7030-7061 of the relevant appropriations statute, for which funds are being obligated.

_____
Amir H. Ali, U.S. District Judge