IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> *Defendants*. | Civil Action No. 25-cv-402 |

**PRAECIPE CHANGE OF FIRM AFFILIATION AND ADDRESS**

Pursuant to LCvR 83.15(c), undersigned counsel respectfully notifies the Court of a change in firm affiliation and contact information, effective September 20, 2025. Counsel continues to represent all Plaintiffs in this matter.

The Clerk is respectfully requested to update the docket and service list as follows::

Stephen K. Wirth (D.C. Bar 1034038)
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (301) 823-1148
stephen@jacobsonlawyersgroup.com

Dated: September 21, 2025

Respectfully submitted,

*/s/ Stephen K. Wirth*
Stephen K. Wirth (D.C. Bar 1034038)
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (301) 823-1148
stephen@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*