State and USAID Foreign Assistance Prior Year Expiring Funds Unobligated Balances as of September 23, 2025 at 9:00PM

| Agency | Account (Year of Appropriation/Year of Expiration) | Amount | Included in the President's August 28 Special Message (Yes/No) | Potential Earmarks |
|---|---|---:|---|---|
|  | **Development Assistance (DA)** | $ 57,128,021.77 |  |  |
| USAID | 2017/2025 | $ 3,360.00 | Yes |  |
| USAID | 2017/2025 | $ 8,377.99 | No | Local Works (FY2017 SFOAA, sec. 7034(p) |
| USAID | 2020/2025 | $ 7,088,936.00 | Yes |  |
| USAID | 2020/2025 | $ 5,360,954.64 | No |  |
| USAID | 2020/2025 | $ 141,721.10 | No | Central America (FY 2020 SFOAA, sec. 7045(a)) |
| USAID | 2020/2025 | $ 261,397.98 | No |  |
| USAID | 2020/2025 | $ 2,373,841.65 | No | Reconciliation Fund (FY 2020 SFOAA, sec. 7060(g)) |
| USAID | 2021/2025 | $ 667,889.77 | No | Local Works (FY2021 SFOAA; sec. 7034(p)) |
| USAID | 2021/2025 | $ 31,649,095.00 | Yes |  |
| USAID | 2023/2025 | $ 2,985,447.64 | No | EDGE Fund (FY 2023 SFOAA; sec. 7034(d)(3)) |
| USAID | 2023/2025 | $ 6,587,000.00 | Yes |  |
|  | **Democracy Fund (DF)** | $ 1,875,272.78 |  |  |
| USAID | 2020/2025 | $ 56,107.09 | Yes |  |
| USAID | 2020/2025 | $ 18,667.65 | No |  |
| State | 2020/2025 | $ 1,800,498.04 | Yes |  |
|  | **Assistance to Europe, Eurasia and Central Asia (AEECA)** | $ 630,408.99 |  |  |
| USAID | 2017/2025 | $ 134,521.48 | No | Local Works (FY2017 SFOAA, sec. 7034(p)) |
| USAID | 2020/2025 | $ 466,839.68 | No |  |
| USAID | 2020/2025 | $ 130.80 | No | Countering Russian Influence Recoveries (FY 2020 SFOAA, sec. 7047(d)) |
| USAID | 2020/2025 | $ 28,224.16 | No | Agriculture (FY2020 SFOAA, sec. 7060(d)) |
| State | 2020/2025 | $ 692.06 | No |  |
| State | 2019/2025 | $ 0.81 | No |  |
|  | **Economic Support Fund (ESF)** | $ 2,882,894.85 |  |  |
| USAID | 2020/2025 | $ 1,471,188.59 | No |  |
| USAID | 2020/2025 | $ 73,437.76 | No |  |
| USAID | 2020/2025 | $ 3.28 | No |  |
| USAID | 2017/2025 | $ 0.53 | No |  |
| State | 2020/2025 | $ 292,770.87 | No | TSCTP |
| State | 2020/2025 | $ 797,000.00 | No |  |
| State | 2020/2025 | $ 6,282.00 | No |  |
| State | 2020/2025 | $ 132,255.47 | No |  |
| State | 2020/2025 | $ 0.31 | No |  |
| State | 2020/2025 | $ 999.98 | No |  |
| State | 2020/2025 | $ 108,955.90 | No |  |

State and USAID Foreign Assistance Prior Year Expiring Funds Unobligated Balances as of September 23, 2025 at 9:00PM

| Agency | Account (Year of Appropriation/Year of Expiration) | Amount | Included in the President's August 28 Special Message (Yes/No) | Potential Earmarks |
|---|---|---|---|---|
| State | 2020/2025 | $ 0.16 | No | Countering Chinese Influence Fund (CCIF) |
| | **Nonproliferation, Antiterrorism, De-mining, and Related Programs** | **$35,659,575.69** | | |
| State | 2020/2025 | $ 2,608,686.53 | No | |
| State | 2020/2025 | $ 58,955.00 | No | Countering Chinese Influence Fund (CCIF) |
| State | 2020/2025 | $ 11,430,890.22 | No | Counterterrorism Partnerships (CTPF) |
| State | 2020/2025 | $ 1,463,008.42 | No | |
| State | 2020/2025 | $ 1,119,704.94 | No | |
| State | 2020/2025 | $ 1,024,965.48 | No | |
| State | 2020/2025 | $ 17,953,365.10 | No | |
| | **Peacekeeping Operations (PKO)** | **$ 14,371,009.00** | | |
| State | 2020/2025 | $ 72,673.00 | Yes | |
| State | 2020/2025 | $ 2,591,404.00 | Yes | |
| State | 2020/2025 | $ 73,100.00 | Yes | |
| State | 2020/2025 | $ 14,587.00 | Yes | |
| State | 2020/2025 | $ 3,096,792.00 | Yes | |
| State | 2020/2025 | $ 2,170.00 | Yes | |
| State | 2021/2025 | $ 578,052.00 | No | |
| State | 2021/2025 | $ 228,578.00 | No | |
| State | 2021/2025 | $ 7,458,506.00 | No | Global Peace Operations Initiative (GPOI) |
| State | 2021/2025 | $ 255,147.00 | No | |
| | **International Narcotics and Law Enforcement (INCLE)** | **$ 18,351,817.22** | | |
| State | 2020/2025 | $ 18,351,817.22 | No | |
| | **Global Health Programs (GHP)** | **$ 24,313,399.45** | | |
| USAID | 2017/2025 | $ 943,322.93 | No | PEPFAR |
| State | 2021/2025 | $ 2,458,013.79 | No | PEPFAR |
| USAID | 2020/2025 | $ 1,026,199.86 | No | Maternal and Child Health |
| USAID | 2020/2025 | $ 2,113,359.01 | No | Global Health Security in Development |
| USAID | 2020/2025 | $ 225,991.27 | No | HIV/AIDS |
| USAID | 2020/2025 | $ 447,202.99 | No | Nutrition |
| USAID | 2020/2025 | $ 9,037,648.20 | No | Malaria |
| USAID | 2020/2025 | $ 536,487.01 | No | Family Planning and Reproductive Health |
| USAID | 2020/2025 | $ 244,621.76 | No | Tuberculosis |
| USAID | 2021/2025 | $ 7,280,552.63 | No | PEPFAR |