# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No.: 1:25-cv-402 (AHA) |
| DONALD TRUMP, *et al.* | |
| *Defendants*. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Consistent with Local Rule of Civil Procedure 83.6(b), Daniel Reuben Yablon hereby withdraws as attorney of record for Plaintiffs in the above-captioned matter.  Plaintiffs will continue to be represented by counsel from the law firm of Jacobson Lawyers Group.

Dated: October 24, 2025

Respectfully submitted,

/s/ *Daniel Reuben Yablon*
Daniel Reuben Yablon (D.C. Bar No. 90022490)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Phone: (202) 942-5000
Daniel.Yablon@arnoldporter.com

*Counsel for Plaintiffs*

Dated: October 24, 2025

ACCEPTED AND AGREED TO:

/s/ Elizabeth Bassan
Elizabeth Bassan
Chair
Small Business Association for International
  Companies
655 15th Street, NW, Suite 425
Washington, DC 20005

/s/ Elisha Dunn-Georgiou
Elisha Dunn-Georgiou
President and CEO
Global Health Council
2300 N Street, NW, Suite 501 A
Washington, DC 20037

/s/ Beth Oppenheim
Beth Oppenheim
CEO
HIAS
P.O. Box 97077
Washington, DC 20090-7077

/s/ Marian W. Wentworth
Marian W. Wentworth
President and CEO
Management Sciences for Health
4201 Wilson Blvd., Suite 500
Arlington, VA 22203

/s/ Susan K. Pascocello
Susan K. Pascocello
General Counsel
Chemonics International, Inc.
1275 New Jersey Avenue, SE, Suite 200
Washington, DC 20003-5115

/s/ Helle R. Weeke
Helle R. Weeke
General Counsel
DAI Global, LLC
7600 Wisconsin Avenue, Suite 200
Bethesda, MD 20817

/s/ Eric C. Bjornlund
Eric C. Bjornlund
Chief Executive Officer
Democracy International, Inc.
7200 Wisconsin Avenue, Suite 1000
Bethesda, MD 20814

/s/ Annaliese Fleming
Annaliese Fleming
General Counsel
American Bar Association
321 N. Clark Street
Chicago, IL 60654