IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*<br><br>*Defendants*. | Civil Action No.: 1:25-cv-402 (AHA) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Consistent with Local Rule of Civil Procedure 83.6(b), Sally Pei hereby withdraws as attorney of record for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by counsel from the law firm of Jacobson Lawyers Group.

Dated: October 24, 2025

Respectfully submitted,

/s/ *Sally Pei*
Sally Pei (D.C. Bar No. 1030194)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Phone: (202) 942-5000
Sally.Pei@arnoldporter.com

*Counsel for Plaintiffs*

| | |
|---|---|
| Dated: October 24, 2025 | ACCEPTED AND AGREED TO: |
| /s/ Elizabeth Bassan | /s/ Elisha Dunn-Georgiou |
| Elizabeth Bassan<br>Chair<br>Small Business Association for International Companies<br>655 15th Street, NW, Suite 425<br>Washington, DC 20005 | Elisha Dunn-Georgiou<br>President and CEO<br>Global Health Council<br>2300 N Street, NW, Suite 501 A<br>Washington, DC 20037 |
| /s/ Beth Oppenheim | /s/ Marian W. Wentworth |
| Beth Oppenheim<br>CEO<br>HIAS<br>P.O. Box 97077<br>Washington, DC 20090-7077 | Marian W. Wentworth<br>President and CEO<br>Management Sciences for Health<br>4201 Wilson Blvd., Suite 500<br>Arlington, VA 22203 |
| /s/ Susan K. Pascocello | /s/ Helle R. Weeke |
| Susan K. Pascocello<br>General Counsel<br>Chemonics International, Inc.<br>1275 New Jersey Avenue, SE, Suite 200<br>Washington, DC 20003-5115 | Helle R. Weeke<br>General Counsel<br>DAI Global, LLC<br>7600 Wisconsin Avenue, Suite 200<br>Bethesda, MD 20817 |
| /s/ Eric C. Bjornlund | /s/ Annaliese Fleming |
| Eric C. Bjornlund<br>Chief Executive Officer<br>Democracy International, Inc.<br>7200 Wisconsin Avenue, Suite 1000<br>Bethesda, MD 20814 | Annaliese Fleming<br>General Counsel<br>American Bar Association<br>321 N. Clark Street<br>Chicago, IL 60654 |