IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*<br><br>*Defendants*. | Civil Action No.: 1:25-cv-402 (AHA) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Consistent with Local Rule of Civil Procedure 83.6(b), Samuel F. Callahan hereby withdraws as attorney of record for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by counsel from the law firm of Jacobson Lawyers Group.

Dated: October 24, 2025

                                            Respectfully submitted,

                                            /s/ *Samuel F. Callahan*
                                            Samuel F. Callahan (D.C. Bar No. 888314461)
                                            ARNOLD & PORTER KAYE SCHOLER LLP
                                            601 Massachusetts Avenue, NW
                                            Washington, DC 20001-3743
                                            Phone: (202) 942-5000
                                            Sam.Callahan@arnoldporter.com

                                            *Counsel for Plaintiffs*

| | |
|---|---|
| Dated: October 24, 2025 | ACCEPTED AND AGREED TO: |

| | |
|---|---|
| */s/ Elizabeth Bassan* | */s/ Elisha Dunn-Georgiou* |
| Elizabeth Bassan | Elisha Dunn-Georgiou |
| Chair | President and CEO |
| Small Business Association for International Companies | Global Health Council |
| 655 15th Street, NW, Suite 425 | 2300 N Street, NW, Suite 501 A |
| Washington, DC 20005 | Washington, DC 20037 |
| | |
| */s/ Beth Oppenheim* | */s/ Marian W. Wentworth* |
| Beth Oppenheim | Marian W. Wentworth |
| CEO | President and CEO |
| HIAS | Management Sciences for Health |
| P.O. Box 97077 | 4201 Wilson Blvd., Suite 500 |
| Washington, DC 20090-7077 | Arlington, VA 22203 |
| | |
| */s/ Susan K. Pascocello* | */s/ Helle R. Weeke* |
| Susan K. Pascocello | Helle R. Weeke |
| General Counsel | General Counsel |
| Chemonics International, Inc. | DAI Global, LLC |
| 1275 New Jersey Avenue, SE, Suite 200 | 7600 Wisconsin Avenue, Suite 200 |
| Washington, DC 20003-5115 | Bethesda, MD 20817 |
| | |
| */s/ Eric C. Bjornlund* | */s/ Annaliese Fleming* |
| Eric C. Bjornlund | Annaliese Fleming |
| Chief Executive Officer | General Counsel |
| Democracy International, Inc. | American Bar Association |
| 7200 Wisconsin Avenue, Suite 1000 | 321 N. Clark Street |
| Bethesda, MD 20814 | Chicago, IL 60654 |