IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*<br><br>*Defendants*. | Civil Action No.: 1:25-cv-402 (AHA) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Consistent with Local Rule of Civil Procedure 83.6(b), William C. Perdue hereby withdraws as attorney of record for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by counsel from the law firm of Jacobson Lawyers Group.

Dated: October 24, 2025

Respectfully submitted,

/s/ *William C. Perdue*
William C. Perdue (D.C. Bar No. 995365)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Phone: (202) 942-5000
William.Perdue@arnoldporter.com

*Counsel for Plaintiffs*

Dated: October 24, 2025

/s/ *Elizabeth Bassan*
Elizabeth Bassan
Chair
Small Business Association for International Companies
655 15th Street, NW, Suite 425
Washington, DC 20005

/s/ *Beth Oppenheim*
Beth Oppenheim
CEO
HIAS
P.O. Box 97077
Washington, DC 20090-7077

/s/ *Susan K. Pascocello*
Susan K. Pascocello
General Counsel
Chemonics International, Inc.
1275 New Jersey Avenue, SE, Suite 200
Washington, DC 20003-5115

/s/ *Eric C. Bjornlund*
Eric C. Bjornlund
Chief Executive Officer
Democracy International, Inc.
7200 Wisconsin Avenue, Suite 1000
Bethesda, MD 20814

ACCEPTED AND AGREED TO:

/s/ *Elisha Dunn-Georgiou*
Elisha Dunn-Georgiou
President and CEO
Global Health Council
2300 N Street, NW, Suite 501 A
Washington, DC 20037

/s/ *Marian W. Wentworth*
Marian W. Wentworth
President and CEO
Management Sciences for Health
4201 Wilson Blvd., Suite 500
Arlington, VA 22203

/s/ *Helle R. Weeke*
Helle R. Weeke
General Counsel
DAI Global, LLC
7600 Wisconsin Avenue, Suite 200
Bethesda, MD 20817

/s/ *Annaliese Fleming*
Annaliese Fleming
General Counsel
American Bar Association
321 N. Clark Street
Chicago, IL 60654