# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## GLOBAL HEALTH COUNCIL PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Rule 7(i), Global Health Council Plaintiffs respectfully request leave to file a Third Amended Complaint.

Plaintiffs' proposed Third Amended Complaint (1) removes allegations and claims based on previous contracts, grants, cooperative agreements, and other awards that Plaintiffs held, including allegations and claims relating to the termination of Plaintiffs' contracts, grants, cooperative agreements, and other awards; (2) adds new allegations and claims concerning Defendants' abolishment of USAID, and Defendants' decisions in August and September 2025 not to obligate then-expiring funds appropriated in the 2024 Appropriations Act and prior appropriations acts, either at all or for the purposes that Congress required; and (3) includes greater details and a standalone count regarding the programs, initiatives, offices, and partnerships that Defendants have eliminated; and (4) makes other edits for clarity or based on developments since the prior complaints. A copy of the proposed Third Amended Complaint is attached hereto, as required by Local Civil Rule 15.1. Plaintiffs understand from their correspondence with Defendants and from Defendants' statements at the December 9, 2025

hearing that Defendants intend to evaluate the proposed amended complaint and then decide on their position.

Under Rule 15(a)(2), a party may amend its pleading "with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The court "should freely give leave when justice so requires." *Id.* Under Rule 15(a)'s "liberal standard for granting leave to amend," it is "an abuse of discretion to deny leave to amend unless there is sufficient reason, such as 'undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by previous amendments, or futility of amendment.'" *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)); *see also Parker v. John Moriarty & Assoc.*, 320 F.R.D. 95, 97 (D.D.C. 2017) (Under Rule 15(a)(2), leave to amend "should be freely given unless there is a good reason to the contrary.") "Because leave to amend should be liberally granted, the party opposing amendment bears the burden of coming forward with a colorable basis for denying leave to amend." *Council on Am.-Islamic Rels. Action Network, Inc. v. Gaubatz*, 793 F. Supp. 2d 311, 322 (D.D.C. 2011).

Plaintiffs' request to amend easily satisfies the liberal standard of Rule 15(a). Plaintiffs' proposed Third Amended Complaint removes claims related to terminations of contracts, grants, cooperative agreements, and awards, in light of the Supreme Court's recent decision in *National Institutes of Health v. American Public Health Association*, 145 S. Ct. 2658 (2025). Plaintiffs' proposed Third Amended Complaint also adds new allegations and claims concerning events that occurred, or for which information has become available, in the last few months. Plaintiffs have not engaged in bad faith, have not been dilatory in pursuing their claims, and have not failed to cure deficiencies with prior amendments. Amendment would not be futile.

Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs' leave to file the attached Third Amended Complaint. A redline copy of the proposed Third Amended Complaint is attached as Exhibit 1; a clean copy is attached as Exhibit 2.

Dated: December 12, 2025                    Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
Nina Cahill (D.C. Bar No. 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com