IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF DECEMBER 10, 2025**

1. Defendants hereby respond to the inquiries in the Court's Minute Order of December 10, 2025.

2. As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025: the total number of such payments by Defendants to Plaintiffs processed since March 10 is 727, and the total number of such payments by Defendants to non-Plaintiffs is 17,923. In sum, Defendants have therefore processed 18,650 payments since March 10, 2025.

3. The total amount paid to Plaintiffs is $185,915,268.32 and the total amount paid to

1

non-Plaintiffs is $2,068,057,247.54. Thus, a total of $2,253,972,515.86 has been paid for work completed prior to February 13, 2025.

4. As previously explained, although USAID has continued to process certain payments made through the payment management system operated by the Department of Health & Human Services (HHS), USAID has not been able to disaggregate HHS-operated payments for work completed prior to February 13, 2025 from HHS-operated payments for work completed later. Hence, USAID has not reported HHS-operated payments in its count above.

Dated: December 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

/s/ Joshua N. Schopf
JOSHUA N. SCHOPF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*