IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

    *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Civil Action No. 25-cv-402 (AHA)

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Defendants, the United States *et. al.*, respectfully request an extension of time until February 6, 2026 to answer or otherwise respond to the Plaintiffs' third amended complaint. Counsel for the Plaintiffs indicated on December 29, 2025 that they would agree only to a one-week extension but are opposed to any extension beyond that. As good cause for this request, Defendants state the following:

    1.    Plaintiffs filed a motion for leave to file a third amended complaint on December 12, 2025. ECF 171.[1]

    2.    As ordered by the Court, Defendants' response to the motion for leave to amend the complaint is due on December 30, 2025. But after deliberating on the issue, Defendants informed Plaintiffs on December 29, 2025 that they are not opposing the motion for leave. Thus, Defendants' response to the third amended complaint may be due as early as January 13, 2026. Fed. R. Civ. P. 15(a)(3).

---

[1] Defendants note that GHC Plaintiffs have been the subject of consent extensions in this case, especially as to Defendants' motion to dismiss, which was filed on June 12, 2025. ECF 92. As a result of extensions, and ultimately, a stay of the briefing schedule, Plaintiffs never responded to the motion to dismiss.

1

3. The proposed amended complaint includes a total of eighteen counts, the majority of which are new to this litigation.

4. Lead government attorney for this matter withdrew his appearance on December 5, 2025 and undersigned counsel is now the sole government attorney formally representing Defendants in this matter. An additional government counsel will be added to this matter shortly but requires time to get up to speed on this case. Thus, more time is needed to adequately prepare Defendants' response to the complaint.

5. In addition, undersigned counsel has several other upcoming litigation deadlines in the coming days and weeks, including but not limited to briefs in other significant litigation matters.

6. Undersigned counsel will also be traveling internationally (on a long-planned non-refundable trip) for a significant portion of January 2026. Accordingly, it would be extremely difficult to prepare and file Defendants' response by the current likely deadline. At the same time, Defendants do not believe Plaintiffs would be prejudiced by this delay. Indeed, as noted above, Plaintiffs never even responded to Defendants' long-existing motion to dismiss after obtaining an extension of time and a subsequent order staying the briefing schedule.

For these reasons, Defendants respectfully request an extension of time until February 6, 2026, to answer or otherwise respond to Plaintiffs' complaint. A proposed order is attached.

Dated: December 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

JEAN LIN
Special Litigation Counsel

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*