IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

This matter comes before the Court on Defendants' Motion for an Extension of Time to Respond to Plaintiff's Third Amended Complaint. *See* ECF 171 (Motion); ECF 171-2 (Third Amended Complaint). For the reasons stated in Defendants' Motion and finding good cause shown, the Motion is hereby GRANTED. Defendants shall respond to Plaintiff's Third Amended Complaint by February 6, 2026.

It is **SO ORDERED**.

DATED this __ day of December, 2025.

_____
Hon. Amir H. Ali
United States District Judge

1