IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00402 (AHA) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please take notice that Pierce Anon will be appearing on behalf of the Defendants in the above-enumerated action. He is admitted or otherwise authorized to practice in this Court.

DATED: January 21, 2026

Respectfully submitted,

/s/ *PIERCE J. ANON*
PIERCE J. ANON (N.Y. Bar No. 6184303)
*Trial Attorney*
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 305-7573
e-mail: Pierce.Anon@usdoj.gov

*Attorney for Defendants*