IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Civil Action No. 25-cv-402 (AHA)

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss the Amended Complaint, which seeks relief under Federal Rule of Civil Procedure 12(b)(1), or, in the alternative, Rule 12(b)(6), and the entire record herein, it is hereby:

**ORDERED** that Defendants' Motion to Dismiss the Amended Complaint is **GRANTED**; it is further

**ORDERED** that the Amended Complaint, ECF No. 174, is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 12(b)(1).

**SO ORDERED** this ____ day of ____, 2026

                                                                      _____
                                                                      AMIR H. ALI
                                                                      United States District Judge