**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

       *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

       *Defendants*.

Civil Action No. 25-cv-402 (AHA)

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs respectfully move for a one business day extension of time, from February 6, 2026 to February 9, 2026, to respond to Defendants' motion to dismiss the third amended complaint. Dkt. 176. Plaintiffs have conferred with Defendants, who consent to this motion.

In support of this motion, Plaintiffs state as follows.

1.      On January 5, 2026, the Court granted Plaintiffs' motion for leave to file a third amended complaint. Defendants moved for an extension to respond to the complaint to February 6, Dkt. 173, and the Court granted the motion in part and denied it in part, extending Defendants' deadline to January 23.

2.      Defendants' 45-page motion to dismiss seeks dismissal of each of Plaintiffs' 18 counts on a number of different grounds, including grounds that have not yet been addressed by the parties or the Court in prior proceedings in this matter. Plaintiffs require one additional business day to respond to the arguments in Defendants' motion.

3.      Plaintiffs have not previously sought to extend this deadline.

4.      Defendants consent to this motion.

5.      A proposed order is attached.


Dated: February 4, 2026                          Respectfully submitted,

                                                 */s/ Daniel F. Jacobson*
                                                 Daniel F. Jacobson (D.C. Bar 1016621)
                                                 Stephen K. Wirth (D.C. Bar 1034038)
                                                 John Robinson (D.C. Bar 1044072)
                                                 Nina C. Cahill (D.C. Bar No. 1735989)
                                                 JACOBSON LAWYERS GROUP PLLC
                                                 5100 Wisconsin Ave, Suite 301
                                                 Washington, DC 20016
                                                 Tel: (301) 823-1148
                                                 dan@jacobsonlawyersgroup.com