IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

### [Proposed] Order

Upon consideration of Plaintiffs' motion for extension of time to respond to motion to dismiss, it is hereby ordered that the motion is granted. Plaintiffs' deadline to respond to the motion to dismiss is extended to February 9, 2026.

                                                                          _____
                                                                          Amir H. Ali
                                                                          U.S. District Judge