IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

### [Proposed] Order

Upon consideration of Defendants' motion to dismiss Plaintiffs' Third Amended Complaint, it is hereby ordered that the motion is denied.

_____
Amir H. Ali
U.S. District Judge