IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants respectfully request a seven-day extension of time from February 17 until February 24, 2026 to reply to Plaintiffs' Opposition of Defendants' Motion to Dismiss the Third Amended Complaint. As good cause for this request, Defendants state the following:

1. Defendants filed their Motion to Dismiss Plaintiffs' Third Amended Complaint on January 23, 2026. ECF No. 176. Plaintiffs were originally scheduled to file their Opposition by February 6, 2026, but requested and received Defendants' consent for a three-day extension of time to file on or before February 9, 2026. ECF No. 177. The Court granted Plaintiffs' extension request the same day. Minute Order, *Global Health Council, et al. v. Trump, et al.*, 1:25-cv-00402 (February 4, 2026).

2. On the evening of February 9, 2026, Plaintiffs filed their Opposition. ECF No. 178. Plaintiffs' 45-page Opposition covers the eighteen claims alleged in the Complaint, many of which are new to this litigation.

3. Given the number and complexity of the claims asserted, and the novelty of certain legal theories raised, Defendants need more time than the seven-days permitted under the local

1

rules to coordinate with the relevant agencies and to carefully evaluate and address Plaintiffs' arguments.

4.Moreover, Monday, February 16, 2026, is a federal holiday, which shortens the available time for coordination within the government. In addition, counsel for Defendants have several other upcoming litigation deadlines in the coming days, including a court appearance on February 13, 2026.

5.Defendants believe that allowing them adequate time to respond to Plaintiffs' 45-page Opposition would help facilitate the Court's resolution of the Motion to Dismiss. At the same time, Defendants do not believe Plaintiffs would be prejudiced by this modest delay, as the extension would not affect any existing deadlines. Accordingly, we request a seven-day extension of time, moving the deadline from February 17 to February 24, 2026.

6.Counsel for the Plaintiffs indicated on February 12, 2026, that they would agree to only a three-day extension.

For these reasons, Defendants respectfully request an extension of time until February 24, 2026 to reply to Plaintiffs' Opposition of Defendants' Motion to Dismiss the Third Amended Complaint.

| | |
|---|---|
| Dated: February 12, 2026 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director<br><br>JEAN LIN<br>Special Litigation Counsel<br><br>*/s/ Pierce J. Anon*<br>JOSHUA N. SCHOPF<br>PIERCE J. ANON<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Phone: (202) 305-7573<br>Email: pierce.anon@usdoj.gov<br><br>*Counsel for Defendants* |