IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 25-cv-402 (AHA)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

This matter comes before the Court on Defendants' motion for an extension of time to submit a reply in support of their motion to dismiss. *See* ECF No. 176 (Motion to Dismiss). For the reasons stated in Defendants' motion and finding good cause shown, the motion is hereby GRANTED. Defendants shall reply to Plaintiffs' Opposition on or before February 24, 2026.

It is **SO ORDERED**.


DATED this ___ day of February, 2026.

_____
Hon. Amir H. Ali
United States District Judge

1