**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**PLAINTIFF CHEMONICS INTERNATIONAL, INC.'S
NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, by and through undersigned counsel, hereby give notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of all claims asserted by Plaintiff Chemonics International, Inc. in this action. No Defendant has served an answer or a motion for summary judgment. This Notice does not affect the claims of the remaining Plaintiffs, which continue in full force.

Plaintiffs respectfully request that the Clerk amend the caption of this case to reflect the dismissal of Chemonics International, Inc. as a party.

Dated: March 27, 2026

Respectfully submitted,

*/s/ Stephen K. Wirth*
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
Nina C. Cahill (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
stephen@jacobsonlawyersgroup.com