AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Global Health Council et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-00402 |
| Donald J. Trump et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                           .

Date:     07/01/2026

/s/ Brian Rosen-Shaud
*Attorney's signature*

Brian C. Rosen-Shaud DC Bar # 90042065
*Printed name and bar number*

Jacobson Lawyers Group PLLC
5100 Wisconsin Ave NW, Suite 301

Washington, DC 20016
*Address*

brian@jacobsonlaywersgroup.com
*E-mail address*

(301) 823-1148
*Telephone number*

*FAX number*