**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

      *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

      *Defendants*.

Civil Action No. 25-cv-402 (AHA)

## JOINT STATUS REPORT

As directed by the Court at the July 8, 2026 status conference, the parties have further

conferred regarding the timing and scope of the administrative record as relevant to Plaintiffs'

funding claims and the briefing schedule for cross-motions for summary judgment.

**Joint Statement:**

The parties agree that Defendants will produce the following records of each agency, on

the timelines described below.

OMB and USAID:

For records of OMB and USAID, the parties agree that Defendants will produce by the

following dates:

- **July 9, 2026:** All OMB and USAID records that they have already collected and fall
  within the scope of records to be produced under the Court's July 3, 2026 Minute Order.

- **July 16, 2026**:

    - Decisions to apportion funds expiring on September 30, 2026, to "Unallocated"
      lines, as set out in paragraph 8 of Plaintiffs' proposed order, ECF No. 187-3 ¶ 8;

    - All other OMB and USAID records that fall within the scope of records to be
      produced under the Court's July 3, 2026 Minute Order, including any interagency
      agreements between or among USAID, OMB, and/or the State Department
      relating to decisions to obligate or not to obligate funds expiring on September 30,

2025.

<u>State Department:</u>

For records of the State Department, the parties agree that Defendants will produce by the following dates:

- **July 9, 2026**:

  o The FY 2025 section 653(a) report and related tables referenced at the June 8, 2026 status conference.

  o All other documents already collected and cleared for production responsive to the Court's July 3, 2026 Minute Order.

- **July 16, 2026**:

  o Funding approval memos from February 2026 to July 2026, that include funds expiring in FY 2026. Defendants will produce the attachments to these approval memos, except for any tabs or portions of tabs that are privileged; and

  o With respect to the provision of the Court's July 3, 2026 Minute Order that Defendants produce any documents related to "decisions to obligate or not obligate funds set to expire September 30, 2026, including but not limited to decisions regarding the initiatives set out in paragraph 7 of Plaintiffs' proposed order," any documents reflecting decisions:

    ▪ Not to fund at the levels appropriated in Title III and Title IV of the relevant appropriations acts for Global Health Programs (USAID and State Department); Development Assistance; Economic Support Fund; Democracy Funds (USAID and State); Assistance for Europe, Eurasia, and Central Asia; International Narcotics Control and Law Enforcement; Non-Proliferation, Anti-Terrorism, Demining; Peacekeeping Operations; and

    ▪ Not to fund at the levels specified in the line items in the tables incorporated by Section 7019(a) of those acts, including but not limited to the initiatives set out in paragraph 7 of Plaintiffs' proposed order, ECF No. 187-3 & para. 7.

    ▪ Not to fund at the minimum mandatory funding levels specified in sections 7030– 7061 that are listed in ECF No. 133-2 as directives for which one or more Plaintiffs competes, including but not limited to the initiatives set out in paragraph 7 of Plaintiffs' proposed order, ECF No.

2

187-3 & para. 7.

- To the extent such documents exist, any other documents responsive to the following provisions of the Court's July 3, 2026 Minute Order: the April 2026 congressional notification, to the extent not already provided.

● **July 23, 2026**: Defendants will produce funding approval memos from January 20, 2025 to February 2026 from the FAST system, which will include funds expiring in FY 2025 and 2026. Defendants will again produce the attachments to these approval memos, except for any tabs or portions of tabs that are privileged.. Defendants will produce these documents on a rolling basis in at least two batches, with the first batch being produced no later than July 20, 2026 and the second batch being produced no later than July 23, 2026.

Briefing schedule

In light of the production schedule set forth above, the parties agree to and propose the following modified briefing schedule:

● **July 27, 2026:** Parties file cross-motions for summary judgment

● **August 3, 2026**: Parties file opposition briefs

The parties agree not to file reply briefs without leave of court. If either party wishes to seek leave of court to file a reply brief, they must file such a motion with a proposed reply by no later than August 7, 2026

**Plaintiffs' Statement:**

As Plaintiffs conveyed to Defendants at the meet and confer following the July 8, 2026 status conference, Plaintiffs' agreement to the production of the above documents on the above schedule does not eliminate or otherwise affect Defendants' duty to produce other records that properly fall within the scope of an administrative record under governing precedent. This joint status report therefore should not be interpreted as acquiescence by Plaintiffs to Defendants' not producing any materials that they are required to include in the administrative record under

3

governing precedent.

**<u>Defendants' Statement:</u>**

Defendants will compile and produce the administrative record in accord with the ordinary practice.  Consistent with that practice, Defendants will not include in the administrative record documents or materials protected from disclosure by applicable privileges, including but not limited to deliberative process, attorney-client, attorney work product, or any other applicable privileges.

Dated: July 9, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
JOSHUA N. SCHOPF
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
Nina C. Cahill (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

4