# Exhibit B

DRAFT//DELIBERATIVE//PRE-DECISIONAL

April 16, 2026

MEMORANDUM FOR THE OMB DIRECTOR

FROM:      Eric Ueland, DDM and USAID PTDO-A & COO

Through:   Amaryllis Fox Kennedy, Program Associate Director,
           Intelligence and International Affairs
           Tricia Schmitt, Deputy Associate Director, IAD
           Ariel Keller, Program Examiner, IAD

SUBJECT:   Approval of United States Agency for International
           Development (USAID) Congressional Notification (CN)
           for USAID Closeout Program Funding

ACTION REQUIRED BY:  April 16th, 2026

---

## Coordination

OMB IAD, Legislative Affairs, Communications, and the Office of
General Counsel have reviewed and cleared the USAID CN. A
clearance sheet with dates and individuals is included in the CN
for your reference and will be prior to submission to the Hill.

In addition, our teams worked and reviewed the CN closely with
staff at the State Department, including State's Office of
Foreign Assistance Oversight (FAO) and Office of the Legal
Adviser (L). Jeremy Lewin also reviewed the CN. ████████

## Action Requested

The purpose of this memo is to request your approval of the
Congressional Notification for USAID program funding to be used
for closeout costs associated with the terminated USAID awards.

This action is urgent so that USAID may notify the Hill, and
then obligate the funds by May 2 to fund closeout costs beyond
those currently in existing terminated awards.

Page 1 of 3

AR 000558

## Analysis and Policy Considerations

This notification includes funding across multiple fiscal years that is either unobligated, obligated on a Development Objective Assistance Agreement (DOAG), but not yet sub-obligated, or is undisbursed on a terminated award. A summary table is included in the CN (Tab 1) on page five that describes a total of $19,178,471,868 available for close-out costs. This includes:

- $625 million in unobligated, prior year (FY 2024 and earlier), and no-year balances in USAID accounts;
- $3.2 billion in FY 2025 Development Assistance and Global Health Program funding, in alignment with the draft State-USAID MOU; and
- $15.4 billion in obligated funding that has either not been disbursed on a terminated award, or has not been un-subobligated on a USAID DOAG.

Estimates are as of January 17; however, due to the limited obligation and de-obligation activity at USAID, these figures have not changed.



DRAFT//DELIBERATIVE//PRE-DECISIONAL

AR 000559

DRAFT//DELIBERATIVE//PRE-DECISIONAL



## Recommendation

We recommend you approve this Congressional Notification for transmittal. Once approved, USATD Legislative Affairs will submit the Notification to the appropriate House and Senate committee contacts.

_ON_ Approve & Hal concurrence

_____ Disapprove

_____ Please provide additional information addressing the following issues:

## Attachments

- Congressional Notification

Page 3 of 3

DRAFT//DELIBERATIVE//PRE-DECISIONAL

AR 000560

UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT
CONGRESSIONAL NOTIFICATION
Date Transmitted to Hill: [April 17, 2026]

This is to advise that USAID plans to obligate up to the amounts listed by fiscal year and funding account as outlined in the table in Tab 1 to fund costs associated with close-out of terminated foreign assistance awards. This notification is submitted pursuant to sections 7011, 7015(c), 7015(f), and 7019 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) (FY 2025 Full-Year CR) and analogous provisions in the SFOAAs for FYs 2015 (Div. J, P..L. 113-235), 2016 (Div. K, P.L. 114-113), 2017 (Div. J, P.L. 115-31) , 2018 (Div. K, P.L. 115-141), 2019 Div. F, P.L 116-6), 2020 (Div. G, P.L. 116-94), 2021 (Div. K, P.L. 116-260) , 2022 (Div. K, P.L. 117-103), 2023 (Div. K, P.L. 117-328), and 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA); applicable notification requirements in the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123), the American Rescue Plan Act of 2021 (P.L. 117-2), Ukraine Supplemental Appropriations Act, 2022 (Div. N, P.L. 117-103), Additional Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-128), Additional Ukraine Supplemental Appropriations Act, 2023 (Div. M, P.L. 117-328), and the National Security Supplemental Appropriations Act, 2024 (Div. B, P.L. 118-50); and section 634A of the Foreign Assistance Act of 1961, pertaining to the use of notwithstanding authority and the reprogramming of foreign assistance funding impacting accounts and congressional directives from Fiscal Years 2015 - 2025 (including supplemental) appropriations acts.  Obligations may be in excess of $2,000,000 from deobligated balances of funds that remain available due to the exercise of the authority in section 7011 of the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR.

