# Exhibit C

SENSITIVE BUT UNCLASSIFIED
-3-

- Countering PRC Influence Fund (CPIF): $135,000,000
- Under Secretary for Foreign Assistance, Humanitarian Affairs, and Religious Freedom (F) and the Under Secretary for Economic Growth, Energy, and the Environment (E): $107,200,000

**Up to Total: $1,800,000,000**

(SBU) The proposed funding will, among other things, support strategic investment projects by region and support the Department in being responsive to significant, exigent, and other exceptional circumstances directly related to the national security interests of the United States. Bureaus and independent offices will be responsible for management and oversight of the funds allocated to them. Funds allocated to bureaus may also be utilized for foreign assistance program support costs including but not limited to program management, monitoring, evaluation, and oversight. Bureaus will be required to request and secure FAO clearance and F approval prior to making any sub-obligations under this mechanism.

(SBU) With your approval, FAO will work with the Bureau of Legislative Affairs to transmit the CN (Tab 2) outlining the Department's intended use of these expiring ESF funds. The CN has been drafted broadly to notify Congress of the planned uses of the funds, while preserving the ███████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ███████████████

(SBU) Consistent with section 7019(b) of the FY 2024 SFOAA, we also recommend you determine that deviations from certain table allocations (listed in Tab 5) in the JES accompanying the FY 2024 SFOAA are necessary to respond to significant, exigent, or unforeseen events, or to address other exceptional circumstances directly related to the national security interest of the United States. For the reasons outlined in the Memorandum of Justification (Tab 7), we assess that the proposed deviations are necessary to address ████████████████████████████████████████████████ ████████████████████████████████████████████

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

AR 000865

SENSITIVE BUT UNCLASSIFIED
-4-



. However, █████████████████████ ███████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████. If you approve, we will work with H to transmit the Determination, Memorandum of Justification, and transmittal letter (Tab 8) to the Appropriations Committees along with the congressional notification.

(SBU) Consistent with applicable requirements, the Department transmitted two consult notes to Congress to address consultation requirements for particular countries where the funds may be used and for planned deviations from the JES tables under section 7019(b) and a sectoral earmark under section 7060(j) of the FY 2024 SFOAA. ████████████ ████████████████████████████████████████ ██████████████████████████████████ ███████████████████████████████████ ████████████████████████████████████████

**(SBU) Funding Use Description**
- <u>OU(s)</u>:
    - <u>FY</u>: 2024
    - <u>Account</u>: ESF
    - <u>Amount</u>: up to $1,800,000,000
    - <u>Implementing Partner(s)</u>: Department of State
    - <u>Benefitting Countries</u>: Global
    - <u>Activities</u>: Funds will support the establishment of "strategic investment funds" and other foreign assistance activities to advance America First foreign policy priorities globally.

**(U) Funding Source, Earmarks, and Reason for Availability**
(SBU) This funding is made available in the FY 2024 SFOAA.  FAO anticipates a deviation of up to $10 million from the sector earmark deviations for the U.S. Foundation for International Conservation Act (USFICA) under section 7060(j) of the FY 2024 SFOAA, and deviations from table allocations under section 7019(b) of the FY 2024 SFOAA, as noted in the list included in Tab 5,

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

AR 000866

SENSITIVE BUT UNCLASSIFIED
-5-

to program these funds in line with these priorities. In addition, we plan to recommend that the ███████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

**(U)** ████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████
████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████ .

**Attachments**
      Tab 1 – Notional Budget Table [Internal Only]
      Tab 2 – Congressional Notification

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

AR 000867

REC1|Approve|3-31-2026|JL
REC2|Approve|3-31-2026|JL
REC3|Approve|3-31-2026|JL

2026003630



**United States Department of State**

Washington, DC  20520

SENSITIVE BUT UNCLASSIFIED          March 31, 2026

**Funds Approval Action Memo for Senior Official Lewin (F)**

FROM:        GHSD – Jeff Graham, SBO

SUBJECT:     Approval of FY 2022, FY 2023, FY 2024, and FY 2025 GHP-State
             Carryover Funds to Support GHSD Operational Costs

**(SBU) Recommendation 1:** That you approve the ████████████████
████████████████████████████████████████████████████████████████,
and FY 2025 for administrative expenses of the U.S. Global AIDS Coordinator for
the first two quarters of FY 2026. (Approve/Disapprove by 03/31/2026)
**Decision: ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 2:** ████████████████████████████████
████████ (Approve/Disapprove by 03/31/2026)
**Decision ☐ Approve ☐ Disapprove ☐ Discuss]**

**(SBU) Recommendation 3:** That you approve the allocation and obligation of
$16,600,000 in FY 2025 GHP-State and ████████████████████████ for
Centrally Supported Systems (CSS) contracts that support data management of
GHSD's PEPFAR programming. (Approve/Disapprove by 03/31/2026)
**Decision: ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU)** ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████

**Background**
(SBU) GHSD requests F approval to allocate and obligate $29,002,909 for GHSD
operational costs across the following fiscal year accounts:

AR 000895

2026003630



- $22,948,309 in FY 2025:  Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) (FY 2025 Full-Year CR)

(SBU) GHSD seeks approval for GHP-State carryover funds to cover FY 2026 Quarter 1 and 2 payroll costs.  To date, $5.7 million in USDH payroll has been incurred and another $45,000 will post to the General Ledger on March 31.  These salary payments would ordinarily be charged to FY 2026 GHP-State funds, but no FY 2026 funds are available for this purpose because the congressional notification requirements have not been met.  Additionally, GHSD has not previously requested F approval to use any funds for these payroll costs.  Salary payments have been centrally funded, and GHSD is required to reimburse the central account.  GHSD seeks approval to charge the salary payments against prior year funds that are available for this purpose.

