**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**[Proposed] Order**

Upon consideration of Plaintiffs' motion to compel *ex parte* production of unredacted documents for in camera review and motion to compel production of unredacted documents, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall lodge unredacted copies of AR 558–60, 567–576, 865–867, 895–898, 1207, 1313–1328, 1394–1399, and 1422–1436 with the Court *ex parte* and under seal for in camera review no later than July __, 2026; and it is further

**ORDERED** that Defendants shall remove all redactions on grounds of nonresponsiveness from all documents produced pursuant to the parties' stipulation (ECF 190).

**SO ORDERED.**

_____
Amir H. Ali
U.S. District Judge