**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>    *Plaintiffs*,<br><br><br>    v.<br><br><br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**DEFENDANTS' NOTICE OF LODGING**

Defendants respectfully provide notice that they have lodged for *ex parte*, *in camera* review the following documents in support of its motion for summary judgment:

- AR 558–60, 567–576 ("April 16, 2026 OMB Memo");

- AR 865–867 ("September 11, 2025 State Memo");

- AR 895–898 ("March 31, 2026 State Memo");

- AR 1207 ("July 1, 2026 State Memo");

- AR 1313–1319 ("1st Draft Congressional Notification Transmittal Letter");

- AR 1320–1321 ("GHSD AFGHS Consult Notes Email");

- AR 1322–1328 ("April 14, 2026 State Memo");

- AR 1394–1399 ("June 10, 2026 State Memo");

- AR 1422–1436 ("2nd Draft Congressional Notification Transmittal Letter").

The materials have been lodged with the Court.

1

Dated: July 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/  Pierce J. Anon*
PIERCE J. ANON
JOSHUA N. SCHOPF
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*