**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

     *Plaintiffs*,

   v.

DONALD J. TRUMP, *et al.*,                   Civil Action No. 1:25-cv-402 (AHA)

     *Defendants*.

**DEFENDANTS' MOTION TO MODIFY
THE BRIEFING SCHEDULE**

Defendants respectfully request the Court to modify the upcoming summary judgement briefing schedule.  Counsel for Plaintiffs indicated on July 23, 2026 that they oppose this motion. Modification of the current briefing schedule is supported by good cause. In support thereof, Defendants state the following:

1.     The summary judgement briefing schedule presently requires both parties to concurrently submit their motions for summary judgment by July 27, and to concurrently submit their replies by August 3.

2.     Defendants propose a staggered briefing schedule, with Plaintiffs first filing their motion for summary judgement by July 27, Defendants filing their single opposition to Plaintiffs' motion for summary judgement by August 10, and for Plaintiffs to file their reply by August 17. This would eliminate a reply brief from Defendants and reduce the total briefs for the Court's consideration down from four to three.

3.     *First*, as mentioned in our response to Plaintiffs' motion to compel production of documents, ECF No. 194, because of the expedited production of the voluminous administrative

record, and the collateral disputes that have arisen since its production was ordered, Defendants' counsel have had nearly no time to work on the motion for summary judgement that is currently due on Monday.  Defendants' interests, as well as the Court's, would be best served by an extension of time for Defendants' positions to be fully and thoughtfully briefed. Allowing this modest extension would still result in an expedited briefing schedule that would still satisfy any exigencies. Such a schedule is warranted given the number and complexity of the claims asserted, the novelty of certain legal theories raised, as well as the continuing production and need to review and analyze the administrative record. Defendants believe that allowing them adequate time to brief these issues would facilitate the Court's resolution of the Motion to Dismiss.  At the same time, Defendants do not believe Plaintiffs would be prejudiced by this modest delay, as ending the briefing period by August 17 should provide more than enough time for the Court to issue a ruling, as well as to allow for appellate review before the September 30 deadline. And as is stated in further detail below, Plaintiffs proposed an even lengthier briefing period in a District of Massachusetts case that is operating with the same September 30 backstop in mind.

4.      *Second*, there are still issues pending regarding the administrative record, such as the Court's resolution of Plaintiffs' motion to compel unredacted documents and Defendants' response to such motion.  Allowing for an extension would not only allow the parties more time to administer any ruling that follows from this Court's forthcoming order but would provide the Court more time to weigh in on these outstanding issues surrounding the administrative record.

5.      *Third*, a staggered briefing approach would best serve this Court's thoughtful resolution of the issues. Plaintiffs have recently previewed new arguments that were not included in their Complaint or any other substantive briefing previously before this Court. These new arguments include theories around "unallocated lines" and the alleged effect of the April 2026 congressional notification (*see* ECF No. 183).  It would be inefficient for the Court to receive a

2

full round of briefing before Defendants can properly address Plaintiffs' new, yet materially unseen arguments. Defendants submit that the Court would be best served if Plaintiffs were to open with their motion for summary judgement in the first instance and allow Defendants to then react in turn.

6.        *Fourth*, regarding the timing, Defendants respectfully submit that having the briefing schedule end on August 17 will provide more than enough time for the Court's disposition of the case as the Court is familiar with many of the arguments raised, and will provide for sufficient time for appellate review—all well before the September 30, 2026 deadline to appropriate funds. Indeed, in a similar matter dealing with the same Plaintiffs' counsel, materially the same issues, *and the same time exigency* of September 30, 2026, Judge Burroughs in the District of Massachusetts just yesterday entered this schedule after considering Plaintiffs' position on timing in that case. *See National Center for Learning Disabilities v. Office of Management and Budget* (1:26-cv-13019), ECF No. 39. In that case, Plaintiffs' counsel proposed a far less rushed schedule than they propose here:

| Plaintiffs' Proposed Schedule (D. Mass.): | Court Entered Schedule (D. Mass.): |
|---|---|
| 1. Plaintiffs' motion for summary judgment: August 5, 2026 | 1. Plaintiffs' motion for summary judgment: August 11, 2026 |
| 2. Defendants' motion to dismiss and opposition to summary judgment: August 19, 2026 | 2. Defendants' motion to dismiss and opposition to summary judgment: August 25, 2026 |
| 3. Plaintiffs' reply in support of summary judgment and opposition to motion to dismiss: August 26, 2026 | 3. Plaintiffs' reply in support of summary judgment and opposition to motion to dismiss: September 1, 2026 |

For these reasons, Defendants respectfully request that the Court modify the briefing schedule as follows. A proposed order is attached.

| **Defendants' Proposed Briefing Schedule:** |
|---|
| 1.  Plaintiffs' motion for summary judgment: July 27, 2026 |
| 2.  Defendants' opposition to summary judgment: August 10, 2026 |
| 3.  Plaintiffs' reply in support of summary judgment: August 17, 2026 |

Dated: July 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/ Pierce J. Anon*
JOSHUA N. SCHOPF
PIERCE J. ANON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

   *Plaintiffs,*

  v.

DONALD J. TRUMP, *et al.*,

   *Defendants*.

Civil Action No. 25-cv-402 (AHA)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE
BRIEFING SCHEDULE**

For the reasons stated in Defendants' Motion to Modify the Briefing Schedule, the Motion is **GRANTED**. Plaintiffs will file their motion for summary judgement by July 27, 2026. Defendants will file their opposition to Plaintiffs' motion for summary judgement by August 10, 2026.  Plaintiffs will file their reply brief by August 17, 2026.

It is **SO ORDERED**.

DATED this _____ day of July, 2026.

         _____

         Hon. Amir H. Ali
         United States District Judge