**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

       *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

       *Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

**DEFENDANTS' MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD
UNDER SEAL**

Defendants respectfully ask this Court for leave to file the administrative record (or portions thereof) under seal.  Counsel for Defendants had attempted to confer with counsel for Plaintiffs on July 26, but at the time of filing received no response.

Defendants request that the administrative record (or portions thereof) be filed under seal because the forthcoming motion for summary judgement incorporates or refers to documents or information that the parties or non-parties have designated as "Confidential" pursuant to the Protective Order, ECF No. 199.  A proposed order is attached.

Dated: July 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/  Pierce J. Anon*
PIERCE J. ANON

JOSHUA N. SCHOPF
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br><br>　　　　v.<br><br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**[PROPOSED] ORDER**

On consideration of Defendants' Motion to file the Administrative Record under seal it is

ORDERED that Defendants' motion is GRANTED.

**SO ORDERED.**

Dated this _____ day of July, 2026.


_____

AMIR H. ALI
United States District Judge

1