**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DECLARATION OF JOSEPH CARLILE**

I, Joseph Carlile, hereby declare as follows:

1.      I am currently the managing director and founder of Bluestem Consulting, LLC, a consulting firm in Alexandria, Virginia.  In my role as managing director, I lead a specialized consulting practice that provides strategic planning, consulting, advisory, training and education services focused on the Federal budget and appropriations processes.

2.      I also currently serve as managing member and founder of BlazingStar Analytics, LLC, a data analytics firm in Alexandria, Virginia.  BlazingStar provides integrated analysis of Federal appropriations, apportionment, obligation, outlay and award data derived from publicly available, government-provided datasets.  BlazingStar also publishes a weekly educational blog on Federal budget and appropriations issues.

3.      I have education and training in various econometric and statistical methods, and I earned a Master of Arts in Applied Economics from Johns Hopkins University.

4.      I served on the staff of the Committee on Appropriations, U.S. House of Representatives from December 2007 to January 2021.  During my tenure on the Committee, I served in various roles, including clerk of the Subcommittee on Transportation, Housing and

1

Urban Development and Related Agencies from January 2019 to January 2021. In my capacity as clerk, in conjunction with my counterparts from the majority and minority staff of the House and Senate Committees on Appropriations, I drafted and negotiated the annual appropriations acts for the subcommittee, as well as supplemental appropriations acts for COVID-19 funding and funding for recovery from natural disasters.

5. I served as Senior Advisor for Budget, Policy, and Programs to the Secretary of Housing and Urban Development (HUD) from January 2021 to December 2022. In this role, I served as the Secretary's primary liaison with the Office of Management and Budget (OMB) and coordinated budget formulation and execution between the Secretary's office and the Office of the Chief Financial Officer.

6. From January 2023 to May 2023, I served as Associate Director for Housing, Treasury, Commerce at OMB. From May 2023 to January 2025, I served as the Associate Director for General Government Programs at OMB. In these roles, I managed the budget execution of the Departments of Housing and Urban Development, Treasury, Commerce, Transportation, Homeland Security and Justice as well as the Small Business Administration, General Services Administration, Executive Office of the President and more than 30 small and independent agencies.

7. The SF 133 Reports on Budget Execution and Budgetary Resources (SF 133) are monthly publications from OMB that report, by agency, bureau, account, and account code, the level of budgetary resources available and the cumulative obligations and outlays reported as of

2

the end of each month.[1]  There are twenty-nine SF 133 reports published each month; each SF 133 contains information for a single agency or a thematic group of accounts.

8.    According to OMB Circular A-11, "Preparation, Submission and Execution of the Budget," a Treasury Appropriation Fund Symbol (TAFS) "refers to the separate Treasury accounts for each appropriation account based on the availability of the resources in the account. The TAFS is a combination of Federal agency; allocation agency, when applicable; account symbol; and availability code."[2] The SF 133 data can be aggregated by TAFS. For example: "19-1121 24/25 - Democracy Fund." 19 represents the agency code for the Department of State, 1121 represents the account code for Democracy Fund, and 24/25 indicates the period of availability (appropriated in fiscal year 2024; period of availability ends in fiscal year 2025). Throughout this declaration I will refer to funds by the availability code (e.g., 24/25, 21/22) to distinguish between peer accounts.

9.    An allocation "means a delegation, authorized in law, by one agency to another agency, of its authority to obligate budget authority and outlay funds. When an agency makes such a delegation, the Treasury Department establishes a subsidiary account called a 'transfer appropriation account', and the receiving agency may obligate up to the amount included in the account."[3]  The TAFS for an allocation account is slightly different. For example: "72-19-1121 24/25 - Democracy Fund" is administered by the U.S. Agency for International Development (USAID), code 72, with funding transferred from the Department of State, code 19.

---

[1]    Available    at:    https://portal.max.gov/portal/document/SF133/Budget/FACTS%20II%20-%20SF%20133%20Report%20on%20Budget%20Execution%20and%20Budgetary%20Resources.html
[2] "Circular No. A-11, Preparation, Submission and Execution of the Budget", Executive Office of the President, Office of Management and Budget, August 2025, page 12 of Section 20, available at: https://www.whitehouse.gov/wp-content/uploads/2025/08/a11.pdf
[3] Ibid, page 25 of Section 20.

