**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>                    *Plaintiffs*,<br><br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## DECLARATION OF SCOTT CARLSON, AMERICAN BAR ASSOCIATION

I, Scott Carlson, declare as follows:

1.      I am an Associate Executive Director, in charge of the Center for Global Programs ("CGP") at the American Bar Association, a not-for-profit corporation organized under the laws of the State of Illinois (the "ABA"). I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at the ABA.

2.      The ABA is a non-partisan organization, founded in 1878 with a mission to defend liberty and pursue justice in the United States. Its Fund for Justice and Education ("ABA FJE"), the 501(c)(3) charitable fund of the Association, features many pro bono, public service, and education programs that improve access to justice in the United States and globally. The ABA Center for Global Programs is an ABA FJE-entity whose mission serves the ABA's Goal IV: Advance the Rule of Law. For 35 years, and in more than 100 countries, ABA CGP has, at the behest of, and in partnership with, the U.S. Agency for International Development (USAID), U.S. Department of State, and other U.S. government agencies, implemented international rule of

law and human rights programming that supports U.S. national interests. ABA believes that a strong rule of law and participatory democracies around the world result in a safer, more prosperous, and stable planet. Moreover, functioning and fair justice systems create more favorable environments for U.S. business interests and enhance the viability of global markets.

3.      Prior to 2025, approximately 38% of ABA CGP's revenues came from USAID. Another 60% of ABA CGP's revenues came from foreign assistance funding from the State Department.  To the best of our knowledge, the ABA has previously held awards funded from the following Appropriations Act Title III categories: Development Assistance; Economic Support Fund Democracy Fund (State); and Assistance for Europe, Eurasia, and Central Asia and Title IV International Narcotics Control and Law Enforcement as further described below.

4.      To the best of our knowledge, the ABA has previously held awards and/or would compete for awards in the following categories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act in the following categories set forth below:

| DEVELOPMENT ASSISTANCE | Previously Held | Would compete for future award |
|---|---|---|
| *Africa* | | |
| *Counter-Lord's Resistance Army/Illicit Armed Groups Program* | | X |
| *Democratic Republic of the Congo* | X | X |
| *Ghana* | X | X |
| *Liberia* | X | X |
| *Malawi* | | X |
| *Higher education programs* | | X |
| *Somalia* | X | X |

| | | |
|---|---|---|
| *The Gambia democracy programs* | X | X |
| *Power Africa* | | |
| *Young African Leaders Initiative (Y ALI)* | | X |
| **East Asia and the Pacific** | | |
| *Cambodia countering PRC programs* | X | X |
| *Greater Mekong rule of law and environment* | | X |
| *Mongolia* | X | X |
| *Philippines* | X | X |
| *Thailand* | X | X |
| *Timor-Leste* | X | X |
| **Middle East and North Africa** | | |
| *USAID Middle East Regional* | X | X |
| *Refugee scholarships program in Lebanon* | | |
| *Morocco* | X | X |
| **South and Central Asia** | | |
| *Bangladesh labor programs* | | X |
| *Maldives* | X | X |
| **Western Hemisphere** | | |
| *Caribbean Energy Initiative* | | |
| *Caribbean Economic Growth* | | X |
| *Colombia* | X | X |
| *Biodiversity* | | |
| *Dominican Republic* | X | X |

| | | |
|---|---|---|
| *Haiti reforestation* | | |
| *Resilient Critical Infrastructure* | | |
| **Global Programs** | | |
| *Assistive technology* | | |
| *Combating child marriage* | | X |
| *Development Innovation Ventures* | | X |
| *Disability programs* | | X |
| *Food security research and development* | | |
| *Feed the Future Innovation Labs* | | |
| *Global Crop Diversity Trust* | | |
| *Leahy War Victims Fund* | | X |
| *Mobility program* | | |
| *Ocean Freight Reimbursement Program* | | |
| *Trade capacity building* | | X |
| *USAID Advisor for Indigenous Peoples' Issues* | | |
| *Victims of torture* | | X |
| **ECONOMIC SUPPORT FUND** | | |
| *Country /Program* | | |
| **Africa** | | |
| *Equatorial Guinea democracy programs* | | X |
| *West Africa anti-slavery programs* | | X |
| **East Asia and the Pacific** | | |
| *Burma* | | X |

