**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

    *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Civil Action No. 25-cv-402 (AHA)

## DECLARATION OF ERIC BJORNLUND (DEMOCRACY INTERNATIONAL, INC.)

I, Eric Bjornlund, declare as follows:

1.    I am President and CEO of Democracy International, Inc. ("Democracy International," "DI," or the "Company"). The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at Democracy International.

2.    Democracy International is a U.S.-based small business headquartered in Bethesda, Maryland. DI is an international development consulting firm that supports active citizens, responsive governments, and engaged civil society and political organizations to achieve a more peaceful, democratic world. The Company provides technical assistance, analytical services, and project implementation for democracy, human rights, governance, peace and resilience, youth empowerment, and other international development programs worldwide.

3.    Democracy International was founded in 2003 to conduct democracy and governance analytical services for the U.S. Agency for International Development ("USAID"). Since its founding, DI has conducted more than 200 projects for USAID in more than 80 countries, including in some of the world's most challenging environments. It has

also conducted projects for the U.S. Department of State and other international development funders.

4.      Approximately 96 percent of Democracy International's approximately $42 million in revenues in 2024 came from prime cooperative agreements and contracts from USAID and an additional approximately 2 percent came indirectly from USAID through subawards, for a total of approximately 98 percent directly or indirectly from USAID.

5.      Democracy International has held awards funded from the following Appropriations Act Title III categories: Complex Crises Fund, Development Assistance, Transition Initiatives, Assistance for Europe, Eurasia and Central Asia, Democracy Fund (USAID), Global Health Programs, and Economic Support Fund.

6.      Democracy International has held awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act: democracy, good governance, human rights, civil society, religious freedom, independent media, peacebuilding, anticorruption, budget transparency, humanitarian assistance for vulnerable and persecuted minorities, and reducing violence against women and girls. Specific sections include:

| |
|---|
| Programs and activities to assist governments to improve budget transparency and to support civil society organizations in such countries that promote budget transparency (§ 7031(b)(3)) |
| Democracy programs (§ 7032(a)(1)) |
| Protection of Civil Society Activists and Journalists (§ 7032(g)) |
| Protect international freedom of expression and independent media (§ 7032(h)) |
| International religious freedom programs (§ 7033(b)) |
| Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)) |
| Ghana |
| Liberia |
| Malawi |
| The Gambia democracy programs |
| Philippines |

| |
|---|
| Tunisia (§ 7041(j)) |
| Central America (§ 7045(b)(1)) |
| Nicaragua (§ 7045(i)) |
| Caribbean Basin Security Initiative (§ 7045(k)) |
| Countering Russian Influence Fund (§ 7047(d)) |
| Gender Equality and Women's Empowerment (§ 7059(a)-(b)) |
| Women, Peace, and Security (§ 7059(f)) |
| Programs to Combat Trafficking in Persons (§ 7060(f)) |
| Indigenous and other civil society organizations in developing countries (§ 7061)(i)) |

7.      If given the opportunity, Democracy International would compete for awards funded for international disaster assistance; for transition initiatives; from the Complex Crises Fund; from the Democracy Fund; for Development Assistance; for Assistance for Europe, Eurasia and Central Asia (AEECA); for Global Health Programs; and from the Economic Support Fund.

8.      If given the opportunity, Democracy International would compete for awards in the following categories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act or identified in Sections 7019 to 7061 of that Act:

| **DEVELOPMENT ASSISTANCE** |
|---|
| **Africa** |
| Democratic Republic of the Congo |
| Ghana |
| Liberia |
| Malawi |
| The Gambia democracy programs |
| Young African Leaders Initiative (YALI) |
| **East Asia and the Pacific** |
| Cambodia countering PRC programs |
| Greater Mekong rule of law and environment |
| Mongolia |
| Philippines |
| Thailand |

