**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**<u>DECLARATION OF AMY BOLDOSSER-BOESCH (GLOBAL HEALTH COUNCIL)</u>**

I, Amy Boldosser-Boesch, declare as follows:

1.     I am the Chair of the Board of Directors at the Global Health Council (GHC). The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at GHC.

2.     GHC is a private, not-for-profit, membership alliance incorporated in Delaware and enjoying tax-exempt status under Section 501(c)(3) of the Internal Revenue Code. GHC's business address is 2300 N Street NW, Suite 501A, Washington, DC 20037.

3.     GHC was founded in 1972 under the name National Council of International Health as a U.S.-based, nonprofit membership organization with the purpose of identifying priority world health problems and reporting on them to the U.S. public, legislators, international and domestic government agencies, academic institutions, and the world health community.

4.     GHC's 140 member organizations have operated in at least 150 countries and include many prominent U.S. non-profit and academic organizations working to alleviate the burden of disease and disability in middle- and low-income countries. Approximately 25% of GHC member organizations are direct recipients of US foreign aid funding. Individually and

collectively, these organizations work to strengthen the ability of developing nations to address critical public health challenges, including:

    a.    Health Systems Strengthening

    b.    Maternal and Child Health

    c.    Infectious disease prevention and control

    d.    HIV/AIDS prevention, treatment and care

5.    GHC's members include Chemonics International, Inc. and Management Sciences for Health (MSH).

6.    Many of GHC's members administer global health programs and receive funding from USAID and other federal agencies and depend on sustained, uninterrupted funding to continue their work.

7.    GHC's members have previously held awards funded from the following Appropriations Act Title III categories: Global Health Programs; HIV/AIDS (State – PEPFAR); Development Assistance; International Disaster Assistance; Transition Initiatives; and Economic Support Fund.

8.    If given the opportunity, GHC's members would compete for awards in the following categories specified in the Appropriation Act's Title III funding categories: Global Health Programs; HIV/AIDS (State – PEPFAR); Development Assistance; International Disaster Assistance; Transition Initiatives; Economic Support Fund; Democracy Fund (State); Democracy Fund (USAID); Assistance for Europe, Eurasia, and Central Asia; Migration and Refugee Assistance; and U.S. Emergency Refugee and Migrant Assistance Fund.

9.      GHC's members have previously held awards and/or would compete for awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act:

| GLOBAL HEALTH PROGRAMS | Previously Held | Would compete for future award |
|---|---|---|
| *Maternal and Child Health* | x | x |
| *Polio* | x | x |
| *The GAVI Alliance* | x | x |
| *Maternal and Neonatal Tetanus* | x | x |
| *Nutrition (USAID)* | x | x |
| *Vulnerable Children (USAID)* | x | x |
| *HIV/AIDS (USAID)* | x | x |
| *Microbicides* | x | x |
| *HIV/ AIDS (Department of State)* | x | x |
| *Family Planning/Reproductive Health (USAID)* | x | x |
| *Global Health Security* | x | x |
| *Malaria* | x | x |
| *Tuberculosis* | x | x |
| *Global TB Drug Facility* | x | x |
| *Other Public Health Threats* | x | x |

| | | |
|---|---|---|
| *Neglected Tropical Diseases* | x | x |
| Economic Support Fund | x | x |
| Afghan women-lead organizations (§ 7044(a)(3)(B)) | x | x |
| Family Planning / Reproductive Health (§ 7058(a)) | x | x |
| Gender Equality and Women's Empowerment (§ 7059(a)-(b)) | x | x |
| Gender-based violence (§ 7059(e)) | x | x |
| Women, Peace, and Security (§ 7059(f)) | x | x |
| American Schools and Hospitals Abroad Program (§ 7060(b)) | x | |
| Water and Sanitation (§ 7060(i)) | x | x |

