**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 25-cv-402 (AHA)

**<u>DECLARATION OF BETH OPPENHEIM (HIAS, Inc.)</u>**

I, Beth Oppenheim, declare as follows:

1.      I am the President and Chief Executive Officer of HIAS. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at HIAS.

2.      Our mission is to rescue people whose lives are in danger for being who they are, protecting vulnerable refugees, asylum seekers, and other forcibly displaced people. Founded in 1903, HIAS is the Jewish community's refugee organization, dedicated to assisting forcibly displaced persons regardless of faith or ethnicity in the US and globally.

3.      As of January 19, 2025, HIAS operated offices in 21 countries, supporting refugees through legal protection, resettlement, mental health support, violence prevention, economic inclusion, and advocacy for protective laws and policies worldwide.

4.      As of January 19, 2025, approximately 38% of HIAS' FY2025 revenues came from USAID, particularly the Bureau of Humanitarian Assistance, and the State Department,

particularly the Bureau of Population, Refugees, and Migration ("PRM") and the Bureau of Democracy, Human Rights, and Labor ("DRL").

5. HIAS has previously held awards funded from the following Appropriations Act Title III categories: Development Assistance; Economic Support Fund; Democracy Fund (State); Migration and Refugee Assistance; and U.S. Emergency Refugee and Migrant Assistance Fund.

6. HIAS has previously held awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act: Colombia (§ 7019(a) tables, § 7045(c)); Dominican Republic (§ 7019(a) tables); Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights and Labor, Department of State (§ 7019(a) tables, Title III); Bureau of Democracy, Human Rights and Labor (§ 7032(a)(2)); Family Planning/Reproductive Health (USAID) (§ 7019(a) tables); Micro, Small, and Medium-Sized Enterprises (§ 7060(e)); and Humanitarian Assistance for Vulnerable and Persecuted Minorities (§ 7033(b)).

7. If given the opportunity, HIAS would compete for awards in the following Appropriations Act Title III categories: Development Assistance, Economic Support Fund, Democracy Fund (State); Migration and Refugee Assistance; and U.S. Emergency Refugee and Migrant Assistance Fund.

8. If given the opportunity, HIAS would compete for awards in multiple subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act: The Young African Leaders Initiative (Y ALI) (§ 7019(a) tables); Caribbean Economic Growth (§ 7019(a) tables); Central America (§ 7019(a) tables, § 7045(b)(1)); Central America—reducing violence against women and girls § 7045(b)(1)(B)); Colombia (§ 7019(a) tables, § 7045(c)); Democratic Republic of the Congo (§

7019(a) tables); Dominican Republic (§ 7019(a) tables); Development Innovation Ventures (§ 7019(a) tables); Disability programs (§ 7019(a) tables); Mobility program (§ 7019(a) tables); USAID Advisor for Indigenous Peoples' Issues (§ 7019(a) tables); Victims of torture (§ 7019(a) tables); Justice sector assistance (§ 7019(a) tables); Nita M. Lowey Middle East Partnership for Peace Act (§ 7019(a) tables); Afro-Colombian and Indigenous communities (§ 7019(a) tables); Human rights (§ 7019(a) tables); Organization of American States human rights (§ 7019(a) tables); Family Planning/Reproductive Health (USAID) (§ 7019(a) tables);International religious freedom (§ 7033); Marla Ruzicka Fund for Innocent Victims of Conflict (§ 7019(a) tables); Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State ((§ 7019(a) tables), Title III); Economic Resilience Initiative (§ 7030); Economic resilience programs administered by USAID ((§ 7030(a)(3)); Economic Support Fund (§ 7030(c)(1)); Bureau of Democracy, Human Rights, and Labor (§ 7032(a)(2)); Office of International Religious Freedom (§ 7033(a)); International religious freedom programs (§ 7033(b)); humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)); Gender-based violence (§ 7059(e)); Venezuela democracy programs (§ 7045(l)); United Nations Population Fund (§ 7057(a)); Micro, Small, and Medium-Sized Enterprises (§ 7060(e)); Programs to Combat Trafficking in Persons ((§ 7060(f)); and Women, Peace, and Security (§ 7059(f)).

