**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**<u>DECLARATION OF BRADFORD JOHNSON (SMALL BUSINESS ASSOCIATION FOR INTERNATIONAL COMPANIES)</u>**

I, Bradford P. Johnson, declare as follows:

1.      I am the General Legal Counsel for the Small Business Association for International Companies (SBAIC). (I also am Principal for LawDCVT PLLC.) The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at SBAIC, including information reported to me by representatives of our member companies.

2.      SBAIC is a membership organization established to promote the meaningful utilization of U.S. small businesses at U.S. government agencies providing foreign assistance, such as the U.S. Agency for International Development (USAID), Millennium Challenge Corporation (MCC), Development Finance Corporation (DFC), and the U.S. Departments of State, Defense, Health and Human Services and Agriculture.

3.      SBAIC has almost 170 members, including small businesses certified under every Small Business Administration category, such as Veteran-Owned (including Service-Disabled), Women-Owned, HUBZone, Disadvantaged, and 8(a) Businesses.

4.      Democracy International, Inc. is a member of SBAIC.

5.      SBAIC's members work in all sectors and geographies, including conflict zones. This includes economic growth, agriculture and food security, democracy and governance, water and sanitation, as well as global health and education. Our members also work in humanitarian relief and crisis stabilization. Many also support monitoring and evaluation to ensure that U.S. Government taxpayer funds are evidence-based and achieve the highest return for every dollar expended. SBAIC members work in Africa, Asia, Latin America (including the Caribbean and Central America), Middle East, and Eastern Europe. Typical of American small businesses, SBAIC members provide innovative solutions to development challenges, leveraging the tradition of American small business values, ingenuity, and flexibility. Our members' size make us especially well suited – or "right-sized"—to quickly and cost effectively work with and strengthen local partners. Like American small businesses generally, which represent the engine of the U.S. economy, SBAIC members are nimble and able to quickly pivot to ensure efficacy and continuing responsiveness to changing circumstances and U.S. Government interests. As an example of our cost effectiveness, most of our project staff and subcontractors are comprised of citizens and organizations of the countries we work in.

6.      SBAIC's members previously held awards funded from the following Appropriations Act Title III categories: Global Health Programs; HIV/AIDS (State – PEPFAR); Development Assistance; Transition Initiatives; Complex Crises Fund; Economic Support Fund; Democracy Fund (USAID); and Assistance for Europe, Eurasia, and Central Asia.

7.      SBAIC's members previously held awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act: Maternal and Child Health; Polio; The GAVI Alliance;

Maternal and Neonatal Tetanus; Nutrition (USAID); Iodine Deficiency Disorder; Micronutrients; of which, Vitamin A; Vulnerable Children (USAID); Blind Children; HIV/AIDS (USAID); Microbicides; HIV/ AIDS (Department of State); The Global Fund to Fight AIDS, Tuberculosis, and Malaria; UNAIDS; Family Planning/Reproductive Health (USAID); Global Health Security; Malaria; Tuberculosis; Global TB Drug Facility; Other Public Health Threats; Neglected Tropical Diseases; Democratic Republic of the Congo; Ghana; Liberia; Malawi; Higher education programs; Somalia; Power Africa; Young African Leaders Initiative (Y ALI); Cambodia countering PRC programs; Greater Mekong rule of law and environment; Philippines; Thailand; Timor-Leste; USAID Middle East Regional; Refugee scholarships program in Lebanon; Morocco; Bangladesh labor programs; Maldives; Caribbean Energy Initiative; Caribbean Economic Growth; Colombia; Biodiversity; Dominican Republic; Haiti reforestation; Resilient Critical Infrastructure; Combating child marriage; Development Innovation Ventures; Food security research and development; Feed the Future Innovation Labs; Global Crop Diversity Trust; Leahy War Victims Fund; Trade capacity building; USAID Advisor for Indigenous Peoples' Issues; Victims of torture; Burma; East Asia and the Pacific programs; Democracy; Justice sector assistance; Lebanon; Scholarship program; Middle East Regional Cooperation; Near East Regional Democracy; Maldives; Caribbean Basin Security Initiative; Colombia; Afro-Colombian and Indigenous communities; Human rights; Arctic Council; Atrocities prevention; Conflict and Stabilization Operations; Family Planning/Reproductive Health (USAID); Information communications technology training; Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State (Title III); Critical mineral supply chain security (§ 7030(a)(2)); Economic resilience programs administered by USAID ((§ 7030(a)(3)); Cyberspace, Digital Connectivity, and Related

