**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## <u>DECLARATION OF DANIEL F. JACOBSON</u>

1.      I am an attorney at Jacobson Lawyers Group, PLLC and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

2.      Attached as Exhibit A is a true and correct copy of excerpts of the Further Consolidated Appropriations Act, 2024, Comm. Print of the H. Comm. on Appropriations, Legislative Text and Explanatory Statement.

3.      Attached as Exhibit B is a true and correct copy of an August 28, 2025 statement by the White House titled, *Historic Pocket Rescission Package Eliminates Woke, Weaponized, and Wasteful Spending*.

4.      Attached as Exhibit C is a true and correct copy of a September 3, 2025 post by Russ Vought in the Daily Signal. titled, *How President Trump is Deconstructing the Administrative State*. *See* https://www.dailysignal.com/2025/09/03/omb-director-vought-deconstructing-the-administrative-state/.

5.      Attached as Exhibit D is a true and correct copy of Russell Vought's statement before the Subcommittee on Financial Services and General Government of the House Committee on Appropriations on June 30, 2026.

6.      Attached as Exhibit E is a table summarizing information from Plaintiffs' declarations summarizing categories of funding for which Plaintiffs and their members would compete

7.      Attached as Exhibit F is a table summarizing information from Plaintiffs' declarations summarizing categories of funding for which Plaintiffs and their members have competed in the past.

8.      Attached as Exhibit G is a true and correct copy of AR 558–60.

9.      Attached as Exhibit H is a true and correct copy of AR 561–66.

10.     Attached as Exhibit I is a true and correct copy of AR 585–92.

11.     Attached as Exhibit J is a true and correct copy of AR 460–520 (filed under seal).

12.     Attached as Exhibit K is a true and correct copy of AR 3429–31 (filed under seal).

13.     Attached as Exhibit L is a true and correct copy of AR 3561 (filed under seal).


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2026 in Washington, D.C.


*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com


2