# Exhibit A

118TH CONGRESS
*2d Session*  } HOUSE OF REPRESENTATIVES

# FURTHER CONSOLIDATED APPROPRIATIONS ACT, 2024

———

# COMMITTEE PRINT

### of the

## COMMITTEE ON APPROPRIATIONS
## U.S. HOUSE OF REPRESENTATIVES

### on

## H.R. 2882 / Public Law 118–47

**[Legislative Text and Explanatory Statement]**

**Book 2 of 2**
**Divisions A–F**



dmwilson on DSKJM0X7X2PROD with HEARINGS

Case 1:25-cv-00402-AHA     Document 202-11     Filed 07/27/26     Page 4 of 18

# FURTHER CONSOLIDATED APPROPRIATIONS ACT, 2024
## COMMITTEE PRINT
### H.R. 2882 / Public Law 118-47
### Book 2, Divisions A–F

VerDate Sep 11 2014   01:44 Apr 28, 2024   Jkt 055008   PO 00000   Frm 00003   Fmt 6019   Sfmt 6019   E:\HR\OC\B008PL.XXX   PFRM68

dmwilson on DSKJM0X7X2PROD with HEARINGS

dmwilson on DSKJM0X7X2PROD with HEARINGS

118TH CONGRESS
*2d Session*
}
HOUSE OF REPRESENTATIVES

# FURTHER CONSOLIDATED APPROPRIATIONS ACT, 2024

---

# COMMITTEE PRINT

of the

## COMMITTEE ON APPROPRIATIONS
## U.S. HOUSE OF REPRESENTATIVES

on

## H.R. 2882/Public Law 118–47

**[Legislative Text and Explanatory Statement]**

**Book 2 of 2**
**Divisions A–F**



U.S. GOVERNMENT PUBLISHING OFFICE

55–008                    WASHINGTON : 2024

dmwilson on DSKJM0X7X2PROD with HEARINGS

E:\Seals\Congress.#13

VerDate Sep 11 2014    01:44 Apr 28, 2024    Jkt 055008    PO 00000    Frm 00005    Fmt 5013    Sfmt 5013    E:\HR\OC\B008PL.XXX    PFRM68

## COMMITTEE ON APPROPRIATIONS

KAY GRANGER, Texas, *Chairwoman*

HAROLD ROGERS, Kentucky
ROBERT B. ADERHOLT, Alabama
MICHAEL K. SIMPSON, Idaho
JOHN R. CARTER, Texas
KEN CALVERT, California
TOM COLE, Oklahoma
MARIO DIAZ-BALART, Florida
STEVE WOMACK, Arkansas
CHARLES J. "CHUCK" FLEISCHMANN,
 Tennessee
DAVID P. JOYCE, Ohio
ANDY HARRIS, Maryland
MARK E. AMODEI, Nevada
DAVID G. VALADAO, California
DAN NEWHOUSE, Washington
JOHN R. MOOLENAAR, Michigan
JOHN H. RUTHERFORD, Florida
BEN CLINE, Virginia
GUY RESCHENTHALER, Pennsylvania
MIKE GARCIA, California
ASHLEY HINSON, Iowa
TONY GONZALES, Texas
JULIA LETLOW, Louisiana
MICHAEL CLOUD, Texas
MICHAEL GUEST, Mississippi
RYAN K. ZINKE, Montana
ANDREW S. CLYDE, Georgia
JAKE LaTURNER, Kansas
JERRY L. CARL, Alabama
STEPHANIE I. BICE, Oklahoma
SCOTT FRANKLIN, Florida
JAKE ELLZEY, Texas
JUAN CISCOMANI, Arizona
CHUCK EDWARDS, North Carolina

ROSA L. DeLAURO, Connecticut
STENY H. HOYER, Maryland
MARCY KAPTUR, Ohio
SANFORD D. BISHOP, JR., Georgia
BARBARA LEE, California
BETTY McCOLLUM, Minnesota
C. A. DUTCH RUPPERSBERGER,
 Maryland
DEBBIE WASSERMAN SCHULTZ, Florida
HENRY CUELLAR, Texas
CHELLIE PINGREE, Maine
MIKE QUIGLEY, Illinois
DEREK KILMER, Washington
MATT CARTWRIGHT, Pennsylvania
GRACE MENG, New York
MARK POCAN, Wisconsin
PETE AGUILAR, California
LOIS FRANKEL, Florida
BONNIE WATSON COLEMAN, New Jersey
NORMA J. TORRES, California
ED CASE, Hawaii
ADRIANO ESPAILLAT, New York
JOSH HARDER, California
JENNIFER WEXTON, Virginia
DAVID J. TRONE, Maryland
LAUREN UNDERWOOD, Illinois
SUSIE LEE, Nevada
JOSEPH D. MORELLE, New York

