# Exhibit D

Chairman Joyce, Ranking Member Hoyer, and members of the subcommittee—thank you for having me here today to testify on the President's Budget request for fiscal year 2027. I look forward to a productive conversation on how to continue the fiscal progress we've made so far.

When President Trump took office, the nation was facing financial catastrophe under the failed leadership of the Biden Administration and decades of status quo spending strangling our nation. Those decades produced nothing in the area of fiscal restraint. A lot of talk about the program, but utter futility about doing anything about it. That fiscal futility ended with the return of President Trump. In just one year, the Trump Administration and Congress have made historic progress on righting our fiscal ship—the speed and scope of which have not been seen in Washington for many years.

The President drove enactment of the Working Families Tax Cut Act, which is once-in-a-generation legislation to end fiscal futility, invest in critical priorities, and cut taxes for working Americans. This bill bent the cost curve for Federal spending, achieving nearly $2 trillion in mandatory savings while securing historic investments in our nation's defense and the Department of Homeland Security without corresponding increases in objectionable non-defense spending.

The President also shepherded legislation through Congress that rescinded $9 billion in wasteful and weaponized spending, which was the first standalone rescissions package enacted by the Congress since 1992. We built on the rescissions package in the full-year 2026 appropriations bills, which enacted the first real cut to spending in over a decade and rooted out wasteful spending that the Administration identified across Federal agencies. The enacted bills reaffirm Administration policy to eliminate ineffective Federal agencies that do not serve a useful purpose. For example, the bills eliminated all programming for USAID as the Administration works to fully shut down the agency after decades of mismanagement and abuse. The bills also included the complete elimination of the Corporation for Public Broadcasting, which funneled billions of taxpayer dollars into biased and woke programming at NPR and PBS. We look forward to working with you to achieve even more progress in the FY 2027 appropriations cycle, in addition to working with you on the Administration's recent supplemental funding request.

The 2027 Budget builds on the President's vision by continuing to constrain non-defense spending and reform the Federal Government. The Budget proposes a 10 percent cut to non-defense compared to 2026 levels. Within this total, the Budget maintains investments in border security and immigration enforcement; delivers on the President's commitment to support law enforcement and combat violent crime with a 13% increase to the Department of Justice; and honors the nation's sacred obligation to military veterans.

In addition, the 2027 Budget eliminates wasteful Green New Scam projects that are dependent on foreign supply chains, returns control of education back to American families, and roots out waste, fraud, and abuse in programs both at home and abroad, ensuring that every taxpayer dollar makes Americans safer, stronger, and more prosperous.

The Budget simultaneously builds upon the historic $1 trillion FY26 defense topline by requesting $1.5 trillion for 2027, a 42-percent increase, as promised by President Trump last year. The 2027 Budget will ensure the United States continues to maintain the world's most powerful and capable military as we grapple with an increasingly dangerous world. It is a sizeable increase that I want to explain. It is meant for significant paradigm shifting investments. For instance, the President and his Department of War are exhibiting tremendous leadership to build ships, planes, drones, munitions, and satellites faster without the backlog status quo. For the industrial base to double and triple capabilities, and build more facilities—not just add shifts—it requires multi-year agreements to purchase into the future. That cost has to be booked in the first year.

OMB plays a unique role in supporting and implementing the Administration's fiscal strategy, and has been hard at work crafting the President's Budget and accomplishing the largest deregulatory agenda in the nation's history. OMB's FY 2027 funding request is $154.147 million which is the level requested last year. OMB is a personnel-intensive agency, and I want to note that OMB's FY 2027 request cannot support additional – or even maintain – staffing at FY 2026 levels. Accordingly, OMB is not asking for additional FTEs – in fact we are assuming a lower FTE level by 25 FTE down to 470 in OMB based on our discretionary request. OMB will leverage funding from the Working Families Tax Cut Act to ensure it has the staffing levels necessary for the agency to perform its critical mission in implementing key Administration priorities.

Under President Trump's bold leadership, every tool in the executive fiscal toolbox has been used to achieve real savings, and our Administration will continue to do so. A historic paradigm shift in the budget process is occurring, and is producing real results for the American public.

Fiscal futility is over. Now that our fiscal ship has finally turned to face in the right direction, I look forward to working with you to continue moving forward. Together, we will achieve significant budgetary savings while implementing the President's bold vision.