# Exhibit G

DRAFT//DELIBERATIVE//PRE-DECISIONAL

April 16, 2026

MEMORANDUM FOR THE OMB DIRECTOR

FROM:      Eric Ueland, DDM and USAID PTDO-A & COO

Through:   Amaryllis Fox Kennedy, Program Associate Director,
           Intelligence and International Affairs
           Tricia Schmitt, Deputy Associate Director, IAD
           Ariel Keller, Program Examiner, IAD

SUBJECT:   Approval of United States Agency for International
           Development (USAID) Congressional Notification (CN)
           for USAID Closeout Program Funding

ACTION REQUIRED BY:   April 16th, 2026
_____

**Coordination**

OMB IAD, Legislative Affairs, Communications, and the Office of
General Counsel have reviewed and cleared the USAID CN. A
clearance sheet with dates and individuals is included in the CN
for your reference and will be prior to submission to the Hill.

In addition, our teams worked and reviewed the CN closely with
staff at the State Department, including State's Office of
Foreign Assistance Oversight (FAO) and Office of the Legal
Adviser (L). Jeremy Lewin also reviewed the CN.

**Action Requested**

The purpose of this memo is to request your approval of the
Congressional Notification for USAID program funding to be used
for closeout costs associated with the terminated USAID awards.

This action is urgent so that USAID may notify the Hill, and
then obligate the funds by May 2 to fund closeout costs beyond
those currently in existing terminated awards.

Page 1 of 3

AR 000558

## Analysis and Policy Considerations

This notification includes funding across multiple fiscal years that is either unobligated, obligated on a Development Objective Assistance Agreement (DOAG), but not yet sub-obligated, or is undisbursed on a terminated award. A summary table is included in the CN (Tab 1) on page five that describes a total of $19,178,471,868 available for close-out costs. This includes:

- $625 million in unobligated, prior year (FY 2024 and earlier), and no-year balances in USAID accounts;
- $3.2 billion in FY 2025 Development Assistance and Global Health Program funding, in alignment with the draft State-USAID MOU; and
- $15.4 billion in obligated funding that has either not been disbursed on a terminated award, or has not been un-subobligated on a USAID DOAG.

Estimates are as of January 17; however, due to the limited obligation and de-obligation activity at USAID, these figures have not changed.



DRAFT//DELIBERATIVE//PRE-DECISIONAL

AR 000559



## Recommendation

We recommend you approve this Congressional Notification for transmittal. Once approved, USATD Legislative Affairs will submit the Notification to the appropriate House and Senate committee contacts.

___ON___ Approve *a* Hal concurrence

_____ Disapprove

_____ Please provide additional information addressing the following issues:

## Attachments

- Congressional Notification

DRAFT//DELIBERATIVE//PRE-DECISIONAL

AR 000560