# Exhibit I

# UNITED STATES GOVERNMENT ORDER FORM
# FS FORM 7600B



**BUREAU OF THE**
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity. In Accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

Required fields for the FS Form 7600B are denoted with an (*)
Additional fields required when an Agency transitions to G-Invoicing are denoted by a (G)
https://www.fiscal.treasury.gov/g-invoice/

| NEW OR MODIFIED ORDER | | |
|---|---|---|
| 1. | Order Number | G Order Number:  O2505-072-019-FAO001 |
| | | Requesting Agency (Buyer) / Servicing Agency (Seller) |

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 1. | Order Number | * Order Tracking Number<br>ES-BASE-24-25-FAO | * Order Tracking Number |
| | | G Modification Number: | |
| | | G Order Status: | |
| 2. | G General Terms & Conditions (GT&C) Number (Associated with this Order): A2505-072-019-010000 | | |
| 3. | *Order Date  (yyyy-mm-dd): | 2025-09-18 | |

| PARTNER INFORMATION | | | |
|---|---|---|---|
| 4. | *Assisted Acquisition Indicator | | |
| | | Original Base/Current Modification | New/Proposed Modification |
| 5. | *Period of Performance | Start Date (yyyy-mm-dd): 2025-09-25 | Start Date (yyyy-mm-dd): |
| | | End Date (yyyy-mm-dd):  2026-09-30 | End Date (yyyy-mm-dd): |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 6. | *Agency Location Code (ALC) | 72000001 | 19000001 |
| 7. | *Agency Name | US Agency for International Development | US Department of State - Charleston Financial Svc Center |
| 8. | *Group Name | M/CFO | FAO |
| 9. | G Group Description | USAID Office of Management, Chief Financial Officer | Foreign Assistance Oversight (FAO) |
| 10. | Cost Center | | |
| 11. | Business Unit | | |
| 12. | Department ID | | |
| 13. | Unique Entity Identifier (UEI) | | |
| 14. | Funding Office Code (Buyer Only) | | |
| 15. | Funding Agency Code (Buyer Only) | | |
| 16. | Comments | See Attachment 1 - SOW.  Advance U.S. national security interests through strategic investment funds. | See Attachment 1 - SOW.  Advance U.S. national security interests through strategic investment funds. |

AR 000585

Order Number:  O2505-072-019-FAO001                                    Page 2 of 8

| | | AUTHORITY INFORMATION | |
|---|---|---|---|
| 17. | *Statutory Authority Fund Type Code | Select One: Other Authority | |
| 18. | Statutory Authority Fund Type Title | Foreign Assistance Act of 1961, Section 632(b) | |
| 19. | Statutory Authority Fund Type Citation | 22 U.S.C. 2392(b) | |
| 20. | Program Authority Title | **Requesting Agency (Buyer)** Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 | **Servicing Agency (Seller)** |
| 21. | Program Authority Citation | Div. F, P.L. 118-47 | |
| | | ADVANCE INFORMATION (Required by Servicing Agency if there is an advance.) | |
| 22. | Advance Revenue Recognition Methodology | Select One: Other | |
| 23. | Advance Revenue Recognition Description (required if "Other") | Funds will be provided on an advance-of funds basis as part of the orderly transition of USAID Foreign Assistance OR OE functions to State, and utilized by State on an as needed basis until an alternate agreement is reached. | |
| 24. | Advance Payment Authority Title | Section 635(b) of the Foreign Assistance Act of 1961 | |
| 25. | Advance Payment Authority Citation | 22 U.S.C. 2395(b) | |
| 26. | Total Advance Amount | **Original Base/Current Modification Total** $1,549,095,876.00 | **New/Proposed Modification Total** |
| 27. | Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 28. | Total Modified Advance Amount | $1,549,095,876.00 | |
| | | DELIVERY INFORMATION (Requesting Agency completes.) | |
| 29. | *FOB Point | Select One:  Source/Origin | |
| 30. | Constructive Receipt Days | (Calendar Days) *Required if Destination/Other is checked on line 29. | |
| 31. | Acceptance Point | Select One:  Source/Origin | |
| 32. | Place of Acceptance | | |
| 33. | Inspection Point | Select One:  Source/Origin | |
| 34. | Place of Inspection | | |
| | | ORDER BILLING (Servicing Agency completes.) | |
| 35. | *Billing Frequency | Select One: OTHER | |
| 36. | Billing Frequency Explanation | | |
| | | ORDER BILLING (Requesting Agency completes.) | |
| 37. | Priority Order Indicator | | |
| 38. | Capital Planning and Investment Control (CPIC) | | |
| 39. | *Total Order Amount | **Original Base/Current Modification Total** $1,549,095,876.00 | **New/Proposed Modification Total** |

