# EXHIBIT C

## SF 132 APPORTIONMENT SCHEDULE

FY 2026 Apportionment
Funds Provided by Public Law 119-4

| Line No | Line Split | Line Description | OMB Action | OMB Footnote |
|---|---|---|---|---|
| | | **International Assistance Programs** **Bureau: Agency for International Development** **Account: Development Assistance Program** **Treasury Account: Development Assistance** **TAFS: 072-2025-2026-1021** | | |
| IterNo | 2 | Last Approved Apportionment: 2025-11-24 | | |
| RptCat | NO | Reporting Categories | | |
| AdjAut | YES | Adjustment Authority provided | | |
| 1000 | | Unob Bal: Brought forward, Oct 1 | 1,431,000,000 | |
| 1060 | | Unob Bal: Antic nonexpenditure transfers (net) | -251,901,000 | |
| **1920** | | **Total budgetary resources avail (disc. and mand.)** | **1,179,099,000** | |
| 6011 | | Unallocated | 0 | |
| 6012 | | All activities | 1,179,099,000 | |
| **6190** | | **Total budgetary resources available** | **1,179,099,000** | |