**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

        *Plaintiffs*,

        v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

**[PROPOSED] ORDER**

Upon consideration of the Parties' Motions for Summary Judgment, it is hereby ordered

that Defendants' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED.**

Dated: _____          _____
                                       **Amir H. Ali**
                                       United States District Judge