# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

     *Plaintiffs*,

     v.

DONALD J. TRUMP, *et al.*,

     *Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

## NOTICE OF THE SUPPLEMENTATION
## OF THE ADMINISTRATIVE RECORD

This morning, the Department of State located nine memoranda and associated documents that were not produced as part of the administrative record but should have been included as they pertain to funds that were set to expire September 30, 2025. *See* June 12, 2026, Minute Order. Defendants hereby apprise the Court of these documents that should have been a part of the prior administrative record productions.

The Department of State had difficulty locating these nine memoranda and associated documents before the Court ordered deadline because these materials were submitted directly to the F Front Office and were not placed in the Department of State's FAST system; or were submitted when there was little administrative support and were not logged. The majority of these late-discovered memos were processed between June 2025-September 2025.

Defendants will produce these documents to Plaintiffs today via e-mail, as well as to the Court per the Friday, July 31, 2026, Minute Order to electronically deliver a copy of the administrative record to chambers.

Dated: August 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
JOSHUA N. SCHOPF
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*