**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY OF 30 PAGES IN SUPPORT OF MOTION FOR  PARTIAL SUMMARY JUDGMENT**

Plaintiffs respectfully move for leave to file a 30-page reply brief in support of their motion for partial summary judgment. Plaintiffs have conferred with Defendants, who state that they consent to Plaintiffs' motion insofar as it seeks leave to file a reply but not insofar as it seeks a 5-page enlargement.

The Court's July 9, 2026 minute order provided that either party could move for leave to file a reply in support of their motion for partial summary judgment. Defendants raise several new arguments for the first time in their opposition to Plaintiffs' motion, including arguments that Defendants lacked "notice" of Plaintiffs' claims related to Defendants' closeout scheme, that none of Plaintiffs' claims is ripe, and that Plaintiffs have "forfeited" certain claims related to funds that were set to expire in September 2025. Plaintiffs seek leave to file a reply to respond to these new arguments as well as to Defendants' other arguments that address for the first time arguments made in Plaintiffs' motion. Defendants consent to Plaintiffs filing a reply brief.

 Plaintiffs also move for a 5-page enlargement of the 25-page limit for reply briefs under Local Rule 7(e). As the Court is aware, this case involves a large number of claims, a dense

factual record, and complex legal issues. Plaintiffs have endeavored to make their reply brief as concise as possible on a short timeframe, but have determined that they will require 5 additional pages to fully address the arguments that Defendants made in their opposition brief. Plaintiffs believe that the additional briefing will be helpful to the Court in resolving the cross-motions for summary judgment and would consent to a reciprocal enlargement for Defendants.

Dated: August 7, 2026                                  Respectfully submitted,

                                                       */s/ Daniel F. Jacobson*
                                                       Daniel F. Jacobson (D.C. Bar # 1016621)
                                                       Stephen K. Wirth (D.C. Bar # 1034038)
                                                       John Robinson (D.C. Bar # 1044072)
                                                       Brian C. Rosen-Shaud (D.C. Bar # 90042065)
                                                       Nina Cahill (D.C. Bar # 1735989)
                                                       JACOBSON LAWYERS GROUP PLLC
                                                       5100 Wisconsin Ave. NW, Suite 301
                                                       Washington, DC 20016
                                                       Tel: (301) 823-1148
                                                       dan@jacobsonlawyersgroup.com

                                                       *Counsel for Plaintiffs*