**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## **[Proposed] Order**

Upon consideration of Plaintiffs' motion for leave to file a reply of 30 pages in support of

their motion for partial summary judgment, it is hereby ordered that Plaintiffs' motion is granted.

 

---

AMIR H. ALI
UNITED STATES DISTRICT JUDGE