**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br><br> v. <br><br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**CONSENT MOTION FOR EXTENSION TO FILE JOINT APPENDIX OF
ADMINSTRATIVE RECORD**

Defendants respectfully request a two-day extension, until August 12, 2026, to jointly file the appendix of those portions of the administrative record cited or otherwise relied upon in the parties' motions for summary judgment briefing, as ordered by the Court. *See* July 31, 2026 Minute Order. This extension is necessary given the quantity of materials involved and the fact that agency record custodians, who need to be consulted on any redactions and on any withdrawal of redactions, are currently on leave. An additional two days will be sufficient time to consult with these custodians and to file the joint appendix with any redactions properly justified. Defendants' counsel conferred with Plaintiffs' Counsel on August 10, 2026 and Plaintiffs consent to this motion. A proposed order is attached.

1

Dated: August 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
PIERCE J. ANON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*