**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>        *Plaintiffs*,<br><br><br>     v.<br><br><br>DONALD J. TRUMP, *et al.*,<br><br>        *Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**[PROPOSED] ORDER FOR EXTENSION TO FILE JOINT APPENDIX OF**
**ADMINSTRATIVE RECORD**

Upon consideration of Defendants' Consent Motion for a Two-Day Extension to File the

Joint Appendix of the Administrative Record, it is hereby ordered that Defendants' Motion is

**GRANTED**.

**SO ORDERED.**

DATED:_____

                                              **Amir H. Ali**
                                              United States District Judge