**Index of Joint Appendix of Administrative Record**

| Title | Administrative Record Page Nos. |
|---|---|
| Schmitt Declaration | 1–2 |
| Lewin Declaration | 3–6 |
| FAD v 10.1 - FINAL 01-01-26 (1) | 9 |
| Foreign Assistance Funds Expiring September 30, 2025 | 208 |
| Comprehensive_CN_USAID_Close_Out_4.20.26 | 230–34 |
| House Letter August Rescissions Signed | 235 |
| GAO Transmittal Letter Rescissions Package v4 - Signed | 236-253 |
| FY 2026 Apportionment Funds Provided by Public Law (FY 2026 Actual CO) (PDF converted from Excel) | 254-265 |
| ICA by TAFS (PDF converted from Excel) | 266-74 |
| CN Apportionments: FY 2026 Apportionment Funds Provided by Public Law (FY 2026 Est. Carryover) (PDF converted from Excel) | 315–18, 406–08, 409-59 |
| Tab 1 – FY 2025 653(a) Allocation Report | 460–86 |
| FY 2025 653(a) OU Detail Report_All Accounts | 487–520 |
| FY 202 653a SOM Comparison Final | 521–30 |
| APPROVED – AM – FY 25 653a Allocation Report Congress | 531–33 |
| P State Supporting Documents | 534-57 |
| P 20260420124550560 + Proposed Redactions_Redacted v.2_RedactedConfirmed | 558–76 |
| 7600b (ESF-CPRC)_Signed | 577–84 |
| 7600b (ESF-BASE)_Signed | 585–92 |
| 7600b (ESF-EMR)_Signed | 593–600 |
| Funds Approval Action Memo - Approval of FY 2025 DF Funds to Support the Identification, Return and Rehabilitation of Ukrainian Children | 610 |
| Funds Approval Action Memo - Approval of FY 2025 ESF to Support the Supporting Student Success in Afghanistan (SSSA) Program | 638 |
| Congressional Notification Transmittal Letter - [Redacted] | 684 |
| Funds Approval Action Memo - (SBU) Approval of $12,000,000 in FY 2025 Economic Support Funds (ESF) to Support Venezuela programming | 688 |
| Action Memo - Approval of $72,000,000 FY 2025 Development Assistance Funds (DA) for Feed the Future (FtF) Innovation Labs | 775-76 |

| | |
|---|---|
| Determination under Section 7019(b) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) | 832-35 |
| Memorandum of Justification Under Section 7019(b) of The Department of State, Foreign Operations, And Related Programs Appropriations Act, 2024 | 836-37 |
| Action Memo (SBU) Exercising the Authority under Section 451 of the Foreign Assistance Act for FY 2024 Economic Support Funds (ESF) | 838-57 |
| Action Memo Determination to Deviate from International Narcotics and Law Enforcement (INCLE) Allocations in the FY 2025 Joint Explanatory Statement (JES) | 858-62 |
| Action Memo (SBU) Approval of FY 2024 Economic Support Fund (ESF) Funding to Support Regional Strategic Investment Funds | 863 |
| Action Memo (U) Obligation and Programming of $732,531,569 FY 2024 in International Narcotics Control and Law Enforcement (INCLE) Funds | 870-80 |
| Determination under Section 7019(b) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) | 881 |
| Funds Approval Action memo for Senior Official Lewin (F) | 1244-49 |
| Funds Approval Action Memo for Senior Official Lewin (F) | 1325 |
| Funds Approval Action Memo for Senior Official Lewin (F) | 1388-91 |
| 202508 AM for F on FY 2024 CPIF Revised ESF Recs - w Funding Req Approval SO Signed 8-14-25 | 1654 |
| PMI Evolve - Approved Redacted | 1882-85 |
| STOP TB Partnership - Approved Redacted | 1893-96 |
| 65 APPROVED - F AM - FY 2024 CPIF REPROGRAMMING – SIGNED 8.29.2025_REDACTED | 2317 |
| 77 APPROVED_EXCEPTION REQUEST_PARAGUAY_($6.0M FY24 ESFCPIF)_ 20250303_(SIGNED)_REDACTED | 2384 |
| 227 TAB 5 – DIRECTOR LEWIN APPROVAL NON-WATER AWARD 5-1_REDACTED | 3429–31 |
| 2 24.08 MEMO_FY24 SYRIA $25M _FOR FFO_SO SIGNED_REDACTED | 3507-16 |
| 9 APPROVED - INL AM TO F - FUNDS APPROVAL MEMO FOR FY 2024 INCLE FUNDS FOR CARSI_REDACTED | 3537-42 |

| 15 EMAIL - APPROVED - INL AM TO F - FUNDS APPROVAL MEMO FOR FY 2024 INCLE FUNDS FOR CARSI  REDACTED | 3561–62 |
|---|---|