# Memorandum of Agreement

## Between

## United States Agency for International Development

## and

## Department of State

### PURPOSE AND BACKGROUND

This Memorandum of Agreement (MOA) establishes a servicing agreement between the United States Agency for International Development (USAID) and the Department of State (State) setting forth the terms and conditions under which State will perform the functions outlined below on a reimbursable basis on behalf of USAID, until an alternate arrangement is reached.

### AUTHORITY

State and USAID enter into this MOA in accordance with section 632(b) of the Foreign Assistance Act as amended, (FAA) which authorizes "[a]ny officer of the United States Government carrying out functions under [the FAA to] utilize the services . . . and facilities of, or procure commodities . . . from, any agency of the United States Government as the President shall direct, or with the consent of the head of such agency." This authority permits transfer of funds appropriated to carry out the provisions of section 667 of the FAA, which authorizes the use of funds for "necessary operating expenses of the agency primarily responsible for administering part I of this Act." Under section 1-200(a) of Executive Order 12163, any reference in the FAA to the agency primarily responsible for administering part I of the FAA "shall be deemed to be a reference to the United States Agency for International Development."

### FUNDING

The total estimated cost and the specific nature of the goods/services provided to execute each of the functions described below and set forth in the accompanying Treasury Form 7600A will be outlined in detail in subsequent orders and will be obligated from USAID's budget under accounting classifications to be outlined in those orders.

### ROLES AND RESPONSIBILITIES

Effective immediately and consistent with applicable law:

1

          AR 000534

1. USAID will facilitate transfers of funds for specific purposes in subsequent orders (using Treasury Form 7600B), in order to permit State to perform the below-outlined functions on behalf of USAID on a reimbursable or advance-of-funds basis as part of the orderly transition of certain USAID programs to State.

2. USAID will support State officials in the execution of these functions, including by providing training and technical, logistical, and substantive support, knowledge transfer and advice on the performance of these functions. USAID will also facilitate an orderly transition, to include authorizing and providing systems access where appropriate for State personnel.

3. State will perform the functions on behalf of USAID outlined below and detailed further in subsequent orders on a reimbursable basis, by hiring and maintaining direct hire employees, locally employed staff, personal services contractors, and third-party contractors as necessary to perform these functions.

4. These functions may include, *inter alia*: personnel management; acquisition and assistance activities; management of overseas personal property and global fleet; financial management; integration and management of electronic systems; diplomatic protection functions; overseas and domestic real property management; administration of approved foreign assistance programming, agreements, and related functions; administration of active foreign assistance awards; and records retention and management.

## DURATION AND TERMINATION

This MOA will be in effect through December 31, 2025. This MOA may be terminated earlier upon written advance notice of at least 15 days by either party. It may be extended by mutual agreement of the parties.

## AMENDMENTS

Any amendments to this MOA must be in writing, signed by both parties, and attached to this MOA as a permanent addendum.

## EFFECTIVE DATE AND SIGNATURES

This MOA becomes effective upon the date the agreement is counter signed and is subject to the availability of funds and services and qualified personnel. The MOA completion date is December 31, 2025, unless amended. or until the earlier termination of the agreement.

AR 000535

05/01/2025

Jeremy Lewin                                        Date

Senior Official /PTDO Deputy Administrator & Chief Operating Officer

U.S. Agency for International Development


05/01/2025

José E.V. Cunningham                                Date

Assistant Secretary, performing the duties of the Under Secretary for Management

U.S. Department of State

3

AR 000536

## CLEARANCE PAGE:

**Approver:**
M – A/S Jose Cunningham

**Drafter:**
L: ████████
A: ████████

**Clearers:**
C:
F: ████████
M: ████████ ok)
USAID/M▮Rebecca Krzywda (info)
USAID/Legal: Michael Tierney (ok)
USAID/Legal: Gayle Girod (ok)
CGFS: ████████ (ok)
BP: Doug Pitkin (ok with edits)
A: ████████ (ok)
A/GA: Michael Derrios (ok)
ATWG: Amb Howard Van Vranken (ok)
GTM: ████████ OK)

4

SBU - LEGAL

AR 000537

Amendment #1
To
**Memorandum of Agreement**
**Between**
**United States Agency for International Development**
and
**Department of State**

Pursuant to the terms of the Memorandum of Agreement (MOA) dated May 1, 2025 between the United States Agency for International Development (USAID) and the Department of State (State) establishing a servicing agreement between USAID and State and setting forth the terms and conditions under which State will perform certain functions on behalf of USAID on a reimbursable basis, the subject MOA is hereby amended as follows:

The paragraph entitled "Duration and Termination" is amended by deleting the first sentence of that paragraph and inserting in its place, "This MOA will be in effect through September 30, 2026."

All other terms and conditions of the MOA remain unchanged.

This amendment becomes effective upon signature by the undersigned, acting on behalf of their respective agencies.  The amendment will be attached to the subject MOA as a permanent addendum.

_____          08/25/2025
Jeremy Lewin                                                      Date
Performing the Duties of Deputy Administrator and Chief Operating Officer
U.S. Agency for International Development

_____          08/22/2025
José E.V. Cunningham                                        Date
Assistant Secretary, Performing the Duties of the Under Secretary for Management
U.S. Department of State

SBU - LEGAL                                                         AR 000538

# UNITED STATES GOVERNMENT
# GENERAL TERMS & CONDITIONS (GT&C)
# FS Form 7600A



**BUREAU OF THE**
## Fiscal Service
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity. In Accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

Required fields for the FS Form 7600A are denoted with an (*)
Additional fields required when an Agency transitions to G-Invoicing are denoted by a (G)

https://www.fiscal.treasury.gov/fsservices/gov/acctg/g_invoice/g_invoice_home.htm

| NEW OR MODIFIED GT&C | | |
|---|---|---|
| General Terms and Conditions (GT&C) Number | G GT&C Number: A2505-072-019-010000 | |
| | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | * Agency Agreement Tracking Number | * Agency Agreement Tracking Number |
| | G Modification Number: 1 | |
| | G Status: | |

| AGENCY INFORMATION | | | |
|---|---|---|---|
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 1. | * Agency Name | U.S. Agency for International Development | Department of State |
| | * Group Name | USAID | BP |
| | G Group Description | USAID | Budget and Planning |
| | G Document Inheritance Indicator | | |
| | * Agency Location Code (ALC) | 72000001 | 19000001 |
| | ALC Description | Agency for International Development - USAID Washington | Department of State - Charleston Financial Service Center |
| | Subordinate Group | | |
| | Cost Center | | |
| | Business Unit | | 088000 |
| | Department ID | | |

| GT&C INFORMATION | | | |
|---|---|---|---|
| 2. | * GT&C Title | Servicing Agreement under 632(b) | |
| 3. | G Order Originating Partner Indicator | | |
| 4. | * Agreement Period | Original Base/Current Modification | New/Proposed Modification |
| | | Start Date (yyyy/mm/dd): 2025-05-12 | Start Date (yyyy/mm/dd): 2025-05-12 |
| | | End Date (yyyy/mm/dd): 2025-12-31 | End Date (yyyy/mm/dd): 2026-09-30 |
| 5. | Termination Days | 15 | |
| 6. | * Agreement Type | Multiple Orders | |

SBU - LEGAL

General Terms and Conditions (GT&C) Number:  A2505-072-019-010000      Page 2 of 3

| 7. | * Advance Payment Indicator | Are Advance Payments allowed for this GT&C?   ⦿ Yes   ◯ No<br><br>*If **Yes**, the Servicing Agency Advance Payment Authority Title and Citation are required upon creation of an Order against this GT&C. |
|---|---|---|
| 8. | * Assisted Acquisition Indicator | Will this GT&C accommodate Assisted Acquisitions?   ⦿ Yes   ◯ No<br><br>*If **Yes**, the Servicing Agency provides acquisition support in awarding and managing contracts on behalf of the Requesting Agency's requirements for products or services. Lines 17 & 18 below for additional detail. |

