# UNITED STATES GOVERNMENT ORDER FORM
# FS FORM 7600B



**BUREAU OF THE**
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity. In Accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

Required fields for the FS Form 7600B are denoted with an (*)
Additional fields required when an Agency transitions to G-Invoicing are denoted by a (G)
https://www.fiscal.treasury.gov/g-invoice/

## NEW OR MODIFIED ORDER

| 1. | Order Number | G Order Number: O2505-072-019-FAO001 | |
|---|---|---|---|
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | | * Order Tracking Number<br>ES-BASE-24-25-FAO | * Order Tracking Number |
| | | G Modification Number: | |
| | | G Order Status: | |
| 2. | G General Terms & Conditions (GT&C) Number (Associated with this Order): A2505-072-019-010000 | | |
| 3. | *Order Date (yyyy-mm-dd): | 2025-09-18 | |

## PARTNER INFORMATION

| 4. | *Assisted Acquisition Indicator | | |
|---|---|---|---|
| 5. | *Period of Performance | Original Base/Current Modification | New/Proposed Modification |
| | | Start Date (yyyy-mm-dd): 2025-09-25 | Start Date (yyyy-mm-dd): |
| | | End Date (yyyy-mm-dd): 2026-09-30 | End Date (yyyy-mm-dd): |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 6. | *Agency Location Code (ALC) | 72000001 | 19000001 |
| 7. | *Agency Name | US Agency for International Development | US Department of State - Charleston Financial Svc Center |
| 8. | *Group Name | M/CFO | FAO |
| 9. | G Group Description | USAID Office of Management, Chief Financial Officer | Foreign Assistance Oversight (FAO) |
| 10. | Cost Center | | |
| 11. | Business Unit | | |
| 12. | Department ID | | |
| 13. | Unique Entity Identifier (UEI) | | |
| 14. | Funding Office Code (Buyer Only) | | |
| 15. | Funding Agency Code (Buyer Only) | | |
| 16. | Comments | See Attachment 1 - SOW. Advance U.S. national security interests through strategic investment funds. | See Attachment 1 - SOW. Advance U.S. national security interests through strategic investment funds. |

SBU - LEGAL                AR 000585

Order Number: O2505-072-019-FAO001

## AUTHORITY INFORMATION

| | | |
|---|---|---|
| 17. | *Statutory Authority Fund Type Code | Select One: Other Authority |
| 18. | Statutory Authority Fund Type Title | Foreign Assistance Act of 1961, Section 632(b) |
| 19. | Statutory Authority Fund Type Citation | 22 U.S.C. 2392(b) |

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 20. | Program Authority Title | Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 | |
| 21. | Program Authority Citation | Div. F, P.L. 118-47 | |

## ADVANCE INFORMATION (Required by Servicing Agency if there is an advance.)

| | | |
|---|---|---|
| 22. | Advance Revenue Recognition Methodology | Select One: Other |
| 23. | Advance Revenue Recognition Description (required if "Other") | Funds will be provided on an advance-of funds basis as part of the orderly transition of USAID Foreign Assistance OR OE functions to State, and utilized by State on an as needed basis until an alternate agreement is reached. |
| 24. | Advance Payment Authority Title | Section 635(b) of the Foreign Assistance Act of 1961 |
| 25. | Advance Payment Authority Citation | 22 U.S.C. 2395(b) |

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 26. | Total Advance Amount | $1,549,095,876.00 | |
| 27. | Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 28. | Total Modified Advance Amount | $1,549,095,876.00 | |

## DELIVERY INFORMATION (Requesting Agency completes.)

| | | |
|---|---|---|
| 29. | *FOB Point | Select One:  Source/Origin |
| 30. | Constructive Receipt Days | (Calendar Days) *Required if Destination/Other is checked on line 29. |
| 31. | Acceptance Point | Select One:  Source/Origin |
| 32. | Place of Acceptance | |
| 33. | Inspection Point | Select One:  Source/Origin |
| 34. | Place of Inspection | |

## ORDER BILLING (Servicing Agency completes.)

| | | |
|---|---|---|
| 35. | *Billing Frequency | Select One: OTHER |
| 36. | Billing Frequency Explanation | |

## ORDER BILLING (Requesting Agency completes.)

| | | |
|---|---|---|
| 37. | Priority Order Indicator | |
| 38. | Capital Planning and Investment Control (CPIC) | |

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 39. | *Total Order Amount | $1,549,095,876.00 | |

SBU - LEGAL

AR 000586

Order Number:  O2505-072-019-FAO001 _____                               Page 3 of 8

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 40. | Total Modification Amount | | |
| 41. | Total Modified Order Amount | | |
| 42. | Total Modified Advance Order Amount | | |
| 43. | Net Order Amount | $1,549,095,876.00 | |

**LINE ITEMS** (Additional Lines/Schedules may be added using the + button after Block 116)

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 44. | *Line Number | | |
| 45. | G Order Line Status | | |
| 46. | G Item Code | | |
| 47. | *Item Description | | |
| 48. | *Line Costs Unit of Measure (UOM) | | |
| 49. | *Unit of Measure Description | USD | |
| 50. | Total Line Costs | $1,549,095,876.00 | |
| 51. | Line Cost Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 52. | Total Modified Line Costs | | |
| 53. | Order Line Advance Amount | | |
| 54. | Order Line Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 55. | Total Modified Order Line Advance Amount | | |
| 56. | Product/Service Identifier | | |
| 57. | *Capitalized Asset Indicator (Servicing Agency Only) | | |
| 58. | Item UID Required Indicator | | |
| 59. | *Type of Service Requirements | | |

**SCHEDULE SUMMARY** (Additional Lines/Schedules may be added using the + button after Block 116)

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 60. | *Schedule Number | | |
| 61. | Advance Payment Indicator | True | |
| 62. | *Cancel Status (Schedule) | | |
| 63. | *Schedule Unit Cost/Price | | |
| 64. | Schedule Unit Cost/Price Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 65. | Total Modification Schedule Unit Cost/Price | | |
| 66. | *Order Schedule Quantity | | |

---

FS Form 7600B                      Department of the Treasury | Bureau of the Fiscal Service                      Revised March 2022

SBU - LEGAL                      AR 000587

Order Number:  O2505-072-019-FAO001

| 67. | Order Schedule Quantity Change for this Modification [ Addition (+) or Reduction (-) ] | | | | | | | | | | | | | | | |
| 68. | Net Modification Order Schedule Quantity | | | | | | | | | | | | | | | |
| 69. | Order Schedule Amount | | | | | | | | | | | | | | | |
| 70. | Order Schedule Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | | | | | | | | | | | | | | |
| 71. | Total Modified Order Schedule Amount | | | | | | | | | | | | | | | |

### SCHEDULE FUNDING INFORMATION

| | | Requesting Agency (Buyer) | | | | | | | Servicing Agency (Seller) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB |
| 72. | *Agency Treasury Account Symbol (TAS) | | | 072 | 2024 | 2025 | | 1037 | | | 019 | 072 | 2024 | 2029 | | 1037 | |
| 73. | *Agency Business Event Type Code (BETC) | DISBGF | | | | | | | | COLL | | | | | | | |
| 74. | Object Class Code | | | | | | | | | | | | | | | | |
| 75. | Additional Accounting Classification | OBLIGATION #: ES-BASE-24-25-FAO FISCAL STRIP: 2024 - 2025 - 072 - 2024/2025 1037 ES | | | | | | | | 2024 - 2029 - 1972491037B72R | | | | | | | |
| 76. | *Bona Fide Need (Requesting Agency Only) | | | | | | | | | | | | | | | | |

### STANDARD LINE OF ACCOUNTING (SLOA) INFORMATION (Accounting Flex Field Values)
To capture Agency Internal Accounting

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 77. | Accounting Classification Reference Number | | |
| 78. | Reimbursable Flag | Reimbursable | |
| 79. | Federal Award Identifier Number (FAIN) | | |
| 80. | Unique Record Identifier (URI) | | |
| 81. | Activity Address Code | | |
| 82. | Budget Line Item | | |
| 83. | Budget Fiscal Year | | |
| 84. | Security Cooperation | | |
| 85. | Security Cooperation Implementation Agency | | |
| 86. | Security Cooperation Case Designator | | |
| 87. | Security Cooperation Case Line Item Identifier | | |
| 88. | Sub-Allocation | | |
| 89. | Agency Accounting Identifier | | |

FS Form 7600B

Department of the Treasury | Bureau of the Fiscal Service

Revised March 2022

SBU - LEGAL

AR 000588

Order Number: O2505-072-019-FAO001                                                    Page 5 of 8

| 90. | Funding Center Identifier | | |
|---|---|---|---|
| 91. | Cost Center Identifier | | |
| 92. | Project Identifier | | |
| 93. | Activity Identifier | | |
| 94. | Disbursing Identifier | | |
| 95. | Cost Element Code | | |
| 96. | Work Order Number | | |
| 97. | Functional Area | | |
| 98. | Agency Security Cooperation Case Designator | | |
| 99. | Parent Award Identifier (PAID) | | |
| 100. | Procurement Instrument Identifier (PIID) | | |
| **SCHEDULE SHIPPING INFORMATION** | | | |
| 101. | Ship To Address Identifier | | |
| 102. | Ship To Agency Title | | |
| 103. | Address 1 | | |
| 104. | Address 2 | | |
| 105. | Address 3 | | |
| 106. | Ship To City | | |
| 107. | Ship To Postal Code | | |
| 108. | Ship To State | | |
| 109. | Ship To Country Code | | |
| 110. | Ship To Location Description | | |
| 111. | Delivery/Shipping Information for Product Special Shipping Information | | |
| 112. | Delivery/Shipping POC Name | | |
| 113. | Delivery/Shipping Information for Product POC Title | | |
| 114. | Delivery/Shipping Information for Product POC E-mail Address | | |
| 115. | Delivery/Shipping Information for Product POC Telephone Number | | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 116. | Agency Additional Information | These funds were appropriated under the Economic Support Fund (ESF) heading of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47).  The period of availability does not take into account any extended period of availability that may apply, including | |

