United States Department of State

Washington, DC   20520

SENSITIVE BUT UNCLASSIFIED                    September 2, 2025

**Action Memo for Jeremy Lewin, Senior Official, Undersecretary for Foreign Assistance, Humanitarian Affairs, and Religious Freedom (F) and Director of Foreign Assistance**

FROM:          INL – Christopher A. Landberg, Senior Bureau Official

SUBJECT:       (U) Obligation and Programming of $732,531,569 FY 2024 in International Narcotics Control and Law Enforcement (INCLE) Funds

**(SBU) Recommendation 1:**  That you approve the obligation and programming of $732,531,569 in FY 2024 INCLE funds as allocated in Tab 6.
**Decision:**  ☑ **Approve** ☐ **Disapprove** ☐ **Discuss**     *Jeremy Present Lewin*

**(U) Recommendation 2:**  That you determine the deviations of more than 10 percent from the INCLE amounts for Central America Regional Security Initiative (CARSI) – Costa Rica, Cybercrime/IPR, Drug Demand Reduction, Ecuador, Fighting Corruption, and State Western Hemisphere Regional in the Joint Explanatory Statement (JES) accompanying the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA) are necessary to respond to significant, exigent, or unforeseen events, or to address other exceptional circumstances directly related to the national security interest of the United States.
**Decision:**  ☑ **Approve** ☐ **Disapprove** ☐ **Discuss**     *Jeremy Present Lewin*

**Background**
(U) This memorandum requests your approval to obligate and program $732,531,569 in FY 2024 INCLE funding made available in the FY 2024 SFOAA as elaborated in the obligation plan column of the allocations in Tab 6.  INL also seeks your approval to deviate from FY 2024 JES table levels, as

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL                                                AR 000870

required by section 7019 of the FY 2024 SFOAA, for CARSI – Costa Rica, Cybercrime/IPR, Drug Demand Reduction, Ecuador, Fighting Corruption, and State Western Hemisphere Regional.

(U) With your approval, and following subsequent review by OMB, INL will work with H to transmit a CN (Tab 1) to Congress for $627,738,462 of the amount requested for programming to cover notification requirements related to special notification countries, any other programming that was not covered by the CBJ, and section 7019 deviations, among other requirements.

(U) Additionally, in accordance with F's guidance, I have approved the use of up to $77,430,338 of this funding to benefit developed countries.  Almost 80 percent of this amount is benefiting Costa Rica, Panama, and other U.S. partners in the Western Hemisphere.

**(U) Strategic Alignment:**  INL advances the President's and the Secretary's foreign policy priorities by implementing programs that disrupt and reduce the flow of illicit drugs, especially fentanyl and its precursor chemicals, to save American lives; degrade the operations of transnational criminal organizations (TCOs), foreign terrorist organizations (FTOs), and cartels that threaten U.S. communities; curb illegal immigration to the United States; maintain U.S. strategic advantage by strengthening civilian law enforcement in countries of national security importance; and prevent threats to U.S. safety and security by supporting the internal security of critical partner countries.

(SBU) ████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████████

████████████

**Funding Use Description:**

**(U) Western Hemisphere**

(U) In partnership with U.S. law enforcement agencies like Drug Enforcement Administration and Customs and Border Protection, INL provides foreign governments in the Western Hemisphere and their law enforcement agencies with the regional and technical expertise, training, and equipment to detect and disrupt the trafficking of fentanyl and cocaine to the United States; dismantle TCOs and FTOs threatening U.S. national security; strengthen border security in the region and combat alien smuggling; and reduce insecurity in countries that drives illegal immigration to the United States.  INL assistance facilitates seizures of fentanyl and cocaine destined for American communities; supports arrests and extraditions of TCO/FTO leaders wanted for serious crimes committed in the United States; identifies criminals, immigration violators, and known or suspected terrorists travelling to the United States; helps stop gang-related and cyber crime targeting Americans; and reasserts American sovereignty in the face of China's encroachment in the region.

**(U) East Asia and Pacific**

(U) In East Asia and the Pacific, INL programs will prioritize online scam operations defrauding Americans of at least $10 billion per year, maritime law enforcement, illicit large-scale synthetic drug production and trafficking originating from Southeast Asia, emerging drug trafficking flows across the Pacific, and Chinese-origin precursor chemicals fueling the U.S. fentanyl crisis.  INL will also work to combat related border management, money laundering, and cybercrime vulnerabilities that allow transnational criminal organizations to operate with impunity.  INL programs counter CCP activities that undermine U.S. influence and national security, strengthening the network of U.S. allies and partners in the Indo-Pacific region, making the United States the region's preferred civilian security partner, and addressing criminality associated with CCP-affiliated entities.  INL programs in EAP focus

AR 000872

heavily on maritime security, given increasingly assertive extraterritorial actions by the CCP in disputed waters like the South China Sea and in the Pacific Island region, which threaten critical U.S. security and economic interests.  These maritime regions also serve as key trafficking routes for Chinese-origin precursor chemicals en route to the Western Hemisphere.

