

United States Department of State

Washington, DC  20520

UNCLASSIFIED                                      May 23, 2025

**Action Memo for Jeremy Lewin, performing the duties of the USAID Deputy Administrator/State Department Director of the Office of Foreign Assistance**

FROM:          GHSD – Jeff Graham, Senior Bureau Official

               USAID – Mark Lloyd, Acting Assistant Administrator for Global Health

SUBJECT:       Request to program, obligate and expend $83,934,254 into an active Washington-managed award (STOP TB Partnership, 7200GH24IO00001).

**Recommendation 1:** That you approve the programming, obligation and disbursement of $82,854,254 to support life-saving TB commodities (such as medicines, diagnostics equipment, and consumables) procurements, and treatment and care services reaching 60,000,000 to 90,000,000 people at risk or living with TB across 20 countries (Bangladesh, Burma, Cambodia, Democratic Republic of Congo, Ethiopia, India, Indonesia, Kyrgyz Republic, Malawi, Mozambique, Nigeria, Philippines, Tajikistan, Tanzania, Uganda, Ukraine, Uzbekistan, Vietnam, Zambia, Zimbabwe, and Global Health core funds) for activities that would be implemented or orders placed by December 31, 2025. (Approve/Disapprove by 06/06/2025)

**Decision:** ☑ **Approve** ☐ **Disapprove** ☐ **Discuss**    *Jeremy Lewin*

                                                   May 23, 2025  1

AR 001893

**Recommendation 2:** That you approve the programming, obligation and disbursement of $1,080,000 to support life-saving Nutrition support services for TB patients in Bangladesh and Tajikistan, including more than 3,000 children for activities implemented or orders placed by the end of December 2025. This funding will be used to assess and treat individuals, including children for severe acute malnutrition.(Approve/Disapprove by 06/06/2025)

**Decision:**    ☒ **Approve** ☐ **Disapprove** ☐ **Discuss**    *Jeremy Lewin*

## Background

(SBU) The United States Agency for International Development intends to obligate as follows:

- $72,177,050 in FY24 GHP-USAID HL.2 tuberculosis funds made available under Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 ((P.L. 118-47, Division F)(FY 2024 SFOAA));
- $10,677,204 in FY23 GHP-USAID HL.2 tuberculosis funds made available under Department of State, Foreign Operations, and Related Programs Appropriations Act, 2023 ((P.L. 117-328)(FY 2023 SFOAA));
- $540,000 in FY24 GHP-USAID HL.9 nutrition funds made available under Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 ((P.L. 118-47, Division F)(FY 2024 SFOAA));
- $540,000 in FY23 GHP-USAID HL.9 nutrition funds made available under Department of State, Foreign Operations, and Related Programs Appropriations Act, 2023 ((P.L. 117-328)(FY 2023 SFOAA));

This totals $83,934,254 and is intended to ensure that life-saving commodities can be utilized effectively and avoid stockouts in high burden TB countries.  If approved, GH will confirm that all pre-obligation requirements are completed, including consultation, Congressional notification, and country restrictions and requirements, where applicable, have been addressed.

## *Award: STOP TB Partnership*

**Award Number:** 7200GH24IO00001
Award End Date: 03/25/2029

**Program Description:** There are over 1 million people that die from TB and over 10 million new TB cases each year including multi-drug resistant strains. The USG is the leader in this field, saving millions of lives among the poorest populations in the world and preventing TB cases from coming to the US.

The commodities' procurement and management will be done through the Global Drug Facility (GDF) arm of the STOP TB Partnership. The GDF provides agreements and procurement services to more than 160 countries in need. Since 2020, GDF has delivered nearly 41 million first-line adult TB treatments and 3.2 million TB treatments for children, almost 400,000 treatment courses of bedaquiline (BDQ), and over 40,000 treatment courses of delamanid (DLM) to treat drug resistant cases. The GDF will support countries in accessing quality-assured[1] preferentially priced TB drugs secured with competitive tenders through the pooled procurement mechanism.

This obligation will primarily support the life-saving TB medicines and diagnostic tests to cover gaps in the National Tuberculosis Programs (NTP) procurement and supply chain management, especially for the poorest populations. This includes American innovations such as TB diagnostic tests and chest X-rays with artificial intelligence to serve rural communities without radiologists. STP will assist NTPs to forecast and quantify TB commodity needs, procure medicines and diagnostics through the GDF.

