**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 25-cv-402 (AHA)

**NOTICE REGARDING FILING OF UNREDACTED BRIEFS**

Plaintiffs respectfully submit this notice to file public, unredacted versions of their (i) memorandum of law in support of their motion for partial summary judgment and (ii) reply in support of their motion for partial summary judgment. Plaintiffs previously filed redacted versions of these briefs because they discussed and quoted portions of the administrative record that Defendants had designated as confidential under the terms of the parties' protective order. *See* Dkt. Nos. 202-1, 209. Plaintiffs separately moved for leave to file unredacted versions of the briefs under seal. *See* Dkt Nos. 203, 204, 210.

The parties have since filed a joint appendix consisting of public, unredacted versions of the documents in the administrative record that Plaintiffs cited in their briefing. *See* Dkt. 212. Defendants' counsel have also confirmed to Plaintiffs' counsel that they do not object to Plaintiffs filing public versions of the unredacted versions of their summary judgment briefs. Accordingly, Plaintiffs are attaching the briefs hereto as Exhibits 1 and 2.

In light of the public filing of the unredacted versions of these briefs, Plaintiffs submit that their motions for leave to file the unredacted versions of these briefs under seal (Dkt Nos. 203, 204, 210) may be denied as moot.

Dated: August 27, 2026

Respectfully submitted,


*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
Brian C. Rosen-Shaud (D.C. Bar 90042065)
Nina C. Cahill (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com