**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

**DEFENDANTS' STATUS REPORT**

Defendants respectfully file this status report responsive to the Court's September 23, 2026 Minute Order, which orders that:

> Defendants shall file a status report identifying the current status of all foreign-assistance appropriations with a September 30, 2026, spending deadline made under titles III and IV of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024, and those reappropriated under the Full-Year Continuing Appropriations and Extensions Act, 2025. The report shall separately address appropriations made under each of the following headings:
>
> Global Health Programs; Development Assistance; Economic Support Fund; Democracy Fund; Assistance for Europe, Eurasia and Central Asia; International Narcotics Control and Law Enforcement; and Nonproliferation, Anti-terrorism, Demining and Related Programs.
>
> For each heading, the report shall specify:
>
> (1) what amount, if any, Defendants are treating as rescinded by the Rescissions Act of 2025;
>
> (2) what amounts have been obligated;
>
> (3) what further amounts are currently in the process to be obligated by September 30, 2026; and
>
> (4) the amount for which there is no current, concrete plan to obligate by September 30, 2026.
>
> To the extent that the amounts reported in (1) to (4) do not add up to the total amount originally appropriated for the respective heading, Defendants shall explain the

discrepancy.

*Id*.

Two agencies manage the various categories of funds mentioned in the Court's Minute Order. USAID manages program funds for both Development Assistance (DA) and Global Health Programs (GHP). State also manages some program funds for both DA and GHP, as well as the remainder of the programs mentioned in the Court's Minute Order.

In support of this status report is the declaration of Kyle Peterson on behalf of the State Department, *see* Exhibit A, and the declaration of Tricia Schmitt on behalf of USAID, *see* Exhibit B. Also attached to this status report is a table that, along with the information in the declarations, directly respond to the Court's informational request in points (1) to (4), and that Defendants believe would help aid the Court in its determination. *See* Exhibit C (table demonstrating State's obligations).

**i. USAID**

Starting with USAID: materially all funds appropriated by Congress that USAID is responsible for obligating, net of the rescissions outlined in the Rescissions Act of 2025, have been obligated. *See* Exhibit B, Schmitt Declaration at ¶¶ 16-17.

**ii. Department of State**

Turning to State: approximately $4.1 billion had not yet been obligated as of September 23, 2026, but is all in the process of being obligated. See Exhibit A, Peterson Declaration at ¶ 3; see also Exhibit C. Importantly, "State fully intends to obligate, and is making best efforts to obligate, the remaining FY 2025 foreign assistance funds appropriated under title III and title IV of the appropriations acts that are expiring on September 30, 2026[.]" *See* Ex. A at ¶ 3. Further, it "is not unprecedented" for this amount of funds to be unobligated close to the end of the Fiscal Year. For instance, State estimates that "last fiscal year at this time, approximately $5 billion remained to be obligated in the final 7–10 days of the end of the fiscal year." *Id.* at ¶ 3. "And before last year, and in other administrations, it was not unusual for billions of dollars in foreign assistance to be obligated within the last 1–2 weeks of the end of the fiscal year." *Id.* Again, however, "State expects to be able to obligate substantially all of the remaining foreign assistance funds before they

expire." *Id*. at 6. To the best of [Mr. Peterson's] knowledge, as of September 25, 2026, there has been no policy decision not to obligate expiring foreign assistance funds." *Id*.

Indeed, by way of illustration, the final column of Exhibit C reports the total amount obligated or planned for obligation, net of rescissions. That total is identical to the total of the column titled "Revised Amount for State Obligation," which reflects the amount Congress appropriated, net of rescissions and the portion of obligations that USAID is responsible for obligating. *See* Ex. C. In other words, materially every dollar available for the State Department to obligate has been obligated or is planned for obligation.

State is taking every measure to ensure that the remaining funds are timely obligated by the end of the Fiscal Year. And regarding the actions that State will take in the coming days leading up to the end of the Fiscal Year: "State has taken several operational and preparatory steps to facilitate the obligation of the remaining funds prior to their expiration." *Id*. at 12. "This includes expediting foreign assistance funds approval; preparing and submitting apportionment requests to OMB, which OMB has been approving; approving allotments and pre-positioning these in State's financial systems funds so they are ready for obligation; negotiating with foreign states, interagency partners, international organizations, and other awardees; and preparing obligating documents and agreements." *Id*.

As an example of these ongoing efforts to obligate expiring funds on a "daily – often hourly – basis, as of September 23, 2026, there were approximately $650 million in commitments of expiring FY 2025 funds reflected in State's financial system, which is the final step before legal obligation. FAO is in regular touch with colleagues throughout the Department (both in Washington, DC and overseas), and at OMB, to advance timely obligation actions." State is committed to obligating the remaining funds before the end of the Fiscal Year and has every intention and is employing every effort to do so in an expeditious manner.

Dated: September 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
JOSHUA N. SCHOPF
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*