**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

**DECLARATION OF TRICIA A. SCHMITT**

In accordance with the provisions of 28 U.S.C. § 1746, I, Tricia A. Schmitt, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as the Deputy Associate Director at the Office of Management and Budget (OMB). I have occupied this position since October 25, 2021. My responsibilities include oversight of foreign assistance managed by the United States Agency for International Development (USAID) and the Department of State (State). I am currently detailed to USAID. I make the statements herein based upon my personal knowledge, and upon information available to me in my official capacity.

2. The International Affairs Division (IAD) oversees multiple agencies and programs, including those of State and USAID. In connection with my job responsibilities, I am familiar with this litigation. The following statements are based upon my personal knowledge or information supplied to me in the course of my professional responsibilities.

3. In response to the requests for information contained in the Court's Minute Order dated September 25, 2026, I only have direct knowledge of certain information pertaining to the "Development Assistance" (DA) and "Global Health Programs" (GHP) appropriations that were notified to Congress for closeout activities on April 20, 2025.

4. These programs (DA and GHP) are under the remit of USAID to obligate, whereas the other programs listed in the Court's Minute Order are under the remit of State. It is my

understanding that State is providing a separate declaration detailing those remaining program funds responsive to the Court's Minute Order.

5. Of the unobligated balances under the heading "Bilateral Economic Assistance—Funds Appropriated to the President—Development Assistance" made available by the Full-Year Continuing Appropriations Act, 2025 (division A of Public Law 119–4), $2,500,000,000 was rescinded by the Rescissions Act of 2025.

6. Of the unobligated balances in the first paragraph under the heading "Bilateral Economic Assistance—Funds Appropriated to the President—Global Health Programs" made available by the Full-Year Continuing Appropriations Act, 2025 (division A of Public Law 119–4), $500,000,000 was rescinded by the Rescissions Act of 2025.

7. For the "Development Assistance" appropriation referenced above, $1.17 billion was notified for USAID closeout activities on April 20, 2026.

8. As of September 25, 2026, USAID has obligated $1.17 billion of the USAID Development Assistance consistent with the Congressional Notification. This fully obligates all expiring FY 2025 DA as notified to Congress.

9. For the "Global Health Programs" appropriation referenced above, $1.35 billion was planned to be obligated by USAID by September 30, 2026 as notified for USAID closeout activities on April 20, 2026.

10. As of September 25, 2026, USAID has obligated $1.35 billion of the USAID Global Health Programs consistent with the Congressional Notification. This fully obligates all expiring FY 2025 GHP as notified to Congress.

11. There are no amounts provided by the "Development Assistance" or "Global Health Programs" appropriations referenced above in #7 and #9 for which funds have not been obligated.

12. The amounts described above for "Development Assistance" do not add up to the total amount appropriated by the Full-Year Continuing Appropriations Act, 2025 because the remainder is for programs managed by State, and so State is responsible for execution. Adding the State-managed amounts to the amounts described above results in the total amount appropriated for "Development Assistance" by the Full-Year Continuing Appropriations Act, 2025.

13. The amounts described above for "Global Health Programs" do not add up to the total amount appropriated by the Full-Year Continuing Appropriations Act, 2025 because the remainder is for programs managed by State, and so State is responsible for execution.

Adding the State-managed amounts to the amounts described above results in the total amount appropriated for "Global Health Programs" by the Full-Year Continuing Appropriations Act, 2025.

Tricia Schmitt 9/25/2026

**TRICIA A. SCHMITT**

# EXHIBIT B