# EXHIBIT C

**Status of Title III and IV Expiring FY 2025 State Foreign Assistance (as of 9/23/26)**

| Account | POA | Appropriated (Non-Emergency1) | Rescinded2 | Being Obligated by USAID for Closeout | Revised Amount for State Obligation | Obligated as of 9/23/26 | Enacted FY2026 Rescission3 | In Process to Be Obligated by 9/30/264 | Total Obligated, Part of Enacted Rescission, and In Process to be Obligated |
|---|---|---|---|---|---|---|---|---|---|
| Title III | | | | | | | | | |
| GHP | 25/26 | 3,985,450,000 | (500,000,000) | (1,352,950,000) | 2,132,500,000 | 1,178,837,705 | - | 953,662,295 | 2,132,500,000 |
| DA | 25/26 | 3,931,000,000 | (2,500,000,000) | (1,179,099,000) | 251,901,000 | 125,391,110 | - | 126,509,890 | 251,901,000 |
| ESF | 25/26 | 3,590,400,000 | (1,650,000,000) | - | 1,940,400,000 | 1,549,736,481 | - | 390,663,519 | 1,940,400,000 |
| DF | 25/26 | 345,200,000 | (83,000,000) | - | 262,200,000 | 26,722,111 | 57,000,000 | 178,477,889 | 262,200,000 |
| AEECA | 25/26 | 460,334,000 | (460,000,000) | - | 334,000 | - | - | 334,000 | 334,000 |
| Title IV | | | | | | | | | |
| INCLE | 25/26 | 1,285,000,000 | - | - | 1,285,000,000 | 364,632,079 | 16,000,000 | 904,367,921 | 1,285,000,000 |
| NADR[5] | 25/26 | 850,000,000 | - | - | 850,000,000 | 661,286,322 | - | 188,713,678 | 850,000,000 |
| PKO6 | 25/26 | 291,425,000 | (291,425,000) | - | - | - | - | - | - |
| IMET | 25/26 | 119,152,000 | - | - | 119,152,000 | 110,171,023 | - | 8,980,977 | 119,152,000 |
| FMF7 | 25/26 | 1,350,000,000 | - | - | 1,350,000,000 | 50,000,000 | - | 1,300,000,000 | 1,350,000,000 |
| **Total** | | | | | **8,191,487,000** | **4,066,776,831** | **73,000,000** | **4,051,710,169** | **8,191,487,000** |

*1/ Congress appropriated $300 million ESF, $310 million AEECA, and $115 million INCLE that is not available for obligation because because they were not designated by the President as being for an emergency requirement*

*2/ All amounts were rescinded by the Rescissions Act of 2025, except for the PKO amount, which was part of the President's Special Message under the ICA of August 28, 2025.*

*3/ The FY 2026 NSSAA included $286.3M of an enacted rescission, to include: $57M in DF; $179.306M in INCLE; $50M in PKO. Amounts listed here are the FY 25/26 funds used to meet some or all of the enacted rescission requirement.*

*4/ This includes funds that may be in committed status but not yet fully obligated, and all remaining 25/26 available balances.*

*5/ NADR/NDF ($20 million in the FY 2025 653(a) is available until expended.*

*6/ Enacted PKO total is $410.458M, of which $291.425M is two-year funding. The President's Special Message under the ICA rescinded a total of $326.214M in PKO, which was met through both one-year and two-year FY 2025 PKO.*

*7/ FY 2025 FMF available until 9/30/26 is only for Egypt and CPIF. FMF is obligated upon apportionment pursuant to the FMF heading in the relevant appropriations acts.*

SENSITIVE BUT UNCLASSIFIED