**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 25-cv-402 (AHA)

**PLAINTIFFS' MOTION FOR PUBLIC ACCESS**
**TO THE SEPTEMBER 28, 2026 HEARING**

Plaintiffs respectfully request that the Court provide a public access line for the September 28, 2026 hearing so that Plaintiffs and their representatives, some of whom are located outside of the Washington, D.C. area, can listen to the hearing.

Dated: September 27, 2026

Respectfully submitted,

*/s/ John Robinson*

Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
Brian C. Rosen-Shaud (D.C. Bar 90042065)
Nina C. Cahill (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
john@jacobsonlawyersgroup.com