**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a public access line, it is hereby ordered that the motion is granted.

Date: _____________

________________________________
Amir H. Ali
United States District Judge