**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT**

Defendants respectfully file this status report as an update to the previous September 25, 2026, status report. *See* ECF No. 219. In line with the State Department's sworn declarations that it is using all efforts to obligate remaining funding by the end of the Fiscal Year, from September 23 to September 27 the State Department obligated a further **$1,199,920,795** toward the at-issue programs. *See* Exhibit A, Declaration of Kyle Peterson (table included).

Further, contrary to Plaintiffs' Response to Defendants' Status Report: "all funds listed in the column labeled 'In Process to Be Obligated by 9/30/26' are entirely based on concrete plans to obligate funds by September 30, 2026, as described in [Mr. Peterson's] prior declaration. The Department has concrete plans to obligate all expiring Title III and Title IV FY 2025 funds for which it is responsible and is taking active steps to complete those obligations." *Id*.

Dated: September 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
JOSHUA N. SCHOPF
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*