# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**DECLARATION OF KYLE PETERSON**

In accordance with the provisions of 28 U.S.C. § 1746, I, Kyle Peterson, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I currently serve as the Director of the Office of Foreign Assistance Oversight (FAO) at the Department of State ("State") and am a career member of the Senior Executive Service. In this capacity, under the direction of the Under Secretary of State for Foreign Assistance, Humanitarian Affairs, and Religious Freedom, I oversee FAO's work to provide day-to-day oversight of the Department's foreign assistance budget, policy, and assistance effectiveness efforts, including appropriated foreign assistance resources.

3. For clarity, and in response to Plaintiffs' Response to Defendants' Status Report, all funds listed in the column labeled "In Process to Be Obligated by 9/30/26" are entirely based on concrete plans to obligate funds by September 30, 2026, as described in my prior declaration. The Department has concrete plans to obligate all expiring Title III and Title IV FY 2025 funds for which it is responsible and is taking active steps to complete those obligations.

4. Further, as an update to my prior declaration and the September 25, 2026, status report, the Department of State has between September 23, 2026, and September 27, 2026, obligated

a further **$1,199,920,795** toward the at-issue programs. A true and correct copy of an updated table reflecting those further obligations is attached as Exhibit A.

*Kyle Peterson* *09/28/26*

**KYLE PETERSON**

**Status of Title III and IV Expiring FY 2025 State Foreign Assistance (as of 9/27/26)**

| Account | POA | Appropriated (Non-Emergency[1]) | Rescinded[2] | Being Obligated by USAID for Closeout | Revised Amount for State Obligation | Obligated as of 9/23/26 | Enacted FY2026 Rescission[3] | In Process to Be Obligated by 9/30/26[4] (As of 9/23/26) | Total Obligated, Part of Enacted Rescission, and In Process to be Obligated | Obligated between 9/23 and 9/27 | Obligated as of 9/27/26 | In Process to be Obligated by 9/30/26 (as of 9/27/26) | Total Obligated, Part of Enacted Rescission, and In Process to be Obligated | Amount for which no current, concrete plan to obligate by 9/30/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Title III | | | | | | | | | | | | | | |
| GHP | 25/26 | 3,985,450,000 | (500,000,000) | (1,352,950,000) | 2,132,500,000 | 1,178,837,705 | - | 953,662,295 | 2,132,500,000 | 637,673,700 | 1,816,511,406 | 315,988,594 | 2,132,500,000 | - |
| DA | 25/26 | 3,931,000,000 | (2,500,000,000) | (1,179,099,000) | 251,901,000 | 125,391,110 | - | 126,509,890 | 251,901,000 | 20,688,811 | 146,079,921 | 105,821,079 | 251,901,000 | - |
| ESF | 25/26 | 3,590,400,000 | (1,650,000,000) | - | 1,940,400,000 | 1,549,736,481 | - | 390,663,519 | 1,940,400,000 | 165,462,615 | 1,715,199,096 | 225,200,904 | 1,940,400,000 | - |
| DF | 25/26 | 345,200,000 | (83,000,000) | - | 262,200,000 | 26,722,111 | 57,000,000 | 178,477,889 | 262,200,000 | 14,019,765 | 40,741,876 | 164,458,124 | 262,200,000 | - |
| AEECA | 25/26 | 460,334,000 | (460,000,000) | - | 334,000 | - | - | 334,000 | 334,000 | - | - | 334,000 | 334,000 | - |
| Title IV | | | | | | | | | | - | | - | - | |
| INCLE | 25/26 | 1,285,000,000 | - | - | 1,285,000,000 | 364,632,079 | 16,000,000 | 904,367,921 | 1,285,000,000 | 221,318,951 | 585,951,030 | 683,048,970 | 1,285,000,000 | - |
| NADR[5] | 25/26 | 850,000,000 | - | - | 850,000,000 | 661,286,322 | - | 188,713,678 | 850,000,000 | 140,756,953 | 802,043,275 | 47,956,725 | 850,000,000 | - |
| PKO[6] | 25/26 | 291,425,000 | (291,425,000) | - | - | - | - | - | - | - | - | - | - | - |
| IMET | 25/26 | 119,152,000 | - | - | 119,152,000 | 110,171,023 | - | 8,980,977 | 119,152,000 | - | 110,171,023 | 8,980,977 | 119,152,000 | - |
| FMF[7] | 25/26 | 1,350,000,000 | - | - | 1,350,000,000 | 50,000,000 | - | 1,300,000,000 | 1,350,000,000 | - | 50,000,000 | 1,300,000,000 | 1,350,000,000 | - |
| **Total** | | | | | **8,191,487,000** | **4,066,776,831** | **73,000,000** | **4,051,710,169** | **8,191,487,000** | **1,199,920,795** | **5,266,697,626** | **2,851,789,374** | **8,191,487,000** | **-** |

*1/ Congress appropriated $300 million ESF, $310 million AEECA, and $115 million INCLE that is not available for obligation because because they were not designated by the President as being for an emergency requirement*

*2/ All amounts were rescinded by the Rescissions Act of 2025, except for the PKO amount, which was part of the President's Special Message under the ICA of August 28, 2025.*

*3/ The FY 2026 NSSAA included $286.3M of an enacted rescission, to include: $57M in DF; $179.306M in INCLE; $50M in PKO. Amounts listed here are the FY 25/26 funds used to meet some or all of the enacted rescission requirement.*

*4/ This includes funds that may be in committed status but not yet fully obligated, and all remaining 25/26 available balances.*

*5/ NADR/NDF ($20 million in the FY 2025 653(a) is available until expended.*

*6/ Enacted PKO total is $410.458M, of which $291.425M is two-year funding. The President's Special Message under the ICA rescinded a total of $326.214M in PKO, which was met through both one-year and two-year FY 2025 PKO.*