**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT**

Defendants respectfully file this status report in line with Defendants' suggestion at the September 28, 2026 hearing, and the Court's subsequent Minute Order, stating that:

> Defendants shall file status reports supported by sworn declarations on October 2, 2026; October 7, 2026; and October 20, 2026, providing the information described in the court's September 22, 2026, minute order based on all information available to Defendants by the date of filing . . . ."

Minute Order, September 30, 2026. Accordingly, as we have previously represented for months, and as the most recent status reports also attest, ECF Nos. 219, 222, Defendants have obligated substantially all expiring funds that are at issue in this case by the September 30, 2026, statutory deadline. *See* Exhibit A, Declaration of Kyle Peterson (table included), ¶¶ 3-5; *see also* ECF No. 219-2, Declaration of Tricia Schmitt (similarly attesting that USAID has obligated substantially all expiring funds for which it is responsible).

Following the last scheduled status report on October 20, 2026, if it is not already clear now that Defendants have obligated substantially all expiring funds that are at issue in this action, then at that time the Court should enter partial summary judgment for Defendants as to all of

Plaintiffs' claims that go to failure to obligate funds or to the rate of agency obligation.

Dated: October 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
JOSHUA N. SCHOPF
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*