# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**DECLARATION OF KYLE PETERSON**

In accordance with the provisions of 28 U.S.C. § 1746, I, Kyle Peterson, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I currently serve as the Director of the Office of Foreign Assistance Oversight (FAO) at the Department of State ("State") and am a career member of the Senior Executive Service. In this capacity, under the direction of the Under Secretary of State for Foreign Assistance, Humanitarian Affairs, and Religious Freedom, I oversee FAO's work to provide day-to-day oversight of the Department's foreign assistance budget, policy, and assistance effectiveness efforts, including appropriated foreign assistance resources.

3. Based on the information currently available, the State Department **obligated substantially all** FY 2025 foreign assistance funds appropriated under Title III and Title IV of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4), before they expired on September 30, 2026. This was the result of significant and coordinated efforts both across the Department—in Washington and overseas—and with OMB and other Interagency colleagues.

4. State is providing an updated status report, consistent with the Order of September 30, 2026. The updated status report shows that the Department currently estimates all but approximately $10.4 million in expiring FY 2025 Title III and Title IV funding for which it was responsible was obligated by September 30, 2026. This estimated expired amount is 0.1% of the expiring FY 2025 Title III and Title IV amounts State was responsible for obligating. This is well within historical norms.

5. More specifically, as shown in the status report, we estimate the Department was unable to obligate the following FY 2025 Title III and Title IV amounts in accounts specified in the Minute Order of September 23, 2026, for which State was responsible, which expired: $18,919 in Global Health Programs (GHP) funding, $1 in Development Assistance (DA) funding, $70,842 in Economic Support Fund (ESF) funding, $1,964,680 in Democracy Fund (DF) funding, $1,679,017 in International Narcotics Control and Law Enforcement (INCLE) funding, and $3,406,182 in Nonproliferation, Anti-terrorism, Demining and Related Programs (NADR) funding. Additionally, the figure referenced in paragraph 4 includes approximately $3.3 million in International Military and Education (IMET) funding, which is Title IV funding but was not specified in the Court's September 22, 2026, Minute Order. Finally, consistent with the numbered categories in the September 22, 2026, Minute Order, there are no funds in the category of either (3) further amounts currently in process to be obligated by September 30, 2026, or (4) amounts for which there is no current concrete plan to obligate by September 30, 2026.

6. Consistent with my prior declaration of September 25, 2026, these estimates do not include FY 2025 DA and GHP funding that USAID obligated prior to September 30, 2026. The estimates also do not include $725 million in FY 2025 AEECA, ESF, and INCLE funds appropriated that were not available for obligation because they were not designated by the President as being for an emergency requirement.

7. These are State's best current estimates of expired amounts based on data taken from the Department's financial systems of record around 11:59 p.m. on September 30, 2026, and other analysis. State's financial systems of record are currently offline for reconciliation, which happens every year at this time. Any revisions based on updated information will be included in subsequent status updates.

*Kyle Peterson* *10/02/26*

**KYLE PETERSON**

## Status of Title III and IV FY 2025 State Foreign Assistance Expiring 9/30/26

*as of 9/30/26*

| Account | POA | Appropriated (Non-Emergency[1]) | Rescinded[2] | USAID Obligated by 9/30 for USAID Closeout | Revised Amount for State Obligation | Enacted FY2026 Rescission[3] | Obligated (As of 9/30/26 11:59PM) | Total State Obligated or Part of Enacted Rescission | Funds Expired (As of 9/30/26, 11:59PM)[4] |
|---|---|---|---|---|---|---|---|---|---|
| **Title III** | | | | | | | | | |
| GHP | 25/26 | 3,985,450,000 | (500,000,000) | (1,352,950,000) | **2,132,500,000** | - | 2,132,481,081 | 2,132,481,081 | 18,919 |
| DA | 25/26 | 3,931,000,000 | (2,500,000,000) | (1,179,099,000) | **251,901,000** | - | 251,900,999 | 251,900,999 | 1 |
| ESF | 25/26 | 3,590,400,000 | (1,650,000,000) | | **1,940,400,000** | - | 1,940,329,158 | 1,940,329,158 | 70,842 |
| DF | 25/26 | 345,200,000 | (83,000,000) | | **262,200,000** | 57,000,000 | 203,235,320 | 260,235,320 | 1,964,680 |
| AEECA | 25/26 | 460,334,000 | (460,000,000) | | **334,000** | - | 334,000 | 334,000 | - |
| **Title IV** | | | | | | | | - | |
| INCLE[5] | 25/26 | 1,290,000,000 | - | | **1,290,000,000** | 16,000,000 | 1,272,320,983 | 1,288,320,983 | 1,679,017 |
| NADR[6] | 25/26 | 863,500,000 | - | | **863,500,000** | - | 860,093,818 | 860,093,818 | 3,406,182 |
| PKO[7] | 25/26 | 291,425,000 | (291,425,000) | | **-** | - | - | - | - |
| IMET | 25/26 | 119,152,000 | - | | **119,152,000** | - | 115,879,256 | 115,879,256 | 3,272,744 |
| FMF[8] | 25/26 | 1,350,000,000 | - | | **1,350,000,000** | - | 1,350,000,000 | 1,350,000,000 | - |
| **Total** | | | | | **8,209,987,000** | **73,000,000** | **8,126,574,615** | **8,199,574,615** | **10,412,385** |

1/ *Congress appropriated $300 million ESF, $310 million AEECA, and $115 million INCLE that is not available for obligation because because they were not designated by the President as being for an emergency requirement. Table excludes non-expiring accounts and other agency funding under Title III.*

2/ *All amounts were rescinded by the Rescissions Act of 2025, except for the PKO amount, which was part of the President's Special Message under the ICA of August 28, 2025.*

3/ *The FY 2026 NSSAA included $286.3M of an enacted rescission, to include: $57M in DF; $179.306M in INCLE; $50M in PKO. Amounts listed here are the FY 25/26 funds used to meet some or all of the enacted rescission requirement.*

4/ *Total amounts may change somewhat due to year-end required adjusments, reconciliation processes, and other analysis.*

5/ *Includes a transfer and merge from the NADR account* under authorities in sec. *7066(a) of the appropriations act.*

6/ *Excludes transfers to the NADR-NDF no year account, as well as a transfer and merge into the INCLE account under authorities in sec. 7066(a) of the appropriations act.*

7/ *Enacted PKO total is $410.458M, of which $291.425M is two-year funding. The President's Special Message under the ICA rescinded a total of $326.214M in PKO, which was met through both one-year and two-year FY 2025 PKO.*

8/ *FY 2025 FMF available until 9/30/26 is only for Egypt and CPIF. FMF is obligated upon apportionment pursuant to the FMF heading in the relevant appropriations acts.*