**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

**DEFENDANTS' STATUS REPORT**

Defendants respectfully file this status report in line with Defendants' suggestion at the September 28, 2026 hearing, and the Court's subsequent Minute Order, stating that:

> Defendants shall file status reports supported by sworn declarations on October 2, 2026; October 7, 2026; and October 20, 2026, providing the information described in the court's September 22, 2026, minute order based on all information available to Defendants by the date of filing . . . ."

Minute Order, September 30, 2026.

As stated in Defendants' last status report, ECF No. 224, the State Department obligated substantially all expiring FY 2025 foreign assistance funds appropriated under Title III and Title IV of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4), before they expired on September 30, 2026. Since that last status report, there has been no further update beyond the information already provided. *See* Exhibit A, Declaration of Kyle Peterson at ¶ 3. This is because the Department's financial systems of record remain offline for reconciliation, which happens every year at this time. *Id*. Defendants will have

further updates in the next status report on October 20, 2026.

Dated: October 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
JOSHUA N. SCHOPF
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*