# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**DECLARATION OF KYLE PETERSON**

In accordance with the provisions of 28 U.S.C. § 1746, I, Kyle Peterson, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I currently serve as the Director of the Office of Foreign Assistance Oversight (FAO) at the Department of State ("State") and am a career member of the Senior Executive Service. In this capacity, under the direction of the Under Secretary of State for Foreign Assistance, Humanitarian Affairs, and Religious Freedom, I oversee FAO's work to provide day-to-day oversight of the Department's foreign assistance budget, policy, and assistance effectiveness efforts, including appropriated foreign assistance resources.

3. The Department has no status update, beyond the information provided in my declaration of October 2, 2026. The Department's financial systems of record remain offline for reconciliation, which happens every year at this time. Those systems will re-open within the coming days. We will plan to provide any substantive revisions to the detailed table included in my declaration of October 2, 2026, in the status update on October 20, 2026.

4. As stated on October 2, 2026, based on the information currently available, the State Department **obligated substantially all** expiring FY 2025 foreign assistance funds appropriated under Title III and Title IV of the Department of State, Foreign Operations,

and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4), before they expired on September 30, 2026.

*Kyle Peterson* *10/07/26*

**KYLE PETERSON**