**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants respectfully request a 2-business day extension of time from October 9 until October 14, 2026, for the Parties to file the joint status report outlined in this Court's Orders, ECF Nos. 218, 223. As good cause for this request, Defendants state the following:

1. The Orders outlined in ECF Nos. 218 and 223 call for the parties to meet and confer and propose an administrative record as well as to propose next steps in this matter.

2. Although Defendants had hoped to provide that information on October 9, undersigned counsel has learned that critical personnel at USAID and OMB are out of office this week, and therefore Defendants are not yet able to provide an accurate estimation for a feasible administrative record production timeline.

3. Accordingly, the agencies ask for two more business days, until Wednesday, October 14, 2026, for the Parties to file their joint status report.

4. This is Defendants' first request to extend this deadline. Such an extension would allow the parties to more accurately propose a meaningful production schedule for the Court's

consideration. Accordingly, we request a 2-business day extension of time, moving the Parties' joint status report filing deadline from October 9 until October 14, 2026.

5. Counsel for the Plaintiffs indicated on October 8, 2026, that they consent to the 2-business day extension request.

For these reasons, Defendants respectfully request an extension of time until October 14, 2026, for the Parties to file their joint status report.

Dated: October 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
JOSHUA N. SCHOPF
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-7573
Email: pierce.anon@usdoj.gov

*Counsel for Defendants*