**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion for Extension of Time, it is hereby ordered that the Consent Motion is **GRANTED** and the Parties shall have until Wednesday, October 14, 2026, to submit their joint status report.

**SO ORDERED.**

Dated: ____________________

________________________________
**Amir H. Ali**
United States District Judge