**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT**

Defendants respectfully file this final status report in response to the Court's September 30, 2026 Minute Order, stating that:

> Defendants shall file status reports supported by sworn declarations on October 2, 2026; October 7, 2026; and October 20, 2026, providing the information described in the court's September 22, 2026, minute order based on all information available to Defendants by the date of filing . . . ."

Minute Order, September 30, 2026.

As stated in Defendants' last two status reports, ECF No. 224 and 225, the State Department obligated substantially all expiring FY 2025 foreign assistance funds appropriated under Title III and Title IV of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4), before they expired on September 30, 2026. *See* Exhibit A, October 20, 2026 Declaration of Kyle Peterson at ¶ 3.

State is now providing a revised table to accompany this status report. *See* Exhibit B, Updated State Foreign Assistance Funding Table. The revised table shows that the State

Department currently estimates all but approximately $11.7 million in expiring FY 2025 title III and title IV funding for which it was responsible was obligated by September 30, 2026. This estimated amount is 0.1% of the expiring FY 2025 title III and title IV amounts for which the State Department was responsible. This level is well within historical norms. *Id.* at 4.

These revised amounts were the result of financial reconciliation after the State Department's financial systems of record came back online after being offline in early October. *Id.*

State financial systems show that State was unable to obligate the following amounts in FY 2025 title III and title IV accounts specified in the Court's Minute Order of September 22, 2026, for which State was responsible: $19,992 in Global Health Programs (GHP) funding, $1 in Development Assistance (DA) funding, $4,241 in Economic Support Fund (ESF) funding, $1,964,680 in Democracy Fund (DF) funding, $2,409,194 in International Narcotics Control and Law Enforcement (INCLE) funding, and $3,389,516 in Nonproliferation, Anti-terrorism, Demining and Related Programs (NADR) funding. These funds are now expired. *Id.* at 5.

Further, the figure referenced in paragraph 4 includes approximately $3.9 million in International Military Education and Training (IMET) funding, which is a title IV account but was not specified in the Court's September 22, 2026, Minute Order. And consistent with the numbered categories in the September 22, 2026, Minute Order, no funds exist in the third category of "further amounts [ ] currently in process to be obligated by September 30, 2026", or the fourth category of amounts "for which there is no current concrete plan to obligate by September 30, 2026". *Id.* In other words, all funds, with the limited exceptions described here, have been obligated.

Finally, these estimates do not include FY 2025 DA and GHP funding that USAID obligated prior to September 30, 2026, nor do they include $725 million in FY 2025 Assistance

for Europe, Eurasia and Central Asia (AEECA), ESF, and INCLE funds, as these funds were unavailable for obligation because they were not designated by the President as being needed for an emergency requirement. *Id.* at 6.

As Defendants have now confirmed that all funds set to expire on September 30, 2026 have been obligated, save for the de minimis amounts described above, no need exists for the Court to continue to hold open the period of availability. Thus, Defendants respectfully request that the Court reverse its suspension of the applicable September 30, 2026 lapse in budget authority.

Dated: October 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
PIERCE J. ANON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. St. NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*