**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**DECLARATION OF KYLE PETERSON**

In accordance with the provisions of 28 U.S.C. § 1746, I, Kyle Peterson, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I currently serve as the Director of the Office of Foreign Assistance Oversight (FAO) at the Department of State ("State Department") and am a career member of the Senior Executive Service. In this capacity, under the direction of the Under Secretary of State for Foreign Assistance, Humanitarian Affairs, and Religious Freedom, I oversee FAO's work to provide day-to-day oversight of the Department's foreign assistance budget, policy, and assistance effectiveness efforts, including appropriated foreign assistance resources.

3. As stated on October 2, 2026, based the information currently available, the State Department **obligated substantially all** expiring FY 2025 foreign assistance funds appropriated under title III and title IV of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4), for which it was responsible, before they expired on September 30, 2026.

4. The State Department is providing a revised detailed table for this status report, consistent with the Order of September 30, 2026. Any revised amounts from the table in my

declaration of October 2, 2026, were the result of financial reconciliation after the State Department's financial systems of record came back online after being offline in early October as described in my two prior declarations. The revised table shows that the Department currently estimates all but approximately $11.7 million in expiring FY 2025 title III and title IV funding for which it was responsible was obligated by September 30, 2026. This estimated amount is 0.1% of the expiring FY 2025 title III and title IV amounts for which the State Department was responsible. This is well within historical norms.

5. More specifically, as shown in the table, State Department financial systems show that the State Department was unable to obligate the following amounts in FY 2025 title III and title IV accounts specified in the Minute Order of September 22, 2026, for which State was responsible: $19,992 in Global Health Programs (GHP) funding, $1 in Development Assistance (DA) funding, $4,241 in Economic Support Fund (ESF) funding, $1,964,680 in Democracy Fund (DF) funding, $2,409,194 in International Narcotics Control and Law Enforcement (INCLE) funding, and $3,389,516 in Nonproliferation, Anti-terrorism, Demining and Related Programs (NADR) funding. These funds are now expired. Additionally, the figure referenced in paragraph 4 includes approximately $3.9 million in International Military Education and Training (IMET) funding, which is a title IV account but was not specified in the Court's September 22, 2026, Minute Order. Finally, consistent with the numbered categories in the September 22, 2026, Minute Order, there are no funds in the third category further amounts currently in process to be obligated by September 30, 2026, or the fourth category of amounts for which there is no current concrete plan to obligate by September 30, 2026.

6. Consistent with my prior declaration of September 25, 2026, these amounts do not include FY 2025 DA and GHP funding that USAID obligated prior to September 30, 2026. The estimates also do not include $725 million in FY 2025 Assistance for Europe, Eurasia and Central Asia (AEECA), ESF, and INCLE funds that were not available for obligation because they were not designated by the President as being for an emergency requirement.

*Kyle Peterson* *10/20/26*

**KYLE PETERSON**