## Status of Title III and IV FY 2025 State Foreign Assistance Expiring 9/30/26

*Updated, as of 10/20/2026*

| Account | POA | Appropriated (Non-Emergency[1]) | Rescinded[2] | USAID Obligated by 9/30 for USAID Closeout | Revised Amount for State Obligation | Enacted FY2026 Rescission[3] | Obligated (As of 9/30/26 11:59PM) | Total State Obligated or Part of Enacted Rescission | Funds Expired[4] |
|---|---|---|---|---|---|---|---|---|---|
| **Title III** | | | | | | | | | |
| GHP | 25/26 | 3,985,450,000 | (500,000,000) | (1,352,950,000) | **2,132,500,000** | - | 2,132,480,078 | 2,132,480,078 | 19,922 |
| DA | 25/26 | 3,931,000,000 | (2,500,000,000) | (1,179,099,000) | **251,901,000** | - | 251,900,999 | 251,900,999 | 1 |
| ESF | 25/26 | 3,590,400,000 | (1,650,000,000) | | **1,940,400,000** | - | 1,940,395,759 | 1,940,395,759 | 4,241 |
| DF | 25/26 | 345,200,000 | (83,000,000) | | **262,200,000** | 57,000,000 | 203,235,320 | 260,235,320 | 1,964,680 |
| AEECA | 25/26 | 460,334,000 | (460,000,000) | | **334,000** | - | 334,000 | 334,000 | - |
| **Title IV** | | | | | | | | | |
| INCLE[5] | 25/26 | 1,290,000,000 | - | | **1,290,000,000** | 16,000,000 | 1,271,590,806 | 1,287,590,806 | 2,409,194 |
| NADR[6] | 25/26 | 863,500,000 | - | | **863,500,000** | - | 860,110,484 | 860,110,484 | 3,389,516 |
| PKO[7] | 25/26 | 291,425,000 | (291,425,000) | | **-** | - | - | - | - |
| IMET[8] | 25/26 | 119,152,000 | - | | **119,152,000** | - | 115,237,710 | 115,237,710 | 3,914,290 |
| FMF[9] | 25/26 | 1,350,000,000 | - | | **1,350,000,000** | - | 1,350,000,000 | 1,350,000,000 | - |
| **Total** | | **16,226,461,000** | **(5,484,425,000)** | **(2,532,049,000)** | **8,209,987,000** | **73,000,000** | **8,125,285,157** | **8,198,285,157** | **11,701,843** |

*1/ Congress appropriated $300 million ESF, $310 million AEECA, and $115 million INCLE that is not available for obligation because because they were not designated by the President as being for an emergency requirement. Table excludes non-expiring accounts and other agency funding under Title III.*

*2/ All amounts were rescinded by the Rescissions Act of 2025, except for the PKO amount, which was part of the President's Special Message under the ICA of August 28, 2025.*

*3/ The FY 2026 NSSAA included $286.3M of an enacted rescission, to include: $57M in DF; $179.306M in INCLE; $50M in PKO. Amounts listed here are the FY 25/26 funds used to meet some or all of the enacted rescission requirement.*

*4/ Total amounts reflect the system status of funds as expired, validated on October 19, 2026.*

*5/ Includes a transfer and merge from the NADR account* under authorities in sec. *7066(a) of the appropriations act.*

*6/ Excludes transfers to the NADR-NDF no year account, as well as a transfer and merge into the INCLE account under authorities in sec. 7066(a) of the appropriations act.*

*7/ Enacted PKO total is $410.458M, of which $291.425M is two-year funding. The President's Special Message under the ICA rescinded a total of $326.214M in PKO, which was met through both one-year and two-year FY 2025 PKO.*

*8/ Appropriated total includes $3M transfered to the no-year IMET account, which here is shown in the "Obligated" column to reflect that the funds did not expire.*

*9/ FY 2025 FMF available until 9/30/26 is only for Egypt and CPIF. FMF is obligated upon apportionment pursuant to the FMF heading in the relevant appropriations acts.*