**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**[Proposed] Order**

Upon consideration of Plaintiffs' motion to complete and supplement the administrative record, it is hereby ordered that the motion is granted.

Defendants shall complete and supplement the administrative record with the following records:

1. Tabs 1 and 2 to the September 15, 2025 Memorandum to Eric Ueland. *See* A.R. 4027–28.

2. The obligating document(s) for the five miscellaneous obligations referenced on A.R. 4009.

3. Records reflecting how and why the GHP and DA funds expiring on September 30, 2026 were selected or reserved for paying for closeout activities, including but not limited to for paying for USAID operations, costs for separated personnel, Institutional Support Contracts, IT and financial systems, litigation, and close-out costs for terminated awards.

4. Records reflecting the purposes for which FY2025 GHP and DA funds are being used, including whether they are being used only for closing out GHP and DA awards or if they are also being used for other purposes. Such records should also reflect the fiscal year's money that originally funded the awards for which USAID is using FY2025 GHP and DA funds to pay close-out costs.

5. Documents not already produced, if any, that were directly or indirectly considered by State, USAID, or OMB in allocating rescinded funds from the 2025 Rescissions Act onto specific accounts, line items, and directives. At a minimum, Defendants should confirm via a declaration that the final allocations of the rescinded funds to directives match those presented in the 653(a) report already in the administrative record.

Amir H. Ali
U.S. District Judge