**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

## ADMINISTRATIVE RECORD INDEX

| | |
|---|---|
| Declaration of Tricia A. Schmitt | **AR_003994** |
| Lewin Approval Memo | **AR_003996** |
| USAID_2026_Closeout_Spend_Plan | **AR_004001** |
| USAID_Congressional_Notification_1_1 | **AR_004003** |
| Ueland MO Obligation Approval Memo | **AR_004008** |
| Ueland MO Concept Approval Memos | **AR_004027** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**DECLARATION OF TRICIA A. SCHMITT**

In accordance with the provisions of 28 U.S.C. § 1746, I, Tricia A. Schmitt, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as Deputy Associate Director for the International Affairs Division at the Office of Management and Budget (OMB) in the Executive Office of the President. I have occupied this position since October 25, 2021. My responsibilities include oversight of foreign assistance managed by the United States Agency for International Development and the Department of State. I make the statements herein based upon my personal knowledge, and upon information available to me in my official capacity.

2. The International Affairs Division (IAD) oversees multiple agencies and programs, including those of the Department of State (State) and United States Agency for International Development (USAID). In connection with my job responsibilities, I am

familiar with this litigation. The following statements are based upon my personal knowledge or information supplied to me in the course of my professional responsibilities.

3. The materials provided in this supplemental administrative record were considered by decision makers in obligating the at-issue Global Health Programs (GHP) and Development Assistance (DA) funds for closeout activities. On May 15, 2026, the "Performing the Duties of" (PTDO) USAID Administrator approved the closeout spend plan to obligate up to $19.2 billion from the CN and transmitted the spend plan to State/F for approval. This was not submitted as part of the record because it was pending final clearance with State Senior Official Jeremy Lewin. On September 18, 2026, the Secretary of State delegated the approval of funds authority for USAID to pay costs associated with closeout through June 30, 2027. Following the delegation, the PTDO approved the remaining funds in the spend plan, per the attached memos.

Tricia Schmitt 11/09/2026

**TRICIA A. SCHMITT**

REC1|Approve|7-19-2026|JL
REC2|Approve|7-19-2026|JL
REC3|Approve|7-19-2026|JL

2026007947

United States Department of State

Washington, DC 20520

SENSITIVE BUT UNCLASSIFIED July 16, 2026

**Funds Approval Action Memo for Senior Official Lewin (F)**

FROM: USAID – James Hope, Senior Agency Official

SUBJECT: (SBU) Approval of FY 2025 Development Assistance and FY 2025 Global Health Programs Funds, Prior-Year FY 2024 and No-Year Funds to Support USAID Closeout

**(SBU) Recommendation 1:** That you approve the Tranche One obligation of $21,150,000 in FY 2025 DA for USAID closeout. This includes funds to support USAID closeout costs related to separated personnel, Institutional Support Contracts, and IT and financial systems necessary to continue closeout work through the end of FY 2027. Each of these items is described in further detail below. (Approve/Disapprove by 07/22/26)

**Decision: ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 2:** That you approve the Tranche Two obligation of $14,446,423, which includes $417,200 in FY 2025 DA Funds, $4,458,100 in FY 2025 GHP-USAID Funds, and $9,571,123 in Prior-Year FY 2024 and No-Year Funds to support USAID closeout costs related to separated personnel costs, including but not limited to terminated and expired Personal Service Contracts and Foreign Service Nationals, and pre-termination program vouchers. Each of these items is described in further detail below. (Approve/Disapprove by 07/22/26)

**Decision: ☐ Approve ☐ Disapprove ☐ Discuss**

**(SBU) Recommendation 3:** That you approve the Tranche Four obligation of $55,850,000, which includes $21,000,000 in FY 2025 DA Funds, $29,850,000 in FY 2025 GHP-USAID Funds, and $5,000,000 in Prior-Year FY 2024 and No-Year Funds to support USAID closeout costs including Personal Service Contracts, IT and financial systems through the end of FY 2027, Institutional Support Contracts, and closeout audits. Each of these items is described in further detail below. (Approve/Disapprove by 07/22/26)

**Decision: ☐ Approve ☐ Disapprove ☐ Discuss**

**Background**
(SBU) USAID requests F approval to obligate FY 2025 DA and FY 2025 GH Funds, and Prior-Year FY 2024 and No-Year Funds to Support USAID closeout made available under the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) (FY 2025 Full-Year CR) and analogous provisions in the SFOAAs for FYs 2015 (Div. J, P..L. 113-235), 2016 (Div. K, P.L. 114-113), 2017 (Div. J, P.L. 115-31) , 2018(Div. K, P.L. 115-141), 2019 Div. F, P.L 116-6), 2020 (Div. G, P.L. 116-94), 2021 (Div. K, P.L. 116-260) , 2022 (Div. K, P.L.117-103), 2023 (Div. K, P.L. 117-328), and 2024 (Div. F, P.L.118-47) (FY 2024 SFOAA).

(U) On April 20, 2026, USAID notified Congress of its intent to obligate up to $19.178 billion of FY 2025 and prior year funding to expeditiously close USAID programs and operations. This notification included: $15.374 billion of unliquidated obligations on terminated awards and unsub-obligated funds on USAID development assistance agreements (DOAGs); $3.179 billion in Development Assistance (DA) and Global Health Programs (GHP) that will expire September 30, 2026; and $625.483 million in Prior-Year FY 2024 and No-Year unobligated funds. USAID will use these resources to expeditiously pay bills to mitigate the accrual of financial interest on unpaid liabilities and reduce the burden on successor agency/ies responsible for future closeout activities.

(SBU) Urgent approval is requested so that USAID may move forward with obligation of funding for necessary close-out costs, already notified to the Hill on April 20, 2026, before September 30, 2026. This includes payments for closeout audits, which are statutorily required; IT systems required for close out actions; and terminated Personal Service Contracts and Foreign Service Nationals. USAID currently has a very limited staffing footprint and numerous close out activities to complete before September 30, so expedited approval is requested.

(SBU) These funds have been reviewed and cleared by PTDO Ueland and by the Office of Management and Budget/International Affairs Division. As outlined below, USAID will be relying, in select targeted cases, on Miscellaneous Obligations.

(SBU) **Funding Use Description** Anticipated USAID closeout costs include, but are not limited to: unpaid program vouchers, expired award closeout actions;

personnel claims and separation costs; mandatory audits; and active interagency agreements with associated operational costs. Relevant costs for each phase identified above are described here and in the USAID 2026 Closeout Spend Plan (Tab 1).

Tranche 1

(SBU) *Foreign Service National costs* ($15,400,000, FY 2025 DA): Funding will be used to pay the estimated balance for approximately 93 obligating documents to cover outstanding administrative and oversight costs, including remaining severance, lump sum payments, and State Department account reconciliation. USAID continues to receive upward adjustment requests to reconcile accounts and transactions tied to local staff S&B, medical, severance and other separation costs.

(SBU) *Institutional Support Contracts* ($1,600,000, FY 2025 DA): Funds will be used to support the Chugach ISC through September 30, 2026. Chugach Tech provides assistance to USAID on Acquisitions and Assistance closeout.

(SBU) *IT and financial systems through the end of FY 2027* ($4,150,000, FY 2025 DA): Funds will be used to support the cost of maintaining systems that are critical to USAID close-out work through at least FY 2027. This estimate may increase after final reconciliation of State and USAID FY 27 IT needs in coordination with State BP.

Tranche 2

(SBU) *Personal Service Contract (PSC) costs* ($8,200, FY 2025 DA; $36,100, FY 2025 GH; $17,600, Prior-Year FY 2024 and No-Year funds): Funds will be used to pay the estimated balances for 11 separated PSCs, covering outstanding repatriation, leave lump sum and salary payments and insurance reimbursements for terminated and expired USAID PSC staff. Estimate includes outstanding annual leave payouts that still need to be processed as well as corrections for previous paid amounts and reconciliation actions that may be tied to local USPSCs that were managed by USAID overseas missions.

