# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-402 (AHA) |

**SUPPLEMENTAL DECLARATION OF TRICIA A. SCHMITT**

In accordance with the provisions of 28 U.S.C. § 1746, I, Tricia A. Schmitt, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as Deputy Associate Director for the International Affairs Division at the Office of Management and Budget (OMB) in the Executive Office of the President. I have occupied this position since October 25, 2021. My responsibilities include oversight of foreign assistance managed by the United States Agency for International Development and the Department of State. I make the statements herein based upon my personal knowledge, and upon information available to me in my official capacity.

2. The International Affairs Division (IAD) oversees multiple agencies and programs, including those of the Department of State (State) and United States Agency for International Development (USAID). In connection with my job responsibilities, I am

familiar with this litigation. The following statements are based upon my personal knowledge or information supplied to me in the course of my professional responsibilities.

3. As previously indicated, the documents provided in the supplemental administrative record are the materials not previously produced that were considered by decisionmakers in obligating the at-issue Global Health Programs (GHP) and Development Assistance (DA) funds for closeout activities. I attest and certify that the administrative record is complete and accurate; no other documents were directly or indirectly considered.

4. The appendices to the Action Memo to Eric Ueland dated September 15, 2026 were not produced because neither is part of the administrative record. Tab 1 contains deliberative and predecisional materials that were not ultimately finalized. The September 15, 2026 Action Memo supplants those documents. Tab 2 relates to a publicly available delegation of authority. *See* Delegation of Authority by the Secretary of State to the Official Performing the Duties of the Administrator of the U.S. Agency for International Development, 91 Fed. Reg. 62802 (Oct. 2, 2026). However, in the spirit of compromise, Defendants will produce appropriately redacted versions of these records.

5. The five actual miscellaneous obligation documents were not produced because the actual miscellaneous obligations were not relied upon in making the decision to enter into the miscellaneous obligations. Rather, these actual miscellaneous obligation documents are the product of purely ministerial activity that USAID staff completed after Eric Ueland made the relevant decision to approve the obligations. Accordingly, unlike the relevant obligating document memos signed by Eric Ueland which were produced, these miscellaneous obligation documents effectuated that decision made, and therefore do not constitute part of the administrative record for the purposes of that decision.

6. There are no additional documents reflecting how and why the GHP and DA funds expiring on September 30, 2026 were selected or reserved for paying for closeout activities that were relied upon in making that decision. There are additional documents, created after the decision to obligate GHP and DA funds for closeout that reflect, in more detail, the purposes for which the funds are being used, but those documents were not relied upon in making that decision and so do not constitute part of the administrative record.

7. In obligating the funds from Fiscal Year 2025, GHP and DA funds were obligated only for the purposes of closing out GHP and DA awards, respectively. All of the GHP and DA funds are obligated for activities in furtherance of closing out the respective awards.

8. The October 16, 2025, July 6, 2026, and July 16, 2026 memoranda were not previously provided because the Court's July 3 minute order focused on the Congressional Notification (CN). We produced all documents related to that CN. These documents are being produced now because the Court's October 22 minute order asked for all close-out related documents not already produced (broader than the July 3 CN order).

Tricia Schmitt 11/17/2026

**TRICIA A. SCHMITT**