# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-402 (AHA)

**DECLARATION OF KYLE PETERSON**

In accordance with the provisions of 28 U.S.C. § 1746, I, Kyle Peterson, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I am currently the Acting Director of the Office of Foreign Assistance Oversight (FAO) in the Department of State and a career member of the Senior Executive Service. In this role, and under the direction of the Under Secretary of State for Foreign Assistance, Humanitarian Affairs, and Religious Freedom, I oversee FAO's work to provide day-to-day oversight of the Department's foreign assistance budget, policy, and assistance effectiveness efforts, including appropriated foreign assistance resources.

3. The State Department certifies that it has provided a full administrative record for all claims within the scope of Plaintiffs' pending motion for partial summary judgment. The record includes all documents and materials agency decisionmakers considered (directly or indirectly) at the time they made their decisions, including all documents related to the allocation of rescinded funds from the 2025 Rescissions Act.

I declare that the foregoing is true and correct to the best of my knowledge.

*Kyle Peterson* 11/17/26

**Kyle Peterson**