**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL HEALTH COUNCIL, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

# JOINT STATUS REPORT

Pursuant to the Court's November 20, 2026 Minute Order, the parties submit the following joint status report regarding Defendants' completion of the administrative record and the briefing schedule on Plaintiffs' forthcoming motions.

Regarding the completion of the administrative record, the parties have identified three categories of documents.

1. **Five miscellaneous obligations.** By Monday, November 30, Defendants will informally produce the obligating documents for the five miscellaneous obligations referenced at A.R. 4009.

2. **Other record materials.** Defendants will produce other record materials informally on a rolling basis as they become ready. December 8 is Defendants' current best estimate for formal production.

   Defendants have stated that this production will include a report from Phoenix, USAID's primary financial management and accounting software system. Plaintiffs have additionally identified to Defendants multiple documents, which were cross-referenced in prior productions, and which Plaintiffs believe should be included in this production. Defendants are reviewing Plaintiffs' request on these additional documents and are determining whether any are part of the administrative record.

3. **Documents underlying the Phoenix report.** Defendants are still evaluating the documents that underlie the Phoenix report, including whether they are properly part of the administrative record. The timing of any production of these documents remains to be determined.

Any production before December 8 will be informal, with Bates numbering and certification to follow in the formal production.

Regarding the briefing schedule, the parties respectfully request until December 3, 2026, to file a further joint status report proposing a schedule for renewed briefing on Plaintiffs' pending motion for partial summary judgment. That extension would give Plaintiffs time to review the five obligating documents before the parties confer on briefing dates. Plaintiffs intend to file their opening brief on their revised motion for partial summary judgment before the winter holidays. Given Plaintiffs' intent to file before the winter holidays, Defendants may request a reasonable extension of their cross-motion to account for the holiday period.

Dated: November 25, 2026

Respectfully submitted,

*/s/ Brian Rosen-Shaud*
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
Brian C. Rosen-Shaud (D.C. Bar 90042065)
Nina C. Cahill (D.C. Bar 1735989)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*

JONATHAN GUYNN
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
PIERCE J. ANON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*