Depending on final costs and potential reprogramming actions, if necessary to rely upon notwithstanding authority to program this assistance, notwithstanding authority exists in sections 119(b),

1

AR 000561

534(b), 498(B)(j)(1), 104(c)(4), 133, and 660 of the Foreign Assistance Act of 1961, and sections 7032(b), 7035(a)(1), and 7061(a) or analogous provisions of the FYs 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, and 2024 SFOAAs, as carried forward by the FY 2025 Full-Year CR, as well as the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123, Div. A), the American Rescue Plan Act of 2021 (P.L. 117-2), Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-103, Div. N), Additional Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-128), Ukraine Supplemental Appropriations Act, 2023 (117-180, Div. B), Additional Ukraine Supplemental Appropriations Act, 2023 (P.L. 117-328, Div. M), and the National Security Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. B).

Consistent with the March 28, 2025 notification to Congress regarding the realignment of certain USAID functions, USAID is providing notification of its plans to obligate funds to close-out all terminated USAID foreign assistance awards. Close-out costs may include a range of costs related to final settlement, to include any pending invoices, adjustments to negotiated indirect costs rate agreements (NICRA), costs associated with disposition of assets, and/or other claims. USAID will first use previously obligated, but unliquidated, funding in the award for closeout costs. However, to ensure all terminated awards have sufficient balances for close-out, USAID may reprogram funds within the FY 2015 – 2025 appropriations noted above, including supplemental appropriations as relevant, under the account headings of Assistance for Europe Eurasia, and Central Asia (AEECA), Complex Crises Fund (CCF), Development Assistance (DA), Democracy Fund (DF), Economic Support Fund (ESF), Global Health Programs (GHP), Transition Initiatives (TI), Child Survival and Health Programs, Assistance For Eastern Europe and the Baltic States, and Assistance for the Independent States of the Former Soviet Union. USAID does not intend to transfer funding between accounts or sub-accounts, and does not intend to transfer funding between operating units that would otherwise trigger notification.

USAID is finalizing estimates for terminated awards to pay implementing partners for costs incurred. In order to align

2

AR 000562

available resources with total costs associated with close-outs, including settlements, USAID may reprogram funding that remains unsubobligated in bilateral agreements, unexpended pipeline of terminated awards, and recoveries. Unobligated FY 2025 and prior year funding may also be used for award close out costs, including up to $1,179,099,000 of unnotified FY 2025 Development Assistance (DA) and up to $2,000,000,000 of Global Health Programs (GHP) resources under the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4), which are being notified through this action.  The reprogramming or obligation of funding to close awards may trigger country notification requirements at the account level, which depending on the fiscal year may already meet or exceed the 10 percent exception under section 7015(c).  Additionally, close-out requirements may require reprogramming additional funding to pay termination costs in many special notification countries.  Any reprogrammings will be utilized in the most limited instances required.

One or more obligations are required to close out activities in the following countries, a number of which have consultation requirements (those countries underlined were designated as special notification countries in a given year(s) between FY 2015 and FY 2025): Angola, Benin, Botswana, Burkina Faso, Burundi, Central African Republic, Chad, Comoros, Cote d'Ivoire, Democratic Republic of the Congo, Djibouti, Equatorial Guinea, Eswatini, Ethiopia, Gabon, Gambia, Ghana, Guinea-Bissau, Guinea, Kenya, Lesotho, Liberia, Madagascar, Malawi, Mali, Mozambique, Mauritania, Mauritius, Namibia, Niger, Nigeria, Republic of Congo, Rwanda, Sao Tome and Principe, Senegal, Seychelles, Sierra Leone, Somalia, South Africa, South Sudan, Sudan, Tanzania, Uganda, Zambia, Zimbabwe, Afghanistan, Bangladesh, Burma, Cambodia, Fiji, India, Indonesia, Kazakhstan, Kyrgyz Republic, Laos, Maldives, Mongolia, Nepal, Pakistan, Papua New Guinea, Philippines, Sri Lanka, Tajikistan, Thailand (Regional Development Mission for Asia), Timor-Leste, Turkmenistan, Uzbekistan, Vanuatu, Vietnam, Albania, Armenia, Azerbaijan, Belarus, Bosnia and Herzegovina, Georgia, Greenland, Kosovo, Moldova, Northern Ireland, North Macedonia, The Russian Federation, Serbia, Ukraine, Central Europe (Hungary, Poland, Bulgaria, Romania, Slovenia, Slovakia, Czech Republic), Belize,

3

AR 000563

Bolivia, Brazil, Chile, Colombia, Cuba, Dominican Republic, Ecuador, El Salvador, Guatemala, Haiti, Honduras, Jamaica, Mexico, Nicaragua, Paraguay, Peru, Venezuela, Egypt, Iraq, Jordan, Lebanon, Libya, Morocco, Syria, Tunisia, West Bank and Gaza, and Yemen.