(SBU) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

(SBU) In addition to the USDH payroll expenses outlined above, in November 2025, GHSD obligated $16,000,000 in FY 2025 GHP-State for CSS costs without F funds approval.  GHSD now seeks approval via this memo for this use of funds.  An additional $200,000 in FY 2024 GHP-State was obligated without F funds approval to cover an unanticipated CSS software expense.  GHSD now seeks approval in this memo for this use of funds.

(SBU) Approvals for salary, administrative, and CSS costs were previously approved by the Global AIDS Coordinator for GHP-State funds.  GHSD had not been made aware that funds approval for these costs shifted to F under the State reorganization plan and these obligations were routed via the previous system.

AR 000896

2026003630

SENSITIVE BUT UNCLASSIFIED
-3-

(SBU)

**(SBU) Funding Use Description**
(SBU) Funding will be used to cover core operational costs for FY 2026 to date, including salaries and benefits for USDHs, third-party contractors, and other oversight and management costs for GHSD's PEPFAR-funded operations.  This includes, but is not limited to, travel, training, IT hardware and software costs, facilities, translation services, personal liability insurance reimbursement, communications costs, and other costs.  GHSD will use $600,000 in FY 2025 GHP-State to renew the Tableau Data platform where PEPFAR data are housed in integrated dynamic data sets.

**(SBU) Policy/Strategic Alignment**
(SBU) The America First Global Health Strategy (AFGHS) outlines how U.S. global health policy and foreign assistance will make America safer, stronger, and more prosperous by protecting Americans from disease outbreaks, moving recipient countries towards resilient and durable local health systems, and promoting American innovation and businesses abroad.

**(SBU) Justification of Urgency**
(SBU)

**(SBU) Activity Funding Summary**
(SBU) The funds in this memo are ████████ through FY 2025 GHP-Stat

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

AR 000897

2026003630

SENSITIVE BUT UNCLASSIFIED
-4-

AR 000898

2026007394

third-party validated data guards against countries falsifying epidemiological milestones and domestic co-investments as they report on the progress of the America First Global Health Strategy (AFGHS) MOUs with countries.

(SBU)



(SBU)

**(U) Funding Use Description:** The FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR, appropriated $50,000,000 in FY 2025 GHP-State funds for the benefit of UNAIDS in the Joint Explanatory Statement.

**(SBU) Policy/Strategic Alignment:** Aligns to Goal 3 of the AFGHS to strengthen bilateral relationships through multi-year agreements, notably Objective 3.1: Negotiate and implement agreements with structured governance and enhanced oversight.

**(SBU) Justification of Urgency:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In response, GHSD seeks to finalize the package, countersign the letter grant, and deposit funding by July 7.

**(SBU) Activity Funding Summary:**

AR 001207

2026004287



United States Department of State

Washington, DC   20520

**26-XXX**                    **Month Day, Year** (H will fill in)

## CONGRESSIONAL NOTIFICATION TRANSMITTAL LETTER

The Department of State is informing you of its intent to obligate Fiscal Year 2025 and Fiscal Year 2026 Global Health Programs (GHP) funds.  This notification is being submitted on behalf of the Bureau of Global Health Security and Diplomacy.

- Department of State - $518,100,008

The funds will support life-saving global health programming that advance the America First Global Health Strategy.  The planned activities are explained further in the attached enclosure.

Obligations may be incurred in fifteen calendar days from the above date of notification.

**Recipients**:
House Foreign Affairs Committee
Senate Foreign Relations Committee
House Appropriations Committee
House Subcommittee on National Security, Department of State, and Related Programs
Senate Appropriations Committee
Senate Appropriations Subcommittee on State, Foreign Operations, and Related Programs

We hope this information is helpful.  Please do not hesitate to contact us with questions.

Sincerely,

SBU - LEGAL

AR 001313

2026004287

Paul D. Guaglianone
Senior Bureau Official
Bureau of Legislative Affairs

Enclosure:
    As stated.

SBU - LEGAL

AR 001314

2026004287

# UNITED STATES DEPARTMENT OF STATE
## CONGRESSIONAL NOTIFICATION

**PROGRAM:**                        Global Health Programs

**APPROPRIATION CATEGORY:**        Global Health Programs-USAID,
                                    Global Health Programs-State,
                                    Global Health Programs

**PROJECT TITLE:**                  America First Global Health
                                    Strategy (AFGHS) Implementation

**INTENDED FY 2026 NOTIFICATION:**





SBU - LEGAL

AR 001315

2026004287



## Global Health Security and Diplomacy (GHSD) Narrative

The Department's use of FY 2025 and FY 2026 resources will support essential headquarters operational and staffing needs, as well as centrally managed global awards, emergency response, global data systems and supply chain activities that strengthen and complement bilateral America First Global Health Strategy (AFGHS) implementation.