10.    Division F of the Further Consolidated Appropriations Act of 2024 (P.L 118-47), is the "Department of State, Foreign Operations, and Related Program Appropriations Act, 2024" (SFOPS Act). The total amount appropriated in the SFOPS Act was $58,504,900,000. Of that amount, $29,335,984,000 was appropriated in title III—Bilateral Economic Assistance; and $8,933,007,000 was appropriated in title IV—International Security Assistance.

11.    I conducted a historical analysis of the obligational performance of the following accounts appropriated in fiscal year 2025: "Global Health Programs" (GHP), "Development Assistance" (DA), "Economic Support Fund" (ESF), "Democracy Fund" (DF), "Assistance for Europe, Eurasia and Central Asia" (AEECA), "International Narcotics Control and Law Enforcement" (INCLE), and "Nonproliferation, Anti-terrorism, Demining, and Related Programs" (NADR).  Each account has a period of availability that expires September 30, 2026.

12.    Based on that analysis, I concluded that several fiscal year 2025 foreign assistance accounts obligated funds at rates below comparable accounts in prior fiscal years, as measured by cumulative obligations through June 30 of the second year of availability.

13.    To conduct this analysis, I compiled the SF 133 reports for "Department of State" and "International Assistance Programs" from fiscal years 2020–2026. In fiscal years 2020–2025 I used the September report; for fiscal year 2026 I used the June report dated July 21, 2026.

14.    I calculated the monthly obligations in each account across the two-year period of availability. I normalized differences in appropriated levels across the analysis period by dividing the monthly obligations (numerator) by the amount appropriated (denominator) to calculate the percentage of the total appropriation obligated in each month. I then compared the partial execution of the 2025 accounts with the same accounts in each of the 5 preceding fiscal years. I treated each appropriation account as the unit of analysis.

15.     Each of the accounts analyzed had two-year periods of availability. For example, funds appropriated in fiscal year 2025 that expire on September 30, 2026. To build the two-year obligational profiles of each appropriation, I combined data from SF 133 reports from two fiscal years.

16.     Where an appropriation account's budget authority was carried across more than one TAFS, I aggregated those TAFS to reconstitute the account. For example, the fiscal year 2024 appropriations account heading for DF contains two appropriations, the first for $205,200,000 to the Department of State (TAFS 19-1121 24/25), and the second for $140,000,000 to USAID (TAFS 72-19-1121 24/25). The government administers this appropriation by first recording an appropriation of $345,200,000 in the March 2024 "BA: Disc: Appropriation" (SF 133, line 1100) of account 19-1121 24/25 (State). Then amounts are transferred between the two accounts by recording -$140,000,000 on line 1120 ("BA: Disc: Approps transferred to other accounts") of account 19-1121 24/25 and as $140,000,000 on line 1121 ("BA: Disc: Approps transferred from other accounts") of account 72-19-1121 24/25 (USAID). The analysis for Democracy Fund contains the combined execution of TAFS 19-1121 24/25 and 72-19-1121 24/25.

17.     I calculated the numerator by using the "New obligations and upward adjustments (total)" line (line 2190) from the SF 133. The SF 133 displays cumulative obligation amounts by fiscal year, resetting at the beginning of each fiscal year. To construct a continuous series I added the monthly amount on line 2190 in year two with the year-end (September) total from line 2190 in year 1.

18.     October data in the SF 133 reports are reported as zeroes. In the first year, I display $0 or 0% in the October column (month 1) and in October of the second year (month 13) I duplicate

the value from September of the preceding year. When a month between two reported months showed no newly reported cumulative amount, the most recent reported figure is carried forward.

19.    The denominator reflects enacted appropriation, net of rescissions and amounts precluded from obligation. I started with the sum of "BA: Disc: Appropriation" (SF 133, line 1100), and "BA: Mand: Appropriation" (SF 133, line 1200). While most of the appropriated amounts in the analysis were discretionary, ESF received $8.675 billion in mandatory funding in fiscal year 2021 from the "American Rescue Plan Act" (Public Law 117-2; 135 Stat. 239); the ESF 21/22 data represent the combined execution of both discretionary and mandatory funding.  I used the year-end (September) line 1100 figures in my calculations. Mandatory funding on line 1200 was recorded in full upon enactment.

20.    I then reduced the appropriated totals by "BA: Disc: Appropriations permanently reduced" (SF 133, line 1130) and the undesignated emergency funding precluded from obligation on the year end SF 133.  See Table 2.