| | | |
|---|---|---|
| *Accountability and justice for Rohingya* | | |
| *Atrocity prevention and accountability, including the documentation and preservation of evidence, and transitional justice programs* | | X |
| *Support for deserters* | | |
| *Technical support and non-lethal assistance* | | |
| *Thailand* | | X |
| **Middle East and North Africa** | | |
| *Assistance subject to section 7041 (k)(l)* | | |
| **Iraq** | | |
| *Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b))* | X | X |
| *Justice sector assistance* | X | X |
| *Scholarships* | | |
| *Lebanon* | X | X |
| *Lebanon scholarships* | | |
| *Middle East Partnership Initiative* | | X |
| *Scholarship program* | X | |
| *Middle East Regional Cooperation* | | |
| *Near East Regional Democracy* | | X |
| *Nita M. Lowey Middle East Partnership for Peace Act* | | X |
| **South and Central Asia** | | |
| *Maldives* | X | X |
| **Western Hemisphere** | | |

| | | |
|---|---|---|
| *Caribbean Basin Security Initiative* | X | X |
| *Colombia* | X | X |
| *Afro-Colombian and Indigenous Communities* | | X |
| *Human rights* | X | X |
| *Cuba democracy programs* | | X |
| *Organization of American States human rights* | | X |
| ***Global Programs*** | | |
| *Arctic Council* | | |
| *Atrocities prevention* | X | X |
| *Conflict and Stabilization Operations* | X | X |
| *Peace accord/peace process monitoring* | | X |
| *Family Planning/Reproductive Health (USAID)* | | |
| *Global Surface Water Inventory* | | |
| *House Democracy Partnership* | | |
| *Implementation of Public Law 99-415* | | |
| *Information communications technology training* | | |
| *International religious freedom (section 7033)* | X | X |
| *Marla Ruzicka Fund for Innocent Victims of Conflict* | | X |
| *Small Island Developing States* | | X |
| **Separate Directives** | | |
| Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State (Title III) | X | X |

| | | |
|---|---|---|
| Bureau for Democracy, Human Rights, and Governance, United States Agency for International Development | X | X |
| Assistance and related programs for countries identified in section 3 of the FREEDOM Support Act (22 U.S.C. 5801) and section 3(c) of the SEED Act of 1989 (22 U.S.C. 5402) | X | X |
| Economic Resilience Initiative (§ 7030) | | |
| Strategic infrastructure investments (§ 7030(a)(1)) | | |
| Critical mineral supply chain security (§ 7030(a)(2)) | | |
| Economic resilience programs administered by USAID ((§ 7030(a)(3)) | | |
| Cyberspace, Digital Connectivity, and Related Technologies Fund (§ 7030(a)(4)) | | |
| CHIPS for America International Technology Security and Innovation Fund (§ 7030(c)(1)) | | |
| Diplomatic Programs (§ 7030(c)(1)) | | |
| Office of Inspector General (§ 7030(c)(1)) | | |
| Economic Support Fund (§ 7030(c)(1)) | | X |
| Nonproliferation, Anti-terrorism, Demining and Related Programs (§ 7030(c)(1)) | | X |
| Programs and activities to assist governments to improve budget transparency and to support civil society organizations in countries that promote budget transparency (§ 7031(b)(3)) | | X |
| Promote and support transparency and accountability of expenditures and revenues related to the extraction of natural resources (§ 7031(d)) | | X |
| Democracy programs (§ 7032(a)(1)) | X | X |
| Bureau of Democracy, Human Rights, and Labor (§ 7032(a)(2)) | X | X |

| | | |
|---|---|---|
| Protection of Civil Society Activists and Journalists (§ 7032(g)) | X | X |
| Protect international freedom of expression and independent media (§ 7032(h)) | X | X |
| Office of International Religious Freedom (§ 7033(a)) | X | X |
| International religious freedom programs (§ 7033(b)) | X | X |
| Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)) | | X |
| Forensic anthropology assistance related to the exhumation and identification of victims of war crimes, crimes against humanity, and genocide (§ 7034(b)(1)) | | X |
| DNA forensic technology programs to combat human trafficking in Central America and Mexico (§ 7034(b)(2)) | | X |
| Program for Research and Training on Eastern Europe and the Independent States of the Former Soviet Union (§ 7034(d)) | | X |
| Beneficiary feedback (§ 7034(l)(1)) | | |
| Impact evaluations of effectiveness and sustainability of assistance programs (§ 7034(l)(2)) | | |
| Local Works (§ 7034(n)) | | |
| War Crimes Accountability (§ 7034(r)) | X | X |
| Medical and casualty rehabilitation services (§ 7035(a)(3)) | | |
| Training related to the requirements of international humanitarian law (§ 7035(a)(4)) | | X |
| Eliminate inhumane conditions in foreign prisons (§ 7035(a)(5)) | | |
| Programs to counter the flow of fentanyl (§ 7036) | | |
| Egypt (§ 7041) | X | X |
| Egypt -- Economic support fund (§ 7041(a)(1)(A)) | | X |