| |
|---|
| Timor-Leste |
| **Middle East and North Africa** |
| USAID Middle East Regional |
| Morocco |
| **South and Central Asia** |
| Bangladesh labor programs |
| Maldives |
| **Western Hemisphere** |
| Colombia |
| Dominican Republic |
| **Global Programs** |
| Development Innovation Ventures |
| Leahy War Victims Fund |
| Trade capacity building |
| **ECONOMIC SUPPORT FUND** |
| **Africa** |
| Equatorial Guinea democracy programs |
| West Africa anti-slavery programs |
| **East Asia and the Pacific** |
| Burma |
| *Accountability and justice for Rohingya* |
| *Atrocity prevention and accountability, including the documentation and preservation of evidence, and transitional justice programs* |
| *Support for deserters* |
| *Technical support and non-lethal assistance* |
| Thailand |
| **Middle East and North Africa** |
| Iraq |
| Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)) |
| *Justice sector assistance* |
| Lebanon |
| Middle East Partnership Initiative |
| Middle East Regional Cooperation |
| Near East Regional Democracy |
| Nita M. Lowey Middle East Partnership for Peace Act |
| **South and Central Asia** |
| Maldives |
| **Western Hemisphere** |
| Caribbean Basin Security Initiative |

| |
|---|
| Colombia |
| *Afro-Colombian and Indigenous communities* |
| *Human rights* |
| Cuba democracy programs |
| Organization of American States human rights |
| **Global Programs** |
| Atrocities prevention |
| Conflict and Stabilization Operations |
| *Peace accord/peace process monitoring* |
| House Democracy Partnership |
| International religious freedom (section 7033) |
| Marla Ruzicka Fund for Innocent Victims of Conflict |
| Small Island Developing States |
| **Separate Directives** |
| Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State (P.L. 118-47, 138 Stat. 743) |
| Bureau for Democracy, Human Rights, and Governance, United States Agency for International Development (P.L. 118-47, 138 Stat. 743-44) |
| Assistance and related programs for countries identified in section 3 of the FREEDOM Support Act (22 U.S.C. 5801) and section 3(c) of the SEED Act of 1989 (22 U.S.C. 5402) |
| Economic Resilience Initiative (§ 7030) |
| Programs and activities to assist governments to improve budget transparency and to support civil society organizations in countries that promote budget transparency (§ 7031(b)(3)) |
| Democracy programs (§ 7032(a)(1)) |
| Bureau of Democracy, Human Rights, and Labor (§ 7032(a)(2)) |
| Protection of Civil Society Activists and Journalists (§ 7032(g)) |
| Protect international freedom of expression and independent media (§ 7032(h)) |
| Office of International Religious Freedom (§ 7033(a)) |
| International religious freedom programs (§ 7033(b)) |
| Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)) |
| Forensic anthropology assistance related to the exhumation and identification of victims of war crimes, crimes against humanity, and genocide (§ 7034(b)(1)) |
| Program for Research and Training on Eastern Europe and the Independent States of the Former Soviet Union (§ 7034(d)) |
| Impact evaluations of effectiveness and sustainability of assistance programs (§ 7034(*l*)(2)) |
| Local Works (§ 7034(n)) |
| War Crimes Accountability (§ 7034(r)) |
| Training related to the requirements of international humanitarian law (§ 7035(a)(4)) |
| Tunisia (§ 7041(j)) |

| |
|---|
| Special Criminal Court in Central African Republic (§ 7042(b)) |
| Hong Kong (§ 7043(g)(2)) |
| Tibet (§ 7043(j)) |
| Investigate and document human rights abuses against women in Afghanistan (§ 7044(a)(3)(A)) |
| Afghan women-lead organizations (§ 7044(a)(3)(B)) |
| Central America (§ 7045(b)(1)) |
| Central America--combatting corruption (§ 7045(b)(1)(A)) |
| Central America--reducing violence against women and girls (§ 7045(b)(1)(B)) |
| El Salvador, Guatemala, Honduras (§ 7045(b)(1)(C)) |
| Youth empowerment program (§ 7045(b)(1)(D)) |
| Colombia (§ 7045(c)) |
| Haiti (§ 7045(g)) |
| Nicaragua (§ 7045(i)) |
| Caribbean Basin Security Initiative (§ 7045(k)) |
| Venezuela democracy programs (§ 7045(l)) |
| Countering Russian Influence Fund (§ 7047(d)) |
| Internet Freedom (§ 7050(a)) |
| Gender Equality and Women's Empowerment (§ 7059(a)-(b)) |
| Gender-based violence (§ 7059(e)) |
| Women, Peace, and Security (§ 7059(f)) |
| Programs to Combat Trafficking in Persons (§ 7060(f)) |
| Reconciliation programs (§ 7060(h)) |
| Indigenous and other civil society organizations in developing countries (§ 7061)(i)) |