10.     With respect to Title IV funding categories, GHC's members previously held International Narcotics Control and Law Enforcement and Peacekeeping Operations awards and would compete for future awards including in the following subcategories:

| | Previously Held | Would compete for future |
|---|---|---|
| **International Narcotics Control and Law Enforcement** | | x |
| Atrocities prevention | | x |
| Central America Regional Security Initiative - Costa Rica | | x |
| Colombia | | x |
| Combating wildlife trafficking | x | x |
| Cybercrime and intellectual property rights | | x |

| | | |
|---|---|---|
| Demand reduction | | x |
| Democratic Republic of the Congo - Virunga National Park security | | x |
| Ecuador | | x |
| Fighting corruption | x | x |
| International Law Enforcement Academy | | x |
| Inter-Regional Aviation Support | | |
| El Salvador | | x |
| Dominican Republic | | x |
| Mexico | | x |
| Mongolia | | x |
| Pakistan | x | x |
| State Western Hemisphere Regional - Caribbean Basin Security Initiative | | x |
| Thailand | x | x |
| Trafficking in persons | x | x |
| Office to Monitor and Combat Trafficking in Persons | | x |
| of which, child protection compacts | | x |
| of which, modern slavery | | x |
| Vietnam | | x |
| **Peacekeeping Operations** | | |
| Africa (Somalia) | | x |
| Political-Military Affairs (Global Peace Operations Initiative) | | x |
| Trans-Sahara Counterterrorism Partnership | | x |

11.     If given the opportunity, with respect to Title IV funding categories, GHC's members would compete for awards in the following categories: Nonproliferation, Anti-Terrorism, Demining and Related programs, including in the following subcategories:

|  | Previously Held | Would compete for future |
|---|---|---|
| **Nonproliferation, Anti-Terrorism, Demining and Related Programs** |  | x |
| Nonproliferation and Disarmament Fund |  |  |
| International Atomic Energy Agency |  |  |
| Conventional Weapons Destruction |  |  |
| Humanitarian demining |  | x |
| of which, Southeast Asia |  | x |

12.     GHC's members have been and will continue to be irreparably harmed by the government's failure to obligate and spend the foreign assistance funds that were set to expire on September 30, 2025, and that are set to expire on September 30, 2026 because, as noted, many GHC members depend on sustained, uninterrupted funding to maintain staff, preserve institutional capacity, and continue their work. Had the government obligated these funds as required, member companies likely would have already received awards and would soon begin receiving payments under them. Although some member companies have managed to survive, they have suffered permanent losses of personnel, technical expertise, organizational capacity, and partnerships. If the expiring appropriations are not made available, they will be permanently harmed in a way that they may never be able to repair.

Members have experienced severe organizational and financial harms in the United States due to the government's failure to spend appropriated funds as required. Member organizations have eliminated hundreds of American jobs and thousands of positions globally, closed or significantly downsized U.S. offices, relocated functions overseas, imposed salary reductions, reduced or

eliminated employee health insurance and other benefits, and substantially reduced their operational capacity. Multiple members report current and projected revenue losses of 25–60% of their annual budgets, requiring deep organizational restructuring, the cancellation of planned investments, and the termination of longstanding programs and partnerships. These harms continue today and are expected to worsen if the government does not obligate and expend the remaining appropriated funds before they expire. Members anticipate additional layoffs, further reductions in U.S.-based operations, and the continued loss of highly specialized technical experts whose expertise has been developed over decades of implementing U.S. foreign assistance programs. Many organizations have already exhausted financial reserves, drawn on lines of credit, or relied on emergency cost-cutting measures to remain operational. Once organizations close offices, terminate staff, and dismantle programs, those losses cannot be reversed. Technical expertise and institutional knowledge cannot be recovered, and shuttered operations cannot be instantly restarted.

13.    Members' workforces overseas and the communities they serve have also suffered and will suffer immediate and devastating programmatic harms if the funds are not obligated by the deadline or allowed to expire. The foreign assistance funds at issue are crucial for providing treatment to malnourished children and combatting disease around the world. The abrupt terminations in life-saving programs that would result from the failure to spend the appropriated funds will leave millions without essential health care and nutrition, outcomes that cannot be reversed later.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2026.

/s/

Amy Boldosser-Boesch
Chair, Board of Directors
Global Health Council