9.     HIAS previously competed for and was awarded numerous State and USAID awards, including, most recently:

| Agency | Awards Type | Date of Original Award | Date of Termination | Award description |
|--------|-------------|------------------------|---------------------|-------------------|
|        |             |                        |                     |                   |

| USAID/B HA | Cooperative Agreement | 10/01/2024 | 2/26/25 | FY24-26 BHA-Venezuela 720BHA24GR00159 |
| State/DRL | Cooperative Agreement | 09/18/2023 | 2/26/25 | DRL GR/RO - 2023/25 SAQMIP23GR0213 |
| State/PRM | Cooperative Agreement | 9/30/2024 | 2/26/25 | PRM FY24-26 Dominican Republic SPRMCO24CA0328 |
| State/PRM | Cooperative Agreement | 9/27/2024 | 2/26/25 | PRM FY25 Colombia SPRMCO24CA0278 |
| State/PRM | Cooperative Agreement | 9/30/2024 | 2/4/25 | PRM FY25 Colombia CHIP SPRMCO24CA0334 |
| State/PRM | Cooperative Agreement | 9/27/2024 | 2/26/25 | PRM FY25 Ecuador SPRMCO24CA0277 |
| State/PRM | Cooperative Agreement | 9/05/2024 | 2/26/25 | PRM FY25 Peru SPRMCO24CA0252 |

| State/PRM | Cooperative Agreement | 9/30/2024 | 2/4/25 | PRM FY25 Caribbean SPRMCO24CA0325 |
| State/PRM | Cooperative Agreement | 9/01/2024 | 4/21/25 | PRM FY25 Chad SPRMCO24CA0215 |

10.    HIAS is experiencing ongoing be irreparable harms from the government's failure to spend the foreign assistance funds that were set to expire on September 30, 2025. HIAS has competed for and been awarded funding under the categories described above for a number of years. As explained above, HIAS is dependent on these funds, with 38% of its annual revenues in prior years coming from USAID or from foreign assistance funding from the State Department. If the expiring appropriations are not spent, it would pose an existential threat to HIAS.

11.    For example, the lost opportunity to compete for and potentially be awarded expiring foreign assistance funds is causing, and will cause, HIAS to suffer significant additional harms above and beyond harms that it has already experienced. These would include: losing revenues that would be unrecoverable because the money will be forever expired and never available to obtain; terminating additional staff, including another 18% of staff, comprising 150 out of the remaining 846 staff, leading to a total cut of 61%, or 996 of 1,627 staff employed by HIAS on January 19, 2025; cutting additional programming in many of our country offices, including critical support to women and girls and other vulnerable populations through the provision of mental health and psychosocial services, legal assistance, and economic inclusion opportunities for those poised to be greater contributors to local economies; losing overall value of the organization, reducing our annual budget by 50% in FY25 and more in subsequent years;

the significant risk of reputational harm both in countries where we have had to reduce our footprint and among other stakeholders and partners; and the potential that after more than 130 years of operation, HIAS would have to close its doors to refugees, other displaced populations, and the communities who support them around the world.

12.      HIAS is experiencing these harms from the government's failure to spend foreign assistance funds set to expire September 30, 2025, and would experience additional harms imminently if the government fails to spend foreign assistance funds before they expire on September 30, 2026. Had the government obligated and awarded these funds in the ordinary course, HIAS would very likely have already received a number of awards and would soon begin receiving payments under the awards. Although HIAS has been able to continue operations as a result of receiving payments for work already performed and other modest sources of funding, if the expiring appropriations are not made available, its operations would be permanently devastated, in a way that it may not be able to ever repair or that would take enormous costs to ever repair.

I declare under penalty of perjury that the foregoing is true and correct.

 Executed on July 27, 2026.

DocuSigned by:

*Beth Oppenheim*

/s/ _____

0FA6E0307CA3438...

Beth Oppenheim
President & CEO