Technologies Fund (§ 7030(a)(4)); Economic Support Fund (§ 7030(c)(1)); Nonproliferation,

Anti-terrorism, Demining and Related Programs (§ 7030(c)(1)); Promote and support

transparency and accountability of expenditures and revenues related to the extraction of natural

resources (§ 7031(d)); Democracy programs (§ 7032(a)(1)); Bureau of Democracy, Human

Rights, and Labor (§ 7032(a)(2)); Protection of Civil Society Activists and Journalists (§

7032(g)); Protect international freedom of expression and independent media (§ 7032(h));

Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)); Beneficiary

feedback (§ 7034(l)(1)); Impact evaluations of effectiveness and sustainability of assistance

programs (§ 7034(l)(2)); Local Works (§ 7034(n)); Programs to counter the flow of fentanyl (§

7036); Egypt (§ 7041); Egypt -- Economic support fund (§ 7041(a)(1)(A)); Egypt -- Higher

education programs (§ 7041(a)(1)(A)); Jordan (§ 7041(e)); Tunisia (§ 7041(j)); Ethiopia (§

7042(e)); Countering PRC Influence Fund (§ 7043(c)(2)); North Korea (§ 7043(e)(3)); Vietnam

(§ 7043(k)); Central America (§ 7045(b)(1)); Central America--combatting corruption (§

7045(b)(1)(A)); Central America--reducing violence against women and girls (§ 7045(b)(1)(B));

El Salvador, Guatemala, Honduras (§ 7045(b)(1)(C)); Youth empowerment program (§

7045(b)(1)(D)); Colombia (§ 7045(c)); Haiti (§ 7045(g)); Nicaragua (§ 7045(i)); Caribbean Basin

Security Initiative (§ 7045(k)); Family Planning / Reproductive Health (§ 7058(a)); Gender Equality and

Women's Empowerment (§ 7059(a)-(b)); Madeleine K. Albright Women's Leadership Program (§

7059(d)); Gender-based violence (§ 7059(e)); Women, Peace, and Security (§ 7059(f)); Basic Education

(§ 7060(a)(1)(A)); Higher Education (§ 7060(a)(2)); Food Security and Agricultural Development (§

7060(d)(1)); Micro, Small, and Medium-Sized Enterprises (§ 7060(e)); Public-private partnerships (§

7060(g)); Water and Sanitation (§ 7060(i)); Biodiversity (§ 7061(b)(1)); Wildlife Trafficking (§

7061(b)(2)); Sustainable Landscapes (§ 7061(d)); Adaptation (§ 7061(e)); Clean Energy (§ 7061(f));

Ocean Plastic Pollution (§ 7061)(h)); Indigenous and other civil society organizations in developing

countries (§ 7061)(i)).

8.      If given the opportunity, SBAIC member companies would compete for awards in the following categories specified in the Appropriation Act's Title III funding categories: Global Health Programs; HIV/AIDS (State – PEPFAR); Development Assistance; International Disaster Assistance; Transition Initiatives; Complex Crises Fund; Economic Support Fund; Democracy Fund (USAID); and Assistance for Europe, Eurasia, and Central Asia.