ANNE MARIE CHOTVACS, *Clerk and Staff Director*

(II)

CONTENTS

————————

|  | Page |
|---|---|
| Provisions Applying to All Divisions of the Consolidated Act ............................ | 1 |
| Front Matter Explanatory Statement .................................................... | 5 |

DIVISION A—DEPARTMENT OF DEFENSE APPROPRIATIONS ACT, 2024

| Title I—Military Personnel ...................................................................... | 9 |
| Title II—Operation and Maintenance ................................................... | 11 |
| Title III—Procurement .......................................................................... | 18 |
| Title IV—Research, Development, Test and Evaluation ..................................... | 24 |
| Title V—Revolving and Management Funds ......................................... | 25 |
| Title VI—Other Department of Defense Programs ............................... | 25 |
| Title VII—Related Agencies ................................................................. | 27 |
| Title VIII—General Provisions ............................................................. | 27 |
| DIVISION A—Explanatory Statement ................................................... | 69 |

DIVISION B—FINANCIAL SERVICES AND GENERAL GOVERNMENT
APPROPRIATIONS ACT, 2024

| Title I—Department of the Treasury ..................................................... | 349 |
| Title II—Executive Office of the President and Funds Appropriated to the President ..................................................................................... | 360 |
| Title III—The Judiciary ........................................................................ | 367 |
| Title IV—District of Columbia ............................................................. | 372 |
| Title V—Independent Agencies ............................................................. | 377 |
| Title VI—General Provisions—This Act ............................................... | 396 |
| Title VII—General Provisions—Government-wide ............................... | 403 |
| Title VIII—General Provisions—District of Columbia ........................ | 420 |
| DIVISION B—Explanatory Statement ................................................... | 425 |

DIVISION C—DEPARTMENT OF HOMELAND SECURITY APPROPRIATIONS
ACT, 2024

| Title I—Departmental Management, Intelligence, Situational Awareness, and Oversight ..................................................................................... | 519 |
| Title II—Security, Enforcement, and Investigations ........................... | 523 |
| Title III—Protection, Preparedness, Response, and Recovery ............. | 532 |
| Title IV—Research, Development, Training, and Services .................... | 538 |
| Title V—General Provisions ................................................................. | 540 |
| DIVISION C—Explanatory Statement ................................................... | 557 |

DIVISION D—DEPARTMENTS OF LABOR, HEALTH AND HUMAN SERVICES,
AND EDUCATION, AND RELATED AGENCIES APPROPRIATIONS ACT, 2024

| Title I—Department of Labor ................................................................ | 669 |
| Title II—Department of Health and Human Services .......................... | 690 |
| Title III—Department of Education ..................................................... | 724 |
| Title IV—Related Agencies .................................................................. | 736 |
| Title V—General Provisions ................................................................. | 744 |
| DIVISION D—Explanatory Statement ................................................... | 753 |

VerDate Sep 11 2014   01:44 Apr 28, 2024   Jkt 055008   PO 00000   Frm 00007   Fmt 0489   Sfmt 0489   E:\HR\OC\B008PL.XXX   PFRM68

dmwilson on DSKJM0X7X2PROD with HEARINGS

IV

Page

DIVISION E—LEGISLATIVE BRANCH APPROPRIATIONS ACT, 2024

Title I—Legislative Branch .................................................................................... 975
Title II—General Provisions .................................................................................. 993
DIVISION E—Explanatory Statement ................................................................... 997

DIVISION F—DEPARTMENT OF STATE, FOREIGN OPERATIONS, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2024

Title I—Department of State and Related Agency ................................................. 1025
Title II—United States Agency for International Development ............................. 1034
Title III—Bilateral Economic Assistance .............................................................. 1035
Title IV—International Security Assistance ........................................................... 1043
Title V—Multilateral Assistance ........................................................................... 1046
Title VI—Export and Investment Assistance ........................................................ 1049
Title VII—General Provisions ................................................................................ 1052
DIVISION F—Explanatory Statement .................................................................... 1157

1170

### CAPITAL INVESTMENT FUND

The agreement includes $259,100,000 for Capital Investment Fund.