AR 000586

Order Number:  O2505-072-019-FAO001                                                                Page 3 of 8

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 40. | Total Modification Amount | | |
| 41. | Total Modified Order Amount | | |
| 42. | Total Modified Advance Order Amount | | |
| 43. | Net Order Amount | $1,549,095,876.00 | |

| LINE ITEMS (Additional Lines/Schedules may be added using the + button after Block 116) | | | |
|---|---|---|---|
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 44. | *Line Number | | |
| 45. | ᴳ Order Line Status | | |
| 46. | ᴳ Item Code | | |
| 47. | *Item Description | | |
| 48. | *Line Costs Unit of Measure (UOM) | | |
| 49. | *Unit of Measure Description | USD | |
| 50. | Total Line Costs | $1,549,095,876.00 | |
| 51. | Line Cost Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 52. | Total Modified Line Costs | | |
| 53. | Order Line Advance Amount | | |
| 54. | Order Line Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 55. | Total Modified Order Line Advance Amount | | |
| 56. | Product/Service Identifier | | |
| 57. | *Capitalized Asset Indicator (Servicing Agency Only) | | |
| 58. | Item UID Required Indicator | | |
| 59. | *Type of Service Requirements | | |

| SCHEDULE SUMMARY (Additional Lines/Schedules may be added using the + button after Block 116) | | | |
|---|---|---|---|
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 60. | *Schedule Number | | |
| 61. | Advance Payment Indicator | True | |
| 62. | *Cancel Status (Schedule) | | |
| 63. | *Schedule Unit Cost/Price | | |
| 64. | Schedule Unit Cost/Price Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 65. | Total Modification Schedule Unit Cost/Price | | |
| 66. | *Order Schedule Quantity | | |

AR 000587

Order Number:  O2505-072-019-FAO001 <span>Page 4 of 8</span>

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 67. | Order Schedule Quantity Change for this Modification [ Addition (+) or Reduction (-) ] | | | | | | | | |
| 68. | Net Modification Order Schedule Quantity | | | | | | | | |
| 69. | Order Schedule Amount | | | | | | | | |
| 70. | Order Schedule Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | | | | | | | |
| 71. | Total Modified Order Schedule Amount | | | | | | | | |

## SCHEDULE FUNDING INFORMATION

| | | Requesting Agency (Buyer) | | | | | | | Servicing Agency (Seller) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB |
| 72. | *Agency Treasury Account Symbol (TAS) | | | 072 | 2024 | 2025 | | 1037 | | | 019 | 072 | 2024 | 2029 | | 1037 | |
| 73. | *Agency Business Event Type Code (BETC) | DISBGF | | | | | | | | COLL | | | | | | | |
| 74. | Object Class Code | | | | | | | | | | | | | | | | |
| 75. | Additional Accounting Classification | OBLIGATION #: ES-BASE-24-25-FAO FISCAL STRIP: 2024 - 2025 - 072 - 2024/2025 1037 ES | | | | | | | | 2024 - 2029 - 1972491037B72R | | | | | | | |
| 76. | *Bona Fide Need (Requesting Agency Only) | | | | | | | | | | | | | | | | |

## STANDARD LINE OF ACCOUNTING (SLOA) INFORMATION (Accounting Flex Field Values)
To capture Agency Internal Accounting

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 77. | Accounting Classification Reference Number | | |
| 78. | Reimbursable Flag | Reimbursable | |
| 79. | Federal Award Identifier Number (FAIN) | | |
| 80. | Unique Record Identifier (URI) | | |
| 81. | Activity Address Code | | |
| 82. | Budget Line Item | | |
| 83. | Budget Fiscal Year | | |
| 84. | Security Cooperation | | |
| 85. | Security Cooperation Implementation Agency | | |
| 86. | Security Cooperation Case Designator | | |
| 87. | Security Cooperation Case Line Item Identifier | | |
| 88. | Sub-Allocation | | |
| 89. | Agency Accounting Identifier | | |