### ESTIMATED AGREEMENT AMOUNT

| 9. | Total Direct Cost Amount | $8,000,000,000.00 | |
|---|---|---|---|
| | Total Overhead Fees and Charges Amount | $0.00 | |
| | * Total Estimated Amount | $8,000,000,000.00 | |
| | G Enforce Total Remaining Amount | Should G-Invoicing enforce the total value of orders to remain below the Total Amount on the GT&C?   ◯ Yes   ◯ No<br><br>If **Yes**, G-Invoicing will not allow Order total to exceed the GT&C total. | |

### ADDITIONAL AGREEMENT INFORMATION

| 10. | Explanation of Overhead Fees and Charges | |
|---|---|---|
| 11. | Requesting Scope | See attached Memorandum of Agreement modification. |
| 12. | Requesting Roles | See attached Memorandum of Agreement modification. |
| 13. | Servicing Roles | |
| 14. | Restrictions | |
| 15. | Assisted Acquisition Small Business Credit Clause | The Servicing Agency will allocate the socio-economic credit to the Requesting Agency for any contract actions it has executed on behalf of the Requesting Agency. |
| 16. | Disputes | Disputes related to this GT&C and any related Orders shall be resolved in accordance with instructions provided in the Treasury Financial Manual (TFM) Volume I, Part 2, Chapter 4700, Appendix 5; Intragovernmental Transaction (IGT) Guide, at http://tfm.fiscal.treasury.gov/content/tfm/v1/p2/c470.html |
| 17. | Requesting Assisted Acquisitions | |
| 18. | Servicing Assisted Acquisitions | |
| 19. | Requesting Clauses | |
| 20. | Servicing Clauses | |

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 21. | Agency Additional Information | | |

### MODIFY GT&C

| 22. | Modification Date (yyyy/mm/dd): |
|---|---|

Brief explanation required for modifying this GT&C:

An extension of the period of performance is needed to provide a framework and continued authority for the Department of State to manage activities on behalf of USAID that will extend beyond the current end date of December 31, 2025.

### CLOSE GT&C

---

SBU - LEGAL

AR 000540

General Terms and Conditions (GT&C) Number: A2505-072-019-010000

Page 3 of 3

| 23. | Closing Date (yyyy/mm/dd): | |
|---|---|---|
| | Brief explanation required for closing this GT&C: | |

### REJECT GT&C

| 24. | Rejection Date (yyyy/mm/dd): | |
|---|---|---|
| | Brief explanation required for rejecting this GT&C: | |

### PREPARER INFORMATION

| 25. | * Preparer Name | |
|---|---|---|
| | * Preparer Phone | |
| | * Preparer E-mail | |

### AGREEMENT APPROVALS

By signing this agreement, you authorize the General Terms and Conditions as stated, and that the scope of the work can be fulfilled. By signing, you agree to periodically review the terms and conditions of the agreement and make any necessary modifications to the GT&C and any affected Order(s).

| | | Requesting Initial Approval (required) | Servicing Initial Approval (required) |
|---|---|---|---|
| 26. | * Approver's Name | Jeremy Lewin | Douglas Pitkin |
| | * Signature | | *Doug Pitkin* |
| | Title | Performing the Duties of Deputy Administrator and Chief Operating Officer, USAID | Director, BP |
| | * E-mail | ████@usaid.gov | ████@state.gov |
| | * Phone | ████████ | ████████ |
| | Fax | | |
| | * Date (yyyy/mm/dd) | 08-22-2025 | 8/22/2025 |
| | | Requesting Final Approval (required) | Servicing Final Approval (required) |
| 27. | * Approver's Name | Jeremy Lewin | Jose Cunningham |
| | * Signature | | |
| | Title | Performing the Duties of Deputy Administrator and Chief Operating Officer, USAID | Assistant Secretary, performing the duties of the Under Secretary for Management |
| | * E-mail | ████@usaid.gov | ████@state.gov |
| | * Phone | ████████ | ████████ |
| | Fax | | |
| | * Date (yyyy/mm/dd) | 08-22-2025 | 08/22/2025 |

SBU - LEGAL

AR 000541

# AMENDMENT #2
## TO
## MEMORANDUM OF ARGREEMENT
### BETWEEN
## UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT
### AND THE
## DEPARTMENT OF STATE

Pursuant to the terms of the Memorandum of Agreement (MOA) dated May 1, 2025 as amended on August 22, 2025, between the United States Agency for International Development (USAID) and the Department of State (State) establishing a servicing agreement between USAID and State and setting for the terms and conditions under which State will perform certain functions on behalf of USAID on a reimbursable basis, the subject MOA is hereby amended as follows:

> The paragraph entitled "Duration and Termination" is amended by deleting the first sentence of that paragraph and inserting in its place, "This MOA will be in effect through September 30, 2029."

This amendment supersedes Amendment# 1 to the subject MOA dated August 22, 2025. All other terms and conditions of the subject MOA, except as amended herein, remain unchanged.

This amendment becomes effective upon signature by the undersigned, acting on behalf of their respective agencies. The amendment will be attached to the subject MOA as a permanent addendum.

Signatures:

_____
(Signature)
Russell Vought, Acting Administrator
U.S. Agency for International Development

_____
(Signature)
Jason S. Evans, Under Secretary for Management
U.S. Department of State

_____
(Date)

_____
(Date)

AR 000542

# UNITED STATES GOVERNMENT
# GENERAL TERMS & CONDITIONS (GT&C)
# FS Form 7600A



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity.  In Accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

Required fields for the FS Form 7600A are denoted with an (*)
Additional fields required when an Agency transitions to G-invoicing are denoted by a (G)

https://www.fiscal.treasury.gov/fsservices/gov/acctg/g_invoice/g_invoice_home.htm

| NEW OR MODIFIED GT&C | | |
|---|---|---|
| General Terms and Conditions (GT&C) Number | ᴳ GT&C Number: A2505-072-019-010000 | |
| | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | * Agency Agreement Tracking Number | * Agency Agreement Tracking Number |
| | ᴳ Modification Number:  2 | |
| | ᴳ Status: | |

| AGENCY INFORMATION | | | |
|---|---|---|---|
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 1. | * Agency Name | U.S. Agency for International Development | Department of State |
| | * Group Name | USAID | BP |
| | ᴳ Group Description | USAID | Budget and Planning |
| | ᴳ Document Inheritance Indicator | | |
| | * Agency Location Code (ALC) | 72000001 | 19000001 |
| | ALC Description | Agency for International Development – USAID Washington | Department of State – Charleston Financial Service Center |
| | Subordinate Group | | |
| | Cost Center | | |
| | Business Unit | | 088000 |
| | Department ID | | |

| GT&C INFORMATION | | | |
|---|---|---|---|
| 2. | * GT&C Title | Servicing Agreement under 632(b) | |
| 3. | ᴳ Order Originating Partner Indicator | | |
| | | Original Base/Current Modification | New/Proposed Modification |
| 4. | * Agreement Period | Start Date (yyyy/mm/dd): 2025-05-12 | Start Date (yyyy/mm/dd): 2025-05-12 |
| | | End Date (yyyy/mm/dd):  2026-09-30 | End Date (yyyy/mm/dd):  2029-09-30 |
| 5. | Termination Days | 15 | |
| 6. | * Agreement Type | Multiple Orders | |

SBU - LEGAL

AR 000543

General Terms and Conditions (GT&C) Number: A2505-072-019-010000      Page 2 of 3

| | | |
|---|---|---|
| 7. | * Advance Payment indicator | Are Advance Payments allowed for this GT&C?  ⦿ Yes  ◯ No<br><br>*If Yes, the Servicing Agency Advance Payment Authority Title and Citation are required upon creation of an Order against this GT&C. |
| 8. | * Assisted Acquisition Indicator | Will this GT&C accommodate Assisted Acquisitions?  ⦿ Yes  ◯ No<br><br>*If Yes, the Servicing Agency provides acquisition support in awarding and managing contracts on behalf of the Requesting Agency's requirements for products or services. Lines 17 & 18 below for additional detail. |