FS Form 7600B                    Department of the Treasury | Bureau of the Fiscal Service                    Revised March 2022

SBU - LEGAL

AR 000589

| | | under section 7011 of such act. | |
|---|---|---|---|

SBU - LEGAL

AR 000590

Order Number:  O2505-072-019-FAO001

### MODIFY ORDER

| 117. | Modification Date (yyyy-mm-dd): | |
|---|---|---|
| 118. | Brief explanation required for modifying this Order: | |

### CLOSE ORDER

| 119. | Closing Date (yyyy-mm-dd): | |
|---|---|---|
| 120. | Brief explanation required for closing this Order: | |

### REJECT ORDER

| 121. | Rejection Date (yyyy-mm-dd): | |
|---|---|---|
| 122. | Brief explanation required for rejecting this Order: | |

### AGENCY POINT OF CONTACTS (POC)

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 123. | *Agency POC Name | Nancy Mausolf | Kyle Peterson |
| | *Agency POC E-mail | ▇@usaid.gov | ▇@state.gov |
| | *Agency POC Phone No. | 202-916-4481 | ▇ |
| | Agency POC Fax No. | | |

### AGREEMENT APROVALS

#### FUNDING OFFICIAL

The Funds Approving Officials, as identified by the Requesting Agency and Servicing Agency, certify that the funds are accurately cited and can be properly accounted for per the purposes set forth in the Order. The Requesting Agency Funding Official signs to obligate funds. The Servicing Agency Funding Official signs to start the work, and to bill, collect, and properly account for funds from the Requesting Agency, in accordance with the agreement.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 124. | *Funding Official Name | Kenneth Jackson | Jeremy Lewin |
| | *Signature | KENNETH STRINGER JACKSON — Digitally signed by KENNETH STRINGER JACKSON Date: 2025.09.30 14:48:10 -04'00' | Jeremy Lewin — Digitally signed by Jeremy Lewin Date: 2025.09.26 15:49:45 -04'00' |
| | Funding Official Title | PDO DA-MR, USAID | Senior Official |
| | *Funding Official E-mail | ▇@usaid.gov | ▇@state.gov |
| | *Funding Official Phone No. | | ▇ |
| | Funding Official Fax No. | | |
| | *Funding Official Date Signed (yyyy-mm-dd) | | 2025-09-26 |

SBU - LEGAL

AR 000591

Order Number: O2505-072-019-FAO001 _____

## PROGRAM OFFICIAL

The Program Officials, as identified by the Requesting Agency and Servicing Agency, must ensure that the scope of work is properly defined and can be fulfilled for this Order. The Program Official may or may not be the Contracting Officer depending on each agency's IAA business process.

|  |  | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 125. | *Program Official Name | Kenneth Jackson | Kyle Peterson |
|  | *Signature | KENNETH STRINGER JACKSON  Digitally signed by KENNETH STRINGER JACKSON  Date: 2025.09.30 14:50:24 -04'00' | KYLE T PETERSON (Affiliate)  Digitally signed by KYLE T PETERSON (Affiliate)  Date: 2025.09.26 14:06:00 -04'00' |
|  | Program Official Title | PDO DA-MR, USAID | Acting Director, F/FAO |
|  | *Program Official E-mail | ████@usaid.gov | █████@state.gov |
|  | *Program Official Phone No. |  | ██████ |
|  | Program Official Fax No. |  |  |
|  | *Program Official Date Signed (yyyy-mm-dd) |  | 2025-09-26 |

## AGENCY PREPARER INFORMATION

### Requesting Agency (Buyer)

|  |  |  |
|---|---|---|
| 126. | *Name |  |
|  | *Phone No. |  |
|  | *E-mail Address |  |

SBU - LEGAL

# UNITED STATES GOVERNMENT ORDER FORM
# FS FORM 7600B



BUREAU OF THE
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity. In Accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

Required fields for the FS Form 7600B are denoted with an (*)
Additional fields required when an Agency transitions to G-Invoicing are denoted by a (G)
https://www.fiscal.treasury.gov/g-invoice/

| NEW OR MODIFIED ORDER | | | |
|---|---|---|---|
| 1. | Order Number | <sup>G</sup>Order Number:  O2505-072-019-FAO003 | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| | | * Order Tracking Number<br>ES-EMR-24-25-FAO | * Order Tracking Number |
| | | <sup>G</sup>Modification Number: | |
| | | <sup>G</sup>Order Status: | |
| 2. | <sup>G</sup>General Terms & Conditions (GT&C) Number (Associated with this Order): A2505-072-019-010000 | | |
| 3. | *Order Date  (yyyy-mm-dd): | 2025-09-18 | |
| PARTNER INFORMATION | | | |
| 4. | *Assisted Acquisition Indicator | | |
| 5. | *Period of Performance | Original Base/Current Modification | New/Proposed Modification |
| | | Start Date (yyyy-mm-dd): 2025-09-25 | Start Date (yyyy-mm-dd): |
| | | End Date (yyyy-mm-dd):  2026-09-30 | End Date (yyyy-mm-dd): |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 6. | *Agency Location Code (ALC) | 72000001 | 19000001 |
| 7. | *Agency Name | US Agency for International Development | US Department of State - Charleston Financial Svc Center |
| 8. | *Group Name | M/CFO | FAO |
| 9. | <sup>G</sup>Group Description | USAID Office of Management, Chief Financial Officer | Foreign Assistance Oversight (FAO) |
| 10. | Cost Center | | |
| 11. | Business Unit | | |
| 12. | Department ID | | |
| 13. | Unique Entity Identifier (UEI) | | |
| 14. | Funding Office Code (Buyer Only) | | |
| 15. | Funding Agency Code (Buyer Only) | | |
| 16. | Comments | See Attachment 1 - SOW.  Implement programming to advance President Trump's efforts for a prosperous Middle East | See Attachment 1 - SOW.  Implement programming to advance President Trump's efforts for a prosperous Middle East |

SBU - LEGAL

AR 000593

Order Number:  O2505-072-019-FAO003

| | | AUTHORITY INFORMATION | |
|---|---|---|---|
| 17. | *Statutory Authority Fund Type Code | Select One: Other Authority | |
| 18. | Statutory Authority Fund Type Title | Foreign Assistance Act of 1961, Section 632(b) | |
| 19. | Statutory Authority Fund Type Citation | 22 U.S.C. 2392(b) | |
| 20. | Program Authority Title | **Requesting Agency (Buyer)** | **Servicing Agency (Seller)** |
| | | Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 | |
| 21. | Program Authority Citation | Div. F, P.L. 118-47 | |
| | | ADVANCE INFORMATION (Required by Servicing Agency if there is an advance.) | |
| 22. | Advance Revenue Recognition Methodology | Select One: Other | |
| 23. | Advance Revenue Recognition Description (required if "Other") | Funds will be provided on an advance-of funds basis as part of the orderly transition of USAID Foreign Assistance OR OE functions to State, and utilized by State on an as needed basis until an alternate agreement is reached. | |
| 24. | Advance Payment Authority Title | Section 635(b) of the Foreign Assistance Act of 1961 | |
| 25. | Advance Payment Authority Citation | 22 U.S.C. 2395(b) | |
| 26. | Total Advance Amount | **Original Base/Current Modification Total** | **New/Proposed Modification Total** |
| | | $42,120,927.00 | |
| 27. | Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 28. | Total Modified Advance Amount | $42,120,927.00 | |
| | | DELIVERY INFORMATION (Requesting Agency completes.) | |
| 29. | *FOB Point | Select One: | |
| 30. | Constructive Receipt Days | (Calendar Days) *Required if Destination/Other is checked on line 29. | |
| 31. | Acceptance Point | Select One: | |
| 32. | Place of Acceptance | | |
| 33. | Inspection Point | Select One: | |
| 34. | Place of Inspection | | |
| | | ORDER BILLING (Servicing Agency completes.) | |
| 35. | *Billing Frequency | Select One: OTHER | |
| 36. | Billing Frequency Explanation | | |
| | | ORDER BILLING (Requesting Agency completes.) | |
| 37. | Priority Order Indicator | | |
| 38. | Capital Planning and Investment Control (CPIC) | | |
| 39. | *Total Order Amount | **Original Base/Current Modification Total** | **New/Proposed Modification Total** |
| | | $42,120,927.00 | |

FS Form 7600B          Department of the Treasury | Bureau of the Fiscal Service          Revised March 2022

SBU - LEGAL

Order Number: O2505-072-019-FAO003            Page 3 of 8

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 40. | Total Modification Amount | | |
| 41. | Total Modified Order Amount | | |
| 42. | Total Modified Advance Order Amount | | |
| 43. | Net Order Amount | $42,120,927.00 | |

**LINE ITEMS** (Additional Lines/Schedules may be added using the + button after Block 116)

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 44. | *Line Number | | |
| 45. | G Order Line Status | | |
| 46. | G Item Code | | |
| 47. | *Item Description | | |
| 48. | *Line Costs Unit of Measure (UOM) | | |
| 49. | *Unit of Measure Description | USD | |
| 50. | Total Line Costs | $42,120,927.00 | |
| 51. | Line Cost Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 52. | Total Modified Line Costs | | |
| 53. | Order Line Advance Amount | | |
| 54. | Order Line Advance Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 55. | Total Modified Order Line Advance Amount | | |
| 56. | Product/Service Identifier | | |
| 57. | *Capitalized Asset Indicator (Servicing Agency Only) | | |
| 58. | Item UID Required Indicator | | |
| 59. | *Type of Service Requirements | | |

**SCHEDULE SUMMARY** (Additional Lines/Schedules may be added using the + button after Block 116)

| | | Original Base/Current Modification Total | New/Proposed Modification Total |
|---|---|---|---|
| 60. | *Schedule Number | | |
| 61. | Advance Payment Indicator | True | |
| 62. | *Cancel Status (Schedule) | | |
| 63. | *Schedule Unit Cost/Price | | |
| 64. | Schedule Unit Cost/Price Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | |
| 65. | Total Modification Schedule Unit Cost/Price | | |
| 66. | *Order Schedule Quantity | | |