## (U) Europe and Eurasia

(U) INL security assistance enables U.S. allies in Europe and Eurasia to combat transnational organized crime, drugs, cyber-enabled crime, and related corruption that harms Americans and American business interests. Through partnerships with U.S. law enforcement, INL support builds influence and interoperability for U.S. law enforcement and justice sector agencies and promotes American influence and advantage over Russia and China in the security sector.  INL programs focus on degrading and dismantling Europe and Eurasia-based TCOs that directly work with Western Hemisphere cartels to traffic drugs to the United States.  INL border security assistance imparts U.S. border management standards that help U.S. partners prevent the movement of weapons, narcotics, criminals, and irregular migrants into the Schengen area and through airports with direct U.S. flights, thus limiting their potential reach to the United States.  In Ukraine, INL delivers training and equipment to enable Ukraine law enforcement to fulfill their expanded wartime mandate, be operationally effective partners for U.S. law enforcement, and protect critical infrastructure, supporting Administration efforts to achieve a durable peace.

## (U) South and Central Asia

(U) INL programs counter transnational threats across South and Central Asia by addressing maritime security, border security, and counternarcotics. INL assistance also strengthens law enforcement capabilities throughout the region, including through partnerships with U.S. law enforcement, to combat transnational crime, cybercrime, and illicit drugs.  In South Asia, INL's bilateral and regional programs work to stem the flow of illicit narcotics to the United States, expand maritime security capabilities in the

SENSITIVE BUT UNCLASSIFIED
-5-

Indian Ocean, and advance criminal justice reforms to counter criminal activities affecting the United States and U.S. citizens.  Programs also strengthen regional law enforcement cooperation between India and other key partners to tighten control of precursor chemicals.  Bilateral and regional Central Asia programs combat narcotics, strengthen border security against drugs and terrorists, fight transnational crime, and help maintain U.S. competitiveness in security and economic engagement.

## (U) Near East

(U) INL assistance helps to counter Iran, violent extremist groups, and transnational organized crime and promotes institutional stability to support the security of U.S. interests in the region.  Key INL programs bolster Lebanon's Internal Security Forces to reduce Hizballah's influence, support Jordan's regional leadership in combatting increased drug trafficking that benefits Iran and terrorist actors, and improve Moroccan and Tunisian law enforcement organizations' abilities to counter specific threats from high-risk criminals, including returning foreign terrorist fighters, and to serve as security assistance providers to neighboring countries.

## (U) Africa

(U) In Africa, INL programming is focused on countering expanding TCOs and FTOs that have exploited porous borders and weak law enforcement to increase their presence and activity on the continent over the last several years.  These organizations target American citizens and derive considerable profit from the illicit flow of goods through Africa.  INL works with U.S. law enforcement agencies to combat these threats, as well as increasing Chinese encroachment and significant cybercrime that targets U.S. victims through sextortion and other online scams and provides sustainable training and equipment to host country law enforcement agencies and organizations. INL programming is increasingly focused on maritime security in the Gulf of Guinea and Western Indian Ocean where criminal groups leverage extensive trafficking routes to illicitly move precursor chemicals, drugs, wildlife, humans, and contraband.

SENSITIVE BUT UNCLASSIFIED

AR 000874

SENSITIVE BUT UNCLASSIFIED
-6-

**(U) Centrally Managed Programs**

(U) INL's Centrally Managed programming will address major areas of transnational organized crime activity, operations, and funding with a connection to the United States and its interests, through projects involving multiple countries and cross-border cooperation.  Programming will focus on combating precursors and illicit synthetic drug production and trafficking; corruption that enables criminal activities like the transfer of illegal drugs to the United States, illicit finance, and money laundering that facilitate TOC and impede U.S. business; cybercrime, including ransomware, scams, and child exploitation; trafficking of high-value resources such as critical minerals, timber, and wildlife parts; and drug use as a means of deterring gang recruitment and hardening communities to TOC exploitation.  INL's International Law Enforcement Academies (ILEAs) will continue to advance operational cooperation between U.S. and foreign law enforcement from over 100 countries.  Funds will support cross-border law enforcement and other criminal justice engagement through the Miami-Dade Sheriff's Office and other U.S. domestic law enforcement agencies to improve foreign police abilities to detect, investigate, and adjudicate complex crimes – including fentanyl and precursor chemical trafficking, human smuggling, financial crimes, TCO operations from prisons, and cybercrime – and more effectively partner with U.S. law enforcement on priority cases of domestic interest.  Funds will also be used to design, monitor, and evaluate programs, while strengthening U.S. influence in international organizations.