Complimentary to that, the STOP TB Partnership will implement active community and facility-based TB case finding, ensure appropriate treatment and preventive therapy, and collaborate with stakeholders to strengthen TB detection in high-risk settings, such as hospitals serving at-risk populations and pediatric patients and treating MDR-TB. The initiative will directly engage both formal and informal healthcare providers to improve screening,

---

[1] GDF's Quality Assurance Policy

referral, and treatment for at-risk individuals. The STOP TB Partnership will support MDR-TB diagnostic and treatment facilities to ensure accurate diagnosis, treatment, and monitoring, while MDR-TB contact investigation will help prevent the spread of infection.  It is estimated that every undiagnosed and untreated individual with TB spreads the disease to 10-15 people.

**Programmatic Outcomes:**
1. Tuberculosis: Requested funding will support primarily procurement of life-saving medicines and other diagnostic, testing commodities (70% of the funding) and life-saving interventions such as TB screening, treatment, and clinical services, including nutritional support, for 60 to 90 million people living with or at risk of TB across 20 countries. This funding is urgently needed to allow USAID to scale-up direct, life-saving clinical, logistical, and technical services to mitigate disruption in services.
2. Nutrition: Support integrated nutritional assessments in TB service delivery interventions such as screening, treatment, and prevention of malnutrition in two countries (Bangladesh and Tajikistan only).

**Certifications**
The resources that will be obligated into this award are aligned with current Executive Orders. This funding will not go toward activities that involve abortions, family planning, conferences, non-lifesaving administrative costs, gender or DEI ideology programs, or transgender surgeries.

**Attachments**
    **TAB 1** - STP Obligation Request May 21, 2025

CONFIDENTIAL

FOR OFFICIAL USE ONLY

May 23, 2025 4

SBU - LEGAL

AR 001896



United States Department of State

Washington, DC   20520

<u>UNCLASSIFIED</u>                                        August 28, 2025

**Action Memo for Jeremy Lewin, Senior Official, Undersecretary for Foreign Assistance, Humanitarian Affairs, and Religious Freedom (F) and Director, Office of Foreign Assistance**

FROM:                    INL – Christopher A. Landberg, Senior Bureau Official

SUBJECT:              Approval of $76,000,000 in FY 2024 International Narcotics Control and Law Enforcement – Countering PRC Influence Fund (INCLE-CPIF) Activities

**Recommendation 1:**  That you approve the allocation and programming of $6,000,000 in FY 2024 INCLE-CPIF to ████████.
**Decision:** ☑ **Approve** ☐ **Disapprove** ☐ **Discuss** *Jeremy Present Lewin*

**Recommendation 2:**  That you approve the allocation and programming of $4,500,000 in FY 2024 INCLE-CPIF to ████
**Decision:** ☑ **Approve** ☐ **Disapprove** ☐ **Discuss** *Jeremy Present Lewin*

**Recommendation 3:**  That you approve the allocation and programming of $5,625,000 in FY 2024 INCLE-CPIF to State Western Hemisphere (WH) Regional – ███████████████
**Decision:** ☑ **Approve** ☐ **Disapprove** ☐ **Discuss** *Jeremy Present Lewin*

**Recommendation 4:**  That you approve the allocation and programming of $6,040,000 in FY 2024 INCLE-CPIF to State WH Regional – ██████
████████████
**Decision:** ☑ **Approve** ☐ **Disapprove** ☐ **Discuss**
*Jeremy Present Lewin*

United States Department of State

Washington, DC  20520

SENSITIVE BUT UNCLASSIFIED                          March 3, 2025

**Action Memo for John Zadrozny, Deputy Director of Foreign Assistance (F)**

FROM:        WHA – Senior Bureau Official Michael Kozak

SUBJECT:     (SBU) Exception to the Pause on Foreign Assistance for
             Paraguay's FY2024 Countering PRC Influence project

**(SBU) Recommendation:**  That you approve an exception to the 90-day
pause on foreign assistance for the consultation, notification, obligation,
disbursement, and expenditure of $6 million in FY 2024 Economic Support
Fund (ESF) Countering PRC Influence Fund (CPIF) for programming to
prevent Chinese Communist Party (CCP) backed vendors from
compromising Paraguay's 5G telecommunications network (Tab 1).  This
project aligns with America First priorities by directly challenging malign CCP
influence and is time sensitive. (Approve/Disapprove by 03/04/25)

**Decision:** ☒ **Approve** ☐ **Disapprove** ☐ **Discuss**

**Background**

(SBU) WHA seeks an exception to the pause of foreign assistance, pending
review, under E.O. 14160, to consult, notify, obligate, disburse, and expend



SBU - LEGAL                                      AR_002384

Consistent with **section 7019(b)** of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47)(FY 2024 SFOAA), the Department is consulting with you regarding its intention to deviate by more than ten percent from multiple levels included in the tables in the accompanying Joint Explanatory Statement (JES), as well as by more than five percent from the "Global Programs" directives in the Economic Support Fund table.