(SBU) *Foreign Service National costs* ($3,900,000, FY 2025 GH; $9,000,000, Prior-Year FY 2024 and No-Year): Funding will be used to pay the estimated balance for approximately 127 obligating documents to cover outstanding administrative and oversight costs, including remaining severance, lump sum payments, and State Department account reconciliation. USAID continues to receive upward adjustment requests to reconcile accounts and transactions tied to local staff S&B, medical, severance and other separation costs.

(SBU) *Pre-termination vouchers* ($409,000, FY 2025 DA; $522,000 FY 2025 GH; $553,523, Prior-Year FY 2024 and No-Year): Funds will be used to pay vouchers for activities/services rendered prior to termination of awards.

Tranche 4

(SBU) *IT and financial systems through the end of FY 2027* ($2,850,000, FY 2025 GH): Funds will be used to support the cost of maintaining systems that are critical to USAID close-out work through at least FY 2027. This estimate may increase after final reconciliation of State and USAID FY 2027 IT needs in coordination with State/BP.

(SBU) *Closeout audits* ($21,000,000, FY 2025 DA; $27,000,000, FY 2025 GH; $5,000,000 Prior-Year FY 2024 and No-Year): Funds will be used to perform closeout audits for mechanisms over $50 million, government to government (G2G) awards, and Public Interest Organization (PIO) grants. USAID has entered an IAA with the Defense Contract Audit Agency to conduct this work.

(U) These obligations are related to the funds notified in the USAID Congressional Notification for closeout, transmitted to Congress on April 20, 2026 (Tab 2). USAID confirms that the 15-day required notification period has ended, and USAID leadership has reviewed and approves these obligations to move forward.

**Attachments**

Tab 1 – USAID 2026 Closeout Spend Plan
Tab 2 – USAID Congressional Notification

Approved: USAID – James Hope, Senior Agency Official [JH]

Drafted: USAID RM – Ariel Keller, 202-395-3215

Cleared:

| **Bureau** | **Name** | **Clearance Status** |
|---|---|---|
| F: | Ryan Leppert | ok |
| C: | Catherine Koper | ok |
| FAO: | Kristina Lilac | ok |
| L/LFA: | Greg Butler | info by request |
| USAID GC: | Victoria Dorfman | ok |

| | | | | Unobligated CN Amounts | | | |
|---|---|---|---|---|---|---|---|
| | Total Proposed for Obligation | F Approved | NOT APPROVED | FY 2025 DA | FY 2025 GHP-USAID | Prior-Year FY 2024 & Unobligated No-year Funds | Description |
| | | | | 1,179,099,000 | 2,000,000,000 | $625,483,181 | |
| **Grand Total** | **$1,956,777,890** | **$91,446,423** | **$1,865,331,467** | **$798,721,167** | **$947,097,600** | **$210,959,123** | |
| **Tranche 1** | **$668,303,967** | **$21,150,000** | **$647,153,967** | **$668,303,967** | **$0** | **$0** | |
| **Separated Personnel** | | | | | | | |
| **Foreign Service National (FSN)** | **$15,400,000** | **$15,400,000** | | $15,400,000 | $0 | $0 | **Estimated balance for severance, lump sum payments, and State Department account reconciliation.** USAID continues to receive upward adjustment requests to reconcile accounts and transactions tied to local staff S&B, medical, severance and other separation costs. |
| **Award Closeout** | | | | | | | |
| **Remaining NICRA and other closeout costs for terminated and expired awards** | $647,153,967 | | **$647,153,967** | $647,153,967 | $0 | $0 | Miscellaneous Obligation to cover necessary NICRA costs for closed awards, additional NICRA payments will be made from ULOs and unsubobligated funding on DOAGs. NICRA estimates are based on projections for final indirect rate adjustments using an extrapolation of previously completed NICRA adjustments. Obligation assumes leadership buy-in for Misc Obligations. **Other terminated/expired costs, i.e. vouchers, are anticipated to be limited and will also come from this line.** |
| **Operations Closeout** | | | | | | | |
| **Institutional Support Contracts (ISCs)** | $1,600,000 | $1,600,000 | | $1,600,000 | $0 | $0 | Includes funds necessary for Chugach through 9/30/2026. Chugach Tech provides assistance on Acquisitations and Assistance closeout. |
| **Systems (GLAAS, Phoenix, etc.) through end of FY 2027** | **$4,150,000** | **$4,150,000** | | $4,150,000 | $0 | $0 | The cost of maintaining systems that are critical to USAID close-out work through at least FY 2027. **Estimates reflect June 2026 planning levels, and remain subject to change.** |
| **Tranche 2** | **$14,446,423** | **$14,446,423** | **$0** | **$417,200** | **$4,458,100** | **$9,571,123** | |
| **Separated Personnel** | | | | | | | |
| **Personal Service Contract (PSC)** | **$61,900** | **$61,900** | | $8,200 | $36,100 | $17,600 | Estimated balance for **repatriation, lump sum payments, State Department account reconciliation for terminated and expired USAID PSC staff.** Estimate includes annual leave payouts that still need to be processed as well as corrections for previous paid amounts and reconciliation actions that may be tied to local USPSCs that were managed by USAID overseas missions. |
| **Separated Personnel** | | | | | | | |
| **Foreign Service National (FSN)** | **$12,900,000** | **$12,900,000** | | $0 | $3,900,000 | $9,000,000 | **Estimated balance for severance, lump sum payments, and State Department account reconciliation.** USAID continues to receive upward adjustment requests to reconcile accounts and transactions tied to local staff S&B, medical, severance and other separation costs. |
| **Award Closeout** | | | | | | | |
| **Pre-termination Vouchers** | $1,484,523 | $1,484,523 | | $409,000 | $522,000 | $553,523 | Includes vouchers for activities/services rendered prior to termination of awards. In total, OAT has about $1 billion in pre-termination vouchers for processing, most of which will be paid with by ULOs on terminated awards. |
| **Tranche 3** | **$182,000,000** | | **$182,000,000** | **$109,000,000** | **$0** | **$73,000,000** | |
| **Award Closeout** | | | | | | | |
| **Partner termination settlements (TSPs) - Insufficient Funding** | $182,000,000 | $0 | **$182,000,000** | $109,000,000 | $0 | $73,000,000 | **Final payments for costs partners incurred closing down USAID programs** (non litigation costs). As of 5/1/26, OAT has approved over 40% of TSP TECs for terminated awards. USAID recommends roughly 60% of the estimated total funding needed for TSPs is still required. **Assessing account breakouts. Funding on a Misc Obligation for targeted TSP payments up to and beyond 9/30.** |
| **Tranche 4** | **$1,092,027,500** | **$55,850,000** | **$1,036,177,500** | **$21,000,000** | **$942,639,500** | **$128,388,000** | |
| **Operations Closeout** | | | | | | | |
| **Systems (GLAAS, Phoenix, etc.) through end of FY 2027** | **$2,850,000** | **$2,850,000** | | $0 | $2,850,000 | $0 | The cost of maintaining systems that are critical to USAID close-out work through at least FY 2027. **Estimates reflect June 2026 planning levels, and remain subject to change.** |

| Award Closeout | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Partner termination settlements (TSPs) - Insufficient Funding** | $65,000,000 | | **$65,000,000** | $0 | $65,000,000 | $0 | **Final payments for costs partners incurred closing down USAID programs** (non litigation costs). As of 5/1/26, OAT has approved over 40% of TSP TECs for terminated awards. USAID recommends roughly 60% of the estimated total funding needed for TSPs is still required. **Rough account breakdowns based on OAT insufficient funding analysis.** [GHP portion] |
| **Final remaining NICRA and other closeout costs for terminated and expired awards** | $971,177,500 | | **$971,177,500** | $0 | $847,789,500 | $123,388,000 | Miscellaneous Obligation to cover necessary NICRA costs for closed awards. |
| **Closeout Audits** | $53,000,000 | $53,000,000 | | $21,000,000 | $27,000,000 | $5,000,000 | USAID is required **to perform closeout audits for mechanisms over $50 million, government to government (G2G) awards, and PIO grants.** USAID reserves the right to audit other awards if the CO/leadership requests this. Total includes DCAA IAA + New IDIA TOs. |