The following table in Tab 1 shows total amounts of unobligated funds (i.e., unobligated balances or unsubobligated funds previously obligated by USAID) in relevant accounts as of January 13th, 2026. These amounts represent unobligated resources versus expected closeout costs, which are anticipated to be substantially less than these total amounts. Unobligated and/or unliquidated funds that remain after USAID has completed all closeout actions may be used for other foreign assistance programs, such as those currently managed by the Department of State.

**Attachments**
Tab 1 – USAID Resources Available for Close Out Funding Table
Tab 2 – Notwithstanding and Authorities Cheat Sheet (INTERNAL REFERENCE ONLY – REMOVE BEFORE TRANSMISSION)

4

AR 000564

Tab 1

| | USAID Resources Available for Close Out[1] | | | |
|---|---|---|---|---|
| Account | FY 2024, Prior-Year and No-Year Unobligated Funds[2] | FY 2025 Unobligated Funds[3] | Unliquidated Obligations on Terminated Awards and DOAGs[4] | Total Amount Available for Close Out of Terminated Awards |
| Assistance for Europe, Eurasia, and Central Asia[5] | $14,924,778 | | $1,394,404,357 | $1,409,329,134 |
| Complex Crises Fund | $6,336,023 | | $70,835,255 | $77,171,277 |
| Democracy Fund | $711,424 | | $138,841,179 | $139,552,603 |
| Development Assistance | $208,798,423 | $1,179,099,000 | $5,988,333,839 | $7,376,231,259 |
| Economic Support Fund | $108,351,307 | | $4,688,590,116 | $4,796,941,423 |
| Global Health Programs[7] | $268,907,958 | $2,000,000,000 | $3,017,193,590 | $5,286,101,548 |
| Transition Initiatives | $17,453,269 | | $75,691,354 | $93,144,623 |
| Grand Total | $625,483,181 | $3,179,099,000 | $15,373,889,687 | $19,178,471,868 |

1) Amounts in the table reflect the ceiling amount available in these categories and these amounts do not equal expected closeout costs, which are anticipated to be substantially less than these total amounts.
2) Amounts in this column include resources managed by USAID appropriated in FYs 2018-2024 and no-year Treasury Appropriation Fund Symbols (TAFS). It includes both previously unobligated funding or resources that have been deobligated and are available for reobligation (recoveries) as of 1/13/2026.
3) Amounts in this column include unobligated and previously unnotified funding from the following TAFS: 19-1031 25/29, 72-19-1031 25/26, 72-1021 25/26, 72-1015 X, and 72-1027 X that may be available for close out of terminated USAID awards in coordination with the Department of State.
4) Amounts in this column are composed of funding obligated, but not yet disbursed, on terminated awards as well as un-subobligated funds available from DOAGs (excludes funds obligated by State) from FY 2015 to FY 2024 as of 1/13/2026.
5) Amounts reported for the Assistance for Europe, Eurasia, and Central Asia account include no-year funds from the Assistance for Eastern Europe and the Baltic States and Assistance for the Independent States of the Former Soviet Union accounts.
6) Amounts reported for the Global Health Programs account include no-year funds from the Child Survival and Health Programs account.

5

AR 000565

Approved: ERupp, 1/15/2026
Drafted:  USAID/Resource Management

Clearance Page

| Bureau/Office | Name | Clearance Status | Date |
|---|---|---|---|
| USAID | Staff | Clear | 1/16/2026 |
| F | | INFO by Request | |
| OMB | TSchmitt | Clear | 1/22/2026 |
| LEG | AMcHan | Clear via email | 2/17/2026 |
| Comms | ATooloee | Clear | 1/21/2026 |
| CLO | MPaoletta | Clear | 1/23/2026 |
| PTDO-A | EUeland | | |

6

AR 000566



AR 000567



AR 000568



9

AR 000569



10

AR 000570



11

AR 000571

AR 000572



12



AR 000573



AR 000574



AR 000575

16

AR 000576