The Global Health Security resources enable rapid, effective, and coordinated outbreak responses actions that contain infectious disease threats, reduce morbidity and mortality, and limit cross-border spread during the earliest stages of an outbreak, while providing the staffing and analytic capacity needed to direct and oversee the responses.

In addition, the Department will utilize FY 2025 GHP resources to launch the Faith and Communities Initiative, which will support direct health service delivery through faith-based and community-based partners to advance integrated health programming that includes some or all of the following health areas HIV/AIDS, maternal and child health, nutrition, tuberculosis, malaria prevention and treatment, global health security, and polio.  Faith-based and other community networks will strengthen the frontline health workforce and outbreak detection and response across multiple high-priority countries through a sustainable model that is well-integrated with existing government, private sector, community and/or faith-based systems for health service delivery as well as the work of other partners.

Programs and initiatives using FY 2025 resources may be undertaken for the benefit of countries subject to special notification, including but not limited to Burma, Cambodia, Colombia, Egypt, El Salvador, Ethiopia, Guatemala, Haiti, Honduras, Mexico, Nicaragua, Pakistan, Philippines, Rwanda, South Sudan, Ukraine, and Venezuela.  Activities may rely on the notwithstanding authority of section 7058(a) of the FY 2024 SFOAA, as carried forward in FY 2025 Full-Year CR.

With FY 2026 resources, activities may be undertaken in the countries which are subject to special notification requirements, including but not limited to Burma,

SBU - LEGAL

AR 001316

2026004287

Cambodia, Colombia, Egypt, El Salvador, Georgia, Guatemala, Haiti, Honduras, Mexico, Nicaragua, Nigeria, Pakistan, South Sudan, Sudan, Ukraine, Venezuela, and Zimbabwe.  As needed, activities may rely on the FY 2026 NSSAA section 7058(a) or other applicable notwithstanding authority.

**Implementing Agency Headquarters Needs**
The proposed FY 2025 GHP-State funds for interagency transfers notified in this congressional notification will strengthen the U.S. Government's unified HIV/AIDS response and advance the AFGHS.  Implementing Agency Headquarters (HQ) Technical Oversight and Management (TOM) staffing resources support agency HQ management and implementation of the AFGHS, including staffing costs.  These GHP-State funds will support the HQ expenses for the following implementing agencies: ███████████████████████████ ████████████████████████████████████████████ ████████████████████.  HQ staff will contribute to the interagency technical working groups, Strategic Information Working Groups, HIV/AIDS modeling work, surveillance database support, and administrative support to AFGHS Year 1 country programs.  The notified funds will support direct and indirect expenses including salary, benefits, travel, supplies, and equipment to strengthen AFGHS's ability to support global HIV activities.  The funds will also support third-party Headquarters Support Mechanisms (HSM) and Technical Leadership and Support (TLS) awards that provide broad-based support across the AFGHS program to ensure that programs are implemented effectively and that country teams have what they need to reach their goals.  Funds support both central costs at headquarters as well as some technical support provided to countries which cannot be easily broken out on a country-by-country basis. ████ ████████████████████████████████████████████████

Activities may be undertaken by our interagency implementers in countries subject to special notification requirements, including but not limited to Burma, Cambodia, Colombia, Egypt, El Salvador, Ethiopia, Guatemala, Haiti, Honduras, Mexico, Nicaragua, Pakistan, Philippines, Rwanda, South Sudan, Ukraine, Venezuela, and Zimbabwe.  As needed, activities may rely on notwithstanding authority provided in section 7058(a) of FY 2024 SFOAA, as carried forward in FY 2025 Full-Year CR.

This notification is being submitted on behalf of the Bureau of Global Health Security and Diplomacy.

SBU - LEGAL

AR 001317

2026004287

**Supplementary Budget Data:**

**Table 1:  FY 2025 GHP-State (PEPFAR): Interagency Transfers**
Table below details the interagency transfers of FY 2025 GHP-State funds subject to notification pursuant section 7009(b)(3) of the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR.  Dollar amounts are in the thousands.

| Department | FY 2025 GHP-State Total - Interagency Transfer |
|---|---|
| **Grand Total** | **$166,750,962** |

**Table 2:  FY 2025 GHP-State and FY 2025 GHP-USAID: GHSD and Faith and Community Initiative Table**
Table below details the amount of funding that will be executed and managed by GHSD headquarters of FY 2025 GHP-State and FY 2025 GHP-USAID funds subject to notification pursuant to section 7015(c) and 7058(b)(4) of the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR.