21.    The Rescissions Act of 2025 (Public Law 119-28) rescinded funding for: GH, $500,000,000 (Sec. 2(b)(5); 139 Stat. 468); DF, $83,000,000 (Sec. 2(b)(8); 139 Stat. 468); ESF, $1,650,000,000 (Sec. 2(b)(9); 139 Stat. 468); DA, $2,500,000,000 (Sec. 2(b)(12); 139 Stat. 468); and AEECA, $460,000,000 (Sec. 2(b)(13); 139 Stat. 469). These rescissions were reflected on line 1130 in the SF 133 and were removed from the denominator.

22.    Three accounts in the analysis had a portion of their funding designated as an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985 in fiscal year 2024 and that designation was continued in 2025 through Public Law 119-4: ESF, $300,000,000 (138 Stat. 743); AEECA, $310,000,000 (138 Stat. 744); and INCLE, $115,000,000 (138 Stat. 747).

6

23.    Section 1101 of Public Law 119-4 incorporated the authority and conditions provided in the applicable fiscal year 2024 appropriations Acts, including Public Law 118-47. Section 1110(a) designated as emergency requirements those incorporated amounts that Congress had previously so designated, and section 1110(b) provides that "Section 6 of Public Laws 118–42 and 118–47 … shall apply to amounts designated in subsection (a)." Section 6 of Public Law 118-47 reads: "Each amount designated in this Act by the Congress as an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985 shall be available (or repurposed, rescinded, or transferred, if applicable) only if the President subsequently so designates all such amounts and transmits such designations to the Congress." On March 24, 2025, the President transmitted emergency designations for 16 accounts in Public Law 119-4 and declined to designate 11 accounts as an emergency.[4]  The three accounts specified in paragraph 22 were among the 11 not designated as an emergency and OMB withheld these funds from obligation. The ESF and AEECA accounts implemented this decision by recording the emergency amounts as unavailable on "BA: Disc: Appropriations precluded from obligation" (SF 133, line 1134); INCLE implemented the reduction by reducing the amount on the "BA: Disc: Appropriation" (line 1100) line.

24.    The President's decision to designate only specific accounts as emergency spending and not all accounts so designated in the Act was met with opposition from the Chair and Vice Chair of the Senate Appropriations committee.[5] In a letter to OMB Director Vought dated March 27, 2025, Chair Collins and Vice Chair Murray state: "Just as the President does not have a line-

[4]    Available    at:    https://www.whitehouse.gov/wp-content/uploads/2025/03/Presidential-Designation-of-Funding-as-an-Emergency-Requirement-Multiple-Accounts-in-the-Full-Year-Continuing-Appropriations-and-Extensions-Act.pdf
[5] Available at:
https://www.appropriations.senate.gov/imo/media/doc/32725letterreemergencydesignations.pdf

item veto, he does not have the ability to pick and choose which emergency spending to designate." Later in the letter: "Notably, this interpretation has been adopted by Administrations of both political parties—including during the first Trump Administration."

25.      While this controversy does not directly bear on this analysis, it does overstate the obligational performance for two accounts—ESF and INCLE—when compared to a percentage that included the emergency designated funds in the denominator.

26.      As a quality check, I cross-checked the compiled obligational data with the obligational data in USASpending's File A account balance reporting. There were no discrepancies. File A data is current through May 2026; SF 133 data is available through June 2026.

27.      I found that 5 of the 7 of the 25/26 accounts underperformed the execution of the same account in each of the five preceding fiscal years. Appendix A contains Table 1 which compares the execution of the 25/26 accounts and compares it to the same account in previous fiscal years.

28.      DA (Chart 2) and GHP (Chart 3) are obligating far below prior-year execution. As of June 30, 2026, only 2.8 percent of DA 25/26 funding was obligated, 15.77 percentage points below the next lowest cohort, 24/25. GHP 25/26 had obligated 6.64 percent at the end of June, 40.2 percentage points lower than the execution of the next lowest cohort, 24/25.

29.      Both INCLE (Chart 5) and NADR (Chart 6) are obligating funding at the lowest rate when compared to the historical cohort. The 22/23 INCLE account had obligated 22.07 percent of appropriated funding by the end of June in the second year; only 21.27 percent of the 25/26 funding had been obligated at the same point in time, 0.8 percentage points lower. The 24/25 NADR account had obligated 36.6 percent of appropriated funding by the end of June in the second

year; only 36.23 percent of the 25/26 funding had been obligated at the same point in time, 0.37 percentage points lower.