| | | |
|---|---|---|
| Egypt -- Higher education programs (§ 7041(a)(1)(A)) | | |
| Egypt -- Scholarships (§ 7041(a)(1)(A)) | | |
| Egypt -- Foreign military financing program (§ 7041(a)(1)(B)) | | |
| Prevent Iran from obtaining nuclear weapon (§ 7041(b)) | | |
| Israel (§ 7041(d)) | | |
| Jordan (§ 7041(e)) | X | X |
| Al-Hol Action Plan (§ 7041(i)(3)) | | |
| Tunisia (§ 7041(j)) | X | X |
| Special Criminal Court in Central African Republic (§ 7042(b)) | X | X |
| Ethiopia (§ 7042(e)) | X | X |
| Indo-Pacific Strategy (§ 7043(c)(1)) | | X |
| Countering PRC Influence Fund (§ 7043(c)(2)) | X | X |
| Laos (§ 7043(d)) | | X |
| North Korea (§ 7043(e)(3)) | | |
| Pacific Island Countries (§ 7043(f)(2)) | X | X |
| Hong Kong (§ 7043(g)(2)) | | X |
| Philippines--foreign military financing (§ 7043(h)(1)) | | |
| Taiwan Global Cooperation and Training Framework (§ 7043(i)) | | |
| Tibet (§ 7043(j)) | | |
| Vietnam (§ 7043(k)) | X | X |
| Vietnam--health and disability programs (§ 7043(k)(1)) | | |

| | | |
|---|---|---|
| Vietnam--remediation of dioxin contaminated sites (§ 7043(k)(2)) | | |
| Vietnam--Reconciliation/Vietnamese Wartime Accounting Initiative (§ 7043(k)(3)) | | |
| Vietnam--higher education programs (§ 7043(k)(4)) | | |
| Afghanistan--support higher education of students studying outside the country, provide modified learning opportunities for women and girls (§ 7044(a)) | | |
| Investigate and document human rights abuses against women in Afghanistan (§ 7044(a)(3)(A)) | | X |
| Afghan women-lead organizations (§ 7044(a)(3)(B)) | | |
| Sri Lanka (§ 7044(c)) | X | X |
| Central America (§ 7045(b)(1)) | X | X |
| Central America--combatting corruption (§ 7045(b)(1)(A)) | X | X |
| Central America--reducing violence against women and girls (§ 7045(b)(1)(B)) | | X |
| El Salvador, Guatemala, Honduras (§ 7045(b)(1)(C)) | X | X |
| Youth empowerment program (§ 7045(b)(1)(D)) | | |
| Colombia (§ 7045(c)) | X | X |
| Rural security in coca producing municipalities (§ 7045(c)(2)(B)) | | |
| Haiti (§ 7045(g)) | X | X |
| Nicaragua (§ 7045(i)) | X | X |
| Caribbean Basin Security Initiative (§ 7045(k)) | | X |
| Venezuela democracy programs (§ 7045(l)) | | X |
| Ukraine staffing (§ 7046(d)(3)) | | |