9.      In addition, with respect to Title IV funding categories, if given the opportunity, DI would compete for awards in International Narcotics Control and Law Enforcement, including the following subcategories:

| International Narcotics Control and Law Enforcement |
|---|
| Atrocities prevention |
| Central America Regional Security Initiative - Costa Rica |
| Colombia |
| Cybercrime and intellectual property rights |
| Demand reduction |
| Ecuador |
| Fighting corruption |
| Mongolia |
| Pakistan |

| State Western Hemisphere Regional - Caribbean Basin Security Initiative |
| --- |
| Thailand |
| Trafficking in persons |
| Office to Monitor and Combat Trafficking in Persons |
| of which, child protection compacts |
| of which, modern slavery |
| Vietnam |

10.     Democracy International previously competed for and was awarded numerous

State Department and USAID awards. These include, most recently:

| Agency | Type | Date of Original Award | Date of Termination | Award Description |
| --- | --- | --- | --- | --- |
| USAID | Cooperative Agreement | 10/1/22 | 5/15/25 | Through the USAID-funded Justice, Rights, and Security–Rapid Response Assistance Program, DI and its consortium partners respond to urgent and unmet needs in justice, human rights, and security (JRS). DI responds to windows of opportunity and action-forcing events with innovative rapid-response approaches based on context and local and USAID needs. |
| USAID | Cost Plus Fixed Fee | 9/2/24 | 2/10/25 | The Peacebuilders contract can be used by any USAID Mission or |

| | | | | Bureau/Independent Office, including in individual countries or for regional programming as well as in nonpermissive environments, to support the prevention, mitigation, management or recovery from conflict, violence and/or the integration of conflict sensitive approaches across USAID development sectors and throughout the Program Cycle. |
|---|---|---|---|---|
| USAID | IDIQ | 5/15/23 | 2/26/25 | Programming for Prevention and Peacebuilding (P4P2) indefinite delivery, indefinite quantity (IDIQ) aims to improve development outcomes in fragile, conflict or violence-affected regions and countries through innovative, adaptive, and effective country-specific or regional interventions, including cross-border efforts focused on peacebuilding and prevention. |
| USAID | IDIQ | 12/14/23 | 2/26/25 | Compliance and Capacity Support for Diverse Partnership (CCSDP) indefinite delivery, indefinite |

| | | | | |
|---|---|---|---|---|
| | | | | quantity (IDIQ) aims to expand USAID's localization efforts by engaging with new partners, as well as support local partners, and governments so that they have the capabilities and resources to serve as prime partners for USAID programming. |
| USAID | IDIQ | 8/30/24 | 2/26/25 | Support Which Implements Fast Transitions 6-Programs (SWIFT 6) indefinite delivery, indefinite quantity (IDIQ) contract is a 10-year, multi-award contract, designed to enhance the USAID Office of Transition Initiatives' efforts to advance U.S. foreign policy by addressing complex political crises through rapid and effective interventions. |
| USAID | Cooperative Agreement | 1/9/23 | 3/16/25 | The Armenia Protection, Inclusion, and Empowerment project has the goal of improving the lives of disadvantaged and marginalized populations through needed legal-regulatory framework changes, improving services, and intensifying |

| | | | | |
|---|---|---|---|---|
| | | | | cooperation between the government and nongovernmental actors to address the needs of vulnerable and marginalized groups. |
| USAID | Cooperative Agreement | 10/1/24 | 2/26/25 | The Kyrgyz Republic New Civil Society Activity supports civil society actors in the country's complex political environment. |
| USAID | Cost Plus Award Fee | 12/13/21 | 2/12/25 | The Kosovo Social Contract Activity introduces sustainable practices for public participation to improve citizens' quality of life and strengthen their partnership with municipal government. |
| USAID | Cost Plus Fixed Fee | 10/1/23 | 2/11/25 | The Bosnia and Herzegovina Support to Electoral Integrity Activity improves the integrity of election processes and addressing citizen distrust in political processes. |
| USAID | Cooperative Agreement | 8/1/23 | 4/6/25 | The Bangladesh Ain Shohayota (Legal Aid) project aims to promote people-centered justice through increased public participation, inclusivity, and data- |