If given the opportunity, SBAIC member companies would compete for awards in the following subcategories set forth in tables designated by Section 7019(a) of the 2024 Appropriations Act, or identified in Sections 7019 to 7061 of that Act:  Maternal and Child Health; Polio; The GAVI Alliance; Maternal and Neonatal Tetanus; Nutrition (USAID); Iodine Deficiency Disorder;  Micronutrients; of which, Vitamin A; Vulnerable Children (USAID); Blind Children; HIV/AIDS (USAID); Microbicides; HIV/ AIDS (Department of State); The Global Fund to Fight AIDS, Tuberculosis, and Malaria; UNAIDS; Family Planning/Reproductive Health (USAID); Global Health Security; Malaria; Tuberculosis; Global TB Drug Facility; Other Public Health Threats; Neglected Tropical Diseases; Counter-Lord's Resistance Army/Illicit Armed Groups Program; Democratic Republic of the Congo; Ghana; Liberia; Malawi; Higher education programs; Somalia; The Gambia democracy programs; Power Africa; Young African Leaders Initiative (Y ALI); Cambodia countering PRC programs; Greater Mekong rule of law and environment; Mongolia;  Philippines; Thailand; Timor-Leste; USAID Middle East Regional; Refugee scholarships program in Lebanon; Morocco; Bangladesh labor programs; Maldives;  Caribbean Energy Initiative; Caribbean Economic Growth; Colombia; Biodiversity; Dominican Republic; Haiti reforestation; Resilient Critical Infrastructure; Assistive technology; Combating child marriage; Development Innovation Ventures; Disability programs;

Food security research and development; Feed the Future Innovation Labs; Global Crop Diversity Trust; Leahy War Victims Fund; Mobility program; Ocean Freight Reimbursement Program; Trade capacity building; USAID Advisor for Indigenous Peoples' Issues; Victims of torture; Equatorial Guinea democracy programs; West Africa anti-slavery programs; Burma; Accountability and justice for Rohingya; Atrocity prevention and accountability, including the documentation and preservation of evidence, and transitional justice; East Asia and the Pacific programs; Support for deserters; Technical support and non-lethal assistance; Thailand; Assistance subject to section 7041 (k)(l); Iraq; Democracy; Justice sector assistance; Scholarships; Lebanon; Lebanon scholarships; Middle East Partnership Initiative; Scholarship program; Middle East Regional Cooperation; Near East Regional Democracy; Nita M. Lowey Middle East Partnership for Peace Act; Maldives; Caribbean Basin Security Initiative; Colombia; Afro-Colombian and Indigenous communities; Human rights; Cuba democracy programs; Organization of American States human rights; Arctic Council; Atrocities prevention; Conflict and Stabilization Operations; Peace accord/peace process monitoring; Family Planning/Reproductive Health (USAID); Global Surface Water Inventory; House Democracy Partnership; Implementation of Public Law 99-415; Information communications technology training; International religious freedom (section 7033); Marla Ruzicka Fund for Innocent Victims of Conflict; Small Island Developing States; Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State (Title III); Bureau for Democracy, Human Rights, and Governance, United States Agency for International Development; assistance and related programs for countries identified in section 3 of the FREEDOM Support Act (22 U.S.C. 5801) and section 3(c) of the SEED Act of 1989 (22 U.S.C. 5402); Economic Resilience Initiative (§ 7030); Strategic infrastructure investments (§

7030(a)(1)); Critical mineral supply chain secuirty (§ 7030(a)(2)); Economic resiliance programs administered by USAID ((§ 7030(a)(3)); Cyberspace, Digital Connectivity, and Related Technologies Fund (§ 7030(a)(4)); CHIPS for America International Technology Security and Innovation Fund (§ 7030(c)(1)); Diplomatic Programs (§ 7030(c)(1)); Office of Inspector General (§ 7030(c)(1)); Economic Support Fund (§ 7030(c)(1)); Nonproliferation, Anti-terrorism, Demining and Related Programs (§ 7030(c)(1)); Programs and activities to assist governments to improve budget transparency and to support civil society organizations in countries that promote budget transparency (§ 7031(b)(3)); Promote and support transparency and accountability of expenditures and revenues related to the extraction of natural resources (§ 7031(d)); Democracy programs (§ 7032(a)(1)); Bureau of Democracy, Human Rights, and Labor (§ 7032(a)(2)); Protection of Civil Society Activists and Journalists (§ 7032(g)); Protect international freedom of expression and independent media (§ 7032(h)); Office of International Religious Freedom (§ 7033(a)); International religious freedom programs (§ 7033(b)); Humanitarian assistance for vulnerable and persecuted minorities (§ 7033(b)); Program for Research and Training on Eastern Europe and the Independent States of the Former Soviet Union (§ 7034(d)); Beneficiary feedback (§ 7034(l)(1)); Impact evaluations of effectiveness and sustainability of assistance programs (§ 7034(l)(2)); Local Works (§ 7034(n)); War Crimes Accountability (§ 7034(r)); Training related to the requirements of international humanitarian law (§ 7035(a)(4)); Eliminate inhumane conditions in foreign prisons (§ 7035(a)(5)); Programs to counter the flow of fentanyl (§ 7036); Egypt (§ 7041); Egypy -- Economic support fund (§ 7041(a)(1)(A)); Egypy -- Higher education programs (§ 7041(a)(1)(A)); Prevent Iran from obtaining nuclear weapon (§ 7041(b)); Israel (§ 7041(d)); Jordan (§ 7041(e)); Tunisia (§ 7041(j)); Special Criminal Court in Central African Republic (§ 7042(b)); Ethiopia (§ 7042(e));