### OFFICE OF INSPECTOR GENERAL

The agreement includes $85,500,000 for Office of Inspector General, of which $12,825,000 may remain available until September 30, 2025.

## TITLE III

## BILATERAL ECONOMIC ASSISTANCE

### FUNDS APPROPRIATED TO THE PRESIDENT

### GLOBAL HEALTH PROGRAMS

The agreement includes $10,030,450,000 for Global Health Programs. Funds under this heading are allocated according to the following table and subject to section 7019 of the Act:

GLOBAL HEALTH PROGRAMS

[Budget authority in thousands of dollars]

| Program/Activity | Budget Authority |
|---|---|
| Maternal and Child Health | 915,000 |
| *Polio* | *85,000* |
| *The GAVI Alliance* | *300,000* |
| *Maternal and Neonatal Tetanus* | *2,000* |
| Nutrition (USAID) | 165,000 |
| *Iodine Deficiency Disorder* | *3,000* |
| *Micronutrients* | *33,000* |
| *of which, Vitamin A* | *[22,500]* |
| Vulnerable Children (USAID) | 31,500 |
| *Blind Children* | *4,500* |
| HIV/AIDS (USAID) | 330,000 |
| *Microbicides* | *45,000* |
| HIV/AIDS (Department of State) | 6,045,000 |
| *The Global Fund to Fight AIDS, Tuberculosis, and Malaria* | *1,650,000* |
| *UNAIDS* | *50,000* |
| Family Planning/Reproductive Health (USAID) | 523,950 |
| Global Health Security | 700,000 |
| Malaria | 795,000 |
| Tuberculosis | 394,500 |
| *Global TB Drug Facility* | *15,000* |
| Other Public Health Threats | 130,500 |
| *Neglected Tropical Diseases* | *114,500* |
| Total | 10,030,450 |

*Administrative Expenses.*—Funds included for the administrative expenses of the United States Global AIDS Coordinator shall only be made available to support the prevention, treatment, and control of HIV/AIDS, consistent with prior years.

*Childhood Cancer.*—Funds made available by the Act may be used to support public-private partnerships to build the capacity of developing countries to diagnose, treat, and improve the prognosis for children with cancer, including in coordination with relevant multilateral organizations and research entities. Not later than 180

dmwilson on DSKJM0X7X2PROD with HEARINGS

1171

days after the date of enactment of the Act, the Secretary of State and USAID Administrator shall jointly submit a report to the appropriate congressional committees on the feasibility of supporting such partnerships. Such report shall include a description of: (1) prior year funds made available to address childhood cancer, including bilateral and multilateral efforts; (2) the feasibility of expanding such efforts and of supporting relevant public-private partnerships; (3) challenges to providing such support; and (4) details on the capacity of countries in sub-Saharan Africa to diagnose and treat children with cancer. The Secretary and Administrator shall consult with the appropriate congressional committees on uses of funds for such partnerships prior to the initial obligation of funds and submission of such report.

*Epidemic Preparedness.*—The agreement includes up to $100,000,000 for a contribution to the Coalition for Epidemic Preparedness Innovations (CEPI), as authorized by section 6501 of the National Defense Authorization Act for Fiscal Year 2022 (Public Law 117–81), to address emerging infectious diseases, deadly viruses, and other pathogenic threats. Not later than 90 days after the date of enactment of the Act, the USAID Administrator shall consult with the Committees on Appropriations on such contribution and on United States assistance provided to CEPI in fiscal years 2022 and 2023, including providing detail on the specific CEPI objectives such assistance has supported, or will support, and the results of such efforts to date.

*Global Fund to Fight AIDS, Tuberculosis, and Malaria.*—The agreement includes $1,650,000,000 for the second installment of the seventh replenishment of the Global Fund to Fight AIDS, Tuberculosis, and Malaria, which is a reduction compared to the prior fiscal year as a result of other donor contributions. Other donors are urged to increase their contributions, which the United States matches at a rate of $1 for every $2 received from others, in order to allow the United States to honor the $6,000,000,000 United States pledge for the seventh replenishment.