AR 000588

Order Number: O2505-072-019-FAO001

| 90. | Funding Center Identifier | | |
|---|---|---|---|
| 91. | Cost Center Identifier | | |
| 92. | Project Identifier | | |
| 93. | Activity Identifier | | |
| 94. | Disbursing Identifier | | |
| 95. | Cost Element Code | | |
| 96. | Work Order Number | | |
| 97. | Functional Area | | |
| 98. | Agency Security Cooperation Case Designator | | |
| 99. | Parent Award Identifier (PAID) | | |
| 100. | Procurement Instrument Identifier (PIID) | | |
| **SCHEDULE SHIPPING INFORMATION** | | | |
| 101. | Ship To Address Identifier | | |
| 102. | Ship To Agency Title | | |
| 103. | Address 1 | | |
| 104. | Address 2 | | |
| 105. | Address 3 | | |
| 106. | Ship To City | | |
| 107. | Ship To Postal Code | | |
| 108. | Ship To State | | |
| 109. | Ship To Country Code | | |
| 110. | Ship To Location Description | | |
| 111. | Delivery/Shipping Information for Product Special Shipping Information | | |
| 112. | Delivery/Shipping POC Name | | |
| 113. | Delivery/Shipping Information for Product POC Title | | |
| 114. | Delivery/Shipping Information for Product POC E-mail Address | | |
| 115. | Delivery/Shipping Information for Product POC Telephone Number | | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 116. | Agency Additional Information | These funds were appropriated under the Economic Support Fund (ESF) heading of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47).  The period of availability does not take into account any extended period of availability that may apply, including | |

AR 000589

Order Number: O2505-072-019-FAO001

| | | under section 7011 of such act. | |
|---|---|---|---|

AR 000590

Order Number:  O2505-072-019-FAO001

## MODIFY ORDER

| | |
|---|---|
| 117. | Modification Date (yyyy-mm-dd): |
| 118. | Brief explanation required for modifying this Order: |

## CLOSE ORDER

| | |
|---|---|
| 119. | Closing Date (yyyy-mm-dd): |
| 120. | Brief explanation required for closing this Order: |

## REJECT ORDER

| | |
|---|---|
| 121. | Rejection Date (yyyy-mm-dd): |
| 122. | Brief explanation required for rejecting this Order: |

## AGENCY POINT OF CONTACTS (POC)

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 123. | *Agency POC Name | Nancy Mausolf | Kyle Peterson |
| | *Agency POC E-mail | NMausolf@usaid.gov | PetersonKT@state.gov |
| | *Agency POC Phone No. | 202-916-4481 | 202-647-8486 |
| | Agency POC Fax No. | | |

## AGREEMENT APROVALS

### FUNDING OFFICIAL

The Funds Approving Officials, as identified by the Requesting Agency and Servicing Agency, certify that the funds are accurately cited and can be properly accounted for per the purposes set forth in the Order. The Requesting Agency Funding Official signs to obligate funds. The Servicing Agency Funding Official signs to start the work, and to bill, collect, and properly account for funds from the Requesting Agency, in accordance with the agreement.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 124. | *Funding Official Name | Kenneth Jackson | Jeremy Lewin |
| | *Signature | KENNETH STRINGER JACKSON — Digitally signed by KENNETH STRINGER JACKSON Date: 2025.09.30 14:48:10 -04'00' | Jeremy Lewin — Digitally signed by Jeremy Lewin Date: 2025.09.26 15:49:45 -04'00' |
| | Funding Official Title | PDO DA-MR, USAID | Senior Official |
| | *Funding Official E-mail | kensjackson@usaid.gov | LewinJ@state.gov |
| | *Funding Official Phone No. | | (202) 647 5228 |
| | Funding Official Fax No. | | |
| | *Funding Official Date Signed (yyyy-mm-dd) | | 2025-09-26 |

**AR 000591**

Order Number:  O2505-072-019-FAO001

## PROGRAM OFFICIAL

The Program Officials, as identified by the Requesting Agency and Servicing Agency, must ensure that the scope of work is properly defined and can be fulfilled for this Order. The Program Official may or may not be the Contracting Officer depending on each agency's IAA business process.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 125. | *Program Official Name | Kenneth Jackson | Kyle Peterson |
| | *Signature | KENNETH STRINGER JACKSON — Digitally signed by KENNETH STRINGER JACKSON Date: 2025.09.30 14:50:24 -04'00' | KYLE T PETERSON (Affiliate) — Digitally signed by KYLE T PETERSON (Affiliate) Date: 2025.09.26 14:06:00 -04'00' |
| | Program Official Title | PDO DA-MR, USAID | Acting Director, F/FAO |
| | *Program Official E-mail | kensjackson@usaid.gov | PetersonKT@state.gov |
| | *Program Official Phone No. | | 202-647-8486 |
| | Program Official Fax No. | | |
| | *Program Official Date Signed (yyyy-mm-dd) | | 2025-09-26 |

## AGENCY PREPARER INFORMATION

### Requesting Agency (Buyer)

| | | |
|---|---|---|
| 126. | *Name | |
| | *Phone No. | |
| | *E-mail Address | |

Department of the Treasury | Bureau of the Fiscal Service    Revised March 2022

**AR 000592**