### ESTIMATED AGREEMENT AMOUNT

| | | |
|---|---|---|
| 9. | Total Direct Cost Amount | $8,000,000,000.00 |
| | Total Overhead Fees and Charges Amount | $0.00 |
| | * Total Estimated Amount | $8,000,000,000.00 |
| | ⁹ Enforce Total Remaining Amount | Should G-Invoicing enforce the total value of orders to remain below the Total Amount on the GT&C?  ◯ Yes  ◯ No<br><br>If Yes, G-Invoicing will not allow Order total to exceed the GT&C total. |

### ADDITIONAL AGREEMENT INFORMATION

| | | |
|---|---|---|
| 10. | Explanation of Overhead Fees and Charges | |
| 11. | Requesting Scope | See attached Memorandum of Agreement modification. |
| 12. | Requesting Roles | See attached Memorandum of Agreement modification. |
| 13. | Servicing Roles | |
| 14. | Restrictions | |
| 15. | Assisted Acquisition Small Business Credit Clause | The Servicing Agency will allocate the socio-economic credit to the Requesting Agency for any contract actions it has executed on behalf of the Requesting Agency. |
| 16. | Disputes | Disputes related to this GT&C and any related Orders shall be resolved in accordance with instructions provided in the Treasury Financial Manual (TFM) Volume I, Part 2, Chapter 4700, Appendix 5; Intragovernmental Transaction (IGT) Guide, at http://tfm.fiscal.treasury.gov/content/tfm/v1/p2/c470.html |
| 17. | Requesting Assisted Acquisitions | |
| 18. | Servicing Assisted Acquisitions | |
| 19. | Requesting Clauses | |
| 20. | Servicing Clauses | |

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 21. | Agency Additional Information | | |

### MODIFY GT&C

| | | |
|---|---|---|
| 22. | Modification Date (yyyy/mm/dd): | |

Brief explanation required for modifying this GT&C:

An extension of the period of performance is needed to provide a framework and continued authority for the Department of State to manage activities on behalf of USAID that will extend beyond the current end date of September 30, 2026.

### CLOSE GT&C

SBU - LEGAL      AR 000544

General Terms and Conditions (GT&C) Number: A2505-072-019-010000     Page 3 of 3

| 23. | Closing Date (yyyy/mm/dd): | | |
|---|---|---|---|
| | Brief explanation required for closing this GT&C: | | |
| | **REJECT GT&C** | | |
| 24. | Rejection Date (yyyy/mm/dd): | | |
| | Brief explanation required for rejecting this GT&C: | | |
| | **PREPARER INFORMATION** | | |
| 25. | * Preparer Name | | |
| | * Preparer Phone | | |
| | * Preparer E-mail | | |

**AGREEMENT APPROVALS**

By signing this agreement, you authorize the General Terms and Conditions as stated, and that the scope of the work can be fulfilled. By signing, you agree to periodically review the terms and conditions of the agreement and make any necessary modifications to the GT&C and any affected Order(s).

| | | Requesting Initial Approval (required) | Servicing Initial Approval (required) |
|---|---|---|---|
| 26. | * Approver's Name | Russell Vought | Jason S. Evans |
| | * Signature | | |
| | Title | Acting Administrator, USAID | |
| | * E-mail | ▉▉@usaid.gov | ▉▉@state.gov |
| | * Phone | | ▉▉ |
| | Fax | | |
| | * Date (yyyy/mm/dd) | 9/30/2025 | |
| | | Requesting Final Approval (required) | Servicing Final Approval (required) |
| 27. | * Approver's Name | Russell Vought | Jason S. Evans |
| | * Signature | | |
| | Title | Acting Administrator, USAID | |
| | * E-mail | ▉▉@usaid.gov | ▉▉@state.gov |
| | * Phone | | ▉▉ |
| | Fax | | |
| | * Date (yyyy/mm/dd) | 9/30/2025 | |

SBU - LEGAL     AR 000545



**United States Department of State**

*Washington, D.C.   20520*

**March 28, 2025**

## CONGRESSIONAL NOTIFICATION TRANSMITTAL LETTER

Consistent with sections 7015 and 7063(a) of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Further Continuing Appropriations Act, 2025 (Div. A, P.L. 118-158), and section 34 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2706), the Department of State (the Department) and the U.S. Agency for International Development (USAID) are notifying their intent to undertake a reorganization that would involve realigning certain USAID functions to the Department by July 1, 2025, and discontinuing the remaining USAID functions that do not align with Administration priorities.

In order to support this reorganization, the Department intends to restructure certain Department bureaus and offices that would implement programs and functions realigned from USAID. In connection with this transition, substantially all USAID personnel will be separated from federal service pursuant to Reduction-In-Force procedures. Consistent with applicable law, the Department intends to conduct a separate and independent hiring process to build foreign assistance capacity; the Department intends for this process to be available to eligible USAID personnel. During the transition period until such legislation is enacted, some funds from the Operating Expenses and Capital Investment Fund accounts in title II of the SFOAA may be made available to support these functions at the Department of State as outlined below.

The planned changes are explained further in the attached enclosure.

**Recipients:**
House Foreign Affairs Committee
Senate Foreign Relations Committee
House Appropriations Committee
House Subcommittee on National Security, Department of State, and Related Programs
Senate Appropriations Committee
Senate Appropriations Subcommittee on State, Foreign Operations, and Related Programs

We hope this information is helpful.  Please do not hesitate to contact us with questions.

Sincerely,

Paul Guaglianone
Senior Bureau Official
Bureau of Legislative Affairs

Enclosure:
  As stated.

## CONGRESSIONAL NOTIFICATION

### Introduction

Following Secretary Rubio's February 3, 2025, letter initiating consultations regarding USAID, the Department of State is notifying Congress of its intent to realign select USAID functions to the Department and to phase out others. This decision aligns with the Administration's broader efforts to streamline government functions, eliminate redundancy, and enhance accountability. The transition will ensure that foreign assistance operations are fully aligned with U.S. diplomatic and national security objectives. By integrating these functions into the Department, the Administration aims to improve efficiencies while maintaining critical humanitarian assistance and national security programs.

### Background

USAID conducted a comprehensive review of its existing programs and awards to assess their alignment with U.S. foreign policy objectives. As a result of this review, numerous programs were discontinued, while 898 active grants, cooperative agreements, and contracts remain in place. The total amount for these activities is approximately $78 billion in total vehicle value, with approximately $8.3 billion in unobligated remaining value. Separately, USAID retains 421 operational and critical service contracts and other agreements.

In the initial phase of the transition, the Department would take on the management of USAID's financial and administrative systems and management of USAID's remaining operations and ongoing foreign assistance programs. These functions would, in the first instance, be provided as a service via interagency agreement in order to ensure that USAID programs can be safely and effectively administered by the Department during the transition period. Payment processing systems will be integrated into the Department to ensure a streamlined approach to managing life-saving humanitarian aid and national security programs. The State Department would also integrate USAID's partner vetting systems and is working to create a more efficient vetting system in the future. The Department intends for this first phase of the transition to be completed by July 1, 2025.

The Department anticipates requesting, in its fiscal year 2026 budget request, funding in the relevant Department appropriations to support the programs previously implemented by USAID, and proposing legislation to abolish USAID as an independent establishment.