SBU - LEGAL

AR 000595

Order Number:  O2505-072-019-FAO003 <span>Page 4 of 8</span>

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67. | Order Schedule Quantity Change for this Modification [ Addition (+) or Reduction (-) ] | | | | | | | | | | | | | | | |
| 68. | Net Modification Order Schedule Quantity | | | | | | | | | | | | | | | |
| 69. | Order Schedule Amount | | | | | | | | | | | | | | | |
| 70. | Order Schedule Amount Funding Change for this Modification [ Addition (+) or Reduction (-) ] | | | | | | | | | | | | | | | |
| 71. | Total Modified Order Schedule Amount | | | | | | | | | | | | | | | |

### SCHEDULE FUNDING INFORMATION

| | | Requesting Agency (Buyer) | | | | | | | Servicing Agency (Seller) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72. | *Agency Treasury Account Symbol (TAS) | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB |
| | | | | 072 | 2024 | 2025 | | 1037 | | | 019 | 072 | 2024 | 2029 | | 1037 | |
| 73. | *Agency Business Event Type Code (BETC) | DISBGF | | | | | | | | COLL | | | | | | | |
| 74. | Object Class Code | | | | | | | | | | | | | | | | |
| 75. | Additional Accounting Classification | OBLIGATION #: ES-EMR-24-25-FAO 2024 - 2025 ES-EMR 072 24/25 1037 | | | | | | | | 2024 - 2029 1972491037E72R | | | | | | | |
| 76. | *Bona Fide Need (Requesting Agency Only) | | | | | | | | | | | | | | | | |

### STANDARD LINE OF ACCOUNTING (SLOA) INFORMATION (Accounting Flex Field Values)
To capture Agency Internal Accounting

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 77. | Accounting Classification Reference Number | | |
| 78. | Reimbursable Flag | Reimbursable | |
| 79. | Federal Award Identifier Number (FAIN) | | |
| 80. | Unique Record Identifier (URI) | | |
| 81. | Activity Address Code | | |
| 82. | Budget Line Item | | |
| 83. | Budget Fiscal Year | | |
| 84. | Security Cooperation | | |
| 85. | Security Cooperation Implementation Agency | | |
| 86. | Security Cooperation Case Designator | | |
| 87. | Security Cooperation Case Line Item Identifier | | |
| 88. | Sub-Allocation | | |
| 89. | Agency Accounting Identifier | | |

FS Form 7600B <span>Department of the Treasury | Bureau of the Fiscal Service</span> <span>Revised March 2022</span>

SBU - LEGAL <span>AR 000596</span>

Order Number:  O2505-072-019-FAO003                                                          Page 5 of 8

| 90. | Funding Center Identifier | | |
|---|---|---|---|
| 91. | Cost Center Identifier | | |
| 92. | Project Identifier | | |
| 93. | Activity Identifier | | |
| 94. | Disbursing Identifier | | |
| 95. | Cost Element Code | | |
| 96. | Work Order Number | | |
| 97. | Functional Area | | |
| 98. | Agency Security Cooperation Case Designator | | |
| 99. | Parent Award Identifier (PAID) | | |
| 100. | Procurement Instrument Identifier (PIID) | | |
| **SCHEDULE SHIPPING INFORMATION** | | | |
| 101. | Ship To Address Identifier | | |
| 102. | Ship To Agency Title | | |
| 103. | Address 1 | | |
| 104. | Address 2 | | |
| 105. | Address 3 | | |
| 106. | Ship To City | | |
| 107. | Ship To Postal Code | | |
| 108. | Ship To State | | |
| 109. | Ship To Country Code | | |
| 110. | Ship To Location Description | | |
| 111. | Delivery/Shipping Information for Product Special Shipping Information | | |
| 112. | Delivery/Shipping POC Name | | |
| 113. | Delivery/Shipping Information for Product POC Title | | |
| 114. | Delivery/Shipping Information for Product POC E-mail Address | | |
| 115. | Delivery/Shipping Information for Product POC Telephone Number | | |
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 116. | Agency Additional Information | These funds were appropriated under the Economic Support Fund (ESF) heading of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47).  The period of availability does not take into account any extended period of availability that may apply, including | |

SBU - LEGAL                                                          AR 000597

Order Number:  O2505-072-019-FAO003 <span></span>                                                                    Page 6 of 8

| | | under section 7011 of such act. | |
|---|---|---|---|

Order Number:  O2505-072-019-FAO003                                                    Page 7 of 8

| | MODIFY ORDER | |
|---|---|---|
| 117. | Modification Date (yyyy-mm-dd): | |
| 118. | Brief explanation required for modifying this Order: | |

| | CLOSE ORDER | |
|---|---|---|
| 119. | Closing Date (yyyy-mm-dd): | |
| 120. | Brief explanation required for closing this Order: | |

| | REJECT ORDER | |
|---|---|---|
| 121. | Rejection Date (yyyy-mm-dd): | |
| 122. | Brief explanation required for rejecting this Order: | |

| | | AGENCY POINT OF CONTACTS (POC) | |
|---|---|---|---|
| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
| 123. | *Agency POC Name | Nancy Mausolf | Kyle Peterson |
| | *Agency POC E-mail | ███ @usaid.gov | ███ @state.gov |
| | *Agency POC Phone No. | ███ | ███ |
| | Agency POC Fax No. | | |

### AGREEMENT APROVALS

#### FUNDING OFFICIAL

The Funds Approving Officials, as identified by the Requesting Agency and Servicing Agency, certify that the funds are accurately cited and can be properly accounted for per the purposes set forth in the Order. The Requesting Agency Funding Official signs to obligate funds. The Servicing Agency Funding Official signs to start the work, and to bill, collect, and properly account for funds from the Requesting Agency, in accordance with the agreement.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 124. | *Funding Official Name | Kenneth Jackson | Jeremy Lewin |
| | *Signature | KENNETH STRINGER JACKSON  Digitally signed by KENNETH STRINGER JACKSON  Date: 2025.09.30 14:59:13 -04'00' | Jeremy Lewin  Digitally signed by Jeremy Lewin  Date: 2025.09.26 15:48:09 -04'00' |
| | Funding Official Title | PDO DA-MR, USAID | Senior Official |
| | *Funding Official E-mail | ███ @usaid.gov | ███ @state.gov |
| | *Funding Official Phone No. | | ███ |
| | Funding Official Fax No. | | |
| | *Funding Official Date Signed (yyyy-mm-dd) | | 2025-09-26 |

FS Form 7600B                    Department of the Treasury | Bureau of the Fiscal Service                    Revised March 2022

Order Number: O2505-072-019-FAO003

## PROGRAM OFFICIAL

The Program Officials, as identified by the Requesting Agency and Servicing Agency, must ensure that the scope of work is properly defined and can be fulfilled for this Order. The Program Official may or may not be the Contracting Officer depending on each agency's IAA business process.

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 125. | *Program Official Name | Kenneth Jackson | Kyle Peterson |
| | *Signature | KENNETH STRINGER JACKSON  Digitally signed by KENNETH STRINGER JACKSON Date: 2025.09.30 14:59:43 -04'00' | KYLE T PETERSON (Affiliate)  Digitally signed by KYLE T PETERSON (Affiliate) Date: 2025.09.26 14:02:30 -04'00' |
| | Program Official Title | PDO DA-MR, USAID | Acting Director, F/FAO |
| | *Program Official E-mail | ▮▮▮▮▮@usaid.gov | ▮▮▮▮▮@state.gov |
| | *Program Official Phone No. | | ▮▮▮▮▮ |
| | Program Official Fax No. | | |
| | *Program Official Date Signed (yyyy-mm-dd) | | 2025-09-26 |

## AGENCY PREPARER INFORMATION

### Requesting Agency (Buyer)

| | | |
|---|---|---|
| 126. | *Name | |
| | *Phone No. | |
| | *E-mail Address | |

FS Form 7600B                Department of the Treasury | Bureau of the Fiscal Service                Revised March 2022

AR 000600

REC1|Approve|4-21-2026|JL
REC2|Approve|4-21-2026|JL
REC3|Approve|4-21-2026|JL
REC4|Approve|4-21-2026|JL
REC5|Approve|4-21-2026|JL

2026004553



United States Department of State

Washington, DC   20520

SENSITIVE BUT UNCLASSIFIED                April 20, 2026

**Funds Approval Action Memo for Senior Official Lewin (F)**

FROM:        DRL – Riley Barnes

SUBJECT:     Approval of FY 2025 DF Funds to Support the Identification,
             Return and Rehabilitation of Ukrainian Children

**(SBU) Recommendation 1:**  That you approve the obligation and expenditure of
$2,000,000 in FY 2025 DF funds to support a sole source to Save Ukraine to
expand its work on supporting forcibly transferred Ukrainian children by
leveraging Save Ukraine's unique capabilities to locate, return, and rehabilitate
forcibly transferred children.  (Approve/Disapprove by 04/24/2026)
**Decision:  ☐ Approve  ☐ Disapprove  ☐ Discuss**

**(SBU) Recommendation 2:**  That you approve and sign the determination (Tab 5),
pursuant to section 7062(b)(3) of the Department of State, Foreign Operations, and
Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) (FY 2024
SFOAA), as carried forward by the Full-Year Continuing Appropriations Act,
2025 (Div. A, P.L. 119-4) (FY 2025 CR), and Department of State Delegations of
Authority 459 and 580,  that the above-recommended obligation, as an obligation
of up to ten percent of the funds contained in the FY 2025 spend plan for
Democracy Programs, prior to the submission of such spend plan, is necessary to
avoid significant programmatic disruption.  (Approve/Disapprove by 04/24/2026)
**Decision:  ☐ Approve  ☐ Disapprove  ☐ Discuss**

REC1|Approve|5-18-2026|JL █████████████████
REC2|Approve|5-18-2026|JL



2026005601

United States Department of State

Washington, DC   20520

<u>SENSITIVE BUT UNCLASSIFIED</u>                    May 14, 2026

**Funds Approval Action Memo for Senior Official Lewin (F)**

FROM:         SCA – Paul Kapur

SUBJECT:      (SBU) Approval of FY 2025 ESF Funds to Support the Supporting
              Student Success in Afghanistan (SSSA) Program