**(U) Funding Source, Earmark Impact, and Reason for Availability:**

(U) ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████

(U) The INCLE table in the JES accompanying the FY 2024 SFOAA designates FY 2024 INCLE levels for several operating units and programs.  Your approval of this memo indicates agreement with deviations from the JES

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL                                                          AR 000875

levels of less than 10 percent.  For deviations greater than 10 percent, section 7019 of the FY 2024 SFOAA requires consultation with the Committees on Appropriations, which will be accomplished via the attached consultation note (Tab 2), prior to your approval and signature of the attached determination (Tab 4).  A memorandum of justification for deviations greater than 10 percent is also attached (Tab 3).  Requested deviations include:

- The JES table level for FY 2024 INCLE for **CARSI – Costa Rica** is $37,500,000.  Following your approval of this memo and the attached determination, the final level will be $29,000,000.
- The JES table level for FY 2024 INCLE for **Cybercrime/Intellectual Property Rights** is $20,000,000.  Following your approval of this memo and the attached determination, the final level will be $15,000,000.
- The JES table level for FY 2024 INCLE for **Drug Demand Reduction** is $20,000,000.  Following your approval of this memo and the attached determination, the final level will be $3,675,000.
- The JES table level for FY 2024 INCLE for **Ecuador** is $17,500,000.  Following your approval of this memo and the attached determination, the final level will be $22,450,000.
- The JES table level for FY 2024 INCLE for **Fighting Corruption** is $25,000,000.  Following your approval of this memo and the attached determination, the final level will be $10,660,000.
- The JES table level for FY 2024 INCLE for **Western Hemisphere Regional** is $42,000,000.  Following your approval of this memo and the attached determination, the final level will be $56,083,500.

**(U) Outstanding Spend Plan Requirements**

(U) The funds in this package are subject to multiple pre-obligation spend plan requirements, as outlined in Tab 8.  All spend plan requirements have been met with the exception of the following:

(SBU) **Countering Synthetics:**  Portions of the funding in this memo are attributed to programs per the directive to counter the flow of fentanyl, fentanyl precursors, and other synthetic drugs in section 7036 of the FY

AR 000876

SENSITIVE BUT UNCLASSIFIED
-8-

2024 SFOAA.  Sections 7036 and 7062(b)(1) FY 2024 SFOAA require the Department to submit a pre-obligation spend plan for FY 2024 INCLE funds attributed to this directive.  The spend plan is pending OMB approval before H can transmit to Congress.

(SBU) **Global Fragility Act:**  A total of $15,000,000 of the funds requested are allocated to the Prevention and Stabilization Fund (PSF) in accordance with section 7066(a) of the FY 2024 SFOAA and section 509(a) of the Global Fragility Act (GFA).  These funds will be used for Haiti.  Because the Department has not yet submitted the GFA spend plan, INL will rely on the INCLE notwithstanding authority (NWA) in section 481(a)(4) of the FAA to overcome this spend plan requirement.

(SBU) **Pakistan:**  Section 7062(b)(1) requires the Department to submit a pre-obligation spend plan for assistance to Pakistan.  INCLE funds were not included in the partial spend plan submitted to Congress on January 16, 2025.  INL will rely on the INCLE NWA to overcome this spend plan requirement.

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 000877

SENSITIVE BUT UNCLASSIFIED
-9-



SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL                                                                    AR 000878

SENSITIVE BUT UNCLASSIFIED
-10-

**Attachments**

Tab 1 – Draft CN for FY 2024 INCLE

Tab 2 – FY 2024 INCLE Consultation Note

Tab 3 – Section 7019(b) Memorandum of Justification

Tab 4 – Section 7019(b) Determination

Tab 5 – FY 2024 INCLE Allocations Table

Tab 6 – Budget Transaction Table

Tab 7 – Developed Country Justification

Tab 8 – Additional Legal and Policy Considerations

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 000879

SENSITIVE BUT UNCLASSIFIED
-11-

Approved:  INL/FO – Christopher A. Landberg, SBO [CAL]

Drafted:    INL/SAO/BP: ██████████████████████

Cleared:

| Bureau | Name | Clearance Status |
|---|---|---|
| INL/FO | ███████████ | [ok] |
| INL/FO | ████████ | [ok] |
| INL/FO | ████████████ | [ok] |
| INL/SAO | █████████ | [ok] |
| INL/SAO | █████████ | [ok] |
| INL/SAO | ████████ | [ok] |
| INL/WHP | ████████████ | [ok] |
| INL/EA | ████████████ | [ok] |
| INL/AME | ██████████ | [ok] |
| INL/RCD | █████████ | [ok] |
| INL/ACB | █████████ | [ok] |
| INL/FO/IN | ███████████ | [ok] |
| FAO/GAM | ██████ | [ok] |
| L/LFA | ███████ | [ok] |

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 000880

**Determination under Section 7019(b) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47)**

Pursuant to the authority vested in me by section 7019(b) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA), and Department of State Delegation of Authority 480, I hereby determine that the deviations of more than 10 percent from the amounts of International Narcotics Control and Law Enforcement (INCLE) funds specified for Central America Regional Security Initiative – Costa Rica,  Cybercrime and Intellectual Property Rights, Drug Demand Reduction, Ecuador, Fighting Corruption, and State Western Hemisphere Regional in the INCLE account table included in the Joint Explanatory Statement accompanying the FY 2024 SFOAA are necessary to respond to significant, exigent, or unforeseen events or to address other exceptional circumstances directly related to the national security interest of the United States.