The deviations from these levels in the specific cases outlined below are necessary to respond to significant, exigent, or unforeseen events or to address other exceptional circumstances directly related to the national security interest of the United States. The national security interests of the U.S. require that the U.S. utilize these foreign assistance funds to meet new challenges in ways that make America safer, stronger, or more prosperous. In particular, these funds are needed for critical foreign assistance programs to support the recently brokered peace between Armenia and Azerbaijan, address the immigration crisis, diversify critical mineral supply chains, seize timely infrastructure investment opportunities, undercut Iranian malign influence and propaganda and counter China's influence in the telecommunications and energy industries, among other programs.

The Department will engage Congress on final funding levels expected as a result of these deviations, including as these funds are utilized over the coming month .

Additionally, consistent with **section 7060(j)** of the FY 2024 SFOAA, the Department is consulting with you regarding its intention to deviate up to ten percent below the level directed for public-private partnership foundations in section 7060(g). Deviations from this level is required due to an unforeseen and exigent circumstances.  In particular, as outlined above, these funds are needed for critical foreign assistance programs to support the recently brokered peace between Armenia and Azerbaijan, address the immigration crisis, diversify critical mineral supply chains; and counter China's influence in the telecommunications and energy industries, among other programs.

In addition, on August 28, 202 , the President transmitted to Congress a special message proposing the rescission of $4 billion in foreign assistance, inc' ding $3.2 billion in the FY 2024 Development Assistance (DA) account that is withheld from obligation consistent with the Impoundment Control Act. In some cases, funds subject to this withholding in the DA account are attributed to JES table allocations – including but not limited to those in the DA table in the JES – and are therefore not addressed below as deviations unde section 7019(b).

**7019(b) ESF Deviations**

| | | | |
|---|---|---|---|
| | Iraq | 25,000.0 | Democracy (DRL language - page 71 JES) |
| Democracy Funding - Iraq | Iraq | 25,000.0 | Iraq - Democracy |
| Democracy Funding - DRL | Burma | 4,000.0 | |
| Democracy Funding - DRL | Maldives | 500.0 | |
| Democracy Funding - DRL | Near East Regional Democracy | 15,000.0 | |

| | | | |
|---|---|---|---|
| Democracy Funding - DRL | South Sudan | 1,000.0 | |
| Democracy Funding - DRL | Sri Lanka | 2,000.0 | |
| Democracy Funding - DRL | Sudan | 1,000.0 | |
| Democracy Funding - DRL | Syria | 11,000.0 | |
| Democracy Funding - DRL | Yemen | 2,000.0 | |
| Human Rights and Democracy Fund (DRL) | | 19,600.0 | |
| Countering Transnational Repression | State Democracy, Human Rights, and Labor (DRL) | 1,440.0 | Countering Transnational Repression |
| Democracy Funding - DRL | Afghanistan | 5,000.0 | Afghanistan-DRL |
| Burma Deserter Programs | | 1,500.0 | Support for deserters |
| Burma - Rohingya | | 1,000.0 | Accountability and justice for Rohingya |
| Burma - TJ - Atrocity Prevention | | 7,000.0 | Atrocity prevention and accountability, including the documentation and preservation of evidence, and transitional justice programs |
| Burma - TJ - Tech Support and Non-Lethal Assistance | | 25,000.0 | Technical support and non-lethal assistance |
| | | 51,050.0 | Family Planning/Reproductive Health |
| Global Surface Water Inventory | | 5,000.0 | Global Surface Water Inventory |
| Anti-Slavery Programs | | 2,000.0 | West Africa anti-slavery programs |
| | Iraq | 150,000.0 | Iraq |
| Iraqi Scholarships | Iraq | 12,000.0 | Scholarships |

CONFIDENTIAL

AR_003430

| | Middle East Regional Cooperation (MERC) | 8,500.0 | Middle East Regional Cooperation |
|---|---|---|---|
| Nita Lowey ME Partnership for Peace | Nita Lowey ME Peace Fund | 50,000.0 | Nita M. Lowey Middle East Partnership for Peace Act |
| Assistance subject to 7041(k)(1) | West Bank and Gaza | 175,000.0 | West Bank and Gaza |
| | Maldives | 3,000.0 | Maldives |
| | State Bureau of Conflict and Stabilization Operations (CSO) | 5,000.0 | Conflict and Stabilization Operations |
| Peace Process Monitoring | | 3,500.0 | |
| House Democracy Assistance | | 2,300.0 | House Democracy Partnership, |
| Informations Communications Technology Training | | 1,000.0 | Information Communications Technology Training |
| Internet Freedom | | 27,000.0 | ESF |
| Atrocities Prevention | State Democracy, Human Rights, and Labor (DRL) | 3,000.0 | Atrocities Prevention |
| Iraqi Justice Sector | Iraq | 2,500.0 | Justice sector assistance |
| Atrocities Prevention | | 3,000.0 | Atrocities Prevention |
| West Africa anti-slavery programs | | 2,000.0 | |
| Equatorial Guinea democracy programs | Equatorial Guinea | 2,000.0 | |
| Marla Ruzicka Fund for Innocent Victims of Conflict | | 10,000.0 | |