*1. Reflect initial estimates and are subject to change.*

**UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**
**CONGRESSIONAL NOTIFICATION**
**Date Transmitted to Hill: April 20, 2026**

This is to advise that USAID plans to obligate up to the amounts listed by fiscal year and funding account as outlined in the table in Tab 1 to fund costs associated with close-out of terminated foreign assistance awards. This notification is submitted pursuant to sections 7011, 7015(c), 7015(f), and 7019 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) (FY 2025 Full-Year CR) and analogous provisions in the SFOAAs for FYs 2015 (Div. J, P..L. 113-235), 2016 (Div. K, P.L. 114-113), 2017 (Div. J, P.L. 115-31) , 2018 (Div. K, P.L. 115-141), 2019 Div. F, P.L 116-6), 2020 (Div. G, P.L. 116-94), 2021 (Div. K, P.L. 116-260) , 2022 (Div. K, P.L. 117-103), 2023 (Div. K, P.L. 117-328), and 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA); applicable notification requirements in the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123), the American Rescue Plan Act of 2021 (P.L. 117-2), Ukraine Supplemental Appropriations Act, 2022 (Div. N, P.L. 117-103), Additional Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-128), Additional Ukraine Supplemental Appropriations Act, 2023 (Div. M, P.L. 117-328), and the National Security Supplemental Appropriations Act, 2024 (Div. B, P.L. 118-50); and section 634A of the Foreign Assistance Act of 1961, pertaining to the use of notwithstanding authority and the reprogramming of foreign assistance funding impacting accounts and congressional directives from Fiscal Years 2015 - 2025 (including supplemental) appropriations acts. Obligations may be in excess of $2,000,000 from deobligated balances of funds that remain available due to the exercise of the authority in section 7011 of the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR.

Depending on final costs and potential reprogramming actions, if necessary to rely upon notwithstanding authority to program this assistance, notwithstanding authority exists in sections 119(b),

534(b), 498(B)(j)(1), 104(c)(4), 133, and 660 of the Foreign Assistance Act of 1961, and sections 7032(b), 7035(a)(1), and 7061(a) or analogous provisions of the FYs 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, and 2024 SFOAAs, as carried forward by the FY 2025 Full-Year CR, as well as the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123, Div. A), the American Rescue Plan Act of 2021 (P.L. 117-2), Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-103, Div. N), Additional Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-128), Ukraine Supplemental Appropriations Act, 2023 (117-180, Div. B), Additional Ukraine Supplemental Appropriations Act, 2023 (P.L. 117-328, Div. M), and the National Security Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. B).

Consistent with the March 28, 2025 notification to Congress regarding the realignment of certain USAID functions, USAID is providing notification of its plans to obligate funds to close-out all terminated USAID foreign assistance awards. Close-out costs may include a range of costs related to final settlement, to include any pending invoices, adjustments to negotiated indirect costs rate agreements (NICRA), costs associated with disposition of assets, and/or other claims. USAID will first use previously obligated, but unliquidated, funding in the award for closeout costs. However, to ensure all terminated awards have sufficient balances for close-out, USAID may reprogram funds within the FY 2015 - 2025 appropriations noted above, including supplemental appropriations as relevant, under the account headings of Assistance for Europe Eurasia, and Central Asia (AEECA), Complex Crises Fund (CCF), Development Assistance (DA), Democracy Fund (DF), Economic Support Fund (ESF), Global Health Programs (GHP), Transition Initiatives (TI), Child Survival and Health Programs, Assistance For Eastern Europe and the Baltic States, and Assistance for the Independent States of the Former Soviet Union. USAID does not intend to transfer funding between accounts or sub-accounts, and does not intend to transfer funding between operating units that would otherwise trigger notification.

USAID is finalizing estimates for terminated awards to pay implementing partners for costs incurred. In order to align

available resources with total costs associated with close-outs, including settlements, USAID may reprogram funding that remains unsubobligated in bilateral agreements, unexpended pipeline of terminated awards, and recoveries. Unobligated FY 2025 and prior year funding may also be used for award close out costs, including up to $1,179,099,000 of unnotified FY 2025 Development Assistance (DA) and up to $2,000,000,000 of Global Health Programs (GHP) resources under the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4), which are being notified through this action. The reprogramming or obligation of funding to close awards may trigger country notification requirements at the account level, which depending on the fiscal year may already meet or exceed the 10 percent exception under section 7015(c). Additionally, close-out requirements may require reprogramming additional funding to pay termination costs in many special notification countries. Any reprogrammings will be utilized in the most limited instances required.

One or more obligations are required to close out activities in the following countries, a number of which have consultation requirements (those countries underlined were designated as special notification countries in a given year(s) between FY 2015 and FY 2025): Angola, Benin, Botswana, Burkina Faso, Burundi, Central African Republic, Chad, Comoros, Cote d'Ivoire, Democratic Republic of the Congo, Djibouti, Equatorial Guinea, Eswatini, Ethiopia, Gabon, Gambia, Ghana, Guinea-Bissau, Guinea, Kenya, Lesotho, Liberia, Madagascar, Malawi, Mali, Mozambique, Mauritania, Mauritius, Namibia, Niger, Nigeria, Republic of Congo, Rwanda, Sao Tome and Principe, Senegal, Seychelles, Sierra Leone, Somalia, South Africa, South Sudan, Sudan, Tanzania, Uganda, Zambia, Zimbabwe, Afghanistan, Bangladesh, Burma, Cambodia, Fiji, India, Indonesia, Kazakhstan, Kyrgyz Republic, Laos, Maldives, Mongolia, Nepal, Pakistan, Papua New Guinea, Philippines, Sri Lanka, Tajikistan, Thailand (Regional Development Mission for Asia), Timor-Leste, Turkmenistan, Uzbekistan, Vanuatu, Vietnam, Albania, Armenia, Azerbaijan, Belarus, Bosnia and Herzegovina, Georgia, Greenland, Kosovo, Moldova, Northern Ireland, North Macedonia, The Russian Federation, Serbia, Ukraine, Central Europe (Hungary, Poland, Bulgaria, Romania, Slovenia, Slovakia, Czech Republic), Belize,

Bolivia, Brazil, Chile, Colombia, Cuba, Dominican Republic, Ecuador, El Salvador, Guatemala, Haiti, Honduras, Jamaica, Mexico, Nicaragua, Paraguay, Peru, Venezuela, Egypt, Iraq, Jordan, Lebanon, Libya, Morocco, Syria, Tunisia, West Bank and Gaza, and Yemen.

The following table in Tab 1 shows total amounts of unobligated funds (i.e., unobligated balances or unsubobligated funds previously obligated by USAID) in relevant accounts as of January 13th, 2026. These amounts represent unobligated resources versus expected closeout costs, which are anticipated to be substantially less than these total amounts. Unobligated and/or unliquidated funds that remain after USAID has completed all closeout actions may be used for other foreign assistance programs, such as those currently managed by the Department of State.