SBU - LEGAL

AR 001318

2026004287

**Table 3:**

SBU - LEGAL

AR 001319



Outlook

## Re: GHSD AFGHS Consult notes for transmittal

**From** ▇▇▇▇▇▇▇▇▇ @state.gov>
**Date** Thu 4/2/2026 9:40 PM
**To** ▇▇▇▇▇▇▇ @state.gov>; ▇▇▇▇▇▇▇ @state.gov>; ▇▇▇▇▇▇
▇▇▇▇▇ @state.gov>
**Cc** ▇▇▇▇▇▇▇ @state.gov>; ▇▇▇▇▇▇▇ @state.gov>

Hi ▇▇▇▇,

I sent these out this evening. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇


---

▇▇▇▇▇▇▇
Senior Congressional Advisor – House Appropriations
Bureau of Legislative Affairs (H)
Cell: ▇▇▇▇▇ I Desk: ▇▇▇▇▇
Email: ▇▇▇▇ @state.gov

U.S. DEPARTMENT *of* STATE


**From:** ▇▇▇▇▇▇▇ @state.gov>
**Sent:** Thursday, April 2, 2026 21:07
**To:** ▇▇▇▇▇▇ @state.gov>; ▇▇▇▇▇▇ @state.gov>; ▇▇▇▇▇▇
▇▇▇▇▇ @state.gov>
**Cc:** ▇▇▇▇▇ @state.gov>; ▇▇▇▇▇▇▇ @state.gov>
**Subject:** GHSD AFGHS Consult notes for transmittal

Good evening,

I hope you are well. Please see the three consult notes to be transmitted to appropriators in advance of a CN I will be sending shortly to H staffers (and will cc you for reference) for the America First Global Health Strategy CN 1 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇ ). Please note FAO leadership have requested ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ .

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇

As always, please let me know if you have any questions/concerns.

SBU - LEGAL

Many thanks,

███████

Congressional Advisor (GHSD)
U.S. Department of State
Bureau of Foreign Assistance, Humanitarian Affairs, and Religious Freedom
Office of External and Legislative Affairs (F/ELA)
Phone (mobile): ███████

U.S. DEPARTMENT *of* STATE

SBU - LEGAL

AR 001321

REC1|Approve|4-17-2026|JL
REC2|Approve|4-17-2026|JL
REC3|Approve|4-17-2026|JL ███████████████████████
████
REC4|Approve|4-17-2026|JL
REC5|Approve|4-17-2026|JL
REC6|Approve|4-17-2026|JL ███████████████████████

2026004287



United States Department of State

Washington, DC   20520

SENSITIVE BUT UNCLASSIFIED           April 14, 2026

## Funds Approval Action Memo for Senior Official Lewin (F)

FROM:        GHSD – Jeff Graham, SBO

SUBJECT:     (SBU) Approval of FY 2025 and FY 2026 Global Health Programs
(GHP) Funds to Funds to Support Operational and Core
Mechanisms from GHSD and Partner Agencies and New Faith and
Community Initiative

**(SBU) Recommendation 1:**  That you approve the allocation, obligation, and
disbursement of $76,556,046 in FY 2025 GHP resources ($34,306,046 in
2025/2029 GHP and $42,250,000 in 2025/2026 GHP) to fund GHSD headquarters
operations and core awards that support American First Global Health Strategy
(AFGHS) implementation.  (Approve/Disapprove by 04/21/26)
**Decision:  ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU)** ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████  (Approve/Disapprove by 04/21/26)
**Decision:  ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 3:**  That you approve the allocation, obligation, and
disbursement of $250,000,000 in FY 2025 GHP funds ($100,000,000 in 2025/2029
GHP and $150,000,000 in 2025/2026 GHP) to support the implementation of new

AR 001322

2026004287

SENSITIVE BUT UNCLASSIFIED
-2-

Faith- and Community-based Initiative under the AFGHS.  (Approve/Disapprove by 04/21/26)

**Decision:  ☐ Approve ☐ Disapprove ☐ Discuss**

AR 001323

2026004287

**(SBU) Recommendation 4:**  That you approve the allocation, obligation, and disbursement of a total of $65,743,000 in FY 2026 GHP resources to fund GHSD headquarters operations and core awards that support AFGHS implementation. (Approve/Disapprove by 04/21/26)

**Decision:  ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 5:** ███████████████████████████████████████████████████████████████████████████████████████████████████████████ (Approve/Disapprove by 04/21/26)

**Decision:  ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 6 -** ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

(Approve/Disapprove by 04/21/26)

**Decision:  ☐  Approve  ☐  Disapprove  ☐  Discuss**

**(SBU)** ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

AR 001324

2026004287

SENSITIVE BUT UNCLASSIFIED
-4-

## Background

(SBU) GHSD requests F approval to allocate, obligate, and disburse $493,307,008 in FY 2025 GHP funds appropriated in the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR; $65,743,000 in FY 2026 GHP as appropriated in the FY 2026 NSSAA, and ███████████████████████████████████████ ████████████████████████████████████████████ ████████ FY 2026 GHP funds from the 2026/2027 subaccount are required to overcome the budget shortfall for initiating the year-one implementation of the AFGHS. These funds are needed to launch new HQ mechanisms, including for the Faith and Community Initiative, and to support GHSD HQ management and operations needs as we right-size the bureau's staffing footprint and activities. Activities being funded in this memo should be carried out through September 30, 2026.