30.    ESF 25/26 (Chart 1) obligations were the second lowest in the cohort. The account had obligated 50.51 percent of funds through June 30, 9.5 percentage points higher than the 22/23 ESF funds, but 9.24 percentage points lower than 20/21 funding.

31.    While 25/26 DF (Chart 7) obligation rates are in the middle of the pack, 3.81 percent, most DF obligations historically occur in the last month of the fiscal year.

32.    The median of the obligation rates, the middle-ranked account each fiscal year, was 6.64% in 25/26, versus 36.85% (22/23) to 58.66% (20/21) in the comparison years. The 25/26 median is below every comparison year's median and is below the next lowest (36.85%, 22/23) by 30.21 percentage points. Median account figures are displayed for each comparison year at the bottom of Table 1.

33.    Public Law 119-4 appropriated $770.3 million to the AEECA 25/26 account (Chart 4). Congress designated $310 million as an emergency requirement. The President did not designate the emergency funding, and OMB withheld the $310 million from obligation. Congress later rescinded $460 million from the account, leaving $334,000 remaining. No funds have been obligated. For comparison, the next lowest obligational peer was AEECA 22/23 which had obligated 18.37 percent in June of the second year.

34.    Sec. 1101(a)(11) of the "Full-Year Continuing Appropriations Act and Extensions Act, 2025" incorporated the "authority and conditions" from "Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024" (except sections 7074(e) and 7075(a)) and applied them to funding in fiscal year 2025; Sec. 1101(c) applied the fiscal year 2024 levels for fiscal year 2025.  Title X of the Act (Sec. 11201–11207) made targeted adjustments of

fiscal year funding levels, authority, and conditions.  Together, these bills form the basis of the appropriations for fiscal year 2025.

35.     I compiled statutorily directed spending ("shall" directives with specific dollar amounts) in Sections 7030–7061 of title VII of the "Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024" (Division F of Public Law 118-47), and congressionally directed items included in the joint explanatory statement accompanying the Act (Division F of H. Comm. Print 55-008).

36.     In fiscal year 2025, the total appropriations for Development Assistance, less rescissions, are $1,431,000,000. The total amount of statutory directives in Sections 7030–7061 that require using only Development Assistance funds to meet the directive is $90 million. The total amount of Development Assistance congressional items in the table in the joint explanatory statement is $1,170,650,000. The total amount of appropriations for Development Assistance is greater than the amount in statutory directives and congressional directives for which only Development Assistance funds must be used.

37.     In fiscal year 2025, the total appropriations for Economic Support Fund, less rescissions, are $2,240,400,000. Of that amount, $300,000,000 is emergency funding that was not subsequently designated, lowering the total available resources to $1,940,400,000. The total amount of statutory directives in Sections 7030–7061 that require using only Economic Support Fund to meet the directive is $584 million. The total amount of Economic Support Fund congressional items in the table in the joint explanatory statement is $1,237,090,000. The total amount of appropriations for Economic Support Fund is greater than the amount in statutory directives and congressional directives for which only the Economic Support Fund must be used.

38.    In fiscal year 2025, the total appropriations across title III of the SFOPS Act, excluding Global Health Programs and less rescissions are $13,151,534,000. $2.110 billion in emergency funding from 2024 was not so designated in fiscal year 2025, lowering the total available resources to $11,041,534,000. The total amount of statutory directives in Sections 7030–7061 that require using only title III appropriations (or a combination of appropriations under one or more heading(s) in title III) is $4,096,540,000. The total amount of congressional items for title III appropriations in the tables in the explanatory statement, excluding for Global Health Programs, is $2,443,640,000. The total amount of appropriations in title III is greater than the amount in statutory directives and congressional directives for which only title III funds must be used.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2025