| | | |
|---|---|---|
| Countering Russian Influence Fund (§ 7047(d)) | X | X |
| Junior Professional Officer Program (§ 7048(i)(1)) | | |
| UN leadership positions (§ 7048(i)(1)) | | |
| Internet Freedom (§ 7050(a)) | X | X |
| United Nations Population Fund (§ 7057(a)) | | |
| Family Planning / Reproductive Health (§ 7058(a)) | | |
| Gender Equality and Women's Empowerment (§ 7059(a)-(b)) | X | X |
| Madeleine K. Albright Women's Leadership Program (§ 7059(d)) | | |
| Gender-based violence (§ 7059(e)) | X | X |
| Women, Peace, and Security (§ 7059(f)) | X | X |
| Basic Education (§ 7060(a)(1)(A)) | | |
| Basic education multilateral partnerships (§ 7060(a)(1)(B)) | | |
| Higher Education (§ 7060(a)(2)) | | X |
| Partnerships between higher ed in USA and developing countries (§ 7060(a)(2)) | | |
| Higher ed programs pursuant to section 7060(a)(3) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021 (§ 7060(a)(2)) | | X |
| Scholar Rescue Programs (§ 7060(a)(3)) | | |
| USAID cooperative development programs (§ 7060(b)) | | |
| American Schools and Hospitals Abroad program (§ 7060(b)) | | |
| Food Security and Agricultural Development (§ 7060(d)(1)) | | |
| Micro, Small, and Medium-Sized Enterprises (§ 7060(e)) | | X |

| | | |
|---|---|---|
| Programs to Combat Trafficking in Persons (§ 7060(f)) | X | X |
| Program to end modern slavery (§ 7060(f)) | X | X |
| Public-private partnerships (§ 7060(g)) | | |
| Reconciliation programs (§ 7060(h)) | | |
| Water and Sanitation (§ 7060(i)) | | |
| Biodiversity (§ 7061(b)(1)) | | |
| Wildlife Trafficking (§ 7061(b)(2)) | X | X |
| Sustainable Landscapes (§ 7061(d)) | | |
| Adaptation (§ 7061(e)) | | |
| Clean Energy (§ 7061(f)) | | |
| Ocean Plastic Pollution (§ 7061)(h) | | |
| Indigenous and other civil society organizations in developing countries (§ 7061)(i)) | X | X |

5.      In addition, while noted above, the ABA has previously held, or would compete for, awards in the directives below that the administration has endeavored to avoid complying with by allocating rescinded funds to these directives. Each of these directives fulfills ABA's core mission of advancing the rule of law and defending the human rights of marginalized segments of various populations, as more fully described below:

- *War Crimes Accountability* (§ 7034(r)) – The ABA actively works to prevent mass atrocities, support international justice, and close legal loopholes regarding war crimes, genocide, and crimes against humanity through the Atrocity Prevention and Response Project in its Center for Human Rights. In addition, the Rule of Law Initiative has implemented numerous technical assistance programs designed to ensure accountability for war crimes — e.g., supporting expert witness testimony in the trial of Slobodan Milošević for his role in the Yugoslav Wars, and, most recently addressing the Russian war of aggression in Ukraine. War crimes accountability is a core area of focus that

the ABA strives to support in all international armed conflict settings, and the ABA would assuredly seek this funding if available.

- *Investigate and document human rights abuses against women in Afghanistan* (§ 7044(a)(3)(A)) - Since 1990, the ABA has supported human rights defenders around the world to document and investigate human rights abuses, including in Afghanistan. The ABA has implemented a U.S. State Department grant focused on providing legal support to human rights Page 13 of 23 defenders (including specifically women human rights defenders) around the globe (from 2012- 2025).

- *Countering Russian Influence Fund* (§ 7047(d)) - The ABA Rule of Law Initiative was founded in large part to assist countries of the former Soviet Union emerge and undermine the influence of Russia and turning towards more democratic governance. The ABA has implemented programs in Central Asia, the Caucasus and various other regions to counter Russian influence. Indeed, one of ABA's terminated programs was designed around these very goals.

- *Gender-based violence* (§ 7059(e)) - Countering gender-based violence has been a hallmark of ABA programming. Multiple programs in all regions of the world have been dedicated to this goal over the past thirty-plus years. Indeed, the ABA's Commission on Domestic & Sexual Violence is specifically dedicated to this issue and often provides technical assistance to ABA programming in this area. If funds for gender-based violence responses were available in the future, the ABA would surely apply for them.

- *Micro, Small, and Medium-Sized Enterprises* (§ 7060(e)) - The ABA recently implemented a large global program funded by the U.S. State Department Office of Global Women's Issues called Women and Girls Empowered, providing direct assistance to women and girls, including information, resources, and services they need to succeed as active and equal participants in the global economy. Under this program, the ABA provided an online loan platform that connects lenders to indigent entrepreneurs across the globe to alleviate poverty, provided financial support to women entrepreneurs, and worked with local microfinance institutions and women's organizations to reduce barriers that women face in starting and growing sustainable businesses.