| | | | | |
|---|---|---|---|---|
| | | | | driven approaches to strengthen the justice system. |
| USAID | Cooperative Agreement | 10/1/24 | 2/26/25 | The Bangladesh Responsive Local Governance project is facilitating investment to strengthen the capacity of Local Elected Government Institutions, improve civil society and citizen participation in local governance structures, and bolster multisectoral coordination for quality service delivery. |
| USAID | IDIQ | 1/9/24 | 2/26/25 | Central America Regional Support Services (CARSS) indefinite delivery, indefinite quantity (IDIQ) aims to provide USAID Regional and Bilateral Missions in Central and Latin America with flexible, streamlined, and integrated ways to address the root causes of migration from Central America to the United States, particularly those related to economic opportunity, governance and transparency, crime, and insecurity. |

| USAID | Cost Plus Fixed Fee | 7/1/20 | 3/25/25 | Jamaica Positive Pathways supports youth, families, and communities and strengthens existing initiatives and resources in youth violence prevention. |
|---|---|---|---|---|
| USAID | Cooperative Agreement | 5/23/22 | 2/26/25 | The Malawi Parliamentary Support Program supports Malawi's Parliament to operate independently and more effectively through technical support to select committees and caucuses and cross-institutional coordination between Parliament and statutory oversight institutions, and by facilitating collaboration among Parliament, civil society organizations, and the media on legislative and oversight matters in the public interest. |
| USAID | Cooperative Agreement | 3/6/23 | 3/21/25 | The Ghana Performance Accountability Activity aims to strengthen civil society oversight of government performance in public service, including by supporting local government service delivery to provide |

| | | | | |
|---|---|---|---|---|
| | | | | more responsive, better quality, and essential services that citizens demand. |
| USAID | Cooperative Agreement | 1/30/23 | 4/2/25 | The Tunisia NASSEEJ (Interwoven) Activity supports Tunisian initiatives on priority issues of local concern to advance development in key sectors and effect change at the local, regional, and national levels. |
| USAID | Cooperative Agreement | 5/7/21 | 2/26/25 | The Liberia Elections and Democracy Activity works with civil society, the National Elections Commission, and the Government of Liberia to cultivate accountable elected representatives who govern in the interest of their constituents. |
| USAID | Cooperative Agreement | 9/20/24 | 3/21/25 | The Libya Engagement with Voters for Equitable Representation project works with key actors within the government of Libya and with civil society organizations to advance democracy. |

| USAID | Cooperative Agreement | 5/7/21 | 2/26/25 | The Bangladesh Strengthening Political Landscape project supports political party activists and politically active citizens to develop the skills and knowledge to engage in decision-making regarding public policy and to engage constructively to mitigate the effects of conflict. |
|-------|----------------------|--------|---------|------------------------------------------------|

11.  Democracy International is experiencing continuing harm from the government's failure to spend the foreign assistance funds that were set to expire on September 30, 2025, and the Company will be further irreparably harmed if the government does not spend the foreign assistance funds that are expiring on September 30, 2026. Democracy International has competed for and been awarded funding under the categories described above for many years. As explained above, Democracy International was dependent on these funds, with 98% of the company's annual revenues in 2024 coming from USAID and more than 95 percent from USAID and/or from foreign assistance funding from the State Department in prior years. Because the appropriations that expired on September 30, 2025, were not spent, Democracy International missed out on nearly all the revenues we had projected for 2025 and 2026, and if the appropriations expiring on September 20, 2026, are also not spent, Democracy International expects a reduction of the Company's annual revenues in 2026 by more than 95 percent from what they were in 2024, before the government's failure to spend appropriations in Fiscal Years 2025 and 2026. Such a significant loss of revenue continues to pose an existential threat to the

Company and puts the Company at risk of bankruptcy.

12.     Democracy International has reasonably relied, as it has for more than two decades, on the continued existence of these types of opportunities due to congressional appropriations, long-standing bipartisan support in Congress, and consistent policy in both Democratic and Republican administrations. Even though there was no guarantee that the Company would continue to win new funding, we entered into long-term obligations in reliance on the reasonable expectation that these awards would continue to be made to someone in accordance with Congressional appropriations.

13.     The lost opportunity to compete for and potentially be awarded expiring foreign assistance funds has caused, and will continue to cause, Democracy International to suffer significant additional harms. These include:

- The Company would lose the opportunity to win new work and would have no chance to recover those revenues in the future, as the appropriated funds would have expired and not be available again in the future.