Indo-Pacific Strategy (§ 7043(c)(1)); Countering PRC Influence Fund (§ 7043(c)(2)); Laos (§ 7043(d)); North Korea (§ 7043(e)(3)); Pacific Island Countries (§ 7043(f)(2)); Hong Kong (§ 7043(g)(2)); Philippines--foreign military financing (§ 7043(h)(1)); Taiwan Global Cooperation and Training Framework (§ 7043(i)); Tibet (§ 7043(j)); Vietnam (§ 7043(k)); Vietnam--health and disability programs (§ 7043(k)(1)); Vietnam--higher education programs (§ 7043(k)(4)); Afghanistan--support higher education of students studying outside the country, provide modified learning opportunities for women and girls (§ 7044(a)); Investigate and document human rights abuses against women in Afghanistan (§ 7044(a)(3)(A)); Afghan women-lead organizations (§ 7044(a)(3)(B)); Sri Lanka (§ 7044(c)); Central America (§ 7045(b)(1)); Central America--combatting corruption (§ 7045(b)(1)(A)); Central America--reducing violence against women and girls (§ 7045(b)(1)(B)); El Salvador, Guatemala, Honduras (§ 7045(b)(1)(C)); Youth empowerment program (§ 7045(b)(1)(D)); Colombia (§ 7045(c)); Haiti (§ 7045(g)); Nicaragua (§ 7045(i)); Caribbean Basin Security Initiative (§ 7045(k)); Venezuela democracy programs (§ 7045(l)); Ukraine staffing (§ 7046(d)(3)); Countering Russian Influence Fund (§ 7047(d)); Internet Freedom (§ 7050(a)); United Nations Population Fund (§ 7057(a)); Family Planning / Reproductive Health (§ 7058(a)); Gender Equality and Women's Empowerment (§ 7059(a)-(b)); Madeleine K. Albright Women's Leadership Program (§ 7059(d)); Gender-based violence (§ 7059(e)); Women, Peace, and Security (§ 7059(f)); Basic Education (§ 7060(a)(1)(A)); Higher Education (§ 7060(a)(2)); Basic education multilateral partnerships (§ 7060(a)(1)(B)); Partnerships between higher ed in USA and developing countries (§ 7060(a)(2)); Higher ed programs pursuant to section 7060(a)(3) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021  (§ 7060(a)(2)); Scholar Rescue Programs (§ 7060(a)(3)); USAID cooperative development programs (§ 7060(b)); Food Security and

Agricultural Development (§ 7060(d)(1)); Micro, Small, and Medium-Sized Enterprises (§ 7060(e)); Programs to Combat Trafficking in Persons (§ 7060(f)); Program to end modern slavery (§ 7060(f)); Public-private partnerships (§ 7060(g)); Reconciliation programs (§ 7060(h)); Water and Sanitation (§ 7060(i)); Biodiversity (§ 7061(b)(1)); Wildlife Trafficking (§ 7061(b)(2)); Sustainable Landscapes (§ 7061(d)); Adaptation (§ 7061(e)); Clean Energy (§ 7061(f)); Ocean Plastic Pollution (§ 7061)(h); Indigenous and other civil society organizations in developing countries (§ 7061)(i)).

9.      With respect to Title IV funding categories, at least one SBAIC member company has also previously held awards from the Title IV category of Non-Proliferation, Anti-Terrorism, Demining (and specifically the subcategory of humanitarian demining).