*Global Health Workforce.*—Of the funds made available for "Other Public Health Threats" in the table under this heading, the agreement includes not less than $10,000,000 to support the global health workforce, which are in addition to funds made available from other program lines in the table for such purpose.

*Health Reserve Fund.*—Of the funds made available for "Other Public Health Threats" in the table under this heading, the agreement includes up to $6,000,000 for the Health Reserve Fund, and any such use of funds shall be subject to prior consultation with the Committees on Appropriations.

*Maternal and Newborn Care.*—The agreement provides funds to support clinical maternal and newborn services to reduce mother-to-child HIV transmission and maternal mortality, including through the Safe Births, Healthy Babies initiative.

*Nutrition.*—The agreement includes increased funding for nutrition programming, which shall be made available to scale up the procurement of Ready-to-Use Therapeutic Foods (RUTF), prioritizing the procurement of American-made products. Additional funds are available under International Disaster Assistance to support such efforts, as appropriate.

1172

*Oversight of Implementing Partners.*—The report required under this heading in the House report shall be submitted to the Committees on Appropriations following consultation with such Committees.

*Pandemic Preparedness.*—The agreement includes funding for a contribution to the Pandemic Fund, as authorized by section 5563(i) of the Global Health Security and International Pandemic Prevention, Preparedness and Response Act of 2022 (subtitle D of title LV of division E of Public Law 117–263). Prior to the initial obligation of funds for such contribution, but not later than 120 days after the date of enactment of the Act, the Secretary of State shall consult with the Committees on Appropriations on such contribution.

DEVELOPMENT ASSISTANCE

The agreement includes $3,931,000,000 for Development Assistance. Funds for certain countries and programs under this heading are allocated according to the following table and subject to section 7019 of the Act:

DEVELOPMENT ASSISTANCE

[Budget authority in thousands of dollars]

| Country/Program | Budget Authority |
|---|---|
| **Africa** | |
| Counter-Lord's Resistance Army/Illicit Armed Groups Program | 10,000 |
| Democratic Republic of the Congo | 95,000 |
| Ghana | 64,100 |
| Liberia | 71,500 |
| Malawi | 65,000 |
| *Higher education programs* | *10,000* |
| Somalia | 55,000 |
| The Gambia democracy programs | 2,000 |
| Power Africa | 100,000 |
| Young African Leaders Initiative (YALI) | 20,000 |
| **East Asia and the Pacific** | |
| Cambodia countering PRC programs | 10,000 |
| Greater Mekong rule of law and environment | 7,000 |
| Mongolia | 7,000 |
| Philippines | 68,100 |
| Thailand | 7,750 |
| Timor-Leste | 16,000 |
| **Middle East and North Africa** | |
| USAID Middle East Regional. | |
| *Refugee scholarships program in Lebanon* | *10,000* |
| Morocco | 10,000 |
| **South and Central Asia** | |
| Bangladesh labor programs | 3,000 |
| Maldives | 6,000 |
| **Western Hemisp** | |
| Caribbean Energy Initiative | 8,000 |
| Caribbean Economic Growth | 12,000 |
| Colombia | 77,000 |
| *Biodiversity* | *15,000* |
| Dominican Republic | 19,000 |
| Haiti reforestation | 8,500 |
| Resilient Critical Infrastructure | 5,000 |

dmwilson on DSKJM0X7X2PROD with HEARINGS

1173

DEVELOPMENT ASSISTANCE—Continued

[Budget authority in thousands of dollars]

| Country/Program | Budget Authority |
|---|---|
| **Global Programs** | |
| Assistive technology | 10,000 |
| Combating child marriage | 20,000 |
| Development Innovation Ventures | 40,000 |
| Disability programs | 20,000 |
| Food security research and development | 175,000 |
| *Feed the Future Innovation Labs* | *72,000* |
| *Global Crop Diversity Trust* | *5,500* |
| Leahy War Victims Fund | 15,000 |
| Mobility program | 3,000 |
| Ocean Freight Reimbursement Program | 2,500 |
| Trade capacity building | 20,000 |
| USAID Advisor for Indigenous Peoples' Issues | 6,200 |
| Victims of torture | 12,000 |

*Advisor for Indigenous Peoples' Issues.*—The agreement includes funds made available under this heading for program costs, personnel, and other administrative expenses for USAID's Advisor for Indigenous Peoples' Issues.