### Key Functions

The Department has carefully considered which USAID programs could continue to advance the Administration's foreign policy objectives. Those have been determined to be humanitarian assistance, global health functions, strategic investment, and limited national security programs. The Bureau for Humanitarian Assistance (BHA) provides lifesaving humanitarian

AR 000548

assistance—including food, water, shelter, emergency health care, sanitation and hygiene, and essential nutrition services—to the world's most vulnerable and hardest-to-reach people. The Bureau for Global Health helps reduce health disparities, delivers lifesaving vaccines, promotes child and maternal health, and works toward control and elimination of malaria, tuberculosis, and other diseases. These functions would be realigned to relevant bureaus and offices in the Department to ensure continuity of critical operations and that the United States continues to effectively administer life-saving and strategic aid across the globe. Other functions are likely to be substantially duplicative of existing functions and capabilities at the Department, and would be eliminated in the restructuring plan.

**Reorganization**

The Department would streamline its organizational structure to best accommodate the new humanitarian assistance and global health functions being absorbed from USAID. (See Organizational Chart in Tab #1). The Department has engaged both senior political and career staff to evaluate the most efficient and effective way to implement these USAID programs and activities.

*Regional Bureaus*
The Department's robust regional bureaus would assume primary responsibility for the administration and coordination of bilateral and regional USAID programming. An office of foreign assistance would be established in each of the Department's regional bureaus that do not already have such an office. The functions of USAID's regional bureaus would be realigned to a corresponding State regional bureau. In addition, appropriate procurement and program management functions from USAID's pillar and management bureaus would be realigned to the relevant Department bureaus. Management of assistance programs by regional bureaus would ensure that aid programs are delivered based on regional and local priorities, and consistent with applicable U.S. foreign policy interests in those locations.

USAID has the following five regional bureaus: (1) Latin America and the Caribbean (LAC); (2) Europe & Eurasia (E&E); (3) Middle East (ME); (4) Africa (AFR); and (5) Asia (ASIA). Their functions would be realigned to Department's regional bureaus as follows: AFR functions would be realigned to the Bureau of African Affairs; ASIA functions would be realigned to the Bureaus of South and Central Asian Affairs and East Asian and Pacific Affairs; E&E functions would be realigned to the Bureau of European and Eurasian Affairs; ME functions would be realigned to the Bureau of Near Eastern Affairs; and LAC functions would be realigned to the Bureau of Western Hemisphere Affairs.

*State Department Office of Global Food Security (GFS)*
The life-saving food and agriculture assistance programs from USAID's Bureau for Humanitarian Assistance would be implemented by an expanded Office of Global Food Security reporting to the Department's Under Secretary for Economic Growth, Energy, and Environment (E). Focusing these efforts within the E family reflects the central role that commerce and supply chain infrastructure – both domestic and overseas – plays in USAID's food assistance programming.

UNCLASSIFIED
-5-

The Department remains committed to ensuring that its food assistance programs continue to support American agricultural interests in efficiently delivering food to populations in need across the globe.

*State Department Bureau of Global Health Security and Diplomacy (GHSD)*
The functions of USAID's Global Health (GH) bureau would be realigned to the State Department's Bureau of Global Health Security and Diplomacy. The Department's existing GHSD bureau is already responsible for the administration of intergovernmental health programming and leads, manages, and oversees the U.S. President's Emergency Plan for AIDS Relief (PEPFAR) program. USAID's GH programs are already closely coordinated with GHSD, which possesses relevant expertise to responsibly and efficiently manage USAID's life-saving programs. The Department anticipates making significant investments to ensure that GHSD is able to effectively support USAID's substantial PEFPAR and other life-saving health programs. Likewise, GHSD would be able to effectively manage USAID's critical health supply chain network with greater interdepartmental and intergovernmental coordination.

Merging USAID's flagship global health programs into GHSD would result in considerable synergies, including for PEPFAR. For example, currently, GHSD plans and coordinates all appropriated funds for PEPFAR, and provides funds to USAID for program administration. Consolidating these functions into a single bureau would result in efficiencies in the planning and delivery of essential PEPFAR aid, allowing the Department's programs to achieve greater impact with fewer dollars, with fewer wasted dollars on indirect and administrative costs.

*Other Functional Bureaus*
In limited cases, certain programs may be managed by appropriate subject matter or functional bureaus at the Department. For example, the Department's Educational and Cultural Affairs (ECA) office manages exchange programs and could potentially implement some education assistance programs. Additionally, economic growth, trade, and energy-related programming could be administered by the Department's Bureau of Economic & Business Affairs (EB).

*Other Bureaus*
The remaining USAID bureaus and offices would be substantially abolished. Certain contracting, administrative, management, and executive functions would be realigned to analogous functions at the Department. For example, certain contracting functions and personnel in USAID's Office of Acquisitions and Assistance (OAA) may be integrated into the Department's Office of Global Acquisition to support expanded foreign assistance procurement activity. Legal, human resources, records management, and financial functions would also be integrated into appropriate offices at the Department.

The Department would also administer certain statutorily required functions, as required by law. For those statutory functions that are expressly assigned to USAID or its personnel under the law, the State Department will propose legislative changes to allow the State Department to perform any ongoing functions.

AR 000550

UNCLASSIFIED
-6-

**USAID Personnel**

Substantially all USAID personnel will be separated from federal service within the current fiscal year via Reduction-In-Force procedures, consistent with applicable law. As part of this process, USAID missions overseas would be closed, U.S. direct hire personnel overseas would be returned to the United States, and most USAID locally employed staff would be separated from U.S. government service in accordance with local law. USAID and the Department of State would dedicate significant resources to ensuring that affected U.S. direct hire personnel posted overseas would receive safe, timely, and accessible repatriation travel and other arrangements.

The Department intends to commence, consistent with applicable law, appropriate hiring processes to bring in relevant Civil Service and Foreign Service personnel with the relevant skills and expertise to build foreign assistance capacity and administer USAID programs and activities. The Department anticipates making these processes available for eligible USAID personnel and external candidates after the USAID Reduction-In-Force process has been completed, consistent with applicable law.

The Department is not currently in a position to accurately project its needs or the exact numbers of USAID personnel to be hired in connection with the realignment of USAID's programs and activities. The Department also anticipates assigning or assuming the contracts of certain former USAID domestic and foreign Personal Services Contractors (PSC) that possess relevant expertise and/or are located in strategic areas.

**Financial Plan**

The Department of State would manage USAID operational accounts and activities as required, ensuring that operations are closed out in a smooth and orderly transition.  More specifically, the Contracting and Agreement Officer authorities and personnel would move to the Department.  The Operating Expense (OE) and Capital Investment Fund (CIF) Accounts, which are appropriated to carry out section 667 of the Foreign Assistance Act (FAA) would be administered by the Department for activities associated with administering foreign assistance. During the first phase of the transition, USAID would transfer or allocate OE funds to the State Department under section 632 of the FAA. Consistent with section 667 of the FAA, the President designated USAID as the agency responsible for administering part I of the FAA.  In a subsequent phase of the transition, the Department would request the President to designate the Department as that agency instead, once the Department is prepared to take on that responsibility.

The Department of State would assume responsibility for humanitarian assistance programming, ensuring that these programs are integrated with broader diplomatic efforts and national security goals.  BHA would be abolished and its functions realigned to the Department. Funding associated with Title II of P.L. 480 (also known as Food for Peace) is appropriated to the U.S. Department of Agriculture, in accordance with the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2024 (P.L. 118-42), as

UNCLASSIFIED
SBU – LEGAL

SENSITIVE BUT UNCLASSIFIED

UNCLASSIFIED
-7-

carried forward by the FY 2025 Continuing Appropriations Act (P.L. 118-83). Under the Food Security Act of 1985 (P.L. 99-198), the donation of agricultural commodities to foreign countries is implemented by the USAID Administrator. Secretary Rubio, as current acting Administrator of USAID, will continue to oversee the implementation of this program going forward until appropriate legislation is enacted authorizing the Department to assume this function.

Separately, USAID anticipates standing up a claims settlement process to ensure that any applicable claims of contractors, vendors, personnel or others are timely and adequately addressed by USAID. USAID would continue to operate this process until appropriate legislation is enacted to facilitate the transfer to the Department.