**(SBU) Recommendation 1:**  That you approve the allocation, obligation, disbursement, and expenditure of $3,000,000 in FY 2025 ESF from the State SCA Regional OU to the Afghanistan OU to fund the Supporting Student Success in Afghanistan (SSSA) program.  (Approve/Disapprove by 05/14/26)
**Decision:** ☐ **Approve** ☐ **Disapprove** ☐ **Discuss**

**(SBU) Recommendation 2:**  That you approve and sign the determination (Tab 4) that pursuant to the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) the obligation of up to 10 percent of the funds contained in the FY 2025 higher education spend plan is necessary prior to the submission of such spend plan to avoid significant programmatic disruption and allow for the obligation of $3,000,000.  (Approve/Disapprove by 05/14/26)
**Decision:** ☐ **Approve** ☐ **Disapprove** ☐ **Discuss**

**(SBU)** ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████

**Background**
(SBU) The SSSA program is one of two SCA programs that addresses significant Congressional concerns about the plight of Afghan women and girls inside of Afghanistan by providing online higher education opportunities.  SCA requests F

2026006462

# UNITED STATES DEPARTMENT OF STATE
# CONGRESSIONAL NOTIFICATION

**PROGRAM:**                              Venezuela

**APPROPRIATION CATEGORY:**  Economic Support Fund (ESF)

**PROJECT TITLE:**                        ██████████████████████

**INTENDED FY 2026**
**OBLIGATION:**                           $12,000,000 (FY 2025 ESF)

Pursuant to section 634A of the Foreign Assistance Act of 1961 (FAA), and sections 7009(b)(3), 7015(c), and 7015(f) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) as carried forward by the Full-Year Continuing Appropriations and Extensions Act, 2025 (Div. A., P.L. 119-4), this is to advise that the Department of State Bureau of Western Hemisphere Affairs (WHA) intends to obligate up to $12,000,000 in FY 2025 ESF to support programming in Venezuela.  WHA will administer funds through the implementation plans below, which may include transfers to the ████████████████████████████████

**Commercial Diplomacy - $2,000,000**
The program will provide technical assistance for regulations necessary to implement the ████████████████████████████████

**Independent Media and Free Flow of Information - $3,000,000**
This program will support access to ████████████████████████████████

SBU - LEGAL

AR 000684

2026006462



(SBU) The second award of $3,000,000 will support

(SBU) The third award of $7,000,000 will support a

This represents a shift from prior year programming that focused on

(U) Each activity includes funding for programmatic management, oversight, and financial compliance.

## (U) Policy/Strategic Alignment

(SBU) Requested programming directly advances the Administration's commitment to restoring democracy in Venezuela and countering authoritarian regimes in the Western Hemisphere. The activities align with the Department's Strategic Plan and Strategic Dialogue objectives for non-security executive authority – functions and processes (EG.5.2), professional media capacity (DR.5.2), and elections and political processes (DR.3.2).

(SBU) The programming directly supports the 2025 National Security Strategy's priorities for the Western Hemisphere, specifically the "Trump Corollary" to the Monroe Doctrine, which calls for ensuring the Hemisphere "remains reasonably stable and well-governed enough to prevent and discourage mass migration to the United States" and remains "free of hostile foreign incursion." , this programming directly addresses illegal mass migration while countering destabilizing authoritarian influence. By improving the legal and regulatory environment for investment and commerce, this initiative advances U.S. interests in fostering a more open and competitive

(SBU) In support of the Administration's policy agenda in Venezuela, WHA will

AR 000688

REC1|Approve|1-30-2026|JL|Thanks for the excellent and thoughtful work on restarting and reorienting this program



2026001024

**United States Department of State**

*Washington, D.C.   20520*

<u>SENSITIVE BUT UNCLASSIFIED</u>                    January 26, 2026

**Action Memo for Senior Official Lewin (F)**

FROM:          F/GFS – Meghan Hanson, SBO

SUBJECT:     Approval of $72,000,000 FY 2025 Development Assistance (DA)
                     for Feed the Future (FtF) Innovation Labs

**Recommendation**
(SBU) That you approve the allocation, obligation, and expenditure of
$72,000,000 of FY 2025 DA for the FtF Innovation Lab portfolio, including
funding for a State-issued award to Kansas State University, to transition their
existing Innovation Lab from USAID systems.
(Approve/Disapprove by 02/03/2026)
**Decision:  ☐ Approve  ☐ Disapprove  ☐ Discuss**

**Background**
(SBU) The Department of State intends to obligate and expend $72,000,000 in FY
2025 funds to support a portfolio of FtF Innovation Labs; partnering with U.S.
universities to mitigate challenges that affect Americans in countries of shared
interest in agriculture and food security by advancing scientific solutions to reduce
hunger both at home and abroad.

(U) F/GFS will design and manage the next iteration of FtF Innovation Lab awards
in alignment with Trump administration priorities, including a more affordable,
diverse, and predictable food supply for Americans and more resilient food
systems in countries that advance our interests.  The portfolio of awards will
complement other relevant food security efforts, including the Department's recent
award to the International Maize and Wheat Improvement Center (CIMMYT) and
serving as the technical lead for the Food and Agriculture Organization (FAO) Soil
Mapping for Resilient Agrifood Systems (SoilFER) project.

(U) These funds have been made available under the Development Assistance
heading of the Department of State, Foreign Operations, and Related Programs

2026001024

SENSITIVE BUT UNCLASSIFIED
-2-

Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) for this purpose. In the Rescission Act of 2025, Congress explicitly protected unobligated Feed the Future Innovation Labs funds from the rescission. Planning assumptions include expectations of similar amounts of funding being appropriated and earmarked by Congress in future years. To that end, Congress has directed not less than $72 million for the FtF Innovation Labs in the pending FY 2026 appropriations bill.

**(U) Funding Use Description**

(U) The FtF Innovation Labs will advance solutions to reduce global hunger, poverty, and malnutrition, both at home and abroad, including in response to shocks and stresses to food and nutrition security. Agricultural research underpins food supply stability, food security, and food affordability both in the United States and in developing countries. The new FtF Innovation Lab investments recognize the importance of U.S. scientific leadership in protecting the global food supply through American excellence in agricultural research and development (R&D). FtF Innovation Lab investments will be aligned with the policy priorities of the U.S. Department of State, by:

- **(U) <u>Making America Safer</u>**: Protecting Americans by preventing agricultural threats (including pest and disease outbreaks) from reaching U.S. shores or U.S. production systems, enhancing the safety and reliability of imported food, and by minimizing instability and migration that can result from chronic food insecurity.

- **(U) <u>Making America Stronger</u>**: Strengthening bilateral relationships, building trust and cooperation, highlighting the quality and skills of U.S. universities, promoting resiliency in benefitting countries, and countering adversaries and malign actors, especially in the western hemisphere. FtF Innovation Labs will draw on the expertise at the top U.S. universities to tackle some of the world's greatest challenges in agriculture and food security, strengthening U.S. research capacity and demonstrating the quality and skills of U.S. Land Grant institutions globally.

- **(U) <u>Making America More Prosperous</u>**: Preventing costly agricultural threats, enhancing global production, reducing the need for humanitarian food assistance, and promoting American innovations globally. Procuring supplies and inputs from U.S. companies enhances U.S. agriculture and facilitates market entry for American innovations in emerging markets.

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 000776

## Determination under Section 7019(b) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47)

Pursuant to the authority vested in me by section 7019(b) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA), and Department of State Delegations of Authority 293-2, 589 and 597, I hereby determine that deviations of more than 10 percent  from the following amounts specified in the tables included in the Joint Explanatory statement accompanying the FY 2024 SFOAA are necessary to respond to significant, exigent, or unforeseen events or to address other exceptional circumstances directly related to the national security interest of the United States:

| Table | Description | Table Amount (in thousands) |
|---|---|---|
| ESF Table | Democracy Funding - Iraq | 25,000.0 |
| DRL Table (7032) | Burma | 4,000.0 |
| DRL Table (7032) | Maldives | 500.0 |
| DRL Table (7032) | Near East Regional Democracy | 15,000.0 |
| DRL Table 7032) | South Sudan | 1,000.0 |
| DRL Table (7032) | Sri Lanka | 2,000.0 |
| DRL Table (7032) | Sudan | 1,000.0 |
| DRL Table (7032) | Syria | 11,000.0 |
| DRL Table (7032) | Yemen | 2,000.0 |

SBU - LEGAL

| DRL Table (7032) | Human Rights and Democracy Fund (DRL) | 19,600.0 |
|---|---|---|
| DRL Table (7032) | Countering Transnational Repression | 1,440.0 |
| DRL Table (7032) | Afghanistan | 5,000.0 |
| ESF Table | Burma Deserter Programs | 1,500.0 |
| ESF Table | Burma - Rohingya Accountability and Justice | 1,000.0 |
| ESF Table | Burma - TJ - Atrocity Prevention | 7,000.0 |
| ESF Table | Burma - TJ - Tech Support and Non-Lethal Assistance | 25,000.0 |
| ESF Table | West Africa Anti-Slavery Programs | 2,000.0 |
| ESF Table | Iraq | 150,000.0 |
| ESF Table | Iraqi Scholarships | 12,000.0 |
| ESF Table | Middle East Regional Cooperation | 8,500.0 |
| ESF Table | Nita Lowey ME Partnership for Peace | 50,000.0 |
| ESF Table | Assistance subject to 7041(k)(1) (West Bank & Gaza) | 175,000.0 |
| ESF Table | Maldives | 3,000.0 |

AR 000833

| Global Internet Freedom Table (7050) | Internet Freedom | 27,000.0 |
|---|---|---|
| ESF Table | Iraqi Justice Sector | 2,500.0 |
| ESF Table | Equatorial Guinea democracy programs | 2,000.0 |
| ESF Table | Marla Ruzicka Fund for Innocent Victims of Conflict | 10,000.0 |