9-2-2025

DATE

*Jeremy Present Lewin*

Jeremy Lewin
Senior Official, Undersecretary for
Foreign Assistance, Humanitarian
Affairs, and Religious Freedom (F)
and Director of Foreign Assistance

SBU - LEGAL

AR 000881

REC1|Approve|5-26-2026|JL
REC2|Approve|5-26-2026|JL
REC3|Approve|5-26-2026|JL
REC4|Approve|5-26-2026|JL
REC5|Approve|5-26-2026|JL
REC6|Approve|5-26-2026|JL
REC7|Approve|5-26-2026|JL
REC8|Approve|5-26-2026|JL

2026005947



United States Department of State

Washington, DC   20520

SENSITIVE BUT UNCLASSIFIED          May 26, 2026

**Funds Approval Action Memo for Senior Official Lewin (F)**

FROM:          GHSD – Jeff Graham, SBO

SUBJECT:     (SBU) Approval of $80,000,000 FY 2025 Global Health Programs (GHP) in Global Health Security (GHS) Resources to Support the Bundibugyo Ebola Virus Response in the DRC, Uganda, and At-Risk Countries

**(SBU) Recommendation 1:** That you approve the allocation and obligation of $25,000,000 in FY 2025 GHP GHS to UNICEF (award # 7200GH21IO00004) to support personal protective equipment (PPE), commodity procurement, and delivery to healthcare workers in affected and high-risk areas, as well as to conduct contact tracing and associated community-based surveillance in Democratic Republic of Congo (DRC), Uganda, and at-risk countries.  These funds will be obligated in USAID systems to the Greenlist award.
(Approve/Disapprove by 05/26/26)
**Decision: ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 2:** That you approve the allocation and obligation of $20,000,000 in FY 2025 GHP GHS funds to the World Food Program (WFP) via the WFP Africa Regional award (award # 720BHA24IO00046) to support PPE, commodity procurement, and delivery to healthcare workers in affected and high-risk areas.  These funds will be obligated in USAID systems to the Greenlist award.  (Approve/Disapprove by 05/26/26)
**Decision: ☐ Approve ☐ Disapprove ☐ Discuss**

2026005947

**(SBU) Recommendation 3:**  That you approve the allocation and obligation of $18,000,000 in FY 2025 GHP GHS funds to the International Organization for Migration (IOM) (award # 7200GH25IO00002) to address Regional Points of Entry including airports and key land and water crossings, risk communication and community engagement (RCCE), and surveillance.  These funds will be obligated in USAID systems to the Greenlist award.  (Approve/Disapprove by 05/26/26)

**Decision:** ☐ **Approve** ☐ **Disapprove** ☐ **Discuss**

**(SBU) Recommendation 4:**  That you approve the allocation and obligation of $5,000,000 in FY 2025 GHP GHS to Interchurch Medical Assistance (IMA) World Health (award # 7200AA20CA00005) to conduct contact tracing and associated community-based surveillance in DRC, Uganda, and at-risk countries including but not limited to Rwanda, South Sudan, and Kenya.  These funds will be obligated in USAID systems to the Greenlist award. (Approve/Disapprove by 05/26/26)

**Decision:** ☐ **Approve** ☐ **Disapprove** ☐ **Discuss**

**(SBU) Recommendation 5:**  That you approve the allocation and obligation of $5,000,000 in FY 2025 GHP GHS to World Vision (CORE Group Partners Project (CGPP)) (award # AID-OAA-A-17-00026) to conduct contact tracing and associated community-based surveillance DRC, Uganda, and at-risk countries. These funds will be obligated in USAID systems to the Greenlist award. (Approve/Disapprove by 05/26/26)

**Decision:** ☐ **Approve** ☐ **Disapprove** ☐ **Discuss**

**(SBU) Recommendation 6:**  That you approve the allocation and obligation of $3,300,000 in FY 2025 GHP GHS funds to FHI 360 via the STRIDES award (7200AA24C00092) to support the procurement and distribution of test kits, as well as sample transport in order to utilize the test kits.  These funds will be obligated in USAID systems to the Greenlist award. (Approve/Disapprove by 05/26/26)