CONFIDENTIAL

AR_003431



United States Department of State

Washington, D.C.   20520

SENSITIVE BUT UNCLASSIFIED                    August 22, 2025

**ACTION MEMORANDUM FOR JEREMY LEWIN, SENIOR OFFICIAL, UNDER SECRETARY FOR FOREIGN ASSISTANCE, HUMANITARIAN AFFAIRS, AND RELIGIOUS FREEDOM AND DIRECTOR, OFFICE OF FOREIGN ASSISTANCE (F)**

**FROM:**      CT – Gregory LoGerfo, Acting Coordinator

**SUBJECT:**      Release and Obligation of **$25,000,000** in FY 20?? Nonproliferation, Anti-Terrorism, Demining and Related Programs/Antiterrorism Assistance (NADR-ATA) Funds for Counter-ISIS Programming in Syria

**(U) Recommendation:** Approve the allocation and programming of **$25,000,000** in FY 2024 NADR-ATA centrally managed funding (CMF) in the **Counterterrorism Partnerships Fund** (CTPF) Operating Unit (OU) to support programming described herein.  (Approve/Disapprove by August 26, 2025)
**Decision: ☑ Approve ☐ Disapprove ☐ Discuss**

**Background**
(U) The Department of State, Foreign Operations, and Related Programs Appropriation Act 2024 (Div. F, P.L. 118-47) (SFOAA), appropriated $870,000,000 in NADR funding, of which F allocated $246,000,000 in NADR-ATA for counterterrorism law enforcement programs, which includes funds to support centrally managed, regional, and bilateral programs.

(SBU) This is a request for the release of and approval to obligate **$25,000,000** in centrally managed FY 2024 NADR-ATA funds to support Syria to prevent the resurgence of ISIS.

CONFIDENTIAL

SENSITIVE BUT UNCLASSIFIED

- 2 -

(SBU) This funding will assist the Department to fulfill President Trump's vision to support a Syria that is stable, unified, and at peace with itself and its neighbors by preventing the resurgence of ISIS.  ISIS cells remain active in Syria and present a serious threat to the Syrian government, U.S. personnel and interests, and partners such as Israel.  Further, the success of our Defeat-ISIS mission requires the Syrian government be capable of identifying and disrupting ISIS threats to the United States.  Therefore, it is in the U.S. interest to support Syria's ability to counter terrorism.  If funding is no approved, then Syria may be ill-equipped to defend against ISIS threats, leading to the potential collapse of the new government, furthe  regional de-stabilization, and the potential need for further U.S. military involvement.  A stable Syria also permits the United States to fulfill the President's directive to normalize relations by providing a secure environment in which diplomats can operate.

**Presidential Foreign Policy and Programmatic Strategic Alignment**
(U) The Administration's top counterterrorism priority is to make America safer by preventing a major terrorist attack – like the attacks on September 11, 2001 – on the U.S. homeland.  The United States currently faces direct terrorism threats both within the homeland and abroad.  Globally, ISIS and al-Qa'ida branches and affiliates continue to target the U.S. homeland, U.S. citizens, and U.S. interests abroad.  This program is responsive to priority security assistance requests outlined in the Syria action plan being developed in the CT-led interagency Syria working group (under the Department-led Syria Task Force), to include an assessment to identify capabilities gaps and needs that align with Administration priorities, leadership protection equipment and skills, and aviation security.

**Funding Use – Program Specifics:**
- <u>Activity Description</u>:  Prevent the Resurgence of ISIS in Syria
- <u>Operating Unit</u>:  Counterterrorism Partnerships Fund (CTPF)
- <u>Implementing Partner</u>:  Department of Justice, International Criminal Investigative Assistance Program (DOJ/ICITAP)

SBU – LEGAL                                      AR_003508

SENSITIVE BUT UNCLASSIFIED

- 3 -

- **Primary Benefitting Foreign Country**:  Syria
- Secondary Benefitting Foreign Countries:  Jordan, Türkiye, Lebanon, Iraq
- **SPSD**:  PS 1.3 – Build Law Enforcement and Criminal Justice Counterterrorism Capacity
- **Program Budget**:  $25,000,000 (FY 2024 NADR-ATA)
- **Program Overview**:  DOJ/ICITAP will implement a flexible, multi-phased approach to protect Syrian national leadership and prevent the resurgence of ISIS.