**Attachments**
Tab 1 – USAID Resources Available for Close Out Funding Table

**Tab 1**

| *USAID Resources Available for Close Out[1]* | | | | |
|---|---|---|---|---|
| ***Account*** | ***FY 2024, Prior-Year and No-Year Unobligated Funds[2]*** | ***FY 2025 Unobligated Funds[3]*** | ***Unliquidated Obligations on Terminated Awards and DOAGs[4]*** | ***Total Amount Available for Close Out of Terminated Awards*** |
| Assistance for Europe, Eurasia, and Central Asia[5] | $14,924,778 | | $1,394,404,357 | $1,409,329,134 |
| Complex Crises Fund | $6,336,023 | | $70,835,255 | $77,171,277 |
| Democracy Fund | $711,424 | | $138,841,179 | $139,552,603 |
| Development Assistance | $208,798,423 | $1,179,099,000 | $5,988,333,839 | $7,376,231,259 |
| Economic Support Fund | $108,351,307 | | $4,688,590,116 | $4,796,941,423 |
| Global Health Programs[7] | $268,907,958 | $2,000,000,000 | $3,017,193,590 | $5,286,101,548 |
| Transition Initiatives | $17,453,269 | | $75,691,354 | $93,144,623 |
| **Grand Total** | **$625,483,181** | **$3,179,099,000** | **$15,373,889,687** | **$19,178,471,868** |

*1) Amounts in the table reflect the ceiling amount available in these categories and these amounts do not equal expected closeout costs, which are anticipated to be substantially less than these total amounts.*
*2) Amounts in this column include resources managed by USAID appropriated in FYs 2018-2024 and no-year Treasury Appropriation Fund Symbols (TAFS). It includes both previously unobligated funding or resources that have been deobligated and are available for reobligation (recoveries) as of 1/13/2026.*
*3) Amounts in this column include unobligated and previously unnotified funding from the following TAFS: 19-1031 25/29, 72-19-1031 25/26, 72-1021 25/26, 72-1015 X, and 72-1027 X that may be available for close out of terminated USAID awards in coordination with the Department of State.*
*4) Amounts in this column are composed of funding obligated, but not yet disbursed, on terminated awards as well as un-subobligated funds available from DOAGs (excludes funds obligated by State) from FY 2015 to FY 2024 as of 1/13/2026.*
*5) Amounts reported for the Assistance for Europe, Eurasia, and Central Asia account include no-year funds from the Assistance for Eastern Europe and the Baltic States and Assistance for the Independent States of the Former Soviet Union accounts.*
*6) Amounts reported for the Global Health Programs account include no-year funds from the Child Survival and Health Programs account.*

I APPROVE ALL SIX RECOMMENDATIONS.
Eric Ueland
SEPTEMBER 17, 2026

**RESOURCE MANAGEMENT**

UNCLASSIFIED

**Action Memo for Eric Ueland, Performing the Duties of the Administrator and Chief Operating Officer of USAID**

DATE: 09/14/2026

FROM: Enterprise Chief Termination Officer - James Hope

SUBJECT: Approval of Five Miscellaneous Obligations for USAID Closeout Costs. **Approve/Disapprove by 09/21/2026**

**Background**

On July 22, 2026, you signed an action memo (Tab 1) approving the use of Miscellaneous Obligations (MO) for USAID closeout costs. The USAID Resource Management team, in consultation with other USAID offices, has confirmed that the Agency will be required to pay bills and settlement costs after September 30, 2026. In the absence of out-year funding, MOs are a necessary tool to complete USAID's closeout efforts.

USAID has documented completion of all pre-obligation requirements for these funds, including Congressional notification (CN), funds approval, and proper apportionment. The CN for these funds was sent to Congress in April 2026 (tab 4). If approved and following Chief Acquisition Officer (CAO) signature on the associated AID 7-7 forms, the obligations will be recorded in Phoenix. RM and OAT will determine final obligation levels for each MO in the 7-7 forms shortly before the end of the fiscal year. Under no circumstances will obligation levels exceed the up-to levels approved in this memo.

This memo seeks your approval of five MOs to cover the following closeout activities:

- MO 1 (Programmatic Closeout): Activities include, but are not limited to, costs of audits, Negotiated Indirect Cost Rate Agreement (NICRA) adjustments, payment of vouchers, and termination settlements.

- MO 2 (Personnel-related Closeout): Activities include, but are not limited to, severance, lump-sum payouts, and account reconciliation for U.S. Direct Hire and contract personnel and staff of USAID.
- MO 3 (Operations during Closeout): Activities include, but are not limited to, payments to USAID partners for systems, services, and support related to the operations of USAID during the closeout period.
- MO 4 (Litigation and Settlement): Activities include, but are not limited to, settlement, litigation, and related payments to USAID partners and/or personnel.
- MO 5 (FSN Closeout): Activities include, but are not limited to, account reconciliation actions tied to or outstanding settlements, ongoing benefits payments (if not covered by the Foreign Service National Separation Liability Trust Fund), lump-sum payments, and severance for Foreign Service National (FSN) staff.

**Resource Implications**

Proposed obligation levels for each MO are below. See detailed budgets in Tab 2.

- MO 1 (Programmatic Closeout): Obligates up to $880,699,897.00 of FY 2025 Development Assistance (DA) up to $1,262,040,000 of FY 2025 Global Health Programs (GHP-USAID), and up to $109,661,143.03 FY 2024 and prior-year funds from multiple accounts.
- MO 2 (Personnel-related Closeout): Obligates up to $1,650,000 in FY 2025 DA funds and up to $610,000.00 in FY 2025 GHP-USAID funds.
- MO 3 (Operations during Closeout): Obligates up to $205,600,000 of FY 2025 DA and up to $86,400,000.00 of FY 2025 GHP-USAID funds.
- MO 4 (Litigation and Settlement): Obligates up to $75,749,103 of FY 2025 DA funds.
- MO 5 (FSN Closeout): Obligates up to $15,400,000.00 in FY 2025 DA, up to $3,900,000 in FY 2025 GHP-USAID funds, and up to $142,262.90 FY 2024 and prior-year funds from multiple accounts.

**Authorities**
Pursuant to your authorities as PTDO Administrator and Chief Operating Officer, by the laws of the United States, including section 621(a) of the Foreign Assistance Act (FAA), you have the authority to approve this Action Memo.

**Recommendations**
**Recommendation 1 for MO 1: Programmatic Closeout Costs:** That you approve the obligation up to $880,699,897 of FY 2025 Development Assistance (DA), up to $1,262,040,000 of FY 2025 Global Health Programs (GHP-USAID), and up to $109,661,143.03 FY 2024 and prior-year funds from multiple accounts.
**Decision:** ☒ Approve ☐ Disapprove ☐ Discuss

**Recommendation 2 for MO 2: Personnel-related Closeout Costs:** That you approve the obligation up to $1,650,000 in FY 2025 DA funds and up to $610,000 in FY 2025 GH-USAID funds.
**Decision:** ☒ Approve ☐ Disapprove ☐ Discuss

**Recommendation 3 for MO 3: USAID Operations during Closeout:** That you approve the obligation up to $205,600,000.00 of FY 2025 DA and up to $86,400,000 of FY 2025 GHP-USAID funds.
**Decision:** ☒ Approve ☐ Disapprove ☐ Discuss

**Recommendation 4 for MO 4: USAID Litigation, Settlement, and Related Costs:** That you approve the obligation up to $75,749,103 of FY 2025 DA funds.
**Decision:** ☒ Approve ☐ Disapprove ☐ Discuss

**Recommendation 5 for MO 5: FSN Closeout Costs:** That you approve the obligation up to $15,400,000 in FY 2025 DA, up to $3,900,000 in FY 2025 GHP-USAID funds, and up to $142,262.90 FY 2024 and prior-year funds from multiple accounts.
**Decision:** ☒ Approve ☐ Disapprove ☐ Discuss

**Recommendation 6:** That you authorize the CAO to sign the final AID 7-7 forms to obligate the respective FY 2025 Development Assistance (DA), FY 2025 Global Health Programs (GHP-USAID), and FY 2024 and prior-year funds from multiple accounts for USAID closeout.
**Decision:** ☒ Approve ☐ Disapprove ☐ Discuss

**Attachments**

Tab 1 - Action Memo to PTDO Administrator Ueland approving use of Miscellaneous Obligations - July 22, 2026

Tab 2 - Detailed Budget for Miscellaneous Obligation

Tab 3 - October 2025 Info Memo on Calculation Methodology for Estimated Maximum Termination Settlement Costs

Tab 4 - April 2026 Comprehensive Congressional Notification (CN)