(SBU)

(U) The requested funds will cover the headquarters' costs of administrating and supporting the scope of the AFGHS through September. The AFGHS outlines how U.S. global health policy and foreign assistance will make America safer, stronger, and more prosperous by protecting Americans from disease outbreaks, moving recipient countries towards resilient and durable local health systems, and promoting American innovation and businesses abroad.

## (U) Funding Use Description

(SBU) The funds in this action memo will cover the technical oversight and management (TOM) costs for all AFGHS implementing agencies, including GHSD and BFG, such as staff salaries and benefits, travel, systems, and

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

AR 001325

2026004287

corresponding direct and indirect costs.  The funds will also support headquarter-supported mechanisms (HSM) and technical leadership and support (TLS) costs that coordinate the HQ-managed projects implementing the AFGHS.  A portion of the funds will be used for activities under the Faith and Community Initiative.  Details for these various activities are provided in Tab 3.

**(U) Policy/Strategic Alignment**
(SBU)The funding implements the AFGHS, including in support of Agency Strategic Plan (ASP) Goal 6 with targeted and time-limited foreign assistance that puts American interests first and creates opportunities for American health companies.  Funds implement efforts to make America safer through the U.S. government's commitment to protect Americans at home and abroad from dangerous infectious disease outbreaks.  Funds support efforts by recipient countries to detect an outbreak with epidemic potential within seven days of its emergence and contain outbreaks that originate outside of the United States rapidly at their source.  Funds advance U.S. priorities and move countries toward resilient and durable local health systems.

(U) Guiding principles of the AFGHS include sustaining investments in key health commodities and frontline healthcare workers to save lives:  streamlining performance monitoring, reducing non-frontline investments by integrating U.S. programming within a recipient country's broader health system, mobilizing the private sector and faith-based and community organizations, and requiring increased co-investments from recipient countries for healthcare workers and commodities over time.  Funds promote American health, scientific, and technological innovation around the world and opening new markets for American companies making America safer, stronger, and more prosperous while saving millions of lives.

**(U) Activity Funding Summary:**
(SBU) The sources of funding in this memo are Malaria, GHS, TB, MCH, Nutrition, Polio, and HIV/AIDS funds provided in the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR, GHP resources in HIV/AIDS, TB, Malaria, GHS, NTD, MCH, and Nutrition appropriated in the FY 2026 NSSAA, and ███████ ██████████████████████████████████.  Of the $560,743,307 requested in this Funds approval memo, notification is required for:

- $302.26 million in FY 2025 GHP resources for one or more of the following reasons:  (1) interagency agreements; (2) special notification requirements for global health security programming; (3) substantial changes from the FY

AR 001326

2026004287

2025 Congressional Budget Justification (CBJ) including new program areas and global initiatives; and (4) activities in the special notification countries.

- $65.74 million in FY 2026 GHP funds for regular notification requirements and special notification requirements for global health security programming and activities in the special notification countries.

(SBU)

**(U) Justification of Urgency**

(SBU) Without timely access, the Department risks delays in launching priority interventions and new State awards, delays in meeting Administration objectives, gaps in effective infectious disease outbreak response and preparedness programming, and gaps in administrative funding that could result in furloughed USG staff across all implementing agencies. For funds not requiring additional Congressional notification, funds will be available to obligate once they have been apportioned by OMB. For funds in this memo requiring congressional notification, GHSD will require approximately six to seven weeks to meet pre-obligation requirements, including transfers to implementing agencies.

(SBU) FY 2026 Global Health Programs funds appropriated under the FY 2026 NSSAA are required to initiate the first-year implementation of the AFGHS. FY 2025 funds were prioritized for utilization in MOU26 bilateral programming, resulting in a critical funding gap for the headquarters supported activities, including the direct administrative costs for GHSD, as well as the programmatic activities managed by headquarters.

**Attachments**

Tab 1 – Budget Tables and Supporting Information
Tab 2 – Affirmative Statements and Additional Legal and Policy
     Considerations
Tab 3 – Funds Use Description Background
Tab 4 – Congressional Notification
Tab 5 – Transmitted Consultations (GHS, Burma)
Tab 6 – Pre-HOP25 – CN 25-001

AR 001327

2026004287

SENSITIVE BUT UNCLASSIFIED
-7-

Approved: GHSD – Jeff Graham, SBO [JG]

Drafted: CGFS/BFSS/FAIA/FAFS/GH – ███████████████

Cleared:

| Bureau | Name | Clearance Status |
|---|---|---|
| OMB (CN only): | ████████ | ok |
| F: | ████████ | ok |
| C: | ████████ | ok |
| FAO: | ████████ | ok |
| L/LFA: | ████████ | ok |
| H/RGF: | ████████ | ok |
| CGFS/BFSS/FAIA/FAFS: | ████████ | ok |

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

AR 001328

REC1|Approve|6-10-2026|JL
REC2|Approve|6-10-2026|JL
REC3|Approve|6-10-2026|JL
REC4|Approve|6-10-2026|JL