_____
Joseph Carlile

11

**Appendix A**

**Table 1: Percentage of funding obligated by June 30 of the second year of availability**

| Account | 20/21 | 21/22 | 22/23 | 23/24 | 24/25 | 25/26 |
|---|---|---|---|---|---|---|
| Economic Support Fund | 59.75 | 70.38 | 41.01 | 86.47 | 75.00 | **50.51** |
| Development Assistance | 60.30 | 50.51 | 36.85 | 26.68 | 18.57 | **2.80** |
| Global Health Programs (2-year) | 75.58 | 85.46 | 67.42 | 54.46 | 46.87 | **6.64** |
| Assistance for Europe, Eurasia and Central Asia | 58.66 | 50.20 | 18.37 | 30.94 | 64.48 | **0.00** |
| International Narcotics Control and Law Enforcement | 38.02 | 29.73 | 22.07 | 43.77 | 37.86 | **21.27** |
| Nonproliferation, Anti-terrorism, Demining, and Related Programs | 48.18 | 44.54 | 48.21 | 50.26 | 36.60 | **36.23** |
| Democracy Fund | 10.31 | 11.34 | 1.35 | 4.27 | 2.51 | **3.81** |
| Median Account | 58.66 | 50.20 | 36.85 | 43.77 | 37.86 | **6.64** |

**Table 2: Adjustments to appropriations levels from fiscal year 2024 to fiscal year 2025 (dollars)**

| | Account | P.L. 118-72 | P.L. 119-4 | Rescissions | Emergency Designation | Adjusted Appropriation |
|---|---|---|---|---|---|---|
| III | Global Health Programs | 3,985,450,000 | - | (500,000,000) | - | **3,485,450,000** |
| III | Development Assistance | 3,931,000,000 | - | (2,500,000,000) | - | **1,431,000,000** |
| III | Economic Support Fund | 3,890,400,000 | - | (1,650,000,000) | (300,000,000) | **1,940,400,000** |
| III | Democracy Fund | 345,200,000 | - | (83,000,000) | - | **262,200,000** |
| III | Assistance for Europe, Eurasia and Central Asia | 770,334,000 | - | (460,000,000) | (310,000,000) | **334,000** |
| III | Total, All Accounts, Title III | 29,335,984,000 | (16,000,000) | (6,638,000,000) | (2,110,000,000) | **20,571,984,000** |
| IV | International Narcotics Control and Law Enforcement | 1,400,000,000 | - | - | (115,000,000) | **1,285,000,000** |
| IV | Nonproliferation, Anti-Terrorism, Demining, and Related Programs | 870,000,000 | - | - | - | **870,000,000** |
| IV | Total, All Accounts, Title IV | 8,933,007,000 | - | - | (115,000,000) | **8,818,007,000** |

12



**CHART 1: ECONOMIC SUPPORT FUND**
**72-1037, 19-72-1037, & 20-72-1037**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23.67 | 23.67 | 23.68 | 23.68 | 24.34 | 27.75 | 28.92 | 30.13 | 32.18 | 49.22 | 57.01 | 59.75 | 62.31 | 67.39 | 94.33 |
| 21/22 | 0 | 0 | 0 | 0 | 0 | 0 | 0.3 | 1.18 | 7.48 | 21.93 | 27.72 | 45.5 | 45.5 | 46.05 | 51.47 | 52.21 | 53.24 | 54.28 | 55.44 | 67.14 | 70.38 | 72.01 | 74.57 | 96.28 |
| 22/23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.06 | 0.06 | 0.06 | 0.74 | 0.74 | 21.37 | 21.87 | 22.2 | 22.72 | 23.2 | 36.44 | 38.8 | 41.01 | 51.45 | 55.85 | 100.2 |
| 23/24 | 0 | 20.67 | 20.67 | 20.67 | 32.73 | 44.24 | 46.53 | 52.28 | 58.02 | 61.22 | 68.98 | 79.71 | 79.71 | 79.9 | 84.11 | 84.16 | 84.24 | 84.68 | 85.95 | 86.28 | 86.47 | 89.58 | 90.64 | 99.22 |
| 24/25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33.07 | 33.07 | 33.07 | 33.07 | 58.26 | 69.59 | 75.29 | 75.29 | 75.3 | 75.3 | 74.93 | 75 | 75.09 | 75.77 | 94.21 |
| 25/26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.09 | 46.65 | 49.89 | 49.89 | 50.22 | 50.35 | 50.35 | 50.51 | | | |