- *Wildlife Trafficking* (§ 7061(b)(2)) – Previously, the ABA partnered with the Wildlife Conservation Society to help combat and put an end to wildlife trafficking in Latin America through the Strengthening Capacity and Commitment to Combat Wildlife Trafficking in Latin America program, which was funded by the U.S. Department of State Bureau of International Narcotics and Law Enforcement. The ABA has frequently competed for U.S. State Department-funded wildlife trafficking programs in Africa, Asia, and Latin America and would continue to pursue funding opportunities in this area.

6.    The ABA has also previously held awards, and would in the future compete for,

funds from the Human Rights and Democracy Fund.

7.　Additionally, with respect to Title IV funding categories, the ABA has previously held numerous International Narcotics Control and Law Enforcement awards, including in the following subcategories:

- Atrocities prevention
- Central America Regional Security Initiative - Costa Rica
- Colombia
- Combating wildlife trafficking
- Cybercrime and intellectual property rights
- Ecuador
- Fighting corruption
- Pakistan
- Thailand
- Trafficking in persons
- Office to Monitor and Combat Trafficking in Persons
- Vietnam

8.　If given the opportunity, with respect to Title IV funding categories, the ABA would compete for awards in the following categories:

- Atrocities prevention
- Central America Regional Security Initiative - Costa Rica
- Colombia
- Combating wildlife trafficking
- Cybercrime and intellectual property rights
- Ecuador
- Fighting corruption
- International Law Enforcement Academy
- Mongolia
- Pakistan
- State Western Hemisphere Regional - Caribbean Basin Security Initiative
- Thailand
- Trafficking in persons
- Office to Monitor and Combat Trafficking in Persons
- Vietnam

9.　Most recently, the ABA competed for, and was awarded, the following State and USAID awards:

| Agency | Award Type | Start Date | Award Description |
|--------|-----------|-----------|------------------|
| STATE | Cooperative Agreement | 8/20/2020 | SUDAN SUPPORTING A NEW SUDANESE CONSTITUTION |
| STATE | Grant | 10/1/2022 | SUDAN STRENGTHENING RELIGIOUS FREEDOM THROUGH THE RULE OF LAW |
| STATE | Grant | 9/2/2022 | DRC PREVENTING ATROCITIES AGAINST CIVILIANS |
| STATE | Cooperative Agreement | 9/22/2023 | ANGOLA PROMOTING THE RULE OF LAW |
| STATE | Grant | 9/26/2023 | TANZANIA ADVANCING FREEDOM OF EXPRESSION |
| USAID | Cooperative Agreement | 3/11/2024 | DRC ACTION TO REDUCE AND RESPOND TO EXPLOITATION AND TRAFFICKING |
| STATE | Cooperative Agreement | 5/1/2024 | GAMBIA COUNTER TRAFFICKING IN PERSONS |
| STATE | Grant | 9/30/2024 | EAST AND SOUTHERN AFRICA SAFEGUARDING DIGITAL PRIVACY RIGHTS |
| STATE | Grant | 10/1/2024 | CAR INCREASING ACCESS TO JUSTICE FOR VULNERABLE POPULATIONS |
| STATE | Grant | 10/1/2024 | ANGOLA EMPOWERING ANGOLAN PUBLIC DEFENDERS TO EXPAND ACCESS TO JUSTICE |
| STATE | Grant | 10/1/2024 | ANGOLA PROMOTING RESPONSIBLE OVERSIGHT AND ENFORCEMENT TO COMBAT TIMBER TRAFFICKING |
| STATE | Grant | 9/8/2021 | PAKISTAN PROTECTING WOMEN'S MARRIAGE RIGHTS |
| STATE | Cooperative Agreement | 9/23/2021 | REGIONAL RIGHT TO RESILIENCE |
| STATE | Grant | 9/30/2022 | INDONESIA PROGRAM TO STRENGTHEN LEGAL PROTECTIONS |
| STATE | Grant | 9/20/2022 | MALAYSIA SUPPORTING UNIVERSAL RIGHTS AND ACCESS TO JUSTICE |
| STATE | Grant | 9/30/2023 | EAST ASIA SUPPORTING HUMAN RIGHTS DEFENDERS TO PROMOTE ACCOUNTABILITY |
| STATE | Grant | 9/24/2023 | EAST ASIA PROMOTING THE FREE AND OPEN INTERNET |
| STATE | Grant | 9/25/2023 | PROMOTING JUDICIAL INDEPENDENCE AND RULE OF LAW |