- The Company might not be able to continue operating and would be at substantial risk of having to shut down entirely after 23-plus years in business.

- Having already terminated almost all of its exceptionally talented, committed staff members because of the government's abrupt, unjustified, across-the-board termination of the Company's programs in 2025 and the government's failure to spend funds expiring at the end of Fiscal Year 2025 in accordance with Congressional appropriations, the Company would likely have to terminate most if not all of its remaining few home office staff members.

- The Company might have to halt its remaining overseas programs and lay off its

remaining staff members working on those programs.

- The Company would likely be unable to meet its obligation under a home office lease in the Washington, DC, area.

- The Company would face a high likelihood that a future financial audit would question its ability to continue as a going concern, which would severely hamper its ability to obtain credit or win work from other funders or clients in the future.

- The Company might be unable to survive at all and thus would lose the opportunity to rebuild itself to be able to carry out foreign assistance programs. Accordingly, two decades of experience, knowledge, and institutional memory would be lost to future U.S. government foreign assistance efforts.

- The Company might face bankruptcy.

- Because the appropriations that expired on September 30, 2025, were not spent, the Company has lost most the resources to maintain the global presence required to win new work from other funders of international development programs, and the failure of the government to spend funds expiring on September 30, 2026, in accordance with Congressional appropriations would prevent us from having the opportunity to rebuilding the infrastructure necessary to do so. Specifically, the Company has been largely unable to maintain registrations, legal and other representation, and government licenses in many countries, and if the funds expiring on September 30, 2026, are not spent, we will be unable to restore such registrations, legal and other representation, and government licenses. We have been forced to lay off the technical experts and experienced professionals that had enabled us to win and conduct international development

programs, and if the funds expiring on September 30, 2026, are not spent, we will be unable to rehire, or hire new, technical experts and experienced professionals. We no longer maintain the essential corporate infrastructure—such as accounting, human resources, insurance, compliance, and security support—required to maintain compliance with the complicated legal, regulatory, and compliance requirements from other international funders and donors or to work in complex overseas environments, and if the funds expiring on September 30, 2026, are not spent, we will not be able to rebuild such essential corporate infrastructure, putting us at substantially greater risk of noncompliance with applicable laws and regulations.

- Because the appropriations that expired on September 30, 2025, were not spent, the Company has suffered major reputational harm, and if the funds expiring on September 30, 2026, are not spent, the Company will lose any opportunity to rebuild its credibility with overseas governments, parliaments, and other government institutions as well as with local civil society, businesses, leaders, and citizens; such credibility is essential to the effectiveness of our partner civil society organizations, human rights defenders, and democracy advocates and to any future success.

Democracy International would experience these additional harms imminently if the government fails to spend foreign assistance funds before they expire on September 30. Had the government obligated and awarded these funds in the ordinary course, Democracy International would very likely have already received a number of awards and have begun receiving payments under those awards. Although Democracy International has been able to continue as a going concern, notwithstanding the government's failure to date to reimburse the Company for any termination costs, if the expiring appropriations are not made available, the Company's operations will be

permanently devastated, in a way that we would likely not ever be able to repair.

14.       Because the appropriations that expired on September 30, 2025, were not spent, Democracy International has lost the opportunity to advance American security and prosperity around the world, such as by working to reduce conflict, increase access to justice, provide avenues for meaningful work and economic prospects to discourage youth from joining gangs and to counter violent extremism, and counter malign foreign influence in democratic nations. Thus, for example, our inability to continue our work has meant that we have: left human rights defenders vulnerable to threats to their physical safety; been unable to provide emergency assistance to refugees and victims of state-sponsored violence; stopped working to prevent at-risk youth from joining gangs and protect communities from violence; failed to protect elections from manipulation and corruption; and left young people vulnerable to being recruited into terrorist organizations. If additional funds for foreign aid programs are allowed to expire on September 30, 2026, we will be unable to resume such valuable efforts. Our inability to compete for funds under the canceled appropriations has largely wiped out the benefits of years-long efforts to build trust with local governments, parliaments, and other government institutions that is essential for success, and the failure again to fund programs in accordance with the appropriations prevent us from beginning to try to rebuild such trust and will further cede enormous political influence in the developing-country world to Russia and China.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2026.

ERIC BJORNLUND
PRESIDENT AND CEO
DEMOCRACY INTERNATIONAL,
INC.