10.      SBAIC member companies previously competed for and were awarded numerous State Department and USAID awards. These include, most recently:

| Agency | Awards Type | Date of Original Award | Date of Termination | Award description |
|---|---|---|---|---|
| USAID | Contract | 8/1/2022 | 2/11/2025 | Technical assistance |
| USAID | Contract | 11/15/2019 | 2/26/2025 | Technical assistance |
| USAID | Contract | 4/19/2021 | 2/12/2025 | Technical assistance |
| USAID | Contract | 7/15/2022 | 2/26/2025 | Business enabling environment |
| USAID | Contract | 9/22/2023 | 2/10/2025 | Monitoring, evaluation, and learning |
| USAID | Contract | 8/5/2024 | 2/26/2025 | Technical assistance |
| USAID | Contract | 7/1/2024 | 2/26/2025 | Technical assistance |
| USAID | Contract | 3/20/23 | 3/25/2025 | Monitoring, evaluation, and learning |
| USAID | Contract | 10/1/2024 | 2/26/2025 | Monitoring, evaluation, and learning |
| USAID | Contract | 8/1/20 | 2/26/2025 | Monitoring, evaluation, and learning |
| USAID | Contract | 11/2/2023 | 2/26/2025 | Monitoring, evaluation, and learning |
| USAID | Contract | 11/20/2023 | 2/26/2025 | Technical assistance |
| USAID | Contract | 11/16/2023 | 2/26/2025 | Technical assistance |
| USAID | Contract | 11/10/22 | 2/26/2025 | Monitoring, evaluation, and learning |
| USAID | Contract | 9/15/23 | 2/26/2025 | Global Health Technical Assistance |
| USAID | Contract | 5/3/19 | 2/11/2025 | Global Health Technical Assistance |
| USAID | Contract | 8/18/20 | 2/26/2025 | Monitoring, evaluation, and learning |
| USAID | Contract | 10/1/24 | 2/26/2025 | Technical assistance |
| USAID | Cost Plus | 9/25/2024 | 2/26/2025 | Nigeria BHA Third Party Monitoring, independent |

| | | | | |
|---|---|---|---|---|
| | | | | verification and validation. |
| USAID | Cost Plus | 7/7/2021 | 2/26/2025 | Monitoring, Evaluation, Learning Support Activity, independent verification and validation. |
| USAID | Contract | 3/21/2024 | 3/25/2025 | Strengthening the capacity of the Jordan Tourism Board and larger tourism sector |
| USAID | Contract | 8/4/2022 | 3/24/2025 | RLA sought to improve the effectiveness and accountability of USAID's investments in food security, public health, and humanitarian assistance by providing the Agency and its partners with timely, independent data; validating performance against objectives; and identifying gaps, duplication, and underperformance. |
| USAID | Contract | 6/1/22 | 2/26/2025 | The Ghana MEL Platform sought to improve effectiveness and accountability of USAID's programming in Ghana, a geopolitically strategic ally in an unstable region, by measuring impact, evaluating perform ance against objectives, analyzing the context for effective programming, and providing concrete recommendations for improvement. |
| USAID | Contract | 9/2/22 | 2/26/2025 | The MESA contract sought to improve effectiveness and |

| | | | | |
|---|---|---|---|---|
| | | | | accountability of USAID's programming in Mexico, including topics such as migration, security, drug trafficking, economic opportunities, human rights, and protection of journalists. MESA did this by measuring impact, evaluating performance against objectives, analyzing the context for effective programming, and providing concrete recommendations for improvement. |
| USAID | Contract | 10/1/23 | 2/26/2025 | LEES empowered local companies and organizations to lead evaluations and other studies important for local development, thus seeking to reduce dependance on foreign aid. |
| USAID | Contract | 1/20/25 | 2/26/2025 | CCLA sought to help the USAID/Georgia Mission to design strategies and programs that promote U.S. national security and economic interests by strengthening Georgia's stability, self-reliance, and prosperity. |
| USAID | Contract | 6/15/23 | 2/26/2025 | This evaluation of the IGAPP program sought to assess its effectiveness and to help design future programs, thus ensuring the efficient use of US taxpayer funds used toward |