*Assistive Technology.*—The agreement includes funding under this heading for programs to improve access to assistive technology consistent with prior years, which shall be in addition to funds otherwise made available for such purpose. Not later than 90 days after the date of enactment of the Act, the USAID Administrator shall consult with the Committees on Appropriations on the use of such funds.

INTERNATIONAL DISASTER ASSISTANCE

The agreement includes $4,779,000,000 for International Disaster Assistance, of which $750,000,000 is designated as an emergency requirement.

TRANSITION INITIATIVES

The agreement includes $75,000,000 for Transition Initiatives.

*Use of Funds.*—Funds made available under this heading may not be used for programs for which the sole purpose is to transport individuals.

COMPLEX CRISES FUND

The agreement includes $55,000,000 for Complex Crises Fund.

ECONOMIC SUPPORT FUND

The agreement includes $3,890,400,000 for Economic Support Fund, of which $300,000,000 is designated as an emergency requirement. Funds for certain countries and programs under this heading are allocated according to the following table and subject to section 7019 of the Act:

1174

ECONOMIC SUPPORT FUND

[Budget authority in thousands of dollars]

| Country/Program | Budget Authority |
|---|---|
| **Africa** | |
| Equatorial Guinea democracy programs | 2,000 |
| West Africa anti-slavery programs | 2,000 |
| **East Asia and the Pacific** | |
| Burma | |
| *Accountability and justice for Rohingya* | *1,000* |
| *Atrocity prevention and accountability, including the documentation and preservation of evidence, and transitional justice programs* | *7,000* |
| *Support for deserters* | *1,500* |
| *Technical support and non-lethal assistance* | *25,000* |
| Thailand | 3,000 |
| **Middle East and North Africa** | |
| Assistance subject to section 7041(k)(1) | 175,000 |
| Iraq | 150,000 |
| *Democracy* | *25,000* |
| *Justice sector assistance* | *2,500* |
| *Scholarships* | *12,000* |
| Lebanon | 112,500 |
| *Lebanon scholarships* | *14,000* |
| Middle East Partnership Initiative | 27,200 |
| *Scholarship program* | *20,000* |
| Middle East Regional Cooperation | 8,500 |
| Near East Regional Democracy | 55,000 |
| Nita M. Lowey Middle East Partnership for Peace Act | 50,000 |
| **South and Central Asia** | |
| Maldives | 3,000 |
| **Western Hemisp** | |
| Caribbean Basin Security Initiative | 37,000 |
| Colombia | 129,000 |
| *Afro-Colombian and Indigenous communities* | *25,000* |
| *Human rights* | *15,000* |
| Cuba democracy programs | 25,000 |
| Organization of American States human rights | 6,500 |
| **Global Programs** | |
| Arctic Council | 1,000 |
| Atrocities prevention | 3,000 |
| Conflict and Stabilization Operations | 5,000 |
| *Peace accord/peace process monitoring* | *3,500* |
| Family Planning/Reproductive Health (USAID) | 51,050 |
| Global Surface Water Inventory | 5,000 |
| House Democracy Partnership | 2,300 |
| Implementation of Public Law 99–415 | 4,000 |
| Information communications technology training | 1,000 |
| International religious freedom (section 7033) | 15,000 |
| Marla Ruzicka Fund for Innocent Victims of Conflict | 10,000 |
| Small Island Developing States | 50,000 |

*Enterprises for Development, Growth, and Empowerment (EDGE) Fund.*—The agreement includes funding for the EDGE Fund at not less than the prior fiscal year level.

*Middle East Partnership Initiative Availability and Consultation Requirement.*—The agreement includes funds appropriated under title III of the Act, which shall be made available for assistance for the Western Sahara. Not later than 90 days after the date of enactment of the Act and prior to the obligation of such funds, the Secretary of State, in consultation with the USAID Administrator,

1175

shall consult with the Committees on Appropriations on the proposed uses of such funds.