## Resources

The table below reflects unobligated balances of accounts at USAID as of March 23, 2025.

| USAID Fully and Partially-Managed Foreign Assistance Accounts | | |
|---|---|---|
| Account | Account Symbol | USAID Unobligated Balance as of March 23, 2025 (in dollars) |
| **Title II - USAID** | | |
| Operating Expenses (OE) | 72 [] 1000 | $229,441,200 |
| Capital Investment Fund (CIF) | 72 [] 0300 | $133,008,903 |
| Office of Inspector General (OIG) | 72 [] 1007 | $30,938,711 |
| | | |
| **Title III - Bilateral Economic Assistance** | | |
| Global Health Programs** [1] | 72 19 [] 1031 | $7,082,476,856 |
| Development Assistance (DA)* | 72 [] 1021 | $7,378,979,411 |
| International Disaster Assistance (IDA) | 72 [] 1035 | $6,756,558,435 |
| Transition Initiatives (TI) | 72 [] 1027 | $81,408,484 |
| Complex Crises Fund (CCF) | 72 [] 1015 | $46,818,713 |
| Economic Support Fund (ESF)* | 72 [] 1037 | $5,647,197,058 |
| Democracy Fund (DF)** | 72 19 [] 1121 | $272,341,319 |
| Assistance for Europe, Eurasia and Central Asia (AEECA)* | 72 [] 0306 | $847,228,217 |
| **Additional USAID accounts with unexpired unobligated balances** | | |
| Commodity Credit Corporation Title II and III (CT) *** | 72 12 [] 2278 | $347,509,109 |
| Commodity Credit Corporation (CC) *** | 72 12 [] 4336 | $5,208,662 |
| Central America and Caribbean Emergency Disaster Recovery Fund | 72 [] 1096 | $4,545,538 |
| Special Assistance Initiative (AI) | 72 [] 1010 | $463,664 |
| Assistance For The New Independent States of The Former Soviet Union (NI) | 72 [] 1093 | $712,011 |
| Sahel Development Program | 72 [] 1012 | $474,512 |
| Sub-Saharan Africa Disaster Assistance | 72 [] 1040 | $81,818 |
| Development Fund for Africa | 72 [] 1014 | $0 |

UNCLASSIFIED

-8-

| | | |
|---|---|---|
| Global HIV/AIDS Initiative (GA) | 72 [] 1030 | $277,708 |
| Global Fund to Fight HIV/AIDS (GF) | 72 [][ 1028 | $0 |
| HIV / AIDS Working Capital Fund | 72 [] 1033 | $309,505,354 |
| Civilian Stabilization Initiative (CS) | 72 [] 0305 | $1,151,530 |
| Child Survival and Health Programs (CD) | 72 [] 1095 | $16,507,818 |
| Andean Counterdrug Program (formerly ACI) (ACP) | 72 19 [] 1154 | $132,722 |
| Food and Nutrition (Legacy) | 72 [] 1023 | $2,767,500 |
| Population Planning and Health (Legacy) | 72 [] 1024 | $272,442 |
| Education and Human Resources Development (Legacy) | 72 [] 1025 | $2,649,022 |
| Property Management Fund | 72 [] 4175 | $13,865,818 |
| Working Capital Fund | 72 [] 4513 | $45,119,463 |
| Advance Acquisition of Property- Revolving Fund | 72 [] 4590 | $46,299 |
| Foreign Service National Separation Liability Trust Fund | 72 [] 8342 | $4,504,654 |
| Technical Assistance (TA) | 72 [] 8502 | $3,435,454 |
| Gift and Donations | 72 [] 8824 | $64,573,468 |
| Ukraine Loan Guarantees Program Account | 72 [] 0402 | $0 |
| Loan Guarantees to Israel Financing Account | 72 [] 4119 | $599,688,323 |
| MENA Loan Guarantee Financing Account | 72 [] 4493 | $172,388,873 |
| Sovereign Guarantee Program Account | 72 [] 1560 | $0 |
| Guaranteed Loan Financing Account | 72 [] 4464 | $0 |
| Direct Loan Financing Account | 72 [] 4463 | $535,245,137 |
| Other Legacy Accounts | | |
| *USAID is the parent for these accounts, but funds are implemented by State and USAID. | | |
| ** State is the parent for these accounts, but funds are implemented by State and USAID. | | |
| *** USDA is the parent for these accounts. | | |
| (1) This includes GHP-USAID and GHP-State allocated to USAID | | |

**Organizational Structure**

*Proposed Organization for State – USAID Merger*



PROPOSED USAID-DOS ORG CHART

**Department of State**

Regional Bureaus

| AF | EAP | SCA | EUR | NEA | WHA |
|----|-----|-----|-----|-----|-----|
| Office of Assistance | Office of Assistance | Office of Assistance | Office of Assistance | Office of Assistance | Office of Assistance |

**USAID**

Bureau for Africa | Bureau for Asia | Europe and Eurasia Bureau | Bureau for the Middle East | Bureau for Latin America and Caribbean

UNCLASSIFIED
-10-



UNCLASSIFIED
SBU – LEGAL
SENSITIVE BUT UNCLASSIFIED

AR 000555

UNCLASSIFIED
-11-

*Current USAID Organization Chart*



SBU – LEGAL
SENSITIVE BUT UNCLASSIFIED

AR 000556

UNCLASSIFIED
-12-

*Current Department of State Organization Chart*



AR 000557

DRAFT//DELIBERATIVE//PRE-DECISIONAL

April 16, 2026

MEMORANDUM FOR THE OMB DIRECTOR

FROM:     Eric Ueland, DDM and USAID PTDO-A & COO

Through:  Amaryllis Fox Kennedy, Program Associate Director,
          Intelligence and International Affairs
          Tricia Schmitt, Deputy Associate Director, IAD
          Ariel Keller, Program Examiner, IAD

SUBJECT:  Approval of United States Agency for International
          Development (USAID) Congressional Notification (CN)
          for USAID Closeout Program Funding

ACTION REQUIRED BY:  April 16th, 2026

---

## Coordination

OMB IAD, Legislative Affairs, Communications, and the Office of
General Counsel have reviewed and cleared the USAID CN. A
clearance sheet with dates and individuals is included in the CN
for your reference and will be prior to submission to the Hill.

In addition, our teams worked and reviewed the CN closely with
staff at the State Department, including State's Office of
Foreign Assistance Oversight (FAO) and Office of the Legal
Adviser (L). Jeremy Lewin also reviewed the CN. ████████
████████████████████████████████████████████

## Action Requested

The purpose of this memo is to request your approval of the
Congressional Notification for USAID program funding to be used
for closeout costs associated with the terminated USAID awards.

This action is urgent so that USAID may notify the Hill, and
then obligate the funds by May 2 to fund closeout costs beyond
those currently in existing terminated awards.

Page 1 of 3

SBU - LEGAL                                          AR 000558



Page 2 of 3

DRAFT//DELIBERATIVE//PRE-DECISIONAL

SBU - LEGAL

AR 000559



## Recommendation

We recommend you approve this Congressional Notification for transmittal. Once approved, USAID Legislative Affairs will submit the Notification to the appropriate House and Senate committee contacts.