I further determine that deviations of more than 5 percent from the following amounts specified for "Global Programs" in the table under the heading "Economic Support Fund" in the Joint Explanatory statement accompanying the FY 2024 SFOAA are necessary to respond to significant, exigent, or unforeseen events or to address other exceptional circumstances directly related to the national security interest of the United States:

| Table | Description | Table Amount (in thousands) |
|---|---|---|
| ESF Table (Global Programs) | Family Planning/Reproductive Health | 51,050.0 |
| ESF Table (Global Programs) | Global Surface Water Inventory | 5,000.0 |
| ESF Table (Global Programs) | Conflict and Stabilization Operations | 5,000.0 |
| ESF Table (Global Programs) | Peace Process Monitoring | 3,500.0 |

AR 000834

| ESF Table (Global Programs) | House Democracy Partnership | 2,300.0 |
|---|---|---|
| ESF Table (Global Programs) | Information Communications Technology Training | 1,000.0 |
| ESF Table (Global Programs) | Atrocities Prevention | 3,000.0 |

09-11-2025
_____
DATE

_____
Jeremy Lewin
Senior Official, Undersecretary for Foreign Assistance, Humanitarian Affairs, and Religious Freedom (F) and Director of Foreign Assistance

AR 000835

**MEMORANDUM OF JUSTIFICATION UNDER SECTION 7019(b)
OF THE DEPARTMENT OF STATE, FOREIGN OPERATIONS, AND
RELATED PROGRAMS APPROPRIATIONS ACT, 2024**

Pursuant to section 7019(b) of the Department of State, Foreign Operations, and Related Programs Appropriations, 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA), the Department has made a determination that deviations of more than 10 percent (or 5 percent where applicable) from certain amounts specified in the tables included in the Joint Explanatory statement accompanying the FY 2024 SFOAA are necessary to respond to significant, exigent, or unforeseen events or to address other exceptional circumstances directly related to the national security interest of the United States.

In particular, among other programs, these funds are needed for critical foreign assistance programs to support the following:

- Infrastructure or related assistance activities to support the recently brokered peace between Armenia and Azerbaijan
- Activities that directly address the immigration crisis, particularly in the Western Hemisphere and potentially related to emergent bilateral agreements
- Infrastructure, financing, or other assistance to help diversify critical mineral supply chains
- Assistance that will undercut Iranian malign influence and propaganda
- Infrastructure or other assistance to aggressively counter China's influence in the telecommunications and energy industries and other sectors directly related to national security interests
- Programming to buttress emergent peacebuilding and post-conflict assistance for the Democratic Republic of Congo and Rwanda

For example, assistance related to the TRIPP project and potential support for an enterprise fund for Armenia, is necessary to undergird the Armenia-Azerbaijan peace deal brokered by the President after decades of conflict. Funds will similarly be needed for assistance to support peace efforts in the Democratic Republic of Congo and Rwanda.  In addition, funds are needed

AR 000836

for critical programs to address the immigration crisis, including programs to prevent illegal mass migration to the United States, and to address China's dominance in critical minerals and other key sectors. Deviations from the JES table levels specified in the determination are necessary to fund the initiatives outlined above to respond to these significant, exigent, or unforeseen events, or to address other exceptional circumstances directly related to the national security interest of the United States.

AR 000837



United States Department of State

Washington, DC  20520

SENSITIVE BUT UNCLASSIFIED    September 11, 2025

**Action Memo for the Secretary**

FROM:          F – Jeremy Lewin, Senior Official

SUBJECT:       (SBU) Exercising the Authority under Section 451 of the
               Foreign Assistance Act for FY 2024 Economic Support Funds
               (ESF)

**(SBU) Recommendation 1:**  That you authorize reliance on the
"unanticipated contingencies" authority of section 451 of the Foreign
Assistance Act of 1961 (FAA) and sign the attached determination to provide
up to $109,000,000 to support the Armenia-Azerbaijan peace deal, which
would allow the Department to overcome certain ESF earmarks and to use
the funds to provide assistance chapter 11 of part I of the FAA.
(Approve/Disapprove by 09/11/2025)
**Decision: ☑ Approve ☐ Disapprove ☐ Discuss**

**Background**
(SBU) On August 8, the Prime Minister of Armenia and the President of
Azerbaijan initialed the Armenia-Azerbaijan peace deal, brokered by
President Trump, indicating their commitment to sign and ratify the peace
deal.  As part of the Summit, Armenia committed in a Joint Declaration with
Azerbaijan, witnessed by President Trump, to work with the United States
on developing the Trump Route for International Peace and Prosperity
(TRIPP).  Consistent with discussions with the White House, the Department
is working to identify a total of $400 million in foreign assistance funding for
infrastructure and related activities to support the TRIPP project.

(U) The Department of State, Foreign Operations, and Related Programs
Appropriations Act (Div. F, P.L. 118-47) (FY 2024 SFOAA) included earmarks
for ESF for the following purposes, among others:

- $20.0 million in ESF funds for forensic anthropology assistance
- $5.0 million in ESF funds to investigate and document human rights abuses against women in Afghanistan
- $121.0 million in ESF funds for assistance to Burma
- $117.04 million in ESF and Assistance for Europe, Eurasia, and Central Asia (AEECA) funds available to the Bureau for Democracy, Human Rights, and Labor

(SBU) These funds are needed for other urgent priorities related to the Armenia-Azerbaijan peace deal, including potential support for an enterprise fund or similar vehicle in Armenia. To meet these needs, we recommend that you exercise the "unanticipated contingencies" authority of section 451 of the FAA with respect to up to $109 million in FY 2024 ESF to overcome these earmarks and to provide assistance authorized in chapter 11 of part I of the FAA (which includes authority to support enterprise funds in countries in the former Soviet Union, including Armenia). Section 7034(f) of the FY 2024 SFOAA, as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) (FY 2025 CR), authorizes the use of up to $125,000,000 under the section 451 authority during FY 2025. This authority has been used with respect to $16 million in assistance to date in FY 2025.



(SBU) F recommends relying on section 451 to overcome a combined $109,000,000 of these mandatory earmarks so that the funds may be used to support assistance activities related to the TRIPP project. The President brokered this peace deal after decades of bitter conflict and scores of lives lost. The TRIPP project represents an opportunity to undergird the peace

SENSITIVE BUT UNCLASSIFIED
-3-

deal and strengthen the U.S. role in unlocking the economic potential of the South Caucasus region. These funds would support infrastructure and related activities to advance the project, which may include funding for an enterprise fund for Armenia under chapter 11 of part I of the FAA, and address this unanticipated opportunity.  Currently, the AEECA account is appropriated to carry out that chapter, including the authority to set up enterprise funds for countries of the former Soviet Union.  Relying on section 451, would allow up to $109 million in ESF funds to be used for this purpose as well.

(SBU) Specifically, given these historic developments, F recommends relying on section 451 authority to use up to $109 million in FY 2024 ESF to overcome the following earmark amounts and to provide assistance under chapter 11 of part I of the FAA.  Where reliance on this authority does not overcome the full amount of some of the earmarks (see above), the Department will program the funds consistent with the remaining earmark amounts for activities in line with Trump Administration priorities.

- $20.0 million ESF funds for forensic anthropology assistance
- $5.0 million ESF funds to investigate and document human rights abuses against women in Afghanistan
- $60.0 million ESF funds for assistance to Burma ($61.0 million remaining earmark)
- $24.0 million ESF funds available to the Bureau for Democracy, Human Rights, and Labor ($93.04 million remaining earmark)



SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 000840

SENSITIVE BUT UNCLASSIFIED
-4-

will be transmitted to Congress, and the determination under section 451 will be published in the Federal Register.


**Attachments**

Tab 1 – Section 451 Determination
Tab 2 – Section 451 FAA Analysis and Other Considerations
Tab 3 – Section 451 Memorandum of Justification
Tab 4 – Draft Congressional Notification
Tab 5 – Transmittal Letters
Tab 6 – Draft Consultation Note

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 000841

SENSITIVE BUT UNCLASSIFIED
-5-

Cleared:

| Bureau | Name | Clearance Status |
|--------|------|------------------|
| P: | | INFO |
| S: | | [] |
| L: | | OK |
| H: | | INFO |
| C: | | OK |

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 000842

UNCLASSIFIED

## Determination Pursuant to Section 451 of the Foreign Assistance Act of 1961

Pursuant to section 451 of the Foreign Assistance Act of 1961 (the "Act") (22 U.S.C. 2261) and section 1-100(a)(1) of Executive Order 12163,  I hereby authorize, notwithstanding any other provision of law, the use of up to $109,000,000 made available to carry out provisions of the Act (other than the provisions of chapter 1 of part I of the Act) to provide assistance authorized by part I of the Act to support the Armenia-Azerbaijan peace deal.

This Determination and the accompanying Memorandum of Justification shall be promptly reported to the Congress.  This Determination shall be published in the Federal Register.

_____        _____

Date                          Marco Rubio
                              Secretary of State

## Section 451 Analysis and Other Considerations

### (SBU) Relevant Restrictions Requiring Reliance on Section 451

(SBU) F recommends relying on the authority under section 451 of the Foreign Assistance Act (FAA) to use up to $109 million in FY 2024 ESF to overcome certain earmarks and to carry out chapter 11 of part I of the FAA to provide assistance in support of the Armenia-Azerbaijan peace deal.

(SBU) The Department of State, Foreign Operations, and Related Programs Appropriations Act (Div. F, P.L. 118-47) (FY 2024 SFOAA) included mandatory earmarks for the following purposes, among others:

- $20.0 million ESF funds for forensic anthropology assistance
- $5.0 million ESF funds to investigate and document human rights abuses against women in Afghanistan
- $121.0 million ESF funds for assistance to Burma
- $117.04 million ESF and Assistance for Europe, Eurasia, and Central Asia (AEECA) funds available to the Bureau for Democracy, Human Rights, and Labor

(U) The SFOAA does not provide any authority to overcome these mandatory earmarks. In addition, the Department may rely on section 451 to use ESF to carry out the authorities under chapter 11 of part I of the FAA, including the authority to support enterprise funds, to provide assistance to support the Armenia-Azerbaijan peace deal.