**Decision:** ☐ **Approve** ☐ **Disapprove** ☐ **Discuss**

**(SBU) Recommendation 7:**  That you approve the allocation and obligation of $3,700,000 in FY 2025 GHP GHS funds to FHI 360 via the EpiC award (7200AA19CA00002) to support the procurement and distribution of test kits, as well as sample transport in order to utilize the test kits.  These funds will be obligated in USAID systems to the Greenlist award. (Approve/Disapprove by 05/26/26)

**Decision:** ☐ **Approve** ☐ **Disapprove** ☐ **Discuss**

SBU - LEGAL

AR 001245

2026005947

SENSITIVE BUT UNCLASSIFIED
-3-

**(SBU)**



(Approve/Disapprove by 05/26/26)

**Decision:** ☐ **Approve** ☐ **Disapprove** ☐ **Discuss**

**(SBU)**

## Background

**(SBU)** GHSD requests F approval to allocate, obligate, and disburse $80,000,000 in FY 2025 Global Health Programs Global Health Security (GHS) to support the comprehensive response to an ongoing Ebola outbreak in the DRC and Uganda, as well as in at-risk countries. On May 15, Africa Centers for Disease Control (AfCDC) and the Government of Uganda both confirmed outbreaks of the Bundibugyo strain of Ebola virus in the DRC and Uganda, respectively. There is no licensed medical countermeasure for this strain; vaccines and treatment currently available are not known to be effective against the Bundibugyo strain.

**(SBU)** As of May 24, the outbreak has spread to 867 suspected cases, 91 confirmed cases, 214 suspected deaths, and 10 confirmed deaths across three provinces in the DRC (Ituri, North Kivu, and South Kivu) and with five confirmed cases in Uganda including one fatality. The outbreak is occurring in an area heavily affected by persistent conflict and insecurity. Armed group activity, population displacement, and limited humanitarian access have long constrained public health operations in Ituri Province, DRC. These conditions hinder case investigation, restrict movement of response teams, disrupt supply chains, and elevate risks for both local health workers and external partners. To date, the United States has committed $32.6 million in initial bilateral assistance, activated a specialized Ebola Response Task Force in Washington, and deployed GHSD experts and a Disaster Assistance Response Team (DART) to the field.

## (SBU) Funding Use Description

Additional funding to these partners will enable a comprehensive, rapid response from the United States to cover the most critical response gaps and ensure that the outbreak is prevented from reaching American borders.

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

2026005947

**(SBU) Policy/Strategic Alignment**

This requested funding aligns with the America First Global Health Strategy and the role of the United States in responding to infectious disease outbreaks that originate outside of the United States with the potential to rapidly spread to American borders.

**(SBU) Justification of Urgency**



**(SBU) Activity Funding Summary**

The $80 million requested in this action memo are FY 2025 GHP GHS funds made available under the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (SFOAA) (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (FY 2025 Full-Year CR) (Div. A, P.L. 119-4).  These funds will be consulted and notified as soon as practicable per the waiver authority in sections 7015(e) of the FY 2024 SFOAA, as carried forward in the FY 2025 Full-Year CR because compliance with the regular consultation and notification requirements would pose a substantial risk to human health or welfare.  Upon approval of the memo, the Department will transmit a consultation (Tab 4) to Congress, describing these funds.  Transmittal of this consultation will not delay obligation.  Section 7015(e) requires notification no later than 3 days after taking the action.  The draft CN (Tab 3) is attachéd and will be submitted as soon as possible and no later than 3 days after obligation of the funds.

(U) The funding will need to be reapportioned to reflect the appropriate split and made available in USAID financial systems for transacting.

(U) All funding related to the United States response to the Ebola outbreak will be announced publicly via established communications channels in F.

**Attachments**

2026005947

SENSITIVE BUT UNCLASSIFIED
-5-

Tab 1 – Budget Tables

Tab 2 – Affirmative Statements and Additional Legal and Policy
Considerations

Tab 3 – Global Health Security Congressional Notification

Tab 4 – Global Health Security Consultation

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 001248

2026005947

SENSITIVE BUT UNCLASSIFIED
-6-

Approved:    GHSD – Jeff Graham, Senior Bureau Official [ok]

Drafted:    CGFS/FAFS – ██████████████████████
            GHSD/ODR – ████████████████████████

Cleared:

| Bureau | Name | Clearance Status |
|---|---|---|
| F/FO: | ████████ | Ok |
| FAO/FO: | ████████ | Ok |
| C: | ████████ | Ok |
| FAO/GAM: | ██████ | ok |
| L: | ██████ | Ok |
| F/ELA: | ██████ | ok |
| GHSD/FO: | ██████ | Ok |
| GHSD/FO: | ██████ | Ok |
| GHSD/FO: | ██████ | Info |
| GHSD/FO: | ██████ | ok |
| GHSD/ODR: | ██████ | ok |
| GHSD/HP: | ██████ | Ok, with edits |
| GHSD/HP: | ██████ | Ok |
| CGFS/BFSS: | ██████ | Ok |
| AF/A: | ██████ | ok |