DOJ/ICITAP, in coordination with INL, DS/ATA, NEA/LEV, SPES/SRP, and requisite interagency partners, will conduct a security assistance capabilities assessment of Syrian civilian law enforcement entities responsible for protection of national leadership (PNL).  The results of this assessment will inform phase II activities.  DOJ/ICITAP will be responsive to the needs addressed in the phase I assessment.  This could include technical assistance, non-lethal equipment, and/or the refurbishment of key facilities, outposts, or security infrastructure.  Training will be considered if units are identified and can pass vetting requirements.  Training may occur in a third country, such as at the Jordan International Police Training Center, if deemed more feasible and suitable than in Syria.  Delivery of phase II activities will be coordinated with SPES/SRP.

Assistance beyond PNL will be responsive to and align with Administration priorities and may include aviation security and other CT law enforcement assistance.  These activities will follow the same model as PNL assistance which will include a comprehensive security assistance assessment that will inform specific activities designed to prevent the resurgence of ISIS and protect U.S. citizens and interests.  Such assistance will be coordinated with SRP to ensure it is deconflicted, and not duplicative of, proposed INL law enforcement capacity building project and existing NEA community security programing managed by SRP.

SENSITIVE BUT UNCLASSIFIED
- 4 -

**Funding Sources**

(U) These allocations are wholly owned by CT.  See tab 2 for a table of requested accounts and amounts.



**High Income Countries**

(U) CT does not anticipate providing support to any high-income country through this program.

**Additional Considerations**

(U) I have reviewed the anticipated funding needs for these programs for the entire fiscal year and believe this request rises to a strategic level of need.  Funds were allocated to the NADR-ATA accounts specifically for the purpose of supporting counterterrorism law enforcement abilities, which are critical to keeping America and Americans abroad safe, secure, and prosperous.  CT has reviewed and refined its FY 2024 program plans in alignment with Administration priorities.  On May 13, President Trump committed to supporting the Syrian government in its efforts to stabilize the country.  Supporting Syria's counterterrorism efforts fulfills President Trump's vision and makes the U.S. homeland and U.S. persons and facilities overseas safer by preventing the resurgence of ISIS.

(U) Assurances and additional legal and policy considerations are discussed in Tab 3.

SBU – LEGAL                                                      AR_003510

<u>SENSITIVE BUT UNCLASSIFIED</u>

- 5 -

Attachments:

Tab 1 – Draft CN

Tab 2 – Funding Tables

Tab 3 – Further Legal and Policy Considerations



SBU – LEGAL

AR_003511

Approved:  CT – Gregory D. LoGerfo, Acting Coordinator [GDL]

Drafted:   CT/P –
           CT/EX –

Cleared:   CT/FO:                          (OK)
           CGFS:                           (OK)
           CGFS:                           (OK)
           CT/P:                           (OK)
           CT/MCCR(TD                      (OK)
           CT/CTFD:                        (OK)
           CT/CTC:                         (OK)
           NEA/LEV:                        (OK)
           SPES/SRP:                       (OK)
           C:                              (Info by request)
           D:                              (OK)
           D-MR:                           (OK)
           FAO/GAM:                        (OK)
           H/RGF:                          (OK)
           H/Approps:                      (Info)
           L/LFA:                          (OK)
           P:                              (OK)
           S/P:                            (OK)
           T:                              (OK)

SBU – LEGAL                                        AR_003512



**United States Department of State**

*Washington, D.C.   20520*

**YY-XXX**

**XX-YY, 2025**

**Congressional Notification Transmittal Letter**

The Department of State is informing you of its intent to obligate Fiscal Year 2024 Nonproliferation, Anti-Terrorism, Demining and Related Programs (NADR) funds.  This notification is being submitted on behalf of the Bureau of Counterterrorism (CT).

- Department of State – $25,000,000

The funds will support counterterrorism programming that enhances the ability of Syrian law enforcement to counter the threat of terrorism and reduce support for terrorist activities in Syria.  Planned activities are explained further in the enclosure.

Obligations may be incurred in fifteen calendar days from the above date of notification.

**Recipients**:
House Foreign Affairs Committee
Senate Foreign Relations Committee
House Appropriations Committee
House Appropriations Subcommittee on State, Foreign Operations, and Related Programs
Senate Appropriations Committee
Senate Appropriations Subcommittee on State, Foreign Operations, and Related Programs

We hope this information is helpful.  Please do not hesitate to contact us with questions.

Sincerely,

Paul Guaglianone
Senior Bureau Official
Bureau of Legislative Affairs

Enclosure:
        As stated.