Approved: ECTO - JHope, 9/14/2026
Drafted: USAID/Resource Management

Clearance Page

| **Bureau/Office** | **Name** | **Clearance Status** | **Date** |
|---|---|---|---|
| CLO | MPaoletta | Clear | 9/14/2026 |
| OMB/IAD | TSchmitt / ZChild | Clear | 9/11/2026 |
| ECTO | JHope | Clear | 9/14/2026 |
| ECTO | JZaman | clear | 9/14/2026 |
| RM | ERupp | Clear | 9/4/2026 |
| CFO | MTalbert | Clear | 9/4/2026 |
| OPS | MEmata-Stokes | clear | 9/4/2026 |
| OAT/SPE | DHarter | clear | 9/4/2026 |
| OAT/CAO | MDickinson | Clear | 9/4/2026 |
| GC | CKrafchak | Clear | 9/4/2026 |
| HCTM | AGlenn | clear | 9/3/2026 |
| ES | EWatson | INFO | |

I APPROVE.
Eric Ueland
July 22, 2024

**RESOURCE MANAGEMENT**

UNCLASSIFIED

**Action Memo for Eric Ueland, Performing the Duties of Administrator, U.S. Agency for International Development (USAID)**

DATE: 7/6/2026

FROM: Enterprise Chief Termination Officer - James Hope

SUBJECT: Approval of the use of as needed Miscellaneous Obligations (MOs) to obligate program funding for USAID close out. **Approve/Disapprove by 7/13/2026**

**Background**

USAID continues to prioritize the efficient and responsible closeout of agency activities by September 30th, 2026. While USAID is focused on completing as many closeout actions as possible before September 30th, certain activities will continue to require funding in Fiscal Year (FY) 2027. For costs not ascertained until after September 30, 2026, MOs are a customary tool available to USAID to utilize expiring funding for documented and known costs. For examples of USAID's previous utilization of MOs as a tool, please see Tab 1.

Closeout activities likely to need funding beyond September 30 include but are not limited to: (1) personnel claims and separation costs for Foreign Service Nationals (FSNs) and Personal Service Contractors (PSCs); (2) targeted Negotiated Indirect Cost Rate Agreements (NICRA) and related final payments for terminated and expired awards; (3) Termination Settlement Proposal (TSP) final costs; and (4) litigation settlements.

Pending your approval of MOs for targeted closeout work, Resource Management (RM) would work with relevant offices to prepare each budget, purpose, and obligation document(s) and route the package to USAID leadership (PTDO Administrator Ueland or his designee) for approval before any such obligation of funds. RM would utilize available invoices; formulated cost estimates for personnel claims, NICRA, FSN and PSC separation; and anticipated and/or known litigation settlements to inform the proposed obligation amount for each targeted MO. Funds obligated on the MOs will remain available for sub-obligation until they cancel. Additionally, each MO can be funded with multiple funding sources, provided the allocation aligns with the funding need.

Once a valid funding need is identified for a GLAAS award, a GLAAS action will be generated. Funds will then be added under the bilateral funding type, and the relevant MO and fund cites will be pulled in once the corresponding 'CO' document (the document type in Phoenix that is normally for a bilateral award) is selected. These funds will then be sub-committed and sub-obligated onto the award, allowing final payments to be posted.

For non-GLAAS actions, once a valid funding need is identified, RM will either map it to the appropriate MO for payment or generate an amendment to the original obligation. The amendment will add a new accounting line which will reference the corresponding CO document (i.e., MO document), allowing funds to be sub-committed and sub-obligated, allowing for final payments to be posted.

**Authorities**

This request is consistent with applicable USAID policy, ADS 621. Specifically:

- USAID needs to document in the obligating document that funding is being obligated for costs -- "other legal liabilities", i.e. PSC and FSN separation costs, NICRA calculations, and litigation costs. There is a need for these obligations to pay such costs. The exact amount for each sub-obligation will be ascertained with certainty at a later date. When preparing the obligating document for MOs, USAID needs to provide as much detail as possible, including a list of awards that will be funded with the obligation, if possible.

- Per ADS 621.3.4.n:
  "**Miscellaneous Obligation**: A miscellaneous obligation (MO) occurs when USAID acquires goods and services of a recurring or continuing nature (such as communication services or public utilities) or procures goods and services primarily on an over-the-counter cash basis. **It also occurs for costs, such as interest penalty payments, taxis, dispatch agent obligations, interpreter services, credit programs subsidy costs, or other legal liabilities on a case-by-case basis.**

- MOs may be used for the following known costs:
  (1) **Program Funded Personnel Separation Costs** (PSC, FSN, FSL, and other program-funded staff). **Terminated and expired award related closeout costs.** Non Termination Settlement Proposal costs include NICRA,

currency adjustments, and limited vouchers on already terminated and expired awards. The OAT team has estimated NICRA costs for awards, in line with the purpose of funding identified.

(2) **Termination Settlement Proposal (TSP) final costs**. As TSPs are finalized for settlement of terminated awards, certain insufficiently funded awards (i.e., those without adequate ULOs or for bilateral awards, a lack of un-subobligated funding availability) may be captured in line with calculations for anticipated costs.

(3) **Litigation costs and legal representation costs**. Pending cases fall broadly into two categories - personnel-related (USDH and PSC) and award-related (assistance and acquisition) claims. Two or more MOs may be made based upon estimates of potential financial exposure to the USG for (a) litigation costs (court and filing fees, discovery expenses, expert witness fees, administrative expenses), (b) settlement fees or court verdict fees, and (c) legal representation/attorneys' fees.

Normal delegation of authority will be followed for any MOs. A USAID obligating official will obligate funding for any MO. Per ADS 621.3.2: "Only individuals who have delegated authority (or 'Obligating Officials') may incur obligations on behalf of the Agency." See Tab 2.

**Next Steps** are set forth in Tab 3.

**Recommendation**
That you approve the use of targeted Miscellaneous Obligations of program funding as one legally permissible tool to support USAID close-out needs.

**Decision:** Approve Disapprove Discuss

July 22, 2026

**Attachments:**

Tab 1 - USAID's Previous Utilization of Miscellaneous Obligations
Tab 2 - Delegation of Authority Approved on March 10, 2026
Tab 3 - Next Steps

Approved: Emily Rupp, USAID/Resource Management
Drafted: USAID/Resource Management

Clearance Page

| Bureau/Office | Name | Clearance Status | Date |
|---|---|---|---|
| CLO | MPaoletta | Clear | 7/21/26 |
| OMB/IAD | TSchmitt | Clear | 7/10/26 |