United States Department of State

Washington, DC   20520

<u>SENSITIVE BUT UNCLASSIFIED</u>                                    June 10, 2026

**Funds Approval Action Memo for Senior Official Lewin (F)**

FROM:          GHSD – Jeff Graham, SBO

SUBJECT:     (SBU) Approval of Multiple FY Global Health Programs (GHP)
                     Funds to Support Implementation of the America First Global
                     Health Strategy (AFGHS)

**(SBU) Recommendation 1:** ███████████████████████████
████████████████████████████████████████████
████████████████████████ o support the implementation of the America
First Global Health Strategy (AFGHS) through ████████████████████
████████████████████. Of the total, ████████████
████████████████████████████████████
(Approve/Disapprove by 06/12/26)
**Decision:  ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 2:** ███████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████ (Approve/Disapprove by 06/12/26)
**Decision:  ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 3:** ███████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

AR 001394

██████████████████████████████████████

(Approve/Disapprove by 06/12/26)
**Decision:  ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 4:** ████████████████████
████████████████████████████████████████
████████████████████████████
████████  (Approve/Disapprove by 06/12/26)
**Decision:  ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU)** ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████

**(SBU) Background:**
**(SBU)** ████████████████████████████████
██████████████████████████ Tab 1 includes
information on mechanisms and implementers.

(SBU) The AFGHS outlines how U.S. global health policy and foreign assistance
will make America safer, stronger, and more prosperous by protecting Americans
from disease outbreaks, moving recipient countries towards resilient and durable
local health systems, and promoting American innovation and businesses abroad.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

AR 001395



(SBU) ███████████████████████████████████

(SBU) GHSD requests F approval to reprogram, allocate, obligate, and disburse ███████████████████████████, FY 2025, and FY 2026 funds for the first year of AFGHS implementation. Up to $159,252,962 will be transferred for HIV and Malaria program implementation through Dow ($9,486,849) and HHS ($149,766,113) and must be notified per section 7009(b)(3) of the FY 2026 NSSAA, and similar provisions in the respective prior appropriations acts.

| FY | GHP-USAID | GHP-State | GHP | TOTAL |
|---|---|---|---|---|
| 2026 | - | - | 561,293,185 | 561,293,185 |
| 2025 | 367,884,146 | 1,025,061,581 | - | 1,392,945,727 |
| ███ | ███ | ███ | | ███ |
| | | | | |
| | ███ | ███ | | ███ |
| TOTAL | 389,812,643 | 1,089,730,260 | 561,293,185 | 2,043,936,088 |

**(SBU) Funding Use Description**
See Tab 3, Funding Use Description and Activity Funding Summary

**(U) Policy/Strategic Alignment**
(U) The funding implements the AFGHS, including in support of Agency Strategic Plan (ASP) Goal 6 with targeted and time-limited foreign assistance that puts

American interests first and champions American health companies.  Funds implement efforts to make America safer through the U.S. government's commitment to protect Americans at home and abroad from dangerous infectious disease outbreaks.  Funds will also support U.S. Government management and operations costs to support AFGHS execution.  Funds support efforts by recipient countries to detect an outbreak with epidemic potential within seven days of its emergence and contain outbreaks that originate outside of the United States rapidly at their source.  Funds advance U.S. priorities and move countries toward resilient and durable local health systems.

(U) Guiding principles of the AFGHS include sustaining investments in key health commodities and frontline healthcare workers to save lives:  streamlining performance monitoring, reducing non-frontline investments by integrating U.S. programming within a recipient country's broader health system, mobilizing the private sector and faith-based organizations, and requiring increased co-investments from recipient countries for healthcare workers and commodities over time.  Funds promote American health, scientific, and technological innovation around the world and opening new markets for American companies making America safer, stronger, and more prosperous while saving millions of lives.

**(U) Justification of Urgency**
(SBU) Without timely access, the Department risks delays in launching priority interventions and new State awards, delays in meeting Administration objectives, gaps in effective infectious disease outbreak response and preparedness programming, and gaps in administrative funding that could result in furloughed USG staff across all implementing agencies.  For funds that do not require additional Congressional notification, funds will be available to for obligation once they have been transferred to the Department and/or apportioned by OMB, and all other pre-obligation requirements are met.  For funds in this memo requiring congressional notification, including transfers to implementing agencies, GHSD will require approximately six to seven weeks to meet pre-obligation requirements.

**(SBU) Activity Funding Summary**
See Tab 3, Funding Use Description and Activity Funding Summary

**Attachments**
    Tab 1 – Budget Tables and Supporting Information
    Tab 2 – Affirmative Statements and Legal and Policy Considerations
    Tab 3 – Funding Use Description and Activity Funding Summary
    Tab 4 – Congressional Notification

AR 001397

Tab 5 – Global Health Security Consultations
Tab 6 – Country Consult Note (Burma)
Tab 7 – MOU26 Funding Summary

AR 001398

SENSITIVE BUT UNCLASSIFIED
-6-

Approved:   GHSD – Jeff Graham, SBO [ok]