### CHART 2: DEVELOPMENT ASSISTANCE
#### 72-1021 & 19-72-1021

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.14 | 6.73 | 15.92 | 23.84 | 33.36 | 42.22 | 53.44 | 60.3 | 67.69 | 79.73 | 98.44 |
| 21/22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.72 | 4.67 | 6.86 | 13.16 | 24.64 | 39.28 | 50.51 | 63.22 | 75.09 | 98.64 |
| 22/23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.07 | 0.07 | 0.07 | 1.6 | 4.21 | 11.03 | 24.9 | 36.85 | 46.08 | 63.67 | 97.29 |
| 23/24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.02 | 0.02 | 0.62 | 3.45 | 14 | 20.97 | 26.68 | 37.87 | 51.94 | 96.92 |
| 24/25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.67 | 17.41 | 17.41 | 17.41 | 18.04 | 18.04 | 18.57 | 18.57 | 18.57 | 19.07 |
| 25/26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.2 | 2.2 | 2.2 | 2.24 | 2.24 | 2.24 | 2.8 | | | |



## CHART 3: GLOBAL HEALTH PROGRAMS
### 19-1031 & 72-19-1031

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.16 | 15.65 | 15.65 | 27.05 | 31.88 | 42.11 | 51.24 | 59.08 | 64.32 | 69.22 | 75.58 | 82 | 89.17 | 100.8 |
| 21/22 | 0 | 0 | 0 | 0 | 0 | 27.53 | 27.53 | 27.53 | 27.53 | 55.06 | 55.06 | 57.28 | 57.28 | 59.06 | 66.09 | 67.09 | 70.18 | 73.99 | 77.71 | 83.48 | 85.46 | 90.58 | 92.88 | 99.94 |
| 22/23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7.47 | 7.47 | 8.94 | 13.2 | 18.53 | 23.67 | 30.44 | 44.04 | 53.91 | 67.42 | 73.67 | 83.93 | 97.43 |
| 23/24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6.96 | 6.96 | 9.88 | 14.72 | 18.44 | 24.79 | 30.92 | 43.25 | 47.27 | 54.46 | 61.71 | 71.28 | 97.88 |
| 24/25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.01 | 0.01 | 0.01 | 1.74 | 11.83 | 11.83 | 11.85 | 16.53 | 35.82 | 35.84 | 35.95 | 35.98 | 36.51 | 46.87 | 48.87 | 52.53 | 99.8 |
| 25/26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4.41 | 6.64 | | | |



CHART 4: ASSISTANCE FOR EUROPE, EURASIA AND CENTRAL ASIA
72-0306 & 19-72-0306

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.01 | 0.01 | 0.01 | 0.01 | 0.27 | 0.27 | 6.86 | 30.3 | 32.02 | 36.97 | 39 | 42.52 | 49.73 | 58.66 | 72.71 | 78.29 | 98.41 |
| 21/22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.06 | 0.1 | 1.84 | 30.61 | 36.86 | 47.96 | 50.2 | 55.88 | 67.56 | 98.75 |
| 22/23 | 0 | 0 | 0 | 0 | 0 | 0.1 | 0.1 | 0.11 | 0.11 | 0.11 | 0.11 | 0.11 | 0.11 | 0.54 | 0.57 | 1.23 | 2.11 | 3.17 | 5.57 | 11.01 | 18.37 | 41.06 | 49.59 | 99.01 |
| 23/24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7.44 | 16.26 | 17.46 | 17.46 | 19.39 | 21.34 | 22.07 | 22.47 | 23.57 | 24.74 | 26.43 | 30.94 | 36.63 | 54.87 | 99.87 |
| 24/25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14.92 | 14.92 | 18.12 | 23.86 | 58.48 | 58.48 | 58.49 | 63.59 | 63.59 | 64.48 | 64.75 | 65.22 | 94.18 |
| 25/26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |

16



**CHART 5: INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT**
**11-1022 & 19-11-1022**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/21 | 0 | 1.39 | 1.98 | 2.78 | 3.69 | 4.8 | 5.21 | 5.9 | 6.31 | 6.99 | 7.63 | 8.43 | 8.43 | 9.85 | 12.05 | 12.56 | 15.31 | 16.64 | 18.15 | 28.14 | 38.02 | 43.74 | 53.3 | 97.2 |
| 21/22 | 0 | 1.04 | 1.81 | 2.44 | 3.02 | 4.07 | 5.12 | 5.81 | 6.4 | 7.26 | 7.71 | 9.11 | 9.11 | 9.59 | 10.87 | 11.17 | 12.01 | 16.13 | 17.88 | 22.46 | 29.73 | 36.54 | 53.86 | 97.65 |
| 22/23 | 0 | 0.9 | 1.57 | 2.16 | 2.82 | 5.16 | 6.63 | 7.33 | 8.79 | 9.35 | 10.67 | 11.88 | 11.88 | 12.25 | 13.14 | 13.41 | 14.07 | 15.37 | 16.5 | 17.19 | 22.07 | 29.45 | 43.71 | 101.8 |
| 23/24 | 0 | 0.89 | 1.55 | 2.36 | 2.95 | 4.02 | 4.4 | 5.39 | 6.93 | 24.54 | 25.25 | 26.39 | 26.39 | 26.7 | 29.94 | 30.3 | 31.26 | 31.87 | 36.95 | 38.59 | 43.77 | 47.68 | 54.59 | 101.7 |
| 24/25 | 0 | 0.97 | 1.66 | 2.27 | 3.17 | 3.99 | 5.11 | 5.96 | 6.91 | 8.15 | 8.98 | 27.31 | 27.31 | 27.71 | 28.1 | 28.1 | 28.1 | 28.1 | 34.19 | 34.19 | 37.86 | 38.5 | 38.67 | 98.62 |
| 25/26 | 0 | 1.56 | 2.63 | 2.63 | 2.63 | 2.63 | 6.87 | 6.87 | 9.96 | 10.52 | 12.07 | 13.55 | 13.55 | 14.84 | 15.72 | 16.44 | 17.24 | 17.24 | 17.4 | 19.83 | 21.27 | | | |



CHART 6: NONPROLIFERATION, ANTI-TERRORISM, DEMINING, AND RELATED PROGRAMS
11-1022 & 19-11-1022

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/21 | 0 | 0 | 0.11 | 0.22 | 0.22 | 0.5 | 0.82 | 0.82 | 8.47 | 10.43 | 15.62 | 18.99 | 18.99 | 20.81 | 28.72 | 30.32 | 31.53 | 35.02 | 39.28 | 41.39 | 48.18 | 53.39 | 60.1 | 96.09 |
| 21/22 | 0 | 0 | 0 | 0.4 | 0.62 | 1.39 | 1.45 | 1.45 | 1.96 | 11.28 | 19.52 | 21.88 | 21.88 | 23.21 | 26.02 | 28.69 | 32.13 | 35.55 | 38.28 | 40.8 | 44.54 | 51.96 | 58.95 | 98.65 |
| 22/23 | 0 | 0 | 0 | 0.07 | 0.08 | 2.47 | 2.89 | 4.17 | 4.85 | 14.6 | 20.43 | 28.61 | 28.61 | 31.89 | 34.81 | 37.17 | 38.03 | 42.95 | 45.26 | 46.92 | 48.21 | 56.17 | 65.79 | 100.1 |
| 23/24 | 0 | 0 | 0 | 0 | 0.38 | 1.47 | 2.04 | 3.07 | 3.73 | 11.87 | 22.82 | 25 | 25 | 29.8 | 32.98 | 37.71 | 38.96 | 42.72 | 46.8 | 48.75 | 50.26 | 58.21 | 63.01 | 100.2 |
| 24/25 | 0 | 0 | 0 | 0 | 0 | 0.63 | 1.46 | 2.25 | 2.68 | 10.9 | 13.52 | 18.12 | 18.12 | 21.81 | 27.08 | 27.08 | 27.08 | 27.08 | 30.97 | 32.9 | 36.6 | 42.83 | 52.57 | 96.98 |
| 25/26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.08 | 1.04 | 4.98 | 4.98 | 6.18 | 15.01 | 18.97 | 20.48 | 21.55 | 24.38 | 33.57 | 36.23 | | | |

18



**CHART 7: DEMOCRACY FUND**
**19-1121 & 72-19-1121**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.07 | 0.13 | 0.21 | 0.88 | 0.89 | 1.75 | 10.31 | 20.44 | 51.03 | 100 |
| 21/22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.52 | 0.52 | 0.57 | 0.61 | 0.87 | 1.38 | 1.49 | 1.51 | 2.35 | 11.34 | 16.23 | 38.77 | 99.99 |
| 22/23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.04 | 0.45 | 0.47 | 0.5 | 0.6 | 0.63 | 1.35 | 2.19 | 25.88 | 99.92 |
| 23/24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.34 | 2.61 | 3.26 | 4.27 | 5.8 | 11.1 | 100 |
| 24/25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.29 | 2.29 | 2.29 | 2.4 | 2.4 | 2.51 | 2.51 | 7.29 | 7.29 |
| 25/26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3.81 | 3.81 | 3.81 | 3.81 | 3.81 | | | |