| | | | |
|---|---|---|---|
| STATE | Grant | 9/30/2023 | MALAYSIA ADVANCING THE PROTECTION OF CONSTITUTIONAL RIGHTS |
| STATE | Cooperative Agreement | 5/15/2024 | PAKISTAN IMPROVE CHILD LABOR PROTECTION MECHANISMS AND REDUCE CHILD TRAFFICKING |
| STATE | Grant | 8/21/2024 | SRI LANKA CIVIC VOICES FOR FREEDOM OF EXPRESSION |
| STATE | Grant | 9/30/2024 | BURMA HUMAN RIGHTS DOCUMENTATION PROJECT |
| STATE | Grant | 9/30/2024 | SRI LANKA SACRED SITES |
| STATE | Grant | 9/30/2024 | PAKISTAN TERRORISM AND CTF PROSECUTION ASSISTANCE |
| STATE | Grant | 2/1/2021 | MOLDOVA SUPPORTING CRIMINAL JUSTICE REFORM AND STRENGTHENING ANTICORRUPTION EFFORTS |
| STATE | Cooperative Agreement | 9/1/2022 | TAJIKISTAN SUPPORTING TAJIKISTAN RULE OF LAW LANDSCAPE |
| USAID | Cooperative Agreement | 9/29/2022 | EURASIA LEGAL SUPPORT PROJECT |
| USAID | Cooperative Agreement | 5/15/2024 | UKRAINE HEALING AND ACCOUNTABILITY THROUGH HUMAN RIGHTS |
| STATE | Grant | 9/27/2021 | NICARAGUA BUILDING CAPACITY ON RULE OF LAW CENTRAL AMERICA REGIONAL SECURITY INITIATIVE |
| STATE | Cooperative Agreement | 2/1/2022 | PERU JUSTICE SECTOR SUPPORT PROJECT |
| STATE | Cooperative Agreement | 10/1/2022 | COLOMBIA ENHANCE THE CAPACITY OF THE COLOMBIAN CRIMINAL JUSTICE SYSTEM |
| STATE | Cooperative Agreement | 9/30/2022 | RAISING PUBLIC AWARENESS ON COUNTERING THE FINANCING OF TERRORISM IN THE TRI-BORDER  AREA |
| STATE | Grant | 1/5/2023 | MEXICO LAW STUDENT LITIGATION AND MEDIATION INITIATIVE |
| STATE | Cooperative Agreement | 4/3/2023 | COLOMBIA STRENGTHENING JUDICIAL PRACTICE |
| STATE | Cooperative Agreement | 9/1/2023 | EL SALVADOR PILOT ANTI-CORRUPTION COMPLAINT MECHANISM PROGRAM |
| USAID | Cooperative Agreement | 2/14/2024 | GUATEMALA HUMAN RIGHTS FOR ALL GUATEMALA |

| | | | |
|---|---|---|---|
| STATE | Cooperative Agreement | 9/26/2024 | COMBAT HUMAN SMUGGLING AND GENDER-BASED VIOLENCE TIP AND BEST PRACTICES IN THE GOVERNMENT OF GUATEMALA FOR SVET |
| STATE | Grant | 9/1/2022 | BAHRAIN STRENGTHENING FUNDAMENTAL FREEDOMS AND THE RULE OF LAW |
| STATE | Cooperative Agreement | 10/1/2022 | REGIONAL CONFIDENTIAL GENERATION TO GENERATION: BUILDING EFFECTIVE LAWYERING SKILLS IN CLOSED ENVIRONMENTS |
| USAID | Cooperative Agreement | 9/1/2023 | LIBYA RECONCILIATION AND JUSTICE |
| STATE | Cooperative Agreement | 4/22/2024 | JORDAN PREVENTION AND PROTECTION OF MWS |
| STATE | Cooperative Agreement | 1/19/2021 | GLOBAL W-GDP LEGAL REFORM FUND PROJECT |
| STATE | Cooperative Agreement | 10/1/2024 | GLOBAL INL TRAVEL LOGISTICS AND LANGUAGE SUPPORT FOR KM |
| USAID | Cooperative Agreement | 9/30/2024 | WESTERN BALKANS EQUALITY SHIELD |
| STATE | Grant | 6/24/2021 | GLOBAL PROGRAM TO PROTECT AT-RISK HUMAN RIGHTS DEFENDERS |
| STATE | Grant | 8/31/2021 | NORTHERN CENTRAL AMERICA ANTI-CORRUPTION PROGRAM |
| STATE | Cooperative Agreement | 10/1/2023 | PERU MONITORING JUSTICE PROCESSES AND ENVIRONMENTAL DEFENDER CASES |
| STATE | Cooperative Agreement | 9/30/2024 | REGIONAL ADVANCING THE ROLE OF WOMEN IN THE LABOR MOVEMENT |