| | | | | |
|---|---|---|---|---|
| | | | | improving Kenyan government responsiveness to citizens and creating more stable and peaceful conditions in the country. |
| USAID | Subcontract | 2/22/23 | 3/13/2025 | LINC provides unique systems strengthening and analysis to SURGES to support its efforts targeting geographic zones of high irregular migration with a sophisticated approach to economic development that accounts for the needs of input suppliers, exporters, and aggregators. |
| USAID | Subcontract | 11/15/24 | 2/13/2025 | PAISM provided rigorous evaluation and data driven analysis to help American power and related infrastructure businesses confidently invest in projects in Africa, effectively creating jobs and generating income for US companies and African counterparts, and countering the influence of China's infrastructure investments. |
| USAID | Sub agreement (Coag) | 1/13/22 | 2/28/2025 | LINC supported the research, analysis, and identification of improvements for the GLP-IF project which worked in collaboration with private sector partners such as Coca Cola Beverages Africa to increase access to entrepreneurs with |

| | | | | |
|---|---|---|---|---|
| | | | | disabilities to join the CCBA distribution channels. |
| USAID | Sub agreement (FAA) | 2/1/23 | 3/5/2025 | COPE promoted local organizations to address global issues through systems thinking approaches, improving sustainability and impact while reducing the need for foreign aid in the future. |
| USAID | Contract | 6/19/19 | 2/11/2025 | Provides acquisition and assistance support for Global Health actions. |
| USAID | Contract | 10/1/24 | 1/22/2025 | Institutional support contract for USAID's Office of DEIA. |
| USAID | Contract | 5/4/20 | 2/10/2025 | Provided acquisition and assistance support for DRC efforts. |
| USAID | Contract | 9/23/22 | 2/11/2025 | Provided institutional support for gender development and women's empowerment. |
| USAID | Contract | 10/1/23 | 2/11/2025 | Provided acquisition and assistance support for Ghana and the West Africa Regional Mission. |
| USAID | Contract | 10/1/21 | 2/10/2025 | Provided institutional support for the LPA Bureau |
| USAID | Contract | 9/13/23 | 2/26/2025 | Provided institutional support for the REFS Bureau and overseas Missions. |
| USAID | Contract | 1/24/22 | 2/11/2025 | Provided institutional support to the Africa Bureau and overseas Missions. |

| | | | | |
|---|---|---|---|---|
| USAID | Contract | 8/15/19 | 2/11/2025 | Provided institutional support to Missions in the Southern Africa region along with Presidential-initiatives. |
| USAID | Contract | 11/20/23 | 2/26/2025 | Multiple-award IDIQ to small businesses to support compliance and capacity building for local partners. |
| USAID | Contract | 11/16/23 | 2/26/2025 | Multiple-award IDIQ to large and small businesses to support programming in Central America. |
| USAID | Contract | 9/17/19 | 2/26/2025 | E3/GenDev had a requirement to assist Missions and Operating Units in the implementation of the Women's Entrepreneurship and Economic Empowerment (WEEE) Act of 2018 as well as implementing the Gender Equality and Female Empowerment policy as operationalized through ADS 205, and corresponds to Gen/Dev's priority in providing technical assistance on gender integration to USAID operating units. To that end, the GITA II Task Order provided on-demand, rapid-response, short-term technical assistance to USAID Missions and Bureaus across multiple sectors and in crisis and non-crisis settings. |

| | | | | |
|---|---|---|---|---|
| | | | | L2P provided routine monitoring, evaluation, collaborating, learning, and adapting (MECLA) support across Mission offices and DOs for ongoing activities, including overall MECLA capacity building for the Mission and provided a central platform for MECLA services, enabling discrete activities identified by USAID/Malawi for implementation. |
| USAID | Contract | 7/29/22 | 2/13/2025 | |
| | | | | The overarching purpose of the activity is to support the establishment of a cost-effective, well-trained and motivated health workforce, particularly in targeted rural and remote areas. This approach will help address the shortage of skilled healthcare workers within Nigeria's primary healthcare system. |
| USAID | Contract | 9/18/20 | 2/26/2025 | |
| | | | | PADU is a five-year activity to enhance private sector investment in vocational training programs through partnerships among private sector firms and government-owned vocational training centers (i.e., Balai Latihan Kerja/BLK). The activity facilitated/catalyzed the establishment of partnerships to improve the |
| USAID | Contract | 10/25/22 | 2/26/2025 | |