*Peace Process Monitoring.*—The agreement endorses the directive under the heading *Peace accord/peace process monitoring* in the House report to continue to support peace accord implementation and peace process monitoring. The Secretary of State shall consult with the Committees on Appropriations on the uses of such funds.

*USAID-Israel Development Cooperation.*—The agreement includes $3,000,000 under this heading for USAID-Israel Development Cooperation.

### DEMOCRACY FUND

The agreement includes $345,200,000 for Democracy Fund, of which $205,200,000 is for the Department of State's Bureau of Democracy, Human Rights, and Labor, and $140,000,000 is for USAID's Bureau for Democracy, Human Rights, and Governance.

### ASSISTANCE FOR EUROPE, EURASIA AND CENTRAL ASIA

The agreement includes $770,334,000 for Assistance for Europe, Eurasia and Central Asia, of which $310,000,000 is designated as an emergency requirement.

### DEPARTMENT OF STATE

### MIGRATION AND REFUGEE ASSISTANCE

The agreement includes $3,928,000,000 for Migration and Refugee Assistance, of which $750,000,000 is designated as an emergency requirement.

### UNITED STATES EMERGENCY REFUGEE AND MIGRATION ASSISTANCE FUND

The agreement includes $100,000 for United States Emergency Refugee and Migration Assistance Fund.

### INDEPENDENT AGENCIES

### PEACE CORPS

### (INCLUDING TRANSFER OF FUNDS)

The agreement includes $430,500,000 for Peace Corps, of which $7,800,000 is for the Office of Inspector General.

### MILLENNIUM CHALLENGE CORPORATION

The agreement includes $930,000,000 for Millennium Challenge Corporation, including up to $143,000,000 for administrative expenses.

*Oversight.*—Concurrent with the annual release of country scorecards, the Millennium Challenge Corporation (MCC) CEO shall submit a report to the appropriate congressional committees on MCC partner countries that did not receive scorecards due to such countries' income status. Such report shall include detail on each MCC scorecard policy indicator for each such country. The MCC CEO shall consult with such committees on the format of such report.

1176

### INTER-AMERICAN FOUNDATION

The agreement includes $47,000,000 for Inter-American Foundation.

### UNITED STATES AFRICAN DEVELOPMENT FOUNDATION

The agreement includes $45,000,000 for United States African Development Foundation.

## DEPARTMENT OF THE TREASURY

### INTERNATIONAL AFFAIRS TECHNICAL ASSISTANCE

The agreement includes $38,000,000 for International Affairs Technical Assistance.

### DEBT RESTRUCTURING

The agreement includes $26,000,000 for Debt Restructuring.

### TROPICAL FOREST AND CORAL REEF CONSERVATION

The agreement includes $15,000,000 for Tropical Forest and Coral Reef Conservation.

## TITLE IV

## INTERNATIONAL SECURITY ASSISTANCE

### DEPARTMENT OF STATE

### INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT

The agreement includes $1,400,000,000 for International Narcotics Control and Law Enforcement, of which $115,000,000 is designated as an emergency requirement. Funds for certain countries, programs, and activities under this heading are allocated according to the following table and subject to section 7019 of the Act:

INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT

[Budget authority in thousands of dollars]

| Country/Program/Activity | Budget Authority |
|---|---|
| Atrocities prevention | 3,000 |
| Central America Regional Security Initiative | |
| *Costa Rica* | *37,500* |
| Colombia | 134,500 |
| Combating wildlife trafficking | 47,500 |
| Cybercrime and intellectual property rights | 20,000 |
| Demand reduction | 20,000 |
| Democratic Republic of the Congo | |
| *Virunga National Park security* | *2,000* |
| Ecuador | 17,500 |
| Fighting corruption | 25,000 |
| International Law Enforcement Academy | 40,000 |
| Inter-Regional Aviation Support | 58,325 |
| Mongolia | 3,000 |
| Pakistan | 11,000 |
| State Western Hemisp Regional | 42,000 |
| *Caribbean Basin Security Initiative* | *40,000* |
| Thailand | 3,500 |

dmwilson on DSKJM0X7X2PROD with HEARINGS

1177

INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT—Continued

[Budget authority in thousands of dollars]

| Country/Program/Activity | Budget Authority |
|---|---|
| Trafficking in persons | 89,500 |
| *Office to Monitor and Combat Trafficking in Persons* | *76,000* |
| *of which, child protection compacts* | *[12,500]* |
| *of which, modern slavery* | *[25,000]* |
| Vietnam | 6,500 |

*Combating Human Trafficking in Latin America and the Caribbean.*—The agreement includes $2,500,000 under this heading for partnerships to combat human trafficking in Latin America and the Caribbean, as described under this heading in the House report.