_____ Approve  *a Hal concurrence*

_____ Disapprove

_____ Please provide additional information addressing the following issues:

## Attachments

* Congressional Notification

Page 3 of 3

DRAFT//DELIBERATIVE//PRE-DECISIONAL
SBU - LEGAL

AR 000560

**UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**
**CONGRESSIONAL NOTIFICATION**
**Date Transmitted to Hill: [April 17, 2026]**

This is to advise that USAID plans to obligate up to the amounts listed by fiscal year and funding account as outlined in the table in Tab 1 to fund costs associated with close-out of terminated foreign assistance awards. This notification is submitted pursuant to sections 7011, 7015(c), 7015(f), and 7019 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) (FY 2025 Full-Year CR) and analogous provisions in the SFOAAs for FYs 2015 (Div. J, P..L. 113-235), 2016 (Div. K, P.L. 114-113), 2017 (Div. J, P.L. 115-31) , 2018 (Div. K, P.L. 115-141), 2019 Div. F, P.L 116-6), 2020 (Div. G, P.L. 116-94), 2021 (Div. K, P.L. 116-260) , 2022 (Div. K, P.L. 117-103), 2023 (Div. K, P.L. 117-328), and 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA); applicable notification requirements in the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123), the American Rescue Plan Act of 2021 (P.L. 117-2), Ukraine Supplemental Appropriations Act, 2022 (Div. N, P.L. 117-103), Additional Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-128), Additional Ukraine Supplemental Appropriations Act, 2023 (Div. M, P.L. 117-328), and the National Security Supplemental Appropriations Act, 2024 (Div. B, P.L. 118-50); and section 634A of the Foreign Assistance Act of 1961, pertaining to the use of notwithstanding authority and the reprogramming of foreign assistance funding impacting accounts and congressional directives from Fiscal Years 2015 - 2025 (including supplemental) appropriations acts.  Obligations may be in excess of $2,000,000 from deobligated balances of funds that remain available due to the exercise of the authority in section 7011 of the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR.

Depending on final costs and potential reprogramming actions, if necessary to rely upon notwithstanding authority to program this assistance, notwithstanding authority exists in sections 119(b),

1

 AR 000561

534(b), 498(B)(j)(1), 104(c)(4), 133, and 660 of the Foreign Assistance Act of 1961, and sections 7032(b), 7035(a)(1), and 7061(a) or analogous provisions of the FYs 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, and 2024 SFOAAs, as carried forward by the FY 2025 Full-Year CR, as well as the  Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123, Div. A), the American Rescue Plan Act of 2021 (P.L. 117-2), Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-103, Div. N), Additional Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-128), Ukraine Supplemental Appropriations Act, 2023 (117-180, Div. B), Additional Ukraine Supplemental Appropriations Act, 2023 (P.L. 117-328, Div. M), and the National Security Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. B).

Consistent with the March 28, 2025 notification to Congress regarding the realignment of certain USAID functions, USAID is providing notification of its plans to obligate funds to close-out all terminated USAID foreign assistance awards. Close-out costs may include a range of costs related to final settlement, to include any pending invoices, adjustments to negotiated indirect costs rate agreements (NICRA), costs associated with disposition of assets, and/or other claims.  USAID will first use previously obligated, but unliquidated, funding in the award for closeout costs. However, to ensure all terminated awards have sufficient balances for close-out, USAID may reprogram funds within the FY 2015 - 2025 appropriations noted above, including supplemental appropriations as relevant, under the account headings of Assistance for Europe Eurasia, and Central Asia (AEECA), Complex Crises Fund (CCF), Development Assistance (DA), Democracy Fund (DF), Economic Support Fund (ESF), Global Health Programs (GHP), Transition Initiatives (TI), Child Survival and Health Programs,  Assistance For Eastern Europe and the Baltic States, and Assistance for the Independent States of the Former Soviet Union. USAID does not intend to transfer funding between accounts or sub-accounts, and does not intend to transfer funding between operating units that would otherwise trigger notification.

USAID is finalizing estimates for terminated awards to pay implementing partners for costs incurred. In order to align

2

available resources with total costs associated with close-outs, including settlements, USAID may reprogram funding that remains unsuboblidated in bilateral agreements, unexpended pipeline of terminated awards, and recoveries. Unobligated FY 2025 and prior year funding may also be used for award close out costs, including up to $1,179,099,000 of unnotified FY 2025 Development Assistance (DA) and up to $2,000,000,000 of Global Health Programs (GHP) resources under the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4), which are being notified through this action.  The reprogramming or obligation of funding to close awards may trigger country notification requirements at the account level, which depending on the fiscal year may already meet or exceed the 10 percent exception under section 7015(c).  Additionally, close-out requirements may require reprogramming additional funding to pay termination costs in many special notification countries.  Any reprogrammings will be utilized in the most limited instances required.

One or more obligations are required to close out activities in the following countries, a number of which have consultation requirements (those countries underlined were designated as special notification countries in a given year(s) between FY 2015 and FY 2025): Angola, Benin, Botswana, Burkina Faso, Burundi, Central African Republic, Chad, Comoros, Cote d'Ivoire, Democratic Republic of the Congo, Djibouti, Equatorial Guinea, Eswatini, Ethiopia, Gabon, Gambia, Ghana, Guinea-Bissau, Guinea, Kenya, Lesotho, Liberia, Madagascar, Malawi, Mali, Mozambique, Mauritania, Mauritius, Namibia, Niger, Nigeria, Republic of Congo, Rwanda, Sao Tome and Principe, Senegal, Seychelles, Sierra Leone, Somalia, South Africa, South Sudan, Sudan, Tanzania, Uganda, Zambia, Zimbabwe, Afghanistan, Bangladesh, Burma, Cambodia, Fiji, India, Indonesia, Kazakhstan, Kyrgyz Republic, Laos, Maldives, Mongolia, Nepal, Pakistan, Papua New Guinea, Philippines, Sri Lanka, Tajikistan, Thailand (Regional Development Mission for Asia), Timor-Leste, Turkmenistan, Uzbekistan, Vanuatu, Vietnam, Albania, Armenia, Azerbaijan, Belarus, Bosnia and Herzegovina, Georgia, Greenland, Kosovo, Moldova, Northern Ireland, North Macedonia, The Russian Federation, Serbia, Ukraine, Central Europe (Hungary, Poland, Bulgaria, Romania, Slovenia, Slovakia, Czech Republic), Belize,

3

Bolivia, Brazil, Chile, Colombia, Cuba, Dominican Republic, Ecuador, El Salvador, Guatemala, Haiti, Honduras, Jamaica, Mexico, Nicaragua, Paraguay, Peru, Venezuela, Egypt, Iraq, Jordan, Lebanon, Libya, Morocco, Syria, Tunisia, West Bank and Gaza, and Yemen.

The following table in Tab 1 shows total amounts of unobligated funds (i.e., unobligated balances or unsubobligated funds previously obligated by USAID) in relevant accounts as of January 13th, 2026. These amounts represent unobligated resources versus expected closeout costs, which are anticipated to be substantially less than these total amounts. Unobligated and/or unliquidated funds that remain after USAID has completed all closeout actions may be used for other foreign assistance programs, such as those currently managed by the Department of State.

**Attachments**
Tab 1 – USAID Resources Available for Close Out Funding Table

4

AR 000564

Tab 1

| | USAID Resources Available for Close Out[1] | | | |
|---|---|---|---|---|
| Account | FY 2024, Prior-Year and No-Year Unobligated Funds[2] | FY 2025 Unobligated Funds[3] | Unliquidated Obligations on Terminated Awards and DOAGs[4] | Total Amount Available for Close Out of Terminated Awards |
| Assistance for Europe, Eurasia, and Central Asia[5] | $14,924,778 | | $1,394,404,357 | $1,409,329,134 |
| Complex Crises Fund | $6,336,023 | | $70,835,255 | $77,171,277 |
| Democracy Fund | $711,424 | | $138,841,179 | $139,552,603 |
| Development Assistance | $208,798,423 | $1,179,099,000 | $5,988,333,839 | $7,376,231,259 |
| Economic Support Fund | $108,351,307 | | $4,688,590,116 | $4,796,941,423 |
| Global Health Programs[7] | $268,907,958 | $2,000,000,000 | $3,017,193,590 | $5,286,101,548 |
| Transition Initiatives | $17,453,269 | | $75,691,354 | $93,144,623 |
| Grand Total | $625,483,181 | $3,179,099,000 | $15,373,889,687 | $19,178,471,868 |