### Background on Section 451

(SBU) Section 451 authorizes the President, "notwithstanding any other provision of law," to use funds made available to carry out any provision of the FAA (other than development assistance) to provide, for any "unanticipated contingencies," assistance authorized under part I of the FAA. The use of section 451 authority allows assistance under the authority

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 000844

of chapter 4 of part II of the FAA (Economic Support Fund) to be provided to provide assistance authorized under part I of the FAA notwithstanding any other provision of law.   To our knowledge, the Department has never relied on the section 451 authority to overcome an earmark.  However, the Department may rely on the notwithstanding authority in section 451 for that purpose.  For example, the Government Accountability Office concluded in 2016 that USAID did not violate an FY 2014 earmark for nonemergency food assistance because a notwithstanding authority in the Food for Peace Act permitted the USAID to obligate less than the earmark level.  Some in Congress or elsewhere argue that the capped authority under section 614 of the FAA is intended to overcome earmarks and the notwithstanding authority under section 451 is not available for that purpose, particularly where other funds could be available to fund the proposed activities.  We would take the position that section 451 authorizes the President to provide assistance "notwithstanding any other provision of law", which includes requirements to use particular funds for particular purposes.

(SBU) In addition, relying on section 451, the Department could use ESF to provide assistance under chapter 11 of part I of the FAA, which authorizes assistance for the Independent States of the former Soviet Union including through enterprise funds.  The Assistance for Europe, Eurasia and Central Asia account is typically appropriated to carry out the authority under chapter 11.

(U) The historic developments and timing of the Armenia-Azerbaijan peace deal were unanticipated, so we believe that you may rely on the extraordinary authority under section 451 to provide funding for these activities.

(U) The President's authority under section 451 has been delegated to the Secretary by section I-100(a)(1) of E.O. 12163.  Section 7034(f) of the FY 2024 SFOAA, as carried forward by the Full-Year Continuing Appropriations

Act, 2025 (Div. A, P.L. 119-4) (FY 2025 CR), authorizes the use of up to $125,000,000 under the section 451 authority during FY 2025. This authority has been used with respect to $16 million to date in FY 2025. If this recommendation is approved, it would exhaust the available authority under section 451 for FY 2025.

**Congressional Consultations and Notification**

(U) While use of the section 451 authority is not subject to statutory Congressional consultation or pre-notification requirements, our longstanding practice is to informally pre-consult before relying on the extraordinary authority. Consistent with Department practice, we are consulting with the relevant committees on the proposed use of this authority. In addition, pursuant to section 634 of the FAA and other provisions, we are required to provide a 15-day notification to Congress before obligating ESF funds. As is our general practice, we do not intend to rely on the section 451 "notwithstanding authority" to overcome these notification requirements. Accordingly, transmittal of the section 451 determination and Memorandum of Justification will be followed by a notification of the use of the funds for the Armenia-Azerbaijan peace deal.

(U) Section 451 requires the President to report promptly to the Speaker of the House and to the Committees on Foreign Relations and on Appropriations of the Senate each time the President exercises the authority thereunder. If you approve, we will send the signed determination and accompanying Memorandum of Justification under cover of the notification letter to the appropriate committees. Because actions under section 451 have been treated as "determinations" for purposes of section 654 in the past, we will publish your determination in the Federal Register consistent with the procedure in section 654 of the FAA for determinations under the FAA.

**Other Applicable Legal Restrictions**

SENSITIVE BUT UNCLASSIFIED

AR 000846



**Congressional Notification Requirements:** A Congressional Notification will be transmitted. (See Tab 4)

## Memorandum of Justification for Reliance on Section 451 of the Foreign Assistance Act of 1961 (FAA)

The Secretary has authorized the use of up to $109,000,000 under the authority of section 451 of the Foreign Assistance Act of 1961 (FAA) to provide assistance authorized under part I of the FAA to support the Armenia-Azerbaijan peace deal. Section 451 permits the use of funds made available to carry out provisions of the FAA to provide, for any unanticipated contingencies, assistance authorized under part I of the FAA, notwithstanding any other provision of law. Pursuant to section 553 of the FAA, reference to part I in section 451 is deemed to include chapter 6 of part II of the FAA. The Department plans to rely on this authority to use $109,000,000 in FY 2024 Economic Support Fund (ESF) funds to provide assistance authorized under chapter 11 of part I of the FAA and to overcome mandatory earmarks for assistance to support the Armenia-Azerbaijan peace deal and the Trump Route for International Peace and Prosperity (TRIPP).

The President brokered the Armenia-Azerbaijan peace deal after decades of bitter conflict and scores of lives lost. Assistance to support this deal, including activities related to the TRIPP project and potential support for an enterprise fund for Armenia, represents an opportunity to undergird the peace deal and strengthen the U.S. role in unlocking the economic potential of the South Caucasus region. Given these historic developments, the Department intends, in reliance on the authority of section 451 of the FAA, to use the following ESF funds subject to earmarks in the Department of State, Foreign Operations, and Related Programs Appropriations Act (Div. F, P.L. 118-47, "FY 2024 SFOAA") to support infrastructure and related activities to support the TRIPP project, including a potential enterprise fund that could be established under chapter 11 of part I of the FAA, and address this unanticipated contingency:

- $20.0 million ESF funds for forensic anthropology assistance
- $5.0 million ESF funds to investigate and document human rights abuses against women in Afghanistan
- $60.0 million ESF funds for assistance to Burma

AR 000848

- $24.0 million ESF funds available to the Bureau for Democracy, Human Rights, and Labor

Section 7034(f) of the FY 2024 SFOAA, as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) (FY 2025 CR), authorizes the use of up to $125,000,000 under the section 451 authority during FY 2025.  This authority has been used with respect to $16 million to date in FY 2025.

AR 000849

UNCLASSIFIED



United States Department of State

Washington, DC   20520

**YY-XXX**

**Month Day, Year** (H will fill in)

### CONGRESSIONAL NOTIFICATION TRANSMITTAL LETTER

The Department of State is informing you of its intent to obligate Fiscal Year 2024 Economic Support Fund (ESF).  This notification is being submitted on behalf of U.S. Agency for International Development (USAID).

- USAID - $1,800,000,000 ESF

The funds will be used to support critical foreign assistance programs implemented by the Department of State that will advance the national security interests of the United States globally, including through regional "strategic investment funds", as outlined in the notification.

Obligations may be incurred in fifteen calendar days from the above date of notification.

**Recipients:**
House Foreign Affairs Committee
Senate Foreign Relations Committee
House Appropriations Committee
House Subcommittee on National Security, Department of State, and Related Programs
Senate Appropriations Committee
Senate Appropriations Subcommittee on State, Foreign Operations, and Related Programs

We hope this information is helpful.  Please do not hesitate to contact us with questions.

Sincerely,

Paul D. Guaglianone
Senior Bureau Official
Bureau of Legislative Affairs

Enclosure:
        As stated.

UNCLASSIFIED

UNCLASSIFIED
-2-

## UNITED STATES DEPARTMENT OF STATE
## CONGRESSIONAL NOTIFICATION

**PROGRAM:**                          Global

**APPROPRIATION CATEGORY:**           FY 2024 Economic Support Fund

**PROJECT TITLE:**                    Regional Strategic Investment Funds

**INTENDED FY 2025 OBLIGATION:**      $1,800,000,000 FY 2024 ESF

Pursuant to section 634A of the Foreign Assistance Act of 1961 (FAA) and sections 7015(c), 7015(f), 7015(h)(2), 7019(b), 7032(b)(1), 7035(a)(1), 7039(f), 7041(a)(2), 7041(f)(3), 7041(i)(1), 7041(i)(4), and 7046(d) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div F, P.L. 118-47) (FY 2024 SFOAA), and section 136 of the Foreign Assistance Act, to include the Senator Paul Simon Water for the World Act of 2014 (P.L. 113-289), this is to advise that USAID intends to obligate up to $1,800,000,000 in FY 2024 ESF to fund programming that will be implemented by the Department of State to strengthen U.S. global leadership, including by diversifying critical mineral supply chains; promoting strategic infrastructure investment and development; countering China's influence in the telecommunications and energy industries; supporting the recently brokered peace between Armenia and Azerbaijan; addressing the immigration crisis; undercutting Iranian malign influence and propaganda; advancing critical cyber, economic growth, democracy, and education programs; and protecting and promoting the interests and well-being of children throughout the world. Funds may also be used in a targeted fashion to support priorities that also provide a benefit to the American people. Funds may also be used for costs related to the administration, oversight, and monitoring of foreign assistance programs.

Pursuant to Section 7019(b), the Department intends to deviate from multiple levels in the Joint Explanatory Statement accompanying the FY 2024 SFOAA. The national security interests of the United States require that the United States utilize these foreign assistance funds to meet new challenges in ways that make America safer, stronger, or more prosperous. Funds available as a result of these deviations will be used for the national security efforts described in this notification.

The Department of State and U.S. Agency for International Development (USAID) have notified their intent to undertake a reorganization that would involve realigning certain USAID functions to the Department. The funds notified in this CN will support programs managed by the Department of State.

Proposed activities are described below.

UNCLASSIFIED

SBU - LEGAL

AR 000851

UNCLASSIFIED
-3-

**Strategic Investment Funds:** Funds may be used to support initiatives that strengthen U.S. competitiveness and global leadership, including by diversifying critical mineral supply chains; promoting strategic infrastructure investment and development; and countering China's influence in the telecommunications and energy industries. Funds may also be used in a targeted fashion to support priorities that also provide a benefit to the American people. Funds may also be used for program support costs.

**Western Hemisphere ($400,000,000):** Funds may support activities to end illegal immigration to the United States; s; counter China's dominance in critical minerals and AI; confront the Marxist, anti-American regimes of Venezuela, Cuba, and Nicaragua and support freedom for their peoples; and prevent mass migration. Funds may also support community-based police assistance technical assistance and training, including to improve rule of law by supporting the development and administration of the justice sector.

Bilateral and regional programming under this notification may benefit the following countries and programs: Argentina, Brazil, Chile, Colombia, Costa Rica, Cuba, Ecuador, El Salvador, Guatemala, Haiti, Honduras, Mexico, Nicaragua, Panama, Paraguay, Peru, Venezuela, and State Western Hemisphere Regional, including the Caribbean Basin Security Initiative (CBSI).