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

AR 001249

2026004287

## Background

(SBU) GHSD requests F approval to allocate, obligate, and disburse $493,307,008 in FY 2025 GHP funds appropriated in the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR; $65,743,000 in FY 2026 GHP as appropriated in the FY 2026 NSSAA, and ███████████████████████████████████████████ ████████████████████████████████████████████████████ █████████ FY 2026 GHP funds from the 2026/2027 subaccount are required to overcome the budget shortfall for initiating the year-one implementation of the AFGHS. These funds are needed to launch new HQ mechanisms, including for the Faith and Community Initiative, and to support GHSD HQ management and operations needs as we right-size the bureau's staffing footprint and activities. Activities being funded in this memo should be carried out through September 30, 2026.

(SBU)

(U) The requested funds will cover the headquarters' costs of administrating and supporting the scope of the AFGHS through September. The AFGHS outlines how U.S. global health policy and foreign assistance will make America safer, stronger, and more prosperous by protecting Americans from disease outbreaks, moving recipient countries towards resilient and durable local health systems, and promoting American innovation and businesses abroad.

## (U) Funding Use Description

(SBU) The funds in this action memo will cover the technical oversight and management (TOM) costs for all AFGHS implementing agencies, including GHSD and BFG, such as staff salaries and benefits, travel, systems, and

REC1|Approve|7-1-2026|JL



2026007332

United States Department of State

Washington, DC   20520

<u>SENSITIVE BUT UNCLASSIFIED</u>                June 30, 2026

**Funds Approval Action Memo for Senior Official Lewin (F)**

FROM:        GHSD – Jeff Graham, SBO

SUBJECT:    Approval of FY 2025 and FY 2026 GHP Maternal and Child
            Health (MCH) Funds to Support Gavi, the Vaccine Alliance (Gavi)

**(SBU) Recommendation:**  That you approve the obligation of $600 million in FY 2025 GHP-USAID MCH and FY 2026 GHP MCH funds to Gavi, the Vaccine Alliance (Gavi) to support life-saving immunizations as a first line of defense against infectious disease threats and to strengthen global health security, in line with the Secretary's decision to restore funds to Gavi.  These funds will be obligated through a contribution agreement between the Department of State and Gavi.  (Approve/Disapprove by 06/30/2026)

**Decision: ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Promoting Human Flourishing in Foreign Assistance (PHFFA) Status:** GHSD has solicited waiver facilitation from FAO PHFFA team.  Any potential waiver determinations will be made in accordance with the criteria outlined in the PHFFA rules and in coordination with F, prior to the final awards being made.

**Background**
(SBU) GHSD requests F approval to allocate, obligate, and disburse $600 million in FY 2025 Global Health Programs (GHP) Maternal and Child Health (MCH) funds made available by the Department of State, Foreign Operations, and Related Program Appropriations Act, 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA), as carried forward by the Full-Year Continuing Appropriations Act 2025 (Div. A, P.L 119-4) (FY 2025 Full-Year CR), and FY 2026 GHP MCH funds made available by the National Security, Department of State, and Related Programs Appropriations Act, 2026 (Div. F, P.L. 119-75) (FY 2026 NSSAA).  The FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR and the FY 2026 NSSAA provide that funds shall be made available in the amounts specifically designated in the tables included in the joint explanatory statements (JES) accompanying each act. The JES table for GHP in each act specifically designates $300,000,000 for Gavi.

2026007332

No deviations are permitted for the amounts in the GHP table. A proviso in the NSSAA limits the availability of the FY 2026 funds to one-year, until September 30, 2026.

(SBU) Since 2000, Congress has made funds available annually for Gavi to support life-saving immunizations to protect against infectious diseases and maintain resilient health systems. Annual obligations for FY 2025 and FY 2026 were put on hold due to HHS Secretary Kennedy's remarks in June 2025 declaring that no additional funds would be given to Gavi until it addressed vaccine safety issues, namely the removal of thimerosal-containing vaccines (TCVs). ████████

In June 2026, Secretary Rubio testified before Congress and signaled that the Department would re-engage with Gavi. The written proposal is acceptable to GHSD, and given Secretary Rubio's direction, GHSD requests to obligate two fiscal years' worth of expiring earmarked funds for Gavi.

(SBU) Gavi is a partner in the America First Global Health Strategy, as the organization protects against the spread of infectious diseases, promotes countries' transition to self-reliance by requiring countries to pay an increasing share of their own vaccines as their economy grows and contributes to the growth of the American economy through U.S-based vaccine manufacturing.