CONFIDENTIAL

**United States Department of State**
**Congressional Notification**

| | |
|---|---|
| **Program:** | Counterterrorism Partnerships Fund (CTPF) |
| **Appropriation Category:** | FY 2024 Nonproliferation, Anti-Terrorism, Demining and Related Programs (NADR) |
| **Project Title:** | Preventing the Resurgence of ISIS in Syria |
| **Intended FY 2025 Obligation:** | $25,000,000 |

Pursuant to sections 634A of the Foreign Assistance Act of 1961, as amended, and sections 7015(c), 7015(f), 7041 i)(1), and 7041(i)(4) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), this is to advise that the Department of State intends to obligate up to $25,000,000 in fiscal year 2024 NADR/Antiterrorism Assistance (ATA) funds for the counterterrorism programming described below.

**Title:  Support for Preventing the Resurgence of ISIS in Syria**

Location:  Syria, Jordan, Türkiye, Lebanon, Iraq

Budget:  $25,000,000

Activity:  New

Subaccount:  NADR/ATA

2

Activity Description:  On May 13, President Trump decided to give Syria a chance to rebuild and thrive by lifting sanctions and normalizing U.S.-Syria relations.  These funds will be used to provide non-lethal assistance that helps Syria prevent the resurgence of ISIS and fulfill President Trump's vision of a stable and peaceful Syria.  Funding will support programming that increases the ability of Syrian law enforcement to counter terrorism by providing technical assistance, equipment, and/or the refurbishment of key facilities, outposts, or security infrastructure.  Funds may also support program management, operational and administrative costs, and monitoring and evaluation.  Training may be conducted if appropriate units are identified.  Training may take place in a third-country location.

ISIS continues to conduct attacks through Syria and threaten the U.S. homeland and U.S. interests abroad.  These funds will support the new Syrian government's civilian counter terrorism capabilities, with a focus on border security, protection of national leadership, counterterrorism investigations, aviation security, information-sharing and/or related counterterrorism skills to strengthen counterterrorism operations, policies, and procedures.  Training, if applicable, will increase Syrian law enforcement's ability to deter, detect, and respond to terrorism threats. Technical assistance, equipment, and/or the refurbishment of key facilities, outposts, or security infrastructure will also focus on building border security and aviation security abilities to interdict terrorist movements and materials along with the protection of national leadership.  Foreign assistance may also focus on building investigative skills – including but not necessarily limited to anti-money laundering/terrorism financing – and countering improvised explosive devices (IEDs) and equipment.  Activities may include regional participation with Jordan, Türkiye, Lebanon, and Iraq.

Programming supports multiple U.S. government strategies, including from President Trump, to prevent the resurgence of ISIS and enhance national and regional security.

Estimated Time Frame:  September 2025-September 2027

3

Approved:  CT – Gregory LoGerfo, Acting Coordinator [GDL]

Drafted:   CT/TSI – ██████████████████
           CT – █████████████████

Cleared:   CT/FO:                                      (OK)
           CT/P:                                       (OK)
           CT/MCCR(TD):                                (OK)
           CT/CTFD:                                    (OK)
           CT/CTC:                                     (OK)
           CGFS:                                       (OK)
           CGFS:                                       (OK)
           NEA/LEV:                                    (OK)
           SPES/SRP:                                   (OK)
           C:                                          (Info by request)
           D:                                          (OK)
           D-MR:                                       (OK)
           F/FI:                                       (OK)
           H/RGF:                                      (OK)
           H/Approps:                                  (Info)
           L/LFA:                                      (OK)
           P:                                          (OK)
           S/P:                                        (OK)
           T:                                          (OK)
           OMB                                         ()



United States Department of State

Washington, DC   20520

SENSITIVE BUT UNCLASSIFIED          September 16, 2025

**Action Memo for Jeremy Lewin, Senior Official, Undersecretary for Foreign Assistance, Humanitarian Affairs, and Religious Freedom (F)**

FROM:          INL – Christopher A. Landberg, Senior Bureau Official

SUBJECT:     (U) Obligation and Programming of $11,370,000 in FY 2024 International Narcotics Control and Law Enforcement (INCLE) Funds for State Central America Regional – Central American Regional Security Initiative (CARSI) – Costa Rica and El Salvador

**(SBU) Recommendation:**  That you approve the obligation and programming of $11,370,000 in FY 2024 INCLE funds to State Central America Regional – CARSI, including $8,500,000 to be allocated to Costa Rica and $2,870,000 to be allocated to El Salvador.  (Approve/Disapprove by 09/17/25)

**Decision:  ☑ Approve ☐ Disapprove ☐ Discuss**     *Jeremy Present Lewin*

**Background**

(U) This memorandum requests your approval to program and obligate $11,370,000 in FY 2024 INCLE funding made available in the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47) (2024 SFOAA) to State Central American Regional – CARSI.  Of this amount, $8,500,000 will be allocated for programming in Costa Rica to meet the level designated in the INCLE table in the Joint Explanatory Statement (JES) accompanying the FY 2024 SFOAA.  The remaining $2,870,000 will be allocated for programming in El Salvador that directly supports INL's priorities of degrading the operations of cartels and designated FTOs threatening U.S. communities, stopping the flow of illicit drugs to the United States, including fentanyl and precursors, and curbing illegal immigration to the United States.