| Miscellaneous Obligation Number and Name | Key Cost Elements | Description | | FY25 DA | FY25 GH | Prior-Year FY 24 & Unobligated No YR funds |
|---|---|---|---|---|---|---|
| | | | GRAND TOTAL | 1,179,099,000 | 1,352,950,000 | $625,483,181 |
| MO1 - Programmatic Closeout | Closeout Audits | USAID is required **to perform closeout audits for mechanisms over $50 million, government to government (G2G) awards, and PIO grants.** USAID reserves the right to audit other awards if the CO/leadership requests this. This mechanism could also provide mandatory audit support to Greenlist awards currently managed by State Department when closed out. This is a critical way USAID is ensuring oversight and verifying TSP payments. Total includes DCAA IAA + New IDIA TOs. | Up-to Funding Estimate | $21,000,000 | $27,000,000 | $0 |
| | Negotiated Indirect Cost Rate Agreement (NICRA) | **Projections for final indirect rate adjustments** based on an extrapolation of previously completed NICRA adjustments. The total estimated cost is OAT's NICRA closeout formula amount, which includes audits. The estimated balance removes any funds needed for audits as it is captured above. | Up-to Funding Estimate | $647,153,967 | $847,789,500 | $0 |
| | Pre-termination Vouchers | Pre-termination vouchers: Vouchers submitted for work that was completed before the activity was terminated is separate from the Termination Settlement Proposal. There are $900 million of pre-termination vouchers in the system. However, OAT is still reconciling and some partners are submitting based on new guidance for terminated dates. | Up-to Funding Estimate | $5,000,000 | $5,000,000 | $0 |
| | Partner termination settlements (TSPs) | **Final payments for costs partners incurred closing down USAID programs** (non litigation costs). As of 5/1/26, OAT has approved over 40% of TSP TECs for terminated awards. USAID recommends roughly 60% of the estimated total funding needed for TSPs is still required. Of which: Post-Termination Vouchers: Phase 1 $101,061 DA; $1,265,098 GHP | Up-to Funding Estimate | $184,545,930 | $370,250,500 | $109,661,143 |
| | Interest | **USAID is incurring interest on invoices not paid.** This figure is based on the OIG FY25 estimate for USAID and assumes a significantly higher interest bill. This amount is 4 times the FY25 level (est) | Up-to Funding Estimate | $23,000,000 | $12,000,000 | $0 |
| | | | Prog Closeout Total | $880,699,897 | $1,262,040,000 | $109,661,143 |
| MO2 - Personnel Closeout | Program-funded Direct Hires | **Estimated balance for remaining severance, repatriation/lump sum payments, and State Department account reconciliation.** USAID has at least 1 USERRA staff that is program funded- so may need up to one year of salary and all separation costs. Traditionally, USAID covered FSL costs with OE first and then replenished the account at the end of the FY, as a result there are potential reconciliation actions. | Up-to Funding Estimate | $250,000 | $50,000 | $0 |
| | Personal Services Contractors (PSC) | Estimated remaining balance for **outstanding repatriation, lump sum payments, State Department account reconciliation for terminated and expired USAID PSCs.** The Total estimate is from OAT's closeout formula and the estimated balance is from OAT. Estimate includes outstanding annual leave payouts that still need to be processed as well as corrections for previous paid amounts and reconciliation actions that may be tied to local USPSCs that were managed by USAID overseas missions. | Up-to Funding Estimate | $1,400,000 | $560,000 | $0 |
| | | | Personnel Total | $1,650,000 | $610,000 | $0 |
| MO3 - Operations During Closeout | Systems (GLAAS, Phoenix, etc.) | Operation During Closeout. Captures cost of maintaining systems and staffing for USAID closeout work through at least FY 2027; IAA funding; and notioanl ISC and PSC costs Cost of maintaining system that is critical to USAID closeout work through at least FY 2027. Includes Phoenix, GLAAS, ASSIST, ORACLE, Facts Info and other programs tied to USAID program funds and program closeout. Historically, these actions have been funded at least partially with OE. | Up-to Funding Estimate | $4,150,000 | $2,850,000 | $0 |
| | MOUs and IAAs for closeout | **Legacy related work transferred via MOAs.** This category is still being finalized but will likely include funding for OPM, OMB, GSA, DCMA, and State Department to implement work on USAID's behalf | Up-to Funding Estimate | $6,500,000 | $0 | $0 |
| | NEW Institutional Support Contracts (ISCs) through March 2028 | **ISCs to continue closeout work for USAID and/or successor agency.** These positions are especially critical to OAT, CFO, and GC. This total reflects the TEC for new ISC contract + funding for some existing active ISC contracts (recognizing some positions will need to be OE funded) | Up-to Funding Estimate | $105,000,000 | $45,000,000 | $0 |
| | Existing ISCs varying dates, lasts through Nov 2029 | Existing ISCs | Up-to Funding Estimate | $87,500,000 | $37,500,000 | $0 |
| | Personal Service Contractors | USAID is exploring hiring **U.S. PSCs to help backfill for USDHs** who have separated from the Agency and perform essential USAID closeout work (OAT, GC, CFO). USAID has authority for 40 domestic PSCs using previous year program funds. | Up-to Funding Estimate | $2,450,000 | $1,050,000 | $0 |
| | | | Operations Total | $205,600,000 | $86,400,000 | $0 |
| MO4 - Litigation and Settlements | Litigation and Settlements | Costs for closeout-related litigation and settlements | | $75,749,103 | $0 | $0 |
| | | | Litigation Total | $75,749,103 | $0 | $0 |
| MO5 - FSN-related Closeout Costs | Foreign Service National (FSN) | Severance, lump sum payments, and State Department account reconciliation for FSN staff. The Total Estimated Amount is from USAID closeout cost table. Currently, there is 1 FSN negotiation still in play. However, USAID continues to receive upward adjustment requests to reconcile accounts and transactions tied to local staff S&B, medical, severance and other separation costs. | Up-to Funding Estimate | $15,400,000 | $3,900,000 | $142,263 |
| | | | FSN Total | $15,400,000 | $3,900,000 | $142,263 |

OAT

SENSITIVE BUT UNCLASSIFIED

**Information Memo for PTDO Deputy Administrator of the U.S. Agency for International Development (USAID) Eric Ueland**

DATE: October 16, 2025

FROM: Senior Procurement Executive - Michael Capobianco

SUBJECT: Calculation Methodology for Estimated Maximum Termination Settlement Cost

**Background and Scope**

USAID's Office of Acquisition and Assistance (OAA), also known as the Office of Award Terminations, is charged with the responsible and efficient shutdown of USAID's Acquisition and Assistance (A&A) operations. The shutdown and closeout of a federal agency's A&A functions of this scale and speed is unprecedented. OAA is tracking over 5,600 awards and 1,300 personal services contracts (PSCs) that have expired or been terminated since January 2025, with an estimated total cost of $109B. OAA's estimate of the maximum amount needed to settle and close out all those awards is $19.5B. OAA is highly confident that the actual amount will be substantially less than the $19.5B maximum estimate.

**Cost Estimation Methodology**

OAA's $19.5B calculation presented below (**Tab 1**) represents a best and highly preliminary estimate based on current information, data, and utilization of conservative accrual methodologies. OAA is certain that this figure will only decrease as the termination process continues and more data is collected and analyzed. The total estimated cost for termination settlements and award closeouts consists of three primary components (**Tabs 1 & 2**). The sum of these components establishes the calculated *upper-end* exposure of **$19.5 Billion. This figure does not represent additional funding requests, only a cost estimate.**

**Attachments**

Tab 1 - Cost Estimation Methodology
Tab 2 - Standard Award Settlement Calculation ($12.54B Component)

Approved: Senior Procurement Executive – Michael Capobianco, Director [MC 10/21/2025]

Drafted: Office of Acquisition and Assistance

Cleared

| **Bureau** | **Name** | **Clearance Status** | **Date** |
|---|---|---|---|
| RM | ERupp | Clear | 10/21/2025 |
| CFO | NMausolf | Clear w/edit | 10/21/2025 |
| GC | JCardenas | Clear w/edit | 10/27/2025 |
| DCOO | JHope | Clear w/edit | 11/5/2025 |
| COO | RKrzywda | Clear | 11/4/2025 |
| ES | JUmberger | Clear | 11/6/2025 |
| ES | JHurley | Clear | 11/6/2025 |
| USAID/WHL | AKorzeniewski | Clear | 11/6/2025 |
| Principal Advisor | KJackson | Clear | 11/6/2025 |
| GC/CLO | MPaoletta | | |
| Comms | RCauley | INFO | |
| LEG | HDuncan | INFO | |

**Tab 1 - Cost Estimation Methodology**

| Cost Component | Methodology Summary | Estimated Cost (B) |
|---|---|---|
| **A. Estimated NICRA Liability** | Projections for final indirect rate adjustments and audit support based on an extrapolation of previously completed NICRA adjustments. | **$6.8B** |
| **B. Standard Award Settlement Costs** | Calculated based on six months of the average monthly expenditure rate for eligible non-PSC awards as of January 20, 2025 prior to the global stop work/suspension order. | **$12.54B** |
| **C. Personal Services Contract (PSC) Settlements** | Estimated based on unliquidated obligation remaining in PSC contracts as of September 22 due to distinct contractual obligations and termination clauses in these contracts. | **$0.168B** |
| **TOTAL CALCULATED UPPER END** | Sum of A + B + C | **$19.5B** |

**Tab 2 - Standard Award Settlement Calculation ($12.54B Component)**

The **$12.54 Billion** estimate for Standard Award Settlements (Component B) was derived through a systematic burn rate analysis on eligible contracts and assistance instruments:

1. **Exclusions:** The calculation scope was first narrowed by removing awards that do not incur standard settlement costs, specifically:
   - Contribution type Public International Organization (PIO) awards.
   - Awards transacted via Purchase Cards.
2. **Expenditure Rate Determination:** For the remaining eligible awards, a monthly burn rate was established using the following formula:
   - Monthly Burn Rate = Total Estimated Cost / Period of Performance in Months[1]
3. **Settlement Accrual:** A conservative settlement cost estimate was then applied, projecting future costs for a fixed period to account for close-out activities and immediate contractual obligations:
   - Settlement Cost = Monthly Burn Rate x 6 Months[2]
4. **Result:** The sum of these individual settlement estimates for all eligible remaining awards resulted in the $12.54B cost component.