Drafted:    GHSD – ████████████████████

Cleared:

| Bureau | Name | Clearance Status |
|---|---|---|
| OMB (CN only, after SO Lewin approval): | ███████ | |
| C | ████████ | OK |
| F | ████████ | OK |
| FAO | ████████ | OK |
| L/LFA | ████████ | Ok |
| H/RGF | ████████ | ok |
| AF/FO | █████████ | ok |
| AF/A | ████████ | ok |
| AF/S | ████████ | ok |
| EAP | ███████ | Info |
| NEA/FO | ████████ | OK |
| NEA/AC | ███████ | OK |
| WHA/FO | ████████ | OK |
| EUR/FO | █████████ | ok |
| SCA/FA | ████████ | ok |
| GHSD/FO | ████████ | OK |
| F/ELA | ████████ | OK |
| GHSD/HD | ████████ | ok |
| GHSD/HP | ████████ | Ok |
| GHSD/ODR | ████████ | Info |
| GHSD/PPEV | ████████ | OK |
| GHSD/PTSC | ████████ | ok |
| CGFS/BFSS | ████████ | Ok |

AR 001399

2026003746



United States Department of State

Washington, DC   20520

**26-XXX**                    **Month Day, Year** (H will fill in)

**CONGRESSIONAL NOTIFICATION TRANSMITTAL LETTER**

The Department of State is informing you of its intent to obligate Fiscal Year 2025 and Fiscal Year 2026 Global Health Programs (GHP) funds.  This notification is being submitted on behalf of the Bureau of Global Health Security and Diplomacy.

- Department of State - $900,798,873

The funds will support life-saving global health programming that advance the America First Global Health Strategy. The planned activities are explained further in the attached enclosure.

Obligations may be incurred in fifteen calendar days from the above date of notification.

**Recipients**:
House Foreign Affairs Committee
Senate Foreign Relations Committee
House Appropriations Committee
House Subcommittee on National Security, Department of State, and Related Programs
Senate Appropriations Committee
Senate Appropriations Subcommittee on State, Foreign Operations, and Related Programs

We hope this information is helpful.  Please do not hesitate to contact us with questions.

Sincerely,

SBU - LEGAL

AR 001422

2026003746

Paul D. Guaglianone
Senior Bureau Official
Bureau of Legislative Affairs

Enclosure:
    As stated.

SBU - LEGAL

AR 001423

2026003746

# UNITED STATES DEPARTMENT OF STATE
# CONGRESSIONAL NOTIFICATION

**PROGRAM:**                          Global Health Programs

**APPROPRIATION CATEGORY:**          Global Health Programs-USAID,
                                     Global Health Programs-State,
                                     Global Health Programs

**PROJECT TITLE:**                    America First Global Health
                                     Strategy (AFGHS) Implementation

**INTENDED FY 2026 OBLIGATION:**      $684,285,623 in FY 2025/2029 GHP-
                                     State
                                     $203,156,750 in FY 2025/2026 GHP-
                                     USAID
                                     $13,356,500 in FY 2026/2027 GHP

This notification is submitted pursuant to sections 634A of the Foreign Assistance Act of 1961 (FAA); sections 7009(b)(3), 7015(c), 7015(f), 7015(h)(2)(E), 7045(b)(l)(C), 7058(a), and 7058(b)(4) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, 119-4) (FY 2025 Full-Year CR); and sections 7015(c), 7015(f), 7015(h)(1)(B), 7058(a), and 7058(b)(4) of the FY 2026 National Security, Department of State, and Related Programs Appropriations Act, 2026, the Department of State (Div. F, P.L. 119-75) (FY 2026 NSSAA).

This narrative provides the required congressional notification of the Department of State's intent to implement America First Global Health Strategy (AFGHS) programs using $887,442,373 in FY 2025 Global Health Programs resources appropriated for HIV/AIDS (HL.1), Tuberculosis (TB, HL.2), Malaria (HL.3), Global Health Security (GHS, HL.4), Maternal and Child Health (MCH, HL.6), and Polio (HL.6.5) in the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR, and $13,356,500 in Global Health Programs (GHP) resources for Global Health Security (GHS, HL.4) appropriated in the FY 2026 NSSA. Notification is required due to special notification requirements for (1) interagency agreements; (2) special notification requirements related to the Indo-Pacific Strategy; (3) special notification requirements for global health security

SBU - LEGAL

AR 001424

2026003746

programming; (4) substantial changes from the FY 2025 Congressional Budget Justification (CBJ) including new program areas and global initiatives; and (5) activities in the special notification countries in each Act.

The following notification grounds apply to the funds described in the country allocation tables provided below.  In some cases, individual countries or activities may trigger multiple notification requirements:

**FY 2025 funds appropriated in FY 2024 SFOAA, as carried forward in FY 2025 Full-Year CR:**

- $502,897,805 in FY 2025 GHP-State funds is notified for interagency agreements, pursuant to the authority of section 632(a) of the FAA. DoS will transfer up to: $36,816,826 to the U.S. Department of War (DoW) and $466,080,979 to the U.S. Department of Health and Human Services (HHS) including Health Resources and Services Administration (HRSA) and Centers for Disease Control and Prevention (CDC).
- $91,882,750 in FY 2025 GHP-USAID and $196,552,844 in FY 2025 GHP-State for programs, including new programs, that may benefit countries subject to special notification including but not limited to: Burma, Cambodia, Colombia, Egypt, El Salvador, Ethiopia, Guatemala, Haiti, Honduras, Mexico, Nicaragua, Pakistan, Philippines, Rwanda, South Sudan, Ukraine, and Venezuela.
- $59,238,750 is notified for programs supporting the Indo-Pacific Strategy (IPS).
- $44,281,750 in FY 2025 GHP-USAID is notified for global health security programming.
- $151,192,844 is notified for activities and program areas not notified in the FY 2025 Congressional Budget Justification (CBJ).