10.     ABA CGP suffered, and continues to suffer, the continuing harm from the USG failing to spend the foreign assistance funds that expired on September 30, 2025, and for which ABA CGP would have otherwise been in a position to compete.  ABA CGP has competed for and been awarded funding under the categories described above for decades. ABA CGP is dependent on these funds, with 98% of its annual revenues in prior years coming from USAID or from foreign assistance funding from the State Department (collectively, USG).  ABA CGP, like

other organizations dedicated to international development, has built its business model around heretofore predictable USG procurement cycles. ABA CGP's professional team routinely submits proposals to the USG for new programming throughout the USG fiscal year, and ABA CGP tracks these results systematically. In recent years, the ABA CGP "win rate" on new proposals has been between 25-35%. Historically, ABA CGP models its future budgets and operational planning based on estimates, derived from an analysis of U.S. funding available in the categories listed above, established win rates, and anticipated revenues associated with new awards.  Thus, when the funds that were set to expire on September 2025 were not appropriated, ABA CGP lost 40% of the revenues ABA had previously projected for 2025 (having completed and billed for 60% of the work completed in 2025) and 93% of the revenue previously projected for 2026.  For the ABA fiscal year ending August 2025, ABA CGP originally projected revenue totaling 64 million USD, and in keeping with prior experience, ABA CGP projected to secure at least the same amount for the fiscal year 2026, if funds were made available for competition. When funds set to expire on September 30, 2025, were not spent, ABA CGP was forced to draw upon its ABA financial reserves to continue in operation—approximately 3 million dollars.[1]

11.    If the appropriations to the funds set to expire on September 30, 2026 are not spent, or are not spent for the specific purposes Congress mandated, the ABA will suffer similar harm, and the viability of ABA CGP to continue as a going concern will be in serious jeopardy because the ABA has already projected and made business decisions based on (1) multi-year

---

[1] In addition to the forced draw downs, the ABA depends upon a line of credit to finance its day-to-day operations, which can reach as much 30 million USD depending upon the facts and circumstances. The ABA's access to this line of credit is based in significant part on its portfolio of awards with the USG, which are reasonably relied upon to represent income producing assets. The delays in paying close out costs and lack of new awards have caused the ABA to incur at least $87,767 in interest payments on its line of credit.

awards some percentage of which are included in the funds about to expire and (2) estimates of likely new awards based on continued Congressional appropriations for rule of law and human rights programming (see above).  In years prior to the termination of foreign assistance grants, the ABA typically submitted over 50 bids each year for relevant programs solicited by the U.S. Department of State and USAID.  For example, in 2023 ABA submitted approximately 72 collective bids for State Department and USAID-funded opportunities.  In 2024, ABA submitted approximately 62 collective bids for State Department and USAID-funded opportunities. In contrast, due to the paucity of foreign assistance funding from the U.S. government after the President's Executive Order 14169 and subsequent mass termination of grants, the ABA only had the opportunity to bid on 12 U.S. Department of State-funded grants in 2025 and 9 U.S. Department of State-funded grants to date in 2026.  As of the date of signature, the ABA has received *no* new or continuing awards for these funds.

12.    As described above, ABA has decades of experience working with foreign ministries, multilateral organizations, peer legal associations, private sector actors, and civil society organizations around the world to promote the rule of law. The ABA's reputation in the space has been built on the impact of its programming, the quality of the partners it brings together, and its professionalism in managing funds, pursuing awards, and generating thought leadership as one of the first and foremost rule of law and development actors. That reputation will be significantly harmed if the ABA is not able to continue competing for, and winning, foreign assistance awards because Defendants refuse to spend it or do not spend it for the specific purposes Congress mandated.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27,

2026.

Scott Carlson
Associate Executive Director
Center for Global Programs
American Bar Association