| | | | | |
|---|---|---|---|---|
| | | | | quality of vocational training programs to address skill gaps in the labor market, develop capacity of government institutions and the private sector to improve labor market information systems and services, and promote utilization of tax deduction incentives for the private sector. |
| | | | | Learns II support the achievement of program development results through the use of evidence, performance management techniques, and learning and strengthened USAID/Vietnam staff and partners' capacity to achieve expected development results. |
| USAID | Contract | 10/1/24 | 2/26/2025 | |
| USAID | Contract | 10/1/22 | 2/12/2025 | Technical assistance |
| USAID | Contract | 11/16/23 | 2/26/2025 | Technical assistance |
| USAID | Contract | 12/4/19 | 2/26/2025 | Technical assistance |
| USAID | Contract | 11/2/23 | 2/26/2025 | Monitoring, evaluation, and learning |
| USAID | Contract | 10/1/23 | 2/26/2025 | Technical assistance |
| USAID | Contract | 9/21/20 | 2/26/2025 | Monitoring, evaluation, and learning |
| USAID | Contract | 7/15/20 | 2/26/2025 | Technical assistance |
| USAID | Contract | 03/25/2019 | 02/26/2025 | Technical assistance |
| USAID | Contract | 9/30/24 | 1/28/2025 | The USAID Accountability Mechanism supports USAID's Congressionally mandated grievance mechanism designed to |

| | | | | address potential harms caused by U.S. foreign assistance. Through this mechanism, USAID fosters transparency, strengthens trust with local communities, mitigates risks of backlash or instability resulting from unresolved grievances, and prevents fraud, waste, and abuse. CollaborateUp supported the operational launch of AM, including case management systems and implementation readiness. Its termination jeopardizes USAID's compliance with Sections 7064 and 7066 of the FY21 and FY22 Appropriations Acts and increases reputational and operational risk (including from fraud, waste, and abuse) during the foreign assistance pause. |
|---|---|---|---|---|
| USAID | Contract | 10/1/22 | 2/26/2025 | Technical assistance |
| USAID | Contract | 5/1/24 | 2/10/2025 | Technical assistance |
| USAID | Sub Contract/Coo perative Agreement(Pr ime) | 1/23/23 | 2/26/2025 | To improve the quality and effectiveness of climate adaptation efforts implemented by BHA's partners by supporting generation, analysis and dissemination of evidence, learning, adaptation and capacity strengthening around climate adaptation programming |

| | | | | To scale evidence-based agroforestry practices that utilize farm-level technologies to advance climate-resilient practices, increase smallholder farmer income, and ensure high-quality cocoa supply. |
|---|---|---|---|---|
| USAID | Cooperative Agreement | 1/31/22 | 2/26/2025 | |
| USAID | Contract | 9/30/21 | 2/26/2025 | Monitoring and Evaluation and Training Services |
| USAID | Contract | 12/3/25 | 2/25/25 | Technical assistance |

11.     Due to the government's failure to spend foreign assistance funds in 2025 and 2026, and its failure to spend those funds for the specific purposes Congress mandated, in many instances our member companies have been unable to meet their contractual obligations to pay for employees, consultants, office leases, subcontractors, and vendors, damaging companies' reputations and placing them at risk of being subject to lawsuits in multiple jurisdictions globally for violating contracts and local labor law. One firm has stopped paying its vendors and terminated all payments to its 401k plan. Another firm delayed or deferred payments to consultants, subcontractors, landlords, and vendors – many of whom are themselves small businesses or sole proprietors – both in the United States and abroad. This firm since 2002 had built and maintained a reputation as a fair and dependable company, carrying on partnerships that span years and even decades; the effects of these terminations damaged the firm's credibility both in the US and overseas.

12.     The ongoing government failure to spend foreign assistance funds in 2025 and 2026 has meant that many SBAIC members have been unable to compete for and win new contracts, and therefore unable to provide the signed contracts and flow of receivables needed to serve as collateral in order to qualify for new commercial bank loans at market rates to replace

the canceled lines of credit.