*Combating Ritualized Murder.*—The agreement includes $2,500,000 under this heading to combat ritualized murder of children in West Africa.

*Fentanyl.*—Pursuant to section 7036 of the Act, the agreement includes not less than $125,000,000 to counter the flow of fentanyl and other synthetic drugs, including not less than the prior fiscal year level from funds under this heading.

*Inter-Regional Aviation Support.*—The agreement includes funds for facility upgrades and enhanced aviation support for Costa Rica as described in the House report.

*Mongolia.*—The Secretary of State shall consult with the Committees on Appropriations not later than 90 days after the date of enactment of the Act and prior to the initial obligation of funds made available under this heading for assistance for Mongolia, including $1,000,000 for the law enforcement technical assistance activities described in the Senate report.

*Pakistan.*—Assistance for Pakistan under this heading shall be made available for border security, law enforcement, and rule of law programs.

### NONPROLIFERATION, ANTI–TERRORISM, DEMINING AND RELATED PROGRAMS

The agreement includes $870,000,000 for Nonproliferation, Antiterrorism, Demining and Related Programs. Funds for certain programs and activities under this heading are allocated according to the following table and subject to section 7019 of the Act:

NONPROLIFERATION, ANTI-TERRORISM, DEMINING AND RELATED PROGRAMS

[Budget authority in thousands of dollars]

| Program/Activity | Budget Authority |
|---|---|
| Nonproliferation and Disarmament Fund | 20,000 |
| International Atomic Energy Agency | 95,000 |
| Conventional Weapons Destruction | 258,000 |
| *Humanitarian demining* | *218,000* |
| *of which, Southeast Asia* | *[73,000]* |

*Nagorno-Karabakh Conflict.*—The agreement provides $2,000,000 for humanitarian demining and unexploded ordnance (UXO) clearance activities in areas affected by the Nagorno-Karabakh conflict,

1178

subject to prior consultation with the Committees on Appropriations.

### PEACEKEEPING OPERATIONS

The agreement includes $410,458,000 for Peacekeeping Operations, of which $291,425,000 may remain available until September 30, 2025. Funds for certain countries, programs, and activities under this heading are allocated according to the following table and subject to section 7019 of the Act:

### PEACEKEEPING OPERATIONS
[Budget authority in thousands of dollars]

| Country/Program/Activity | Budget Authority |
|---|---|
| Africa | |
| *Somalia* | *208,100* |
| Political-Military Affairs | |
| *Global Peace Operations Initiative* | *71,000* |
| *Trans-Sahara Counterterrorism Partnership* | *33,000* |

*Infrastructure.*—In lieu of the language under the heading *Global Peace Operations Initiative* in the House report, the agreement provides $10,000,000 for infrastructure projects from the Global Peace Operations Initiative and Somalia programs under this heading.

### FUNDS APPROPRIATED TO THE PRESIDENT

### INTERNATIONAL MILITARY EDUCATION AND TRAINING

The agreement includes $119,152,000 for International Military Education and Training.

### FOREIGN MILITARY FINANCING PROGRAM

The agreement includes $6,133,397,000 for Foreign Military Financing Program, of which $275,000,000 is designated as an emergency requirement. Funds under this heading for certain countries and programs are allocated according to the following table and subject to section 7019 of the Act:

### FOREIGN MILITARY FINANCING PROGRAM
[Budget authority in thousands of dollars]

| Country/Program | Budget Authority |
|---|---|
| Caribbean Basin Security Initiative | 11,000 |
| Colombia | 37,025 |
| Costa Rica | 8,500 |
| Estonia | 10,000 |
| Georgia | 35,000 |
| Iraq | 175,000 |
| Latvia | 10,000 |
| Lithuania | 10,000 |
| Mongolia | 3,000 |
| Thailand | 10,000 |