1) Amounts in the table reflect the ceiling amount available in these categories and these amounts do not equal expected closeout costs, which are anticipated to be substantially less than these total amounts.
2) Amounts in this column include resources managed by USAID appropriated in FYs 2018-2024 and no-year Treasury Appropriation Fund Symbols (TAFS). It includes both previously unobligated funding or resources that have been deobligated and are available for reobligation (recoveries) as of 1/13/2026.
3) Amounts in this column include unobligated and previously unnotified funding from the following TAFS: 19-1031 25/29, 72-19-1031 25/26, 72-1021 25/26, 72-1015 X, and 72-1027 X that may be available for close out of terminated USAID awards in coordination with the Department of State.
4) Amounts in this column are composed of funding obligated, but not yet disbursed, on terminated awards as well as un-subobligated funds available from DOAGs (excludes funds obligated by State) from FY 2015 to FY 2024 as of 1/13/2026.
5) Amounts reported for the Assistance for Europe, Eurasia, and Central Asia account include no-year funds from the Assistance for Eastern Europe and the Baltic States and Assistance for the Independent States of the Former Soviet Union accounts.
6) Amounts reported for the Global Health Programs account include no-year funds from the Child Survival and Health Programs account.

5

AR 000565

Approved: ERupp, 1/15/2026
Drafted:  USAID/Resource Management

Clearance Page

| Bureau/Office | Name | Clearance Status | Date |
|---|---|---|---|
| USAID | Staff | Clear | 1/16/2026 |
| F | | INFO by Request | |
| OMB | TSchmitt | Clear | 1/22/2026 |
| LEG | AMcHan | Clear via email | 2/17/2026 |
| Comms | ATooloee | Clear | 1/21/2026 |
| CLO | MPaoletta | Clear | 1/23/2026 |
| PTDO-A | EUeland | | |

6

SBU - LEGAL



AR 000567

SBU - LEGAL



AR 000568

SBU - LEGAL



AR 000569

SBU - LEGAL



10

AR 000570



SBU - LEGAL

AR 000571

SBU - LEGAL



12

AR 000572



SBU - LEGAL

SBU - LEGAL



AR 000574

SBU - LEGAL



AR 000575

16

SBU - LEGAL

AR 000576

# UNITED STATES GOVERNMENT ORDER FORM
## FS FORM 7600B



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity. In Accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

Required fields for the FS Form 7600B are denoted with an (*)
Additional fields required when an Agency transitions to G-Invoicing are denoted by a (G)
https://www.fiscal.treasury.gov/g-invoice/

| NEW OR MODIFIED ORDER | | |
|---|---|---|
| 1. Order Number | G Order Number: O2505-072-019-FAO002 | |
| | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | * Order Tracking Number<br>ES-CPRC-24-25-FAO | * Order Tracking Number |
| | G Modification Number: | |
| | G Order Status: | |
| 2. | G General Terms & Conditions (GT&C) Number (Associated with this Order): A2505-072-019-010000 | |
| 3. *Order Date (yyyy-mm-dd): | 2025-09-18 | |
| **PARTNER INFORMATION** | | |
| 4. *Assisted Acquisition Indicator | | |
| | Original Base/Current Modification | New/Proposed Modification |
| 5. *Period of Performance | Start Date (yyyy-mm-dd): 2025-09-25 | Start Date (yyyy-mm-dd): |
| | End Date (yyyy-mm-dd):  2026-09-30 | End Date (yyyy-mm-dd): |
| | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 6. *Agency Location Code (ALC) | 72000001 | 19000001 |
| 7. *Agency Name | US Agency for International Development | US Department of State - Charleston Financial Svc Center |
| 8. *Group Name | M/CFO | FAO |
| 9. G Group Description | USAID Office of Management, Chief Financial Officer | Foreign Assistance Oversight (FAO) |
| 10. Cost Center | | |
| 11. Business Unit | | |
| 12. Department ID | | |
| 13. Unique Entity Identifier (UEI) | | |
| 14. Funding Office Code (Buyer Only) | | |
| 15. Funding Agency Code (Buyer Only) | | |
| 16. Comments | See Attachment 1 - SOW.  Advance U.S. national security interests through programming to counter China's malign influence, globally. | See Attachment 1 - SOW.  Advance U.S. national security interests through programming to counter China's malign influence, globally. |

Order Number:  O2505-072-019-FAO002 _____

| | | AUTHORITY INFORMATION | |
|---|---|---|---|
| 17. | *Statutory Authority Fund Type Code | Select One: Other Authority | |
| 18. | Statutory Authority Fund Type Title | Foreign Assistance Act of 1961, Section 632(b) | |
| 19. | Statutory Authority Fund Type Citation | 22 U.S.C. 2392(b) | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 20. | Program Authority Title | Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 | |
| 21. | Program Authority Citation | Div. F, P.L. 118-47 | |
| | | ADVANCE INFORMATION (Required by Servicing Agency if there is an advance.) | |
| 22. | Advance Revenue Recognition Methodology | Select One: Other | |
| 23. | Advance Revenue Recognition Description (required if "Other") | Funds will be provided on an advance-of funds basis as part of the orderly transition of USAID Foreign Assistance OR OE functions to State, and utilized by State on an as needed basis until an alternate agreement is reached. | |
| 24. | Advance Payment Authority Title | Section 635(b) of the Foreign Assistance Act of 1961 | |
| 25. | Advance Payment Authority Citation | 22 U.S.C. 2395(b) | |
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 26. | Total Advance Amount | $55,775,000.00 | |
| 27. | Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 28. | Total Modified Advance Amount | $55,775,000.00 | |
| | | DELIVERY INFORMATION (Requesting Agency completes.) | |
| 29. | *FOB Point | Select One: | |
| 30. | Constructive Receipt Days | (Calendar Days) *Required if Destination/Other is checked on line 29. | |
| 31. | Acceptance Point | Select One: | |
| 32. | Place of Acceptance | | |
| 33. | Inspection Point | Select One: | |
| 34. | Place of Inspection | | |
| | | ORDER BILLING (Servicing Agency completes.) | |
| 35. | *Billing Frequency | Select One: OTHER | |
| 36. | Billing Frequency Explanation | | |
| | | ORDER BILLING (Requesting Agency completes.) | |
| 37. | Priority Order Indicator | | |
| 38. | Capital Planning and Investment Control (CPIC) | | |
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 39. | *Total Order Amount | $55,775,000.00 | |

SBU - LEGAL            AR 000578

Order Number: O2505-072-019-FAO002    Page 3 of 8

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 40. | Total Modification Amount | | |
| 41. | Total Modified Order Amount | | |
| 42. | Total Modified Advance Order Amount | | |
| 43. | Net Order Amount | $55,775,000.00 | |

| | LINE ITEMS (Additional Lines/Schedules may be added using the + button after Block 116) | | |
|---|---|---|---|
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 44. | *Line Number | | |
| 45. | G Order Line Status | | |
| 46. | G Item Code | | |
| 47. | *Item Description | | |
| 48. | *Line Costs Unit of Measure (UOM) | | |
| 49. | *Unit of Measure Description | USD | |
| 50. | Total Line Costs | $55,775,000.00 | |
| 51. | Line Cost Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 52. | Total Modified Line Costs | | |
| 53. | Order Line Advance Amount | | |
| 54. | Order Line Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 55. | Total Modified Order Line Advance Amount | | |
| 56. | Product/Service Identifier | | |
| 57. | *Capitalized Asset Indicator (Servicing Agency Only) | | |
| 58. | Item UID Required Indicator | | |
| 59. | *Type of Service Requirements | | |

| | SCHEDULE SUMMARY (Additional Lines/Schedules may be added using the + button after Block 116) | | |
|---|---|---|---|
| | | Original Base/Current Modification Total | New/Proposed Modification Total |
| 60. | *Schedule Number | | |
| 61. | Advance Payment Indicator | True | |
| 62. | *Cancel Status (Schedule) | | |
| 63. | *Schedule Unit Cost/Price | | |
| 64. | Schedule Unit Cost/Price Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 65. | Total Modification Schedule Unit Cost/Price | | |
| 66. | *Order Schedule Quantity | | |