**East Asia and the Pacific ($400,000,000):** Funds may support efforts to level the playing field for foreign investors (including U.S. companies); advance U.S. deterrence initiatives; deny Chinese expansionism by providing alternatives to Chinese economic and security initiatives; support the Indo-Pacific Strategy; and promote American standards in regional groupings like the Quad, APEC, ASEAN, and the Pacific Islands Forum.

Bilateral and regional programming under this notification may benefit the following countries and programs: ASEAN, Burma, Cambodia, Indonesia, Japan, Republic of Korea, Laos, Malaysia, Pacific Islands, Philippines, Thailand, Vietnam, and State East Asia and Pacific Regional.

**Europe and Eurasia ($400,000,000):** Funds may support energy and critical minerals programming in Ukraine; infrastructure and border security activities in the Caucasus; economic development and conservation work in Greenland; programs to support the recently brokered peace between Armenia and Azerbaijan; and similar efforts in Eastern Europe.

Bilateral and regional programming under this notification may benefit the following countries and programs: Armenia, Austria, Azerbaijan, Belgium, Bulgaria, Croatia, Cyprus, Czechia, Denmark, Estonia, Finland, France, Germany, Greece, Greenland, Hungary, Ireland, Italy, Latvia, Lithuania, Luxembourg, Moldova, Netherlands, Norway, Poland, Portugal, Romania, Slovakia, Slovenia, Switzerland, Spain, Sweden, Turkey,

UNCLASSIFIED

AR 000852

UNCLASSIFIED
-4-

Ukraine, the United Kingdom and the Europe and Eurasia Regional.

**Middle East and North Africa ($207,800,000):** Funds will be used to advance President Trump's efforts for a prosperous Middle East by supporting investment in priority sectors that advance regional economic cooperation initiatives like India-Middle East Corridor; pursuing public/private partnerships in tech and critical infrastructure to counter China; undercutting malign Iranian influence and countering regime propaganda; and bolstering state institutions in the Levant. Funds may also be used to support a stable Syria through trade, commercial, private sector investment in agriculture and public works.  Approximately $107,800,000 will be used to support our bilateral partnership with Egypt and will expand partnerships between U.S. and Egyptian institutions of higher learning; counter China in strategic infrastructure development; and pursue collaboration on water management.

Bilateral and regional programming under this notification may benefit the following countries and programs: Algeria, Bahrain, Egypt, Iraq, Lebanon, Libya, Morocco, Oman, Syria, Tunisia, Yemen, [West Bank and Gaza?,] Middle East Partnership Initiative, Middle East Regional Cooperation, Near East Regional Democracy, and State NEA Regional.

**Africa ($100,000,000):** Funds may support programming that buttresses peacebuilding and post-conflict stabilization efforts in the DRC and Rwanda as well as activities to incentivize partners to support U.S. immigration priorities. Funds may be used to support projects that strengthen supply chains in strategic sectors to counter China's dominance, promote strategic investment, enable foreign partners to collaborate with U.S. private sector to invest in projects and forge connections with U.S. businesses, which could also increase U.S. exports and strengthen U.S. supply chains.

Bilateral and regional programming under this notification may benefit the following countries and programs: Angola, Botswana, Central African Republic, Democratic Republic of Congo, Eswatini, Ethiopia, Ghana, Kenya, Madagascar, Malawi, Mauritius, Mozambique, Namibia, Rwanda, Seychelles, Somalia, South Africa, South Sudan, Sudan, Tanzania, Uganda, Zambia, Zimbabwe, and State Africa Regional.

**South and Central Asia ($50,000,000):** Funds may support activities under the auspices of the Quad and C5+1 platform to counter China and advance key priorities related to economic prosperity, security, and critical and emerging technology. Funds may also be used to incentivize U.S. investment in mineral production and processing, resilient supply and infrastructure investment to create resilient supply chains. Funds may also be used to enable foreign partners to collaborate with U.S. private sector to invest in projects and forge connections with U.S. businesses, which could also increase U.S. exports and strengthen U.S. supply chains.

UNCLASSIFIED

AR 000853

UNCLASSIFIED
-5-

Bilateral and regional programming under this notification may benefit the following countries and programs: India, Kazakhstan, Kyrgyz Republic, Nepal, Sri Lanka, Tajikistan, Turkmenistan, Uzbekistan, and State South and Central Asia Regional.

**Countering PRC Influence Fund (CPIF) (up to $135,000,000):** The Department will fund opportunities through CPIF to support efforts to counter China's malign influence and those that threaten the national security, economic security, or sovereignty of the United States and key partners in the regions and countries described above.

**Under Secretary for Foreign Assistance, Humanitarian Affairs, and International Religious Freedom (F) and Under Secretary for Economic Growth, Energy, and Environment (E) ($107,200,000):** Funds may support key administration priorities, including but limited to, programming that advances international religious freedoms and administration priorities on democracy programming globally; pursuing transitional justice initiatives such as those through the war crimes accountability fund; and protecting and promoting the interests and well-being of children throughout the world. Funds may also support investment in strategic infrastructure, critical minerals, and cyber and other emerging technologies. Funds may also support the administration and oversight of Department of State programs and USAID programs managed by the Department, ensuring foreign assistance awards are managed effectively and efficiently, and that foreign assistance resources deliver measurable results for the American people. Funds may also support the maintenance of critical administrative equipment to ensure the integrity of data collection and fiscal management.

As needed, these activities may rely on available notwithstanding authorities.

These funds will be programmed by the Department of State's regional and functional bureaus.

The Department will ensure it meets all required earmarks and congressional directives established in the FY 2024 SFOAA, subject to deviations consistent with applicable requirements.
The following information is provided per section 1706 of the FY 2023 Additional Ukraine Supplemental Appropriations Act, as carried forward by Sec. 7046(d)(3)(D) of the FY 2024 SFOAA:

State & Other USG Agencies - Ukraine*

| Program | FY/Account | | Allocated to Date | Notified to Date | Amount of Notification | Obligated to Date | Expended | Unexpended | Unobligated |
|---|---|---|---|---|---|---|---|---|---|
| Private Sector Productivity | 2022 | AEECA-USAA | $ 52,950 | $ 52,950 | $ - | $ 52,950 | $ 45,233 | $ 7,717 | $ - |
| | 2022 | AEECA CRIF-USAA | $ 9,005 | $ 9,005 | $ - | $ 9,005 | $ 6,798 | $ 2,207 | $ - |
| | 2022 | ESF-AUSAA | $ 61,665 | $ 61,665 | $ - | $ 61,665 | $ 61,104 | $ 561 | $ - |
| | 2023 | AEECA-AUSAA | $ 39,737 | $ 39,737 | $ - | $ 38,543 | $ 6,108 | $ 32,435 | $ - |
| | 2023 | ESF-AUSAA | $ 583,000 | $ 583,000 | $ - | $ 583,000 | $ 126,000 | $ 457,000 | $ - |
| | 2024 | AEECA-USSAA | $ 70,000 | $ 70,000 | $ - | $ 69,900 | $ 4,900 | $ 65,100 | $ 100 |
| | 2022 | AEECA-SFOAA | $ 250,000 | $ - | $ - | $ - | $ - | $ 250,000 | $ 250,000 |
| | 2024 | ESF-SFOAA | $ 139,500.00 | $ - | $ - | $ - | $ - | $ - | $ - |

*Funding in Thousands

UNCLASSIFIED

SBU - LEGAL                                    AR 000854



Month Day, 2025 (H will fill in upon transmittal)

## Transmittal Of A DETERMINATION to Congress

Please find enclosed the following Determination and accompanying documentation from the Department of State.  This material is for official Committee use only.

**Title of DETERMINATION:**  Determination Pursuant to Section 451 of the Foreign Assistance Act of 1961 (FAA)

**Background:** Pursuant to section 451 of the FAA, the Secretary of State has made a Determination regarding the use of up to $109,000,000 in Economic Support Fund (ESF) funds to support the Armenia-Azerbaijan peace deal.  Please find enclosed the Determination and accompanying documentation on this matter.

**Recipients:**
House Foreign Affairs Committee
Senate Foreign Relations Committee
House Appropriations Committee
House Appropriations Subcommittee on National Security, Department of State, and Related Programs
Senate Appropriations Committee
Senate Appropriations Subcommittee on State, Foreign Operations, and Related Programs

Sincerely,


Paul D. Guaglianone
Senior Bureau Official
Bureau of Legislative Affairs

Enclosure:
    As stated.

SBU - LEGAL

AR 000855

## Consultation Email with HACFO and SACFO – Reliance on Section 451 of the Foreign Assistance Act of 1961

The Department of State is considering relying on the authority of section 451 of the Foreign Assistance Act of 1961 (FAA) to provide assistance to support the Armenia-Azerbaijan peace deal.  Given the historic nature of the deal, the Department intends to rely on this authority to overcome a combined total of $109,000,000 in mandatory Economic Support Fund (ESF) earmarks and to use the funds for assistance authorized under chapter 11 of part I of the FAA for assistance to support the peace deal, including activities related to the Trump Route for International Peace and Prosperity (TRIPP) and support a potential enterprise fund for Armenia.

In particular, the Department would rely on the authority under section 451 to overcome:

- $20.0 million ESF funds for forensic anthropology assistance
- $5.0 million ESF funds to investigate and document human rights abuses against women in Afghanistan
- $60.0 million ESF funds for assistance to Burma
- $24.0 million ESF funds available to the Bureau for Democracy, Human Rights, and Labor

We plan to submit a CN for these funds to support the Armenia-Azerbaijan peace deal.

AR 000856

## Determination Pursuant to Section 451 of the Foreign Assistance Act of 1961

Pursuant to section 451 of the Foreign Assistance Act of 1961 (the "Act") (22 U.S.C. 2261) and section 1-100(a)(1) of Executive Order 12163,  I hereby authorize, notwithstanding any other provision of law, the use of up to $109,000,000 made available to carry out provisions of the Act (other than the provisions of chapter 1 of part I of the Act) to provide assistance authorized by part I of the Act to support the Armenia-Azerbaijan peace deal.