(SBU) **Funding Use Description**: Gavi plays a critical role in supporting countries to access life-saving vaccines primarily through childhood immunizations, promoting country self-reliance by requiring every country to pay a share of their vaccines, and responding to vaccine preventable outbreaks, such as the current Ebola outbreak of the Bundibugyo strain. While there is currently no licensed vaccine for this Ebola strain, Gavi is a key partner in accelerating the development of potential vaccines against this strain by providing advanced payments to incentivize vaccine manufacturers. Gavi is also preparing to lead deployment of a vaccine as soon as one is approved. Furthermore, Gavi has a critical role in encouraging market growth and lowering costs of new vaccines, including ones that have the potential to reduce global dependence on TCVs, which is of interest to the United States.

(SBU)

AR 001389

2026007332

SENSITIVE BUT UNCLASSIFIED
-3-



(SBU) **Policy/Strategic Alignment**:  The United States' re-engagement with Gavi is aligned with the America First Global Health Strategy, as Gavi's support for life-saving vaccines serves as a frontline defense against infectious diseases, protects our nation's border against health threats, strengthens global health security, and supports American businesses engaged in immunization-related manufacturing.  Gavi also contributes to country self-reliance by requiring countries to pay an increasing share of their own vaccines as their economy grows.

(SBU) Gavi has purchased more than $12.5 billion in U.S.-manufactured immunization products since 2012.  Our contributions to Gavi will continue to promote immunization programs and sustain these American investments.



(SBU) **Justification of Urgency**:  The State Department is required by the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR, and the FY 2026 NSSAA to provide a total of $600 million of expiring FY 2025 and FY 2026 funds to Gavi by September 30, 2026.  In the absence of anticipated U.S. funding from Fiscal Years 2025 and 2026 Gavi has had to reduce investments in its portfolio that support routine immunization programs, critical vaccine stockpiles, and the acceleration of new thimerosal-free vaccines.  Until this funding is provided to Gavi, GHSD will not be able to enter into bilateral discussions with other donors with the goal of claiming back the U.S. Gavi Board seat, which offers the United States an influential role in strategic decisions related to global health security.

(SBU) **Activity Funding Summary**:  FY 2025 GHP-USAID is available in GFMS for immediate obligation in this memo.  FY 2026 GHP is pending a reapportionment and transfer into the one-year account.

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

SBU - LEGAL                                                          AR 001390

SENSITIVE BUT UNCLASSIFIED
-4-

(SBU)

(SBU) The $300 million in FY 2025 GHP-USAID MCH funds were previously included in the FY 2025 Congressional Budget Justification and therefore do not need additional notification to Congress before obligation.  Upon approval of this memo, the $300 million in FY 2026 GHP MCH funds will be immediately notified to Congress.  See Tab 3 for the draft CN.

**Attachments**

Tab 1 - Budget Tables and Supporting Information
Tab 2 - Affirmative Statements and Additional Legal and Policy Considerations
Tab 3 - Congressional Notification

United States Department of State

Washington, DC  20520

SENSITIVE BUT UNCLASSIFIED          August 14, 2025

**Action Memo for Jeremy Lewin, Senior Official, Under Secretary for Foreign Assistance, Humanitarian Affairs, and Religious Freedom and Director, Office of Foreign Assistance**

FROM:          EAP/CHINA – Joshua J. Young, China House Coordinator

SUBJECT:     Approval for Allocation and Programming of the FY 2024 Countering PRC Influence Fund Economic Support Funds (CPIF-ESF) and Reprogramming of FY 2024 CPIF-ESF

**(SBU) Recommendation 1:** That you approve the allocation and programming of the attached list of 28 FY 2024 CPIF-ESF proposals  (Tab 2). **Decision:  ☑ Approve ☐ Disapprove ☐ Discuss**

(SBU) **Recommendation 2**: That you approve the reprogramming of $1,000,000 in available FY 2024 CPIF-ESF for the International Telecommunication Union (ITU) World Radio Conference (WRC) to now support Cybersecurity Vulnerability Assessments for Critical Infrastructure Networks in the Pacific Islands (Tab 2). **Decision:  ☑ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Summary:** This memo provides recommended FY 2024 funding allocations for the **Countering PRC Influence Fund (CPIF) using ESF funds.** This is based on updated funding levels EAP and China House received from F on August 5.  That amount is $83.325 million.

**(U) Next Steps**: With your concurrence, the Department will submit a consultation note to Congress, previewing the program-level allocation decisions for CPIF-ESF resources, and each relevant bureau will submit a funds approval package with congressional notifications for your approval to formally proceed with these programs.

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 001654



United States Department of State

Washington, DC   20520

**SENSITIVE BUT UNCLASSIFIED**                      **May 23, 2025**

**Action Memo for Jeremy Lewin, performing the duties of the USAID Deputy Administrator/State Department Director of the Office of Foreign Assistance**

FROM:          GHSD – Jeff Graham, Senior Bureau Official

               USAID – Mark Lloyd, Acting Assistant Administrator for Global Health

SUBJECT:       (SBU) Request to program, obligate and expend $59,155,468 into the PMI Evolve Project (Award #7200AA23C00012), an active Washington-managed award.