SENSITIVE BUT UNCLASSIFIED
-2-

(SBU) On September 2, you approved INL's FY 2024 INCLE omnibus funds approval request, which included a determination that a deviation of more than 10 percent from the INCLE amount for CARSI Costa Rica in the Joint Explanatory Statement (JES) accompanying the FY 2024 SFOAA was necessary to respond to significant, exigent, or unforeseen events. Following your approval, the Department transmitted a consultation note about the Department's intent to deviate from the CARSI Costa Rica JES level of $37,5000,000 down to $29,000,000 to the Committees on Appropriations to satisfy the prior consultation requirement of section 7019(b) of the FY 2024 SFOAA.  On September 5, the Chairman of the House Appropriations Subcommittee on National Security, Department of State, and Related Programs informed H SBO Guagliardo of his strong opposition to the Department's proposed deviation.  Department leadership agreed to not deviate, and you subsequently asked INL to find a way to meet the full CARSI Costa Rica level.  You have signed a revised Determination and Memorandum of Justification, both of which are currently with H for transmittal to Congress.

(SBU) Separately, OMB recently approved the makeup of funds that the Department will use to meet the $65,000,000 rescission enacted by the Full-Year Continuing Appropriations and Extensions Act, 2025 (Div. F, P.L 119-4).  The approved rescission plan resulted in a reduction in INL-managed FY 2024 INCLE funds and an increase in the amount of FY 2024 INCLE funds managed by the Trafficking in Persons Office (DRL/TIP), freeing up an additional $11,370,000 in FY 2024 INCLE funds for INL to program.  INL requests to program these funds for CARSI to meet the JES level for Costa Rica and support programs in El Salvador.

(U) CN 25-089, transmitted on September 5, notified sufficient funding for CARSI to satisfy notification requirements related to programmatic increases and special notification countries in accordance with sections 7015(c) and 7015(f), respectively, of the FY 2024 SFOAA.

**(U) Strategic Alignment:**  INL advances the President's and the Secretary's foreign policy priorities by implementing programs that disrupt and reduce

SENSITIVE BUT UNCLASSIFIED

the flow of illicit drugs, especially fentanyl and its precursor chemicals, to save American lives; degrade the operations of TCOs, FTOs, and cartels that threaten U.S. communities; curb illegal immigration to the United States; maintain U.S. strategic advantage by strengthening civilian law enforcement in countries of national security importance; and prevent threats to U.S. safety and security by supporting the internal security of critical partner countries.



**Funding Use Description:**

**(U) State Central America Regional, CARSI – $11,370,000**
- PS.3 Counter-Narcotics – $3,870,000
- PS.4 Transnational Threats and Crime –   5,000,000
- PS.9 Citizen Security and Law Enforcement – $2,500,000

INL provides foreign governments in Central America and their law enforcement agencies with technical expertise, training, and equipment to detect and disrupt the trafficking of fentanyl and cocaine to the United States; dismantle TCOs and FTOs threatening U.S. national security; strengthen border security in the region and combat alien smuggling; and reduce insecurity in countries that drives illegal immigration to the United States.  Of the total amount requested, $8,500,000 would be directed to Costa Rica to support efforts to combat narcotics trafficking, strengthen law enforcement capabilities, and enhance border security.  The remaining $2,870,000 would support further counternarcotics efforts in El Salvador, a key security partner in the region.  These initiatives not only bolster regional stability but also protect U.S. borders by reducing the flow of illicit drugs and criminal activity.

SENSITIVE BUT UNCLASSIFIED
-4-

## (U) Funding Source, Earmark Impact, and Reason for Availability:

(U) These funds are composed of unobligated amounts originally allocated for State Africa Regional, Cybercrime and Intellectual Property Rights (IPR), Fighting Corruption, and Knowledge Management in the FY 2024 Section 653(a) Report and were determined by the INL/FO through the FA and White Paper processes to be available for other requirements. INL will request reapportionment of funds, as necessary, to match the allocations covered in this memorandum.