---

[1] Months were rounded down to the nearest whole month in order to give the 'worst case' burn rate.
[2] For awards where the PoP was less than 6 months, the Settlement Cost was estimated to be the Total Estimated Cost of the award.

**UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**
**CONGRESSIONAL NOTIFICATION**
**Date Transmitted to Hill: April 20, 2026**

This is to advise that USAID plans to obligate up to the amounts listed by fiscal year and funding account as outlined in the table in Tab 1 to fund costs associated with close-out of terminated foreign assistance awards. This notification is submitted pursuant to sections 7011, 7015(c), 7015(f), and 7019 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024 (Div. F, P.L. 118-47), as carried forward by the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4) (FY 2025 Full-Year CR) and analogous provisions in the SFOAAs for FYs 2015 (Div. J, P..L. 113-235), 2016 (Div. K, P.L. 114-113), 2017 (Div. J, P.L. 115-31) , 2018 (Div. K, P.L. 115-141), 2019 Div. F, P.L 116-6), 2020 (Div. G, P.L. 116-94), 2021 (Div. K, P.L. 116-260) , 2022 (Div. K, P.L. 117-103), 2023 (Div. K, P.L. 117-328), and 2024 (Div. F, P.L. 118-47) (FY 2024 SFOAA); applicable notification requirements in the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123), the American Rescue Plan Act of 2021 (P.L. 117-2), Ukraine Supplemental Appropriations Act, 2022 (Div. N, P.L. 117-103), Additional Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-128), Additional Ukraine Supplemental Appropriations Act, 2023 (Div. M, P.L. 117-328), and the National Security Supplemental Appropriations Act, 2024 (Div. B, P.L. 118-50); and section 634A of the Foreign Assistance Act of 1961, pertaining to the use of notwithstanding authority and the reprogramming of foreign assistance funding impacting accounts and congressional directives from Fiscal Years 2015 - 2025 (including supplemental) appropriations acts. Obligations may be in excess of $2,000,000 from deobligated balances of funds that remain available due to the exercise of the authority in section 7011 of the FY 2024 SFOAA, as carried forward by the FY 2025 Full-Year CR.

Depending on final costs and potential reprogramming actions, if necessary to rely upon notwithstanding authority to program this assistance, notwithstanding authority exists in sections 119(b),

534(b), 498(B)(j)(1), 104(c)(4), 133, and 660 of the Foreign Assistance Act of 1961, and sections 7032(b), 7035(a)(1), and 7061(a) or analogous provisions of the FYs 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, and 2024 SFOAAs, as carried forward by the FY 2025 Full-Year CR, as well as the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123, Div. A), the American Rescue Plan Act of 2021 (P.L. 117-2), Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-103, Div. N), Additional Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-128), Ukraine Supplemental Appropriations Act, 2023 (117-180, Div. B), Additional Ukraine Supplemental Appropriations Act, 2023 (P.L. 117-328, Div. M), and the National Security Supplemental Appropriations Act, 2024 (P.L. 118-50, Div. B).

Consistent with the March 28, 2025 notification to Congress regarding the realignment of certain USAID functions, USAID is providing notification of its plans to obligate funds to close-out all terminated USAID foreign assistance awards. Close-out costs may include a range of costs related to final settlement, to include any pending invoices, adjustments to negotiated indirect costs rate agreements (NICRA), costs associated with disposition of assets, and/or other claims. USAID will first use previously obligated, but unliquidated, funding in the award for closeout costs. However, to ensure all terminated awards have sufficient balances for close-out, USAID may reprogram funds within the FY 2015 - 2025 appropriations noted above, including supplemental appropriations as relevant, under the account headings of Assistance for Europe Eurasia, and Central Asia (AEECA), Complex Crises Fund (CCF), Development Assistance (DA), Democracy Fund (DF), Economic Support Fund (ESF), Global Health Programs (GHP), Transition Initiatives (TI), Child Survival and Health Programs, Assistance For Eastern Europe and the Baltic States, and Assistance for the Independent States of the Former Soviet Union. USAID does not intend to transfer funding between accounts or sub-accounts, and does not intend to transfer funding between operating units that would otherwise trigger notification.

USAID is finalizing estimates for terminated awards to pay implementing partners for costs incurred. In order to align

available resources with total costs associated with close-outs, including settlements, USAID may reprogram funding that remains unsubobligated in bilateral agreements, unexpended pipeline of terminated awards, and recoveries. Unobligated FY 2025 and prior year funding may also be used for award close out costs, including up to $1,179,099,000 of unnotified FY 2025 Development Assistance (DA) and up to $2,000,000,000 of Global Health Programs (GHP) resources under the Full-Year Continuing Appropriations Act, 2025 (Div. A, P.L. 119-4), which are being notified through this action. The reprogramming or obligation of funding to close awards may trigger country notification requirements at the account level, which depending on the fiscal year may already meet or exceed the 10 percent exception under section 7015(c). Additionally, close-out requirements may require reprogramming additional funding to pay termination costs in many special notification countries. Any reprogrammings will be utilized in the most limited instances required.

One or more obligations are required to close out activities in the following countries, a number of which have consultation requirements (those countries underlined were designated as special notification countries in a given year(s) between FY 2015 and FY 2025): Angola, Benin, Botswana, Burkina Faso, Burundi, Central African Republic, Chad, Comoros, Cote d'Ivoire, Democratic Republic of the Congo, Djibouti, Equatorial Guinea, Eswatini, Ethiopia, Gabon, Gambia, Ghana, Guinea-Bissau, Guinea, Kenya, Lesotho, Liberia, Madagascar, Malawi, Mali, Mozambique, Mauritania, Mauritius, Namibia, Niger, Nigeria, Republic of Congo, Rwanda, Sao Tome and Principe, Senegal, Seychelles, Sierra Leone, Somalia, South Africa, South Sudan, Sudan, Tanzania, Uganda, Zambia, Zimbabwe, Afghanistan, Bangladesh, Burma, Cambodia, Fiji, India, Indonesia, Kazakhstan, Kyrgyz Republic, Laos, Maldives, Mongolia, Nepal, Pakistan, Papua New Guinea, Philippines, Sri Lanka, Tajikistan, Thailand (Regional Development Mission for Asia), Timor-Leste, Turkmenistan, Uzbekistan, Vanuatu, Vietnam, Albania, Armenia, Azerbaijan, Belarus, Bosnia and Herzegovina, Georgia, Greenland, Kosovo, Moldova, Northern Ireland, North Macedonia, The Russian Federation, Serbia, Ukraine, Central Europe (Hungary, Poland, Bulgaria, Romania, Slovenia, Slovakia, Czech Republic), Belize,

Bolivia, Brazil, Chile, Colombia, Cuba, Dominican Republic, Ecuador, El Salvador, Guatemala, Haiti, Honduras, Jamaica, Mexico, Nicaragua, Paraguay, Peru, Venezuela, Egypt, Iraq, Jordan, Lebanon, Libya, Morocco, Syria, Tunisia, West Bank and Gaza, and Yemen.