**FY 2026 funds appropriated in the FY 2026 NSSAA:**

- $13,356,500 is notified for Global Health Security programming which may be undertaken in countries subject to special notification requirements including but not limited to: Honduras, Mexico, and Nigeria.

**Programmatic Narratives**

AR 001425

2026003746

The AFGHS outlines how U.S. global health policy and foreign assistance will make America safer, stronger, and more prosperous by protecting Americans from disease outbreaks, moving recipient countries towards resilient and durable local health systems, and promoting American innovation and businesses abroad.



The AFGHS integrates health programming areas within bilateral programs to enhance Americans' health and economic security and to achieve greater efficiency in country-led delivery of health services that sustain national health outcomes.



Guiding principles of the AFGHS include sustaining investment in key health commodities and frontline healthcare workers to save lives: streamlining performance monitoring, reducing non-frontline investments by integrating U.S. programming within a recipient country's broader health system, mobilizing the private sector and faith-based organizations, and requiring increased co-investments from recipient countries for healthcare workers and commodities over time. Funds will also support U.S. Government management and operations costs to support AFGHS execution. Funds promote American health, scientific, and technological innovation around the world and opening new markets for American companies, making America safer, stronger, and more prosperous while saving millions of lives.

The funds aligned to the AFGHS reaffirm continued U.S. commitment to working with countries to stop infectious disease threats before they reach U.S. shores and providing lifesaving activities across the following health areas.

- HIV: Funds support the President's Emergency Plan for AIDS Relief (PEPFAR) to continue life-saving programs while transitioning to country-

AR 001426

2026003746

led ownership and integration of programs across health areas as countries take increasing responsibility for their own durable national response. During the transition to self-reliance, essential HIV programs will support case finding, prevention, and treatment; programs will focus on sustained viral load suppression and ending mother-to-child transmission of HIV/AIDS in high-burden countries.

- Maternal and Child Health (MCH): Funds will support continuity of life-saving interventions to reduce maternal, newborn, and child deaths. Funds will support high-impact interventions to target major causes of death through small and sick newborn care, breastfeeding, and antenatal and postnatal visits; prevention and treatment of childhood pneumonia and diarrhea, including through effective household and community sanitation and hygiene; and essential immunizations, including to control infectious diseases.

- Polio: Funds will support continuity of efforts for global polio eradication and drive country ownership of polio assets. Funds will support surveillance, laboratory strengthening, life-saving polio vaccinations, data systems, and active case finding and referrals for paralytic polio cases.

- Tuberculosis (TB): Funds will support continuity of efforts to prevent, detect, and treat TB, including multi-drug-resistant TB, to reduce TB incidence and related mortality. Funds will support country health systems to improve drug supply management, laboratory diagnostic services and networks, multidrug-resistant TB diagnosis and treatment services, TB infection control, adherence to treatments, and community-based TB care.

- Malaria: Funds will support continuity of efforts under the President's Malaria Initiative for prevention and treatment of malaria, with a focus on regions with high malaria burden and low access to services. Funding will provide mosquito vector control, preventive treatments for children and pregnant women, diagnosis and treatment, integrated community case management, and other proven tools to reduce malaria deaths and disease.

- Global Health Security (GHS): Funds will be used to support work with countries to prevent and address outbreaks and other public health emergencies by improving national and global capabilities to detect outbreaks in seven days, report in one day, and respond in seven days. Funds will be used to reduce the risks posed to both Americans and local populations by outbreaks of emerging infectious diseases and other global health security threats, including zoonotic and antimicrobial resistant threats. Funds will focus on improving national multisectoral biosurveillance systems and outbreak response capabilities, including by leveraging

AR 001427

2026003746

American innovations. Funds will be used to provide surge U.S. outbreak response support when outbreaks exceed national capabilities.

GHSD will also implement global initiatives that complement bilateral programs and strengthen the AFGHS. GHS funds will support emerging infectious outbreaks. Malaria funds may be programmed to introduce and scale critical malaria innovations that bend the curve and substantially reduce malaria transmission. For example, ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████

Global programs and initiatives may be undertaken for the benefit of countries subject to special notification, including but not limited to Burma, Cambodia, Colombia, Egypt, El Salvador, Ethiopia, Guatemala, Haiti, Honduras, Nicaragua, Pakistan, Philippines, Rwanda, South Sudan, Ukraine, and Venezuela.

████████████████████████████████████ ████████████████████████████████████ ████████████████████

This notification is being submitted on behalf of the Bureau of Global Health Security and Diplomacy.

AR 001428



AR 001429



AR 001430



AR 001431



AR 001432



AR 001433



AR 001434



AR 001435



AR 001436