13.    Substantially all SBAIC member firms will be harmed by the shutting down of foreign aid programs, and member companies are suffering ongoing harm from the government's failure to spend foreign assistance funds that were set to expire on Sept. 30, 2025, and will experience compounding harms from the governments' failure to spend foreign assistance funds set to expire Sept. 30, 2026.  One firm already had $115 million outstanding or in process in contract value of proposals submitted to USAID, some of which if awarded would have been funded by 202 5FY money. Another firm over the past 12 years had become a trusted member of the international development community, sought for its capacity strengthening talents for middle tier and national education officials in multiple countries as well as strong partnerships in assessment, research, and evaluation processes for reading, math, and essential foundational skills within education systems in Malawi, Tajikistan, Senegal, Rwanda, and Mali, but this positioning as a strong value add at a low cost to country-level counterparts no longer matters, as, with the elimination of US foreign assistance, the new business pipeline has been wiped away. Another firm reported that they had been a reliable partner for USAID and State for a decade, and the company's inability to compete for foreign assistance funds in the future could lead to its closing. Another firm had focused on three clients – USAID, State, and the Millennium Challenge Corporation (MCC); the dismantling of USAID and uncertainties about State and MCC threaten this firm's ongoing viability.

14.    SBAIC member companies' inability to compete for foreign assistance funds is already having and will continue to have a devastating effect on people around the world who would have benefited from American foreign assistance, and on America's political and economic objectives globally. For a firm specialized in education, the inability to compete for

foreign assistance funds will result in developing country education systems lacking continued consultation on key assessment systems, smart use of data for decision-making, and collaborative problem solving on key foundations of education for children, teachers, parents, and communities. For another firm, the inability to compete for foreign assistance funds mean the cessation of work that was supporting American security and economic objectives abroad by: supporting nearshoring of America's supply chains in the Caribbean; facilitating development along the Lobito Corridor in southern Africa where America is trying to develop export corridors for critical minerals needed by the America's economy; supporting East Asian telecoms companies to build interoperability so they can better compete against large Chinese state-run companies; and facilitating trade between several Asian countries including Bangladesh and Vietnam with the US and other partners. Another firm was in the middle of a massive effort to improve the market system for bicycles in rural Ghana, which would have moved tens of thousands of people from walking to bicycling to go to work, markets, school, and health care facilities, resulting in a major step out of abject poverty.  Another firm reports that the loss of assistance will result in youth around the world—and those organizations who serve them— losing access to state-of-the-art positive youth development resources and programming; youth and women will also lose access to grounded economic development programs and resources, specifically focused on the agriculture sector, including entrepreneurship training for the most vulnerable youth and women worldwide and in conflict settings; and partners worldwide will lose access to resources and expertise on how to reduce violence against women and manage its corroding effects on women's opportunities and well-being. This firm's annual Global Youth Economic Opportunities Summit, the only conference of its kind that focused on the unique needs of youth in the workforce, is now in severe jeopardy going forward.

15.     SBAIC member companies are mission-driven small businesses. Many were created by their founders to support America's international assistance mission globally, to make America safer, stronger and more prosperous. Members' inability to compete for foreign assistance funds has made it impossible for firms to serve this mission. Moreover, many of our members have built businesses up from scratch over many years, have borrowed along the way from family and friends, and cashed out retirement savings to finance our businesses. Many of these businesses represent our members' primary assets, and therefore our members are facing considerable harm to themselves and their families with bankruptcy and loss of their life savings. For one company specialized in education, the cancellation of the two contracts it held led to the elimination of all of its revenues overnight, after which the firm was unable to compete for new foreign assistance funds given the government's failure to spend foreign assistance funds, even though this programming was mandated by the READ Act, reauthorized with bipartisan support in December 2024 as part of the National Defense Authorization Act, affirming and ensuring this work to improve literacy and numeracy for five more years, and highlighting the close linkage between education and national security. Another small business owner reported that he and his wife had started their business based on a belief that small businesses were best positioned to provide niche expertise with the speed and flexibility needed to address developing country demands in a fast-moving world, and that with recent events, more than 20 years of financial investment, sweat equity, and dedication from the owners and their staff – and the benefits of the work for global and country beneficiaries – are being squandered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2026.

/s/Bradford P. Johnson_____
Bradford P. Johnson
General Legal Counsel
SBAIC Principal, LawDCVT PLLC