SBU - LEGAL    AR 000579

Order Number: O2505-072-019-FAO002

| 67. | Order Schedule Quantity Change for this Modification [ Addition (+) or Reduction (-) ] | | |
|---|---|---|---|
| 68. | Net Modification Order Schedule Quantity | | |
| 69. | Order Schedule Amount | | |
| 70. | Order Schedule Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 71. | Total Modified Order Schedule Amount | | |

### SCHEDULE FUNDING INFORMATION

| | | Requesting Agency (Buyer) | | | | | | | | Servicing Agency (Seller) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB |
| 72. | *Agency Treasury Account Symbol (TAS) | | | 072 | 2024 | 2025 | | 1037 | | | 019 | 072 | 2024 | 2029 | | 1037 ) | |
| 73. | *Agency Business Event Type Code (BETC) | DISBGF | | | | | | | | COLL | | | | | | | |
| 74. | Object Class Code | | | | | | | | | | | | | | | | |
| 75. | Additional Accounting Classification | OBLIGATION #: ES-CPRC-24-25-FAO FISCAL STRIP: 2024 - 2025 - ES-CPRC 072 24/25 1037 | | | | | | | | 2024/2029 - 1972491037K72R | | | | | | | |
| 76. | *Bona Fide Need (Requesting Agency Only) | | | | | | | | | | | | | | | | |

### STANDARD LINE OF ACCOUNTING (SLOA) INFORMATION (Accounting Flex Field Values)
To capture Agency Internal Accounting

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 77. | Accounting Classification Reference Number | | |
| 78. | Reimbursable Flag | Reimbursable | |
| 79. | Federal Award Identifier Number (FAIN) | | |
| 80. | Unique Record Identifier (URI) | | |
| 81. | Activity Address Code | | |
| 82. | Budget Line Item | | |
| 83. | Budget Fiscal Year | | |
| 84. | Security Cooperation | | |
| 85. | Security Cooperation Implementation Agency | | |
| 86. | Security Cooperation Case Designator | | |
| 87. | Security Cooperation Case Line Item Identifier | | |
| 88. | Sub-Allocation | | |
| 89. | Agency Accounting Identifier | | |

FS Form 7600B    Department of the Treasury | Bureau of the Fiscal Service    Revised March 2022

SBU - LEGAL

Order Number:  O2505-072-019-FAO002                                    Page 5 of 8

| 90. | Funding Center Identifier | | |
|---|---|---|---|
| 91. | Cost Center Identifier | | |
| 92. | Project Identifier | | |
| 93. | Activity Identifier | | |
| 94. | Disbursing Identifier | | |
| 95. | Cost Element Code | | |
| 96. | Work Order Number | | |
| 97. | Functional Area | | |
| 98. | Agency Security Cooperation Case Designator | | |
| 99. | Parent Award Identifier (PAID) | | |
| 100. | Procurement Instrument Identifier (PIID) | | |
| | **SCHEDULE SHIPPING INFORMATION** | | |
| 101. | Ship To Address Identifier | | |
| 102. | Ship To Agency Title | | |
| 103. | Address 1 | | |
| 104. | Address 2 | | |
| 105. | Address 3 | | |
| 106. | Ship To City | | |
| 107. | Ship To Postal Code | | |
| 108. | Ship To State | | |
| 109. | Ship To Country Code | | |
| 110. | Ship To Location Description | | |
| 111. | Delivery/Shipping Information for Product Special Shipping Information | | |
| 112. | Delivery/Shipping POC Name | | |
| 113. | Delivery/Shipping Information for Product POC Title | | |
| 114. | Delivery/Shipping Information for Product POC E-mail Address | | |
| 115. | Delivery/Shipping Information for Product POC Telephone Number | | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 116. | Agency Additional Information | These funds were appropriated under the Economic Support Fund (ESF) heading of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47).  The period of availability does not take into account any extended period of availability that may apply, including | |

SBU - LEGAL                                              AR 000581

Order Number: O2505-072-019-FAO002

| | | under section 7011 of such act. | |
|---|---|---|---|

SBU - LEGAL                                                      **AR 000582**

Order Number:  O2505-072-019-FAO002

### MODIFY ORDER

| 117. | Modification Date (yyyy-mm-dd): |
|------|--------------------------------|
| 118. | Brief explanation required for modifying this Order: |

### CLOSE ORDER

| 119. | Closing Date (yyyy-mm-dd): |
|------|----------------------------|
| 120. | Brief explanation required for closing this Order: |

### REJECT ORDER

| 121. | Rejection Date (yyyy-mm-dd): |
|------|------------------------------|
| 122. | Brief explanation required for rejecting this Order: |

### AGENCY POINT OF CONTACTS (POC)

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|------|----------------------|---------------------------|---------------------------|
| 123. | *Agency POC Name | Nancy Mausolf | Kyle Peterson |
| | *Agency POC E-mail | NMausolf@usaid.gov | PetersonKT@state.gov |
| | *Agency POC Phone No. | 202-916-4481 | 202-647-8486 |
| | Agency POC Fax No. | | |

### AGREEMENT APROVALS

#### FUNDING OFFICIAL

The Funds Approving Officials, as identified by the Requesting Agency and Servicing Agency, certify that the funds are accurately cited and can be properly accounted for per the purposes set forth in the Order. The Requesting Agency Funding Official signs to obligate funds. The Servicing Agency Funding Official signs to start the work, and to bill, collect, and properly account for funds from the Requesting Agency, in accordance with the agreement.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|------|---------------------------|---------------------------|---------------------------|
| | *Funding Official Name | Kenneth Jackson | Jeremy Lewin |
| | *Signature | KENNETH STRINGER JACKSON  Digitally signed by KENNETH STRINGER JACKSON Date: 2025.09.30 14:42:46 -04'00' | Jeremy Lewin  Digitally signed by Jeremy Lewin Date: 2025.09.26 15:42:23 -04'00' |
| | Funding Official Title | PDO DA-MR, USAID | Senior Official |
| 124. | *Funding Official E-mail | ██████@usaid.gov | ██████@state.gov |
| | *Funding Official Phone No. | | ████████ |
| | Funding Official Fax No. | | |
| | *Funding Official Date Signed (yyyy-mm-dd) | | 2025-09-26 |

SBU - LEGAL

AR 000583

Order Number:  O2505-072-019-FAO002 _____    Page 8 of 8

## PROGRAM OFFICIAL

The Program Officials, as identified by the Requesting Agency and Servicing Agency, must ensure that the scope of work is properly defined and can be fulfilled for this Order. The Program Official may or may not be the Contracting Officer depending on each agency's IAA business process.

|  | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 125. | *Program Official Name | Kenneth Jackson | Kyle Peterson |
| | *Signature | KENNETH STRINGER JACKSON  Digitally signed by KENNETH STRINGER JACKSON Date: 2025.09.30 14:43:31 -04'00' | KYLE T PETERSON (Affiliate)  Digitally signed by KYLE T PETERSON (Affiliate) Date: 2025.09.26 14:01:14 -04'00' |
| | Program Official Title | PDO DA-MR, USAID | Acting Director, F/FAO |
| | *Program Official E-mail | ████@usaid.gov | ████@state.gov |
| | *Program Official Phone No. | | ████ |
| | Program Official Fax No. | | |
| | *Program Official Date Signed (yyyy-mm-dd) | | 2025-09-26 |

## AGENCY PREPARER INFORMATION

Requesting Agency (Buyer)

| | | |
|---|---|---|
| 126. | *Name | |
| | *Phone No. | |
| | *E-mail Address | |

SBU - LEGAL          AR 000584