This Determination and the accompanying Memorandum of Justification shall be promptly reported to the Congress.  This Determination shall be published in the Federal Register.

_9/12/2025_

Date

Marco Rubio
Secretary of State

AR 000857

REC1|Approve|6-11-2026|JL



2026006628

United States Department of State

Washington, DC   20520

<u>UNCLASSIFIED</u>                                                  June 10, 2026

**Action Memo for Senior Official Jeremy Lewin (F)**

FROM:        INL – F. Cartwright Weiland

SUBJECT:    Determination to Deviate from International Narcotics and Law
Enforcement (INCLE) Allocations in the FY 2025 Joint
Explanatory Statement (JES)

**Recommendation:**  That you determine the deviations of more than 10 percent
from the FY 2025 INCLE amounts in the JES table for Atrocities Prevention,
Colombia, Combatting Wildlife Trafficking (CWT), Cybercrime and Intellectual
Property Rights (IPR), Democratic Republic of the Congo – Virunga National Park
Security, Drug Demand Reduction, Ecuador, Fighting Corruption, Inter-Regional
Aviation Support, State Western Hemisphere Regional, State Western Hemisphere
Regional – Caribbean Basin Security Initiative (CBSI), and Vietnam are necessary
to respond to significant, exigent, or unforeseen events, or to address other
exceptional circumstances directly related to the national security interest of the
United States. (Approve/Disapprove 06/16/26)

**Decision:**  ☐ **Approve**  ☐ **Disapprove**  ☐ **Discuss**

**Background**
INL seeks your approval to deviate from FY 2025 JES INCLE account table levels
pursuant to section 7019 of the Department of State, Foreign Operations, and
Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) (FY 2024
SFOAA), as carried forward by the Full-Year Continuing Appropriations Act,
2025 (Div. A, P.L. 119-4) (FY 2025 Full-Year CR), for the items recommended
above.  These deviations are essential to align FY 2025 INCLE funding allocations
in support of programs that advance America First foreign assistance priorities.

Given that INL's final allocations for the INCLE account are dependent to a large
extent on these deviations, INL is seeking your approval on the deviations in
advance of requesting funds approval.  INL's planned FY 2025 INCLE allocations
are detailed in column D of Tab 4.

SBU - LEGAL                                                      AR 000858

2026006628

The JES deviations will allow INL to shift funding to bilateral and regional programs addressing urgent priorities: efforts to degrade transnational criminal organizations (TCOs) and narco-terrorists that threaten U.S. national security; disrupt drugs and crime harming American communities; and expand U.S. advantage and access in strategically vital regions.  Programs receiving increases include both those subject to directed levels and also other priority programs to counter TCOs and disrupt crime and the flow of drugs harming American communities.  They include: Ukraine, to provide support for the National Police of Ukraine, State Border Guard Service, and other law enforcement entities that will ensure a smooth transition from a supplemental-funded program to a fit-for-size program; Philippines and Vietnam, to expand maritime law enforcement to counter PRC encroachment; Haiti, to support efforts by the Haitian National Police to counter gang violence; and other Western Hemisphere programs such as Ecuador and the Caribbean Basin Security Initiative (CBSI), Central America Regional Security Initiative (CARSI), and Southern Cone Cooperation (SCC) regional programs.

Downward deviations shift funding from JES levels for programs that do not advance America First security assistance priorities, have failed to demonstrate results for the American people, are already sufficiently funded based on available resources and program requirements, or require reduction for policy considerations.  The downward deviation to the JES level for Colombia takes into account the Secretary's October 2025 decision to announce that the Department would not certify Colombia had made sufficient progress on countering the production and flow of narcotics.  The downward deviation to the JES level for Inter-Regional Aviation Support removes the one-time increase carried forward from the FY 2024 appropriation for costs associated with remediating health and safety issues at the hangar used by INL Aviation Operations at Patrick Space Force Base.  INL intends to meet the hangar remediation costs using INCLE funds from FY 2026 and prior year appropriations.



AR 000859

2026006628

UNCLASSIFIED

-3-

████████████████████████████████████████████

Requested deviations include:

- The JES table level for FY 2025 INCLE for **Atrocities Prevention** is $3,000,000. Following your approval of this memo and the attached determination, the final level will be $0.

- The JES table level for FY 2025 INCLE for **Colombia** is $134,500,000. Given the Secretary's decision not to certify Colombia under section 7045(c)(3)(A) of the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR, INL has withheld $18,402,000 in funding for Colombia, reducing the post-certification bilateral level to $116,098,000. INL intends to further reduce the FY 2025 INCLE level for Colombia by $44,098,000 given pipeline resulting from the challenges of working with the Petro government. Thus, following your approval of this memo and the attached determination, the final level will be $72,000,000.

- The JES table level for FY 2025 INCLE for **CWT** is $47,500,000. Following your approval of this memo and the attached determination, the final level will be $775,000.

- The JES table level for FY 2025 INCLE for the centrally managed **Cybercrime/IPR** line is $20,000,000. Following your approval of this memo and the attached determination, the final level will be $13,000,000. This decrease is in line with INL's broader efforts to decrease funding for global programs in favor of bilateral and regional programming in order to leverage assistance as a tool of statecraft. Combatting cybercrime, including cyber scams, remains a high priority and INL intends to program approximately $40,000,000 total from bilateral, regional, and global funding lines toward this issue.

- The JES table level for FY 2025 INCLE for **Democratic Republic of the Congo – Virunga Park Security** is $2,000,000. Following your approval of this memo and the attached determination, the final level will be $500,000.

- The JES table level for FY 2025 INCLE for **Drug Demand Reduction** is $20,000,000. Following your approval of this memo and the attached determination, the final level will be $0.

- The JES table level for FY 2025 INCLE for **Ecuador** is $17,500,000. Following your approval of this memo and the attached determination, the final level will be $30,000,000.

UNCLASSIFIED

SBU - LEGAL

2026006628

- The JES table level for FY 2025 INCLE for **Fighting Corruption** is $25,000,000.  Following your approval of this memo and the attached determination, the final level will be $2,000,000, which will be programmed from the new Illicit Finance operating unit.

- The JES table level for FY 2025 INCLE for **Inter-Regional Aviation Support** is $58,325,000.  Following your approval of this memo and the attached determination, the final level will be $35,000,000, which will be programmed from the Aviation Operations operating unit.

- The JES table level for FY 2025 INCLE for **Western Hemisphere Regional** is $42,000,000.  Following your approval of this memo and the attached determination, the final level will be $76,000,000.

- The JES table level for FY 2025 INCLE for **Western Hemisphere Regional – CBSI** is $40,000,000.  Following your approval of this memo and the attached determination, the final level will be $45,000,000.

- The JES table level for FY 2025 INCLE for **Vietnam** is $6,500,000.  Following your approval of this memo and the attached determination, the final level will be $10,000,000.

For deviations greater than 10 percent, section 7019 of the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR, requires prior consultation with the Committees on Appropriations, which will be accomplished via the attached consultation note.  A Determination is attached for your approval and signature (Tab 2) along with a Memorandum of Justification detailing the deviations (Tab 3), both of which will be transmitted to Congress following completion of the consultation requirement.

**Attachments**
    Tab 1 – FY 2025 INCLE JES Table Deviations Consultation Note
    Tab 2 – Section 7019(b) Determination
    Tab 3 – Section 7019(b) Memorandum of Justification
    Tab 4 – FY 2025 INCLE Allocations Table

SBU - LEGAL

AR 000861

2026006628

UNCLASSIFIED

UNCLASSIFIED
-5-

**Approved:**    INL/FO – F. Cartwright Weiland, A/S [FCW]

**Drafted:**    INL/SAO/AC – ███████████████

**Cleared:**



| Bureau | Name | Clearance Status |
|---|---|---|
| C | | [ok] |
| S/P | | [info] |
| T | | [ok] |
| INL/FO | | [ok] |
| D | | [ok] |
| D-MR | | [ok] |
| P | | [ok] |
| F | | [ok] |
| R | | [info by request] |
| GPA | | [info by request] |
| H/RGF | | [ok] |
| T/OR | | [ok] |
| FAO/GAM | | [ok] |
| L/LFA | | [ok] |
| AF/A | | [ok] |
| EAP/RASP/Security | | [ok] |
| WHA/AC | | [ok] |

UNCLASSIFIED
SBU - LEGAL



United States Department of State

Washington, DC  20520

<u>SENSITIVE BUT UNCLASSIFIED</u>                September 11, 2025

**Action Memo for Jeremy Lewin, Senior Official, Under Secretary for Foreign Assistance, Humanitarian Affairs, and Religious Freedom (F)**

FROM:        FAO – Kyle Peterson, Acting Director

SUBJECT:    (SBU) Approval of FY 2024 Economic Support Fund (ESF) Funding to Support Regional Strategic Investment Funds

**(SBU) Recommendation 1:** That you approve the allocation and obligation of up to $1,800,000,000 in FY 2024 ESF by USAID through an interagency agreement with the Department to support regional "strategic investment funds", subject to completion of congressional notification procedures. (Approve/Disapprove by 09/12/2025)

**Decision:  ☑ Approve  ☐ Disapprove  ☐ Discuss**

**(SBU) Recommendation 2:** That you approve the transmittal of a Congressional Notification for up to $1,800,000,000 in FY 2024 ESF to Congress for these funds.  (Approve/Disapprove by 09/12/2025)

**Decision:  ☑ Approve  ☐ Disapprove  ☐ Discuss**

**(SBU) Recommendation 3:** That you sign the determination (Tab 6) that deviations of more than 10 percent (or 5 percent where applicable) from certain table allocations (listed in Tab 5) in the Joint Explanatory Statement (JES) accompanying the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) are necessary to respond to significant, exigent, or unforeseen events, or to address other exception circumstances directly related to the national security interest of the United States. (Approve/Disapprove by 09/12/2025)

**Decision:  ☑ Approve  ☐ Disapprove  ☐ Discuss**

SBU - LEGAL                                                        AR 000863