**Recommendation 1:** That you approve the programming, obligation and disbursement of $59,155,468 to support life-saving malaria interventions for more than 15 million people at risk for malaria in 21 countries for activities that extend through and place orders by the end of December, 2025. The countries are: Burkina Faso, Cameroon, Cote d'Ivoire, Democratic Republic of Congo, Ethiopia, Ghana, Guinea, Kenya, Liberia, Madagascar, Malawi, Niger, Nigeria, Rwanda, Senegal, Sierra Leone, Tanzania, Togo, Uganda, Zambia, and Zimbabwe. (Approve/Disapprove by 06/06/2025)

**Decision:** ☑ **Approve** ☐ **Disapprove** ☐ **Discuss**     *Jeremy Lewin*

**Background**

(SBU) The United States Agency for International Development intends to obligate as follows:

May 23, 2025 1

SBU - LEGAL

AR 001882

- $54,102,089 in FY24 GHP-USAID HL.3 malaria funds made available under Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 ((P.L. 118-47, Division F)(FY 2024 SFOAA));
- $4,606,383 in FY23 GHP-USAID HL.3 malaria funds made available under Department of State, Foreign Operations, and Related Programs Appropriations Act, 2023 ((P.L. 117-328)(FY 2023 SFOAA));
- $230,000 in FY22 GHP-USAID HL.3 malaria funds made available under Department of State, Foreign Operations, and Related Programs Appropriations Act, 2022 ((P.L. 117-103)(FY 2022 SFOAA)).
- $116,343.91 in FY21 GHP-USAID HL.3 malaria funds made available under the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021 ((P.L. 116-260)(FY 2021 SFOAA));
- $100,702.57 in FY19 GHP-USAID HL.3 malaria funds made available under the Department of State, Foreign Operations, and Related Programs Appropriations Act ((P.L. 116-6)(FY 2019 SFOAA))

This totals $59,155,468 and is intended for the ongoing PMI Evolve Project award, implemented by Abt Global, to continue life-saving global health assistance work to prevent and decrease the transmission of malaria. Your approval of this allocation to 21 operating units (tab 1) will allow for USAID to obligate these funds and extend activities through and place insecticide orders by December 31, 2025.

Global Health is focused on life-saving work through direct service delivery; emergency response to infectious disease outbreaks; and essential health commodities and supply chain management.  The PMI Evolve award requires urgent obligations to ensure that lifesaving activities reach the targeted population in the above noted 21 countries.  If approved, GH will confirm that all pre-obligation requirements are completed, including that consultation, Congressional notification, and country restrictions and requirements, where applicable, have been addressed.

*Award: PMI Evolve*
*Implementer: Abt Global*
*Award End Date: 12/18/2027*

FOR OFFICIAL USE ONLY

May 23, 2025 2

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 001883

**Mechanism Financial Information**
- All financial information can be found in detail in **TAB 1 -** PMI Evolve Obligation Request

**Program Description:** A child can die from malaria within 24-48 hours of getting infected. PMI Evolve provides life-saving malaria control services, including spraying houses with insecticide, delivery of mosquito nets, treatment of mosquito breeding sites, and the collection of essential data on mosquitoes to inform effective implementation of campaigns in areas with a high burden of malaria. Funding is urgently needed due to the time sensitive nature of the anti-malaria campaigns and vector control activities, which must be completed before the start of the upcoming high malaria season, when the risk of malaria deaths increases.

**Programmatic Outcomes:** This programming, obligation and expenditure encompasses the lifesaving interventions approved by USAID leadership. Funding included in this memo for malaria control services will protect more than 15 million people in 21 countries from malaria through distributing mosquito nets, and spraying homes with insecticide. Vital data necessary to guide procurement of effective life-saving products for anti-malaria campaigns will also be collected.

The following is the programmatic outcome related to each area -
1. Malaria - Implement insecticide spraying campaigns in 4 countries to protect 4.29 million people from malaria. Procure insecticide for 3 countries to protect 5.45 million people from malaria. Conduct mosquito net distribution in 7 countries to protect approximately 5 million people from malaria. Conduct critical data collection on mosquitoes in 13 countries to inform effective implementation of malaria prevention campaigns in high burden areas.

**Certifications**
The resources that will be obligated into this award are aligned with current Executive Orders. This funding will not go toward activities that involve

FOR OFFICIAL USE ONLY

May 23, 2025 3

SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL

AR 001884

support to WHO, abortions, family planning, conferences, non-lifesaving administrative costs, gender or DEI ideology programs, or transgender surgeries.

**Attachments**
    **TAB 1 -** PMI Evolve Obligation Request



CONFIDENTIAL

FOR OFFICIAL USE ONLY

May 23, 2025 4

SENSITIVE BUT UNCLASSIFIED
SBU - LEGAL

AR 001885