(U) The INCLE table in the JES accompanying the FY 2024 SFOAA designates FY 2024 INCLE levels for INL's Cybercrime/IPR and Fighting Corruption programs. F previously approved deviations of greater than 10 percent from these from these JES levels and the requirements associated with the deviations have been met. Additionally funds for State Africa Regional, Fighting Corruption, and Knowledge Management were originally attributed to the Democracy Programs earmark; because this is a soft earmark, these funds can be programmed for other purposes The funds requested for programming are also associated with the Central America spend plan, submitted on December 6, 2024; the CARSI spend plan, submitted on December 9; 2024; and the Countering Synthetics spend plan, submitted September 5, 2025.

## (U) Affirmative Statement

(U) ███████████████████████████████████
███████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████████████████████████████████
████████████████████████████████
███████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
██████████████████████

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED
-5-



**(U)** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**(SBU)** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**(U)** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**(U)** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**(U)** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

**(U)** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Attachments**
    Tab 1 – Budget Transaction Table
    Tab 2 – Additional Legal and Policy Considerations
    Tab 3 – FY 2024 INCLE Allocations
    Tab 4 – CN 25-089 FY 2024 INCLE Omnibus

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED
-6-

Approved:  INL/FO – Christopher A. Landberg, SBO [CAL]
**I confirm** the drafter received guidance on this paper's intent, objectives, topics, scope, and structure.  ☒ **Yes** ☐ **No**

Drafted:    INL/SAO/AC: ███████████████

Cleared:

| Bureau | Name | Clearance Status |
|---|---|---|
| INL/FO | | [ok] |
| INL/FO | | [ok] |
| INL/SAO | | [ok] |
| INL/SAO | | [ok] |
| INL/SAO/AC | | [ok] |
| INL/SAO/AC | | [ok] |
| INL/WHP | | [ok] |
| INL/WHP | | [ok] |
| INL/WHP | | [ok] |
| FAO/GAM | | [ok] |
| L/LFA | | [ok] |
| T | | [ok] |
| T/Outreach | | [info] |
| H/RGF | | [ok] |
| WHA/AC | | [ok] |



SENSITIVE BUT UNCLASSIFIED

SBU - LEGAL                                      AR_003542

 Outlook

## RE: FOR APPROVAL: INL AM to F: Expiring Funds Approval (CARSI)

**From** Lewin, Jeremy ███████@state.gov>

**Date** Tue 9/16/2025 3:55 PM

**To** ███████████████@state.go████

**Cc** FAO-StaffAssistants <FAO-StaffAssistants@state.gov>; ███████████@state.gov>; █████
████████████@state.gov; ████████████@state.gov>; ████████@state.gov>;
████████@state.gov>

Thanks, approved

SENSITIVE BUT UNCLASSIFIED

**From:** ███████████████@state.gov>

**Sent:** Tuesday, September 16, 2025 3:47 PM

**To:** Lewin, Jeremy ████████@state.gov>

**Cc:** FAO-StaffAssistants <FAO-StaffAssistants@state.gov>; ██████, █████████████state.gov>; ████,
████████████@state.gov>; █████████ < ████████@state.gov>; ███████████@state.gov>;
████████@state.go >

**Subject:** FOR APPROVAL: INL AM to F: Expiring Funds Approval (CARSI)

Hi Jeremy,

Please see the attached AM. Thank you.

**BLUF:** INL requests approval of $11.37M FY24 INCLE for CARSI, of which $8.5M for Costa Rica and $2.87M for El Salvador. These funds were originally included in INL's plan to meet the FY 2025 $65M INCLE rescission; recent F decisions to increase the level of the FY 2024 Trafficking in Persons INCLE earmark included in the rescission have reduced INL-managed INCLE to be rescinded, freeing up an additional $11.37M in FY 2024 INCLE for INL to program. The $8.5M for Costa Rica included in this package, along with $29.0M included in a previously approved package, will bring the INCLE allocation for Costa Rica to the level designated in the INCLE table in the JES accompanying the FY 2024 SFOAA, per feedback from the Chairman of the House Appropriations Subcommittee on National Security, Department of State, and Related Programs. No CN is required with this package, as all funds are covered by INL's omnibus CN 25-089 transmitted on September 5, 2025.

Best,

████████████████

Program Analyst

U.S. Department of State

Foreign Assistance Oversight (FAO) | Tuvli Contractor

**Work Mobile:** ████████ | **Email:** ████████@state.gov

SBU - LEGAL



**Foreign Assistance and Humanitarian Affairs**
U.S. DEPARTMENT of STATE

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

CONFIDENTIAL

**Foreign Assistance and Humanitarian Affairs**
U.S. DEPARTMENT of STATE

SBU - LEGAL

AR_003562