The following table in Tab 1 shows total amounts of unobligated funds (i.e., unobligated balances or unsubobligated funds previously obligated by USAID) in relevant accounts as of January 13th, 2026. These amounts represent unobligated resources versus expected closeout costs, which are anticipated to be substantially less than these total amounts. Unobligated and/or unliquidated funds that remain after USAID has completed all closeout actions may be used for other foreign assistance programs, such as those currently managed by the Department of State.

**Attachments**
Tab 1 - USAID Resources Available for Close Out Funding Table

**Tab 1**

| *USAID Resources Available for Close Out*[1] | | | | |
|---|---|---|---|---|
| *Account* | *FY 2024, Prior-Year and No-Year Unobligated Funds*[2] | *FY 2025 Unobligated Funds*[3] | *Unliquidated Obligations on Terminated Awards and DOAGs*[4] | *Total Amount Available for Close Out of Terminated Awards* |
| Assistance for Europe, Eurasia, and Central Asia[5] | $14,924,778 | | $1,394,404,357 | $1,409,329,134 |
| Complex Crises Fund | $6,336,023 | | $70,835,255 | $77,171,277 |
| Democracy Fund | $711,424 | | $138,841,179 | $139,552,603 |
| Development Assistance | $208,798,423 | $1,179,099,000 | $5,988,333,839 | $7,376,231,259 |
| Economic Support Fund | $108,351,307 | | $4,688,590,116 | $4,796,941,423 |
| Global Health Programs[7] | $268,907,958 | $2,000,000,000 | $3,017,193,590 | $5,286,101,548 |
| Transition Initiatives | $17,453,269 | | $75,691,354 | $93,144,623 |
| **Grand Total** | **$625,483,181** | **$3,179,099,000** | **$15,373,889,687** | **$19,178,471,868** |

*1) Amounts in the table reflect the ceiling amount available in these categories and these amounts do not equal expected closeout costs, which are anticipated to be substantially less than these total amounts.*
*2) Amounts in this column include resources managed by USAID appropriated in FYs 2018-2024 and no-year Treasury Appropriation Fund Symbols (TAFS). It includes both previously unobligated funding or resources that have been deobligated and are available for reobligation (recoveries) as of 1/13/2026.*
*3) Amounts in this column include unobligated and previously unnotified funding from the following TAFS: 19-1031 25/29, 72-19-1031 25/26, 72-1021 25/26, 72-1015 X, and 72-1027 X that may be available for close out of terminated USAID awards in coordination with the Department of State.*
*4) Amounts in this column are composed of funding obligated, but not yet disbursed, on terminated awards as well as un-suboligated funds available from DOAGs (excludes funds obligated by State) from FY 2015 to FY 2024 as of 1/13/2026.*
*5) Amounts reported for the Assistance for Europe, Eurasia, and Central Asia account include no-year funds from the Assistance for Eastern Europe and the Baltic States and Assistance for the Independent States of the Former Soviet Union accounts.*
*6) Amounts reported for the Global Health Programs account include no-year funds from the Child Survival and Health Programs account.*

I APPROVE BOTH RECOMMENDATIONS.
Eric Ueland
SEPTEMBER 18, 2026

**RESOURCE MANAGEMENT**

UNCLASSIFIED

**Action Memo for Performing the Duties of Administrator and Chief Operating Officer (USAID) Eric Ueland**

DATE: 09/15/2026

FROM: Enterprise Chief Termination Officer – James Hope

SUBJECT: Approval of Funds to Support USAID Closeout.
**(Approve/Disapprove by 09/16/26)**

**Background**
In summer 2026, USAID prepared Action Memos requesting State/F approval for funds to support USAID closeout. You cleared these memos on June 30, July 27, and August 12, 2026 (Tab 1).

On July 19, 2026, Jeremy Lewin, State Department Under Secretary for Foreign Assistance, Humanitarian Affairs, and Religious Freedom (F) approved $91.4 million for USAID to obligate for closeout actions. The balance of the funds from the three memos noted above were pending his approval. On August 27, 2026, ~~Under Secretary Lewin~~ SECRETARY OF STATE RUBIO delegated the authority to approve funding for USAID closeout to the official performing the duties of the USAID Administrator (Tab 2).

In order to provide a consolidated record of funds approval for USAID's program funding for Agency closeout, we request your approval to obligate $3,129,364,546 in funds from the three memos noted above, including FY 2025 Development Assistance (DA), FY 2025 Global Health program (GHP-USAID), and Prior-Year, FY 2024 and No-Year Funds from multiple accounts. The details of the funds' purpose and allocation is included in the cleared memos in Tab 1. USAID's April 2026 comprehensive CN notified Congress of all funds for USAID closeout (Tab 3).

In addition to documenting your initial approval of these funds, this memo seeks your approval for USAID's Office of Resource Management (RM) to complete additional actions needed to expedite the closeout process. This includes reprogramming funds and actions as required by F's funding guidance.[1] Because such

---

[1] *Per the Department of State's Funds Approval guidance, a Change Request is triggered when; (1) there are increases or decreases to a Congressional earmark or directive assigned to the OU in the section 653(a) tables or in previous F funds approvals; (2) There are increases or decreases to funding assigned to an administration priority, assigned to the OU in the section 653(a) tables or in previous F funds approvals; (3) Changes to the Implementing Mechanism, including implementer; (4) Changes to SPSD Category, Area, or Element. A Reprogramming is triggered when; (1) Reprogrammings and other changes between OUs; (2) Transfers between accounts or reprogramming*

changes may increase or decrease a level set in a Congressional earmark or directive, RM will maintain a record of all such reprogramming and change request actions.

**Resource Implications**
This action will approve a total of $3,129,364,546 FY 2025 Development Assistance (DA), FY 2025 Global Health program (GHP-USAID), and Prior-Year, FY 2024 and No-Year Funds from multiple accounts. These funds are in addition to USAID funds already obligated onto terminated and expired awards and unsubobligated balances on USAID Development Objective Assistance Agreements (DOAGs), as well as part of the $19.2 billion notified in USAID's comprehensive closeout Congressional Notification.

**Authorities**
State/F delegated funds approval authority to the official performing the duties of Administrator of USAID (Tab 2).

**Recommendation 1:** That you approve the funds as described in the memos in Tab 1 for USAID closeout, totaling $3,129,364,546 FY 2025 Development Assistance (DA), FY 2025 Global Health program (GHP-USAID), and Prior-Year, FY 2024 and No-Year Funds from multiple accounts.
**Decision:** ☒ Approve ☐ Disapprove ☐ Discuss

9/18/26

**Recommendation 2:** That you authorize USAID's Office of Resource Management (RM) to reprogram funds as needed in order to expedite the timely and cost-effective closeout of USAID.
**Decision:** ☒ Approve ☐ Disapprove ☐ Discuss

9/18/26

**Attachments**
Tab 1 – Summer 2026 Memos Requesting F Funds Approval (PTDO-A previously cleared)
Tab 2 – F email delegating funds approval authority to PTDO-A
Tab 3 – April 2026 Comprehensive Congressional Notification (CN)

---

*between allocations; (3) Recoveries or reclassified funds; (4) Changes that require a JES Deviation Determination or reliance on a separate extraordinary authority.*

Approved: ECTO- JHope
Drafted: USAID/ORM

| **Bureau** | **Name** | **Clearance Status** | **Date** |
|---|---|---|---|
| CLO | MPaoletta | Clear | 9/17/2026 |
| OMB/IAD | TSchmitt | Clear | 9/15/2026 |
| ECTO | JHope | Clear | 9/14/2026 |
| ECTO | JZaman | Clear | 9/14/2026 |
| RM | ERupp | clear | 9/14/2026 |
| CFO | NMausolf | INFO | |
| GC | CKrafchak | INFO | |
| ES | EWatson | INFO | |